## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CONSTANCE COLLINS, *et al.*,                          *

    Plaintiffs,                                              *

    v.                                                            *          Civil Action No. 1:20-cv-01225-PX

TRI-STATE ZOOLOGICAL PARK                         *
OF WESTERN MARYLAND, INC., *et al.*,
                                                                *
    Defendants.

                       ***
## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of

January, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1.  Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park,

    Care & Rescue, Inc., and Robert L. Candy's Motion to Dismiss (ECF No. 14) IS

    DENIED.

2.  The clerk will transmit copies of the memorandum opinion and this order to

    counsel for the parties.


      1/21/21                                         /S/
Date                                                                                          Paula Xinis
                                                                                                 United States District Judge