**Zeynep Graves**

| | |
|---|---|
| **From:** | Nevin Young <nevinyounglaw@gmail.com> |
| **Sent:** | Tuesday, April 20, 2021 5:52 PM |
| **To:** | Zeynep Graves |
| **Cc:** | Hasbun, Marcos E.; Abelson, Adam; Caitlin Hawks; James Erselius |
| **Subject:** | Re: Collins v. Tri-State |
| **Attachments:** | Tri State Production 042021.pdf |

Dear Counsel,

Attached please find documents being produced by Defendants, Bates numbered 1 through 260.

You will note that the Zoo has never been profitable and has always relied upon Mr. Candy's free labor. For this reason, I believe diversity jurisdiction is a failure in this case and I would ask that you dismiss this case for that reason. Whether you choose to re-file it in Allegany County is of course up to you, but, if you choose not to dismiss the case, in the event that a motion to dismiss and/or for summary judgment succeeds under this basis, we will seek sanctions under Rule 11. If you have some other basis for believing the amount in controversy requirement is satisfied, please let me know.

Very Truly Yours,

Nevin L. Young
410-353-9210

On Mon, Mar 22, 2021 at 2:16 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> Attached for your review is the draft stipulation we discussed on February 18, 2021, to deem produced in the Collins case any discovery taken in the ESA case.
>
> Also attached are copies of the subpoenas we will serve on Dr. Duncan and Dr. Gold.
>
> Last, please advise when we can expect defendants' initial disclosures, which were due March 12th.
>
> Thank you.
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation
>
> 2154 W. Sunset Blvd.
>
> Los Angeles, CA 90026
>
>    T: (323) 210-2263

1

F: (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete all copies of the message and its attachments. Thank you.