**Zeynep Graves**

| | |
|---|---|
| **From:** | Nevin Young <nevinyounglaw@gmail.com> |
| **Sent:** | Thursday, May 20, 2021 1:13 PM |
| **To:** | Zeynep Graves |
| **Cc:** | Abelson, Adam; Hasbun, Marcos E.; Caitlin Hawks; James Erselius |
| **Subject:** | Re: Collins v. Tri-State - Duncan Documents |
| **Attachments:** | Response to PETA's first request for production of documents.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Counsel,

Attached please find the formal response to your request for production of documents. We are begrudgingly accepting your position that rolling basis production is allowed under the rules and therefore will produce the documents when it is convenient for us to do so, as you have also stated you will do. If there is some problem with this, I trust you will bring this to my attention. For now, I assume this will resolve any of your objections to the non-production of documents.

Very Truly Yours,

Nevin L. Young
410-353-9210

On Wed, May 19, 2021 at 7:47 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> Additional materials received from Dr. Duncan are available at the link below:
>
>> https://www.dropbox.com/s/iinzacxew8k7901/Duncan%20Subpoena%20Response%20materials%20MVS00386-MVS00506%20-%203%20files.zip?dl=0
>
> We added the bates numbers for reference. Let me know if you are unable to open or download.
>
> Thank you,
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation
>
> 2154 W. Sunset Blvd.
>
> Los Angeles, CA 90026
>
>    T: (323) 210-2263

   F: (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete all copies of the message and its attachments. Thank you.

**From:** Zeynep Graves
**Sent:** Monday, May 17, 2021 11:57 AM
**To:** Nevin L. Young (nevinyounglaw@gmail.com) <nevinyounglaw@gmail.com>
**Cc:** Abelson, Adam <AAbelson@zuckerman.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Caitlin Hawks <CaitlinH@petaf.org>; James Erselius <jamese@petaf.org>
**Subject:** RE: Collins v. Tri-State - Duncan Documents

Nevin,

Please see the attached documents from Dr. Duncan. We added the Bates numbers.

Thank you,

**Zeynep Graves**

Litigation Manager

PETA Foundation

2154 W. Sunset Blvd.

Los Angeles, CA 90026

   T: (323) 210-2263

   F: (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

**From:** Zeynep Graves
**Sent:** Monday, May 3, 2021 7:01 PM
**To:** Nevin L. Young (nevinyounglaw@gmail.com) <nevinyounglaw@gmail.com>
**Cc:** Abelson, Adam <AAbelson@zuckerman.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Caitlin Hawks <CaitlinH@petaf.org>; James Erselius <jamese@petaf.org>
**Subject:** Collins v. Tri-State - Duncan Documents

Nevin,

Please see the attached production of documents from Dr. Duncan. We added the Bates numbers for reference.

Thank you,

**Zeynep Graves**

Litigation Manager

PETA Foundation

2154 W. Sunset Blvd.

Los Angeles, CA 90026

   T: (323) 210-2263

   F: (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.