IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*, <br><br> *Plaintiffs,* <br><br> –v– <br><br> TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-01225 |

**DEFENDANTS' FIRST RESPONSE TO PLAINTIFF PEOPLE
FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S
FIRST SET OF DOCUMENT REQUESTS**

**RESPONSE TO DOCUMENT REQUESTS**

1. All documents referred to or otherwise relied upon in formulating your Answers to Plaintiff PETA's First Set of Interrogatories to Defendants Tri-State & Animal Park, Care & Rescue.

    Answer No. 1. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case.

2. All documents relied on in formulating Defendants Answer to Plaintiffs' Complaint.

    Answer No. 2. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by

1

Plaintiffs in this case, and the Plaintiffs' statements regarding rolling basis production.

3. All documents relating to any animal in your possession, custody, or control, including but not limited to:

   a. veterinary records, necropsies, documents relating to any veterinary care program, and other husbandry records;
   b. enrichment or environmental enhancement plans;
   c. documents addressing policies or practices relating to handling and husbandry;
   d. documents relating to feeding, watering, food-handling, and/or food-storage protocols;
   e. video recordings, audio recordings, photographs;
   f. certificates of veterinary inspection ("CVIs"); and
   g. acquisition or disposition records.

   Answer No. 3. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case, and the Plaintiffs' statements regarding rolling basis production.

4. All documents related to the ownership of any animal that is or has been in your possession, custody, or control, including all documents related to your possession of any animal.

   Answer No. 4. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by

Plaintiffs in this case, and the Plaintiffs' statements regarding rolling basis production.

5. All documents related to animal enclosures in which you house or have housed animals, including any plans, protocols, or policies related to the constructionof the enclosures, maintenance protocols or policies, temperature and humidity controls, UVA/UVB control, heating or cooling systems, water quality maintenance or testing programs for pools, and sanitation or cleaning protocols or policies.

    Answer No. 5. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

5. All documents related to the purchase of items for the care of animals inyour possession, including but not limited to receipts, invoices, and cancelled checks for food, nutritional supplements, veterinary supplies, veterinary care, cleaning products and supplies, substrate, bedding materials, toys, tires, boomer balls, bowling balls, perches, ropes, pools, or other environmental enrichment items.

    Answer No. 5. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

6. All documents related to the "bill payments" processed by BBJDT Candy LLC, referenced in Defendants' Disclosure of Corporate Interests (ECF No. 32), including but not limited to receipts, invoices and cancelled checks.

Answer No. 6. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

7. All documents related to the "gate fees" received by BBJDT Candy LLC, referenced in Defendants' Disclosure of Corporate Interests (ECF No. 32), including but not limited to deposit slips, cancelled checks, or documents evidencing transfer of such fees to Defendants.

Answer No. 7. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

8. Tri-State, Animal Park, Care & Rescue, Inc., and BBJDT Candy LLC's annual budgets by year, for 2015 through and including 2020.

Answer No. 8. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

9. Tri-State, Animal Park, Care & Rescue, Inc., and BBJDT Candy LLC's accounting records by year, including general ledgers, balance sheets, profit and loss statements, and cash flow statements, for 2015 through and including 2020.

Answer No. 9.   All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

10. Tri-State, Animal Park, Care & Rescue, Inc., and BBJDT Candy LLC's filed tax returns for 2015 through and including 2020.

Answer No. 10.  All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

11. All documents related to whether the conditions in which you keep animals are consistent with local, state, or federal law, and generally accepted animal husbandry standards, included, but not limited to, all documents that you "keep . . . on file for reference." Nov. 22, 2019 Trial Tr. at 35:20-22, *People for the Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of Western Maryland, Inc.*, 424 F. Supp. 3d 404 (D. Md. 2019).

Answer No. 11.  All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis

production.

12. All documents that set forth your policies or practices relating to socializing, contacting, or interacting with animals in your possession, including any manuals, instructions, notes, e-mail correspondence, guidelines, rules, protocols, and any other written materials.

Answer No. 12.   All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

13. All training manuals, instructions, handouts, background documents, or other documents provided to or shared with your volunteers or employees.

Answer No. 13.   All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

14. All documents related to the prevention or treatment of infestations of insects or rodents on the premises, including but not limited to written programs of insect and rodent control, documents related to the implementation of that plan, and all invoices for any and all insect or rodent control services.

Answer No. 14.   All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

15. All documents related to the acquisition, care, vaccination, and health of free-roaming animals on the premises, including but not limited to ducks, geese, peacocks, chickens, rabbits, and cats.

Answer No. 15. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

16. All documents related to the management and control of wild or feral animals including, but not limited to raccoons, skunks, mink, fox, and rodents that enter the premises, but not including feral domestic cats.

Answer No. 16. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

17. All documents related to or constituting any communications, including documents related to litigation, with federal, state, or local agencies, including but not limited to the U.S. Department of Agriculture, U.S. Fish and Wildlife Service, Maryland Department of the Environment, Maryland Department of Natural Resources, Allegany County Sheriff's Office, and Allegany County Animal Control.

Answer No. 17. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by

Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

18. All documents related to or constituting any complaints, reviews, or comments received from anyone by any means regarding the animals at, or the operation of, Tri-State or Animal Park, Care & Rescue.

Answer No. 18. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

19. All documents that you contend support that you have the financial wherewithal to care for the animal in your possession, custody, or control.

Answer No. 19. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

20. All insurance policies that may provide coverage for, or relate in any way to, the animals in your possession, custody, or control, or the operation of Tri- State, Animal Park, Care & Rescue, or BBJDT Candy LLC.

Answer No. 20. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

21. All videos containing surveillance recordings on the premises.

Answer No. 21. All documents requested will be provided upon a rolling basis, as that term is understood through the documents produced by Plaintiffs in this case and the Plaintiffs' statements regarding rolling basis production.

Respectfully Submitted,

____/Nevin L. Young_____
Nevin L. Young
Federal Bar ID No. 28604
170 West Street
Annapolis, Maryland 21401
410-353-9210
nevinyounglaw@gmail.com