**Zeynep Graves**

| | |
|---|---|
| **From:** | Nevin Young <nevinyounglaw@gmail.com> |
| **Sent:** | Wednesday, May 26, 2021 10:15 AM |
| **To:** | Zeynep Graves |
| **Cc:** | Abelson, Adam; Hasbun, Marcos E.; James Erselius; Caitlin Hawks |
| **Subject:** | Re: Collins v. Tri-State - Space Farms |
| **Attachments:** | june 2015.xlsx; may adm.xlsx; apr adm.xlsx; march adm.xlsx; 2015 exp.xls; aug adm.xlsx; nov adm.xlsx; july adm.xlsx; oct adm.xlsx; sept adm.xlsx; April 2016.xlsx; June 2016.xlsx; August 2016.xlsx; July 2016.xlsx; March 2016.xlsx; 2016 expenses.xls; May 2016.xlsx; October 2016.xlsx; November 2016.xlsx; September 2016.xlsx; April 2017.xlsx; August 2017.xlsx; June 2017.xlsx; July 2017.xlsx; May 2017.xlsx; 2017 expenses.xls; September 2017.xlsx; October 2017.xlsx; june 18.xlsx; july 18.xlsx; APRIL 18.xlsx; august 18.xlsx; oct 18.xlsx; may 18.xlsx; march 18.xlsx; 2018 expenses.xls; sept 18.xlsx; august 19.xlsx; April 19.xlsx; july 19.xlsx; june 19.xlsx; may 19.xlsx; nov 19.xlsx; sept 19.xlsx; 2019 expenses.xls; oct 19.xlsx; 2020 expenses (1).xls |

July 19 works for me and Mr. Candy, and we agree to change the deadline for expert disclosure.

I am attaching here Excel files that I received today directly from Jessica Candy-Simmons. I do find it puzzling that after four years of insisting the Zoo is broke, PETA now thinks the Zoo is somehow hiding a treasure trove.

Very Truly Yours,

Nevin L. Young
410-353-9210

On Wed, May 26, 2021 at 12:57 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> If Defendants are going to refuse to make the zoo available on a weekend, the first weekday that three of Plaintiffs' experts and counsel are available is Monday, July 19, 2021. One of Plaintiffs' experts, Dr. Haddad, has a demanding hospital schedule this season, and we're doing our best to accommodate everyone's professional obligations. If we have to wait until July to conduct the site inspection, then we will have to request that the parties push back Rule 26(a)(2) disclosure deadlines by two weeks to allow sufficient time for reports to be completed following the inspection.
>
> Please let us know if July 19th works for Defendants and if they agree to push expert disclosure deadlines by two weeks. If Defendants are not agreeable to this proposal then we will have to file a letter with the court, which we hope won't be necessary.
>
> Thank you,
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation

2154 W. Sunset Blvd.

Los Angeles, CA 90026

   T: (323) 210-2263

   F: (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete all copies of the message and its attachments. Thank you.

**From:** Nevin Young <nevinyounglaw@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:29 AM
**To:** Zeynep Graves <ZeynepG@petaf.org>
**Cc:** Abelson, Adam <AAbelson@zuckerman.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; James Erselius <jamese@petaf.org>; Caitlin Hawks <CaitlinH@petaf.org>
**Subject:** Re: Collins v. Tri-State - Space Farms

There is generally a much higher visitor level on weekends, which Mr. Candy believes would be distracting. I also have already made personal plans for the weekend of June 13. If your expert has so many work related activities that he (I assume you mean Jay Pratte) cannot be available any weekday for a month, it seems that he is probably not trying hard enough to be flexible in his schedule.

On Mon, May 24, 2021 at 9:30 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> One of Plaintiffs' experts has work-related conflicts every weekday in June and, therefore, cannot travel to Cumberland. Would you explain why we cannot conduct the site inspection on a weekend?
>
> Thank you,
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation
>
> 2154 W. Sunset Blvd.
>
> Los Angeles, CA 90026
>
>    T: (323) 210-2263
>
>    F: (213) 484-1648
>
> This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete all copies of the message and its attachments. Thank you.

**From:** Nevin Young <nevinyounglaw@gmail.com>
**Sent:** Monday, May 24, 2021 4:33 PM
**To:** Zeynep Graves <ZeynepG@petaf.org>
**Cc:** Abelson, Adam <AAbelson@zuckerman.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; James Erselius <jamese@petaf.org>; Caitlin Hawks <CaitlinH@petaf.org>
**Subject:** Re: Collins v. Tri-State - Space Farms

Just to follow up on the site visit, please let us know if June 9, 10, 16, or 17 are available for you and what date you prefer.

Very Truly Yours,

Nevin L. Young

410-353-9210

On Mon, May 24, 2021 at 12:49 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> Please see the attached documents from Space Farms. We added the Bates numbers for reference.
>
> Thank you,
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation
>
> 2154 W. Sunset Blvd.
>
> Los Angeles, CA 90026
>
>    T: (323) 210-2263
>
>    F: (213) 484-1648
>
> This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.