IN THE UNITED STATES DISTRICT
COURTFOR THE DISTRICT OF
MARYLAND
–Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs,*

—v—

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

**TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC. & ANIMAL PARK, CARE & RESCUE, INC.'S ANSWERS TO PLAINTIFF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS INC.'S FIRST SET OF INTERROGATORIES**

**ANSWERS TO INTERROGATORIES**

**Interrogatory No. 1**     Identify all persons who are likely to have personal knowledge of any fact alleged in the Complaint or your Answer, and state the subject matter of the personal knowledge possessed by each such person.

**Answer No. 1**.

A.   Robert L. Candy Owner, Director : Daily Operations and History of the Zoo.

B.   Jessica Simmons- Volunteer: As needed (Front Greeting), Social Media. Secretary of Animal Park, Care & Rescue. Has in the past handled

1

feedings and other miscellaneous duties including entries of data.

C. Rella Moon- Volunteer: Feeding, General husbandry

D. Vets: Dr. Fox, Dr. Duncan, Dr. Gold, Dr. Cranfield, Dr. Bergman, Dr. Shepard, Dr A. Adams, have all treated and/or evaluated animals at the Zoo over the years, or have consulted with veterinarians treating the animals at the Zoo. Vet Tech/ Volunteers: Darcy Bowen, Susan Miller.

E. Jimmy Moon- Volunteer from December 2020 to present. Lives on premises.

F. Bill Waters of the Maryland Zoo has frequently discussed various issues of animal husbandry with Bob Candy, but due to the PETA litigation has now been told by the Maryland Zoo to stop communicating with Tri State Zoo.

G. A student named Bryer Saville interned at the Zoo in January and February, 2020. Present address unknown.

H. Ginger Squires has been a volunteer since 2006. She is on the Animal Park Care & Rescue Board. She handles issues for community involvement and artwork. Her husband Tim Squires was a volunteer until 2017 but he is now deceased, having passed in 2018.

I. Derek Simmons has been a volunteer since 2017, and provides general help around the facility as needed.

J. Nicky Cramer has been a volunteer since 2003. Provides public relations

and communications helps and helps with various other programs.

K.  Bonnie Keller House had been a volunteer since 2005. She did animal care and feeding, and has experience in rescue of animals and communications. She has done animal transport for small animals (birds and reptiles). She has moved away from the area.

L.  Richard Donophan and Rita Wagner, volunteers since 2016, helped with food prep and delivery. Richard Donophan stopped volunteering due to Covid related concerns.

M.  John Harr was a volunteer from 2005 until recently, doing maintenance, animal care, feeding, big cat feeding and cleaning, construction, and other general duties. He had done security work and had been provided a residence on the property. He is still available on call if there were an emergency.

N.  Jen Harr has been a volunteer from 2006 to 2017, doing feeding, care, events coordinating.

O.  Kristine Hoffengardner: Had been a volunteer since 2017. Feeding, cleaning, general duties.

P.  Kathy Moran: Shelter and rescue experience. Volunteer from 2013 to 2017. Feeding and cleaning, some big cat training and feeding.

Q.  Jason Woolard was a volunteer from 2012 until recently. He did construction and maintenance work and some big cat care and feeding.

3

       He is still available on an "on call" basis if there were an emergency.

R.    Lynn & Mack McGuire had been volunteers since 2011. They took care of the birds and other general duties. Lynn McGuire was terminated for a variety of reasons and is now deceased. Mack McGuire stole one of the parrots and agreed to give it back only to avoid criminal prosecution.

S.    Darcy Bowen has been a volunteer since 2003. Has training as a veterinary technician and rehab specialist. Does consults, animal care, and transportation.

T.    Susan Miller has been a volunteer since 2003. Her full time Federal employment is with NIH in the primate area. She is a veterinary technician, and a CPBS certified primate behavior specialist. She does consultations, animal care and inspections.

U.    Dr. Lisa Ferguson has been involved with the Zoo since 2014. She is a big cat expert, a rehab specialist, and does consultations and animal care. She last visited the Zoo in 2014.

V.    Betty Acks had been a volunteer since 2017. She is a retired county rehabilitation specialist. She has retired as a rehabber.

W.    Rick and Lynn Bibbee of the Modern Woodmen have been volunteers since 2014. They do fundraising, general duties, and various volunteer projects, including the annual "Join Hands" day.

X.    Brian and Wendy Reed have been volunteers since 2014. They do electric,

  plumbing, general duties and maintenance, and are trained in feeding the big cats.

