# SCHEDULE C (Form 1040)
Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2015**
Attachment Sequence No. 09

Name of proprietor: **ROBERT L. CANDY**
Social security number (SSN): **212 52 0550**

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) **RECREATION, ZOO, RESCUE, MANAGEMENT** | B Enter code from instructions ▶ **713900** |
| C | Business name. If no separate business name, leave blank. **BDJDTCANDY, LLC.** | D Employer ID number (EIN), see instr. **14 1844489** |
| E | Business address (including suite or room no.) ▶ **10105 COTTAGE INN LN** City, town or post office, state, and ZIP code **CUMBERLAND, MD. 21502** | |
| F | Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses | ☑ Yes ☐ No |
| H | If you started or acquired this business during 2015, check here | ▶ ☐ |
| I | Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes ☑ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes ☑ No |

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 27269 00 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 27269 00 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 27269 00 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 27269 00 |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 35 00 | 18 | Office expense (see instructions) | 18 | 332 56 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 990 00 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property LAND | 20b | 11100 00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | 1248 15 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 11735 02 |
| | | | | 23 | Taxes and licenses | 23 | 988 91 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 3268 40 |
| 15 | Insurance (other than health) | 15 | 667 83 | b | Deductible meals and entertainment (see instructions) | 24b | 1472 26 |
| 16 | Interest: | | | 25 | Utilities | 25 | 9860 78 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 14 90 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 41673 81 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | <14404 81> |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | 10304 01 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**. • If a loss, you **must** go to line 32. | | | | | 31 | <24708 82> |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12**, (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**. • If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | | | | | 32a ☑ All investment is at risk. 32b ☐ Some investment is not at risk. | |

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| # | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

## Part IV  Information on Your Vehicle.  Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ___/___/___

44  Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

  a  Business _____   b  Commuting (see instructions) _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Part V  Other Expenses.  List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| DONATIONS - MADE WITH STORE PURCHASES | 14 | 90 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2016**

Attachment Sequence No. 09

Name of proprietor: **ROBERT L. CANDY**
Social security number (SSN): 212 52 0550

A. Principal business or profession, including product or service (see instructions): **RECREATION, ZOO, RESCUE, MANAGEMENT**
B. Enter code from instructions ▶ 713900

C. Business name. If no separate business name, leave blank: **BDJDTCANDY LLC.**
D. Employer ID number (EIN), (see instr.) 14 1844489

E. Business address (including suite or room no.) ▶ 10105 COTTAGE INN LN.
City, town or post office, state, and ZIP code: CUMBERLAND, MD. 21502

F. Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G. Did you "materially participate" in the operation of this business during 2016? If "No," see instructions for limit on losses ☑ Yes ☐ No
H. If you started or acquired this business during 2016, check here ▶ ☐
I. Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☑ No
J. If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part I  Income

| Line | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 32462 00 |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 32462 00 |
| 4 | Cost of goods sold (from line 42) | |
| 5 | Gross profit. Subtract line 4 from line 3 | 32462 00 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 37462 00 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 35 00 | 18 | Office expense (see instructions) | 204 64 |
| 9 | Car and truck expenses (see instructions) | 132 57 | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 780 00 | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property LAND | 11100 00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | | 21 | Repairs and maintenance | 1491 56 |
| | | | 22 | Supplies (not included in Part III) | 14570 14 |
| | | | 23 | Taxes and licenses | 6093 45 |
| | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | | 24a | Travel | 2565 60 |
| 15 | Insurance (other than health) | 748 22 | 24b | Deductible meals and entertainment (see instructions) | 1464 54 |
| 16 | Interest: | | 25 | Utilities | 9714 04 |
| 16a | Mortgage (paid to banks, etc.) | | 26 | Wages (less employment credits) | |
| 16b | Other | | 27a | Other expenses (from line 48) | |
| 17 | Legal and professional services | | 27b | Reserved for future use | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | 48899 76 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | ⟨16437 76⟩ |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | 9654 05 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | ⟨26091 81⟩ |

- If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**.
- If a loss, you **must** go to line 32.

32. If you have a loss, check the box that describes your investment in this activity (see instructions).
- If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
- If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☑ All investment is at risk.
32b ☐ Some investment is not at risk.

