IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

CONSTANCE COLLINS, ET AL.,

*Plaintiffs*

–v–

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 8:20-cv-01225

**MOTION TO POSTPONE STATUS CONFERENCE
PRESENTLY SET FOR JUNE 22**

Now Come the Defendants and file this Motion as captioned above, and state:

1. Undersigned counsel has been ill with flu like symptoms for several days and has been unable to work for much of the last week due to fatigue and cough, and when it was possible to work, has not been able to work more than an hour or two per day. A Covid test was performed and was negative. However, undersigned counsel, a solo practitioner, remains ill.

2. Undersigned requests that the status conference presently set for June 22 at 10:00 a.m. be postponed until next week.

3. PETA has stated that it opposes any postponement and that it wishes to file an opposition to this motion. For that reason, this motion will be followed by a motion to shorten time to respond.

WHEREFORE, the Defendants pray:

That the status conference presently set for June 22, 2021, be postponed for a period of approximately one week.

                                          Respectfully Submitted,

                                          ____s/Nevin L. Young_____
                                          Nevin L. Young
                                          Fed Bar. ID No. 28604
                                          170 West Street
                                          Annapolis Maryland 21401
                                          410-353-9210
                                          nevinyounglaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2021, I served the foregoing upon the counsel and/or parties set forth below via the ECF filing system:

Adam Abelson, Esquire
Zuckerman Spaeder, LLP
100 East Pratt Street, 24th Floor
Baltimore MD 21202

Marcos Hasbun, Esquire
101 East Kennedy Blvd.
Tampa Florida 33602

James Ersellius, Esquire
Zeynep Graves, Esquire
Caitlin Hawks, Esquire
PETA Legal Foundation
2154 West Sunset Blvd.
Los Angeles, California 90026

                                          ____s/Nevin L. Young_____
                                          Nevin L. Young