IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

CONSTANCE COLLINS, *et al.*,

Plaintiffs

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

Defendants.

Case No. 8:20-cv-01225

### EXHIBIT B, AFFIDAVIT OF DARCY BOWEN

Now Comes the Affiant Darcy Bowen and testifies as follows:

1. My name is Darcy Bowen. I am not a party to this case, I am over the age of 18 and am competent to be a witness.

2. I am a veterinary technician with many years of experience working with exotic animals. I have served as the point of contact for Tri State Zoo for several animal owners.

3. At one point in time, I placed a porcupine named Niles at the Zoo. At this point in time, Niles is elderly and we have taken him back from the Zoo so that he will receive more extensive veterinary care in his old age. This was done by agreement between me and the Zoo as being in the best interest of Niles.

4. I have also served over the years as an intermediary between Chris Lynch, the owner of Dodger the Capuchin Monkey, and the Zoo. PETA appears to know that I do so because PETA left a voice mail message for me that I did not return, seeking to discuss

— 1 —

these matters as to animal ownership. From my prior experiences with PETA, I do not trust that they will act in the best interest of the animals and so I did not return their telephone call.

5.  Dodger the capuchin monkey is owned by a woman named Chris Lynch. Dodger has never been owned by the Zoo. Any attempt by PETA to claim that Dodger is owned by the Zoo is simply false. Chris Lynch still has a right of first refusal to take Dodger back if for some reason the Zoo cannot take care of him.

### OATH

I hereby swear and/or affirm under penalties of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

10/20/21
Date

Darcy Bowen

— 2 —