IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

| | |
|---|---|
| CONSTANCE COLLINS, et al.,<br><br>*Plaintiffs*<br><br>—v—<br><br>TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., et al.,<br><br>*Defendants.* | Case No. 8:20-cv-01225 |

## EXHIBIT C, AFFIDAVIT OF KATHY MORAN

Now Comes the Affiant Kathy Moran and testifies as follows:

1. My name is Kathy Moran. I am not a party to this case, I am over the age of 18 and am competent to be a witness.

2. I am a former volunteer at Tri State Zoo with extensive experience working with zoo animals.

3. PETA's lawyer recently called me to ask about the animals at Tri State that I own. I told him I own three of the pigs at the Zoo, Emmy, Isabelle, and Sophie. My understanding was that they wanted to know who owned the animals so that they could inform the Court who owned the animals, but I now understand that they are attempting to seize ownership of my three pigs without informing the Court that I own the animals. I cannot believe that this is an ethical representation for PETA to make to the Court—they know I own the pigs and my understanding is that they have not told the Court that I own

— 1 —

these pigs, but have instead asked the Court to declare that the Zoo owns the pigs, so that ultimately the pigs might be awarded to PETA.

4. I detest PETA and everything they stand for. At this point, I have been illegally recorded by PETA's agents in the past, who did not tell me I was being audio recorded, and now they are attempting to steal ownership of my pets from me. I entrusted these pigs to the Zoo expecting that they would be cared for, and that I could receive them back whenever I asked for them. It appears that PETA's lawyer lied to me about wanting to know about the animals' owners so that he could inform the Court, and instead has hidden this information from the Court.

5. I own these pigs and expect that the Court would hear from me before any disposition of any matters involving them. I absolutely own these animals.

## OATH

I hereby swear and/or affirm under penalties of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

Date 10-20-2021

Kathy Sue Moran

Kathy Moran