IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
—Northern Division—

CONSTANCE COLLINS, *et al.*,

*Plaintiff*

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 8:20-cv-01225

**EXHIBIT D, AFFIDAVIT OF TODD LEASURE**

Now Comes the Affiant Todd Leasure and testifies as follows:

1. My name is Todd Leasure. I am over the age of 18 and am competent to be a witness.

2. My husband Brian Rice and I are the owners of the skunk named Casper, who presently lives at Tri State Zoological Park of Western Maryland, Inc., in Cumberland, Maryland.

3. We believe Casper has been well cared for at the Zoo, and he has been there for several years.

4. PETA's lawyer Marcos Hasbun left a telephone message for my husband, and I returned that telephone call. Mr. Hasbun asked if we would consent to moving Casper to another facility where he would receive what would be, according to Mr. Hasbun, "better care." I told Mr. Hasbun that Casper is fine where he is. Mr. Hasbun stated that he

—1—

wanted to know about Casper's ownership so that he could "inform the Court" as to who the owners of Casper are, but I understand at present that Mr. Hasbun has not so far informed the Court that Casper is owned by my husband and me, while also not informing the Court of Mr. Hasbun's conversation with me. I do not appreciate this deception by PETA although it seems unsurprising for PETA to do something like this. I do not like PETA and have strong feelings in opposition to PETA, which is why we removed Casper from the Zoo just prior to PETA's site visit. I do not want PETA to be anywhere near Casper. Before any decisions are made in relation to Casper, I would want to be heard by the Court because my husband and I still own Casper, Mr. Hasbun knows that my husband and I still own Casper, and I am told that the Court has not been informed as to the true ownership of Casper.

OATH

I hereby swear and/or affirm under penalties of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

10/30/2021
Date

_____
Todd Leasure

— 2 —