IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*,<br><br>Plaintiffs,<br><br>–v–<br><br>TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al*.,<br><br>Defendants. | Case No. 1:20-cv-01225 |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

In accordance with Rule 56 of the Federal Rules of Civil Procedure and this Court's Amended Scheduling Order, ECF No. 58, Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc. (together, "Plaintiffs") move for summary judgment against Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert Candy (collectively "Defendants").

As set forth in the attached memorandum, Defendants' operation of Tri-State Zoological Park of Western Maryland, in Cumberland Maryland, violated and continues to violate Maryland's animal abuse and neglect statute, Md. Code, Crim. Law § 10-604, and the Animal Welfare Regulations promulgated under the Animal Welfare Act, 7 U.S.C. §§ 2131–2159, and is a public nuisance under Maryland law.

In the event this Court grants summary judgment against Defendants, Plaintiffs request a hearing to address appropriate placement of the surviving animals in Defendants' possession, consistent with their best interests.

1

| | | |
|---|---|---|
| Date | December 20, 2021<br>Baltimore, Maryland | Respectfully submitted,<br><br>*/s/ Adam B. Abelson*<br>Adam B. Abelson (#29532)<br>Zuckerman Spaeder LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>(410) 332–0444; (410) 659–0436 (fax)<br>aabelson@zuckerman.com<br><br>Marcos E. Hasbun (Pro Hac Vice)<br>Zuckerman Spaeder LLP<br>101 East Kennedy Boulevard, Suite 1200<br>Tampa, Florida 33602–5838<br>(813) 221–1010; (813) 223–7961 (fax)<br>mhasbun@zuckerman.com<br><br>Caitlin Hawks (Pro Hac Vice)<br>Zeynep Graves (Pro Hac Vice)<br>PETA Foundation<br>2154 West Sunset Boulevard<br>Los Angeles, CA 90026<br>(323) 210-2263; (213) 484-1648 (fax)<br>caitlinh@petaf.org<br>zeynepg@petaf.org<br><br>Counsel for Plaintiffs. |