**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–**

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*, <br><br>*Plaintiffs,*<br><br>–v–<br><br>TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,<br><br>*Defendants.* | Case No. 1:20-cv-01225 |

**DECLARATION OF ZEYNEP J. GRAVES**

I, Zeynep J. Graves, hereby declare as follows:

1. I am Associate Director of Litigation for the Foundation to Support Animal Protection (aka PETA Foundation) and represent Plaintiffs in the above-captioned proceeding.

2. On June 24, 2021, Plaintiffs took the deposition of Defendants, via witness Robert Candy, under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Attached as **Exhibit A** is a true and correct copy of excerpts of the June 24, 2021 deposition transcript.

3. Attached as **Exhibit B** is a true and correct copy of excerpted exhibits from the June 24, 2021 deposition of Defendants, via witness Robert Candy, under Rule 30(b)(6).

4. On August 11, 2021, Plaintiffs took the continued deposition of Defendants, via witness Robert Candy, under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Attached as **Exhibit C** is a true and correct copy of excerpts of the August 11, 2021 deposition transcript.

5. Attached as **Exhibit D** is a true and correct copy of excerpted exhibits from the August 11, 2021 deposition of Defendants, via witness Robert Candy, under Rule 30(b)(6).

6. On July 15, 2021, Plaintiffs took the deposition of Dr. Keith Gold. Attached as **Exhibit E** is a true and correct copy of excerpts of the July 15, 2021 deposition transcript.

7. Attached as **Exhibit F** is a true and correct copy of excerpted exhibits from the July 15, 2021 deposition of Dr. Keith Gold.

8. On July 22, 2021, Plaintiffs took the continued deposition of Dr. Keith Gold. Attached as **Exhibit G** is a true and correct copy of excerpts of the July 22, 2021 deposition transcript.

9. Attached as **Exhibit H** is a true and correct copy of excerpted exhibits from the July 22, 2021 deposition of Dr. Keith Gold.

10. On June 30, 2021, Plaintiffs took the deposition of Dr. Gale Duncan. Attached as **Exhibit I** is a true and correct copy of excerpts of the June 30, 2021 deposition transcript.

11. Attached as **Exhibit J** is a true and correct copy of excerpted exhibits from the June 30, 2021 deposition of Dr. Gale Duncan.

12. Attached as **Exhibit K** are true and correct copies of Tri-State Zoological Park of Western Maryland, Inc.'s ("Tri-State's") United States Department of Agriculture ("USDA") inspection reports detailing Tri-State's citations from 2005 to 2021. PETA has gathered these reports throughout the years via the USDA's website and through Freedom of Information Act requests.

13. Attached as **Exhibit L** is a true and correct copy of the results from an October 2017 U.S. Department of Agriculture inspection of Defendants' facility, which Plaintiff PETA received through a Freedom of Information Act request. The document bears Bates numbers PETA009693−PETA009694.

14. Attached as **Exhibit M** is a true and correct copy of Defendants' Supplemental Answers to Plaintiff PETA's First Set of Interrogatories, which Defendants served on Plaintiffs on June 27, 2021.

15. On August 10, 2021, Plaintiffs took the deposition of Rella Moon. Attached as **Exhibit N** is a true and correct copy of excerpts of the August 10, 2021 deposition transcript.

16. On March 16, 2018, Plaintiff PETA took the deposition of Robert Candy in the matter of *People for Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of W. Maryland, Inc.*, 424 F. Supp. 3d 404 (D. Md. 2019). Attached as **Exhibit O** is a true and correct copy of excerpts of the March 16, 2018 deposition transcript.

17. On June 1, 2021, Defendants served a production of documents on Plaintiffs. Attached as **Exhibit P** is a true and correct copy of excerpts of Defendants' produced documents. The documents bear Bates numbers 491−98.

18. On August 5, 2021, Plaintiff PETA served a production of documents on Defendants, which included photographs and videos from Plaintiffs' July 19, 2021 site inspection of Tri-State. Attached as **Exhibit Q** is a true and correct copy of excerpts of Plaintiff PETA's production.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Yucca Valley, California this 20th day of December, 2021.

                                                                                Zeynep J. Graves