**EXHIBIT A**

Page 1

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2                 - SOUTHERN DIVISION -
3     - - - - - - - - - - - - - - - - -
      CONSTANCE COLLINS, et al.        )
4              Plaintiffs              )
                                       )Case No:
5     V.                               )# 1:30-CV-01225
                                       )
6     TRI-STATE ZOOLOGICAL             )
      PARK OF WESTERN                  )
7     MARYLAND, INC., et al.           )
               Defendants              )
8     - - - - - - - - - - - - - - - - -
9
10
11
12        Virtual Zoom Deposition of ROBERT CANDY
                   Baltimore, Maryland
13            Thursday, June 24, 2021
                     11:00 a.m.
14
15
16
17
18
19    Job No. 4672922
      Pages 1 - 380
20    Reported by: Brianne M. Wallner
21

Page 2

1                Virtual Zoom Deposition of ROBERT CANDY,

2      held at the offices of:

3

                Video Conference

4               VIRTUAL ZOOM

                Baltimore, Maryland 21201

5

6                        Pursuant to notice, before

7      Brianne M. Wallner, Shorthand Reporter and Notary

8      Public in the State of Maryland via Virtual Zoom

9      with Counsel for Plaintiffs.

10

11

12

13

14

15

16

17

18

19

20

21

Page 3

```
 1              A P P E A R A N C E S
 2
 3        ON BEHALF OF PLAINTIFFS:
          CAITLIN HAWKS, ESQUIRE and
 4        JAMES ERSELIUS, ESQUIRE and
          ZEYNEP GRAVES, ESQUIRE and
 5        PETA FOUNDATION
          2154 West Sunset Boulevard
 6        Los Angeles, California 90026
          Caitlinh@petaf.org
 7        Jamese@petaf.org
          Zeynepg@petaf.org
 8        Telephone: (323) 210-2263
 9        (Via Virtual Zoom)
10
11        ON BEHALF OF PLAINTIFFS:
          BRITTANY PEET, ESQUIRE
12        PETA CLIENT REPRESENTATIVE
13        (Via Virtual Zoom)
14
15        ON BEHALF OF DEFENDANTS:
          NEVIN YOUNG, ESQUIRE
16        BURLINGTON & YOUNG, LLP
          170 West Street
17        Annapolis, Maryland 21401
          nevinyounglaw@gmail.com
18        Telephone: (410) 353-9210
19
20
21
```

Page 4

1                 C O N T E N T S

2     EXAMINATION OF ROBERT CANDY                    PAGE

3           BY MS. HAWKS                             9

4

5                   E X H I B I T S

6             (Attached to Transcript.)

7     ROBERT CANDY                                   PAGE

8     Exhibit 1          Notice of Rule 30(b)(6)     12

                         Deposition

9

10    Exhibit 2          Text 11/23/20               20

11    Exhibit 3          E-mail 3/9/19               22

12    Exhibit 4          Text 2/22/21                25

13    Exhibit 5          Answers to Interrogatories  29

14    Exhibit 6          Text 11/11/20               38

15    Exhibit 7          Affirmation/Declaration     71

16    Exhibit 8          Document Request            72

17    Exhibit 9          Animal List                 110

18    Exhibit 10         GoFundMe Keiko              159

19    Exhibit 11         Patient History Report      174

20    Exhibit 12         New Animal Information       178

                         Report Fred

21

Page 5

```
 1                E X H I B I T S
 2                  (Continued.)
 3             (Attached to Transcript.)
 4    ROBERT CANDY                                    PAGE
 5    Exhibit 13          Western Maryland             198
                          Animal Hospital
 6
 7    Exhibit 14          Cat List                     217
 8    Exhibit 15          Pigs                         221
 9    Exhibit 16          Text 11/23/20                230
10    Exhibit 17          Text 12/7/20                 237
11    Exhibit 18          New Animal Information        246
                          Report Charlie
12
      Exhibit 19          Patient History              253
13                        Report Charlie
14    Exhibit 20          New Animal Information        258
                          Report Diablo
15
      Exhibit 21          New Animal Information        262
16                        Report Sierra
17    Exhibit 22          New Animal Information        265
                          Report Brownie
18
      Exhibit 23          New Animal Information        266
19                        Report Sheba
20    Exhibit 24          New Animal Information        271
                          Report Cumber
21
```

Page 6

1                    E X H I B I T S

2                      (Continued.)

