**EXHIBIT D**

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Farm | Misti | CASPER | M | Zoo: 5/24/2010 | 5/24/2010 | N/A | 11 | born at zoo | zoo |
| | Sheep | LUCKY | F | 5/10/2012 | 5/11/2012 | N/A | 9 | Handicapped | zoo |
| | Goat | PRINCESS | F | Zoo: 12/28/2008 | 12/28/2008 | N/A | 12.5 | born at zoo | zoo |
| | Goat | VAUGHN | M | 2020 | 8/19/2020 | N/A | 1 | Boarding rescue | Private |
| | Goat | LEWIE | M | 2020 | 8/19/2020 | N/A | 1 | Boarding rescue | Private |
| | Goat | FRED | M | 2010 | 6/1/2010 | Feb-19 | 9 | Constant issues. Rescued poor cond. | N/A |
| | Goat | MAMA | F | Zoo: 2005 | 2005 | 4/13/2015 | 10 | Pre-Anal tumor | N/A |
| | Goat | PRECIOUS | F | Zoo: 3/6/2005 | 3/6/2005 | 2/19/2018 | 13 | CAE/Age | N/A |
| | Goat | BILLY | M | Zoo: 4/23/2006 | 4/23/2006 | Dec,2018 | 13 | Removed from public. Under vet care. | N/A |
| | Goat | GREY | F | Zoo: 4/23/2006 | 4/23/2006 | N/A | N/A | Adopted 7/25/15 | Private farm |
| | Mini Horse | CAPUCHINO | F | Est. 2006 | 12/1/2011 | N/A | 15+ | Rescued. Adopted at closing. | Adopted- private |
| | Mini Horse | DREAM | F | Est. 2006 | 12/1/2011 | N/A | 15+ | Rescued. Adopted at closing. | Adopted-private |
| | Mini Horse | CANDY | M | Zoo: 4/20/2018 | 4/20/2018 | N/A | 3 | Adopted 2019 | Private farm |
| | Mini Horse | CHIPPY | | 1991 | 12/1/2011 | 3/23/18 | 28 | AGE:28 | N/A |
| | Donkey | DEMO | M | 2002 | 5/9/2003 | N/A | 19 | Rescued. Adopted. Remain til closed. | Private |
| | Mini Pig | SNORKLE | M | Zoo: 7/2010 | Jul-10 | N/A | 11 | Rescued. Adopted. Remain til closed. | Private |
| | Mini Pig | ISABEL | F | Zoo: 2014 | 3/9/2015 | N/A | 7 | 2015- present | Private |
| | Mini Pig | SOPHIE | F | Zoo: 2015 | 2016 | N/A | 6 | Adopted/board | Private |
| | Mini Pig | EMMY | F | Zoo: 2014 | 7/12/2015 | N/A | 7 | Adopted/board | Private |
| | Mini Pig | SPANKY | F | Zoo: 11/4/12 | 11/4/2012 | N/A | 9 | Adopted 5/10/15 to private farm. | Private |
| Fowl | Geese | HUGHY | F | Zoo: unknown | Est. 2015 | N/A | 6 | Born at zoo | zoo/free roam |
| | Geese | JERRY | F | Unknown | Est. 2013 | N/A | 8 | Rescued - dropped off | zoo/free roam |
| | Turkeys | KATHY | M (2) | Est. 2017 | 2017 | 1 in 2020 | 4 | Free roaming. 1 passed in 2020 | Private gift |
| | Peacocks | No names | M | Varied | Varied | N/A | Varied | 5 males | zoo/free roam |
| | Peacocks | No names | F | Varied | Varied | N/A | Varied | 7 females | zoo/free roam |
| | Ducks | Miscoveys | M (2) | Unknown | Unknown | N/A | Unknown | 2 males | zoo/free roam |
| | Ducks | PIPPY | M | Est 2015 | 2015 | 9/8/2018 | 3 | Car | N/A |
| | Chickens | Mr. Roo / Banty | M | Unknown | Unknown | N/A | Unknown | 2 males | zoo/free roam |
| | Chickens | Miss Chicken | F | Unknown | Unknown | N/A | Unknown | 1 female | zoo/free roam |
| | Emu | THRUM | M | Unknown | Sept. 2016 | N/A | Unknown | found/rescued | zoo |
| | Emu | MR. MU | M | Unknown | Sept. 2016 | N/A | Unknown | found/rescued | zoo |

No necropsies done /required.
Red text still at the zoo.

