**EXHIBIT I**

Page 1

```
1
2    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MARYLAND
3         -Southern Division-
     -----------------------------------------X
4    CONSTANCE COLLINS, et al,
5                         PLAINTIFFS,
6         -against-        case No.:
                           1:20-cv-01225
7

     TRI-STATE ZOOLOGICAL PARK OF
8    WESTERN MARYLAND, INC., at al
9                         DEFENDANTS.
     -----------------------------------------X
10
11                   DATE: June 30, 2021
12                   TIME: 9:04 A.M.
13
14
15         EXAMINATION BEFORE TRIAL of the
16   Non-Party Witness, DR. GALE DUNCAN, taken
17   by the respective parties, pursuant to a
18   Subpoena, held via Veritext Virtual
19   Servies, before Edith Tirado-Plaza, a
20   Notary Public of the State of New York.
21
22
23
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   PETA FOUNDATION
     COUNSEL FOR PLAINTIFF
 5   PEOPLE FOR THE ETHICAL TREATMENT OF
     ANIMALS, INC.
 6      Attorneys for the Plaintiffs
        2154 West Sunset Boulevard
 7      Los Angeles, California 90026
        BY: ZEYNEP GRAVES, ESQ.
 8      zeynepg@peta.org
 9
10   NEVIN YOUNG, ESQ.
        Attorney for the Defendants
11      170 West Street
        Annapolis, Maryland  21401
12
13   ALSO PRESENT:
        BRIAN MACKEY - VIDEOGRAPHER
14      CAITLYN HAWKS
        JAMES ERSELIUS
15
16
                 *         *         *
17
18
19
20
21
22
23
24
25
```

1

2    F E D E R A L   S T I P U L A T I O N S

3

    IT IS HEREBY STIPULATED AND AGREED by and
4    between the counsel for the respective
    parties herein that the sealing, filing and
5    certification of the within deposition be
    waived; that the original of the deposition
6    may be signed and sworn to by the witness
    before anyone authorized to administer an
7    oath, with the same effect as if signed
    before a Judge of the Court; that an
8    unsigned copy of the deposition may be used
    with the same force and effect as if signed
9    by the witness, 30 days after service of
    the original & 1 copy of same upon counsel
10   for the witness.
11     IT IS FURTHER STIPULATED AND AGREED that
    all objections except as to form, are
12   reserved to the time of trial.
13              *    *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          DR. G. DUNCAN

2          VIDEOGRAPHER:  We're going on

3     the record at 9:04 a.m. on June 30,

4     2021.  This is media unit one in the

5     deposition of Gail Duncan DVM in the

6     matter of Constance Collins et al

7     versus Tri-State Zoological Park of

8     Western Maryland Incorporated, et al

9     in the United States District Court

10    for the District of Maryland Southern

11    Division.  Case number 1:20 CV 01225.

12          My name is Brian Mackey from

13    Veritext and I'm the videographer.

14    The court reporter today is Edith

15    Tirado-Plaza from Veritext.

16          Would counsel please state your

17    appearances and affiliations for the

18    record.

19          MS. GRAVES:  My name is Zeynep

20    Graves and I am counsel for plaintiff

21    Constance Collins and People for the

22    Ethical Treatment of Animals and I'm

23    joined by by colleagues today Caitlyn

24    Hawks James Erselius who are both

25    counsel for plaintiffs.

Page 5

1              DR. G. DUNCAN

2          Mr. Young, can you introduce

3      yourself for the record?

4          MR. YOUNG:  Nevin Young for all

5      the defendants here.

6          THE VIDEOGRAPHER:  Would the

7      reporter please wear in the witness?

8  D R.  G A L E   D U N C A N, called as a

9  witness, having been first duly sworn by a

10  Notary Public of the State of New York, was

11  examined and testified as follows:

12  EXAMINATION BY

13  MS. GRAVES:

14      Q.    Dr. Duncan can you state and

15  spell your full name for the record,

16  please?

17      A.    Gale Duncan, D-U-N-C-A-N.

18      Q.    As a refresher I'll provide you

19  a brief overview of the deposition process.

20  I know you've been deposed before so I'll

21  ask the questions, the court reporter will

22  be transcribing what I say and your

23  answers.  So, your answers are given under

24  oath subject to penalty of perjury the same

25  as if you were testifying in a courtroom.

```
                                            Page 6
 1                  DR. G. DUNCAN
 2   Do you understand?
 3        A.    Yes.
 4        Q.    Your responses to my questions
 5   must be verbal, nodding your head, shaking
 6   is not sufficient because the court
 7   reporter can't down gestures.
 8        A.    Right.
 9        Q.    If at any time you don't
10   understand one of my questions in full or
11   in part, just tell me and I will explain or
12   rephrase the question.
13             If you answer my question
14   without asking for clarification I will
15   take that to mean that you understood it.
16        A.    Okay.
17        Q.    Maybe at times before I finish
18   a question you feel like you know what I'm
19   going to say but for the benefit of the
20   court reporter so we're not talking over
21   each other and we get a clear transcript
22   let me finish my entire question before you
23   answer.
24        A.    Okay.
25        Q.    Likewise, if at any time I
```

Page 7

DR. G. DUNCAN

1
2    start to ask you a question before you're
3    not finished, please tell me and I'll allow
4    you to finish; okay?
5         A.    Okay.
6         Q.    And I'll endeavor to take
7    regular breaks but if you need to take a
8    break during the deposition before I've
9    requested one just let me know and we'll do
10   that at the earliest opportunity.
11        A.    Okay.
12        Q.    I'll only ask if there's a
13   question pending that you answer my
14   question before we take a break.
15              Is there any reason mental or
16   physical why you would not be able to give
17   accurate and truthful answers to my
18   questions today?
19        A.    No.
20              MR. YOUNG:   For the record
21         also I may check for the record since
22         I'm not representing you I'm not
23         going to give any sort of
24         instructions on whether to answer a
25         question or not.

Page 8

                    DR. G. DUNCAN

1                   DR. G. DUNCAN

2              THE WITNESS:  Okay.

3      Q.    Dr. Duncan, is anyone in the

4  room with you today?

5      A.    No, just a dog.

6             (Whereupon, a subpoena was

7          marked as Exhibit 41 for

8          identification as of this date by the

9          Reporter.)

10     Q.    I've marked Exhibit 41 which

11  should appear in marked exhibits folder on

12  the Veritext Exhibit Share.  This is a copy

13  of the subpoena to testify at a deposition

14  in a civil action which was served upon you

15  in this matter.

16            Can you just take a minute to

17  review that document?

18     A.    Mine says all these folders are

19  empty.

20     Q.    So, there should be a folder

21  under the deposition of Gail Duncan.  It's

22  a sub folder under that.  Sometimes it

23  takes a second to populate.  Sometimes you

24  have to refresh the browser.

25     A.    There it is.

```
1                    DR. G. DUNCAN

2         Q.    Are you here today pursuant to

3    this subpoena?

4         A.    Yes.

5         Q.    What did you do to prepare for

6    this deposition?

7         A.    A little bit of review of my

8    medical records and really nothing else.

9         Q.    Did you speak with anyone?

10        A.    No -- well, I had a very brief

11   conversation with Nevin Young and with

12   Marcos Hasbun I want to say is his last

13   name just about the setting it up and the

14   procedures and everything.

15        Q.    You said you reviewed your

16   documents.  Were those your medical

17   records?

18        A.    Yes.

19        Q.    And did you provide all those

20   records to PETA?

21        A.    Yes.

22        Q.    Did you bring any materials

23   with you to the deposition today?

24        A.    No, but I do have access to my

25   computer which can remote into the office
```

```
1                 DR.  G.  DUNCAN
2   system if needed.
3         Q.     You became Tri-State's
4   attending veterinarian in April 2018;
5   correct?
6         A.     Yes.
7         Q.     When did you stop serving as
8   Tri-State's attending veterinarian?
9         A.     I think it was March or April
10  last year, 2020.
11        Q.     When did you last visit as the
12  Tri-State's attending vet?
13        A.     I would have to check my
14  records but probably fall of 2019 I think.
15  I'm not 100 percent sure.
16        Q.     Is that documented somewhere?
17        A.     Yes, it would be whatever my
18  last medical record prior to -- I think I
19  put in a default comment once I stopped
20  being the veterinarian but there should be
21  in all my records are dated so it would
22  have been the last date of the medical
23  record.
24        Q.     To the extent we don't have
25  that default comment in the record, it
```

1              DR. G. DUNCAN

2    would be recorded somewhere?

3         A.    I'm pretty sure there's one in

4    there.  I'm not 100 percent sure but I

5    would have to check.

6         Q.    Why did you part ways with

7    Tri-State?

8         A.    Because of the extent of the

9    time commitment required outside of actual

10   physical time at the zoo due to chronic

11   noncompliance.

12        Q.    That was chronic noncompliance

13   with what?

14        A.    With medical recommendations,

15   veterinarian medical recommendations.

16        Q.    Do you know who Tri-State's

17   current attending veterinarian is?

18        A.    I do not.

19        Q.    Has Tri-State's current

20   attending veterinarian asked your office

21   for Tri-State's records?

22        A.    Not to my knowledge.

23        Q.    So, you haven't had any

24   communication with Dr. Gold or his office?

25        A.    No, not to my knowledge.

DR. G. DUNCAN

1

2      Q.     Is there a written record of
3   all the animals that you examined at
4   Tri-State or otherwise provided care to?
5      A.     There should be individual
6   records for all of the animals that I had
7   contact with, yes.
8               MR. YOUNG:   I'm sorry to
9          interrupt but I don't see anything in
10         terms of the Exhibit Share for me to
11         log into on this case.  Was there an
12         e-mail sent or should I use the same
13         one that we used for the last
14         deposition or how does that work?
15              MS. GRAVES:   Off the record
16         for a second.
17              THE VIDEOGRAPHER:   We're going
18         off the record.  The time is 9:14
19         a.m.
20              (Whereupon, an off-the-record
21         discussion was held.)
22              THE VIDEOGRAPHER:   We're back
23         on the record.  The time is 9:16 a.m.
24      Q.     Dr. Duncan, to the extent that
25   there's not a written record for a specific

Page 13

DR. G. DUNCAN

1

2     animal is it fair to say that you didn't

3     examine that animal?

4          A.     Yes.

5          Q.     And earlier you had noted the

6     reason why you parted ways with Tri-State.

7     Can you give examples of the noncompliance

8     that you're referring to?

9          A.     So, I guess the biggest

10    examples would be when I was there working

11    on the tigers when they were ill.  Several

12    recommendations were made and the majority

13    of those will be marked in the medical

14    records for them that were declined or

15    refused by Mr. Candy.

16         Q.     That included euthanizing the

17    animals?

18         A.     Euthanizing, referrals, certain

19    medications, medical procedures that were

20    recommended that were declined.

21         Q.     Did you ever communicate with

22    Mr. Candy via text message?

23         A.     Probably once or twice, yes.

24         Q.     How about e-mail?

25         A.     I don't think so.

1                    DR. G. DUNCAN

2        Q.    Did you search for any text

3   messages or e-mails related to Tri-State

4   when you responded to PETA's subpoena for

5   documents?

