# Patient History Report

**EXHIBIT J**

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Zoo (37600) |
| **Phone:** (240) 727-8051 | **Species:** Other Large |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos. **Breed:** Other Large |
| Cumberland, MD 21502 | **Color:** Apricot/White **Sex:** Male |

Exhibit 0043
Dr. G. Duncan

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/21/2020 | C | AB | **Default Comments** All records were emailed to gloia.s.mcfadden@usda.gov on 5-21-20. AB |
| 10/3/2019 | C | GD | **Default Comments** Routine evaluation of zoo. Of note: Dodger shows evidence of ectoparasites (fleas)- recommend treatment. Vaccinated both miniature horses with Flu/Rhino, West Nile Virus, PHF. Mr. Candy reports that owner of bears declines treating dental disease d/t age of bears- discussed that condition is painful and highly recommend treatment. Cheyenne- no obvious abnormalities noted, ambulates well, played with plastic barrel, stood on hind legs- no visible abnormalities. Peka- mild difference in muscling of LF vs RF limb and drop in height of cranial thoracic spine vs. shoulder height. Discussed possibility of arthritis- discussed meloxicam trial including risks of NSAIDS in cats. Mowgli- discussed recurrent fingal disease- patient shows evidence of patches where skin has pigmented and hair has not grown back from previous infections- discussed that may or may not reflect continued disease. Mr. Candy opts to conitnue to treat with CK/HC shampoo as needed. |
| 10/3/2019 | B | GD | 1.00 LA S Farm Call (LAFARMC) by AMM |
| 10/3/2019 | B | GD | 1.00 LA S Professional Service Consult (589764) by AMM |
| 10/3/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 9/22/2019 | C | GD | **Default Comments** Present at Tri-State Zoo for visit by PETA personnel, Mr. Nevin Young, Mr. Candy. Abnormalities of note- severe dental disease in Asian Bears (both) likely d/t previously discussed chewing on bars- Mr. Candy to discuss with owners of bears. Peka shows evidence of decreased muscle tone in LF limb- discussed with Mr. Candy- new since last visit. Will revisit at next scheduled zoo evaluation visit. |
| 9/22/2019 | B | GD | 1.00 LA S Farm Call (LAFARMC) by AMM |
| 9/22/2019 | B | GD | 1.00 LA S Professional Service Consult (589764) by AMM |
| 9/22/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 5/30/2019 | C | GD | **Default Comments** |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00109

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Zoo (37600) |
| **Phone:** (240) 727-8051 | **Species:** Other Large |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos.    **Breed:** Other Large |
| Cumberland, MD 21502 | **Color:** Apricot/White    **Sex:** Male |

| Date | Type | Staff | History |
|---|---|---|---|

Quarterly visit ( last visit roughly 6 months ago): Discussed foot baths with Mr. Candy- has not installed/started procedure yet. All animals appear relatively healthy. Discussed Dodger- Mr. Candy had taken him to a primate specialist per veterinary plan as MVS does not practice on primates- seen this past winter for apparent forstbite, had first digits of all fingers on both hands and a few on hind feet (Mr. Candy was unsure which digits) removed d/t damage (presumably)- also recieved RV, also discovered DOdger was neutered previously. Bobcat shows evidence of arthritis- discussed meloxicam trial for comfort. Discussed separating Kumar and India again- Mr. Candy had previously indicated that separation was possible- indicated today that he would have to likely move one of the tigers next to Pika (lion) and decrease her space by half (to the pen she originally inhabited). Kumar and India observed multiple times during visit attempting to breed- India would posture for Kumar, Kumar would mount high on back. Mr. Candy said they have done that before by he has not observed Kumar "getting close to the right spot"- advised Mr. Candy that the risk is enough to advise immediate separation and/or implantation of deslorelin implant in India- elected separation d/t high cost of implant and risks associated with sedation. Set up date for next visit to vaccinate/ float farm animals and horses.

| Date | Type | Staff | History |
|---|---|---|---|
| 5/30/2019 | B | GD | 1.00 LA S Farm Call (LAFARMC) by AJR |
| 5/30/2019 | B | GD | 1.00 LA S Professional Service Consult (589764) by AJR |
| 5/30/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AJR |

| 5/21/2019 | C | GD | Default Comments |
|---|---|---|---|

Owner presented for review of veterinary plan as revised by GD. Discussed with owner recommended changes including foot baths at all entrances, changes in feeding, review of nutrition plan by veterinary nutritionist bi-annually (recommended previously), flea/tick control (GD will call Zoetis to inquire about safety of revolution plus), vaccinations (Mr. Candy to review facility plan to facilitate vaccination), separating Kumar/ India to prevent breeding, vaccinations for farm animals are all due, and fecals. Also discussed visits- advised Mr. Candy that per his previous veterinary plan visits were recommended quarterly and he has not had us out for 6 months at this point. Owner to call and set up next visit with Allie at his convenience.

| 12/6/2018 | C | GD | Default Comments |
|---|---|---|---|

Discussions with owner at visit- All patients appear to be in good body condition with no apparent obvious healthy concerns at this time. Discusse feeding of deer- recommend no more than one deer per week even seasonally d/t potential concerns of vitamin A toxicosis. Discussed feeding deer meat and bone without

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS      Page 2 of 4      Date: 3/24/2021 7:38 PM

MVS00110

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Zoo (37600) |
| **Phone:** (240) 727-8051 | **Species:** Other Large |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos. |
| Cumberland, MD 21502 | **Color:** Apricot/White |

| | **Breed:** Other Large |
|---|---|
| | **Sex:** Male |

| Date | Type | Staff | History |
|---|---|---|---|

viscera to decrease this potential- advised owner that this may help but should still be limited to one per week. Advised to be sure to feed chicken necks and backs at previously recommended frequency (3 nights per week) although eating of deer bones will also assist with maintaining calcium intake. Owner will continue to monitor feedstuffs for signs of spoilage and avoid feeding if present as many different kinds of meat is donated. Discussed recommended feeding alterations that will be present in revised veterinary plan (currently under revision) to include written recommendations on sanitation, feeding times and protocols, weighing feed, food logs, etc. Some recommendations are already being followed, some are recommended for conssitency and monitoring in future. Discussed fecal samples- recommended in october and have not yet been recieved. recommend separate samples for all mammals present, group sample OK for tortoises and reptiles housed together. Discussed cold weather management- all animals appear to be comfortable and in good health today.

| Date | Type | Staff | History |
|---|---|---|---|
| 12/6/2018 | B | GD | 1.00 LA S Professional Service Fee (16115) by BJH |
| 12/6/2018 | B | GD | 1.00 Charges Final (CHFINAL) by BJH |
| 11/13/2018 | B | GD | 1.00 Legal Services- Expert Witness Depositio (MISCFEE) by ACS |
| 11/13/2018 | B | GD | 1.00 Charges Final (CHFINAL) by ACS |
| 6/2/2018 | B | GD | 15.00 Fecal Ova and Parasites (FEOVAP) by CO |
| 6/2/2018 | B | GD | 2.00 [None] of Fecal, Primate, To Idexx (FECPRIM) by CO |
| 6/2/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

| 5/25/2018 | C | GD | Default Comments |
|---|---|---|---|

After communications with AZA-accredited veterinarian- discussed possibility of spinal arthropathy in Cayenne- recommends spinal/abdominal radiographs if abnormal behavior continues, abdominal ultrasound. If no abnormalitites reports has had good success with meloxicam for potential arthritis/spinal arthropathies. In regards to diet- recommends vitamin/mineral supplement. In regards to "Dodger" recommend if a femal becomes available attempt introdcution, recommend tetanuz vaccine every 5 years, rabies every 3 years (if has had appropriate boosters in past). Clarification of vaccination recommendations for big cats pending.

| 5/24/2018 | C | GD | Default Comments |
|---|---|---|---|

Fecal samples taken for evaluation- all mammals except goats (pending availability), tortoise. For submittal to IDEXX (farm animals to be run in-house).

| 5/24/2018 | B | GD | 1.00 LA S Fecal Floatation (Lab) (854) by CO |
|---|---|---|---|

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00111

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Zoo (37600) |
| **Phone:** (240) 727-8051 | **Species:** Other Large |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos.   **Breed:** Other Large |
| Cumberland, MD 21502 | **Color:** Apricot/White   **Sex:** Male |

| Date | Type | Staff | History |
|---|---|---|---|
| 5/17/2018 | B | GD | 1.00 LA S Professional Service Fee (16115) by CO |
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |
| 4/13/2018 | C | GD | Default Comments |

Presented for first quarterly zoo visit- for purposes of finalizing USDA form for veterinary care. Items discussed include housing- all animals have access to shade/shelterat all times. Straw used intermittently for bedding as needing depending on weather/ flooring (i.e to pad concrete). All animals have resh water available- cleaned daily or if visibly contaminated. Pool in pen of three sibling tigers drained weekly- fills with ground water as well. Sprinkler system available on hot days in summer. Environmental enrichment for Tigers includes various objects that are rotated- balls, barrels, tree trunks, deer. Fed variety of meats (donated) including beef, pork, chicken (legs, necks, etc), whole deer (average 1 per week- varies with season). No supplements- discussed consultation with big cat nutritionist bi-annually to evaluate need for supplements. Discussed cleaning of pens- mulch raked/spot cleaned/feces removed daily. Discussed adding area of mulch at end of sibling's pen where they lay to observe other tigers- Mr. Candy to oversee addition of this. Roughly 8 feet between sibling's pen and other tigers. Discussed Pika as solitary lion- shows no evidence of distress- discussed ideally Lions are in pairs or groups but may not be necessary based on specific lion. Discussed farm animals- to vaccinate in May. Discussed castration of intact mini stud. Discussed Capuchin- concern of introdcuing second d/t Dodger's age, lack of canines to protect himself. Discussed Diva- in isolation- discussed options of where best to house after isolation. Discussed tearing of on pot bellied pig- appears related to entropion. Discussed concerns of anesthesia in pigs for correction, discussed daily cleaning of facial folds. Discussed vaccinations- recommend raccoons vaccinated (although concerns of vaccinating aged raccoon reviewed), vaccinate feral/domestic cats yearly, vaccinating exotic cats not necessary as reduction of exposure risk is most important. Discussed fasting days after big meals (deer) for large cats- to provide bones on fasting days. Mr. Candy expressed concern of raccoon- abnormal scaling on paws, appears to prefer fruits/vegetables over other foods, has lump at base of tail. Recommend bring to clinic at next availability if travels well for further evaluation. Tiger Cayenne appears much improved over last visit, interacting with other tigers, ambulating normally, appears to have filled out, hair coat appears healthy.

| Date | Type | Staff | History |
|---|---|---|---|
| 4/13/2018 | B | GD | 1.00 Consult Fee (LACON) by MMA |
| 4/13/2018 | B | GD | 1.00 Charges Final (CHFINAL) by MMA |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00112

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Charlie (37610) | |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Puma |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 6 Mos. | **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Tan | |

**Exhibit
0045**

Dr. G. Duncan

| Date | Type | Staff | History |
|---|---|---|---|
| 1/19/2019 | B | GD | -60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by BJH |
| 1/19/2019 | B | GD | -2.00 tablet of Mirtazapine (MIRTAZ) by BJH |
| 1/19/2019 | B | GD | 1.00 Charges Final (CHFINAL) by BJH |
| 1/18/2019 | B | HOS | -60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by AB |
| 1/18/2019 | B | HOS | -2.00 tablet of Mirtazapine (MIRTAZ) by AB |
| 12/14/2018 | B | HOS | -3.00 cc of Cerenia 10 mg injectable (CERINJ) by BW |
| 12/11/2018 | B | HOS | -1.00 CBC,Chem 17, Electrolytes- In House (CBC12EH) by BW |
| 11/20/2018 | B | IJS | 1.00 Charges Final (CHFINAL) by DCN |
| 11/10/2018 | C | GD | Default Comments |
| | | | Mr. candy called to say Charlie passed during night- found him stretched out (likely d/t agonal breaths at passing). Had not eaten, did not get oral doxycycline into Charlie. Recommended necropys- owner declined. Owner wanted to know cause of death- advised necropsy required to determine cause of death. |
| 11/9/2018 | C | IJS | Default Comments |
| | | | Administered 3.2ml excede, 3ml cerenia, 3ml dexamthasone IM. |
| 11/9/2018 | P | GD | 60.00 each of Doxycycline 100mg Tablet (DOXTAB1) |
| | | | Rx #: 106471   0 Of 0 Refills  Filled by: TC |
| | | | Give 6 tablets with mouth ONCE a day with food until gone |
| 11/9/2018 | P | GD | 3.00 cc of Cerenia 10 mg injectable (CERINJ) |
| | | | Rx #: 106469   0 Of 0 Refills  Filled by: TC |
| | | | Give 3 mls  injection SQ |
| 11/9/2018 | P | GD | 2.00 tablet of Mirtazapine (MIRTAZ) |
| | | | Rx #: 106468   0 Of 0 Refills  Filled by: TC |
| | | | Give 2 tablets by mouth ONE time |
| 11/9/2018 | B | GD | 2.00 tablet of Mirtazapine (MIRTAZ) by DCN |
| 11/9/2018 | B | GD | 3.00 cc of Cerenia 10 mg injectable (CERINJ) by DCN |
| 11/9/2018 | B | GD | 60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by DCN |
| 11/9/2018 | B | GD | 1.00 Charges Final (CHFINAL) by DCN |
| 11/9/2018 | B | IJS | 1.00 LA S Farm Call (LAFARMC) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of LA M Excede (5697872) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of Cerenia 10 mg injectable (CERINJ) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of LA M Dexamethasone (LAMDEX) by DCN |
| 11/8/2018 | L | GD | Chemistry results from IDEXX VetLab In-clinic |

```
                  Chemistry results from IDEXX VetLab In-clinic
                  Laboratory Requisition ID:  9037      Posted      Final
                  Test             Result            Reference Range
                  ALB =            3.4 g/dL          2.3 - 3.9
                  ALKP <           < 10 U/L L         14 - 111
```