Y. Pam Rose has been a volunteer since 2009. She is the treasurer of the Animal Park Care and Rescue group and does consults and computer assistance. She is not involved with the daily operations of the Zoo.

Z. There have been various volunteer organizations that have donated time to the facility over the years, including college groups and leadership classes, Frostburg State University, Allegany Community College, Potomac State College, 4H Groups, etc.

AA. The various consultants, employees, and other retained experts hired by PETA are also likely to have knowledge of facts relevant to the case.

BB. Diane Welling has volunteered since 2019 and has trained to help Rella Moon with feeding the animals.

 **Interrogatory No. 2** Identify all your current and former employees and volunteers by name, job title, beginning and ending dates of employment or period of volunteering, whether they were paid (and if so, their hourly wage(s)), and general duties and responsibilities, since January 1, 2015. For former employees and volunteers, please also provide their last known address and contact information.

 **Answer No. 2**. See above for a list of volunteers. No employees other than Robert Candy, who is paid one dollar per year. No forwarding address information is known for former volunteers except for the McGuires, whose contact information is

known to the Plaintiffs.

**Interrogatory No. 3** Identify each animal you have possessed from January 1, 2015 to the present, including by providing the name, sex, species, date of birth, date of death (if applicable), pedigree (*i.e.*, information regarding the animals' parents), microchip numbers, if any, dates you possessed the animal, the identity of the owner of the animal, and current location of each animal.

**Answer No. 3.**   See the spreadsheets provided in response to the request for production of documents in this case for an itemization of animals.

**Interrogatory No. 4** Identify and provide contact information for each veterinarian used to provide veterinary care to any animal that is or was in your possession, custody, or control from January 1, 2015 to the present, including by identifying the time period during which each veterinarian worked with such animals.

**Answer No. 4.**   See Answer No. 1 for list of veterinarians who have treated, evaluated, or consulted at the Zoo since 2015.

**Interrogatory No. 5** Identify and provide a complete and detailed description of each death of any animal in your possession, custody, or control from January 1, 2015 to the present, including veterinary care provided, cause of death, and whether a necropsy was performed.

**Answer No. 5.**   See answer to Interrogatory No. 3.

**Interrogatory No. 6**   Provide a complete and detailed description of the

6

type and quantity of food provided, the source of such food (*i.e.*, purchased by you, or donated to you), and the manner in which you provide and have provided food and drinking water, including by whom and how frequently, for each animal in your possession, custody, or control, from January 1, 2015 to present.

**Answer No. 6.**

Food/Water

| Approved by USDA and Vets | Source |
|---|---|
| Kibble type food approved to animals | Purchased/ Donated |
| Dog Food, Cat Food, Primate Biscuits | Purchased/ Donated |
| Sweet Feed (all purpose), Poultry Feed | Purchased/ Donated |
| Various Fruits and Vegetables | Purchased/ Donated (No grapes, raisins, or avocados) |

No strawberries to Kinkajous
Fruit with pits cut up ( pits removed) (exception Mangos)
Snack Foods: Peanut Butter Crackers
Fig Newtons Purchased

| Various Breads | Purchased |
| Various Nuts:  Birds | Purchased |

| Meats: For Carnivores | Purchased/ Donated |
|   Deer | Provided under state |
|     permit/ | |

NO PORK - Except Alligators

ALL animals fed  once daily  except primates, who are checked for food availability more often
    Bowl Exchange System, Dry Bowls filled daily

Water- Checked and/or changed daily
    1 sources- bowls- inside and outside
     Larger Bowls cleaned weekly or as
     needed.

**Interrogatory No. 7**  Provide a complete, separate, and detailed description of the manner in which food is stored, prepared, handled, defrosted, and disposed of for each animal in your possession, custody, or control, from January 1, 2015 to present.

**Answer No. 7.**

Fruit/ Vegetables: Stored in metal building
                Inspected and put in specific
                refrigerator
                Rotated- picked up weekly

Meats: Donated: Stored in designated refrigerator/
    freezer(less meat required without big cats)
    Meat eaters: Bobcat, Wolf/Hybrid. Singing dog, Gators
    : Frozen Rat for snake stored in small freezer.
All meat used for feeding is thawed in the attached refrigerator with small amount of meat required- often purchased as needed

Kibble Food: Dog food, Cat food, Sweet feed- stored in designated feed shed. Open bags are stored in metal or plastic sealed containers. Some dry food may be stored in sealed containers at individual animal sites.