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2017**

Attachment Sequence No. 09

Name of proprietor: ROBERT L. CANDY
Social security number (SSN): 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

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) ZOO, RESCUE, RECREATION, MANAGEMENT | B Enter code from instructions ▶ 711910 |
| C | Business name. If no separate business name, leave blank. BOJOTCANDY, LLC | D Employer ID number (EIN) (see instr.) 14-1844489 |
| E | Business address (including suite or room no.) ▶ _____ City, town or post office, state, and ZIP code | |
| F | Accounting method: (1) ☑ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____ | |
| G | Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses | ☑ Yes ☐ No |
| H | If you started or acquired this business during 2017, check here ▶ ☐ | |
| I | Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes ☑ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes ☐ No |

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 25079 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 25079 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 25079 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 25079 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 250 00 | 18 | Office expense (see instructions) | 18 | 162 44 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 943 15 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 11100 00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | 2562 13 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 14521 37 |
| | | | | 23 | Taxes and licenses | 23 | 3591 38 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 3626 83 |
| 15 | Insurance (other than health) | 15 | 605 83 | b | Deductible meals and entertainment (see instructions) | 24b | 1122 69 |
| 16 | Interest: | | | 25 | Utilities | 25 | 10533 45 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | 2000 00 | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 51019 27 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | <25940 27> |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | 8647 69 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br> • If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. <br> • If a loss, you must go to line 32. | | | | | 31 | <34587 96> |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br> • If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. <br> • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a ☑ All investment is at risk. <br> 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11334P    Schedule C (Form 1040) 2017

2017

| | BUDGET | | |
|---|---|---|---|
| INCOME | 200 | | APCR |
| REV | 25079 | | 865 + 746 = 1611 |
| EXP | ⟨51019⟩ | | ⟨1611⟩ |
| TOTAL | ⟨25940⟩ | | 0 |

| | | | | |
|---|---|---|---|---|
| ✓ | CONTRACT | 943.15 | | |
| ✓ | FEED | 8691.83 → 7384.94 | −1306.89 | APCR |
| ✓ | SUPPLIES | 7133.43 → 6133.43 | ⟨−TRUCK 1,000⟩ | |
| ✓ | ADV. | 250.00 | | |
| ✓ | OFFICE | 162.44 | | |
| ✓ | FOOD | 2245.37 @ 50% = 1122.69 | | |
| ✓ | TRAVEL/GAS | 3626.83 | | |
| ✳ | VET | 304.01 → 0 | −304.01 | APCR |
| ✓ | REPAIRS | 2562.13 | | |
| ✓ | INS. | 605.83 | | |
| ✓ | UTILITIES: ELEC. + | 9622.96 ⎫ 10533.45 | | |
| ✓ | PHONE | 910.49 ⎭ | | |
| ✓ | LIC/TAX/FEES | 3591.38 | | |
| ✓ | LAND RENTAL | 11,100.00 | | |
| ✓ | DONATION | 3.00 (W/ SUPPORT FORM 8283) | | |
| ✓ | LEGAL | 2,000.00 | | |

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2018**

Attachment Sequence No. 09

Name of proprietor: ROBERT L. CANDY
Social security number (SSN): 212 52 0550

A Principal business or profession, including product or service (see instructions): MANAGEMENT / ZOO / RECREATION
B Enter code from instructions ▶ 711910

C Business name. If no separate business name, leave blank.: BDJDTCANDY LLC
D Employer ID number (EIN) (see instr.): 14 1844489

E Business address (including suite or room no.) ▶ 10105 COTTAGE INN LN
City, town or post office, state, and ZIP code: CUMBERLAND, MD. 21502

F Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶
G Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses . ☒ Yes ☐ No
H If you started or acquired this business during 2018, check here . . . . . . . . . . . . . . . ▶ ☐
I Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) . . . . . . ☐ Yes ☒ No
J If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . ▶ ☐ | **1** 22093 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . | **2** 0 |
| 3 | Subtract line 2 from line 1 | **3** 22093 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . | **4** 0 |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . | **5** 22093 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | **6** 0 |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . ▶ | **7** 22093 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . | **8** 100 00 | 18 | Office expense (see instructions) | **18** | 319 35 |
| 9 | Car and truck expenses (see instructions) . . . . | **9** | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . | **10** | 20 | Rent or lease (see instructions): | | |
| | | | a | Vehicles, machinery, and equipment | **20a** | |
| 11 | Contract labor (see instructions) | **11** 852 99 | b | Other business property LAND | **20b** | 1100 00 |
| 12 | Depletion . . . . | **12** | 21 | Repairs and maintenance . . . | **21** | 2194 10 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | **13** | 22 | Supplies (not included in Part III) . | **22** | 10581 33 |
| | | | 23 | Taxes and licenses . . . . | **23** | 3464 22 |
| | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | a | Travel . . . . . . . . | **24a** | 5180 60 |
| 15 | Insurance (other than health) | **15** 522 53 | b | Deductible meals (see instructions) . . . . . . | **24b** | 783 72 |
| 16 | Interest (see instructions): | | 25 | Utilities . . . . . . . . | **25** | 10655 71 |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 | Wages (less employment credits) . | **26** | |
| b | Other . . . . . . | **16b** | 27a | Other expenses (from line 48) . . | **27a** | 5803 75 |
| 17 | Legal and professional services | **17** 8525 00 | b | Reserved for future use . . . | **27b** | |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . ▶ | **28** 60083 30 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | **29** ⟨37990 30⟩ |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . | **30** 15463 00 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Schedule 1 (Form 1040), line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | **31** ⟨53453 30⟩ |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**. • If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. |

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . .  | 35 |

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . .  | 36 |

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . .  | 37 |

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 38 |

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 39 |

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 40 |

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 41 |

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . .  | 42 |

## Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ ___ / ___ / ___

44  Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

a  Business _____   b  Commuting (see instructions) _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

 b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| VETERINARY CARE | 5803 | 75 |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2018
BDJST CANDY, LLC.