3               (Attached to Transcript.)

4    ROBERT CANDY                                    PAGE

5    Exhibit 25          New Animal Information        273
                         Report Little Mac

6

7    Exhibit 26          Patient Record Little Mac     275

8    Exhibit 27          New Animal Information        277
                         Report Big Mac

9

     Exhibit 28          New Animal Information        280

10                       Report Pepe/Oreo

11   Exhibit 29          Skunks Medical Form           284

12   Exhibit 30          New Animal Information        286
                         Report Flower

13

     Exhibit 31          Western Maryland              287

14                       Hospital Flower

15   Exhibit 32          New Animal Information        290
                         Report Bandit

16

17   Exhibit 33          Text Romona                   293

18   Exhibit 34          2019 Expenses                 301

19   Exhibit 35          Revenue and Expenses          317
                         Summary 2018

20

21   Exhibit 36          2020 Expenses                 324

Page 7

1                    E X H I B I T S

2                      (Continued.)

3                (Attached to Transcript.)

4    ROBERT CANDY                                    PAGE

5    Exhibit 37            Revenue and Expenses       345

                           Summary 2019

6

7    Exhibit 38            2019 Expenses              345

8    Exhibit 39            Profit Loss Statement 2019 352

9    Exhibit 40            BB&T Account Statement      362

10

11

12

13

14

15

16

17

18

19

20

21

Page 8

1               P R O C E E D I N G S

2           MS. REPORTER:   The attorneys participating

3       in this deposition acknowledge that I am not

4       physically present in the deposition room, and

5       that I will be reporting this deposition

6       remotely.

7           They further acknowledge that, in lieu of

8       an oath administered in person, I will

9       administer the oath remotely.

10          The parties further agree that if the

11      witness is testifying from a state where I am

12      not a Notary, that the witness may be sworn in

13      by an out-of-state Notary.

14          If any party has an objection to this

15  manner of reporting, please state now.

16                  [NO RESPONSE.]

17          MS. REPORTER:   Hearing none, we can

18      proceed.

19                  ROBERT CANDY, having been duly

20  sworn, testified as follows:

21  EXAMINATION BY COUNSEL FOR PLAINTIFFS:

Page 9

1   BY MS. HAWKS:

2       Q    So my name is Caitlin Hawks.  I am counsel

3   for plaintiff, People for the Ethical Treatment of

4   Animals, Inc. and Connie Collins.  I am joined by my

5   colleagues, James Erselius and Zeynep Graves, who

6   are also counsel for the plaintiffs.  And likewise,

7   joined by Brittany Peet, who is a PETA client

8   representative here in this matter.

9                Mr. Candy, can you please state and

10  spell your full name for the record?

11      A    Robert Candy, R-O-B-E-R-T, C-A-N-D-Y.

12      Q    I know you've been deposed a couple of

13  times before, so I'll try to be brief in doing this,

14  but I'm going to provide a short overview of the

15  deposition process just as sort of a refresher.  So

16  first of all, as you know, your answers will be

17  given under oath subject to penalty of perjury,

18  exactly as if you were testifying in a courtroom.

19  Do you understand that?

20      A    Yes.

21      Q    Your responses to my questions should be

Page 33

1    vet staff with care of the bears at the zoo.

2         Q    Did he have any other responsibilities?

3         A    No.

4         Q    When you say he assisted with care of the

5    bears, what did that entail?

6         A    We had checkup, blood tests, physical

7    exams.  And he assisted with the surgery for a

8    couple of their teeth.

9         Q    How did he assist with the dental

10   concerns?