Exhibit 132
08/11/21 BB

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Primates | Capuchin | DODGER | M | 1996 | 8/30/2012 | N/A | 25 | Pet rescue | Private |
| | Squirrel Monkey | SPAZZ | M | Unknown | 2004 | N/A | >20 | Lab rescue | Zoo |
| | Macaque | MCTHUNDER | M | Unknown | 11/12/2009 | N/A | Unknown | Sent to ECER 7/27/17 | ECER |
| | Macaque | MS.MAC | F | Unknown | 11/12/2009 | 4/18/17 | Unknown - old | Bladder tumor/ cancer | N/A |
| | Marmoset | MIKE'S | M | Unknown | 4/16/2014 | N/A | Unknown | 12/13/14 sent to Marmoset rescue | Rescue |
| Exotic | Coatis | RUSTY | M | Est. 2014 | 7/19/2017 | N/A | 7 | Rescued - zoo closed | Zoo |
| | Coatis | GIZMO | M | Est. 2014 | 7/19/2017 | N/A | 7 | Rescued - zoo closed | Zoo |
| | Coatis | CODY | M | Jun-12 | 8/17/2012 | N/A | 9 | 11/21/20 Sent to Space Farms | Space Farms |
| | Coatis | MONTY | M | 2009 | 3/26/2019 | 11/28/17 | 8 | Heart? Weak Surgery | N/A |
| | Bear -Asiatic | SALLY | F | 1990 | 11/12/2009 | N/A | 31 | Natural Bridge Zoo | Loan |
| | Bear - Asiatic | SUZY | F | 1990 | 11/12/2009 | N/A | 31 | Natural Bridge Zoo | Loan |
| | Kinkajou | KEIKO | M | 2012 | 2019 | N/A | 9 | Private pet rescue. Possible return. | Private |
| | Kinkajou | MUDD | M | 7/11/2002 | 8/3/2006 | N/A | 19 | Rescue from East Coast Exotic Rescue | Zoo |
| | Kinkajou | LOKI | M | 2/26/2007 | 2/24/2012 | N/A | 15 | 11/21/20 Sent to Space Farms | Space Farms |
| | Kinkajou | KOBE | M | 2/14/2004 | 2010 | N/A | 17 | 11/21/20 Sent to Space Farms | Space Farms |
| | Kinkajou | SYLVIA | F | 2008 | 4/13/2012 | unknown | 13 | Sent to center 6/7/16 | Baltimore |
| | Cougar | CHARLIE | M | 2005 | 6/8/2005 | 11/9/18 | 13.5 | under vet care/ kidney age | N/A |
| | Bobcat | DIABLO | M | 2000 | 2003 | 11/31/21 | >20 | Pet rescue.COD; Age | N/A |
| | Bobcat | SIERRA | F | 1992 | 11/14/2003 | 6/7/16 | 24 | Closed Zoo rescue. COD; Age | N/A |
| | Serval | SIMBA | M | 2002 | 8/3/2006 | 12/12/16 | >14 | Rescued from ECER. COD: Age | N/A |
| | NG Singing Dog | CONTATA | F | Est. 2007 | 6/21/2012 | N/A | 14 | Rescue | Zoo |
| | Wolf/Hybrid | DIVA | F | 2010 | 2/10/2018 | N/A | 11 | Rescue | Private |
| | Wolf/Hybrid | BANDIT | M | 1/1/2004 | 11/28/2011 | 8/26/16 | >12.5 | Hyperthyroid/age | N/A |