6        A.    I don't have any text messages

7   so all of those would have been deleted.  I

8   did not look for e-mails because I was

9   fairly certain I have never e-mailed with

10  him.

11       Q.    I'll ask after the deposition

12  closes today if you just search for e-mails

13  to see if there are any records related to

14  Tri-state and if there are that you provide

15  them to PETA pursuant to its subpoena.

16       A.    Okay.

17       Q.    Did Tri-State ever update you

18  regarding the outcome of PETA's Endangered

19  Species Act litigation?

20       A.    I had followed a little bit on

21  their Facebook account and Mr. Young did

22  mention very briefly when we spoke when he

23  told me that this deposition was going to

24  happen.

25       Q.    What did he tell you?

Page 15

                        DR. G. DUNCAN

 1
 2        A.      That Pica had been tried to be
 3   introduced to a couple of other lionesses
 4   and it didn't go well and that was about
 5   all he said.
 6        Q.      So, nothing about the outcome
 7   of the Endangered Species Act litigation or
 8   the court's holding?
 9        A.      Something about it going to the
10   supreme court or something, that's all.
11        Q.      I've marked Exhibit 42.  Let me
12   know when it appears in your marked
13   exhibits folder.
14              (Whereupon, a document entitled
15        Program of Veterinary Care was marked
16        as Exhibit 42 for identification as
17        of this date by the Reporter.)
18        A.      Okay, yes.
19        Q.      Do you recognize this document?
20        A.      It's little uploading.  Yes.
21        Q.      How are you able to recognize
22   it?
23        A.      Because I filled it out.
24        Q.      And what is it?
25        A.      It is the -- what is it called?

Page 16

                    DR. G. DUNCAN

 1

 2  It's basically me agreeing to be the

 3  attending veterinarian for the zoo.

 4        Q.    Is it the program of veterinary

 5  care?

 6        A.    That, yes.

 7        Q.    At page one of Exhibit 42, the

 8  bottom, your program of veterinarian care

 9  includes regularly scheduled visits to the

10  zoo every three months or more frequently

11  as needed; correct?

12        A.    Yes.

13        Q.    Why did you recommend quarterly

14  visits to the zoo?

15        A.    So, I will admit it was fairly

16  arbitrary but based on the number of

17  animals that I saw there that seemed like a

18  reasonable frequency for me.

19        Q.    We'll come back to this

20  document.

21             MS. GRAVES:  I'm going to mark

22        Exhibit 43.

23             (Whereupon, a patient history

24        report was marked as Exhibit 43 for

25        identification as of this date by the

Page 17

1                    DR. G. DUNCAN

2         Reporter.)

3         A.     Okay.

4         Q.     Do you recognize this document?

5         A.     Yes.

6         Q.     How are you able to recognize

7    it?

8         A.     It is one of our medical

9    reports from Mountainview Veterinarian that

10   it looks like I have filled out for one of

11   the patients there.

12        Q.     On page two of Exhibit 43 on

13   5-21-19 there's a default comments that

14   states in part "also discussed visits.

15   Advised Mr. Candy that per his previous

16   veterinary plan visits were recommended

17   quarterly and he has not had us out for six

18   months at this point."

19               Did Mr. Candy ever follow your

20   recommendation of quarterly visits to the

21   zoo?

22        A.     I think when we -- I would have

23   to look through the files.  I think there

24   may have been when we initially started

25   that we were out quarterly but it may have

Page 18

                         DR. G. DUNCAN

1

2   been more like five or six months.  I'm not

3   100 percent sure but all the dates would be

4   marked in the medical records.

5        Q.    Do you recall how many times

6   Mr. Candy scheduled the recommended

7   quarterly visits with your office?

8        A.    I do not recall.

9        Q.    The dates of your visit would

10  all be in the records that we were

11  provided?

12       A.    Correct.

13       Q.    Still on page 42, bates stamped

14  MVS00110 the first paragraph states

15  "discussed foot baths with Mr. Candy.  Has

16  not installed started procedure yet."

17            Do you recall what you

18  discussed with Mr. Candy regarding foot

19  baths?

20       A.    I believe that we had discussed

21  having foot baths going into basically

22  every entrance to each of the enclosures

23  and I know we had type discussed of

24  chemicals that could be put in those foot

25  baths but I could not recall the exact

Page 19

1                    DR. G. DUNCAN

2    chemicals that were discussed.

3         Q.    Did you think that installing

4    foot baths could have been a cost effective

5    way to prevent the introduction or spread

6    of disease?

7         A.    That was my intent, yes.

8         Q.    During your tenure as

9    Tri-State's attending vet, did Mr. Candy

10   ever install foot baths?

11        A.    Not to my knowledge.

12        Q.    So, he didn't follow your

13   recommendation?

14        A.    Not that I know of.

15        Q.    We'll go back to Exhibit 42.

16   You should be able to toggle at the bottom

17   of your screen.  Let me know when you have

18   that up.

19        A.    Okay.

20        Q.    On page four of Exhibit 42

21   section four details your recommendations

22   for vaccinations for the pigs, sheep,

23   goats, llamas and miniature horses;

24   correct?

25        A.    Yes.

DR. G. DUNCAN

1

2    Q.    And your parasite program for

3    the same animals which includes getting

4    fecals every six months?

5    A.    Yes.

6    Q.    Did Mr. Candy follow your

7    recommendations regarding vaccinations for

8    any of the farm animals and equines?

9    A.    Yes, so as far as I know we did

10   vaccinate them.  I do not 100 percent

11   remember if it was in the frequency.

12   Q.    Did he bring you fecal samples

13   every six months?

14   A.    Not every six months.  Not to

15   my knowledge.

16   Q.    And when fecals were submitted

17   in improper containers or otherwise

18   contaminated, did Mr. Candy resubmit proper

19   samples?

20   A.    To my knowledge there was never

21   an improper container.

22   Q.    Why didn't this PVC include all

23   of Tri-State?

24   A.    Because there were certain

25   species that I had not agreed to be the

Page 21

1                    DR. G. DUNCAN
2    attending veterinarian for because I did
3    not feel that I was qualified to treat
4    those species?
5        Q.    What species were those?
6        A.    The monkey, the reptiles, they
7    had some emus, basically all of the birds.
8    Pretty much reptiles, birds, monkeys.
9        Q.    How about the coatimundis?
10       A.    Also those.
11       Q.    And the kinkajous?
12       A.    Yes, pretty much -- I guess I
13   should say the exotic species that were not
14   the tigers and the lion obviously.
15       Q.    That would include the bobcats?
16       A.    I did treat the bobcat.
17       Q.    And how about the cougar?
18       A.    I did treat the cougar, yes,
19   ma'am.
20       Q.    But the cougar and the bobcat
21   are not included on the program of
22   veterinary care; correct?
23       A.    Not specifically, correct.
24       Q.    How about the wolf dog hybrid?
25       A.    I don't think she was

Page 22

1                    DR. G. DUNCAN
2  specifically included.   We kind of included
3  her along with the African singing dog
4  under the dog and cats section.
5           Q.     How about the porcupines?
6           A.     The porcupines I did not treat.
7           Q.     The opposums?
8           A.     Nope.
9           Q.     And how about the skunk?
10          A.     There was not a skunk there
11 when I was there.
12          Q.     So, the species that we just
13 discussed some of them you did treat or you
14 were responsible as their attending vet but
15 they were not included or specifically
16 included in the program of veterinary care;
17 correct?  For example, we just mentioned --
18          A.     Correct.
19          Q.     The bobcats and the cougar and
20 the wolf and the new guinea singing dog,
21 you were responsible for their care?
22          A.     Yes.
23          Q.     They were not included in this
24 written PVC?
25          A.     Not specifically but they were

Page 23

1                    DR. G. DUNCAN

2    included as a lump sum with some of the

3    other animals.

4          Q.      So, they were just not named in

5    the PVC?

6          A.      Correct, yes.

7          Q.      Then the upper animals just so

8    the record is clear, all the reptiles so

9    that would include the tortoises, turtles,

10   alligator, anaconda, lizards and other

11   snakes, all of the exotic birds, the emus

12   and the primates and porcupines and

13   opposum, coatimundi, kikajou, those animals

14   you were not their attending veterinarian?

15         A.      Correct, I did visual

16   examinations of them but made an

17   understanding with Mr. Candy that if any

18   treatment was needed or if he had any

19   questions for their care he would have to

20   seek that from a specialist.

21         Q.      How about free roaming animals

22   so the geese, the turkeys,, the peacocks

23   and the chickens?

24         A.      None of the free roaming bird

25   species were included.   He said they didn't

Page 24

DR. G. DUNCAN

1

2    need to be seen.  They just kind of hung

3    out.

4         Q.    How about the donkey?

5         A.    Yes.

6         Q.    Was the donkey included in the

7    program of veterinary care?

8         A.    He was included with the other

9    horses.

10        Q.    Why didn't the program of

11   veterinary care address preventative

12   medicine?  For example, why didn't it

13   include a quarantine plan or periodic risk

14   based health assessments?

15        A.    So, the initial plan I

16   effectively took over from the previous

17   veterinarian and then flushed it out in

18   writing as the years continued and it did

19   include preventative veterinary care as far

20   as some vaccine recommendations and

21   deworming slash fecal recommendations.

22        Q.    Is this the flush out plan?

23        A.    I'm scrolling through.  No, so

24   there was a word document that is probably

25   between six and eight pages that actually

```
 1              DR. G. DUNCAN
 2   included more specific instructions and
 3   plans.
 4        Q.    Do you know when that was
 5   created?
 6        A.    Probably spring of 2019 would
 7   be my guess.  I started working on it very
 8   soon after I started working for the zoo
 9   and basically continued upgrading it as
10   things were needed to be added.
11        Q.    Would that updated plan or that
12   word document be in Mr. Candy's possession,
13   do you know?
14        A.    He should have a copy and of
15   course we have a copy that is included with
16   our medical records.
17        Q.    Was that like on your
18   veterinary -- the patient record template
19   or would it have been kind of a standalone
20   document?
21        A.    It should have been a
22   standalone document.  It should have been
23   sent with one of the copies of the patient
24   care agreement.
25        Q.    To the extent that we did not
```

1                    DR. G. DUNCAN

2    receive that, will you look back and

3    provide us with a copy?

4         A.    Yes, is there a way that I can

5    upload it here or send it to you after the

6    deposition?

7         Q.    You can send it to me after the

8    deposition or perhaps even a break that

9    would be great.

10        A.    Okay.

11        Q.    Just off the top of your head,

12   do you know what exactly that document --

13   what issues that document spoke to?

14        A.    I don't specifically remember.

15   I know -- so I know we had flushed out some

16   recommendations as far as feeding and

17   sanitation related to feeding, sanitation

18   in general.  I don't specifically remember

19   what else was included in it.

20        Q.    Okay.

21              And the purpose of creating

22   that document was that -- why did you

23   create that document?