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 1 of 5          Date: 4/30/2021 12:10 PM

MVS00161

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Charlie (37610) | |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Puma |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 6 Mos. | **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Tan | |

| Date | Type | Staff | History |
|---|---|---|---|

```
                    ALT =        470 U/L H          12 - 130
                    AMYL =       516 U/L            500 - 1500
                    BUN/UREA =   92 mg/dL H         16 - 36
                    Ca =         9.7 mg/dL          7.8 - 11.3
                    Chloride =   131 mmol/L H       112 - 129
                    CHOL =       138 mg/dL          65 - 225
                    CREA -       --.-- mg/dL        0.8 - 2.4
                    GGT =        0 U/L              0 - 4
                    GLU =        153 mg/dL          71 - 159
                    LIPA =       215 U/L            100 - 1400
                    PHOS =       8.4 mg/dL H        3.1 - 7.5
                    Potassium =  4.1 mmol/L         3.5 - 5.8
                    TBIL >       > 27.9 mg/dL H*    0.0 - 0.9
                    TP =         7.7 g/dL           5.7 - 8.9
                    Sodium =     158 mmol/L         150 - 165
                    GLOB =       4.3 g/dL           2.8 - 5.1
                    OSM calc =   343 mmol/kg
                    ALB/GLOB =   0.8
                    Na/K =       39
```

| 11/8/2018 | L | GD | Hematology results from IDEXX VetLab In-clinic |
|---|---|---|---|

```
                    Laboratory Requisition ID:   9037       Posted        Final
                    Test         Result             Reference Range
                    BASO *       * 0.23 K/uL        0.01 - 0.26
                    EOS *        * 0.05 K/uL L      0.17 - 1.57
                    HCT =        29.6 % L           30.3 - 52.3
                    HGB =        8.9 g/dL L         9.8 - 16.2
                    LYMPHS *     * 6.62 K/uL        0.92 - 6.88
                    MCH =        14.9 pg            11.8 - 17.3
                    MCHC =       30.1 g/dL          28.1 - 35.8
                    MCV =        49.5 fL            35.9 - 53.1
                    MONOS *      * 2.17 K/uL H      0.05 - 0.67
                    MPV -        --.-- fL           11.4 - 21.6
                    RBC =        5.98 M/uL L        6.54 - 12.20
                    WBC *        * 30.76 K/uL H     2.87 - 17.02
                    %LYMPHS *    * 21.5 %
                    %MONOS *     * 7.1 %
                    NEUT *       * 21.69 K/uL H     1.48 - 10.29
                    %NEUT *      * 70.5 %
                    %EOS *       * 0.2 %
                    %BASO *      * 0.7 %
                    PLT =        94 K/uL L          151 - 600
                    Retics =     235.0 K/uL H       3.0 - 50.0
                    %Retics =    3.9 %
                    RDW =        28.2 % H           15.0 - 27.0
                    PCT -        --.-- %            0.00 - 0.79
                    Band *       * Suspected
                    Band neutrophils suspected
```

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 2 of 5          Date: 4/30/2021 12:10 PM

MVS00162

# Patient History Report

| | | | |
|---|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Charlie (37610) | | |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Puma | |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 6 Mos. | **Sex:** Male | |
| Cumberland, MD 21502 | **Color:** Tan | | |

| Date | Type | Staff | History |
|---|---|---|---|

```
                                              WBC Abnormal Distribution
```

11/8/2018  C  GD  Routine exam
HISTORY: Presented for evaluation of ADR, not eating right 2.5 days, now lying in pen not moving much. Appears to be in pain, has not seen defecate, is drinking water.:

103.2

Physical Exam:
GENERAL:  BCS  5/9, on presentation patient in sternal recumbency, does not interact normally with observers. Growling consistently, splinting in abdomen. Will not rise. Sedated with 12mg ketamine, 3mg dexmedetomidine, 5mg midazolam IM, topped up with 5mg ketamine, 1mg dexmedetomidine, 2.5mg midazolam IM- heavy sedation but still mildly responsive to palpation, stimuli.

ABDOMEN:  The abdomen palpates with gas-distended intestines throughout majority of abdomen. No palpable abnormalities of either kidney, spleen, or liver. No feces palpable in colon, bladder small, no obvious abnormalities on palpation.

CARDIOVASCULAR:  No murmurs or arrythmias are heard.

EARS:  The ears are clear with no evidence of redness or discharge

EYES:  The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.

GASTROINTESTINAL: Gas-distended intestines palpable.

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.   Gums are pale pink, slightly tacky, CRT <2 seconds.

MUCOUS MEMBRANES:  Mucous membranes are slightly pale, slightly tacky, CRT <2sec

LYMPH NODES:  Lymph nodes are of normal size and character

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 3 of 5          Date: 4/30/2021 12:10 PM

MVS00163

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Charlie (37610) | |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Puma |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 6 Mos. | **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Tan | |

| Date | Type | Staff | History |
|---|---|---|---|

MUSCULOSKELETAL:  The muscles have normal tone and strength for the pet's age and breed.  The pet's gait is normal with no signs of lameness or joint pain.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  Your pet's skin is healthy with no redness or evidence of infection or parasites.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

ASSESSMENT: Drew blood, administered 850ml NaCl SQ.  Reversed with 4mg antisedan IM- recovered well, head held up and moving all 4 limbs. Discussed concerns of GI obstruction, need for surgical referral. CBC/Chem/Lytes revealed significant anemia, leukocytosis with neutrophilia, monocytosis, thrombocytopenia. Severe azotemia, mild hyperphosphatemia, severe hyperbilirubinemia. Rule outs include GI FB obstruction, hemobartonellosis, acute renal failure.

PLAN: IJS to administer cerenia, excede, dexamethasone tomorrow. Discussed very poor prognosis with owner- declined euthanasia. Discussed necropsy highly recommended if patient passes.

PROCEDURES PERFORMED ON YOUR PET TODAY:

| Date | Type | Staff | History |
|---|---|---|---|
| 11/8/2018 | B | GD | 1.00 CBC, Chem 17, Electrolytes- In House (CBC12EH) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Farm Call (LAFARMC) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Professional Service Fee (16115) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Sedation (LASED) by DCN |
| 11/8/2018 | B | GD | 1.00 CBC,Chem 17, Electrolytes- In House (CBC12EH) by DCN |
| 11/8/2018 | B | GD | 1.00 bag of 0.9 % Sodium Chloride 1000ml (0.9%SOD) by DCN |
| 11/8/2018 | B | GD | 1.00 Charges Final (CHFINAL) by DCN |
| 7/3/2018 | T | BW | Image: Previous records |
| 7/3/2018 | T | BW | Image: Previous vet records |
| 5/26/2018 | L | | Microbiology results from IDEXX Reference Laboratory Requisition ID:   4601370582         Posted         Final |

| Test | Result | Reference Range |
|---|---|---|
| GIARDIA | NEGATIVE | |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00164

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Charlie (37610) | |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Puma |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 6 Mos. | **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Tan | |

| Date | Type | Staff | History |
|---|---|---|---|

OVA&PARA
Ascn: 4601370582

OVA & PARASITES
Sample submitted in an improper container. Please submit in a solid plastic
container or refer to the IDEXX reference laboratories directory of tests and
services for approved submittal information. TOXOCARA SP OVA PRESENT MODERATE
(11-30)
In cases of acute or chronic diarrhea in addition to a fecal flotation and
antigen testing for ova and parasites consider testing for viral, bacterial and
protozoal infectious agents using RealPCR (canine diarrhea panel: test code
2625; feline diarrhea panel: test code 2627).

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 5 of 5          Date: 4/30/2021 12:10 PM

MVS00165

image 1

| **Patient:** 37610 | Charlie | **Species:** Feline | **Breed:** Puma |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 4/17/05 | **Gender:** Male |



NAME: Sian, Charlie

SPECIES: Cougar, Felis concolor

HABITAT: The cougar thrives in montane, coniferous forests, lowland tropical forests, swamps, grassland, dry brush country, or any other area with adequate cover and prey.

RANGE: Western North America from British Columbia and south Alberta south through west Wyoming to California and west Texas. Also south Texas, Louisiana, south Alabama, Tennessee, and peninsular Florida.

SOCIAL BEHAVIOUR: Cougars are solitary cats and will avoid other individuals except for during mating. They communicate by the use visual and olfactory signals, and the males regularly make scrapes in the soil or snow. Their vocalizations include growls, hisses, and bird-like whistles. They purr like the domestic cats, and during estrus, the females give off loud, hair-raising screams.

DIET: Cougars primarily feed on large mammals, preferring deer, but they will also eat Coyotes, Porcupines, Beaver, mice marmots, hares, raccoons, birds and even grasshoppers. They kill by stalking to within 30 feet of their prey before pouncing from its hiding place. It leaps onto its victim's back and bites into the neck and holds with its sharp claws.

SIZE AND LIFESPAN: The cougar is the largest cat in the genus "felis", and is comparable in size as the leopard. They vary in length from 59 – 108 inches with a tail length of 21 – 36 inches, and height from 23 – 28 inches at the shoulder. Weight can vary greatly, between 75 and 250 pounds. They have a long body with a small head, short face,

image 1

| | | | |
|---|---|---|---|
| **Patient:** 37610 | Charlie | **Species:** Feline | **Breed:** Puma |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 4/17/05 | **Gender:** Male |

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO

ANIMALS NAME: _Charlie_   BIRTHDAY/AGE: _6/8/05_

SPECIES/BREED: _Western Cougar_   SEX: (M) F  UNKNOWN

COLOR/MARKINGS: _Tan_

AVERAGE TEMPERATURE/CLIMATE USED TO: _Avg._

TYPE OF ENVIRONMENT/CAGE: _____

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: _Nursing_

ANY SPECIAL CARE NEEDED: _New Baby Nursing_

TEMPERMENT: _Cub - 10 days old, Playful_

ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT: _front declawed_

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT: _10 days old_

## ACQUISTION/HUMAN INFO

METHOD: SALE / DONATION / BIRTH / TRADE / LOAN / (RESCUE) DATE: _6/18/05_

NAME: _____

ADDRESS: _____

CITY/STATE/ZIP: _Columbus, Ohio_

PHONE # (OPTIONAL): _____

USDA # (IF APPLICABLE): _Private Owner_

DRIVERS LICENSE #: _____  STATE: _____

VEHICLE LICENSE #: _____  STATE: _____

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / (PRIVATE VEHICLE)

NAME: _Bob Candy / Tri-State Zoo_

## DISPOSITION INFO

METHOD: SALE / DONATION / DEATH / TRADE / (LOAN) / RELEASE DATE: _1/1/12_

NAME: _Animal Park Care + Rescue_

ADDRESS: _10105 Cottage Inn Lane_

CITY/STATE/ZIP: _Cumberland, MD 21502_

USDA# (IF APPLICABLE): _____

PHONE # (OPTIONAL): _301-724-2400_

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME: _____

## Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)
**Phone:** (240) 727-8051
**Address:** 10105 Cottage Inn Ln NE
Cumberland, MD 21502

**Patient:** Bridgette (Personal Acct) (38216)
**Species:** Canine
**Age:** 11 Yrs. 5 Mos.
**Color:** Brown and white

**Breed:** Hound, Basset
**Sex:** Spayed Female

**Exhibit 0046**

Dr. G. Duncan

| Date | Type | Staff | History |
|------|------|-------|---------|
| 8/9/2018 | CK | AB | Suture Removal<br>Reason for Visit: Tech Appointment Practice 1 |
| 7/26/2018 | T | BW | Image:  Patient Drop Off |
| 7/26/2018 | T | SS | Image:  Sedation Consent |
| 7/26/2018 | P | DCN | 28.00 capsule of Cephalexin 500 mg Capsule (02408)<br>Rx #: 102047   0 Of 0 Refills  Filled by: BJH<br>ADMINISTER 1 CAPSULE BY MOUTH EVERY 12 HOURS FOR 14 DAYS. GIVE WITH FOOD. |
| 7/26/2018 | CK | SE | a few stitches came out<br>Reason for Visit: Drop off<br>Date Patient Checked Out: 07/26/18 Practice 1 |
| 7/26/2018 | B | DCN | .50 cc of Domitor (DOMIT) by BRT |
| 7/26/2018 | B | DCN | .20 cc of Butorphanol  (BUTOR) by BRT |
| 7/26/2018 | B | DCN | 28.00 capsule of Cephalexin 500 mg Capsule (02408) by BRT |
| 7/26/2018 | B | BJH | 1.00 Charges Final (CHFINAL) by BRT |
| 7/23/2018 | T | ANY | Image:  Canine Mass Removall |

| 7/20/2018 | C | DCN | Post Operative Instructions |

Today, your pet underwent a surgical procedure in our office.  Please rest assured that your pet was given the best possible care throughout the procedure.  Because the health and welfare of your pet is of the utmost importance to us, we ask that you carefully review the information in this handout.