Bird Food: Fruit blend, nuts, seeds (mini maz)

Food Disposed of into municipal waste or composted

**Interrogatory No. 8** Provide a complete, separate, and detailed description of the enrichment provided for the animals in your possession, custody, or control, including a description of any enrichment plan(s), how and how often such enrichment is changed or varied, and how and how often the effectiveness of enrichment provided is evaluated and assessed.

8

**Answer No. 8**.    Objection as this interrogatory is not relevant to whether the Zoo constitutes a public nuisance or not. Without waiving objection, enrichment plans are only required by the USDA for primates. These plans are developed and approved with the zoo and attending vet. Expert input is reviewed from those for primate ownership and veterinary personnel; with primate experience. As our primates have been here a long time (Squirrel monkey - 17 years, Capuchin 10 years) our enrichment is under constant evaluation. Factors may involve age, friendliness, access to other primates or animals, and the animal's individual history. USDA and the vets have determined/ documented that our two primates prefer human interaction as enrichment due to their unique socialization backgrounds. Enrichment plans are reviewed by the attending vet annually. Written enrichment plans are not required by the USDA.

**Interrogatory No. 9**  Provide a complete, separate, and detailed description of each transfer of an animal between you and a third party, including the name and age of the animal at the time of transfer, the date of the transfer, the sending or recipient party, and the dollar amount, or any other consideration, paid or received by you for such transfer, if any.

**Answer No. 9.**    Objection as this interrogatory does not specify a date range and the transfers of animals are outside of any relevance to a public nuisance action. Without waiving objection, the Plaintiff PETA is already aware of the transfer of the lemur Alfredo and the transfer of the lioness Pika and the tigers Mowgli and Cheyenne. The Zoo does not sell any animals. The Zoo has received several snakes

9

from Baltimore City Animal Control (see spreadsheets produced with response to request for production of documents). Dozens of cats have been rehomed.

**Interrogatory No. 10** Provide a complete, separate, and detailed description of the enclosures in which you house or have housed animals, from January 1, 2015 to the present, whether the enclosure is fully indoors or both indoors and outdoors, the exact dimensions of any indoor and outdoor sections, and the dates in which the animals are or were housed in each enclosure.

**Answer No. 10.**   Objection as this interrogatory is not relevant to whether the Zoo constitutes a public nuisance or not. Without waiving objection, all enclosures are approved by the USDA's APHIS service.

**Interrogatory No. 11**   Provide a complete, separate, and detailed description of how each animal enclosure in which you house or have housed animals, from January 1, 2015 to the present, is heated, cooled, illuminated, ventilated, and humidified, including a description of the types of equipment used and how often the equipment is assessed or changed.

**Answer No. 11.**   Objection in that the manner of keeping each animal in each enclosure is not relevant to a public nuisance lawsuit. Without waiving objection, each enclosure has been approved by the USDA's inspectors. Wood heat is used in the reptile house with supplemental electric heating available if needed. Other animals that need heating are provided with electric heating when needed. Humidifiers are used in the reptile house and for the squirrel monkey. Supplemental UV light is made available where indicated. Cooling fans are used where indicated.

**Interrogatory No. 12**  Provide a complete, separate and detailed description of how each animal enclosure in which you house or have housed animals from January 1, 2015 to the present is cleaned, including the frequency of cleaning, the cleaning methods and products used, and the identities of all employees or volunteers responsible for cleaning the animal enclosures.

**Answer No. 12.**   All animals are checked daily and cleaned as needed (some more than others). All wet food removed and changed daily. All enclosures cleaned at least weekly-seasonal cleaning requirements may vary. Construction of areas is with materials that can be cleaned and sanitized easily ( such as plastic or metal). Branches and Ledges are replaced if soiled or ifcleaning is impaired.

Chemicals used most are water, dawn dish detergent, white vinegar, bleach and sanitizing wipes

Substrates policed daily and changed as needed

Farm animals and outside animals are policed daily, with thorough cleaning weekly or as needed. Hosing or pressure washing of areas. Old bedding removed as needed- usually weekly.

**Interrogatory No. 13**  Provide a complete and detailed description of how and where refuse is discarded from January 1, 2015 to the present, including the refuse's proximity to Evitts Creek.

**Answer No. 13**

Dumpster containers are used for normal waste disposal. This includes food, paper, cans, plastic, trash deer carcasses, smaller animal waste and misc. trash.

11

Located in the front parking lot area.

A separate container is provided for recycling cardboard. These dumpsters are emptied by a contracted waste disposal company every 2 weeks. Recycled trash is picked up on Tuesdays. Refuse trash is picked up on Wednesday.

Wood waste is usually burned in the woodstoves for heating. Periodically a burning permit is granted for excess wood.