SCHEDULE C INFO:                              FORM 8829 USE OF HOME
REVENUE = $22093

| | | | |
|---|---|---|---|
| ADVERTISING | 100.00 | INTEREST | 12708.35 |
| TAXES | 3046.22 | TAXES | 1676.09 |
| INSURANCE | 322.53 | INSURANCE | 1162.98 |
| LEGAL | 8525 | UTILITIES: ELEC. | 5322.79 |
| RENT/LAND | 11,100 | PROPANE | 588.27 |
| UTILITIES: ELEC. | 9630.27 | WATER | 100.00 |
| PROPANE | 35.24 | TV/INT. | 991.89 |
| WATER | — | MAINT. - LAND | 400.00 |
| PHONE | 990.20 | RPRS | 200.00 |

FEES/LIC = 418
SUPPLIES = 165.04 + 3978.91 = $4143.95~~ = $4143.95
FOOD = 141.08 + 1254.54 + 135.33 + 30.46 + 6.03 = $1567.44 @.50% = 783.72
TRAVEL/GAS = 47.05 + 5086.50 + 47.05 = $5180.60
VET = 11365.05 + 28.98 = $11394.03 − 5590.28 =
       AOL
OFFICE = 191.88 + 227.06 + .41 − $100 = 319.35       5803.75
CONTRACT SERV. = 852.99 48 = 852.99
REPAIRS = 2138.10 + 56.00 = 2194.10
FEED = 6437.38 = 6437.38

                                                                          + 1707.58
6437.38  SUPPLIES: FEED    2396.53 + 546.89 + 422.33 + 9.73 + 277.50 + 1076.82
3978.91           SUPPLIES  588.21 + 411.17 + 95.07 + 29.75 + 635.51 + 1168.97 + 35.26
                  ~~FEED~~                                                +607.93
                                                                          +407.04

APC4R: REVENUE = 5654.00
        EXP: TAXES   63.72
             VET    5590.28
             BAL.    0.00

# SCHEDULE C
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

2019

Attachment Sequence No. 09

Name of proprietor: ROBERT L. CANDY
Social security number (SSN): 212 52 0550

A  Principal business or profession, including product or service (see instructions): RECREATION, ZOO, RESCUE, MANAGEMENT
B  Enter code from instructions: ▶ 7 1 1 3 9 0 0

C  Business name. If no separate business name, leave blank: BDJDTCANDY LLC.
D  Employer ID number (EIN) (see instr.): 1 4 1 8 4 4 4 8 9

E  Business address (including suite or room no.) ▶ 10105 COTTAGE INN LN.
   City, town or post office, state, and ZIP code: CUMBERLAND, MD. 21502

F  Accounting method: (1) ☐ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses . ☑ Yes  ☐ No
H  If you started or acquired this business during 2019, check here . . . ▶ ☐
I  Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) . . . ☐ Yes ☑ No
J  If "Yes," did you or will you file required Forms 1099? . . . ☐ Yes ☑ No

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . ▶ ☐ | 1 | 22423.00 |
| 2 | Returns and allowances . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 22423.00 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 22423.00 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0 |
| 7 | Gross income. Add lines 5 and 6 . . . ▶ | 7 | 22423.00 |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 55.00 | 18 | Office expense (see instructions) | 18 | 349.13 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | 981.85 | b | Other business property | 20b | 21640.00 |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 686.46 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | 1620.43 |
| | | | | 23 | Taxes and licenses | 23 | 3765.84 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 41.90 |
| | | | | b | Deductible meals (see instructions) | 24b | 746.60 |
| 15 | Insurance (other than health) | 15 | 403.46 | 25 | Utilities | 25 | 7012.13 |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) | 27a | 5341.63 |
| b | Other | 16b | | b | Reserved for future use | 27b | |
| 17 | Legal and professional services | 17 | 9333.00 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . ▶ | | | | | 28 | 61977.43 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | ⟨39554.43⟩ |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | | 31 | ⟨39554.43⟩ |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a ☑ All investment is at risk. 32b ☐ Some investment is not at risk. | |

Schedule C (Form 1040 or 1040-SR) 2019

Page 2

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

## Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ ___/___/___

44  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

a  Business _____   b  Commuting (see instructions) _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| VETERINARY CARE FOR ANIMALS | 5341.63 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  **Total other expenses.** Enter here and on line 27a | 5341.63 |