11        A    He helped do the surgery.

12        Q    Who else was involved in that surgery?

13        A    Dr. Gold was involved, Dr. Gold's staff

14   was there, and he had -- I think he had two vets

15   with him, one was a dental, I believe it was a

16   dental vet and Dr. Cranfield.

17        Q    Is Dr. Cranfield involved with the zoo in

18   any other way that we haven't discussed?

19        A    No.

20        Q    What is the subject matter of the

21   knowledge possessed by Dr. Bergman?

1      A     Dr. Bergman was involved with the zoo once

2   when we had our big cats.  He's more a big cat vet

3   expert.  And when we had our big cats at the vet, he

4   was involved with helping out the prior vet,

5   consulting, whatever.  He also helped the Exotic

6   Coast Rescue to adopt a macaque that we had at the

7   zoo.

8      Q     Is that macaque still at the zoo?

9      A     No, he was adopted by East Coast.

10      Q     Who adopted him?

11      A     They adopted him, they took him.

12      Q     I see.  So by "they" you mean Dr. Bergman?

13      A     No, East Coast Exotic Rescue.  They had

14   him coming in to evaluate, and I believe he neutered

15   the macaque.

16      Q     And what is the subject matter or

17   knowledge possessed by Dr. Shepard?

18      A     Dr. Shepard was very similar in that he

19   was always our big cat consultant.  He was in charge

20   of Camelot Big Cat Rescue in Pennsylvania, so

21   whenever we had a question on big cats or our vets

Page 35

1   needed to consult, he was our big cat consultant.

2        Q    Do you still work with Dr. Shepard?

3        A    I don't have big cats anymore, so I don't.

4        Q    Do you still work with Dr. Bergman?

5        A    Presently Dr. Bergman said he couldn't

6   work with us because of PETA.

7        Q    Do you still work with Dr. Cranfield?

8        A    If he's called by Dr. Gold.  I don't call

9   Dr. Cranfield specifically.  He's contacted by

10  Dr. Gold.

11       Q    What is the subject matter of the

12  knowledge possessed by Dr. Adams?

13       A    Dr. Adams is a -- basically a farm animal

14  vet.  He used to be our primary vet at the zoo years

15  ago.  He's a local vet and because half our animals

16  are basically farm animals, we keep a farm animal

17  vet to deal with them instead of having to go

18  through the -- our other vet.

19       Q    Okay.  And so is Dr. Adams still

20  involved with --

21       A    If I call him.

Page 36

1        Q      Okay.   When was the last time he came out?

2        A      He came out I think it was about a month

3    and a half ago.

4        Q      What was that for?

5        A      Just to check -- he would check on the

6    farm animals that we had there, to give a walk-thru

7    and we had a potbelly pig that I had a concern with,

8    with enlarged testicles.

9        Q      What is the name of that pig?

10       A      Snorkel.

11       Q      Okay, we'll come back to Snorkel at some

12   point.   Is Dr. Adams your attending vet?

13       A      No.

14       Q      Is Dr. Gold your attending vet currently?

15       A      Yes.

16       Q      Does Dr. Gold see the farm animals?

17       A      Yes.

18       Q      All right, to circle back, with respect to

19   Jimmy Moon, is he responsible for cleaning at the

20   facility?

21       A      Define cleaning.

Page 220

```
 1        Q     And no necropsy was performed on the

 2   kitten, correct?

 3        A     No, you don't do a necropsy on a newborn

 4   kitten.

 5        Q     And you don't have any other records

 6   pertaining to these cats?

 7        A     Probably not because the cat was just

 8   dropped off.

 9        Q     Did you conduct a search to determine

10   whether you have a more recent list of cats in your

11   possession?

12        A     Yes, I did.

13        Q     And this is the most recent one you have?

14        A     No, this is the one -- well, I guess if

15   you want to go by that, we don't call this a list of

16   cats, this is just what we had at that time and we

17   knew if one had been adopted or -- for whatever

18   reason this was created, I don't know why.  But we

19   don't keep a list of the ferals or the cats that are

20   dropped off, because we know what we have.

21        (Exhibit 15 was marked for identification.)
```

Page 221

1   BY MS. HAWKS:

2       Q    I'm marking another document exhibit here.

3   This one will be Exhibit 15.  Let me know when

4   you're able to see it.