No necropsies done, (not required), except 3 tigers not listed above.
ECER: East Coast Exotic Rescue
Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Wildlife | Raccoon | ODIE | M | Est, 2004 | 2013 | 8/1/18 | >14 | Rehabber- Age/Cancer | Rehabber |
| | Raccoon | STELLA | F | 2018 | 5/19/2019 | N/A | 2 | Returned to owner 4/2020 | Private |
| | Raccoon | GARCIA | M | 2020 | 8/1/2020 | N/A | 1 | Rescued - orphaned | DNR permit |
| | Raccoon | ROCKET | M | 2017 | 8/10/17 | N/A | <1 | returned to owner 8/10/17 | Private |
| | Skunk | CASPER | M | 2018 | 2/8/2020 | N/A | 3 | Albino skunk. Rescue / loan | Private |
| | Skunk | FLOWER | F | 2010 | 8/1/2010 | 2/2/16 | >6 | Cancer tumor- prev surgery | N/A |
| | Skunk | OREO | M | 2009 | 10/17/2010 | 3/2/16 | 7 | unknown- vet care | N/A |
| | Skunk | 2 BABIES | ? | 2015 | 5/28/15 | N/A | <! | sent to rehabber | Rehabber |
| | Possom | SIR VIVOR | M | 2020 | 6/24/20 | N/A | 1 | orphaned/injured | DNR permit |
| | Possom | HILLARY | F | Unknown | Sept. 2018 | 11/19/2020 | Unknown | just had implant/ unknown | N/A |
| | Possom | BEDBUG | M | Unknown | 2019 | 11/16/2020 | Unknown | unknown- vet care | N/A |
| | Possom | SQUIRMER | F | Unknown | 3/19/15 | 2/5/2018 | Unknown | Rehabbed. Under vet care.(Sylvia) | N/A |
| | Possom | DUMMY | M | Unknown | 4/12/2019 | N/A | Unknown | released 2019 | DNR |
| | Possom | SALENE | F | Apr-17 | 10/26/2017 | N/A | N/A | released 6/13/18 | DNR |
| | Possom | GROUCH | M | Est. 2017 | 6/12/2018 | N/A | N/A | released 6/13/18 | DNR |
| | Porcupine | NILES | M | 4/27/2011 | 8/26/2015 | N/A | 10 | pet/rehab rescue | Private |
| | Porcupine | MS.P (RILEY | F | Unknown | Jan. 2010 | 12/12/19 | >10 | age | N/A |
| | Arctic Fox/Mix | ROCKET | M | Mar-20 | 5/29/2020 | N/A | 1 | pet rescue | Private |
| | Arctic Fox/Mix | SHEBA | F | Zoo:4/12/04 | 4/12/2004 | 7/26/17 | 13.5 | Born at zoo. COD: age. | N/A |
| | Arctic Fox/Mix | BROWNIE | F | Zoo:4/12/04 | 4/12/2004 | 11/22/17 | 14 | Born at zoo. COD: age. | N/A |

No necropsies done /required.

Native wildlife under DNR permit. Release when possible.

Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | ZOO | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Birds | Macaw | SCARLET | F | Unknown | Unknown | N/A | Unknown | Pet rescue | Private |
| | Macaw | JECKYL | F | Unknown | Unknown | N/A | Unknown | Pet rescue | Private |
| | Macaw | RIO | F | 2003 | 6/9/2006 | N/A | >18 | stolen 12/2019 recovered 2/2021 | Private |
| | Macaw | LUCKY | F | Unknown | Unknown | N/A | Unknown | Military. Sent to private home. | Private |
| | Macaw | HYDE | M | Unknown | Unknown | N/A | Unknown | Military. Sent to private home. | Private |
| | Macaw | OLLIE OSCAR | M | 7/21/1997 | 7/14/2006 | N/A | >24 | Military. Sent to private home. | Private |
| | Macaw | SINBAD | M | Unknown | Unknown | Unknown | Old | Pet rescue / mean. Accidental death. | N/A |
| | Amazon | RICO | M | Unknown | 5/24/2006 | N/A | Unknown | Sent from Vet | zoo |
| | Amazon | PEPE | M | Unknown | Unknown | Unknown | Unknown | Loan/boarding. Escape/stolen 2017 | Unknown |
| | African Gray | SHADOW | ? | 11/14/1993 | May-09 | Unknown | Unknown | Loan/boarding. Escape/stolen 2017 | Unknown |
| | Cockatoos | VARIOUS | Varied | Unknown | Varied | Unknown | Varied | lost due to VOL. Accident | N/A |

Birds are not covered under the USDA.