24        A.    So, when I had started and kind

25   of took over the care of veterinary plan,

                          DR. G. DUNCAN

1
2    it was somewhat I guess I would say bare
3    bones and there was a lot of agreement that
4    was kind of verbal between Mr. Candy and
5    the previous veterinarian, at least that
6    was my understanding, and I felt the need
7    to have that in writing especially as he
8    continued to be noncompliant kind of as a
9    liability concern.
10        Q.    Did you provide that document
11   to Mr. Candy?
12        A.    Yes, and we have -- I believe
13   we have a copy that was signed by him that
14   included that.
15        Q.    Does your program of veterinary
16   care include weighing the animals
17   regularly?
18        A.    No, because he did not have a
19   method to do that.
20        Q.    Does it include obtaining their
21   -- regularly assessing their body condition
22   scores?
23        A.    Yes.
24        Q.    Where is that?
25        A.    Under physical exam which

1                    DR. G. DUNCAN

2   should be -- it may not be specifically

3   stated on this one but was intended to be

4   performed every quarter with the quarterly

5   visits.

6          Q.    That would have been on each

7   animal?

8          A.    Correct.

9          Q.    Were fecal exams repeated

10  following treatment to evaluate efficacy?

11         A.    They were certainly

12  recommended.  I don't remember if they were

13  performed.

14         Q.    If they were performed, they

15  would be reflected in your records?

16         A.    Yes.

17         Q.    If preventatives for parasite

18  control such as Revolution or Bravecto were

19  used, would that be reflected in the

20  patient history report?

21         A.    If should be if they were

22  purchased from us.

23         Q.    If they weren't purchased from

24  you but you had recommended parasite

25  control or preventative for parasite

Page 29

1                    DR. G. DUNCAN
2   control, would that be reflected in your
3   records?
4        A.    Yes, and if I had any knowledge
5   of them being applied even if they hadn't
6   been purchased from us that would have been
7   notated somewhere in the medical record.
8        Q.    Why didn't the program of
9   veterinary care include a zoonotic disease
10  prevention plan?
11       A.    So, that is under the flushed
12  out proportion which is under -- there's a
13  a disease infection protocol for that and
14  may or may not specifically state out a
15  quarantine procedure because he had said he
16  was not going to have anymore animals
17  coming into to his knowledge.  So, we were
18  going to address quarantine as needed if he
19  happened to add another animal.
20       Q.    This plan that we have in front
21  of us doesn't address personal and
22  protective equipment like gloves, boots,
23  face masks, cover alls?
24       A.    Correct.
25       Q.    Washing hands, washing and

```
                                      Page 30
 1                DR. G. DUNCAN
 2   sanitizing tools and foot baths?
 3        A.    No.
 4        Q.    And the PVC, and by PVC I mean
 5   the program of veterinary care, does it
 6   address surgery?
 7        A.    No.
 8        Q.    And why doesn't the program of
 9   veterinary care include nutritional
10   programs for the animals other than the big
11   cats?
12        A.    So, those were verbally
13   discussed and were included with the
14   quarterly visits or scheduled quarterly
15   visits but not specifically written down,
16   especially in there maybe more in the more
17   flushed out portion but my understanding
18   when taking over this PVC was that it
19   included what was required.
20        Q.    What was required based on --
21   what are you referring to when you say
22   that?
23        A.    So, when I first came into
24   being the attending veterinarian I had
25   never been an attending veterinarian for a
```

Page 31

```
 1                 DR. G. DUNCAN
 2   zoo before and my understanding from him
 3   was this was what was required for the USDA
 4   and that nothing further or more in-depth
 5   was required which as I went along as I
 6   said I discovered I needed to be more
 7   specific and created a more in-depth plan.
 8        Q.    Do you know if Mr. Candy
 9   followed your more in-depth plan?
10        A.    There are some portions that I
11   don't believe he did.  I would have to
12   again look at the more in-depth one to be
13   able to definitively say.
14        Q.    The program of veterinary care
15   in front of us doesn't address sanitation
16   and disinfectant protocols, does it?
17        A.    Correct.  That was in the more
18   flushed out version.
19        Q.    How about pest control?
20        A.    I don't think so.
21        Q.    Does it address enrichment for
22   any animals other than the primates?
23        A.    Sorry, can you repeat that?
24   You broke up.
25        Q.    Does it include or address
```

Page 32

```
 1                     DR.  G.  DUNCAN
 2   enrichment  for  animals  other  than  the
 3   primates?
 4        A.      No.
 5        Q.      Why  not?
 6        A.      Because  this  was  discussed
 7   verbally  not  in  writing.
 8        Q.      Going  back  to  Exhibit  43.   The
 9   first  page  the  first  line  under  5-21-2020
10   it  says  default  comment  all  records  were
11   e-mailed  to  Gloria  S.  McFadden  at  USDA  dot
12   gov  on  5-21-20.
13             What  records  did  you  e-mail  to
14   Dr.  McFadden?
15        A.      I  believe  all  of  the  records
16   that  were  in  the  system  so  all  of  the  typed
17   records.
18        Q.      Were  those  the  records  that
19   were  also  sent  to  PETA  in  this  matter?
20        A.      The  ones  sent  to  PETA  would
21   have  been  more  in-depth  because  they  would
22   have  also  included  pictures  and  some
23   written  or  written  or  typed  records  that
24   were  not  in  Cornerstone  which  is  the
25   program  that  we  use  for  our  medical
```

Page 33

DR. G. DUNCAN

1                    DR. G. DUNCAN
2    records.
3         Q.    That e-mail that you sent to
4    Dr. McFadden wasn't produced to PETA;
5    correct?
6         A.    I don't know.  That would have
7    been sent by one of the receptionists it
8    looks like.
9         Q.    Have you ever e-mailed or
10   texted anyone else about Tri-State's
11   animals?
12        A.    Yes, there was a zoo
13   veterinarian whose name I don't remember
14   who I had texted with questions about the
15   first tiger, Cayenne when I was treating
16   her.
17        Q.    Any other text messages or
18   e-mails regarding Tri-State's animals?
19        A.    Not that I recall.
20        Q.    How about text or e-mails with
21   your staff or other agencies?
22        A.    I don't think so.  Other than
23   potentially scheduling things, you know,
24   call and schedule this thing, call and
25   schedule that things or get these

```
 1                DR.  G.  DUNCAN
 2   medications ready.
 3        Q.    How about e-mails or texts or
 4   calls with Tri-State's volunteers?
 5        A.    No.
 6        Q.    Have you ever received any
 7   e-mails or texts about Tri-State?
 8        A.    Not other than from Mr. Candy
 9   and maybe once or twice from Mr. Young
10   setting up meeting times.
11        Q.    Have you ever discussed
12   treatment of the animals at Tri-State with
13   anyone other than Mr. Candy?
14        A.    One or two of the other
15   veterinarians at Mountainview, yes, and the
16   practice manager who was present in the
17   room during a couple of my conversations
18   with Mr. Candy.
19        Q.    Do you have any documentation
20   of any of those discussions?
21        A.    So, those would have been in
22   default comments under the patient named
23   zoo, which was kind of where we put all of
24   our evaluations of a general big picture
25   that were not related to a specific animal
```

```
1                    DR. G. DUNCAN
2    and some of the default comments for
3    conversations.  Some of those default
4    comments if they related to a specific
5    patient would have been in that patient
6    file but the practice manager was present
7    for two or three of those conversations.  I
8    mean not participating in them but was in
9    the room when I was having the
10   conversation.
11        Q.    Did you have any discussions
12   with anyone outside -- other than the vet
13   who you said you consulted with regarding
14   the tigers and the veterinarian at your
15   office or practice manager, did you have
16   any conversations about treatment of
17   animals with anyone else?
18        A.    Not to my knowledge.
19        Q.    The patient report under zoo
20   that you said you noted kind of the bigger
21   picture comments, is that Exhibit 43?
22        A.    Yes.
23             MS. GRAVES:  I'm going to mark
24        Exhibit 44.
25             (Whereupon, a patient history
```

Page 37

                    DR. G. DUNCAN

1          Exhibit 45.

2                  (Whereupon, a patient history

3          was marked as Exhibit 45 for

4          identification as of this date by the

5          Reporter.)

6      Q.    Let me know when you can see

7  that document.

8      A.    Okay.

9      Q.    Do you recognize this document?

10     A.    Yes, this is my medical report

11 for Charlie who was the cougar.

12     Q.    And Exhibit 45 at page three

13 can you review your entry on November 8,

14 2018.  Just take a minute to look it over.

15     A.    Okay.

16     Q.    Do you recall the condition of

17 Charlie on this date?

18     A.    Yes.

19     Q.    Can you describe his condition?

20     A.    I would say moderately

21 debilitated.  I had a concern of a GI

22 foreign body or some kind of severe

23 intestinal disease.

24     Q.    Why were you concerned about GI

Page 38

1                    DR. G. DUNCAN

2    foreign body?

3         A.    Due to the history of not

4    eating, not drinking, acting excessively

5    lethargic and he was quite painful in

6    palpation of his abdomen.   When he walked

7    he was exhibiting signs of significant

8    abdominal discomfort.

9         Q.    Under physical exam the record

10   notes that on presentation patient in

11   sternal recumbency and the next sentence

12   will not rise and that he appeared to be in

13   pain.   Why do you think that Charlie

14   appeared to be in pain?

15        A.    So, his behavior.   So he was --

16   I had interacted with him previous times

17   from outside the enclosure obviously and

18   normally he would walk, he would rub along

19   the cage when Mr. Candy was there and would

20   chuff at him and at this point he was lying

21   down, unwilling to move, growling

22   insistently and he was actually having mild

23   as you call them abdominal contractions

24   which we refer to as splinting which is

25   usually indicative of significant abdominal

Page 39

DR. G. DUNCAN

2   pain.

3       Q.     On November 8th was Charlie --
4   earlier you said you were observing him
5   walk around.  Then the record says he would
6   not rise.  Did you see Charlie ambulate at
7   all on that specific date?
8       A.     After he woke up from the
9   sedation, yes, he was ambulatory.
10      Q.     If we go to page four under
11  plan.  It says discussed very poor
12  prognosis with owner.  Declined euthanasia.
13          Do you recall the discussion
14  you had with Mr. Candy about euthanizing
15  the mountain lion?
16      A.     Yes, so we had actually
17  discovered referral because previously he
18  had told me that in the event that one of
19  the cats would need some kind of more
20  severe medical intervention or surgery he
21  did have a contact that could help with
22  that and I believe we called that
23  veterinarian and for whatever reason we
24  weren't going to be able to get him there
25  or there was some complication there.  So

Page 40

1                      DR. G. DUNCAN
2      then I discussed with Mr. Candy that due to
3      his incredibly poor prognosis because he
4      was so painful if surgical interventional
5      was not option or further medical
6      intervention was not an option, that it may
7      very well be in Charlie's best interest to
8      stop his suffering.
9          Q.    Do you recall the name of the
10     veterinarian you spoke with?
11         A.    I don't.
12         Q.    Was it Dr. Shepherd?
13         A.    What's the first name?
14         Q.    I'll get back to you.
15         A.    I want to say there was a B in
16     it like Brian or -- I maybe making that up.
17         Q.    Do you know why Mr. Candy
18     didn't follow your recommendation to
19     euthanize Charlie?
20         A.    Yes, so he felt that he wanted
21     to give Charlie a chance quote unquote with
22     what we could do at the zoo.  So, we
23     created a plan to basically give him some
24     supportive care, run some blood work with
25     the understanding that if he did not

Page 41

1                    DR. G. DUNCAN

2  improve or declined that we should be out

3  to euthanize him because it was unfair to

4  him to continue his suffering.