There is a good chance that your pet will be slightly groggy after surgery.  Do not be overly concerned if your pet just wants to sleep once he or she returns home.

Anesthesia can prevent your pet from regulating his or her own body temperature so we recommend that you make sure your pet's sleeping area is clean, warm, and free from drafts.

Often your pet will behave as if nothing has happened. Therefore, it is important to limit his or her exercise.  Climbing stairs, jumping, or running could potentially open the incision or cause swelling.

It is important that you check your pet's incision daily for redness, swelling, or drainage. If you detect any problems, please contact us.

Try to keep your pet from licking or chewing around his or her sutures. If this is difficult for you to do, you may need to use an 'Elizabethan collar' for the times you are unable to supervise your pet. Please call us if you need one of these protective collars.

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00132

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Bridgette (Personal Acct) (38216) |
| **Phone:** (240) 727-8051 | **Species:** Canine   **Breed:** Hound, Basset |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 11 Yrs. 5 Mos.   **Sex:** Spayed Female |
| Cumberland, MD 21502 | **Color:** Brown and white |

| Date | Type | Staff | History |
|------|------|-------|---------|

Because the incision needs to be kept dry, bathing is not permitted until the sutures have been removed. If the incision becomes dirty, you can blot gently with a damp paper towel. If your pet doesn't have sutures to be removed, please do not bathe for two weeks.

The staff at Mountainview Veterinary Services knows that your pets are more than just animals; they are a part of your family. We will work together with you to provide the best possible care for your pet. If you have any questions or concerns, please contact our office.

Medications: Carprofen and Clindamycin

Exercise:  Please restrict exercise and walk on a leash for 10-12 days.

Diet:  Feed 1/2 the amount of food normally fed this evening.  If patient vomits, do not offer food until tomorrow morning.

Recheck:  Sutures are absorbable.  No recheck is required.

Additional Comments:  E-collar needs to stay in place for at least 10 days.

Mountainview Veterinary Services
90 Southern Drive
Keyser, WV 26726
304-788-6602

| Date | Type | Staff | History |
|------|------|-------|---------|
| 7/20/2018 | P | DCN | 56.00 tablet of Clindamycin 100mg Quad Tablet (CLINDA1)<br>Rx #: 101805  0 Of 0 Refills  Filled by: BJH<br>ADMINISTER 2 CAPSULES BY MOUTH EVERY 12 HOURS. |
| 7/20/2018 | P | DCN | 14.00 each of Carprofen Caplets 100mg (CARPR10)<br>Rx #: 101804  0 Of 0 Refills  Filled by: BJH<br>ADMINISTER 1/2 TABLET BY MOUTH EVERY 12 HOURS. ALREADY IN HALVES FOR YOU. |
| 7/20/2018 | V | BRT | Jul 20, 2018 08:03 AM Staff: BRT<br>------------------------------<br>Weight          : 41.50 pounds |
| 7/20/2018 | CK | SE | Mass removal ingrown tonenail<br>Reason for Visit: Surgery<br>Date Patient Checked Out: 07/23/18 Practice 1 |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing Instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00133

# Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)    **Patient:** Bridgette (Personal Acct) (38216)
**Phone:** (240) 727-8051    **Species:** Canine    **Breed:** Hound, Basset
**Address:** 10105 Cottage Inn Ln NE    **Age:** 11 Yrs. 5 Mos.    **Sex:** Spayed Female
Cumberland, MD 21502    **Color:** Brown and white

| Date | Type | Staff | History |
|------|------|-------|---------|
| 7/20/2018 | B | DCN | 1.00 Mass Removal (MASSREM) by CO |
| 7/20/2018 | B | DCN | .50 cc of Domitor (DOMIT) by CO |
| 7/20/2018 | B | DCN | .20 cc of Butorphanol (BUTOR) by CO |
| 7/20/2018 | B | DCN | 1.00 IV Catheter/Fluids Anesthesia (IV/FLUA) by CO |
| 7/20/2018 | B | DCN | 1.00 NAIL TRIM (NAILTRI) by CO |
| 7/20/2018 | B | DCN | 1.00 EAR CLEANING - COMPLIMENTARY (EARCLN) by CO |
| 7/20/2018 | B | DCN | 14.00 each of Carprofen Caplets 100mg (CARPR10) by CO |
| 7/20/2018 | B | DCN | 56.00 tablet of Clindamycin 100mg Quad Tablet (CLINDA1) by CO |
| 7/20/2018 | B | DCN | 1.00 each of E-COLLAR SIZE 25 (ECOL25) by CO |
| 7/20/2018 | B | DCN | 1.00 Charges Final (CHFINAL) by CO |
| 6/12/2018 | T | BW | Image: Signed Estimate |
| 6/1/2018 | L | GD | Chemistry results from IDEXX VetLab In-clinic |

```
                        Laboratory Requisition ID:  8006        Posted        Final
                        Test              Result              Reference Range
                        ALB =             3.1 g/dL            2.2 - 3.9
                        ALKP =            79 U/L              23 - 212
                        ALT =             28 U/L              10 - 125
                        BUN/UREA =        9 mg/dL             7 - 27
                        Chloride =        114 mmol/L          109 - 122
                        CREA =            0.5 mg/dL           0.5 - 1.8
                        GLU =             130 mg/dL           70 - 143
                        Potassium =       3.7 mmol/L          3.5 - 5.8
                        TP =              7.3 g/dL            5.2 - 8.2
                        Sodium =          153 mmol/L          144 - 160
                        GLOB =            4.2 g/dL            2.5 - 4.5
                        OSM calc =        302 mmol/kg
                        ALB/GLOB =        0.7
                        BUN/CREA =        18
                        Na/K =            41
```

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/1/2018 | P | GD | 14.00 each of Carprofen Caplets 100mg (CARPR10) |
| | | | Rx #: 99751  0 Of 0 Refills  Filled by: TC |
| | | | Give 1/2 of a tablet TWICE a day for pain and inflamation |
| 6/1/2018 | P | GD | 56.00 tablet of Clindamycin 100mg Quad Tablet (CLINDA1) |
| | | | Rx #: 99750  0 Of 0 Refills  Filled by: TC |
| | | | Give 2 Tablets TWICE a day until gone |
| 6/1/2018 | L | GD | Hematology results from IDEXX VetLab In-clinic |

```
                        Laboratory Requisition ID:  8006        Posted        Final
                        Test              Result              Reference Range
                        BASO =            0.03 K/uL           0.00 - 0.10
                        EOS =             0.42 K/uL           0.06 - 1.23
                        HCT =             45.2 %              37.3 - 61.7
                        HGB =             15.3 g/dL           13.1 - 20.5
                        LYMPHS =          1.28 K/uL           1.05 - 5.10
                        MCH =             21.1 pg L           21.2 - 25.9
                        MCHC =            33.8 g/dL           32.0 - 37.9
```

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing Instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MVS00134

## Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Bridgette (Personal Acct) (38216) |
| **Phone:** (240) 727-8051 | **Species:** Canine     **Breed:** Hound, Basset |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 11 Yrs. 5 Mos.     **Sex:** Spayed Female |
| Cumberland, MD 21502 | **Color:** Brown and white |

---

| Date | Type | Staff | History |
|---|---|---|---|

```
MCV     =       62.3 fL         61.6 - 73.5
MONOS   =       0.74 K/uL       0.16 - 1.12
MPV     =       11.7 fL         8.7 - 13.2
RBC     =       7.25 M/uL       5.65 - 8.87
WBC     =       11.33 K/uL      5.05 - 16.76
%LYMPHS =       11.3 %
%MONOS  =       6.5 %
NEUT    =       8.86 K/uL       2.95 - 11.64
%NEUT   =       78.2 %
%EOS    =       3.7 %
%BASO   =       0.3 %
PLT     =       293 K/uL        148 - 484
Retics  =       68.2 K/uL       10.0 - 110.0
%Retics =       0.9 %
RDW     =       19.3 %          13.6 - 21.7
PDW     =       16.0 fL         9.1 - 19.4
PCT     =       0.34 %          0.14 - 0.46
```

---

6/1/2018  C     GD      Routine exam
HISTORY: Mass on Left front leg, been there about 1 year. Seen by a vet last year and was told it was an abcess. Gotten bigger and it does brust open at times but not alot of discharge. NO FNA was done when seen last year. was told it was an abcess.:

102.9

Physical Exam:
GENERAL:  BCS 5/9, BAR

ABDOMEN:  The abdomen is soft and non-painful.  The internal organs palpated, including the kidneys and loops of intestines had normal sizes, location, and consistency.  No abnormalities were detected.

CARDIOVASCULAR:  No murmurs or arrythmias are heard.

EARS:  The ears are clear with no evidence of redness or discharge

EYES:  The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.

GASTROINTESTINAL:  There is no evidence of gastrointestinal abnormalities.

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00135

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Bridgette (Personal Acct) (38216) |
| **Phone:** (240) 727-8051 | **Species:** Canine   **Breed:** Hound, Basset |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 11 Yrs. 5 Mos.   **Sex:** Spayed Female |
| Cumberland, MD 21502 | **Color:** Brown and white |

---

**Date  Type     Staff      History**

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.

MUCOUS MEMBRANES:  Mucous membranes are pink and moist with a capillary refill time of less than two seconds.

LYMPH NODES:  Lymph nodes are of normal size and character

MUSCULOSKELETAL:  LH Medial and lateral toenails ingrown severely- unable to remove portion ingrown into pads- to be removed under sedation for mass removal.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  2 dermal masses LF.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

ASSESSMENT: Ingrown toenails LH, masses LF.

PLAN:  Mass removal at owners convenience.

PROCEDURES PERFORMED ON YOUR PET TODAY:

---

| Date | Type | Staff | History |
|---|---|---|---|
| 6/1/2018 | V | TC | Jun 1, 2018 01:55 PM Staff: TC |
| | | | -------------------------------- |
| | | | Weight          : 42.80 pounds |
| 6/1/2018 | CK | BW | Abscess/tumor on leg |
| | | | Reason for Visit: Sick Examination |
| | | | Date Patient Checked Out: 06/01/18 Practice 1 |
| 6/1/2018 | B | GD | 1.00 Sick exam (SICKEX) by CO |
| 6/1/2018 | B | GD | 1.00 NAIL TRIM (NAILTRI) by CO |
| 6/1/2018 | B | GD | 1.00 [None] of CBC,Chem 10,Electrolytes-In House (CBC6EH) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00136

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Bridgette (Personal Acct) (38216) |
| **Phone:** (240) 727-8051 | **Species:** Canine          **Breed:** Hound, Basset |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 11 Yrs. 5 Mos.          **Sex:** Spayed Female |
| Cumberland, MD 21502 | **Color:** Brown and white |

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/1/2018 | B | GD | 1.00 CLEAN WOUND (CLEANWO) by CO |
| 6/1/2018 | B | GD | 1.00 Bandaging Wrap (BANDWRA) by CO |
| 6/1/2018 | B | GD | 56.00 tablet of Clindamycin 100mg Quad Tablet (CLINDA1) by CO |
| 6/1/2018 | B | GD | 14.00 each of Carprofen Caplets 100mg (CARPR10) by CO |
| 6/1/2018 | B | TC | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00137

Image 1

| Patient: 38216 | Bridgette (Personal | Species: Canine | Breed: Hound, Basset |
|---|---|---|---|
| Client: 15924 | Candy, Bob (Tri-State | DOB: 11/29/09 | Gender: Spayed Female |

# PATIENT DROP OFF FORM

Patient Name __BRIDGET__

Client Name __BOB CANDY__

Phone number where can be reached __(240) 727-8051__

What are your concerns?
__TORN STITCHES__

For how long have the symptoms been present?
__OCCURED LAST NIGHT__

Since noticing the symptoms have they gotten better, worse or stayed the same?
__SAME__

Please check how you would like us to proceed.
✓Please perform any diagnostics and treat as the doctor recommends
__Perform any diagnostics recommended and then call before treating
__Perform an examination and call before further steps are taken

I understand there are inherent risks with sedation and or anesthesia. I understand these risks and authorize Mountainview Veterinary Service to proceed if necessary. ✓Yes____No

Is your pet due for any routine vaccinations and if so, which ones?
__NO__

Would you like for us to perform any additional procedures on your pet?
__NO__

AFTER HOURS CARE: Due to the size and nature of our practice, staff are not continuously present to observe or monitor patients after regular business hours. If your pet's condition warrants, the doctor may advise transfer of your pet to an after hours emergency clinic or 24 hour hospital. You may request transfer of your pet for after hours care as well.