Metal Waste (larger items) are taken to the metal recycling plant ( Allegany Scrap). A Dumpster has been provided annually for larger materials with possible reimbursement depending on theongoing price of metal scrap.

Animal Waste:

Smaller animals such as reptiles and birds- waste disposed of as trash in the hauled dumpsters.

Larger animals/ farm- waste is transported to a designated compost area outside the actual zoo area, to an area suggested and approved by MDE. This compost is periodically used for gardens by others in need of fertilizer compost. The area used for compost is in no proximity to Evitts Creek, estimated at least 300' away and location approved by MDE. No waste has ever been discarded in Evitts creek or in a proximity dangerous to cause contamination.

Waste from the big cats was often utilized by local farmers to border their crop fields as a possible deterrent for deer. Feedback indicates this has provided good results.

**Interrogatory No. 14**  Provide a complete, separate, and detailed description of any animal escapes from the premises, including the species that escaped, the date of the escape, and if, when, and how the animal was recovered.

**Answer No. 14**.  Objection as to the relevance of this question to a public nuisance lawsuit. Without waiving objection, since January 2015, there have been no animal escapes. There have been two instances of parrots that were removed from the premises without authorization by the McGuires.

**Interrogatory No. 15**  Identify each and every document or other piece of evidence relevant or potentially relevant to Plaintiffs' claims which has been lost, destroyed, or cannot be found. For each such document or other piece of evidence, state the date on which it was lost or destroyed and whether a copy was made.

**Answer No. 15.**  There are no such documents to the best of Defendants' knowledge.

**Interrogatory No. 16**  Describe your efforts to preserve documents potentially relevant to, and discoverable in, this action, including your efforts to

implement a "litigation hold" of electronically stored information ("ESI") from the time that you were put on notice of the potential for legal action or litigation to be initiated by Plaintiffs.

**Answer No. 16**.   No litigation hold was ever requested. However, Defendants have kept records as usual and have not discarded or destroyed any records.

**Interrogatory No. 17**  Identify anywhere (physical or electronic) in your possession, custody, or control where potentially discoverable information may be found, including, but not limited to, all computers, phones, filing cabinets, or boxes.

**Answer No. 17.**   Physical Zoo documents are filed in a box so that they may be updated as needed and reviewed by USDA. Robert Candy's personal phone is used for communication with various sources such as vets, usually through phone calls.

**Interrogatory No. 18**   Identify Tri-State's and Animal Park, Care & Rescue Inc.'s annual expenditures per year, from and including 2015 through and including 2020, for: (a) animal food; (b) veterinary care and supplies; (c) animal enrichment; (d) cleaning equipment and products for animal enclosures; (e) employee salaries; (f) employee and volunteer training in animal care and husbandry; (g) utilities for the premises; (h) rental payments for the premises; and (i) any and all other payments associated with maintaining the premises and/or caring for the animals on the premises.

**Answer No. 18**.   See attached document production, including expenses and income from 2015 through 2019 as shown on spreadsheets. All spreadsheets presently available have been produced.

**Interrogatory No. 19**  Identify Tri-State's and Animal Park, Care & Rescue, Inc.'s annual revenue per year, from and including 2015 through and including 2020.

**Answer No. 19.**   See Tri-State's production of documents numbered 1-260, already produced, for revenues from 2015 through 2019. Information for 2020 is still being assembled and this answer will be supplemented.

**Interrogatory No. 20**   Identify all donations (monetary or in-kind) received by Tri-State and Animal Park, Care & Rescue, Inc. per year, from and including 2015 through and including 2020.

**Answer No. 20.**  See documents already produced as 1-260.

**Interrogatory No. 21**  Please identify all persons answering these interrogatories, assisting with answering these interrogatories, or that you consulted in answering these interrogatories and identify all documents that you relied on orreferenced to answer these interrogatories.

**Answer No. 21**.    These interrogatories were answered on behalf of all defendants by Robert Candy. Documents referenced have been produced in response to the Plaintiff's request for production of documents.

Case 1:20-cv-01225-PX   Document 38-8   Filed 05/27/21   Page 16 of 17

## AFFIRMATION/DECLARATION

I hereby declare or affirm under penalties of perjury that the foregoing answers are true and correct and that I have personal knowledge thereof.

_____                                        _____
Date                                                                                    Robert Candy

76131961

## AFFIRMATION/DECLARATION

I hereby declare or affirm under penalties of perjury that the foregoing answers are true and correct and that I have personal knowledge thereof.

4/26/21
Date

*[signature]*
Robert Candy