5       A    Okay.

6       Q    Okay, perfect.  So there's an entry here

7   that says 3/15/15 -- well, actually before we move

8   on to this, let's just return to the cat topic for a

9   moment.  Do you have any cats that were not

10  reflected on that list in Exhibit 14?

11      A    Yeah, I'm sure we do.

12      Q    Okay.  So you just -- you aren't able to

13  routinely update the list of cats?

14      A    We're not a cat rescue out there.  People

15  just drop them off and we do what we can to get them

16  rescued and get them homes.  We do what we can for

17  them, but we're not a rescue for cats.

18      Q    Okay.  Looking now at Exhibit 15.  The

19  line that says 3/15/15, references an animal named

20  Spanky.  It says four born, one died, one adopted,

21  pick up later.  The animal who died, do you recall

1    how that animal died?

2         A    It was a baby pig.  Whenever it says four

3    born, one died, that means one of the babies didn't

4    make it for whatever reason.  It could be stillborn,

5    it could be the runt of the litter, it could be

6    whatever.

7         Q    And you don't recall specifically whether

8    that was a stillbirth or whatever the animal died

9    after?

10         A    At that point we don't know, no.  She

11    could have lied on it, we wouldn't have known.

12         Q    Was the mother under supervision when she

13    gave birth?

14         A    She was in the field where the pigs are

15    kept.

16         Q    So you don't observe the births?

17         A    No.

18         Q    Was a necropsy performed on the piglet?

19         A    Of course not.

20         Q    Do you have any other records relating to

21    these pigs?

Page 223

1      A     Only if I wrote it down somewhere.

2      Q     Would you have any new animal information

3   records for these pigs?

4      A     Not on the babies.  There may be for

5   Spanky and there might be a notation on Spanky's

6   records about piglets being born, but no, when

7   babies are born, records aren't kept until -- unless

8   they're actually going to be kept at the zoo.

9      Q     There's another entry on 8/13/15, also for

10   Spanky.  It says Spanky gave birth to seven -- or it

11   says seven born, one died, one adopted --

12      A     Wait, wait a minute, my ear thing fell

13   out.  Okay.

14      Q     So staying on this same exhibit,

15   Exhibit 15, there's an entry 8/13/15, that

16   references Spanky giving birth again.  That one says

17   one -- or seven born, one died.  Do recall anything

18   about the circumstances of that piglet's death?

19      A     I would be the same thing.  If seven were

20   born, I'm sure there was a runt or one in there that

21   just didn't make it for whatever.

Page 224

1    Q    Okay.

2    A    It could be stillborn, it could be --

3    there's a wide variety, it could be almost any

4    reason.  Most times when they're dead like that,

5    they're stillborn.

6    Q    And were you able to observe Spanky give

7    birth that time around?

8    A    No.

9    Q    And no necropsy was performed on the

10   piglet?

11   A    No.

12   Q    Would there be any other records

13   pertaining to this piglet?

14   A    Probably not if I wrote it on here, but it

15   could be if I wrote it down somewhere else or it

16   could be on Spanky's record herself.

17   Q    Would you have a new animal information

18   form for Spanky then?

19   A    I believe you would have had one.  You

20   should have received it.

21   Q    Same exhibit, the line that starts with

Page 225

1    3/29/17.  There's another reference to Spanky giving
2    birth.  It says five piglet's born, two died, three
3    okay, all three adopted.

4          A     Yeah.

5          Q     Is this a similar circumstance to the
6    other two that we just discussed?

7          A     Yes.

8          Q     Okay.  When the animals are adopted out,
9    who adopts them?

10         A     Whoever wants to adopt them.  We have
11   people that come in and they want to have potbelly
12   pigs or pigs, so they adopt them as pets.

13         Q     Okay.  We can leave this exhibit aside for
14   now.  Has a propane tank at Tri-State ever
15   malfunctioned?