Rescued birds may be adoptable from the zoo.

No necropsies done /required.

Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Reptile | SULCATTAS | TANK | M | Unknown | Unknown | N/A | >25 | Pet rescue / dropped off. Large. | Private |
| Turtles and/or | | MCTURT | M | Unknown | Unknown | N/A | >30 | Pet rescue / dropped off. Large. | Private |
| Tortoises | | PICKUP | M | Unknown | Unknown | N/A | >25 | Pet rescue / dropped off. Large. | Private |
| | | HERC | M | Unknown | Unknown | 4/14/15 | >25 | Unknown/ complications from prolapse | N/A |
| | | SPEED BUMP | M | Unknown | Unknown | N/A | 12+ | Pet rescue. Improper care. | Private |
| | RED FT | TRINITY | F | Unknown | 5/26/2006 | 5/12/2021 | >17 | Egg bound. At vets. | N/A |
| | RED FT | SMILEY | M | Unknown | 5/26/2006 | 2019 | >17 | COD: unknown | N/A |
| | RED FT | OLDMAN | M | 1987 | 2007 | N/A | >34 | Pet rescue / dropped off | Private |
| | LEOPARD | BERNARDO | M | 1993 | 12/14/2010 | 5/22/2020 | 27 | Rescue/rehab. Deformed. | N/A |
| | LEOPARD | HONEY | M | Unknown | Unknown | N/A | Unknown | Pet drop off | Private |
| | RUSSIAN | RUSSIAN | M | Unknown | 5/18/2015 | N/A | Unknown | Pet drop off | Private |
| | SNAPPING | BIG GUY | M | Unknown | Unknown | N/A | Unknown | Dropped off. Possible release. | DNR permit |
| | SNAPPING | MED GUY | M | Unknown | Unknown | N/A | Unknown | Dropped off. Possible release. | DNR permit |
| | BOX | 5 NO NAMES | Varied | Unknown | Unknown | N/A | Unknown | drop off/ kept and released | DNR permit |
| | WOOD | NO NAMES (2) | M | Unknown | Unknown | N/A | Unknown | Dropped off. Released. | DNR permit |
| | SLIDERS | NO NAMES (3) | M | Unknown | 10/31/2009 | N/A | Unknown | Pets dropped off | DNR permit |
| | Mud Turtle | MR. MUD | M | Unknown | 5/18/2015 | N/A | Unknown | Pets dropped off. Adopted out. | Private |
| | Green Ear | NO NAME | ? | Unknown | 5/18/2015 | Unknown | Unknown | Pets dropped off | N/A |
| Alligators | Alligator | IRWIN | M | Unknown | Unknown | N/A | >12 | Pet rescue. Confiscated from owner. | zoo |
| | Alligator | ELVIS | M | Unknown | 10/1/2017 | N/A | >8 | Pet rescue | zoo |
| | Alligator | ABIGAIL | F | Unknown | 1/17/2020 | N/A | >8 | Rescued. Owner soaked in bleach. | zoo |
| | Alligator | LIL BOY | ? | Unknown | 10/1/2017 | N/A | >5 | Pet rescue | zoo |