5       Q.    What supportive care did you

6  provide to him?

7       A.    So, we provided some subject Q

8  fluids, some pain control, we administered

9  anti nausea medication and then ran some

10 blood work and set up a plan to provide

11 further treatment the next day.

12      Q.    And that's all documented in

13 Exhibit 45?

14      A.    Yes, in the assessment and

15 plan.

16      Q.    On the first page of Exhibit 45

17 it says Mr. Candy called to say Charlie

18 passed during night.  Found him stretched

19 out likely DT agonal breaths at passing.

20            Can you explain this entry?

21      A.    So, I was out of town at that

22 point and Mr. Candy had called and left a

23 message saying that Charlie had passed

24 during the night.  He thought it was

25 peaceful based on him being stretched out.

Page 42

1                       DR. G. DUNCAN
2    I thought that was likely due to DT is due
3    to the agonal breaths that they take when
4    they're passing and then he had obviously
5    continued to say that Charlie had never
6    eaten, had not really gotten up.  He never
7    got the medications into him and we
8    recommended a necropsy to see what actually
9    had transpired and he declined.
10        Q.    Based on your assessment of
11   Charlie's condition initially on November
12   7th, do you think Charlie was suffering?
13        A.    Absolutely.
14        Q.    And would euthanizing Charlie
15   have been the humane thing to do?
16        A.    Yes.
17        Q.    Exhibit 45 again on page one on
18   November 10, 2018, you just mentioned that
19   you had recommended having Charlie
20   necropsied and why did you recommend that
21   Charlie be necropsied?
22        A.    So, one of the reasons was for
23   basically to know was there a GI
24   obstruction because that would lead us to
25   basically do need to change some of the

Page 43

```
                          DR. G. DUNCAN
 1
 2    management procedures.  Also I did have a
 3    concern that there was a potential for an
 4    infectious disease which if Charlie had had
 5    it I wanted to know if the other animals,
 6    especially the large cats, would be at
 7    risk.
 8         Q.    Mr. Candy declined to necropsy
 9    Charlie; correct?
10         A.    Yes.
11         Q.    Did you make any other
12    recommendations that you could recall that
13    Mr. Candy did not follow?
14         A.    For Charlie specifically?
15         Q.    Sorry, any of the other
16    animals.
17         A.    Yes.
18         Q.    What were those
19    recommendations?
20         A.    So, for each of the large cats
21    that ended up being euthanized which would
22    be Cayenne, Cheyanne and Kumar there were
23    recommendations for various procedures,
24    drugs, referrals and euthanasia that were
25    all declined.
```

Page 44

                    DR. G. DUNCAN

1        Q.    You said Cheyanne, but did you

2    mean India?

3        A.    Yes, sorry.

4             MS. GRAVES:  I'm going to mark

5         another exhibit.

6             (Whereupon, a patient history

7         marked as Exhibit 46 for

8         identification as of this date by the

9         Reporter.)

10       Q.    This is Exhibit 46.  Let me

11   know when you can view it.

12       A.    Okay.

13       Q.    Do you recognize this document?

14       A.    Yes, this is my medical record

15   for Bridgette who was one of Mr. Candy's

16   personal animals, a basset hound.

17       Q.    And let's go to page four.

18       A.    Okay.

19       Q.    There's an entry on June 1,

20   2018 under routine exam history.  It says

21   mass on left front leg.  Been there about

22   one year.  Seen by a vet last year and was

23   told it was an abscess.  Gotten bigger and

24   it does burst open at times but not a lot

Page 45

                        DR. G. DUNCAN

1

2   of discharge.   No FNA was done when seen

3   last year.   Was told it was an abscess.

4            What does FNA stand for?

5        A.      Fine needle aspiration.

6        Q.      By the time Mr. Candy brought

7   Bridgette to your office she had already

8   had the mass for at least a year; correct?

9        A.      That was what he had told us,

10   yes.

11        Q.      Despite the mass bursting open

12   at times is it your understanding that Mr.

13   Candy never brought her in to be examined

14   by a veterinarian?

15        A.      Yes.

16        Q.      Would a ruptured mass cause

17   Bridgette pain?

18        A.      Most likely.

19        Q.      Let's go to page five.

20        A.      Okay.

21        Q.      Under musculoskeletal, LH

22   medial and lateral toenails ingrown

23   severely.   Unable to remove portion ingrown

24   into pads.   To be removed under sedation

25   for mass removal.

Page 46

DR. G. DUNCAN

1

2          Do you recall Bridgette's

3   severely ingrown toenails?

4          A.    Yes.

5          Q.    Can you describe what you

6   observed?

7          A.    So, she had severely overgrown

8   toenails and several of them were either

9   ingrown into her paw pads or had obviously

10  at some point been ingrown into her paw

11  pads to the point that it was too painful

12  to basically trim them and remove the

13  portion from the paw pads while she was

14  awake and when they were removed there were

15  very large wounds present where they had

16  been ingrown into those paw pads.

17         Q.    It's entirely preventable --

18  ingrown toenails are entirely preventable

19  with regularly nail trims; correct?

20         A.    Yes.

21         Q.    So, you said some had been

22  ingrown when you examined her paw pads.

23  So, were there wounds that had healed over?

24         A.    They were in the process of

25  healing, yes.

Page 47

DR. G. DUNCAN

1

2        Q.      So, she had open wounds from

3    prior ingrowns in addition to some nails

4    that were currently imbedded in her paw

5    pads?

6        A.      Correct.

7        Q.      And those ingrown toenails

8    would have been painful; correct?

9        A.      Yes.

10        Q.      Let's go up to page four of

11    Exhibit 46.  Above physical exam it says

12    102.9.  Was 102.9 her temperature?

13        A.      Yes.

14        Q.      Is that a high temperature for

15    a dog?

16        A.      It depends on how excited or

17    nervous they are.  So, it does not

18    necessarily indicate infection or disease

19    if they are relatively stressed by being in

20    the veterinarian clinic.

21        Q.      And can you describe

22    Bridgette's symptoms at that time?

23        A.      So, as I recall she was

24    reluctant to walk.  I think she was not

25    eating as much as she normally did and then

Page 48

1                    DR. G. DUNCAN

2  she was non weight bearing on the left

3  front leg.

4       Q.    Do you know if Bridgette was

5  suffering from a uterine infection when she

6  was brought to your office?

7       A.    I can't remember.  It says

8  she's spade but I can't remember if we're

9  the ones that spayed her.  I know she had

10 -- well, I don't know.  I think I remember

11 that she had a very severe ear infection.

12      Q.    What treatment was Bridgette

13 provided?

14      A.    So, she was referred to one of

15 my associates who is one of our surgeons

16 for the mass removal.  The toe nails were

17 trimmed while she was under and the

18 imbedded portions removed from her paw pads

19 and the paw pads were treated topically and

20 bandaged.  Then she had an ear cleaning and

21 she was put on an antiinflammatory and some

22 antibiotics both for the severe wounds in

23 her paw pads and for her ear infection and

24 I'm fairly certain she had some superficial

25 dermatitis as well.

Page 49

1                    DR. G. DUNCAN
2              MS. GRAVES: I'm going do mark
3         another exhibit, Exhibit 47.
4              (Whereupon, an anonymous
5         complaint was marked as Exhibit 47
6         for identification as of this date by
7         the Reporter.)
8      A.    Okay.
9      Q.    I'm going to represent to you
10  this is an anonymous complaint that PETA
11  received in August of 2020.  If you scroll
12  down to page let's start with page four,
13  five, six and seven.  Is this Bridgette?
14  Do you recognize her?
15      A.    I believe so.
16      Q.    Bridgette was also a basset
17  hound?
18      A.    Yes.
19      Q.    If we go back up to page two,
20  bates stamped PETA 003543 and -- actually,
21  page three, my apologies. It says at the
22  top of the page please help these animals.
23  The only reason this animal was helped is
24  because -- was helped is BC it was dying.
25  It had a life threatening uterine

Page 50

                    DR. G. DUNCAN
1
2   infection.  I cannot state info due to my
3   employment.  You had seized animals from
4   his location before.  Help them.  This man
5   has no business having animals.  His name
6   is Bob candy.
7           Does this refresh your
8   recollection at all regarding Bridgette's
9   condition?
10      A.    Yes.
11      Q.    Go ahead.
12      A.    So, she was -- so I'm fairly
13  certain that I remember this on her.  She
14  had some potential for mammary masses I
15  think and what we call hematuria which is
16  that uterine infection and of course she
17  was under weight and I think that was why
18  she had stopped eating in conjunction with
19  the pain from her feet, yes.
20      Q.    On July 20, 2018, Bridgette
21  underwent surgery; correct?
22      A.    Let me go back to her record.
23  Yes, July 20th, yep.
24      Q.    What kind of surgery was
25  performed?

Page 51

1                    DR. G. DUNCAN

2        A.     Mass removal.

3        Q.     And how many masses did you

4   remove?

5        A.     Dr. Nguyen was actually the

6   surgeon and she removed two.  I believe

7   which she only charged for one but she did

8   remove two masses.

9        Q.     Were the masses biopsied?

10       A.     No, he declined biopsy.

11       Q.     Did you run any other test to

12  determine what the masses were?

13       A.     I don't believe so.  I'm pretty

14  sure he declined that as well.

15       Q.     So, your office never diagnosed

16  Bridgette as suffering from cancer?

17       A.     We had a strong suspicion that

18  there was working until masses but

19  obviously we do not 100 percent confirm

20  that given the declining of biopsy and

21  pathology.

22       Q.     Prior to surgery Bridgette was

23  anesthetized; correct?

24       A.     Yes, it looks like she was

25  sedated so not inhalant anesthesia but

Page 52

1                    DR. G. DUNCAN

2    injectable sedation.

3         Q.    And were you present during

4    Bridgette's surgery?

5         A.    I was not.

6         Q.    But you do not know what

7    monitoring equipment was used?

8         A.    So, she would have been put on

9    a pulse ox.  She would have had an IV

10   catheter and fluids it looks like.  There

11   would have been temperature monitoring,

12   heart rate and respiratory rate by a

13   veterinary assistant.

14        Q.    And that protocol is reflected

15   in her record in Exhibit 46?

16        A.    Yes.

17        Q.    Bridgette tore her stitches

18   after she was sent home; correct?

19        A.    I believe so, yes.

20        Q.    Do you recall her condition

21   when she was brought back to your office?

22        A.    I don't think that I saw her.

23   I believe Dr. Nguyen saw her again, but I

24   am fairly certain that she had chewed

25   sutures out because she was not wearing her

Page 53

```
 1                    DR. G. DUNCAN
 2    E collar as recommended and I do know that
 3    she did have to be resedated and more
 4    sutures had to be placed.
 5         Q.      So, your office had recommended
 6    that she wear the E collar?
 7         A.      Absolutely, yes.
 8         Q.      And Mr. Candy didn't follow
 9    that recommendation?
10         A.      Correct.
11         Q.      Was Bridgette's condition life
12    threatening when she was brought to your
13    office?
14         A.      Potentially.
15              MS. GRAVES:  I'm going to mark
16         our next exhibit.
17              (Whereupon, a patient history
18         was marked as Exhibit 48 for
19         identification as of this date by the
20         Reporter.)
21         Q.    I just marked Exhibit 48.  Let
22    me know when that appears for you.
23         A.    Okay.
24         Q.    Do you recognize these
25    documents?
```

Page 66

1                    DR. G. DUNCAN

2      Q.    And you wouldn't have that

3  record elsewhere; correct?