Signature: _____   Date: 7/26/18

MVS00138

image 1

| | | | |
|---|---|---|---|
| **Patient:** 38216 | Bridgette (Personal | **Species:** Canine | **Breed:** Hound, Basset |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 11/29/09 | **Gender:** Spayed Female |

## Sedation Consent Form

### Mountainview Veterinary
90 Southern Drive, Keyser, WV  26726
304-788-6602

Owner: _Bob Candy_    Date: _7/26/18_
Patient: _Bridgette_    Pet's Age: _8yrs 7mos_
Current Medications: _____
Procedure(s) performed today: _Stitches Came Out_

Like you, our greatest concern is the well-being of your pet.  Many conditions, including disorders of the liver and kidneys, are not detected unless blood testing is performed.  Such tests are especially important before any kind of surgery and are similar to those your own physician would run for you prior to anesthesia.  In addition, the results of these tests will serve as reference values for the future should your pet become ill.  For these reasons, we highly recommend blood screening before such procedures. **With your pet's health being our greatest concern, we do require bloodwork for patients 8 years of age or older.**
*Please indicate if you would like your pet to have this important blood test. Cost of this test is $93.02.
Yes _____ No _✓_

An **I.V. Catheter** with intravenous fluids may also be administered during your pet's anesthetic procedure in order to keep the patient hydrated, maintain blood pressure, and to enable intravenous access.
*Please indicate if you would like your pet to have this in place.  Cost of placement is $52.00.
Yes _____ No _✓_

**E-Collars** prevent patients from licking and chewing at their incision site which can cause possible infection or issues with the sutures. We **strongly recommend** getting an e-collar for your pet for after their procedure.
YES_____ NO _✓_

Image 1

| Patient: 38216 | Bridgette (Personal | Species: Canine | Breed: Hound, Basset |
|---|---|---|---|
| Client: 15924 | Candy, Bob (Tri-State | DOB: 11/29/09 | Gender: Spayed Female |

## CANINE MASS REMOVAL

**Surgery and Anesthesia Consent**
**Mountainview Veterinary**
**90 Southern Drive Keyser, WV 26726**
**304-788-6602**

Owner: _Tri State Zoo_          Date: _7/20/18_

Patient: _Bridgette #38216_          Pet's Age: _8yr_

Current Medications: _NONE_

Like you, our greatest concern is the well being of your pet. Many conditions, including disorders of the liver and kidneys are not detected unless blood testing is performed. Such tests are especially important before any kind of surgery and are similar to those your own physician would run for you prior to anesthesia. In addition, the results of these tests will serve as reference values for the future should your pet become ill. For these reasons, we highly recommend blood screening before such procedures.
**\*Please indicate whether you would like your pet to have this important blood. Cost of this test is $93.02. With your pet's health being our greatest concern, we do require bloodwork for patients 8 years of age or older\***
YES____✓____     NO_____

An I.V. catheter with intravenous fluids may also be administered during your pet's anesthetic procedure in order to keep the patient hydrated, maintain blood pressure, and to enable intravenous access.
**\*Please indicate if you would like your pet to have this in place. Cost of this placement is $52.00\***
YES____✓____     NO_____

Heartworm testing is available for dogs over 6 months of age.
Cost of Heartworm ONLY is $15.93  YES____  NO__✓__
Cost of Heartworm, Lyme, Elrichia, Anaplasmosis is $33.40 **YES__ NO__✓__**
Heartworm prevention is available.
Would you like Oral or Topical? Please circle your preference.
How many months of prevention would you like?_____month(s)

_Dr. Foxx heartworm tested_

Image 1

| Patient: 38216 | Bridgette (Personal | Species: Canine | Breed: Hound, Basset |
|---|---|---|---|
| Client: 15924 | Candy, Bob (Tri-State | DOB: 11/29/09 | Gender: Spayed Female |

---

### MOUNTAINVIEW VETERINARY SVS

6/1/2018
Page 1 / 1

90 SOUTHERN DRIVE
KEYSER, WV 26726

(304) 788-6602

Bob, Tri-State Zoo Candy
10105 Collabe Inn Ln NE

Cumberland, MD 21502

Client ID: 15924
Estimate ID: 2561
Expiration Date: 7/31/2018

| Patient ID: | 38216 | Species: | Canine | | Weight: | 42.80 | pounds | Sex: | Spayed Female |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name: | Bridgette (Personal Acct) | Breed: | Hound, Basset | | Birthday: | 11/29/2009 | | | |

| Item ID | Description | Staff Name | Low Qty. | Low Amount | High Qty. | High Amount |
|---|---|---|---|---|---|---|
| CBC6EH | CBC,Chem 10,Electrolytes-In House | Dr. Cheryl Nguyen, DVM | 1.00 | $93.03 | 1.00 | $93.03 |
| IV/FLUA | IV Catheter/Fluids Anesthesia | | 1.00 | $52.00 | 1.00 | $52.00 |
| MASSREM | Mass Removal | | 75.00 | $100.00 | 75.00 | $100.00 |
| MISCFEE | Miscellaneous Fee ( nails removed from p | | 1.00 | $50.00 | 75.00 | $100.00 |
| 3621 | ANESTHESIA 26-50 LBS. | | 1.00 | $99.10 | 1.00 | $99.10 |
| CLINDA1 | Clindamycin 100mg Quad Tablet | | 56.00 | $50.40 | 56.00 | $50.40 |
| CARPR10 | Carprofen Caplets 100mg | | 5.00 | $11.00 | 5.00 | $11.00 |
| CARPINJ | Carprofen Injectable | | 1.00 | $11.00 | 1.00 | $11.00 |
| CALMED | Calmer Collar - Medium | | 1.00 | $21.40 | 1.00 | $21.40 |
| LZR4 | Laser therapy-single session | | 0.00 | $0.00 | 1.00 | $25.00 |
| HWT4DX | Heartwom/Lyme/Anaplas/Ehrlicia Test | | 0.00 | $0.00 | 1.00 | $34.30 |
| BANDWRA | Bandaging Wrap | | 1.00 | $27.34 | 1.00 | $27.34 |
| 1171 | RABIES CANINE 1 YEAR BOOSTER | | 1.00 | $11.27 | 1.00 | $11.27 |
| DHLPPB | DHLPP 1 YR BOOSTER | | 0.00 | $0.00 | 1.00 | $24.08 |
| LYMECR1 | Lyme CR First Vaccine | | 0.00 | $0.00 | 1.00 | $29.08 |

| | Low Subtotal: | $526.54 | High Subtotal: | $689.00 |
|---|---|---|---|---|

| | Low Total: | $526.54 | High Total: | $689.00 |
|---|---|---|---|---|

This estimate is valid for 30 days and includes only those items listed. Prices may vary upon services rendered. I agree to pay a deposit of _____% of the estimate fees, assume financial responsibility for the remaining fees, and provide payment in full via cash, credit card, or check at the time my pet is discharged from the hospital.

Authorization _____

This estimate is good for 30 days and includes only those items listed.  Payment will be required when your pet is released from the hospital.

Print Date:  4/30/21
Image Date:  6/12/18

MVS00141

# Patient History Report

| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dodger (Capuchin) (38155) |
|---|---|
| **Phone:** (240) 727-8051 | **Species:** Primate   **Breed:** Unknown |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 22 Yrs. 11 Mos.   **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Black/White |

| Date | Type | Staff | History |
|---|---|---|---|

**Exhibit 0052**
Dr. G. Duncan

| 2/8/2019 | C | GD | **Default Comments** |
|---|---|---|---|

Mr, Candy called in reference to Dodger- per last discussion (Tuesday) he has been using coconut oil on Dodger's apparently chapped hands, has not been able to get ahold of a primate specialist as advised on Tuesday. Mr. Candy reports today that he has not been eating well, is not drinking, is not acting self. Advised Mr. Candy that Dodger needs to be seen ASAP by a veterinarian, TODAY, potentially on emergency basis. Advised him that we are not able to hospitalize a primate as discussed previously (last fall). Recommend calling Cheat Lake- not sure if they will see primates but may know of someone who can. Stressed importance of getting Dodger to a primate veterinarian today, will need bloodwork and likely IV fluids.

| 1/18/2019 | B | GD | 1.00 [None] of Fecal, Primate, To Idexx (FECPRIM) by CR |
|---|---|---|---|
| 7/9/2018 | T | BW | Image: previous vet records |
| 6/18/2018 | T | BW | Image: Parasitology Report |
| 5/26/2018 | L | | **Microbiology results from IDEXX Reference** |

```
Laboratory Requisition ID:  4601386264       Posted
Preliminary
Test            Result             Reference Range
OVA&PARA


    OVA & PARASITES
    Fecal Op (Sedimentation)        No parasite found
```

| 5/26/2018 | L | | |
|---|---|---|---|

```
Miscellaneous results from IDEXX Reference
Laboratory Requisition ID:  4601386264       Posted
Preliminary
Ascn: 4601386264
RE: 50500 PARASITE STAIN if INDICATED PENDING
In cases of acute or chronic diarrhea in addition to a fecal
flotation and
antigen testing for ova and parasites consider testing for
viral, bacterial and
protozoal infectious agents using RealPCR (canine diarrhea
panel: test code
2625; feline diarrhea panel: test code 2627).
```

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MVS00196

# Image 1

| **Patient:** 38155 | Dodger (Capuchin) | **Species:** Primate | | **Breed:** Unknown |
|---|---|---|---|---|
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/24/98 | | **Gender:** Male |

---

🕐 06-05-2018 10:25 AM          999955550093                    → MOUNTAINVIEW VETERINARY SERVICES                    ▯ 1

 **IDEXX**   IDEXX Reference Laboratories        One IDEXX Drive              IDEXX Reference Laboratories
Division of IDEXX Laboratories       Westbrook, Maine 04092        Customer Support
www.idexx.com                United States                888 433 9987

## 🐾 DODGER CANDY

| PET OWNER: CANDY | MOUNTAINVIEW VETERINARY SERVICES | ACCESSION #: | 4601386264 |
|---|---|---|---|
| | 90 SOUTHERN DRIVE | REQUISITION #: | |
| SPECIES: OTHER | KEYSER, WEST VIRGINIA 26726 | DATE OF COLLECTION: | 05/26/2018 |
| BREED: | | DATE OF RECEIPT: | 05/26/2018 |
| GENDER: MALE | ACCOUNT #: 26144 | DATE OF REPORT: | 06/03/2018 |
| AGE: 5Y10D | ORDERED BY: DUNCAN | | |

---

IDEXX SERVICES:    3231 FECAL OVA AND PARASITES WITH REFLEX PARASITE STAIN (IF INDICATED)-PRIMATE/AVIAN/EXOTICS

---

## PARASITOLOGY

| TEST | RESULT | |
|---|---|---|
| Ova & Parasites - Zinc Sulfate Centrifugation ᵃ | Fecal Op (Sedimentation) | No parasite found |
| Parasite Stain if Indicated | PENDING | |

## NOTES

PARASITOLOGY          a   In cases of acute or chronic diarrhea in addition to a fecal flotation and antigen
                          testing for ova and parasites consider testing for viral, bacterial and protozoal
                          infectious agents using RealPCR (canine diarrhea panel: test code 2625; feline diarrhea
                          panel: test code 2627).