16         A     Has a propane tank at Tri-State ever
17   malfunctioned?  I don't know whether it
18   malfunctioned or just not set right.

19         Q     All right.  What happened?

20         A     What incident are you talking about?

21   Any --

Page 226

1        Q      I mean --

2        A      I mean propane tanks are propane tanks, at

3    any time one can be a problem, you know, but, you

4    know, if there's something specific, I need to know.

5        Q      Was there a propane tank malfunction that

6    caused animals to die?

7        A      We don't have any evidence, but we believe

8    so.   We theorized so.

9        Q      Okay.   Can you describe those

10   circumstances?

11       A      We had two people that they're sole

12   responsibility is for taking care of the birds.

13   Those would be the only ones I can think of that had

14   a possible propane tank issue with it, Mack and Lynn

15   McGuire.   We have a policy at the zoo that you don't

16   do any changes on any tanks or move any animals

17   during closing hours, that way everything is set

18   before we leave.   Again, because Lynn and Mack have

19   a tendency to do what they want to and not listen to

20   people, they changed the propane tank, I don't

21   believe they set it right.   And we found the birds

Page 227

1    dead the next morning, so we assume that it's from
2    the propane tank.
3          Q     How many birds died?
4          A     I think there were 12.
5          Q     Do you remember what species they were?
6          A     There were a variety of them.  There was
7    cockatoos, there was parakeets, I think there was a
8    love bird.  There might have been parrot in there,
9    an Amazon parrot.  And Sinbad, the macaw, that we
10   talked about earlier.
11         Q     And what, I'm sorry?
12         A     That we talked about already.  Sinbad,
13   that was mentioned earlier.
14         Q     Did you change anything about the zoo's
15   practices as a result of this incident?
16         A     Yeah, we took -- we basically told Lynn
17   that she'll no longer be doing that anymore.  We've
18   removed all the propane tanks.  We reiterated the
19   problem of using tanks and changing anything on the
20   evening shift is not to be done, and that's a policy
21   we have at the zoo.  You don't make any changes, you

Page 228

1    don't move any animals of anything after a certain

2    time, just because you need to observe everything.

3    The propane tanks are one of them.  Pretty much

4    we've stopped using propane tanks except for in an

5    emergency, if for some reason one is needed, but we

6    eventually stopped using them at the zoo.

7        Q    Were the propane tanks just used for heat?

8        A    Yes.

9        Q    Okay.  Do you use anything instead of the

10   propane tanks?

11       A    We have -- well, the animals have all been

12   moved to different locations now.  So every animal

13   that needs heat is either provided a heated

14   building, heat in their room or it's a woodstove or

15   eletric heat, that's what they receive.

16       Q    When you say heated building, do you mean

17   like a building that has like central air?

18       A    No, I'm talking about like what we spoke

19   about before like with the monkeys where we have a

20   woodstove that heats the building, as well as

21   electric heat in there to supplement and heat lamps.

Page 229

1     Q     Okay.   Are the policy changes that you

2   implemented as a result of this propane tank

3   incident documented anywhere?

4     A     I don't believe so.   I wrote it down on a

5   sheet somewhere, but I don't know.

6     Q     Do you know where that sheet is?

7     A     You would have it if I have it.

8     Q     Where are the birds currently housed?

9     A     Our birds are housed in their own areas.

10   They have a corn crib for outdoor housing and

11   another building that's about 10 by 12 for indoor

12   housing.   And then they have indoor housing on the

13   outside they can go into.

14     Q     Have birds at Tri-State ever been attacked

15   by rodents?

16     A     No.

17     Q     Are rodents able to enter the bird

18   enclosure?

19     A     Depends on what rodents you're talking

20   about.   But any rodent can enter anywhere, they just

21   usually don't.

Page 230

1      Q     Have you ever --

2      A     We don't have a rodent infestation at the

3  zoo.

4      Q     Have you ever noticed rodents in the bird

5  enclosure?

6      A     Yes, I have.

7      Q     Do they cause any harm to the birds?

8      A     Not that I know of.

9      Q     All right.  I'm marking another document

10  as an exhibit.