Reptiles not covered by USDA.
No necropsies done/required.
Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| REPTILES | SNAKES | | | | | | | | |
| Pythons | Reticulated | LOKI | M | Unknown | Unknown | N/A | >10 | Pet rescue / loan | Private |
| | Reticulated | MS. RETIC | F | Unknown | Unknown | 2018 | Unknown | Other reticulated | N/A |
| | Carpet | CARPET | M | Unknown | Unknown | N/A | Unknown | Pet rescue | zoo |
| | Burmese | BROWN | M | Unknown | 3/19/2015 | 2/25/19 | Unknown | From Nature Center. COD: unknown | N/A |
| | Burmese | NIGEL | M | Unknown | May-10 | 5/19/16 | Unknown | unknown | N/A |
| | Burmese | ALBINO | M | Unknown | 3/19/15 | 4/24/17 | Unknown | From Nature Center. COD respiratory | N/A |
| Boas | Dumerral | DUMERAL | ? | Unknown | 2004 | N/A | Unknown | Sent from Vet | zoo |
| | Woma | ZARA | F | Unknown | 2/12/2020 | N/A | Unknown | Pet rescue | zoo |
| Ball | 50 of 63 | No NAMES | Varied | Unknown | N/A | N/A | Unknown | Confiscated by Balto.City. Did not keep | Daddios |
| | New (2) | No NAMES | ? | Unknown | 5/11/2021 | N/A | Unknown | Donated by Space Farms Zoo | Zoo |
| Other | Variety- part of 63 | No NAMES | Varied | Unknown | N/A | N/A | Unknown | Confiscated by Balto.City. Did not keep | Daddios |
| | Anaconda | GREEN | ? | Unknown | 3/19/15 | N/A | Unknown | Sent to Space Farms Zoo 5/11/21 | Space Farms |

No necropsies done / required.
Reptiles may be adopted out.
Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Lizards and Monitors | Tegu | SMALL | ? | Unknown | Unknown | 12/6/20 | Unknown | Pet rescue. infection/surgey 10/21/20 | N/A |
| | Golden Tegu | LIL TEGU | M | Unknown | Unknown | N/A | Young | Pet rescue / drop off. | zoo |
| | Skink | MR. SKINK | M | Unknown | 1/26/2016 | N/A | Unknown | Pet rescue / drop off. | zoo |
| | Leop.Geckos (3) | No NAMES | M | Unknown | 10/31/2009 | N/A | Unknown | Pet rescue / drop off. | zoo |
| | Iguana 1 | IGUANA1 | M | Unknown | Unknown | N/A | Young | Pet rescue / drop off. | zoo |
| | Iguana 2 | IGUANA2 | M | Unknown | Unknown | N/A | Young | Pet rescue / drop off. | Private |
| | Blue Iguana | SHELBY | M | Unknown | 5/8/2021 | N/A | 3 | Pet rescue / drop off. | Private |
| | Spiny Iguana | NEWT | ? | Unknown | Unknown | N/A | Unknown | Pet rescue / drop off. | zoo |
| | Savannah | OL SAVANNAH | M | Unknown | Unknown | 3/2/2020 | Unknown | Pet rescue / drop off. Cause unknown. | N/A |
| | Bearded Dragon | BEARDY | 1 | Unknown | 1/29/16 | N/A | Unknown | nature center Carrie Murray. Adopted | Private |

Reptiles are not covered by USDA.
No necropsies done/required.
Red text still at the zoo.

| TYPE | SPECIES | NAME | M/F | DOB | DOA | DOD | AGE | COMMENTS | OWNER |
|---|---|---|---|---|---|---|---|---|---|
| Tarantula | Zebra Stripe | SPIDER | M | | 4/15/2011 | N/A | >10 | Pet rescue | Zoo |
| Dog | Akbash | CUMBER | F | 2003 | 10/30/2003 | 6/11/16 | >13 | Watch Dog. Not part of zoo. COD:Age | N/A |
| Cat | Bengal | SEBASTIAN | M | 7/16/2008 | 5/18/2011 | N/A | 12 | Pet rescue | Private |
| Ferrerts | Ferret | MUTT | M | 2015 | 5/16/2016 | N/A | Unknown | Pet drop off. Adopted out | Private |
| | Ferret | JEFF | M | 2015 | 5/16/2016 | N/A | Unknown | Pet drop off. Adopted out | Private |
| | Ferret | MR. FERRET | M | Unknown | Sept. 2010 | Jan.2016 | Unknown | Pet drop off. COD:Age | N/A |
| | 2 ferrerts | No Names | M | 2014 | 8/17/2014 | N/A | Unknown | Pet drop off. Adopted out 11/20/15 | Private |

No necopsies were done /required.

Family pets are adopted out when possible.

Red text still at the zoo.