4      A.    Correct, if they are not right

5  here then the specific type of worm seen

6  was not put in by the technician that ran

7  the fecal.

8            MS. GRAVES:  I'm going to mark

9       Exhibit 50.

10           (Whereupon, a patient history

11      was marked as Exhibit 50 for

12      identification as of this date by the

13      Reporter.)

14     Q.    Let me know when you're able to

15  see it.

16     A.    Okay.

17     Q.    Do you recognize these

18  documents?

19     A.    Yes, these are patient records

20  -- the patient record for Sally including a

21  copy of previous veterinarian records from

22  it looks like a health certificate.  And

23  then a patient record -- well, basically

24  previous record for Sam including a health

25  certificate and Suzie including a health

Page 67

                    DR. G. DUNCAN
1
2    certificate so three Himalayan health
3    certificates from a previous veterinarian.
4         Q.    How are you able to recognize
5    these documents?
6         A.    Because they're labelled.
7         Q.    These are documents that your
8    clinic created besides the health records
9    from the Commonwealth of Virginia?
10        A.    Yes, so it is basically a
11   record of having received previous vet
12   records or health certificates or
13   realistically not records.
14        Q.    During your tenure as
15   Tri-State's AV were the Himalayan black
16   bears ever physically examined?
17        A.    Visual examinations only.
18        Q.    Did you ever get weights on
19   them?
20        A.    No.
21        Q.    Any blood work?
22        A.    No.
23        Q.    Any screening for
24   endoparasites?
25        A.    Not to my knowledge, no.

Page 68

1                   DR. G. DUNCAN

2         Q.      And were their diets ever

3    assessed?

4         A.      Verbally, yes.

5         Q.      What did you say to Mr. Candy

6    about their diets?

7         A.      So, I think we had briefly

8    discussed what they were fed but he said

9    that the diets were controlled by someone

10   else who I guess technically owned the

11   bears that he was leasing them.  I want to

12   say from somewhere -- I think he said

13   somewhere in New York, but I maybe mistaken

14   on this date but he had said that was

15   determined by them and, therefore, I didn't

16   need to really be that involved with their

17   diets.

18        Q.      So, Mr. Candy represented to

19   you that someone else was in control of

20   assessing the bear's diets?

21        A.      Basically that someone else was

22   responsible for making decisions as far as

23   their care overall.  That he was kind of

24   leasing them slash caretaking them was my

25   understanding.

Page 69

1                    DR. G. DUNCAN

2        Q.      They weren't provided with any

3    dental care during your tenure; correct?

4        A.      Correct, it was recommended

5    once or twice and was declined because,

6    again, he said that the technical owners of

7    the bears had declined it.

8        Q.      Let's go back to Exhibit 43.

9        A.      Okay.

10       Q.      Page one under there's an entry

11   under September 22, 2019.   Default

12   comments.   Present at Tri-State Zoo for

13   visit by PETA personnel Mr. Nevin Young,

14   Mr. Candy.   Abnormalities of note severe

15   dental disease in Asian bears, both likely

16   due to previous discussed chewing on bars.

17   Mr. Candy to discuss with owners of bears.

18       A.      Yes.

19       Q.      When did you discover that the

20   bears at Tri-State were suffering from

21   severe dental disease?

22       A.      Oh, probably the first time

23   that I visually examined them.   We had

24   discussed that they were chewing on bars

25   and it was damaging their teeth and there

Page 70

1                     DR. G. DUNCAN

2    was some kind of dismissive comment made.

3    We had had discussed what was involved with

4    potentially having to transport slash

5    anesthetize slash treat them and he

6    declined any kind of dental intervention at

7    that point.

8         Q.     So, that would have been before

9    the September 22, 2019 site inspection?

10        A.     Yes.

11        Q.     Where PETA was present that you

12   had observed the dental disease in the

13   bears?

14        A.     Correct.

15        Q.     So, that would have been

16   brought to his attention some time before

17   that date?

18        A.     Correct.

19        Q.     So, when Dr. Haddad pointed out

20   their dental disease Mr. Candy was already

21   aware of it at that point?

22        A.     He certainly should have been

23   because we discussed it at least twice.

24        Q.     You said you discussed chewing

25   on bars and you observed the bears chewing

Page 71

1                    DR. G. DUNCAN
2    on the bars of the fence of their
3    enclosure?
4         A.    Correct.
5         Q.    And did you observe that
6    multiple times?
7         A.    Yes, at every instance that I
8    performed a visual examination on the
9    bears.
10        Q.    Would you agree that their
11   dental disease was obvious and plainly
12   visible in September 2019?
13        A.    Yes.
14        Q.    And if Tri-State was visually
15   inspecting the bears or monitoring them in
16   any meaningful way they would have noticed
17   on their own the bear's condition prior to
18   PETA'S site inspection in September of
19   2019?
20        A.    Correct.
21        Q.    You had noted that Mr. Candy
22   said something about leasing the animals.
23   Did he ever say that any of the animals
24   besides the bears were leased?
25        A.    Not that I recall.

Page 72

```
1              DR. G. DUNCAN
2         Q.      Continuing on Exhibit 43, the
3    entry under October 3, 2019, states Mr.
4    Candy reports that owner of bears declines
5    treating dental disease due to age of
6    bears.  Discussed that condition as painful
7    and highly recommend treatment.
8              Can you explain why you highly
9    recommended treatment?
10        A.      Because they had exposed tooth
11   root pulps which is known to be quite
12   painful.
13        Q.      When Mr. Candy reports that
14   owner of bears declined treating dental
15   disease due to age of bears, what did Mr.
16   Candy tell you?
17        A.      So, he had said that he had
18   been in contact with the owner of the bears
19   and because of their age they had decided
20   not to risk transporting or anesthetizing
21   them for any kind of treatment.
22        Q.      Based on your conversation with
23   Mr. Candy, were you under the impression
24   that Mr. Candy was not responsible for the
25   bear's veterinary care?
```

Page 73

1                    DR. G. DUNCAN

2        A.    That was my understanding.

3   Well, I guess I would say my understanding

4   was that if any concerns were brought to

5   him or were noted by him he then had to

6   obtain permission from someone else to

7   perform any kind of procedures or

8   interventions on the bears.  So, maybe a

9   joint responsibility would be more

10  accurate.

11       Q.    Did you ever speak to the

12  purported owner of the bears?

13       A.    No.

14             MS. GRAVES:  I'm going to mark

15       Exhibit 51.

16             (Whereupon, a breeding loan

17       agreement was marked as Exhibit 51

18       for identification as of this date by

19       the Reporter.)

20       Q.    Do you see Exhibit 51?

21       A.    It's coming up.  Yes.

22       Q.    The second paragraph of this

23  breeding loan agreement states the Natural

24  Bridge Zoo is placing one male and two

25  female Himalayan Asiatic black bears on

Page 74

1                    DR. G. DUNCAN

2   breeding loan to the Tri-State Zoo.  Any

3   offspring from the bears will be shared

4   jointly by both parties.  The care,

5   housing, feeding and vet care of the bears

6   will be the responsibility of the Tri-State

7   Zoo.

8              Have you ever seen this

9   breeding loan agreement before?

10       A.    Not to my knowledge.

11       Q.    Did Mr. Candy ever tell you

12   that his facility Tri-State Zoo was

13   responsible for the bear's veterinarian

14   care?

15       A.    Again, he indicated to me that

16   anything veterinarian related would have to

17   be run by the true owners.

18       Q.    So, he lied to you; correct?

19       A.    I mean I only know what he told

20   me.

21              MR. YOUNG:  Objection, counsel.

22       That's not a proper question.

23       Q.    Does this term in the breeding

24   loan agreement that the vet care of the

25   bears are the responsibility of Tri-State

```
 1                    DR. G. DUNCAN
 2    Zoo concern you at all?
 3         A.     I mean I guess it contradicts
 4    my understanding.
 5         Q.     According to the record we
 6    received from Dr. Gold's office who is
 7    Tri-State's current veterinarian, this is
 8    Keith Gold, I can represent to you that the
 9    bears underwent oral surgery in December of
10    2020.
11              Would it have been appropriate
12    in your opinion for Mr. Candy to have
13    avoided approximately a year and three
14    months from the time Dr. Haddad pointed out
15    their dental disease before treating their
16    condition?
17              MR. YOUNG:   Objection,
18         counsel.  This is a fact witness
19         deposition, it's not an expert
20         deposition and opinion testimony is
21         not to be solicited.
22              MS. GRAVES:   That's okay.  You
23         can state your objection for the
24         record but I don't have to lay a
25         foundation to get this witnesses
```

Page 76

```
                        DR. G. DUNCAN
 1
 2          opinion.
 3               MR. YOUNG:   Counsel, for the
 4          record, PETA has vociferously
 5          insisted that Dr. Duncan is not
 6          qualified as an expert witness in the
 7          prior case and therefore I think any
 8          opinion testimony solicited is bared
 9          by judicial estoppel.
10               MS. GRAVES:   Mr. Young, I ask
11          you not to make speaking objections
12          and you're not allowed to instruct
13          this witness not to answer.
14      Q.    Dr. Duncan, if you have an
15  answer to the question please go ahead and
16  answer it.
17      A.    Sorry, could you repeat the
18  question, please?
19      Q.    Would it have been appropriate
20  in your opinion for Mr. Candy to avoided a
21  year and three months from the time Dr.
22  Duncan pointed out their dental disease
23  before treating their condition --
24      A.    When I pointed it out or --
25      Q.    Sorry, Dr. Haddad.
```

Page 77

1                    DR. G. DUNCAN

2         A.    So, I don't know that

3    appropriate is a term that I would use.  It

4    was contradictory to my recommendation.

5         Q.    Would you agree that the bears

6    would have been suffering unnecessarily

7    during that period?

8         A.    Yes.

9         Q.    I'm going to show you one more

10   exhibit before taking a break short break.

11                (Whereupon, a patient history

12         was marked as Exhibit 52 for

13         identification as of this date by the

14         Reporter.)

15        Q.    I just marked Exhibit 52.

16        A.    Okay.

17        Q.    Do you recognize these

18   documents?

19        A.    Yes, this is the patient record

20   for Dodger the Capuchin.

21        Q.    How do you recognize this

22   document?

23        A.    Because it's labeled it's from

24   our Cornerstone program.