---

Get deeper insights: For complete access to this patient's diagnostic results, including historic values and images, login to www.vetconnectplus.com
Partial report generated June 05, 2018                                                    PAGE 1 of 1

MVS00197

Image 1

| **Patient:** 38155 | Dodger (Capuchin) | **Species:** Primate | | **Breed:** Unknown |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/24/98 | | **Gender:** Male |

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO

ANIMALS NAME: _Dodger_                    BIRTHDAY/AGE: _14 yrs. old_
SPECIES/BREED: _Black-top Capuchin_      SEX: (M) F UNKNOWN
COLOR/MARKINGS: _black-white_
AVERAGE TEMPERATURE/CLIMATE USED TO: _____
TYPE OF ENVIRONMENT/CAGE: _____

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: _VARIETY, loves BEER_

ANY SPECIAL CARE NEEDED: _de-fanged, neutered_

TEMPERMENT: _LIKES MEN. DOESNT LIKE WOMEN/CHILDREN_
ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT: _____

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT: _____

## ACQUISTION/HUMAN INFO

METHOD: SALE / DONATION / BIRTH / TRADE / LOAN / RESCUE DATE: _8/30/12_
      NAME: _Chris Lynch_
      ADDRESS: _____
      CITY/STATE/ZIP: _Hampstead, MD_
      PHONE # (OPTIONAL): _____
      USDA # (IF APPLICABLE): _____
      DRIVERS LICENSE #: _____ STATE: _____
      VEHICLE LICENSE #: _____ STATE: _____
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
      NAME: _Chris Lynch_

## DISPOSITION INFO / CARE

METHOD: SALE / DONATION / DEATH / TRADE / (LOAN) / RELEASE DATE: _8/30/12_
      NAME: _Animal Park Care & Rescue_
      ADDRESS: _10105 Cottage Lane Lane_
      CITY/STATE/ZIP: _Cumberland, MD 21502_
      USDA# (IF APPLICABLE): _____
      PHONE # (OPTIONAL): _301-724-3400_
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
      NAME: _LOAN FOR CARE ONLY_

MVS00198
Image Date: 7/9/18

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) | |
| **Phone:** (240) 727-8051 | **Species:** Equine | **Breed:** Miniature Horse |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** White/Brown | |

**Exhibit 0054**
Dr. G. Duncan

| Date | Type | Staff | History |
|---|---|---|---|
| 10/3/2019 | B | GD | 1.00 dose of LA M Potomac Horse Fever (LAMPHF) by AMM |
| 10/3/2019 | B | GD | 1.00 dose of LA M Fluvac Innovator EHV 4/1 (LAMFLUV) by AMM |
| 10/3/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 6/24/2019 | C | GD | Equine Physical Exam |

6/24/2019 C GD

HISTORY:Presented for spring boosters, float
TEMPERATURE:99.6
GENERAL:BCS 5/9; Patient is BAR, nervous, not well halter trainied
CARDIOVASCULAR:No murmurs or arrythmias are noted. HR: 32
EYES:The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.
RESPIRATORY:Bronchovesicular sounds are normal in all lung fields. No crackles or wheezes are noted. RR: 14
GASTROINTESTINAL:No gastrointestinal abnormalites are noted. Gut sounds are within normal limits at 1-2 contractions per minute. Bowel movements are of appropriate consistency and regularity. A rectal exam was not indicated at this time.
MOUTH/TEETH:Sedated with 75mg xylazine- adequate sedation. Reduced buccal/lingual points.
MUCOUS MEMBRANES:Mucous membranes are pink and moist with a capillary refill time of less than two seconds.
LYMPH NODES:Lymph nodes are of normal size and character
MUSCULOSKELETAL:The muscles have normal tone and strength for the patient's age and breed.  The patient's gait is normal with no signs of lameness or joint pain.
DIGITAL PULSES:Digital pulses are within normal limits in all four feet.
NERVOUS SYSTEM:The patient presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.
SKIN/HAIR COAT:The patient's skin is healthy with no redness or evidence of infection or parasites.
UROGENITAL:Normal genitalia and reproductive organs for the age, sex, and reproductive status of the patient are present. No discharge was noted.

ASSESSMENT:Apparently healthy on physical exam. Flu/Rhino left neck, PHF/Rv right caudal neck, 4-way right cranial neck.
PLAN:Coggins pending, booster in fall, recommend further halter training
PROCEDURES PERFORMED:
ADDITIONAL COMMENTS:

| Date | Type | Staff | History |
|---|---|---|---|
| 6/24/2019 | B | GD | 1.00 LA S Oral Exam and Float (EQU4) by AMM |
| 6/24/2019 | B | GD | 1.00 LA S Coggins (LACOGG) by AMM |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00199

# Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)
**Phone:** (240) 727-8051
**Address:** 10105 Cottage Inn Ln NE
Cumberland, MD 21502

**Patient:** Dream (38043)
**Species:** Equine
**Age:** 10 Yrs. 11 Mos.
**Color:** White/Brown

**Breed:** Miniature Horse
**Sex:** Female

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/24/2019 | B | GD | 1.00 dose of LA M 4 Way (Encevac) (LAM4WAY) by AMM |
| 6/24/2019 | B | GD | 1.00 dose of LA M Potomac Horse Fever w/ Rabies (LAPHFR) by AMM |
| 6/24/2019 | B | GD | 1.00 dose of LA M Fluvac Innovator EHV 4/1 (LAMFLUV) by AMM |
| 6/24/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 12/6/2018 | C | GD | Equine Physical Exam |

Equine Physical Exam
HISTORY:Presented for boosters.
TEMPERATURE:99.8
GENERAL:BCS 5/9; Patient is BAR.
CARDIOVASCULAR:No murmurs or arrythmias are noted. HR: 32
EYES:The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.
RESPIRATORY:Bronchovesicular sounds are normal in all lung fields. No crackles or wheezes are noted. RR: 20
GASTROINTESTINAL:No gastrointestinal abnormalites are noted. Gut sounds are within normal limits at 1-2 contractions per minute. Bowel movements are of appropriate consistency and regularity. A rectal exam was not indicated at this time.
MOUTH/TEETH:Teeth appear appropriately aligned with little to no overgrowth of the incisors. Premolars and molars are wearing evenly and excessive hooks/ramps were not noted at this time. The patient is not dropping feed. A full sedated oral exam was not performed.
MUCOUS MEMBRANES:Mucous membranes are pink and moist with a capillary refill time of less than two seconds.
LYMPH NODES:Lymph nodes are of normal size and character
MUSCULOSKELETAL:The muscles have normal tone and strength for the patient's age and breed.  The patient's gait is normal with no signs of lameness or joint pain.
DIGITAL PULSES:Digital pulses are within normal limits in all four feet.
NERVOUS SYSTEM:The patient presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.
SKIN/HAIR COAT:The patient's skin is healthy with no redness or evidence of infection or parasites.
UROGENITAL:Normal genitalia and reproductive organs for the age, sex, and reproductive status of the patient are present. No discharge was noted.

ASSESSMENT:Apparently healthy on physical exam- body condition much improved from summer. Flu/rhino left neck, WNV right neck.
PLAN:Booster May/June
PROCEDURES PERFORMED:
ADDITIONAL COMMENTS:

---

B:Billing, C:Med note, CB:Call back, CK:Check-In, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00200

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) | |
| **Phone:** (240) 727-8051 | **Species:** Equine | **Breed:** Miniature Horse |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** White/Brown | |

| Date | Type | Staff | History |
|---|---|---|---|
| 12/6/2018 | B | GD | 1.00 dose of LA M Fluvac Innovator EHV 4/1 (LAMFLUV) by BJH |
| 12/6/2018 | B | GD | 1.00 dose of LA M West Nile Innovator (LAWNI) by BJH |
| 12/6/2018 | B | GD | 1.00 Charges Final (CHFINAL) by BJH |
| 7/9/2018 | T | SS | Image:  previous vet records |
| 6/14/2018 | B | GD | 1.00 dose of LA M 4 Way (Encevac) (LAM4WAY) by CO |
| 6/14/2018 | B | GD | 1.00 dose of LA M Fluvac Innovator EHV 4/1 (LAMFLUV) by CO |
| 6/14/2018 | B | GD | 1.00 dose of LA M Potomac Horse Fever (LAMPHF) by CO |
| 6/14/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

| 5/24/2018 | C | GD | Equine Physical Exam |

HISTORY:Presented for oral exam, float, vaccines.
TEMPERATURE:100.1
GENERAL:BCS 3/9; Patient is QAR.
CARDIOVASCULAR:No murmurs or arrythmias are noted. HR: 32
EYES:The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.
RESPIRATORY:Bronchovesicular sounds are normal in all lung fields. No crackles or wheezes are noted. RR: 44
GASTROINTESTINAL:No gastrointestinal abnormalites are noted. Gut sounds are within normal limits at 1-2 contractions per minute. Bowel movements are of appropriate consistency and regularity. A rectal exam was not indicated at this time.
MOUTH/TEETH:Sedated with 150 mg xylazine, 2 mg detomidine for oral exam and float. Large buccal/lingual points reduced bilaterally. Otherwise good dentition.
MUCOUS MEMBRANES:Mucous membranes are pink and moist with a capillary refill time of less than two seconds.
LYMPH NODES:Lymph nodes are of normal size and character
MUSCULOSKELETAL:The muscles have normal tone and strength for the patient's age and breed.  The patient's gait is normal with no signs of lameness or joint pain.
DIGITAL PULSES:Digital pulses are within normal limits in all four feet.
NERVOUS SYSTEM:The patient presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.
SKIN/HAIR COAT:The patient's skin is healthy with no redness or evidence of infection or parasites.
UROGENITAL:Normal genitalia and reproductive organs for the age, sex, and reproductive status of the patient are present. No discharge was noted.

ASSESSMENT:Thin- discussed moving to pasture. Bloodwork reveals no obvious evidence of abnormalities- suspect poor body condition related to herd dynamics/malnutrition. 4-way, flu/rhino left neck, PHF/RV right neck.

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 3 of 7          Date: 4/30/2021 12:24 PM

MVS00201

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) | |
| **Phone:** (240) 727-8051 | **Species:** Equine | **Breed:** Miniature Horse |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** White/Brown | |

---

| Date | Type | Staff | History |
|------|------|-------|---------|

PLAN:Coggins, fecal pending. Move to grass. Booster 3-4 weeks.
PROCEDURES PERFORMED:
ADDITIONAL COMMENTS:

---

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/24/2018 | B | GD | 1.00 LA S Farm Call (LAFARMC) by CO |
| 5/24/2018 | B | GD | 1.00 LA S Oral Exam and Float (EQU4) by CO |
| 5/24/2018 | B | GD | 1.00 dose of LA M 4 Way (Encevac) (LAM4WAY) by CO |
| 5/24/2018 | B | GD | 1.00 dose of LA M Potomac Horse Fever w/ Rabies (LAPHFR) by CO |
| 5/24/2018 | B | GD | 1.00 dose of LA M Fluvac Innovator EHV 4/1 (LAMFLUV) by CO |
| 5/24/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |
| 5/19/2018 | L | | Hematology results from IDEXX Reference Laboratory Requisition ID: 119430     Posted     Final |

```
Test            Result              Reference Range
FBNGEN          100 mg/dL           100 - 400
 Ascn: 4601285218

 For small animals the Quantitative Fibrinogen procedure is
recommended
 (unit code 308). The Quantitative Procedure is more accurate
for low
 levels of Fibrinogen.
 RESULTS MAY BE AFFECTED BY THE PRESENCE OF HEMOLYSIS.
```

| 5/19/2018 | L | | Chemistry results from IDEXX Reference Laboratory Requisition ID: 119430     Posted     Final |

```
Test            Result              Reference Range
ALB             2.4 g/dL  L         3.0 - 3.9
ALKP            90 U/L              76 - 262
ANION GAP       11 mmol/L           8 - 18
AST             215 U/L             194 - 431
BICARB          27 mmol/L           21 - 31
BUN/UREA        25 mg/dL            11 - 25
Ca              11.0 mg/dL          10.2 - 12.8
Chloride        101 mmol/L          96 - 106
CHOL            90 mg/dL            49 - 150
CREA            0.6 mg/dL  L        0.8 - 1.8
DBIL            0.2 mg/dL           0.2 - 0.6
GGT             10 U/L              9 - 37
GLU             107 mg/dL  H        49 - 102
IBIL            0.7 mg/dL           0.1 - 2.8
PHOS            2.2 mg/dL           2.0 - 4.8
Potassium       5.1 mmol/L          2.5 - 5.2
TBIL            0.9 mg/dL           0.4 - 2.8
TP              5.9 g/dL            5.7 - 7.5
Sodium          134 mmol/L          132 - 141
```

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) | |
| **Phone:** (240) 727-8051 | **Species:** Equine | **Breed:** Miniature Horse |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** White/Brown | |

| Date | Type | Staff | History |
|------|------|-------|---------|

```
                    A/G Ratio      0.7  L          0.8 - 1.6
                    B/C Ratio      41.7
                    Na/K Ratio     26
                    GLOB           3.5 g/dL         2.3 - 4.1
                    CK             133 U/L          130 - 497
                    SDMA           11 ug/dL         0 - 14
                     Ascn: 4601285218
                    RE: 281 HEMOLYSIS INDEX 1+
                    Index of N, 1+ exhibits no significant effect on chemistry
                    values.
                    RE: 282 LIPEMIA INDEX N
                    Index of N, 1+, 2+, 3+ exhibits no significant effect on
                    chemistry values.

                     SDMA is a new kidney test that has been validated for this
                    species. Reference
                     intervals were established using clinically healthy animals.
                    SDMA has been
                     shown in several other species (e.g. dogs, cats and humans)
                    to correlate with
                     decreased kidney function.
```

| 5/19/2018 | L | | Hematology results from IDEXX Reference |
|-----------|---|--|------------------------------------------|

```
                    Laboratory Requisition ID:  119430      Posted      Final
                    Test           Result            Reference Range
                    BASO           0.8 %
                    EOS            0.3 %
                    HCT            31.9 % L          32.5 - 46.5
                    HGB            11.1 g/dL L       11.4 - 17.3
                    LYMPHS         33.8 %
                    MCH            16.3 pg           14.6 - 19.1
                    MCHC           34.8 g/dL         33.6 - 38.6
                    MCV            47 fL             39 - 55
                    MONOS          5.3 %
                    NEUT SEG       59.8 %
                    PLATELETS      187 K/uL          70 - 250
                    RBC            6.83 M/uL         6.30 - 10.90
                    WBC            3.8 K/uL L        4.3 - 11.4
                    ABS BASO       30 /uL            0 - 100
                    ABS EOS        11 /uL            0 - 700
                    ABS LYMPHS     1284 /uL L        1450 - 5000
                    ABS MONOS      201 /uL           0 - 600
                    ABS NEUTS      2272 /uL L        2460 - 7230
                     Ascn: 4601285218
                    RE: 3034 REMARKS
                    REMARKS
                    SLIDE REVIEWED MICROSCOPICALLY.
                    NO PARASITES SEEN
```