11      (Exhibit 16 was marked for identification.)

12  BY MS. HAWKS:

13      Q     Let me know when you're able to see it in

14  your marked exhibits folder.

15      A     Okay, 16?

16      Q     Yes, this will be Exhibit 16.

17      A     Okay.

18      Q     Take a moment to review this.  Let me know

19  when you're done looking at it.

20      A     Okay.

21      Q     What is this document?

Page 246

1      Q     Okay.  And you notice the odor only when
2   they die?
3      A     Yes.
4      Q     How long was the course of antibiotics
5   that this tegu was on?
6      A     I don't remember, whatever he prescribed.
7      (Exhibit 18 was marked for identification.)
8   BY MS. HAWKS:
9      Q     All right.  I'm marking another document
10  as an exhibit now.  Let me know when you're able to
11  see it.  It should be marked as Exhibit 0018.
12     A     Okay.
13     Q     Do you recognize this document?
14     A     Yes, this is Charlie.
15     Q     How old was Charlie when you acquired him?
16     A     I think he was two weeks old, four weeks
17  old, somewhere around there -- I think he was four
18  weeks old.  I don't really remember.
19     Q     So about midway down this form it says,
20  "Was animal kept alone or with other animals, if so,
21  what," and it says ten days old.

Page 247

1      A    Okay.

2      Q    Does that refer to his age at the time you

3  acquired him?

4      A    I'm assuming so.

5      Q    All right.

6      A    I don't remember.  I just -- when I wrote

7  it back in 2005, it could have been he was by

8  himself for ten days or that he was ten days old, I

9  don't know.

10     Q    Was Charlie still nursing when you

11 acquired him?

12     A    No.  I mean, he wasn't nursing from his

13 mom.  He was separated from his mom already for

14 whatever reason.  We nursed him.

15     Q    Okay.  Why did Charlie come to you

16 originally?

17     A    He was actually owned by a private owner

18 who supposedly was surprised when her cougar had

19 babies, that's what we were told.

20     Q    Okay.  Do you recall what you fed him with

21 when you first got him?

Page 248

1        A      Whatever formula was prescribed by the

2    doctor at the time.  I think -- I don't remember our

3    vet.  I think our vet at that time was Dr. Ryan.  It

4    was a formula that was put up there with KMR milk,

5    some type of antibiotic, different mixtures for him.

6    But since he was already nursing, he already got his

7    colostrum, it wasn't as much an issue as if it was a

8    newborn.

9        Q      So KMR is kitten milk replacer; is that

10    right?

11        A      Yes, it is.

12        Q      Did you declaw him?

13        A      Yes, I did.

14        Q      Do you remember who performed that

15    procedure?

16        A      I believe it was Dr. Ryan.

17        Q      Why did you declaw him?

18        A      Because he was basically going to be used

19    for people to see and it was just a better procedure

20    to have him done as a cub given the area he was

21    going to be in.

Page 249

1      Q      How did Charlie die?

2      A      We don't really know.  He was under vet

3   care.  We believe, because I don't have the paper in

4   front of me, I believe that they said it was kidney,

5   but I have to go by what the vet prescribed when she

6   looked at it.  She looked at it, she prescribed some

7   medicine.  Her vet that she works with came out and

8   gave him some medicine.  And a day later I believe

9   he passed away.

10     Q      Did Charlie ever have any issues with

11  arthritis?

12     A      No.

13     Q      Did he ever have any apparent discomfort

14  while walking or climbing?

15     A      No.

16     Q      When did you first notice that something

17  was wrong with Charlie?

18     A      I believe it was a day I fed Charlie.  I

19  fed Charlie by hand every evening.  I gave his first

20  meat by hand, so that's usually what I do for all of

21  the big cats see how they are.  Charlie was given a

1    piece of meat, but he just wasn't acting normal.  He

2    didn't react to me like he usually does.  Charlie

3    was -- I'd say he was my favorite animal, if you

4    want to look at it that way, but he basically

5    reacted to me any time I came in.  He just didn't

6    react, he seemed funny.  He would look at me, but he

7    would still get up, but something was wrong, so we

8    called the vet.