25        Q.    The entry on February 8, 2019

Page 78

1              DR. G. DUNCAN

2    states Mr. Candy called in reference to

3    Dodger.   Per last discussion Tuesday he has

4    been using coconut oil on Dodger's

5    apparently chapped hands.   Has not been

6    able to get ahold of a primate specialist

7    as advised on Tuesday.   Mr. Candy reports

8    today that he has not been eating well, is

9    not drinking, is not acting self.   Advised

10   Mr. Candy Dodger needs to be scene ASAP by

11   a veterinarian today.   Potentially on

12   emergency basis.   Advised him we were not

13   able to hospitalize a primate as discussed

14   previously last fall.   Recommend calling

15   Cheat Lake, not sure if they will see

16   primates but may know of someone who can.

17   Stressed importance of getting Dodger to

18   primate veterinarian today.   Will need

19   blood work and likely IV fluids.

20            Why did you advise Mr. Candy

21   that Dodger needed to be seen by a

22   veterinarian ASAP and potentially on an

23   emergency basis?

24      A.    Given the clinical history and

25   progression.   So, we had been discussing

Page 79

1                    DR. G. DUNCAN
2   Dodger holding his hands abnormally for at
3   least two weeks at this point and had
4   repeatedly recommended that he seek
5   veterinarian intervention and at this point
6   I was concerned that there was something
7   obviously severely physically wrong with
8   Dodger that indicated the need for
9   immediate veterinarian intervention.
10       Q.    Do you know when Mr. Candy
11  eventually brought Dodger to see a vet?
12       A.    I don't know the specific date.
13       Q.    Based on documents we've
14  received from Dr. Gold's office I can
15  represent to you that his offices earliest
16  record of Dodger is dated February 12,
17  2019.
18             Given Dodger's symptoms when
19  you spoke with Mr. Candy on February 8th,
20  does it concern you at that Mr. Candy
21  waited four days to bring him to a
22  veterinarian?
23       A.    Yes.
24       Q.    Does that surprise you?
25       A.    No.

1              DR. G. DUNCAN

2         Q.      Why not?

3         A.      Because of the previous

4    instances where he had chronically declined

5    intervention and had delayed treatment for

6    other animals.

7         Q.      Before you spoke with Mr. Candy

8    on February 8, 2019, you had advised him

9    that he needed to find a primate

10   specialist; correct?

11        A.      Yes, multiple instances.

12        Q.      Why was that?

13        A.      Because I was not comfortable

14   either with my ability to treat primates

15   and my knowledge of primates and also we

16   did not have appropriate staffing or the

17   ability to house a primate at our clinic

18   and, therefore, it was told to him that I

19   could do visual inspections and very

20   general give an opinion on my view of

21   Dodger but was not qualified nor capable to

22   provide any veterinary care intervention or

23   any kind of treatment.

24        Q.      So, to insure that Dodger and

25   the other primates in Candy's custody were

Page 81

DR. G. DUNCAN

1

2    able to receive adequate veterinary care

3    from a facility equipped to deal with

4    primates, you made that recommendation?

5         A.     Correct.

6         Q.     Does it surprise you that Mr.

7    Candy did not follow your recommendation

8    until after Dodger was in need of emergency

9    veterinarian care?

10         A.     So, my understanding was that

11    he had been in contact with a primate

12    specialist or someone who was qualified to

13    treat primates prior to this instance with

14    his hands but I did not know the extent of

15    that.  He just told me it was taken care of

16    and I did not investigate further.

17         Q.     Going back to Exhibit 43 at

18    page three there's an entry on May 25, 2018

19    the default comments that says in regards

20    to Dodger recommend if a female becomes

21    fail available attempt introduction.

22    Recommend T-E-T-A-N-U-Z vaccine even every

23    five years, rabies every three years if has

24    had appropriate boosters ine the past.

25              Is that supposed to be tetanus?

Page 82

DR. G. DUNCAN

1

2     A.     Yes.

3     Q.     Why did you recommend a

4  companion for Dodger?

5     A.     Because it was my understanding

6  due to my limited knowledge -- very limited

7  knowledge of Capuchins that they do better

8  with companions.

9     Q.     During your tenure did Mr.

10  Candy follow either of your recommendations

11  regarding the companion or the

12  vaccinations?

13     A.     Not to my knowledge.

14     Q.     Did Dodger ever receive any

15  vaccinations?

16     A.     Not to my knowledge.

17     Q.     On page one of Exhibit 43

18  there's an entry on October 3, 2019 that

19  says Dodger shows evidence of

20  ectoparasites.  Recommend treatment.

21            What was the evidence of

22  ectoparasites that you observed?

23     A.     Hair loss on his coddle dorsum,

24  itching and fleas were seen.

25     Q.     Was Dodger ever treated for

Page 83

                    DR. G. DUNCAN

1
2    ectoparasites?
3        A.    Not to my knowledge.
4        Q.    Do you know why not?
5        A.    I don't.  I had referred that
6    he or recommended that he consult an
7    appropriate veterinarian who could help him
8    with treatment.
9        Q.    So, you said you observed
10   Dodger scratching at himself and you
11   actually observed the fleas.  Did you
12   observe him pulling his hair?
13       A.    Yes.
14       Q.    Picking at his skin?
15       A.    I would say picking at
16   ectoparasites, yes.
17       Q.    Did you ever observe Dodger
18   engaging in any repetitive behaviors?
19       A.    Not to my knowledge.
20       Q.    I'm going to go back to Exhibit
21   52.  Other than screening for parasites in
22   May 2018, did you ever physically exam
23   Dodger?
24       A.    No, visual examinations only.
25       Q.    Did you do any dental care?

Page 84

                        DR. G. DUNCAN
1
2       A.      No.
3       Q.      Take any blood?
4       A.      No.
5       Q.      Radiographs?
6       A.      No.
7       Q.      Take any ultrasounds?
8       A.      No.
9       Q.      Did you ever assess Dodger's
10  diet?
11      A.      Very briefly.  We had discussed
12  what he was being fed and then I
13  recommended that Mr. Candy again consult an
14  appropriate source to evaluate that.
15      Q.      Do you recall what he was being
16  fed at the time?
17      A.      I do not.
18      Q.      Do you know if the enrichment
19  plan that appears on page seven of Exhibit
20  42 which was in place for Dodger was ever
21  implemented?
22      A.      So, as far as the -- there was
23  a swing for him.  There was interaction
24  with people as stated there.  There was
25  various placement of fruits and vegetables.

Page 85

1                    DR. G. DUNCAN

2   He was provided with a water bowl in

3   addition to water bottle, biscuits.  Those

4   are things that I know that are listed

5   there that I did observe.

6        Q.    You would have observed that on

7   one of your quarterly visits to the zoo?

8        A.    Correct.

9        Q.    Did you ever assess this

10  enrichment plan?

11       A.    So, I read through it and then

12  informed Mr. Candy that I was not qualified

13  to really approve or disprove of it.

14  Again, he would have to refer to someone

15  who was qualified in primate care.

16       Q.    This plan was not varied in

17  anyway during your tenure as the attending

18  vet?

19       A.    Not to my knowledge.

20       Q.    Did you ever inspect Dodger's

21  enclosure to insure he was adequately

22  protected from the elements?

23       A.    Once we observed both his

24  outdoor enclosure and then the indoor

25  section of his enclosure and I guess the

Page 86

1                      DR. G. DUNCAN
2    path between them.
3         Q.    Do you know what day you
4    inspected his enclosures?
5         A.    That would have been my first
6    quarterly visit to the zoo.  So, not the
7    first actual visit to the zoo which was
8    where I was specifically treating Cheyanne
9    but the first visit when I was introduced
10   to the attending veterinarian.
11        Q.    So, on Exhibit 43 at page four
12   on April 13, 2018 it says presented for
13   first quarterly zoo visit.  Would you have
14   inspected Dodger's enclosure on that day
15   date?
16        A.    Yes.
17        Q.    At that time did you make any
18   recommendations to Mr. Candy regarding
19   Dodger's enclosure?
20        A.    Not specifically but I kind of
21   lumped that in with the recommendation that
22   he consult an appropriate source for all
23   information on care of Dodger.
24        Q.    On Exhibit 43 page two it says
25   Mr. Candy had told you that Dodger had

Page 87

DR. G. DUNCAN

1

2     several of his digits amputated; correct?

3          A.     Correct.

4          Q.     Because of apparently because

5     of frostbite?

6          A.     Correct.

7          Q.     If Dodger had been adequately

8     protected from the elements he wouldn't

9     have suffered from frostbite; correct?

10         A.     Correct.

11         Q.     Because frostbite is entirely

12    preventable; correct?

13         A.     I would say within the

14    limitations of animal behavior it is mostly

15    preventable but it -- yes.

16              MS. GRAVES:   I think if

17         everyone is okay we can take a short

18         break to stand up.  Maybe ten

19         minutes.

20         A.     Okay.

21              THE VIDEOGRAPHER:   We're going

22         off the record.  The time is 10:52

23         a.m.

24              (Whereupon, an off-the-record

25         discussion was held.)

Page 98

```
1                    DR. G. DUNCAN
2    speculum would have to be placed.
3              MS. GRAVES:  I'm going to mark
4        our next exhibit.
5              (Whereupon, a patient history
6         report was marked as Exhibit 54 for
7         identification as of this date by the
8         Reporter.)
9         Q.    I've marked exhibit 54.  Let me
10   know when you can view it.
11        A.    Okay.
12        Q.    Do you recognize these
13   documents?
14        A.    Yes, this is my medical record
15   for Dream, one of the miniature horses.
16        Q.    Go to MVS00204 which is I
17   believe page six.
18        A.    Okay.
19        Q.    Under musculoskeletal it says
20   patient is underweight and weak, borderline
21   cachectic.  Owner reports she loses weight
22   under winter possibly being shoved out of
23   the way by larger goats and other horses.
24              Can you describe Dream's
25   condition when you examined her in May
```

Page 99

1                    DR. G. DUNCAN

2    2018?

3         A.    So, she was lethargic,

4    depressed, severely underweight and she was

5    packing feed I believe over her 200 arcade

6    which is her left upper jaw.

7         Q.    What do you mean by weak?

8         A.    So, her -- she was I mean weak.

9    So, she didn't have a lot of strength in

10   her muscles, didn't have a lot of muscle

11   mass due to being underweight.

12        Q.    Borderline cachectic, what does

13   that mean?

14        A.    Basically that she was so

15   underweight and/or underfed that her body

16   had started metabolizing her own muscle

17   mass to sustain itself so it's a marker of

18   being severely malnourished.

19        Q.    Her teeth were in need of

20   floating; correct?

21        A.    Yes.

22        Q.    Do you know when they were last

23   floated?

24        A.    To my knowledge she had never

25   been floated.

DR. G. DUNCAN

1

2      Q.      Under plan it says LA panel

3  pending, Coggins pending.  Recommend senior

4  feed, free choice, good quality hay, grass

5  if available.  Float at earliest ability,

6  separate from the other animals to afford

7  adequate feeding time.

8             Did you follow up with Mr.

9  Candy to see if any adjustments to Dream's

10  diet were made?

11     A.      Yes, we came back and floated

12  her and her vaccinations and evaluated her.

13             (At this point Zoom froze.)

14     Q.      You froze for me.  Can you

15  repeat that?

16     A.      So, yes, we came back and

17  floated her and started her vaccines and we

18  reevaluated her body condition and her

19  feeding plan at that time.

20     Q.      Do you know if she was

21  separated from the other equines and goats?