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 5 of 7          Date: 4/30/2021 12:24 PM

MVS00203

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) |
| **Phone:** (240) 727-8051 | **Species:** Equine |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. |
| Cumberland, MD 21502 | **Color:** White/Brown |

**Breed:** Miniature Horse
**Sex:** Female

---

**Date  Type    Staff      History**

---

5/17/2018  C        GD          Equine Physical Exam
HISTORY:Presented for exam.
TEMPERATURE:98.6
GENERAL:BCS 3/9; Patient is QAR.
CARDIOVASCULAR:No murmurs or arrythmias are noted. HR: 32
EYES:The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids
are intact and healthy.  The lens is transparent and the iris has a normal color and
texture.  The pupils are normally responsive to light.  Vision appears normal.
RESPIRATORY:Bronchovesicular sounds are normal in all lung fields. No crackles
or wheezes are noted. RR: 30
GASTROINTESTINAL:No gastrointestinal abnormalites are noted. Gut sounds are
within normal limits at 1-2 contractions per minute. Bowel movements are of
appropriate consistency and regularity. A rectal exam was not indicated at this time.
MOUTH/TEETH:Large buccal hooks- float at earliest convenience.
MUCOUS MEMBRANES:Mucous membranes are pink and moist with a capillary
refill time of less than two seconds.
LYMPH NODES:Lymph nodes are of normal size and character
MUSCULOSKELETAL:Patient is underweight and weak, borderline cachectic.
Owner reports she loses weight every winter- possibly being shoved out of way by
larger goats and other horse.
DIGITAL PULSES:Digital pulses are within normal limits in all four feet.
NERVOUS SYSTEM:The patient presented bright, alert, and responsive with no
obvious abnormalities.  A full neurologic exam was not performed.
SKIN/HAIR COAT:The patient's skin is healthy with no redness or evidence of
infection or parasites. Hair coat is long.
UROGENITAL:Normal genitalia and reproductive organs for the age, sex, and
reproductive status of the patient are present. No discharge was noted.

ASSESSMENT:Severely underweight. Teeth in need of floating.
PLAN:LA panel pending, coggins pending. Recommend senior feed, free choice
good quality hay, grass if available. Float at earliest ability. separate from other
animals to afford adequate feeding time.
PROCEDURES PERFORMED:
ADDITIONAL COMMENTS:

---

5/17/2018  B        GD          1.00 LA S Exam Level 2 (LAEX2) by CO
5/17/2018  B        GD          1.00 LA S Coggins (LACOGG) by CO
5/17/2018  B        GD          1.00 LA S Chem/CBC- Equine, Idexx (LACCBCE) by CO

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MVS00204

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Dream (38043) |
| **Phone:** (240) 727-8051 | **Species:** Equine |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 10 Yrs. 11 Mos. |
| Cumberland, MD 21502 | **Color:** White/Brown |

**Breed:** Miniature Horse
**Sex:** Female

| Date | Type | Staff | History |
|---|---|---|---|
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00205

image 1

| Patient: 38043 | Dream | Species: Equine | | Breed: Miniature Horse |
|---|---|---|---|---|
| Client: 15924 | Candy, Bob (Tri-State | DOB: 5/17/10 | | Gender: Female |

# NEW ANIMAL INFORMATION RECORD

## *ANIMAL INFO*
ANIMALS NAME: "*DREAM*"      *tiny*      BIRTHDAY/AGE: ~3
SPECIES/BREED: *MINI HORSE*          SEX: M Ⓕ UNKNOWN
COLOR/MARKINGS: *BROWN / WHITE*
AVERAGE TEMPERATURE/CLIMATE USED TO: *AVG.*
TYPE OF ENVIRONMENT/CAGE: *FREE TO ROAM*

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: *HORSE FEED, HAY*

ANY SPECIAL CARE NEEDED: *N/A*

TEMPERMENT: *FRIENDLY, VERY SMALL*
ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT:

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT: *WITH OTHER MINI HORSE (CAPACINO)*

## *ACQUISTION/HUMAN INFO*
METHOD: SALE / ⟨DONATION⟩ / BIRTH / TRADE / LOAN / RESCUE   DATE: *12/1/11*
    NAME: *Amy*
    ADDRESS:
    CITY/STATE/ZIP: *Cumberland, MD.*
    PHONE # (OPTIONAL):
    USDA # (IF APPLICABLE): *PRIVATE OWNER*
    DRIVERS LICENSE #:_____ STATE:_____
    VEHICLE LICENSE #:_____ STATE:_____
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / ⟨PRIVATE VEHICLE⟩
    NAME: *OWNER*

## *DISPOSITION INFO* / *CARE*
METHOD: SALE / DONATION / DEATH / TRADE / ⟨LOAN⟩ / RELEASE   DATE: *1/1/12*
    NAME: *Animal Park Zoo-Rescue*
    ADDRESS: *10105 Cottage Inn Lane*
    CITY/STATE/ZIP: *Cumberland, MD 21502*
    USDA# (IF APPLICABLE):
    PHONE # (OPTIONAL): *301-724-2400*
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
    NAME:

# Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)  **Patient:** Emmy (38054)
**Phone:** (240) 727-8051  **Species:** Porcine  **Breed:** Vietnamese Potbelly
**Address:** 10105 Cottage Inn Ln NE  **Age:** 6 Yrs. 11 Mos.  **Sex:** Female
Cumberland, MD 21502  **Color:** Grey/Pink

| Date | Type | Staff | History |
|------|------|-------|---------|

> **Exhibit 0061**
>
> Dr. G. Duncan

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/24/2019 | C | GD | Default Comments<br>Rv right neck, CDT left neck |
| 6/24/2019 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by AMM |
| 6/24/2019 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by AMM |
| 6/24/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 7/9/2018 | T | BW | Image:  previous vet records |

5/17/2018  C  GD  Routine exam
HISTORY: Presented for routine exam, vaccinations.:

99.8

Physical Exam:
GENERAL: BCS  5/9, BAR

ABDOMEN:  The abdomen is soft and non-painful.  The internal organs palpated, including the kidneys and loops of intestines had normal sizes, location, and consistency.  No abnormalities were detected.

CARDIOVASCULAR:  No murmurs or arrythmias are heard.

EARS:  The ears are clear with no evidence of redness or discharge

EYES:  The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.

GASTROINTESTINAL:  There is no evidence of gastrointestinal abnormalities.

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.

MUCOUS MEMBRANES:  Mucous membranes are pink and moist with a capillary refill time of less than two seconds.

LYMPH NODES:  Lymph nodes are of normal size and character

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 1 of 2          Date: 4/30/2021 12:25 PM

MVS00207

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Emmy (38054) |
| **Phone:** (240) 727-8051 | **Species:** Porcine     **Breed:** Vietnamese Potbelly |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 6 Yrs. 11 Mos.     **Sex:** Female |
| Cumberland, MD 21502 | **Color:** Grey/Pink |

| Date | Type | Staff | History |
|------|------|-------|---------|

MUSCULOSKELETAL:  The muscles have normal tone and strength for the pet's age and breed.  The pet's gait is normal with no signs of lameness or joint pain.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  Your pet's skin is healthy with no redness or evidence of infection or parasites.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

ASSESSMENT: APparently healthy on physical exam. Very good feet. RV right neck, CDT left neck.

PLAN:  Booster 3-4 weeks.

PROCEDURES PERFORMED ON YOUR PET TODAY:

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/17/2018 | B | GD | 1.00 LA S Exam Level 1 (LAEX1) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by CO |
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00208

image 1

| | | | |
|---|---|---|---|
| **Patient:** 38054 | Emmy | **Species:** Porcine | **Breed:** Vietnamese Potbelly |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/17/14 | **Gender:** Female |

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO

ANIMALS NAME: "EMILY"   BIRTHDAY/AGE: < 1

SPECIES/BREED: POT BELLY   SEX: M (F) UNKNOWN

COLOR/MARKINGS:

AVERAGE TEMPERATURE/CLIMATE USED TO: House

TYPE OF ENVIRONMENT/CAGE: Loose

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: All Purpose

ANY SPECIAL CARE NEEDED:

TEMPERMENT: FRIENDLY

ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT:

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT:
WITH PEOPLE AS A PET

## ACQUISTION/HUMAN INFO

METHOD: SALE / DONATION / (BIRTH) / TRADE / LOAN / RESCUE  DATE: 3/15/14

NAME: BORN AT ZOO

ADDRESS: BROUGHT BACK – AT ENTRANCE – PET 7/12/15

CITY/STATE/ZIP:

PHONE # (OPTIONAL):

USDA # (IF APPLICABLE):

DRIVERS LICENSE #:_____ STATE:_____

VEHICLE LICENSE #:_____ STATE:_____

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME:

## DISPOSITION INFO

METHOD: SALE / DONATION / DEATH / TRADE / LOAN (RELEASE)  DATE:_____

NAME: KATHY NKNAN

ADDRESS: 10105 COTTAGE INN LN.

CITY/STATE/ZIP: CUMBERLAND, MD.

USDA# (IF APPLICABLE):

PHONE # (OPTIONAL) :

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME:

RETURNED 7/12/15

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Isabel (38052) |
| **Phone:** (240) 727-8051 | **Species:** Porcine    **Breed:** Vietnamese Potbelly |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos.    **Sex:** Female |
| Cumberland, MD 21502 | **Color:** Pink |

| Date | Type | Staff | History |
|---|---|---|---|
| 6/24/2019 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by AMM |
| 6/24/2019 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by AMM |
| 6/24/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 7/9/2018 | T | BW | Image: previous vet records |
| 5/29/2018 | T | AB | Image: Idexx Test Results |
| 5/26/2018 | L | | Microbiology results from IDEXX Reference |

```
                      Laboratory Requisition ID:   4601370580       Posted       Final
                      Test           Result              Reference Range
                      GIARDIA        NEGATIVE
                      OVA&PARA
                       Ascn: 4601370580

                       OVA & PARASITES
                       NO OVA OR PARASITES SEEN
                       In cases of acute or chronic diarrhea in addition to a fecal
                       flotation and
                       antigen testing for ova and parasites consider testing for
                       viral, bacterial and
                       protozoal infectious agents using RealPCR (canine diarrhea
                       panel: test code
                       2625; feline diarrhea panel: test code 2627).
```

| 5/17/2018 | C | GD | Routine exam |

HISTORY: Presented for routine exam, vaccinations. History of drainage both eyes.:

99.8

Physical Exam:
GENERAL: BCS 5 /9, BAR

ABDOMEN: The abdomen is soft and non-painful. The internal organs palpated, including the kidneys and loops of intestines had normal sizes, location, and consistency. No abnormalities were detected.

CARDIOVASCULAR: No murmurs or arrythmias are heard.

EARS: The ears are clear with no evidence of redness or discharge

EYES: Bilateral ventral entropion with ocular discharge. Owner reports cleaned daily with wet towel. No obvious evidence of ulceration. Discussed entropion correctiong and risks of surgery- owner declned surgery d/t high risk of adverse

---

B:Billing, C:Med note, CB:Call back, CK:Check-In, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 1 of 3          Date: 4/30/2021 12:32 PM

MVS00229

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Isabel (38052) | |
| **Phone:** (240) 727-8051 | **Species:** Porcine | **Breed:** Vietnamese Potbelly |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** Pink | |

| Date | Type | Staff | History |
|---|---|---|---|

anesthetic event.

GASTROINTESTINAL:  There is no evidence of gastrointestinal abnormalities.

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.

MUCOUS MEMBRANES:  Mucous membranes are pink and moist with a capillary refill time of less than two seconds.

LYMPH NODES:  Lymph nodes are of normal size and character

MUSCULOSKELETAL:  The muscles have normal tone and strength for the pet's age and breed.  The pet's gait is normal with no signs of lameness or joint pain.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  Your pet's skin is healthy with no redness or evidence of infection or parasites.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

ASSESSMENT:Bilateral ventral entropion- otherwise apparently healthy on exam. RV right neck, CDT left neck.