9        Q    Did you document your observations of his

10   behavior --

11       A    I believe so.

12       Q    And where did you document that?

13       A    It could have either have been on his

14   file.  I might have wrote it on there or on the

15   sheet of paper somewhere just as a documentation of

16   here's what's going on with Charlie or I might have

17   just wrote it on the vet treatment.

18       Q    And when you say that Charlie was used for

19   people to see, what does that mean?

20       A    Charlie was -- because he was a cougar and

21   he was a baby, when he was younger, he was taken out

Page 251

1    for programs as a young cub.  And once they get to

2    be a certain age, they don't want you to do that

3    anymore.

4        Q    Okay.  So programs like where members of

5    the public can like pet him or that type of thing?

6        A    They could pet him.  A lot of times they

7    didn't.  We didn't try to have the big cats pet, but

8    yes, they could pet them.

9        Q    How long after you first noticed his

10   abnormal behavior, was it -- how long was it before

11   he saw a veterinarian?

12       A    It was within I think those two days.  I

13   think I saw him on a Tuesday.  We checked in again

14   on Wednesday to see if he would eat, he ate part of

15   it, still didn't seem right.  The vet came up

16   Thursday, I believe.

17       Q    And how many times was he seen by a

18   veterinarian between when you first noticed that

19   something was wrong and the time of his death?

20       A    I believe three times.

21       Q    And which veterinarian saw him?

1     A     Dr. Duncan saw him and then she drew

2  blood, she did tests on him.  His information was

3  also sent to Dr. Shepard or talked about with

4  Dr. Shepard.  I know when she was treating Charlie,

5  she had Dr. Bergman on the phone consulting and then

6  she had another vet that came in and administered

7  some type medication to him and unfortunately then

8  he passed.

9     Q     Was he diagnosed with something?

10    A     I don't think I ever gotten a real

11 diagnosis from him -- from them.

12    Q     Was he on any sort of treatment plan?

13    A     Well, without a diagnosis, it was just

14 whatever the vet did, we're talking about within a

15 couple of days.

16    Q     Were there any medications that you were

17 supposed to be giving him?

18    A     I don't remember at that time.  I don't

19 think -- I think that she gave him medicine and then

20 her vet came in and gave him another whatever he's

21 supposed to get.

1     Q     So the inventory that we looked at

2   previously as Exhibit 9, says on there he died of

3   kidney age, what does kidney age mean?

4     A     Not kidney age, again, you're look at the

5   old form.  Kidney slash age, given his age in 2005,

6   he's about 12, 13 years, he's getting up there for a

7   cougar, but the only thing they could figure out was

8   he probably was having a kidney problem, that's the

9   only thing I was told.

10     Q     Do you know why they thought he was having

11   a kidney problem?

12     A     Whatever blood test they did and the

13   things that they looked at, that's up to the vet to

14   diagnose.  They did all of the tests and came up

15   with whatever she came up with, but I don't know if

16   she ever had a diagnosis.

17     (Exhibit 19 was marked for identification.)

18   BY MS. HAWKS:

19     Q     All right.  I'm marking another document

20   as Exhibit 19.  Let me know when you're able to see

21   it.

Page 258

1   guess, but most of them are just buried.

2        Q     And when you bury them, you bury them at

3   the zoo?

4        A     Somewhere at the property.  They're not

5   buried in the zoo, they're buried on a piece of

6   property that we have for them outside of the zoo

7   area or they could be buried in the memorial garden.

8        Q     Where is the memorial garden?

9        A     It was originally designed in the back

10  area of the zoo in the zoo itself and set up as a

11  memorial garden.  We no longer bury the animals

12  there and we set up another memorial garden, but no

13  animals are buried in it.

14       Q     So the location outside the zoo that

15  they're buried, is that on your property?

16       A     Yes, it is.

17       (Exhibit 20 was marked for identification.)