22     A.      I know they had separated the

23  goats.  I don't recall if the two horses

24  -- two or three horses, whatever was there,

25  were still together.

Page 101

DR. G. DUNCAN

1

2      Q.      On May 24, this is page three

3   of Exhibit 54, you reexamined Dream;

4   correct?

5      A.      Yes.

6      Q.      And Dream was still thin?

7      A.      Yes.

8      Q.      And you suspected malnutrition

9   as a potential cause?

10      A.      Correct.

11      Q.      Why was that?

12      A.      Given that when we floated her

13   her teeth were sharp but not in poor enough

14   condition that she shouldn't have been able

15   to get the sustenance needed if adequate

16   food was available to her and given also

17   that we had run blood work basically a full

18   large animal CBC and chemistry and there

19   was no evidence of abnormalities on that

20   blood work.

21      Q.      Under assessment you suspected

22   that her poor body condition might also be

23   related to her dynamic?

24      A.      Yes, so she was observed to be

25   shoved away from resources by the goats.

Page 102

                    DR. G. DUNCAN

1

2       Q.    And that was something that you

3   would have you observed?

4       A.    Yes.

5       Q.    On page four under plan it says

6   fecal pending, move to grass.  Did you

7   receive the results from the fecal test?

8       A.    Yes.

9       Q.    Is that documented on this

10  record?

11      A.    No, but if we have -- there

12  should be a dewormer that is recorded

13  somewhere which maybe under one of the

14  other horses because we gave them group

15  deworm.  We dewormed the whole herd.

16      Q.    Did any of the horses have

17  worms?

18      A.    I do not recall.  I believe

19  they had large strong jowls, but I do not

20  recall 100 percent.

21      Q.    Would that be in the fecal

22  record that you may have elsewhere?

23      A.    If it was recorded by the

24  veterinarian assistant who ran it then

25  there should be a default comment somewhere

Page 103

1                    DR. G. DUNCAN

2    in the patient history of at least one of

3    the equines.

4          Q.    Did Mr. Candy ever move dream

5    to pasture?

6          A.    Yes.

7          Q.    Where was that pasture located?

8          A.    At the back of the property

9    behind where the bears and the tigers were

10   housed there was a large field out there

11   that she was placed I believe with at least

12   one of the other animals.  I don't remember

13   which one.

14         Q.    On page one of Exhibit 54 you

15   conducted a sedated oral exam on June 24th;

16   correct?

17         A.    Yes.

18         Q.    What was the protocol used for

19   her sedation?

20         A.    She was given 75 milligrams of

21   xylazine.

22         Q.    And did you use any monitoring

23   equipment?

24         A.    No.

25         Q.    Is it typical to use monitoring

Page 104

```
                         DR. G. DUNCAN
 1
 2   equipment when sedating an equine for oral
 3   exam?
 4        A.     No.
 5        Q.     Do your records indicated that
 6   Dream was not well halter trained?  Did her
 7   lack of halter training make medical exams
 8   difficult?
 9        A.     Not I wouldn't say difficult.
10   I mean she wasn't bad.  She just wasn't
11   regularly handled and she was significantly
12   better by this exam than when we had first
13   examined her because she was a little bit
14   more used to us.
15              MS. GRAVES:  I'm going to mark
16         Exhibit 55.
17              (Whereupon, a patient history
18         report was marked as Exhibit 55 for
19         identification as of this date by the
20         Reporter.)
21        Q.     Let me know when you can see
22   Exhibit 55.
23        A.     Okay.
24        Q.     Do you recognize these
25   documents?
```

Page 131

DR. G. DUNCAN

1
2     Q.     Did the opossums at Tri-State
3  -- did any of the opossums at Tri-State
4  ever receive any veterinarian care?
5     A.     Not from us.
6     Q.     They had a number of opossums.
7  Survivor was acquired in June 24, 2020,
8  Hillary acquired in September 2018, Bed Bug
9  acquired in 2019, Squirrel acquired March
10  19, 2015, Demi acquired April 12, 2019,
11  Seline acquired October 26, 2017 and Grouch
12  acquired in June 12, 2018.
13            So, you've never examined any
14  of those opossums?
15     A.     No.
16     Q.     Why not?
17     A.     Because, again, he was referred
18  to an exotic veterinarian for their care.
19            MS. GRAVES:   I'm going to mark
20       our next exhibit.
21            (Whereupon, a patient history
22       report was marked as Exhibit 61 for
23       identification as of this date by the
24       Reporter.)
25     Q.     How are you doing?  Do you need

Page 132

```
 1                  DR. G. DUNCAN
 2    a break?
 3          A.    No, I'm good.
 4          Q.    I just marked Exhibit 61.
 5          A.    Okay.
 6          Q.    Do you recognize these
 7    documents?
 8          A.    Yes, these are patient records
 9    for Emmy who was a pot belly pig.
10          Q.    Do they include any records for
11    any other pot belly pigs?
12          A.    You mean in this record or do
13    we have any other ones?
14          Q.    In Exhibit 61.  So just --
15          A.    Yes, Isabel is there too.  I
16    see Snorkel.  There's Snorkel and Sophie
17    all pot belly pigs, yes.
18          Q.    How are you able to recognize
19    these documents?
20          A.    Because these are documents
21    that were created or scanned into our
22    Cornerstone program.
23          Q.    Let's start on the first page
24    of Exhibit 61.  Was Emmy under sedation
25    when you examined her in May of 2018?
```

Page 133

DR. G. DUNCAN

1

2      A.      No, she was quite tractable.

3      Q.      Were any of the pigs under

4  sedation?

5      A.      I don't believe so.  I would

6  have to look through.  No, none of them

7  were sedated.

8      Q.      The entry under mouth and teeth

9  for Emmy states the tongue, tonsils, palate

10 and pharynx are a healthy color and

11 appearance.

12          Can you explain how you were

13 able to examine the tonsils on Emmy if she

14 was awake?

15     A.      By giving her treats.  So, I

16 got her to eat the treat and open her mouth

17 quite easily.

18     Q.      And she opened wide enough so

19 you can see her tonsils?

20     A.      Yes.

21     Q.      Was Emmy screened for

22 parasites?

23     A.      No, at least not at that time.

24     Q.      Why not?

25     A.      Because no samples were

Page 134

```
 1                    DR. G. DUNCAN
 2   provided to us.
 3        Q.    So, to the extent that there
 4   are no fecals noted in any of Emmy's
 5   records they were -- there would have been
 6   no screening for parasites; is that
 7   correct?
 8        A.    Correct.
 9        Q.    Let's scroll down to page two
10   of Exhibit 61.  So, under plan it says
11   booster three to four weeks.
12              Did Emmy receive any boosters
13   as planned?
14        A.    It looks like she had vaccines
15   May 17th and then was boostered on June --
16   wait is that the same year?  No, that's a
17   different year, sorry.  So, she was
18   boostered yearly.
19        Q.    So, she didn't receive the
20   boosters in the three to four weeks;
21   correct?
22        A.    Correct.
23        Q.    And why didn't she receive her
24   boosters in 2018?
25        A.    Probably because he didn't have
```

Page 135

1                    DR. G. DUNCAN

2   us back out to perform those so he didn't

3   schedule the booster appointment.  That

4   would be my presumption but I don't

5   specifically remember.

6           Q.    If you can down to page four.

7           A.    Okay.

8           Q.    You diagnosed Isabel with

9   bilateral ventral entropion with ocular

10  discharge; correct?

11          A.    Yes.

12          Q.    What risks regarding entropion

13  correction surgery did you discuss with Mr.

14  Candy?

15          A.    So, the risks of sedating them

16  on the farm versus transporting them and

17  having true anesthesia and basically the

18  risk of doing it on the farm with limited

19  monitoring equipment and the risk of

20  anesthesia in pot belly pigs given that

21  sometimes they can have hyperthermia in

22  relation to sedation and given her obesity.

23          Q.    So, Isabel was obese?

24          A.    I would say she was -- well,

25  she's fairly average for a pot belly pig

Page 136

1                    DR. G. DUNCAN
2  but she was overweight.  Maybe not obese.
3  Obese is probably not appropriate but
4  overweight.
5          Q.     On page four of Exhibit 61 her
6  body condition score was recorded as five
7  out of nine.  Is that inaccurate?
8          A.     Probably, yes, I would say from
9  my recollection.
10         Q.     So, did you think if Mr. Candy
11 was willing to transport her to your
12 hospital would Isabel have been a good
13 candidate for surgery?
14         A.     It wouldn't have been performed
15 at our hospital.  We told him that's not
16 something we would have had to perform.  We
17 would have had to refer, but other than
18 that as long as she was somewhere where
19 they were appropriately prepared to
20 anesthetize a pot belly pig understanding
21 the potential complications in that species
22 and, yes, as far as my physical exam she
23 was other than being a little bit
24 overweight healthy.
25         Q.     Go down to page 11 of Exhibit

Page 137

1                    DR. G. DUNCAN

2    61.   Snorkel received a rabies and Bar-Vac

3    CDT in May 2018; correct?

4         A.    Correct, yes.

5         Q.    And on page ten the plan was to

6    booster CDT in three to four weeks.   Did

7    Snorkel receive his booster in three to

8    four weeks?

9         A.    No.

10        Q.    Why not?

11        A.    Again, my presumption is that

12   he didn't have us back out for that booster

13   appointment.

14        Q.    Why wasn't Snorkel vaccinated

15   for rabies again in June of 2019?

16        A.    Because we couldn't restrain

17   him well enough to get two vaccines into

18   him.

19        Q.    Did Mr. Candy have any

20   equipment on site to restrain the pigs?

21        A.    No.

22        Q.    Did he have any equipment on

23   site to restrain any of the animals?

24        A.    Technically a halter is

25   adequate restraint for the equids but there

Page 138

                    DR. G. DUNCAN
1
2   was no kind of shoot or any kind of
3   restraining equipment like that for any of
4   the animals that I am aware of.
5        Q.    Let's go to page 14 of Exhibit
6   61.  The fecal sample for Sophie was
7   submitted in improper container it says
8   here.  Was that sample still viable did a
9   new sample need to be submitted for
10  testing?
11       A.    No, it was still viable.
12       Q.    So, a new sample was never
13  collected or submitted?
14       A.    Correct, because the container
15  that was submitted did not affect the
16  outcome of the fecal examination.
17       Q.    On page 16 of Exhibit 61,
18  recommendations it says this is for under
19  plan for Sophie it says booster CDT three
20  to four weeks.
21            Did Sophie ever receive any
22  boosters as planned?
23       A.    No, because that would have
24  been the same booster appointment that was
25  missed for all three pigs or all the pigs.