PLAN:  Monitor eyes- clean discharge daily. Monitor for evidence of discomfort/ increased drainage.

PROCEDURES PERFORMED ON YOUR PET TODAY:

| Date | Type | Staff | History |
|---|---|---|---|
| 5/17/2018 | B | GD | 1.00 LA S Exam Level 1 (LAEX1) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by CO |
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00230

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Isabel (38052) |
| **Phone:** (240) 727-8051 | **Species:** Porcine |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 7 Yrs. 10 Mos. |
| Cumberland, MD 21502 | **Color:** Pink |

**Breed:** Vietnamese Potbelly
**Sex:** Female

| Date | Type | Staff | History |
|------|------|-------|---------|

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00067

**Image 1**

| **Patient:** 38052 | Isabel | **Species:** Porcine | **Breed:** Vietnamese Potbelly |
|---|---|---|---|
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/17/13 | **Gender:** Female |

---

⊙ 05-26-2018 5:27 AM     999955550093     → MOUNTAINVIEW VETERINARY SERVICES     ∩ 1

**IDEXX** | IDEXX Reference Laboratories | One IDEXX Drive | IDEXX Reference Laboratories
| Division of IDEXX Laboratories | Westbrook, Maine 04092 | Customer Support
| www.idexx.com | United States | 888 433 9987

**ISABEL CANDY**

| PET OWNER: CANDY | | ACCESSION #: | 4601370580 |
|---|---|---|---|
| | MOUNTAINVIEW VETERINARY SERVICES | REQUISITION #: | |
| SPECIES: OTHER | 90 SOUTHERN DRIVE | DATE OF COLLECTION: | 05/26/2018 |
| BREED: | KEYSER, WEST VIRGINIA 26726 | DATE OF RECEIPT: | 05/26/2018 |
| GENDER: FEMALE | | DATE OF REPORT: | 05/26/2018 |
| AGE: 5Y | ACCOUNT #: 26144 | | |
| | ORDERED BY: DUNCAN | | |

IDEXX SERVICES: 2463 FECAL OVA AND PARASITES WITH GIARDIA a

## PARASITOLOGY

| TEST | RESULT |
|---|---|
| Ova & Parasites - Zinc Sulfate Centrifugation ^ | NO OVA OR PARASITES SEEN |
| Giardia Antigen | NEGATIVE |

## NOTES

PARASITOLOGY     a   In cases of acute or chronic diarrhea in addition to a fecal flotation and antigen testing for ova and parasites consider testing for viral, bacterial and protozoal infectious agents using RealPCR (canine diarrhea panel: test code 2625; feline diarrhea panel: test code 2627).

---

Get deeper insights: For complete access to this patient's diagnostic results, including historic values and images, login to www.vetconnectplus.com

Final report generated May 26, 2018             PAGE 1 of 1

**image-1**

| Patient: | 38052 | Isabel | Species: | Porcine | Breed: | Vietnamese Potbelly |
|---|---|---|---|---|---|---|
| Client: | 15924 | Candy, Bob (Tri-State | DOB: | 5/17/13 | Gender: | Female |

*TRI-STATE ZOO*

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO
ANIMALS NAME: "ISABEL"        BIRTHDAY/AGE: <1
SPECIES/BREED: POT BELLY        SEX:  M (F) UNKNOWN
COLOR/MARKINGS: WHITE
AVERAGE TEMPERATURE/CLIMATE USED TO:_____
TYPE OF ENVIRONMENT/CAGE:_____

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY:_____

ANY SPECIAL CARE NEEDED: Runt

TEMPERMENT: FRIENDLY
ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT:_____

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT:_____

## ACQUISTION/HUMAN INFO
METHOD: SALE / DONATION (BIRTH) / TRADE / LOAN / RESCUE  DATE: Nov 2014
    NAME: BORN AT TRI-STATE ZOO . MOM SPANKY SPANKY
    ADDRESS: BROUGHT BACK TO ZOO  3/9/15
    CITY/STATE/ZIP:_____
    PHONE # (OPTIONAL):_____
    USDA # (IF APPLICABLE):_____
    DRIVERS LICENSE #:_____ STATE:_____
    VEHICLE LICENSE #:_____ STATE:_____
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
    NAME:_____

## DISPOSITION INFO
METHOD: SALE / DONATION / DEATH / TRADE / LOAN / (RELEASE) DATE: 12/9/14
    NAME: KATHY MORAN
    ADDRESS: BROUGHT BACK
    CITY/STATE/ZIP:_____
    USDA# (IF APPLICABLE):_____
    PHONE # (OPTIONAL) :_____
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
    NAME:_____

## Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottage Inn Ln NE  
Cumberland, MD 21502

**Patient:** Snorkel (38049)  
**Species:** Porcine  
**Age:** 13 Yrs. 11 Mos.  
**Color:** Black  

**Breed:** Vietnamese Potbelly  
**Sex:** Male

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/24/2019 | C | GD | Default Comments<br>CDT left neck |

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/24/2019 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by AMM |
| 6/24/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 7/9/2018 | T | BW | Image:  previous vet records |
| 5/29/2018 | T | AB | Image:  Idexx Test Results |
| 5/26/2018 | L | | Microbiology results from IDEXX Reference<br>Laboratory Requisition ID:  4601370581       Posted       Final<br>Test          Result                Reference Range<br>GIARDIA        NEGATIVE<br>OVA&PARA<br> Ascn: 4601370581<br><br> OVA & PARASITES<br> NO OVA OR PARASITES SEEN<br> In cases of acute or chronic diarrhea in addition to a fecal flotation and<br> antigen testing for ova and parasites consider testing for viral, bacterial and<br> protozoal infectious agents using RealPCR (canine diarrhea panel: test code<br> 2625; feline diarrhea panel: test code 2627). |

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/17/2018 | C | GD | Routine exam<br>HISTORY: Presented for routine exam, vaccinations.: |

Physical Exam:
GENERAL:  BCS 5 /9, BAR

ABDOMEN:  The abdomen is soft and non-painful.  The internal organs palpated, including the kidneys and loops of intestines had normal sizes, location, and consistency.  No abnormalities were detected.

CARDIOVASCULAR:  No murmurs or arrythmias are heard.

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00302

## Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Snorkel (38049) |
| **Phone:** (240) 727-8051 | **Species:** Porcine    **Breed:** Vietnamese Potbelly |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 13 Yrs. 11 Mos.    **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Black |

| Date | Type | Staff | History |
|---|---|---|---|

EARS:  The ears are clear with no evidence of redness or discharge

EYES:  The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.

GASTROINTESTINAL:  There is no evidence of gastrointestinal abnormalities.

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.

MUCOUS MEMBRANES:  Mucous membranes are pink and moist with a capillary refill time of less than two seconds.

LYMPH NODES:  Lymph nodes are of normal size and character

MUSCULOSKELETAL:  The muscles have normal tone and strength for the pet's age and breed.  The pet's gait is normal with no signs of lameness or joint pain.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  Your pet's skin is healthy with no redness or evidence of infection or parasites.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

ASSESSMENT: Apparently healthy on physical exam. RV right neck, CDT left neck.

PLAN:  Booster CDT 3-4 weeks.

PROCEDURES PERFORMED ON YOUR PET TODAY:

| 5/17/2018 | B | GD | 1.00 LA S Exam Level 1 (LAEX1) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MVS00303

# Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)   **Patient:** Snorkel (38049)
**Phone:** (240) 727-8051   **Species:** Porcine   **Breed:** Vietnamese Potbelly
**Address:** 10105 Cottage Inn Ln NE   **Age:** 13 Yrs. 11 Mos.   **Sex:** Male
Cumberland, MD 21502   **Color:** Black

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/17/2018 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by CO |
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MOUNTAINVIEW VETERINARY SVS          Page 3 of 3          Date: 4/30/2021 1:10 PM

MVS00304

# image 1

| | | |
|---|---|---|
| **Patient:** 38049 | Snorkel | **Species:** Porcine |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/17/07 |

**Breed:** Vietnamese Potbelly

**Gender:** Male

## NEW ANIMAL INFORMATION RECORD

### ANIMAL INFO
ANIMALS NAME: Snorkel     BIRTHDAY/AGE: ~~9/17/11~~ 7/2010

SPECIES/BREED: Viet Pot-bellied Pig     SEX: (M) F UNKNOWN

COLOR/MARKINGS: black w/ white feet

AVERAGE TEMPERATURE/CLIMATE USED TO: _____

TYPE OF ENVIRONMENT/CAGE: _____

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: _____

ANY SPECIAL CARE NEEDED: _____

TEMPERMENT: _____

ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT: _____

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT: _____

### ACQUISTION/HUMAN INFO
METHOD: SALE / DONATION / (BIRTH) / TRADE / LOAN / RESCUE   DATE: 5/21/11

*Was born at zoo, mom turned away*

NAME: Bob Candy - BACK TO ZOO

ADDRESS: 12605 Moores Hollow Rd SE

CITY/STATE/ZIP: Cumberland, MD 21502

PHONE # (OPTIONAL): 240-727-8051

*Was born @ zoo, but was taken home to what—*

USDA # (IF APPLICABLE): _____

DRIVERS LICENSE #: _____ STATE: _____

VEHICLE LICENSE #: _____ STATE: _____

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME: '

### DISPOSITION INFO / CARE
METHOD: SALE / DONATION / DEATH / TRADE / (LOAN) / RELEASE   DATE: 1/1/12

NAME: Animal Park Zoo + Rescue

ADDRESS: 10105 Cottage Inn Lane

CITY/STATE/ZIP: Cumberland, MD 21502

USDA# (IF APPLICABLE): _____

PHONE # (OPTIONAL): 301-724-2400

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME: LOAN FOR CARE ONLY

SEE BACK FOR BABY INFO.

MVS00305

# image 1

**Patient:** 38049   Snorkel          **Species:** Porcine          **Breed:** Vietnamese Potbelly

**Client:** 15924   Candy, Bob (Tri-State          **DOB:** 5/17/07          **Gender:** Male

---

🕐 05-26-2018 9:49 AM          999955550093          → MOUNTAINVIEW VETERINARY SERVICES          ▯ 1

**IDEXX** IDEXX Reference Laboratories
Division of IDEXX Laboratories
www.idexx.com

One IDEXX Drive
Westbrook, Maine 04092
United States

IDEXX Reference Laboratories
Customer Support
888 433 9987

🐷 SNORKEL CANDY

| | | | |
|---|---|---|---|
| PET OWNER: CANDY | | ACCESSION #: | 4601370581 |
| | MOUNTAINVIEW VETERINARY SERVICES | REQUISITION #: | |
| | 90 SOUTHERN CRIVE | DATE OF COLLECTION: | 05/26/2018 |
| SPECIES: OTHER | KEYSER, WEST VIRGINIA 26726 | DATE OF RECEIPT: | 05/26/2018 |
| BREED: | | DATE OF REPORT: | 05/26/2018 |
| GENDER: MALE | ACCOUNT #: 26144 | | |
| AGE: 10Y | ORDERED BY: DUNCAN | | |

IDEXX SERVICES: 2463 FECAL OVA AND PARASITES WITH GIARDIA

## PARASITOLOGY

| TEST | RESULT |
|---|---|
| Ova & Parasites - Zinc Sulfate Centrifugation a | NO OVA OR PARASITES SEEN |
| Giardia Antigen | NEGATIVE |

## NOTES

PARASITOLOGY          a   In cases of acute or chronic diarrhea in addition to a fecal flotation and antigen
testing for ova and parasites consider testing for viral, bacterial and protozoal
infectious agents using RealPCR (canine diarrhea panel: test code 2625; feline diarrhea
panel: test code 2627).

---

Get deeper insights: For complete access to this patient's diagnostic results, including historic values and images, login to www.vetconnectplus.com
Final report generated May 26, 2018                                                                 PAGE 1 of 1

MVS00306

# Patient History Report

| | | |
|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Sophie (38053) | |
| **Phone:** (240) 727-8051 | **Species:** Porcine | **Breed:** Vietnamese Potbelly |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 6 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | **Color:** Black | |

| Date | Type | Staff | History |
|------|------|-------|---------|
| 6/24/2019 | C | GD | Default Comments<br>Rv right neck, CDT left neck |
| 6/24/2019 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by AMM |
| 6/24/2019 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by AMM |
| 6/24/2019 | B | GD | 1.00 Charges Final (CHFINAL) by AMM |
| 7/9/2018 | T | BW | Image: Prev vet records |
| 5/29/2018 | T | AB | Image: Idexx Test Results |
| 5/26/2018 | L | | Microbiology results from IDEXX Reference |

```
                    Laboratory Requisition ID:  4601370587       Posted        Final
                    Test          Result                  Reference Range
                    GIARDIA       NEGATIVE
                    OVA&PARA
                     Ascn: 4601370587

                     OVA & PARASITES
                     Sample submitted in an improper container. Please submit in
                    a solid plastic
                     container or refer to the IDEXX reference laboratories
                    directory of tests and
                     services for approved submittal information. CYNICLOMYCES
                    GUTTULATUS ALSO KNOWN
                     AS SACCHAROMYCOPSIS GUTTULATA
                     (NON-PATHOGENIC YEAST) PRESENT EIMERIA OOCYSTS PRESENT FEW
                    (3-10) This is not a
                     parasite of this species. This parasite could be
                     a result of food contamination, coprophagy and/or predation.
                     In cases of acute or chronic diarrhea in addition to a fecal
                    flotation and
                     antigen testing for ova and parasites consider testing for
                    viral, bacterial and
                     protozoal infectious agents using RealPCR (canine diarrhea
                    panel: test code
                     2625; feline diarrhea panel: test code 2627).
```

| 5/17/2018 | C | GD | Routine exam<br>HISTORY: Presented for exam and vaccinations.: |

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Sophie (38053) |
| **Phone:** (240) 727-8051 | **Species:** Porcine |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 6 Yrs. 11 Mos. |
| Cumberland, MD 21502 | **Color:** Black |

**Breed:** Vietnamese Potbelly
**Sex:** Female

| Date | Type | Staff | History |
|------|------|-------|---------|

Physical Exam:
GENERAL:  BCS  5/9, BAR

ABDOMEN:  The abdomen is soft and non-painful.  The internal organs palpated, including the kidneys and loops of intestines had normal sizes, location, and consistency.  No abnormalities were detected.