18  BY MS. HAWKS:

19       Q     All right, I'm going to mark another

20  document as an exhibit.  It's going to be

21  Exhibit 20.  Let me know when it's in your marked

Page 259

1   exhibits folder.

2        A    Okay.

3        Q    Do you recognize this document?

4        A    Yes, I do.

5        Q    What is it?

6        A    This is Diablo's animal information,

7   Diablo is a bobcat.

8        Q    Actually, one follow-up question with

9   respect to the last line of questioning.  When an

10  animal dies and you choose to cremate them, do you

11  do that yourself or do you hire a crematorium?

12       A    We actually would cremate ourselves.  We

13  do that.  Most cases we bury them.  Sometimes if an

14  animal is kept for a period of time, then it might

15  be buried or if we have a large fire going, it can

16  possibly be that.  I can't remember the last time we

17  did that.  I think just about every animal is

18  buried.

19       Q    Coming back to this record of Diablo the

20  bobcat, how did Diablo die?

21       A    Old age.  Diablo was fine one day,

Page 260

1    although he had some physical problems, getting old.

2    He went to sleep and he died.

3        Q    What were the physical problems he was

4    having?

5        A    He was having some issues walking with his

6    back.  He was on medication for that.  He was seen

7    by vets for it and unfortunately they all diagnosed

8    the same thing, which is it's probably his age and

9    he was actually under discussion on whether he was

10   going to have to be euthanized and sometime soon.

11       Q    Do you recall what medication he was on?

12       A    I don't remember.  I know Dr. Duncan had

13   originally diagnosed, I think it was Meloxicam.

14   That was questioned because Meloxicam really is not

15   good for cats.  He was on Cosequin for his joints,

16   mainly because of his age.  I don't remember what

17   other medication he was on, but I know he was on a

18   daily dose of Cosequin.

19       Q    Was he ever given Meloxicam?

20       A    I believe I gave him the first dose when

21   the vet told me to give it to him.  After that I

Page 261

1   questioned, because I was told that they're not good

2   for cats.

3        Q    How long after that Meloxicam dose was it

4   that he died?

5        A    Oh, years, a couple years.

6        Q    Was Dr. Duncan the last vet he saw before

7   he died?

8        A    The vet, Dr. Gold, had seen him on his

9   visit, his routine visit.

10       Q    Other than any issues with Diablo's back

11  that you mentioned, did you notice anything wrong

12  with him before he died?

13       A    No.

14       Q    With respect to the back issues he was

15  having, how did they manifest?

16       A    We don't know.  We just assume looking at

17  him, the vet looked at him, they couldn't come up

18  with any reasons, just age, arthritis.

19       Q    Could you tell because of how he walked?

20       A    Yes.

21       Q    How many times was he seen by a

                                                    Page 262

1   veterinarian?

2        A    Whenever vets came to the zoo, he was seen

3   all of the time and by our USDA inspector, who was a

4   vet, always asked him about him because of his age.

5   He was expected to die a few years ago given his

6   age, he was ten years past his life span.

7        Q    Do you know if the vet ever did a physical

8   exam of Diablo?

9        A    Dr. Fox had done one one time, I believe,

10  we took him in there, but I don't remember that

11  was -- I don't remember what year that was.

12       Q    Was a necropsy ever performed on him?

13       A    No.

14     (Exhibit 21 was marked for identification.)

15  BY MS. HAWKS:

16       Q    All right.  I'm marking another exhibit

17  here.  Let me know when you're able to see it.  This

18  document will be marked as Exhibit 21.

19       A    Okay.

20       Q    Do you recognize this document?

21       A    Yes, I do.

Page 380

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Brianne M. Wallner, Registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings

7    were taken by me stenographically and thereafter

8    reduced to typewriting under my supervision; and

9    that I am neither counsel for, related to, nor

10   employed by any of the parties to this case and have

11   no interest, financial or otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 29th day of

14   June, 2021.

15

16   My Commission expires:
     August 27, 2022

17

18

19         *Brianne M. Wallner*

20   _____

21   NOTARY PUBLIC IN AND FOR

     THE STATE OF MARYLAND