Page 139

                    DR. G. DUNCAN

1
2        Q.      Was that because Mr. Candy
3   didn't schedule the follow-up or was that
4   because other restraint issues?
5        A.      I believe it is that it wasn't
6   scheduled.
7        Q.      And then in 2019 Sophie did
8   receive her CDT vaccination and rabies?
9        A.      Correct.
10       Q.      Were any of the female pigs at
11  Tri-State spayed?
12       A.      Not to my knowledge.
13       Q.      Were any of the pigs vaccinated
14  for pneumonia?
15       A.      Not to my knowledge.
16       Q.      Why not?
17       A.      Because their risk was
18  incredibly low given their housing and
19  their management.
20       Q.      Did they receive any regular
21  hoof trims?
22       A.      Not from us.
23       Q.      Did you examine their hooves?
24       A.      I did and they were never noted
25  to be severely overgrown because they had

Page 140

```
 1                    DR. G. DUNCAN
 2   the opportunity to walk across hard
 3   surfaces.
 4        Q.    The hard surfaces, what was
 5   that?
 6        A.    Dirt path, there was a
 7   partially I want to say it was a stone
 8   path, gravel areas, kind of wooded areas
 9   that provided the necessary abrasion to the
10   hooves to keep them at an appropriate
11   length.
12        Q.    Did the pigs ever receive any
13   dental cleanings?
14        A.    No, not by us.
15        Q.    Ear cleanings?
16        A.    Not by us.
17        Q.    Blood draws?
18        A.    Not from us.
19        Q.    And why not?
20        A.    The ear cleanings were never
21   indicated other than potentially in the
22   case of Emma which was discussed with Mr.
23   Candy to do himself.  As far as dental care
24   it's not always routinely performed on pot
25   belly pigs.
```

Page 214

                        DR. G. DUNCAN

 1
 2   physically examine Trouble?
 3        A.      Briefly.
 4        Q.      Was she examined for or treated
 5   for any ectoparasites?
 6        A.      She would have been examined
 7   but it doesn't look like she was treate.
 8        Q.      Was she screened for
 9   endoparasites?
10        A.      No.
11        Q.      Why didn't she receive any
12   updated vaccinations in 2019?
13        A.      They were either declined or
14   she wasn't there.
15        Q.      Let's go to page 42.  Did you
16   physically examine White Momma?
17        A.      No.
18        Q.      Do you recall why not?
19        A.      No.
20        Q.      And she also didn't receive any
21   vaccinations?
22        A.      Correct.
23                MS. GRAVES:   I'm going to mark
24        our next exhibit.
25                (Whereupon, a patient history

Page 215

1          DR. G. DUNCAN

2       report was marked as Exhibit 69 for

3       identification as of this date by the

4       Reporter.)

5       Q.     This is Exhibit 69.  Tell me

6  when you see it.

7       A.     Okay.

8       Q.     Do you recognize these

9  documents?

10      A.     Yes, this is my medical records

11  for Diablo the bobcat.

12      Q.     How are you able to recognize

13  them?

14      A.     Because they're labelled from

15  our Cornerstone system.

16      Q.     Did Diablo ever receive a

17  physical exam while you were Tri-State's

18  attending vet?

19      A.     No, a visual exam only.

20      Q.     Why didn't you physically

21  examine Diablo?

22      A.     Because there was no safe way

23  to accomplish that.

24      Q.     Did you do any blood work on

25  Diablo?

Page 216

                    DR. G. DUNCAN

1
2        A.      No.
3        Q.      You didn't take any
4   radiographs; correct?
5        A.      Correct.
6        Q.      No dental exam?
7        A.      No.
8        Q.      Was his weight ever assessed?
9        A.      Yes.
10       Q.      Was that recorded anywhere?
11       A.      No.
12       Q.      Why not?
13       A.      It was a visual assessment
14   only.   It was discussed with Mr. Candy at
15   the time that I was there.
16       Q.      Do you recall Diablo's weight
17   at the time?
18       A.      Underweight.
19       Q.      If you can estimate his body
20   condition score?
21       A.      I would say when I was first
22   there it was probably pretty close to ideal
23   and then over the next year or two it
24   steadily declined to a four and then
25   probably to a three last time I saw him.

Page 217

DR. G. DUNCAN

1

2      Q.      Was Diablo's diet ever

3   assessed?

4      A.      We briefly discussed it but I

5   don't know that we ever discussed it

6   in-depth.

7      Q.      That discussion wasn't

8   memorialized in his patient records;

9   correct?

10      A.      Correct.

11      Q.      The Idexx reference entry on

12   May 26, 2018 states hook worm ova present

13   few three to ten.  Larvae present.   Larvae

14   present which do not resemble lungworm

15   larvae.   Recommend resubmission  of a fresh

16   specimen avoiding contact with.

17             Did Diablo have hook worms?

18      A.      Unclear.

19      Q.      So, you don't know if Diablo

20   had lung worms?

21      A.      According to the lab report,

22   no, he did not have lung worms.   There was

23   some question as to whether he had hook

24   worms or whether it was environmental

25   contamination.

Page 218

1                    DR. G. DUNCAN

2          Q.      Was a follow-up fecal ever
3     conducted to confirm?
4          A.      It was never provided to us,
5     no.
6          Q.      So, no subsequent screening for
7     parasites?
8          A.      Correct.
9          Q.      Did you diagnose the bobcat
10    with arthritis?
11         A.      Presumptively based on visual
12    exam of his mobility.   No diagnostics were
13    ever performed.
14         Q.      So, it was presumptive
15    diagnostic but no physical exam was
16    conducted; correct?
17         A.      Correct.
18         Q.      Do you recall his symptoms?
19         A.      He had difficulty rising from
20    when he was laying down.   He had decreased
21    mobility as far as he wasn't as active as
22    would be expected and I believe that when
23    he ambulated he had a hunched appearance
24    and was stiff behind.
25         Q.      When you say stiff behind, you

Page 219

                    DR. G. DUNCAN

1  mean stiff in his hind legs?

2      A.    Yes.

4      Q.    Did he present with any other

5  symptoms?

6      A.    Not to my knowledge.

7      Q.    Did he appear to be in pain?

8      A.    Yes.

9      Q.    You prescribed Diablo

10 meloxicam; correct?

11     A.    Yes.

12     Q.    Did you ever conduct a

13 follow-up exam after prescribing the

14 meloxicam?

15     A.    Visual exams and we discussed

16 his response with Mr. Candy and further

17 medication was declined.

18     Q.    So, after the prescription

19 given on October 3, 2019 there were no more

20 prescriptions of meloxicam provided?

21     A.    They were available.  They were

22 never picked up.

23     Q.    With regard to the birds, did

24 you ever physically examine any of the

25 birds at Tri-State?

1                    DR. G. DUNCAN

2        A.      No.

3        Q.      Was that because you had told

4   Mr. Candy that he needed to find an exotic

5   vet for the birds?

6        A.      A combination of that and he

7   did not request that I do anything with the

8   birds effectively.

9        Q.      So, you didn't conduct any

10  blood work, any radiographs of the birds?

11       A.      No.

12       Q.      And did you ever assess their

13  enclosures?

14       A.      Very briefly.  I looked at it

15  but beyond that no.

16       Q.      Where was the enclosure when

17  you looked at it?

18       A.      So, they were in an outdoor

19  enclosure near the little playground golf

20  course section that he has there.

21       Q.      What season was that during?

22       A.      Summer.

23       Q.      Did you ever assess their

24  enclosures in the winter?

25       A.      No, I never saw them during the

Page 221

DR. G. DUNCAN

1

2    winter.

3         Q.    Did you ever assess the perch

4    sizes for any of the birds?

5         A.    No.

6         Q.    The substrates?

7         A.    No.

8         Q.    The size of the enclosures?

9         A.    I would say it was crowded.

10         Q.    Approximately how many birds

11    were in Mr. Candy's custody when you

12    examined the bird enclosure?

13         A.    I am not sure.  I want to say

14    maybe there was five or ten but I never

15    really counted.

16         Q.    And that was because you

17    weren't responsible for them, the birds as

18    their attending veterinarian?

19         A.    Correct.

20         Q.    Do you know why Mr. Candy said

21    you didn't have to provide care to the

22    birds?

23         A.    No.

24         Q.    Was it because they're not

25    regulated under the Animal Welfare Act?

Page 222

1                    DR. G. DUNCAN
2        A.     We never specifically discussed
3   why or why not but that maybe because I
4   specifically told him that I don't do
5   birds.
6        Q.     Understood.
7               So, you also didn't assess
8   their diets; correct?
9        A.     Correct.
10       Q.     I recall you saying there
11  weren't any skunks at the time during the
12  time you were the Tri-State's attending
13  vet; is that correct?
14       A.     Yes.
15       Q.     Were there any fox at Tri-State
16  when you were the attending vet?
17       A.     No.
18       Q.     So, fair to say you didn't
19  examine any skunk or fox?
20       A.     Correct.
21       Q.     Were there any other animals
22  you treated who we did not discuss?
23       A.     Apart from the tigers and the
24  lion, I think so.
25       Q.     Did you observe any significant

Page 223

1            DR. G. DUNCAN

2   medical issues or husbandry issues that we

3   didn't discuss?

4        A.    Not that I recall.

5        Q.    Do you recall Mr. Candy ever

6   declining any other recommended treatments

7   that we didn't discuss?

8        A.    Nothing comes to mind.

9        Q.    Were there any other animals

10  you believe should have been treated or

11  should have received treatment who did not?

12       A.    Other than what we have already

13  discussed, the bears, the lion, the tigers,

14  the feral and domestic, Cantata, the wolf,

15  the pigs, reptiles.  Nothing else comes to

16  mind.

17       Q.    Based on the records we've

18  received I can represent to you that

19  approximately 16 animals have died in Mr.

20  Candy's care between April 2018 and May of

21  2021.  Does that number surprise you?

22       A.    No.

23       Q.    Why not?

24       A.    Because based on the number of

25  animals that I know past away while I was

Page 224

DR. G. DUNCAN

1

2    there that is not a significantly larger

3    number than what I was aware of.

4        Q.     Do you think the animals in Mr.

5    Candy's care would be better off at a

6    reputable facility that has the resources

7    and staff to properly care for the animals?

8        A.     Yes.

9        Q.     And why is that?

10       A.     Because of the lack of

11   preventive veterinary care, the lack of

12   compliance, mostly the chronic

13   noncompliance that I experienced while I

14   was the attending veterinarian.

15       Q.     Did you ever express your

16   opinion informally to Mr. Candy about the

17   conditions of the animals at Tri-State?

18       A.     On numerous occasions, yes.

19       Q.     Do you recall what you said?

20       A.     So, based on different animals

21   and obviously there are some that are

22   documented as far as Charlie and the large

23   cats when they needed to be euthanized and

24   that was declined.  I had discussed housing

25   as far as the minis, housing and vaccine

1                      DR. G. DUNCAN

2     recommendations, preventative care, better

3     turn out which I guess is part of housing

4     and then of course the vaccines and flea

5     and tick prevention for all the domestic

6     and feral cats.  And then we briefly

7     touched on the reptile house.  Obviously

8     there was concern expressed over Dodger

9     during his medical issues.

10                    MS. GRAVES:   I'm going to mark

11            another exhibit.

12                    (Whereupon, a client history

13            account was marked as Exhibit 70 for

14            identification as of this date by the

15            Reporter.)

16            Q.    I've marked Exhibit 70.  Let me

17     know when you can see it.

18            A.    Okay.

19            Q.    Do you recognize this document?

20            A.    Yes, this is Mr. Candy's

21     account history from our Cornerstone

22     system.

23            Q.    How are you able to recognize

24     it?

25            A.    Because it's labelled by our