CARDIOVASCULAR:  No murmurs or arrythmias are heard.

EARS:  The ears are clear with no evidence of redness or discharge

EYES:  The eyes are bright and clear.  The cornea, sclera, conjunctiva, and eyelids are intact and healthy.  The lens is transparent and the iris has a normal color and texture.  The pupils are normally responsive to light.  Vision appears normal.

GASTROINTESTINAL:  There is no evidence of gastrointestinal abnormalities.

MOUTH/TEETH:  The gums appear healthy.  The tongue, tonsils, palate, and pharynx have a healthy color and appearance.  The teeth appear clean, white, and properly aligned.  There is no significant accumulation of tartar.

MUCOUS MEMBRANES:  Mucous membranes are pink and moist with a capillary refill time of less than two seconds.

LYMPH NODES:  Lymph nodes are of normal size and character

MUSCULOSKELETAL:  The muscles have normal tone and strength for the pet's age and breed.  The pet's gait is normal with no signs of lameness or joint pain.

NERVOUS SYSTEM:  The pet presented bright, alert, and responsive with no obvious abnormalities.  A full neurologic exam was not performed.

RESPIRATORY:  Respiration is normal with no crackles or wheezes.

SKIN/HAIR COAT:  Your pet's skin is healthy with no redness or evidence of infection or parasites.

UROGENITAL:  Normal urinary tract.  The bladder and kidneys are of normal shape, size, and consistency.  Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present.  No discharge was noted.

B:Billing, C:Med note, CB:Call back, CK:Check-In, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00308

# Patient History Report

**Client:** Candy, Bob (Tri-State Zoo) (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottage Inn Ln NE  
Cumberland, MD 21502

**Patient:** Sophie (38053)  
**Species:** Porcine  
**Age:** 6 Yrs. 11 Mos.  
**Color:** Black

**Breed:** Vietnamese Potbelly  
**Sex:** Female

| Date | Type | Staff | History |
|------|------|-------|---------|

ASSESSMENT: Apparently healthy on physical exam. RV right neck, CDT left neck.

PLAN: Booster CDT 3-4 weeks

PROCEDURES PERFORMED ON YOUR PET TODAY:

| Date | Type | Staff | History |
|------|------|-------|---------|
| 5/17/2018 | B | GD | 1.00 LA S Exam Level 1 (LAEX1) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Rabies (LAMRAB) by CO |
| 5/17/2018 | B | GD | 1.00 dose of LA M Bar-Vac CDT (1 d) (LACDT1) by CO |
| 5/17/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

MVS00309

# image 1

| | | | |
|---|---|---|---|
| **Patient:** 38053 | Sophie | **Species:** Porcine | **Breed:** Vietnamese Potbelly |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 5/17/14 | **Gender:** Female |

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO

ANIMALS NAME: "SOPHIE"          BIRTHDAY/AGE: < 1
SPECIES/BREED: POT BELLY          SEX:  M (F) UNKNOWN
COLOR/MARKINGS: WHITE W/ SPOTS
AVERAGE TEMPERATURE/CLIMATE USED TO: House (Pet)
TYPE OF ENVIRONMENT/CAGE: House

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: VARIETY

ANY SPECIAL CARE NEEDED:

TEMPERMENT: FRIENDLY
ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT:

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT:
PET - W/ PEOPLE

## ACQUISTION/HUMAN INFO

METHOD: SALE / DONATION / BIRTH / TRADE / LOAN / RESCUE  DATE: 8/13/15
    NAME: BORN AT ZOO TO PENELOPE  -ADOPTED
    ADDRESS: BROUGHT BACK 2016
    CITY/STATE/ZIP:
    PHONE # (OPTIONAL):
    USDA # (IF APPLICABLE):
    DRIVERS LICENSE #:_____STATE:_____
    VEHICLE LICENSE #:_____STATE:_____
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
    NAME:

## DISPOSITION INFO

METHOD: SALE / DONATION / DEATH / TRADE / LOAN / RELEASE  DATE:_____
    NAME:
    ADDRESS:
    CITY/STATE/ZIP:
    USDA# (IF APPLICABLE):
    PHONE # (OPTIONAL) :
TRANSPORTATION INFORMATION:
METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE
    NAME:

MVS00310

# image 1

**Patient:** 38053   Sophie                    **Species:** Porcine                          **Breed:** Vietnamese Potbelly

**Client:** 15924   Candy, Bob (Tri-State       **DOB:** 5/17/14                             **Gender:** Female

---

🕘 05-26-2018 9:52 AM          999955550093              → MOUNTAINVIEW VETERINARY SERVICES            📞 1

 **IDEXX** — IDEXX Reference Laboratories
Division of IDEXX Laboratories
www.idexx.com

One IDEXX Drive
Westbrook, Maine 04092
United States

IDEXX Reference Laboratories
Customer Support
888-433-9987

🐾 SOPHIE EMMY CANDY

| PET OWNER: CANDY | MOUNTAINVIEW VETERINARY SERVICES | ACCESSION #: | 4601370587 |
|---|---|---|---|
| | 90 SOUTHERN DRIVE | REQUISITION #: | |
| SPECIES:  OTHER | KEYSER, WEST VIRGINIA 26726 | DATE OF COLLECTION: | 05/26/2018 |
| BREED: | | DATE OF RECEIPT: | 05/26/2018 |
| GENDER:  FEMALE | ACCOUNT #:  26144 | DATE OF REPORT: | 05/26/2018 |
| AGE:  2Y | ORDERED BY:  DUNCAN | | |

IDEXX SERVICES:   2463 FECAL OVA AND PARASITES WITH GIARDIA*

---

## PARASITOLOGY

| TEST | RESULT |
|---|---|
| Ova & Parasites - Zinc Sulfate Centrifugation * | Sample submitted in an improper container. Please submit in a solid plastic container or refer to the IDEXX reference laboratories directory of tests and services for approved submittal information. CYNICLOMYCES GUTTULATUS ALSO KNOWN AS SACCHAROMYCOPSIS GUTTULATA (NON-PATHOGENIC YEAST) PRESENT EIMERIA OOCYSTS PRESENT FEW (3-10) This is not a parasite of this species. This parasite could be a result of food contamination, coprophagy and/or predation. |
| Giardia Antigen | NEGATIVE |

## NOTES

PARASITOLOGY          a   In cases of acute or chronic diarrhea in addition to a fecal flotation and antigen
testing for ova and parasites consider testing for viral, bacterial and protozoal
infectious agents using RealPCR (canine diarrhea panel: test code 2625; feline diarrhea
panel: test code 2627).

---

MVS00311

# Patient History Report

| | |
|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | **Patient:** Diablo (37611) |
| **Phone:** (240) 727-8051 | **Species:** Feline | **Breed:** Bobcat |
| **Address:** 10105 Cottage Inn Ln NE | **Age:** 23 Yrs. 0 Mos. | **Sex:** Male |
| Cumberland, MD 21502 | **Color:** Black/Grey | |

| Date | Type | Staff | History |
|------|------|-------|---------|
| 10/3/2019 | P | GD | 1.00 bottle of Meloxicam Oral 10 mL Bottle (MELBOT) <br> Rx #: 119528  0 Of 0 Refills  Filled by: AJR <br> GIVE 2 ML BY MOUTH ON DYA ONE, THEN 1ML ON DAY 2 AND 3, THEN 0.25ML EVERY 3-4 DAYS AS NEEDED. |
| 10/3/2019 | B | GD | 1.00 bottle of Meloxicam Oral 10 mL Bottle (MELBOT) by AJR |
| 6/14/2019 | P | GD | 1.00 bottle of Meloxicam Oral 10 mL Bottle (MELBOT) <br> Rx #: 114450  0 Of 0 Refills  Filled by: GD <br> GIVE 2 ML BY MOUTH ON DYA ONE, THEN 1ML ON DAY 2 AND 3, THEN 0.25ML EVERY 3-4 DAYS AS NEEDED. |
| 6/14/2019 | B | GD | 1.00 bottle of Meloxicam Oral 10 mL Bottle (MELBOT) by GD |
| 6/14/2019 | B | GD | 1.00 Charges Final (CHFINAL) by GD |
| 7/3/2018 | T | BW | Image: Previous vet records |
| 5/26/2018 | L | | Microbiology results from IDEXX Reference <br> Laboratory Requisition ID:  4601370578        Posted        Final <br> Test            Result              Reference Range <br> GIARDIA          NEGATIVE <br> OVA&PARA <br>  Ascn: 4601370578 <br><br>  OVA & PARASITES <br>  HOOKWORM OVA PRESENT FEW (3-10) <br>  LARVAE PRESENT <br>  Larvae are present which do not resemble lungworm larvae. Unable to <br>  differentiate between Strongyloides larvae and free-living nematode larvae <br>  based on appearance.   If this specimen had prolonged contact with soil, <br>  contamination with free-living larvae is possible. Recommend resubmission of a <br>  fresh specimen avoiding contact with soil. <br>  In cases of acute or chronic diarrhea in addition to a fecal flotation and <br>  antigen testing for ova and parasites consider testing for viral, bacterial and <br>  protozoal infectious agents using RealPCR (canine diarrhea panel: test code <br>  2625; feline diarrhea panel: test code 2627). |

**Exhibit 0069**

Dr. G. Duncan

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medi note, V:Vital signs

MVS00191

| | | | |
|---|---|---|---|
| **Patient:** 37611 | Diablo | **Species:** Feline | **Breed:** Bobcat |
| **Client:** 15924 | Candy, Bob (Tri-State | **DOB:** 4/17/98 | **Gender:** Male |

# NEW ANIMAL INFORMATION RECORD

## ANIMAL INFO

ANIMALS NAME: _Diablo_ BIRTHDAY/AGE: _5/18/_

SPECIES/BREED: _Pixie Bobcat_ SEX: (M) F UNKNOWN _-fixed_

COLOR/MARKINGS: _gray/brown/white_

AVERAGE TEMPERATURE/CLIMATE USED TO: _warm-inside_

TYPE OF ENVIRONMENT/CAGE: _____

TYPE OF FOOD, AMOUNT GIVEN, FREQUENCY: _meat daily_

ANY SPECIAL CARE NEEDED: _____

TEMPERMENT: _mean_

ANY PREVIOUS ILLNESS/SHOTS/MEDICATION, AND IF SO, WHAT: _neutered_

WAS ANIMAL KEPT ALONE OR WITH OTHER ANIMALS, IF SO WHAT: _alone_

## ACQUISTION/HUMAN INFO

METHOD: SALE / DONATION / BIRTH / TRADE / LOAN / RESCUE **DATE:** _2005_

NAME: _Marc Cohen-Wild Times Zological Programs,Inc._ _West_

ADDRESS: _15 W. Aylesbury Rd_ _Stephen_

CITY/STATE/ZIP: _Timonium, MD_ _Goldsmith_

PHONE # (OPTIONAL): _____ _supposed to_

USDA # (IF APPLICABLE): _____ _stay w/ party_

DRIVERS LICENSE #: _____ STATE: _____ _Goldsmith_

VEHICLE LICENSE #: _____ STATE: _____

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME: _____

## DISPOSITION INFO

METHOD: SALE / DONATION / DEATH / TRADE / (LOAN) / RELEASE **DATE:** _1/1/12_

NAME: _Animal Park Care + Rescue_

ADDRESS: _10105 Cottage Inn Lane_

CITY/STATE/ZIP: _Cumberland MD 21502_

USDA# (IF APPLICABLE): _____

PHONE # (OPTIONAL): _301-724-2408_

TRANSPORTATION INFORMATION:

METHOD: CARRIER / INTERMEDIATE HANDLER / PRIVATE VEHICLE

NAME: _____