**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

OCT 0 5 2005   GMCFADDEN

15730 cust_id
204460 insp_id
16421 site_id

**INSPECTION REPORT**

**TRI-STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

**Customer ID:** 15730
**Certificate:** 51-C-0064

# EXHIBIT K

**Site:** 001

(b)(6), (b)(7)(c)

12605 MORRES HOLLOW ROAD
CUMBERLAND, MD 21502

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** SEP-28-2005

### 3.52 ( a )
### FACILITIES, OUTDOOR.

Shelter from sunlight. When sunlight is likely to cause overheating or discomfort, sufficient shade shall be provided to allow all rabbits kept outdoors to protect themselves from the direct rays of the sun. When the atmospheric temperature exceeds 90 °F. artificial cooling shall be provided by a sprinkler system or other means.

***The outdoor rabbit enclosure has one shelter that does not allow all 6 rabbits to rest under at one time. There are two large holes that were dug by the rabbits as a cooling method. Shade must be sufficient for all animals in an enclosure to prevent overheating and discomfort. Additional shelter must be provided to protect the animals from the effects of sunlight and for the overall health of the animals. Correct by October 8, 2005.

### 3.81 ( c )
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention include individually housed nonhuman primates that are unable to see and hear nonhuman primates of their own or compatible species.

***The primate environmental enrichment plan does not address the special needs of a singly housed capuchin, pigtail and rhesus macaque. The primate environmental enrichment plan must include provisions for providing for non-human primates with special needs. The plan must be updated, with the consultation and approval of the attending veterinarian, to include specific provisions for addressing the needs of singly housed primates. Correct by October 15, 2005.

### 3.127 ( a )
### 3.127 ( d )
### FACILITIES, OUTDOOR.

Shelter from sunlight. When sunlight is likely to cause overheating or discomfort of the animals, sufficient shade by natural or artificial means shall be provided to allow all animals kept outdoors to protect themselves from direct sunlight.

***The lion enclosure does not have any shade structures. Shade should be provided in an animal enclosure to protect the

---

**Prepared By:** *Gloria A. McFadden*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** (b)(6), (b)(7)(c)   bector ID: 1048

**Received By:**

**Title:**

**Date:**
SEP-28-2005

**Date:**
SEP-28-2005

Page 1 of 2

PETA005007



United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN

Case 1:20-cv-01225-PX   Document 71-15   Filed 12/20/21   Page 2 of 44

**INSPECTION REPORT**

14430 cust_id
204460 insp_id
16421 site_id

animal from overheating and/or discomfort. Sufficient shade must be provided in the lion enclosure to protect the animal from sunlight. Correct by October 8, 2005.

Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

***The 2 brown huts that serve as the primary enclosures for two (2) artic foxes and one (1) coatimundi is not surrounded by a perimeter fence. A perimeter is needed to keep unwanted animals and persons out and to serve as a secondary containment system. A perimeter fence of a least 6 ft must be constructed to assist in containing the animals and to protect the animals from unwanted pests and people. Correct by November 30, 2005.

### 3.131 ( c )
### SANITATION.

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

***The squirrel monkey enclosure has a cracked glass. The glass must be replaced to prevent injury to the animals or the animals moved to another enclosure. Correct by October 3, 2005. Corrected during the inspection.

***Visitor Building: Equipment, building materials, and miscellaneous materials are haphazardly located just out side the main entrance next to the coati and cougar cub enclosure. Equipment and unused materials should be stored in designated areas in an orderly fashion to minimize the harborage of pests. This area must be organized and unnecessary materials removed to protect the animals and facilitate the prescribe husbandry practices. Correct by October 8, 2005.

***Llama and Goat pens: The wire fence behind the wood plank fencing has large openings due to missing wire. Also, the fencing is detached at the bottom of the goat pen creating openings and areas for escape. The wire fence needs to be replaced o repaired to prevent injury to the animals, prevent animals from reaching out to atrons, and to prevent animals from escaping from the enclosure. Correct by October 8, 2005. NOTE: Some areas of the fence line of the goat pen have been patched but this is a temporary, not lasting fix.

***Visitor Building: An area around the first recessed light in the ceiling of the large bird area, which is in close proximity to the guinea pigs, is damaged with exposed insulation. Ceiling should be kept in good repair to maintaing the integretity of the ceiling and prevent the entry or harboarge of pests. Correct by October 15, 2005.

**Prepared By:** *Gloria A. M Fadden*

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** (b)(6), (b)(7)(c) OFFICER , Inspector ID: 1048

**Received By:** ▮

**Title:** ▮

**Date:** SEP-28-2005

**Date:** SEP-28-2005

PETA005008

# USDA

**INSPECTION REPORT**

**TRI-STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND**

**Customer ID:** 15730
**Certificate:** 51-C-0064

**Site:** 001
BOB CANDY

12605 **MORRES HOLLOW ROAD**
**CUMBERLAND, MD 21502**

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** JAN-05-2006

**2.40 ( b )( 2 )**        **DIRECT**

**2.40 ( b )**
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**
The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care.

***The rabbits inside the visitor building needed their nails trimmed. The one gray rabbit's nails were curling around the pen wire. The one angora rabbit was very severely matted. It needs to be groomed/clipped for the comfort of the animal and to prevent irritation and abcesses from developing under the matting.
Correct by January 6, 2006

***The goat with the genetic leg condition has overgrown front hooves. The hooves need to be trimmed for the comfort of the animal and to maintain the health of the hooves.
Correct by January 6. 2006

Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include the availability of appropriate facilities, personnel, equipment, and services to comply with the provisions of this subchapter.

***Outdated Drugs: the following outdated drugs were found - Tylenol 07/05, Amoxi tabs - outdate was worn off, Multivits - 12/03, Amikacin 8/05, Triple Abx ointment 10/04, Isolytes IV was opened with a needle set and tubing installed. All drugs used for animals must be in date to be assured of the safety and efficacy of the drugs. Intravenous fluids cannot be reused once the sterility has been broken to protect the animals from the risk of infection. All outdated items were disposed of immediately.
Correct by: Corrected Immediately.

**2.75 ( b )( 1 )**
**RECORDS: DEALERS AND EXHIBITORS.**
The name and address of the person to whom an animal was sold or given;
    (v) The date of purchase, acquisition, sale, or disposal of the animal(s);
    (vi) The species of the animal(s); and
    (vii) The number of animals in the shipment.

***The following animal records were incomplete. The capuchin records showed 4 received, yet there is only one on property. There is no record of what happened to the other three. There are records for 6 goats when there are 8 on property. The rabbit

**Prepared By:** GLORIA A. MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** (b)(6), (b)(7)(c)    ector ID: 1048
**Received By:**

**Title:**

**Date:**
JAN-05-2006

**Date:**
JAN-05-2006

Page 1 of 10

PETA004997

**USDA**
United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

JAN 17 2006

15730 cust_id
204500 insp_id
16421 site_id

records showed 13, yet there were 14 on premise and we were advised that two new ones had not been added to the records yet. This would bring the records to 15 total rabbits. The records showed 3 guinea pigs and there were 2 physically present. There were 4 pigs present and three listed in the records. There were no records of where the chinchillas went. Records must reflect the animals currently on premise and where they are coming from and going to. This is necessary to allow us to verify that they are being moved safely and legally. These records must be corrected and all future records maintained accurately. Correct by January 12, 2006.

**3.50  ( c )**
**3.50  ( d )**
**FACILITIES, GENERAL.**
Storage. Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against infestation or contamination by vermin. Refrigeration shall be provided for supplies of perishable food.

***Rabbit feed was stored in the building with the squirrel monkeys in uncovered containers. All feed must be stored in covered containers to protect from contamination, prevent deterioration and protect from pests.
Correct by January 6, 2006.                                                                                               :

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards.

***There was a wheel barrow full of feces and other pen debris by the rabbit cages under the overhang outside the squirrel monkey building. This must be disposed of away from the animals to protect them from contamination, reduce odors and disease transmission.
Correct by January 6, 2006.

**3.54  ( a )**                                                      **DIRECT**
**FEEDING.**
Rabbits shall be fed at least once each day except as otherwise might be required to provide adequate veterinary care. The food shall be free from contamination, wholesome, palatable and of sufficient quantity and nutritive value to meet the normal daily requirements for the condition and size of the rabbit.

***There was one angora rabbit in the large animal trough that was excessively thin. This enclosure had no food in it at 2:30PM. This was the rabbit with the large buildup of mats in his coat. He needs additional feed or steps need to be taken to ensure that its nutritional needs are met. The other animals in the pen were in better flesh.
Correct by January 5, 2006.

**3.56  ( a )( 1 )**
**3.56  ( b )**
**3.56  ( c )**
**SANITATION.**
Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning. Measures

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | **Date:** |
| **Title:** | (b)(6), (b)(7)(c)    ctor ID: 1048 | JAN-05-2006 |
| **Received By:** | | **Date:** |
| **Title:** | | JAN-05-2006 |

PETA004998

**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

JAN 1 7 2006

15730 cust_id
30690 insp_id
16421 site_id

shall be taken to prevent the wetting of rabbits in such enclosures if a washing process is used.

***The four outdoor rabbit cages near the Reptile House were excessively dirty, especially the area for the top two rabbits. It was hung with hair, urine and in need of a thorough cleaning. The rabbit cages in the Reptile House was excessively dirty with hair. Regular cleaning is necessary to provide for the health and well-being of the animals.
Correct by January 7, 2006.

***Visitor Building: The large animal trough used as a rabbit enclosure has excessively soiled bedding and a build-up of material around the sides of the trough. The singly housed grey rabbit has an excessive amount of feces in its cage pan. Regular cleaning is necessary to provide for the health and well-being of the animals.
Correct by January 7, 2006.

Primary enclosures for rabbits shall be sanitized at least once every 30 days in the manner provided in paragraph (b)(3) of this section. Prior to the introduction of rabbits into empty primary enclosures previously occupied, such enclosures shall be sanitized in the manner provided in paragraph (b)(3) of this section. Primary enclosures for rabbits shall be sanitized by washing them with hot water (180 °F.) and soap or detergent as in a mechanical cage washer, or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with live steam or flame.

***There was no evidence that any of the rabbit cages or other enclosures had been sanitized by the above method in the past 30 days. The pans especially showed a heavy buildup of urine scale that will require some special methods to remove. The animal trough has a buildup of material on the sides. Adequate cage sanitation is necessary to provide for the health and well-being of the rabbits.
Correct by January 12, 2006.

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Premises shall remain free of accumulations of trash.

***The rabbit cage pans are beginning to deteriorate. There are large areas of rust forming where the urine scale has been allowed to build up on galvanized pans. This rusted metal must be treated to repair the rusted metal or the pans replaced. This is to permit adequate sanitation of the pans.
Correct by 2/5/06.

3.75 ( b )
3.75 ( c )( 1 )
3.75 ( c )( 3 )
3.75 ( e )
3.75 ( f )
**HOUSING FACILITIES, GENERAL.**
Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat

**Prepared By:** _Gloria A. McFadden_

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** (b)(6), (b)(7)(c) ector ID: 1048

**Received By:**

**Title:**

**Date:**
JAN-05-2006

**Date:**
JAN-05-2006

Page 3 of 10

PETA004999

Case 1:20-cv-01225 United States Department of Agriculture Filed 12/20/21 Page 6 of 44 MCFADDEN

Animal and Plant Health Inspection Service

15730 cust_id
204500 insp_id
16421 site_id

INSPECTION REPORT    JAN 1 7 2006

and free of clutter, including equipment, furniture, or stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures and equipment necessary for proper husbandry practices and research needs. Housing facilities other than those maintained by research facilities and Federal research facilities must be physically separated from any other businesses. If a housing facility is located on the same premises as any other businesses, it must be physically separated from the other businesses so that animals the size of dogs, skunks, and raccoons, are prevented from entering it.

***The feed storage area has an excessive buildup of clutter under the table where the feed is stored. This includes chemicals, paints and other toxic items. There is a large accumulation of open bags of feed and other trash in this area. Other areas of clutter and debris are also present in the feed area. This clutter has contributed to a significant rodent population clearly visible in this area during inspection.These areas must be maintained free of clutter to protect the animals and provide for their well being.
Correct January 12, 2006.

General requirements. The surfaces of housing facilities -- including perches, shelves, swings, boxes, houses, dens, and other furniture-type fixtures or objects within the facility -- must be constructed in a manner and made of materials that allow them to be readily cleaned and sanitized, or removed or replaced when worn or soiled. Furniture-type fixtures or objects must be sturdily constructed and must be strong enough to provide for the safe activity and welfare of nonhuman primates. Floors may be made of dirt, absorbent bedding, sand, gravel, grass, or other similar material that can be readily cleaned, or can be removed or replaced whenever cleaning does not eliminate odors, diseases, pests, insects, or vermin.

***There are wall areas in the squirrel monkey enclosure that are damaged and missing plaster. These need to be repaired/replaced to be impervious to moisture. There are some areas of wood in the squirrel monkey enclosure that are missing paint. There is a large amount of untreated structural wood surfaces in the lemur and capuchin enclosures. All of this untreated/unpainted wood needs treated to be impervious to moisture and readily cleanable.
Correct by March 5, 2006.

Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with §3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in §3.84(b)(3) of this subpart for primary enclosures.

***The squirrel monkey, capuchin, and lemur enclosures have an excessive amount feces and material build-up. Cleaning of the squirrel monkeys, capuchins and lemurs enclosures must be done regularly to remove feces and keep the non-replaceable pen structures clean and free of feces.
Correct by January 12, 2006.

Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.

Prepared By: _Gloria A. McFadden_   _An J Haulson_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Date: JAN-05-2006

Title:
Received By: (b)(6), (b)(7)(c)    Inspector ID: 1048

Title:

Date: JAN-05-2006

Page 4 of 10

PETA005000

**USDA** Case 1:20-cv-01225 United States Department of Agriculture d 12/20/21 Page 7 of 44
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

15730 cust_id
204500 insp_id
16421 site_id

***The squirrel monkey feed in their area is stored in a container that is extremely dirty. The lid is especially coated in filth.
***The feed storage area contains various chemicals including paint and other items stored under the feed storage table with other clutter and debris.
***The kitchen area contains a refrigerator that contains produce for the primates, this produce, kale and sweet potatoes are uncovered. The freezer portion of this fridge contains a dead guinea pig and a pheasant, both of which are unwrapped with a pool of blood.
***The plastic feed bin lids in the feed storage area are on upside down. They are not forming a tight seal.

All of these items must be corrected to protect the quality and safety of the feed and prevent contamination.
Correct by January 7, 2006.

Drainage and waste disposal. Housing facility operators must provide for regular and frequent collection, removal, and disposal of animal and food wastes, bedding, dead animals, debris, garbage, water, and any other fluids and wastes, in a manner that minimizes contamination and disease risk. Housing facilities must be equipped with disposal facilities and drainage systems that are constructed and operated so that animal wastes and water are rapidly eliminated and the animals stay dry. Disposal and drainage systems must minimize vermin and pest infestation, insects, odors, and disease hazards. All drains must be properly constructed, installed, and maintained. If closed drainage systems are used, they must be equipped with traps and prevent the backflow of gases and the backup of sewage onto the floor. If the facility uses sump ponds, settlement ponds, or other similar systems for drainage and animal waste disposal, the system must be located far enough away from the animal area of the housing facility to prevent odors, diseases, insects, pests, and vermin infestation. If drip or constant flow watering devices are used to provide water to the animals, excess water must be rapidly drained out of the animal areas by gutters or pipes so that the animals stay dry. Standing puddles of water in animal areas must be mopped up or drained so that the animals remain dry. Trash containers in housing facilities and in food storage and food preparation areas must be leakproof and must have tightly fitted lids on them at all times. Dead animals, animal parts, and animal waste must not be kept in food storage or food preparation areas, food freezers, food refrigerators, and animal areas.
***There is a wheel barrow full of feces and other waste products directly outside the door of the squirrel monkey building. The general feed storage area has a large accumulation of open garbage bags sitting in the area. These must be removed frequently to protect the animals and feed from contamination and prevent buildup of pests.
Correct by January 6, 2006.

### 3.80  ( b )( 2 )                    **DIRECT**
**PRIMARY ENCLOSURES.**
The minimum space that must be provided to each nonhuman primate, whether housed individually or with other nonhuman primates, will be determined by the typical weight of animals of its species, except for brachiating species and great apes /3/ and will be calculated by using the following table:

Group Weight  Floor area/animal  Height
lbs. (kg.) ft.\2\ (m \2\) in. (cm.)
1 under 2.2  (under 1) 1.6  (0.15)  20  (50.8)
2 2.2-6.6  (1-3)  3.0  (0.28)  30  (76.2)
3 6.6-22.0  (3-10)  4.3  (0.40)  30  (76.2)
4 22.0-33.0  (10-15)  6.0  (0.56)  32  (81.28)
5 33.0-55.0  (15-25)  8.0  (0.74)  36  (91.44)
6 over 55.0  (over 25)  25.1  (2.33)  84  (213.36)

***There are two large macaques each housed in an enclosure 28" deep by 24.5" wide by 64" height. They are of a size to require group 4 caging if not possibly size group 5. Each cage provides 686 square inches or 4.76 square feet. The animals did not have sufficient space to comfortably turn and make other normal postural adjustments. A weight should be taken on these animals to determine minimum caging requirements.These animals must be provided the required minimum cage size for their

**Prepared By:** *Gloria A. McFadden* *[signature] Hall DVM*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER   Inspector ID: 1048                  **Date:** JAN-05-2006
Received By: (b)(6), (b)(7)(c)

**Title:**                                                                  **Date:** JAN-05-2006

ge 5 of 10

PETA005001



**USDA**

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

15730 cust_id
204500 insp_id
16421 site_id

health and well being.
Correct by January 10, 2006.

### 3.81    REPEAT NCI
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

Dealers, exhibitors, and research facilities must develop, document, and follow an appropriate plan for environment enhancement adequate to promote the psychological well-being of nonhuman primates. The plan must be in accordance with the currently accepted professional standards as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian. This plan must be made available to APHIS upon request, and, in the case of research facilities, to officials of any pertinent funding agency. The plan, at a minimum, must address each of the following:

***At present none of the primates have a fully complete written plan for environmental enhancement and enrichment. Some, like the squirrel monkeys and macaques had something written but it was not signed off on by the veterinarian. The capuchin and the macaques have no written plan for environmental enrichment and enhancement. Also, the special needs of the singly housed capuchin that can see lemurs but no other capuchins and the macaques who are singly housed but can see each other. A written program of veterinary care must be developed and established with the consultation and approval of the the the veterinarian. REMAINS UNCORRECTED

Note: Copy given on how to create a program of enrichment.

### 3.84  ( b )( 2 )
### 3.84  ( c )
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Indoor primary enclosures must be sanitized at least once every 2 weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard, using one of the methods prescribed in paragraph (b)(3) of this section. However, if the species of nonhuman primates housed in the primary enclosure engages in scent marking, the primary enclosure must be sanitized at regular intervals determined in accordance with generally accepted professional and husbandry practices. Hard surfaces of primary enclosures and food and water receptacles must be sanitized using one of the following methods:
   - Live steam under pressure;
   - Washing with hot water (at least 180 °F (82.2 °C)) and soap or detergent, such as in a mechanical cage washer;
   - Washing all soiled surfaces with appropriate detergent solutions or disinfectants, or by using a combination detergent/disinfectant product that accomplishes the same purpose, with a thorough cleaning of the surfaces to remove organic material, so as to remove all organic material and mineral buildup, and to provide sanitization followed by a clean water rinse.

***The Macaque cages must be cleaned and sanitized by one of the methods described above every two weeks. The hard surfaces of the other primate's enclosures must be done gradually, on a rotating basis during a two week period. This is to permit areas of the cage to remain scent marked from day to day while still conducting this cleaning. The condition of the primate enclosures and the buildup of dirt and debris especially in the wood pens confirms that this needs to be done on a regular schedule.
Correct by January 14, 2006.

**Prepared By:** _Gloria A. McFadden_     _for J Hul DVM_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care                  **Date:**

**Title:** _____     Inspector ID: 1048                  JAN-05-2006
(b)(6), (b)(7)(c)
**Received By:**

                                                                   **Date:**
**Title:**                                                         JAN-05-2006

                        Page 6 of 10

PETA005002



United States Department of Agriculture
Animal and Plant Health Inspection Service

15730 cust_id
204500 insp_id
16421 site_id

JAN 17 2006

**INSPECTION REPORT**

Housekeeping for premises. Premises where housing facilities are located, including buildings and surrounding grounds, must be kept clean and in good repair in order to protect the nonhuman primates from injury, to facilitate the husbandry practices required in this subpart, and to reduce or eliminate breeding and living areas for rodents, pests, and vermin. Premises must be kept free of accumulations of trash, junk, waste, and discarded matter. Weeds, grass, and bushes must be controlled so as to facilitate cleaning of the premises and pest control.

***The kitchen area requires that the bare untreated wood surfaces be treated to be impervious to moisture and readily cleanable. Basement building is in poor repair, especially the outer door and the walls surrounding that area. There are deep holes in the wall and at the base of the door. These permit entry of any number of vermin to this area. These must be repaired to facilitate the husbandry program and comtrol the entry of pests.
Correct by March 5, 2006.

**3.85**

**EMPLOYEES.**

Every person subject to the Animal Welfare regulations (9 CFR parts 1, 2, and 3) maintaining nonhuman primates must have enough employees to carry out the level of husbandry practices and care required in this subpart. The employees who provide husbandry practices and care, or handle nonhuman primates, must be trained and supervised by an individual who has the knowledge, background, and experience in proper husbandry and care of nonhuman primates to supervise others. The employer must be certain that the supervisor can perform to these standards.

***There is an insufficient number of people to adequately meet the needs of the number and variety of animals on this premise. There is no evidence that all the individuals providing the care to the primates meet the requirements of this section. The individual supervising primate care must be experienced and knowledgeable in primate care.
Correct by January 31, 2006.

**3.125 ( a )**

**3.125 ( c )**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The lion cage has several areas that are very insecure. There is bent loose broken 14 gauge wire as part of the enclosure. Some of the wire is attached by nylon ties which the animal could break easily. The lower half of the pen on one side is chain link that in some places is not attached at the bottom to anything solid. There is a loose pipe hanging in the pen along one wall. By the animal's shelter the fence is barely 6 feet tall. Adjoining this 6 foot fence are two side by side 4 foot fences accessing into the visitor area.

***The tigers' cage is equally poor. They are beginning to cover the 14 gauge wire with heavier paneling but it is not yet attached to the fence posts except by some bent nails. The tigers are quite capable of leaping to the area of wire that is entirely 14 gauge with no other wire associated with it. The animals could easily enter the visitor area at this time.

These pens are very insecure and with the poor condition of the perimeter fence the inadequacies of the primary enclosure fencing could easily result in an escape. The enclosure fence must be constructed so as to contain the animals within.

***There are three llamas and one goat in an enclosure that presently permits them to roam the zoo as two panels of the fence are entirely missing. With the poor condition of the perimeter fence these animals could be found roaming the road.

Prepared By: *Gloria A. McFadden* ~~~ Halson

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Date: JAN-05-2006

Title: VETERINARY MEDICAL OFFICER Inspector ID: 1048

Received By: (b)(6), (b)(7)(c)

Date: JAN-05-2006

Title:

Page 7 of 10

PETA005003

USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

15730 cust_id
204500 insp_id
16421 site_id



Correct by January 21, 2006.

Storage. Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against deterioration, molding, or contamination by vermin. Refrigeration shall be provided for supplies of perishable food.

***The meat freezers were filthy. The one still containing chicken for the animals receiving meat contained blood, broken packages and other debris frozen to the bottom of the freezer. The other chest freezer reeked from decaying meat as there were two thawed deer rib cages that were rotting in the bottom of it. This is highly contaminating in the facility kitchen. The top of the one refrigerator contained a black sack with "feed" from the veterinarian, supposedly some animals to be fed. This all must be cleaned and checked out with the veterinarian. Only feedstuffs may be kept in the kitchen. This includes removing the two unwrapped carcasses from the fridge with the produce in it previously cited under primates.
Correct by January 7, 2006.

**3.126 ( c )**         **DIRECT**

**FACILITIES, INDOOR.**

Lighting. Indoor housing facilities shall have ample lighting, by natural or artificial means, or both, of good quality, distribution, and duration as appropriate for the species involved. Such lighting shall be uniformly distributed and of sufficient intensity to permit routine inspection and cleaning. Lighting of primary enclosures shall be designed to protect the animals from excessive illumination.

***The caracal and serval area of the basement were inadequately lit to provide for the animals comfort, permit adequate cleaning, feeding and inspection. These animals need a regular diurnal light cycle on a day to day basis. It was too dim to adequately view the area. All other indoor animals require this cycle on a day to day basis. This includes all the animals at the visitor's center, especially the two macaques.It also includes the 6 rabbits in the back area behind the squirrel monkeys. Adequate light on a regular daily basis is critical to an animals health and well being.
Correct by January 7,2006

**3.127 ( b )**         **DIRECT**

**3.127 ( c )**

**3.127 ( d )**

**FACILITIES, OUTDOOR.**

(b) Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.

***The tigers do not have adequate shelter for the present ambient temperature. Their enclosure consists of a roof without any sides. The minimum acceptable shelter for the winter requires three sides and a roof.These animals must be provided a three-sided shelter for adequate winter protection. Correct by January 21, 2006.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

***This facility is one giant puddle, few if any of the hoofstock have a truly dry area to lay down. The pen with thee llamas and the goat had water standing even in their shelter. Their salt block was sitting in the mud and feces mix the pen has become. The pens with the 6 sheep, the 4 pot belly pigs and the 6 goats respectively were equally disastrous. All were a slimy mix of mud and accumulated feces with little if any dry space to lay down. This creates problems with the animals feet and legs from standing in water constantly. It provides a breeding ground for parasites and disease. REMAINS UNCORRECTED.

**Prepared By:** *Gloria A McFadden*    *(rJHaldm*

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care     **Date:**

**Title:** (b)(6), (b)(7)(c)      ER , Inspector ID: 1048     JAN-05-2006

**Received By:**

                              **Date:**

**Title:**                              JAN-05-2006

PETA005004

**USDA** Case 1:20-cv-01225-TX Document 7-2 Filed 12/20/21 Page 11 of 44

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

15730 cust_id
204500 insp_id
16421 site_id

JAN 1 7 2006

3.127(d) Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator. A perimeter fence is not required:

***There is one area where the perimeter fence is being used as the back wall of the enclosure for the two tigers. It is their shelter and lock down area that uses the perimeter fence for this purpose. The mountain lion enclosure is separate from the perimeter fence but is directly against the wood and 14 gauge wire extension of the perimeter fence on the side facing the public access road. Both of these areas present a clear risk of contact with other animals or the public.
Correct by:2/5/06

***There are multiple areas where the perimeter fence is deteriorating and in need of repair. One road gate no longer locks it is just held shut with a few bars of wood on the inside that could be slipped free from the outside. There are areas of the wood perimeter that are patched with the 14 gauge wire. The 14 gauge wire used to make the fence 8' tall is already bending in. The one gate at the rear has an opening at the bottom large enough to permit animals to enter from underneath and a wide enough space between the gates to do the same. Many of the boards on the front area are widely spaced and could allow animals to enter the park. There is a board missing along the back area by the pigs and goats that needs to be replaced. These must be corrected to prevent entry of unwanted animals and people.
Correct by: 7/5/06

**3.129  ( a )**                    **DIRECT**
**FEEDING.**

a)The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet shall be prepared with consideration for the age, species, condition, size, and type of the animal. Animals shall be fed at least once a day except as dictated by hibernation, veterinary treatment, normal fasts, or other professionally accepted practices.

***There was a salt block for the 3 llamas and the one goat just lying in the mud. Feed and supplements must be presented in a clean uncontaminated method to the animals. None of the big cat diets have been signed off on and approved by the facility veterinarian. The quantity of chicken vs red meat that is being fed is of concern. The big cat diets needs to be written and then approved by the facility veterinarian.
Correct by: 1/12/06

**3.131  ( a )**
**3.131  ( c )**
**3.131  ( d )**
**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by

| | | |
|---|---|---|
| **Prepared By:** | *Gloria A. McFadden* *(n) Hail DVM* | |
| | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | **Date:** |
| **Title:** | (b)(6), (b)(7)(c)          Inspector ID: 1048 | JAN-05-2006 |
| **Received By:** | | |
| | | **Date:** |
| **Title:** | | JAN-05-2006 |

PETA005005

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN

15730 cust_id
204500 insp_id
16421 site_id

INSPECTION REPORT

JAN 17 2006

hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

***The outdoor livestock pens were an incredible mix of feces and mud. Feces from the hoofstock and the roaming avian species were everywhere in the areas the public and we traverse. The arctic fox pen was also excessively dirty and in need of removal of the present substrate. Regular removal of feces is required from all areas to prevent the spread of disease and parasites and reduce odors. Correct by: 1/12/06

(c)Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

***The visitor building needs a thorough cleaning. There is a large collection of bedding under some of the cages. There is one lizard that has its cage on the floor with just some newspapers to keep the carpets in this area protected from his waste products. It allows for contaminating the area that the mammals reside in. All of the building areas, especially the feed storage area need the clutter and debris removed to permit prescribed husbandry and reduce residences for various pests. Correct by:1/12/06

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

***There was abundant evidence of rodent activity in this facility. There were rodent holes in the arctic fox pen. There were rodent holes in the feed storage area and at least three live mice spotted in this area. In addition all of the plastic feed tubs have severe damage done to their lids by rodents. They were placed upside down on the tubs in an effort to prevent further damage to the lids. This prevented adequate sealing of the lids on the tubs. There was also a mouse on the loose in the visitors building. This facility needs to develop a pest control program as the rodent population is high and very visible. Correct by: 1/12/06

## 3.132
## EMPLOYEES.

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care..

***There is an insufficient number of employees available to meet the needs of this widely varied group of animals. The condition of this facility is ample evidence of this lack of manpower. An adequate number of trained employees must be provided to meet the care and husbandry needs of the animals. Correct by:2/6/06

Prepared By: _Gloria A. McFadden   Any Hall D.M_

Title: (b)(6), (b)(7)(c)   GLORIA MCFADDEN, D.V.M., USDA, APHIS, Animal Care   ctor ID: 1048   Date: JAN-05-2006

Received By:

Title:   Date: JAN-05-2006

Page 10 of 10

PETA005006



United States Department of Agriculture

Animal and Plant Health Inspection Service

GMCFADDEN

**INSPECTION REPORT**

JAN 1 7 2006

51730 cust_id
204502 insp_id
16421 site_id

**TRI-STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

**Customer ID:** 15730

**Certificate:** 51-C-0064

**Site:** 001

**12605 MORRES HOLLOW ROAD**
**CUMBERLAND, MD 21502**

(b)(6), (b)(7)(c)

**Inspection**
**Type:** ROUTINE INSPECTION

**Date:** JAN-09-2006

## 3.125 ( a )
### FACILITIES, GENERAL.

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***On September 28, 2005, two artic foxes were moved into an enclosure outside of the perimeter fence. The animals escaped and are living on the property near the log cabin. Efforts to capture the animals have been unsuccessful. Primary enclosures must be constructed in a manner that will contain the species for the protection of the animals and the public. The animals must be captured and placed in an enclosure that will contain them. Correct by January 14, 2006 and

## 3.127 ( d )                          **DIRECT**
### FACILITIES, OUTDOOR.

Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

***On September 28, 2005, two artic foxes escaped from their primary enclosure, which was located outside of the perimeter fence. They are currently living outside of the perimeter fence. Efforts to capture the animals have not been successful. Animals defined as non-dangerous must be enclosed in a 6 foot perimeter fence to serve as a secondary containment system. Animals outside of the perimeter fence must be contained within. The foxes need to be captured and placed within the perimeter fence. Correct by January 14, 2006.

**Prepared By:**  _signature_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER  Inspector ID: 1048

**Date:**
JAN-09-2006

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:**
JAN-09-2006

Page 1 of 2



United States Department of Agriculture
Animal and Plant Health Inspection Service

JAN 17 2006

GMCFADDEN

45730 cust_id
204502 insp_id
16421 site_id

Case 1:20-cv-01225-PX Document Filed 23/20/21 Page 14 of 44

## INSPECTION REPORT

This is a focused inspection for the purpose of evaluating non-compliant items with correction dates before January 9th, 2006.

The following non-compliant items have been corrected:
2.40(b)and 2.40(b)(2) Program of Veterinary Care - All rabbit nails have been clipped.

2.75(b)(1) Records - All records have been updated to include most recent acquisitions and dispositions. This item has a crrction date of January 12, 2006.

3.50(c) Storage - All rabbit feed in rooms with animals are in airtight containers.

3.50(d) Waste Disposal - Waste material was not stored in animal areas. Employees have been trained of proper waste disposal.

3.54(a) Feeding The angora rabbit is singly housed in a rabbit hutch to ensure he receives its daily nutrient requirements.

3.56(a)(1) and 3.56(b) Sanitation - All rabbit enclosures have been cleaned.

3.75(e) Storage - All feed containers are free of dirt and dust. Excessive clutter and debris and chemicals have been removed from the feed building. The refrigerator has been cleaned out and the carcasses are in bags.

3.125(c) Storage - The meat freezers have been cleaned and sanitized and employees trained on proper food storage and cleaning practices.

3.126(c) Lighting - The caracal and serval now have adequate lighting.

Prepared By: _____
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER   Inspector ID: 1048

Date:
JAN-09-2006

Received By: (b)(6), (b)(7)(c)

Title:

Date:
JAN-09-2006

Page 2 of 2

PETA004996



**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

15730 cust_id
204519 insp_id
16421 site_id

## INSPECTION REPORT

TRI-STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND

Customer ID: 15730
Certificate: 51-C-0064

Site: 001

12605 MORRES HOLLOW ROAD
CUMBERLAND, MD 21502

(b)(6), (b)(7)(c)

Inspection
Type: ROUTINE INSPECTION
Date: FEB-14-2006

| 2.40 | ( b )( 2 ) | REPEAT NCI | DIRECT |
| 2.40 | ( b )( 3 ) | REPEAT NCI | |

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care.

***The following outdated drugs were found: a bottle of Prang dated 04/04, Rolaids dated 12/05, Zimecterin dated 04/03, and Ivercare dated 03/04. All drugs used for animals must not be used or kept for use after the expiration date to be ensured the safety and efficacy of the drugs. All outdated items were disposed of at the time of inspection. Corrected at the time of inspection.

Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include the availability of appropriate facilities, personnel, equipment, and services to comply with the provisions of this subchapter.

***One Angora rabbit is matted. It needs to be groomed/clipped for the comfort of the animal and to prevent irritation and abscesses from developing under the matting. REMAINS UNCORRECTED

***Both angora rabbits are thin with prominent bony processes along the spine and pelvis. Also, these animals may have been without adequate water and food for a period of time or intermittently as indicate in citation 3.54(a). Proper observation of animal health should be done daily and communicated with the veterinarian to determine the diagnosis and proper treatment for all animals. These rabbits should be examined by a veterinarian to evaluate the cause of the weight loss and poor body condition. REMAINS UNCORRECTED

## 3.30

### WATERING.

Open containers used for dispensing water to guinea pigs shall be so placed in or attached to the primary enclosure as to minimize contamination from excreta. All watering receptacles shall be sanitized when dirty: Provided, however, That such receptacles shall be sanitized at least once every 2 weeks.

***Dirty drinking water is in a bowl on the floor in the guinea pig enclosure. A water receptacle that would minimize contamination should be used to provide potable water to the animals. Correct by February 18, 2006

Prepared By: *Gloria A McFadden*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Title: (b)(6), (b)(7)(c)        D: 1048

Date:
FEB-14-2006

Received By:

Title:

Date:
FEB-15-2006

Page 1 of 10

PETA004985



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

MCFADDEN

15730 cust_id
204519 insp_id
16421 site_id

| | | |
|---|---|---|
| 3.50 ( c ) | REPEAT NCI | |
| 3.50 ( d ) | REPEAT NCI | |

**FACILITIES, GENERAL.**

(d) Storage. Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against infestation or contamination by vermin. Refrigeration shall be provided for supplies of perishable food.

\*\*\*A new load of hay has been delivered and is stored directly on the ground. Hay should be stored so as to prevent molding and contamination by pests. Two angora rabbits are housed in a hutch just outside the entrance to the feed storage building and hay is provided to these animals as well. Hay must be stored off the ground to prevent contamination by pests and protect from moisture and soilage.

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards.

\*\*\*The stainless steel rabbit racks under the Reptile House over hang are empty but feces and hay have not been removed and properly disposed. Waste must be disposed of rapidly so as to prevent the attraction of pests, reduce odors, and prevent disease transmission. REMAINS UNCORRECTED

3.52 ( c )                     **DIRECT**

**FACILITIES, OUTDOOR.**

Shelter from cold weather. Shelter shall be provided for all rabbits kept outdoors when the atmospheric temperature falls below 40 °F.

\*\*\*The two angora rabbits are in an outdoor hutch that provides a 3-sided shelter that makes up 1/3 of the enclosure. The rest of the hutch is constructed of wire which leaves the rabbits somewhat exposed to wind and extremely cold temperatures. Measures should be taken to provide additional protection from harsh weather conditions. Correct by February 15, 2006.

3.54 ( a )     **REPEAT NCI**     **DIRECT**

**FEEDING.**

Rabbits shall be fed at least once each day except as otherwise might be required to provide adequate veterinary care. The food shall be free from contamination, wholesome, palatable and of sufficient quantity and nutritive value to meet the normal daily requirements for the condition and size of the rabbit.

\*\*\*The angora rabbits pan has old moist, caked food at the bottom of the pan with fresh pellets on top. Rabbit feces is also present in the food bowl. The rabbits have not eaten the food from the last feeding. The food is probably contaminated and not palatable.

| | | |
|---|---|---|
| 3.75 ( b ) | REPEAT NCI | |
| 3.75 ( c )( 1 ) | REPEAT NCI | |

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | **Date:** FEB-14-2006 |
| **Title:** (b)(6), (b)(7)(c) | 048 | |
| **Received By:** | | **Date:** FEB-15-2006 |
| **Title:** | | |

Page 2 of 10

PETA004986

United States Department of Agriculture, Animal and Plant Health Inspection Service

FEB 23 2006

Case 1:20-cv-01225-PX Document 41-5 Filed 12/20/21 Page 17 of 44

MCFADDEN
15730 cust_id
204519 insp_id
16421 site_id

**INSPECTION REPORT**

### 3.75 ( c )( 3 )     REPEAT NCI

**HOUSING FACILITIES, GENERAL.**

(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat and free of clutter, including equipment, furniture, or stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures and equipment necessary for proper husbandry practices and research needs.

***An excessive accumulation of clutter is present throughout the visitor building, including around the macaque enclosure. Unused equipment is stored in an area of the building haphazardly. Bags of dog food are present and the use status is questionable. A trough with bedding is also present but no plans to use for an animal. Excessive clutter of supplies and equipment can serve as harborage area for rodents and other pests. Unnecessary equipment should be removed from the animal building and any remaining equipment should be cleaned, properly covered, and stored in an organized manner to reduce the harborage of rodents. REMAINS UNCORRECTED

***Excessive clutter also exists around the entry to the basement which houses several other species of non-human primates.

(c)(1) General requirements. The surfaces of housing facilities -- including perches, shelves, swings, boxes, houses, dens, and other furniture-type fixtures or objects within the facility -- must be constructed in a manner and made of materials that allow them to be readily cleaned and sanitized, or removed or replaced when worn or soiled. Furniture-type fixtures or objects must be
sturdily constructed and must be strong enough to provide for the safe activity and welfare of nonhuman primates. Floors may be made of dirt, absorbent bedding, sand, gravel, grass, or other similar material that can be readily cleaned, or can be removed or replaced whenever cleaning does not eliminate odors, diseases, pests, insects, or vermin.

***There are wall areas in the squirrel monkey enclosure that are damaged and missing plaster. These need to be repaired/replaced to be impervious to moisture. There are some areas of wood in the squirrel monkey enclosure that are missing paint. There is a large amount of untreated structural wood surfaces in the lemur and capuchin enclosures. All of this untreated/unpainted wood must be made impervious to moisture and readily cleanable. REMAINS UNCORRECTED

(c) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in 3.84(b) of this subpart for primary enclosures.

***The squirrel monkey, capuchin, and lemur enclosures have an excessive amount feces and material build-up on surfaces, including perches. Cleaning of the squirrel monkeys, capuchins and lemurs enclosures must be done regularly to remove feces and the non-replaceable structures must be kept clean and free of fecal and food buildup. Non-human primate enclosure must be adequately cleaned to prevent build-up of feces and food debris. REMAINS UNCORRECTED

***Excreta and food waste was present under the pigtail macaque enclosure. Excreta and food waste must be removed from underneath animals as often as necessary to prevent an excessive accumulation of feces and food waste and to reduce disease hazards, insects, pests, and odors.

### 3.76 ( c )

**Prepared By:** _Gloria A. McFadden_          _Ann Haldun_

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care          **Date:** FEB-14-2006

**Title:** (b)(6), (b)(7)(c) __    ctor ID: 1048

**Received By:**

**Title:**          **Date:** FEB-15-2006

Page 3 of 10

PETA004987

**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

## INDOOR HOUSING FACILITIES.

Lighting. Indoor housing facilities shall have ample lighting, by natural or artificial means, or both, of good quality, distribution, and duration as appropriate for the species involved. Such lighting shall be uniformly distributed and of sufficient intensity to permit routine inspection and cleaning. Lighting of primary enclosures shall be designed to protect the animals from excessive Illumination.

***The young lemur is in a dark enclosure, making it difficult to view the animal. This animal needs a regular diurnal light cycle on a day to day basis. Measures should be taken to ensure that all animals receive adequate light on a daily basis for the animals overall health and well being. Correct by February 18, 2006.

### 3.80   ( b )( 2 )        REPEAT NCI
### PRIMARY ENCLOSURES.

The minimum space that must be provided to each nonhuman primate, whether housed individually or with other nonhuman primates, will be determined by the typical weight of animals of its species, except for brachiating species and great apes and will be calculated by using the following table:

Group Weight /Floor area/animal Height
lbs. (kg.) ft.\2\ (m \2\) in. (cm.)

1 under 2.2 (under 1) 1.6 (0.15) 20 (50.8)
2 2.2-6.6 (1-3) 3.0 (0.28) 30 (76.2)
3 6.6-22.0 (3-10) 4.3 (0.40) 30 (76.2)
4 22.0-33.0 (10-15) 6.0 (0.56) 32 (81.28)
5 33.0-55.0 (15-25) 8.0 (0.74) 36 (91.44)
6 over 55.0 (over 25) 25.1 (2.33) 84 (213.36)

***The juvenile lemur is in an enclosure 16.5"W x 22.5"L x 20.5"H. He is of a size to require Group 2 caging --- 3.0 square feet and a height of  30". The animal enclosure is only 2.6 square feet and 20.5" in height.  This animal does not have sufficient space to comfortably turn and make other normal postural adjustments. These animals must be provided the required minimum cage size for his weight.

### 3.81             REPEAT NCI
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

Dealers, exhibitors, and research facilities must develop, document, and follow an appropriate plan for environment enhancement adequate to promote the psychological well-being of nonhuman primates. The plan must be in accordance with the currently accepted professional standards as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian. This plan must be made available to APHIS upon request, and, in the case of research facilities, to officials of any pertinent funding agency.

***At present none of the primates have a fully complete written plan for environmental enhancement and enrichment. Some, like the squirrel monkeys and macaques had something written but it was not signed by the veterinarian. The capuchin and the macaques have no written plan for environmental enrichment and enhancement. No additional enrichment is provided to the singly housed lemur and the pigtail macaques that do not have sensory interaction with other non-human primates, i.e. seeing, hearing, and touching others of the same species.

| Prepared By: | _Gloria A. McFadden_ | | |
| --- | --- | --- | --- |
| | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | | **Date:** |
| Title: | (b)(6), (b)(7)(c) | ID: 1048 | FEB-14-2006 |
| Received By: | | | |
| | | | **Date:** |
| Title: | | | FEB-15-2006 |

Page 4 of 10

PETA004988

FEB 2 3 2006

Case 1:20-cv-01225-PX   Document 1-8   Filed 12/20/21   Page 19 of 44

United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN

15730 cust_id
204519 insp_id
16421 site_id

**INSPECTION REPORT**

***There is also minimum documentation and indication of efforts to provide enrichment to the non-human primates, on a daily basis.

A written environmental enrichment plan, to include special considerations for singly housed non-human pimate, of must be developed and maintained with the consultation and approval of the veterinarian. REMAINS UNCORRECTED

| 3.84 | ( a ) | REPEAT NCI |
| 3.84 | ( b )( 2 ) | REPEAT NCI |
| 3.84 | ( c ) | REPEAT NCI |

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

***The squirrel monkey, capuchin, and lemur enclosures have an excessive amount feces and material build-up on surfaces, including perches. Cleaning of the squirrel monkeys, capuchins and lemurs enclosures must be done regularly to remove feces and the non-replaceable structures must be kept clean and free of fecal and food buildup. Non-human primate enclosure must be adequately cleaned to prevent build-up of feces and food debris. REMAINS UNCORRECTED

***Excreta and food waste was present under the pigtail macaque enclosure. Excreta and food waste must be removed from underneath animals as often as necessary to prevent an excessive accumulation of feces and food waste and to reduce disease hazards, insects, pests, and odors.

(b)(2) Indoor primary enclosures must be sanitized at least once every 2 weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard, using one of the methods prescribed in paragraph (b)(3) of this section. However, if the species of nonhuman primates housed in the primary enclosure engages in scent marking, the primary enclosure must be sanitized at regular intervals determined in accordance with generally accepted professional and husbandry practices. Hard surfaces of primary enclosures and food and water receptacles must be sanitized using one of the following methods:

- Live steam under pressure;
- Washing with hot water (at least 180F (82.2C) and soap or detergent, such as in a mechanical cage washer;
- Washing all soiled surfaces with appropriate detergent solutions or disinfectants, or by using a combination detergent/disinfectant product that accomplishes the same purpose, with a thorough cleaning of the surfaces to remove organic material, so as to remove all organic material and mineral buildup, and to provide sanitization followed by a clean water rinse.

***There is no indication that the Macaque cage was sanitized every two weeks by one of the methods described above. The wood surfaces of the other non-human primates have a build-up of feces and debris. The hard surfaces of these enclosures must be done gradually, on a rotating basis during a two week period, to permit areas of the cage to remain scent marked from day to day. The condition of the primate enclosures and the buildup of dirt and debris, especially in the wood pens, confirm that

---

**Prepared By:** GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
**Title:** (b)(6), (b)(7)(c) , Inspector ID: 1048
**Date:** FEB-14-2006

**Received By:**
**Title:**
**Date:** FEB-15-2006

Page 5 of 10

PETA004989

FEB 23 2006

Case 1:20-cv-01225-PX Document 113-21 Filed 12/20/21 Page 20 of 44

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

15730 cust_id
204519 insp_id
16421 site_id

this needs to be done on a regular schedule.

(c) Housekeeping for premises. Premises where housing facilities are located, including buildings and surrounding grounds, must be kept clean and in good repair in order to protect the nonhuman primates from injury, to facilitate the husbandry practices required in this subpart, and to reduce or eliminate breeding and living areas for rodents, pests, and vermin. Premises must be kept free of accumulations of trash, junk, waste, and discarded matter. Weeds, grass, and bushes must be controlled so as to facilitate cleaning of the premises and pest control.

***Kitchen: The floor is extremely dirty. The bare untreated wood surfaces are not impervious to moisture and must be treated to render it impervious to moisture and readily cleanable.

***Basement of visitor building, which houses some non-human primates, is in poor repair. The outer door and the walls surrounding that area. There are 2 large deep holes in the wall and at the base of the door as you enter the basement from outside. This structural damage could allow for the entry of any number of vermin to this area. These must be repaired to facilitate the husbandry program and control the entry of pests for protection of the animals. REMAINS UNCORRECTED.

**3.85          REPEAT NCI**

**EMPLOYEES.**

Every person subject to the Animal Welfare regulations (9 CFR parts 1, 2, and 3) maintaining nonhuman primates must have enough employees to carry out the level of husbandry practices and care required in this subpart. The employees who provide husbandry practices and care, or handle nonhuman primates, must be trained and supervised by an individual who has the knowledge, background, and experience in proper husbandry and care of nonhuman primates to supervise others. The employer must be certain that the supervisor can perform to these standards.

***There are an insufficient number of adequately trained employees available to meet the needs of the non-human primates. New or inexperienced employees are working alone on some days of the week. The lack of cleaning and sanitization and the general need for housekeeping throughout the facility is ample evidence of this lack of manpower and inadequately supervised staff. There is no evidence that all the individuals providing the care to the primates meet the requirements of this section. The individual supervising primate care must be experienced and knowledgeable in primate care. An adequate number of trained employees, under the direct supervision of an experienced person, must be provided to meet the care and husbandry needs of the animals. REMAINS UNCORRECTED.

**3.125 ( a )          REPEAT NCI**

**3.125 ( c )          REPEAT NCI**

**FACILITIES, GENERAL.**

(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The lion cage has several areas that are very insecure. The hog panels are not attached to the bottom or side supporting posts, allowing areas with gaps that will allow a paw to reach under. The hog panels are not buried into the ground at any point. The chain link fence that makes up part of as a semi-secondary enclosure fence has been pulled from the bottom post attachment in two areas, leaving large gaps and just the hog panels that are not completely secure. Also, some of the support post and wire twists are excessively rusty. REMAINS UNCORRECTED.

| Prepared By: | *Gloria J. McFadden* | | |
|---|---|---|---|
| | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | **Date:** | FEB-14-2006 |
| Title: (b)(6), (b)(7)(c) | | | |
| Received By: | | | |
| Title: | | **Date:** | FEB-15-2006 |

Page 6 of 10

PETA004990

**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN

15730 cust_id
204519 insp_id
16421 site_id

**INSPECTION REPORT**

***The exhibit tiger enclosure fence is not secure at the bottom left corner where a large rock is located. The hog panels making up the right side of the enclosure is not adequately attached and presents as a point of escape if the smaller gauge fencing is broken or detached. REMAINS UNCORRECTED.

***There are three llamas and one goat in an enclosure that presently permits them to roam the zoo as four panels of the fence are entirely missing. With the poor condition of the perimeter fence these animals could be found roaming the road. REMAINS UNCORRECTED.

The pens are inadequately secure and with the poor condition of the perimeter fence the inadequacies of the primary enclosure fencing could easily result in an escape into the surrounding community. The enclosure fence must be constructed so as to contain the animals within.

***On September 28, 2005, two arctic foxes were moved into an enclosure outside of the perimeter fence. The animals escaped and are living on the property near the log cabin. Efforts to capture the animals were unsuccessful. The animals seem to no longer be residing in the vicinity of the zoo. It is unlikely these animals will be recovered. Primary enclosures must be constructed in a manner that will contain the species for the protection of the animals and the public. The animals must be captured and placed in an enclosure that will contain them.

(c) Storage. Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against deterioration, molding, or contamination by vermin. Refrigeration shall be provided for supplies of perishable food.

***An open barrel of animal bones (long bones and rib cages), is sitting in the middle of the kitchen floor. There is a moderate odor. These bone scraps were disposed of during the inspection.

***One unused or turned off refrigerator is dirty and has a bag of an unknown substance in the bottom. Another refrigerator for storing fruit is dirty.

***Uncovered bone scraps are kept in a freezer with other meat that are in packages. Meat should be placed in a bag or container to prevent deterioration of the foodstuff and contamination of the freezer and other foodstuffs.

***A large uncovered plastic container full of an unknown foodstuff in the visitor building storage. Its use is questionable.

Dirty refrigerators and open meat products and improperly stored foods can potentially contaminate foodstuffs and contribute to a pest problem. This is highly contaminating in the facility kitchen and a building where animals are housed. Refrigerators and freezers and areas where food is stored must be kept clean and foodstuffs properly stored to prevent contamination by vermin and deterioration. REMAINS UNCORRECTED.

***Feed is stored on a wooden table in the feed storage building. . A hole is in a bag of hog feed and a mouse (or mice) can be heard scurrying inside. Some of the feed has spilled out onto another bag of feed. Rodent feces are present between the bag of hog feed and horse feed. The outdoor shed has areas that allow the entry of rodents. The storage facility must be made to prevent the entry of pests to prevent contamination of foodstuffs. REMAINS UNCORRECTED.

| | | |
|---|---|---|
| 3.127 ( b ) | REPEAT NCI | DIRECT |
| 3.127 ( c ) | REPEAT NCI | |
| 3.127 ( d ) | REPEAT NCI | |

FACILITIES, OUTDOOR.

Prepared By: *Gloria A. McFadden*

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Title: VETERINARY MEDICAL OFFICER  Inspector ID: 1048

Received By: (b)(6), (b)(7)(c)

Title:

Date: FEB-14-2006

Date: FEB-15-2006

Page 7 of 10

FEB 2 3 2006

Case 1:20-cv-01225-PX Document Animal and Plant Health Inspection Service 12/20/21 Page 22 of 44 MCFADDEN

United States Department of Agriculture

15730 cust_id
204519 insp_id
16421 site_id

**INSPECTION REPORT**

(b) Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.

***The tigers and cougars do not have adequate shelter for the winter temperatures and conditions. Their enclosure consists of 2 solid sides. However, for adequate protection from inclement weather a third side should be added. The minimum acceptable shelter for the winter requires three sides and a roof.These animals must be provided a three-sided shelter for adequate winter protection. REMAINS UNCORRECTED.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

***This facility is one giant puddle, few if any of the hoofstock have a truly dry area to lay down. The pen with the three llamas and a goat had water standing in one area in the center of the pen.The pens with the 6 sheep, the 4 pot belly pigs and the 7 goats respectively were equally disastrous. All were a mix of mud and accumulated feces with little if any dry space to lay down. This creates problems with the animals feet and legs from standing in water constantly. It provides a breeding ground for parasites and disease. REMAINS UNCORRECTED.

(d) Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator. A perimeter fence is not required:

***There are multiple areas where the perimeter fence is deteriorating and in need of repair. There are areas of the wood perimeter that are patched with the 14 gauge wire. The 14 gauge wire used to make the fence 8' tall is already bending in. The one gate at the rear has an opening at the bottom large enough to permit animals to enter from underneath and a wide enough space between the gates to do the same. Many of the boards on the front area are widely spaced and could allow animals to enter the park. There is a board missing along the back area by the pigs and goats that needs to be replaced. These must be corrected to prevent entry of unwanted animals and people. Correct by: 7/5/06 TIME STILL REMAINS.

### 3.129 ( a )          REPEAT NCI          DIRECT
**FEEDING.**

The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet shall be prepared with consideration for the age, species, condition, size, and type of the animal.

***None of the big cat diets have been signed off on and approved by the facility veterinarian. The quantity of chicken vs red meat that is being fed is of concern. The big cat diets needs to be written and then approved by the facility veterinarian. REMAINS UNCORRECTED.

***Feed is stored on a wooden table. A hole is in a bag of hog feed and a mouse (or mice) can be heard scurrying inside. Some of the feed has spilled out onto another bag of feed. Rodent feces are present between the bag hog feed and horse feed. This

Prepared By: _Gloria A. McFadden_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Title: VETERINARY MEDICAL OFFICER, Inspector ID: 1048

Received By: (b)(6), (b)(7)(c)

Title:

Date: FEB-14-2006

Date: FEB-15-2006

Page 8 of 10

PETA004992


USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

Case 1:20-cv-01225-P Documented Filed 12/20/21 Page 23 of 44

FEB 2 3 2000

15730 cust_id
204519 insp_id
16421 site_id

## INSPECTION REPORT

hog feed should not be fed to animals, but thrown out, since it is contaminated and the wholesomeness and palatability is in question.

***A new load of hay has been delivered and is stored directly on the ground. Some areas of some of the bales of hay have a dark discoloration, indicative of mold or spoialge. Hay should be stored so as to prevent molding and contamination by pests. Hay must be stored off the ground to prevent contamination by pests and protect the animals from moisture and soilage. Proper storage of the hay ensures the animals receive a wholesome, palatable diet free of contamination. Hay that appears to be moldy or spoiled should not be fed to animals but thrown away.

| 3.131 ( a ) | **REPEAT NCI** |
| 3.131 ( c ) | **REPEAT NCI** |
| 3.131 ( d ) | **REPEAT NCI** |

**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

***The outdoor livestock pens is a mix of feces and mud. All of the animal enclosures in the Reptile House, which houses mammals, have an excessive amount of feces present. Feces from the roaming avian species were everywhere in the areas the public and we traverse. Regular removal of feces is required from all areas to prevent the spread of disease and parasites and to reduce odors. REMAINS UNCORRECTED.

***The small mammals in the Reptile House are housed on indoor/outdoor carpeting which is placed on top of unsealed wood. The odor in their microenvironment is strong from the build-up of urine. The wood floor and the carperting must be cleaned frequently enough to prevent the build-up of odors or a substrate or design change implemented to accomplish the same.

***The caracal enclosure has cobwebs and an excessively dirty floor and carrier/perch. This enclosure needs to be cleaned as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

***The visitor building needs a thorough cleaning which includes taking measures to prevent strong odors. There is an large collection of bedding and / or bird and lizard food and feces under and around some of the cages. There is one lizard have a cage on the floor with just some newspapers to keep the carpets in this area protected from his waste products. This design allows for contaminating the area in which the mammals reside.

***Kitchen: The floor is excessively dirty and the surface is not sealed in many areas where the linoleum tiles area missing or craked. Food debris has accumulated under the cutting boards. Several ceiling tiles are either missing or hanging down over the food prep area, expossing the insulation.

***Also, clutter is present in the areas by the bobcat pen and the entry to the basement building which houses animals.

**Prepared By:** *Gloria A. McFadden*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER Inspector ID: 1048

**Date:**
FEB-14-2006

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:**
FEB-15-2006

Page 9 of 10

PETA004993


United States Department of Agriculture
Animal and Plant Health Inspection Service

Case 1:20-cv-01225-PX   Document 35-14   Filed 12/20/21   Page 24 of 44

**INSPECTION REPORT**

FEB 2 0 2006

MCFADDEN

15730 cust_id
204519 insp_id
16421 site_id

***The is a miscellaneous wooden board propped against the fence in llama enclosure.

All of the building areas, including the feed storage area need the clutter and debris removed to permit prescribed husbandry practices, prevent injury to the animals, and reduce the harborage of pests. REMAINS UNCORRECTED.

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

***An excessive amount of rodent feces is present in the kitchen near the exit door to the outside by the radiator.
***The visitor building smells of rodents.
***Food storage facility (outside): A hole is in a bag of hog feed and a mouse (or mice) can be heard scurrying inside. Some of the feed has spilled out onto another bag of feed. Rodent feces are present between the bag hog feed and horse feed.

There was abundant evidence of rodent activity at this facility. This facility needs to develop an effective pest control program as the rodent population is high and visible. REMAINS UNCORRECTED.

### 3.132          REPEAT NCI

### EMPLOYEES.

A sufficient number of adequately trained employees shall be utilized to maintain a professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

***There are an insufficient number of adequately trained employees available to meet the needs of this widely varied group of animals. New and inexperienced employees are working alone on some days. The lack of cleaning and sanitization and the general need for housekeeping throughout the facility is ample evidence of this lack of manpower and inadequately supervised staff. An adequate number of trained employees, under the direct supervision of an experienced person must be provided to meet the care and husbandry needs of the animals. REMAINS UNCORRECTED.

**Prepared By:** _Gloria A. McFadden_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER   Inspector ID: 1048

**Date:**
FEB-14-2006

**Received By:** (b)(6); (b)(7)(c)

**Title:**

**Date:**
FEB-15-2006

Page 10 of 10

PETA004994

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**    JUN 1 8 2006

15730  cust_id
204578  insp_id
16421  site_id

**TRI STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

**Customer ID:** 15730
**Certificate:** 51-C-0064

**Site:** 001

**(b)(6), (b)(7)(c)**

**12605 MORRES HOLLOW ROAD**
**CUMBERLAND, MD 21502**

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** MAY-17-2006

## 2.131 ( c )( 1 )
### HANDLING OF ANIMALS.

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***The barrier fence for the cougar is of a height and distance and constructed so that close contact with the animal by the public is possible. During public exhibition, there must be sufficient distance and or barrier between the animal and the viewing public to assure the safety of the public and the animal. A barrier that prevents close contact between the animal and the public must be constructed. Correct by May 22, 2006.

## 3.81        REPEAT NCI
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

Dealers, exhibitors, and research facilities must develop, document, and follow an appropriate plan for environment enhancement adequate to promote the psychological well-being of nonhuman primates. The plan must be in accordance with the currently accepted professional standards as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian. This plan must be made available to APHIS upon request, and, in the case of research facilities, to officials of any pertinent funding agency.

***The environmental enrichment plan does not contain provisions for the singly housed lemur. There is also minimum documentation and indication of efforts to provide enrichment to the non-human primates, on a daily basis. A written environmental enrichment plan, to include special considerations for singly housed non-human primate, must be developed and maintained with the consultation and approval of the veterinarian. A system for documenting of enrichment should be established. REMAINS UNCORRECTED

## 3.125 ( a )        REPEAT NCI
## 3.125 ( d )
### FACILITIES, GENERAL.

(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals

**Prepared By:** GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Date:** MAY-17-2006

**Title:**  Inspector ID: 1048
**(b)(6), (b)(7)(c)**

**Received By:**

**Title:**

**Date:** MAY-17-2006

Page 1 of 3

PETA005065

**United States Department of Agriculture**
Animal and Plant Health Inspection Service

Case 1:20-cv-01225-PX   Document 52-20   Filed 02/01/21   Page 26 of 44

JUN 8 2006

**INSPECTION REPORT**

15730 cust_id
204578 insp_id
16421 site_id

involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The lion cage has several areas that are very insecure. The hog panels are not attached to the bottom or side supporting posts, allowing areas with gaps that will allow a paw to reach under. The hog panels are not buried into the ground at any point. Also, some of the support post and wire twists are excessively rusty. REMAINS UNCORRECTED

***The back room of the Reptile House has a 1/2 inch crack at the seam where the back wall and right wall meet. The is also a long crack on the right wall.

The facilities must be structurally sound to contain the animal, prevent injury, and facilitate the pest control and husbandry practices. The cracks should be repaired and or sealed to improve the structural strength of the building. Correct by June 17, 2006.

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards.

***There is an accumulation of bedding and rodent feces under the primary enclosures for the fennec fox and agouti. Animal waste and bedding should be removed daily to minimize vermin infestation, odors, and disease hazards. The bedding and feces must be removed from under the cages. Correct by May 18, 2006 and as needed to prevent build-up.

### 3.127 ( c )          REPEAT NCI
### FACILITIES, OUTDOOR.

Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

***There has been rain over the past 5 days. The ground in the pig pen is damp to the right front of the pen. There is a mucky area on the right side of the shelter in the pig pen, which is a mix of feces and mud. The drainage pool has a small amount of a green material floating on top of the water. There are dry areas in the pen. Excessive mud, especially when mixed with feces, may create hoof and leg problems from standing in mud and murky water. The muddy areas also serve as a breeding ground for parasites and disease. REMAINS UNCORRECTED. NOTE: At the time of inspection, work was being done to correct the drainage problems.

### 3.131 ( d )          REPEAT NCI
### SANITATION.

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

***A mouse was seen in the binturong outside enclosure. The pest control program does not include measures to eliminate rodents from animal areas. An effective pest control program should control the rodent population and prevent contamination of surfaces and disease. Measures must be taken to prevent the entry and harborage of rodents in the animal enclosure for

| | |
|---|---|
| **Prepared By:** _Gloria J. McFadden_ | |
| GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | **Date:** |
| **Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048 | MAY-17-2006 |
| **Received By:** (b)(6), (b)(7)(c) | |
| | **Date:** |
| **Title:** | MAY-17-2006 |

Page 2 of 3

PETA005066

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

Case 1:20-cv-01225-PX   Document 71-15   Filed 12/20/21   Page 27 of 44

JUN 1 8 2006

15730 cust_id
204578 insp_id
16421 site_id

the overall health and well-being of the animals. REMAINS UNCORRECTED

**3.132**                **REPEAT NCI**
**EMPLOYEES.**

A sufficient number of adequately trained employees shall be utilized to maintain a professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

***In general, the staff is unchanged. There is no supervisor that has a background in animal care and the staff is relatively inexperienced in animal care and standard husbandry practices. The trained staff is not under the direct supervision of a person with an animal care background. An experienced person must be provided to meet the care and husbandry needs of the animals and to meet the requirements set forth in the Animal Welfare Act. REMAINS UNCORRECTED.

**Prepared By:**
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER   Inspector ID: 1048

**Date:**
MAY-17-2006

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:**
MAY-17-2006

Page 3 of 3

USDA
United States Department of Agriculture
Animal and Plant Health Inspection Service

Case 1:20-cv-01225-PX Document 73-15 Filed 12/20/21 Page 28 of 44

GMCFADDEN
15730 cust_id
204624 insp_id
16421 site_id

**INSPECTION REPORT**          SEP 2 2 2006

**TRI STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

**Customer ID:** 15730
**Certificate:** 51-C-0064

**Site:** 001
[REDACTED (b)(6), (b)(7)(c)]

**12605 MOORES HOLLOW ROAD**
**CUMBERLAND, MD 21502**

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** SEP-07-2006

---

**2.40 ( b )( 2 )          REPEAT NCI**
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include: the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

***Whodini, Jr. has overgrown hooves. Methods to prevent disease and injuries are necessary for the overall health and well-being of the animal. Preventative care, i.e. regular hoof trims, prevents disease conditions of the foot and possible trauma. The goat's hooves must be trimmed and a regular schedule established for trimmings to ensure good hoof health. Correct by September 13, 2006.

**3.127 ( d )          REPEAT NCI**
**FACILITIES, OUTDOOR.**

Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

***Serval enclosure (temporary): A 3 foot section of the back part of the enclosure is not within the existing perimeter fence. The entire enclosure must be within a perimeter fence to serve as a secondary containment in the event of an escape. A perimeter fence, as described in this subpart, must be constructed around the 3 foot section of enclosure fence to adequately contain the animal in the event of an escape. Or, the animal must be moved into an enclosure that is within the existing perimeter fence. Correct by September 15, 2006.

---

**Prepared By:** _(signature)_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER    Inspector ID: 1048

**Date:**
SEP-08-2006

**Received By:** [REDACTED (b)(6), (b)(7)(c)]

**Title:** [REDACTED]

**Date:**
SEP-08-2006

Page 1 of 1

PETA005062

**United States Department of Agriculture**
Animal and Plant Health Inspection Service

## INSPECTION REPORT

15730 cust_id
204661 insp_id
16421 site_id

---

**TRI STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

**Customer ID:** 15730
**Certificate:** 51-C-0064

**Site:** 001

(b)(6), (b)(7)(c)

**12605 MOORES HOLLOW ROAD**
**CUMBERLAND, MD 21502**

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** NOV-29-2006

---

### 3.125 ( a )
### FACILITIES, GENERAL.

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***Llama/Goat Pen: The small gauge wire fencing is detached at the bottom in most areas. Some parts of the bottom edges of the fencing are bent, leaving sharp edges. This damage is caused by the miniature horse housed with the llamas and goats.

Enclosure fencing should be constructed of a material that will withstand the normal wear and tear of the animals contained within. The wire fencing should be replaced with fencing of strength appropriate for the species contained within the enclosure. Correct by December 30, 2006.

Fencing should also be maintained in good repair to prevent the entry of unwanted animals, escape , and injury. The fence must be removed and replaced to prevent injury and to contain the animals. Correct by December 1, 2006.

### 3.127 ( b )
### FACILITIES, OUTDOOR.

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

***Artic fox: Shelter box to the left has a large hole in the roof. (Corrected during the inspection.)
***Japanese Macaque: The roof of the dog house used for shelter has a cracked roof.

Shelters must be constructed so as to provide protection from the elements and prevent discomfort to the animals. The roofs of the shelters must be repaired or replaced to provide the animals with adequate shelter from rain, snow, and wind. Correct by November 30, 2006.

---

**Prepared By:** *Gloria A M Fadd*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048

**Date:**
NOV-29-2006

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:**
NOV-29-2006

PETA006959

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

Case 1:20-cv-01225-PX Document 71-15 Filed 12/20/21 Page 30 of 44

45730 cust_id
204661 insp_id
16421 site_id

**3.131 ( a )**
**3.131 ( c )**
**SANITATION.**

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

***The bobcat, lion, tiger, and llama enclosures have an excessive amount of feces and food wastes in the enclosure. A current practice - pick-up once a week - does not allow for the effective elimination of fecal and food wastes to prevent odors, contamination, and disease hazards. Fecal and food wastes must be removed daily to facilitate standard husbandry practices and reduce disease and contamination. Correct by November 30, 2006.

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart.

***Japanese Macaque: The roof of the dog house used for shelter has a cracked roof, creating a sharp edge. The roof must be repaired or replaced to prevent injury to the animal. Correct by December 1, 2006.

**Prepared By:** _____
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:**
NOV-29-2006

**Date:**
NOV-29-2006

PETA006960



**United States Department of Agriculture**
**Animal and Plant Health Inspection Servi**

GMCFADDEN

15730 cust_id
204730 insp_id
16421 site_id



**TRI STATE ZOOLOGICAL PARK**
**OF WESTERN MARYLAND**

Customer ID: 15730
Certificate: 51-C-0064

Site: 001
BOB CANDY

**12605 MOORES HOLLOW ROAD**
**CUMBERLAND, MD  21502**

Inspection
Type: ROUTINE INSPECTION
Date: MAY-23-2007

3.125  ( a )          REPEAT NCI
**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***Llama/Goat Pen: The small gauge wire fencing that is attached to the wood fence is detached at the bottom in some areas. One section of of the wire fencing (walkway side)is also damaged to the point that the the bottom half has sharp edges. This damage is caused by the miniature horse housed with the llamas and goats.

Enclosure fencing should be constructed of a material that will withstand the normal wear and tear of the animals contained within. The wire fencing should be replaced with fencing of strength appropriate for the species contained within the enclosure.

Fencing should also be maintained in good repair to prevent the entry of unwanted animals, escape, and injury. The damarnged section of fencing must be removed and replaced to prevent injury and to contain the animals.

3.131  ( c )          REPEAT NCI
3.131  ( d )
**SANITATION.**

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

***Tiger Enclosure: There is a build-up of a mixture of dirt, excreta, and hair along the bottom front edge of the enclosure. Waste and hair must be removed as often as necessary to prevent contamination of the animals and to minimize disease hazards. The build-up of waste in the enclosure must be removed and cleaning procedures modified to prevent build-up of dirt and hair.

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

Prepared By: _Gloria A. McFadd_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER   Inspector ID: 1048

Date:
MAY-24-2007

Received By: (b)(6), (b)(7)c

Date:
MAY-24-2007

Title:

Page 1 of 2

PETA006617



United States Department of Agriculture
Animal and Plant Health Inspection Servi⋯

GMCFADDEN



15730  cust_id
204730  insp_id
16421  site_id

***Flies are present in the reptile house and several animal off-exhibit/shelter areas. Pest should be effectively controled to prevent disease, illness, and contamination of surfaces and food. A safe and effective program to control the flies must be established for the overall health and well-being of the animals. Correct by May 28, 2007.

Prepared By: _Gloria S M Fadd_

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1048

Date: MAY-24-2007

Received By: _____

Title: _____

Date: MAY-24-2007

Page 2 of 2

PETA006618



United States Department of Agriculture
Animal and Plant Health Inspection Servi... GMCFADDEN



15730  cust_id
204801  insp_id
16421  site_id

**TRI STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND**

Customer ID: 15730
Certificate: 51-C-0064

Site: 001

BOB CANDY

12605 MOORES HOLLOW ROAD
CUMBERLAND, MD 21502

Inspection
Type: ROUTINE INSPECTION
Date: SEP-26-2007

## 2.75  ( b )

**RECORDS: DEALERS AND EXHIBITORS.**  ◾

Every exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose the following information concerning animals other than dogs and cats, purchased or otherwise acquired, owned, held, leased, or otherwise in his or her possession or under his or her control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The records shall include any offspring born of any animal while in his or her possession or under his or her control.

(i) The name and address of the person from whom the animals were purchased or otherwise acquired;

(ii) The USDA license or registration number of the person if he or she is licensed or registered under the Act;

(iii) The vehicle license number and State, and the driver's license number (or photographic identification card for nondrivers issued by a State) and State of the person, if he or she is not licensed or registered under the Act;

(iv) The name and address of the person to whom an animal was sold or given;

(v) The date of purchase, acquisition, sale, or disposal of the animal(s);

(vi) The species of the animal(s); and

(vii) The number of animals in the shipment.

***There is no acquisition record for the ferret and chinchilla. There are no disposition records for a goat that was donated and a squirrel monkey. Maintaining accurate records of acquisition and disposition is in keeping with the regulations of the animal welfare act. Records of acquisition and disposition must be updated to reflect the change in animals on hand to assist with the enforcement of the regulations, rules, and standards of the Animal Welfare Act. Correct by October 6, 2007.

Prepared By:  *Gloria A. McFadd...*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title:  VETERINARY MEDICAL OFFICER , Inspector ID: 1048

Date:
OCT-17-2007

Received By:  (b)(6), (b)(7)c... (b) ( 7 ) c

Title:

Date:
OCT-17-2007

PETA005075



GMCFADDEN



INSPECTION REPORT

15730  cust_id
204801  insp_id
16421  site_id

**3.80   ( a )( 2 )( ii )**

**PRIMARY ENCLOSURES.**

General requirements. Primary enclosures must be constructed and maintained so that they protect the nonhuman primates from injury.

***On December 8, 2006, the pigtail macaque was found dead, lying on the ground in his corn crib enclosure. No necropsy was performed. However, the zoo owner and veterinarian theorized that the animal may have been electrocuted as evidence by a partially chewed and unplugged heat lamp cord. (Other theories include old age and a fall.) The heat lamp itself was placed outside of the enclosure. Primary enclosures and structures within must be maintained in a manner that protects the animal from injury. Additional measures must be taken to secure the heat lamp(s) to prevent animals from coming in contact with the cord or lamp itself. Correct by October 1, 2007 and before heat lamps are needed.

**3.85**

**EMPLOYEES.**

Every person subject to the Animal Welfare regulations (9 CFR parts 1, 2, and 3) maintaining nonhuman primates must have enough employees to carry out the level of husbandry practices and care required in this subpart. The employees who provide husbandry practices and care, or handle nonhuman primates, must be trained and supervised by an individual who has the knowledge, background, and experience in proper husbandry and care of nonhuman primates to supervise others. The employer must be certain that the supervisor can perform to these standards.

***On December 8, 2006, the pigtail macaque was found dead, lying on the ground in his corn crib enclosure. No necropsy was performed. However, the zoo owner and veterinarian theorized that the animal may have been electrocuted as evidence by a partially chewed and unplugged heat lamp cord. The heat lamp itself was placed outside of the enclosure. (Other theories include a fall and old age.) Employees must be trained in the proper husbandry practices under adequate supervision. The caretaker failed to realize that the pigtail had access to the heat lamp cord. The supervisor also failed to recognize or properly check the work of the caretaker! Training of all employees on the placement of heat lamps must be conducted and the supervisors must have the knowledge of proper husbandry and care and experience in supervising all aspects of husbandry and care. Correct by October 1, 2007.

**3.125   ( a )**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The young lion enclosure is constructed of treated wood and chain-link fencing, except on the entrance door. The entrance door is constructed with treated wood and a small gauge wire. All surfaces of a primary enclosure must be constructed of material that is appropriate for the animals contained within. The fencing on the entrance of the enclosure is not of sufficient strength to contain the animals. Material of an appropriate strength for the animal in the enclosure must used in the construction of the enclosure door. Correct by October 6, 2007.

Prepared By: _Gloria L. McFadden_

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

Title:   VETERINARY MEDICAL OFFICER , Inspector ID: 1048

Date:
OCT-17-2007

Received By:

(b)(6), (b)(7)c      (b)(7)c

Title:

Date:
OCT-17-2007

Page 2 of 3

PETA005076



United States Department of Agriculture
Animal and Plant Health Inspection Servi·

GMCFADDEN

15730   cust_id
204801   insp_id
16421   site_id



**3.127 ( b )**

**3.127 ( d )**

**FACILITIES, OUTDOOR.** ◾

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.

***Cougar resting platform and shelter. There is a loose board (top) and a damaged board (bottom). Shelter structures must be kept in good repair to ensure adequate shelter from the rain, snow, and wind. The boards must be replaced to provide adequate shelter from the elements for the comfort of the animal. Correct by October 6, 2007.

Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to
prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

*** The back wall of the young tiger enclosure is not within the existing perimeter fence. The coatimundi enclosure is located outside of the perimeter fence. Outdoor housing facilities must be enclosed by a perimeter fence at least 8 feet high for potentially dangerous animals and 6 feet high for other exotic animals. The perimeter fence is to serve as secondary containment in the event of an escape and to restrict unauthorized entry and contact with the animals. A perimeter fence must be constructed around the young tiger and coatimundi enclosures or the animals moved into an enclosure within the existing perimeter fence. Correct by October 30, 2007.

This is an amended inspection report, correcting the inspection report dated 26-SEP-2007 (15730 / 204793 / 16421).
The following was corrected regarding the cougar enclosure:

- Citation 3.125(a) Facilities, General, Structural strength is changed to the correct citation of 3.127(b) Facilities, Outdoor, Shelter from inclement weather. The corresponding narrative description was changed to include appropriate wording, i.e. shelter.

The following was amended under citation 3.127(d), the first sentence in the narrative description: "The back wall of the young tiger enclosure is within a perimeter fence." was changed to "The back wall of the young tiger enclosure is not within the existing perimeter fence."

| Prepared By: | *Gloria S. McFadden* | Date: |
| | GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care | |
| Title: | VETERINARY MEDICAL OFFICER , Inspector ID: 1048 | OCT-17-2007 |
| Received By: | (b)(6), (b)(7)c | Date: |
| Title: | | OCT-17-2007 |

Page 3 of 3

PETA005077



United States Department of Agriculture
Animal and Plant Health Inspection Servic

**INSPECTION REPORT**

JUN ~ ~ 200~

GMCFADDEN

15730 cust_id
204893 insp_id
16421 site_id

TRI STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND

Customer ID: 15730
Certificate: 51-C-0064

Site: 001
BOB CANDY

12605 MOORES HOLLOW ROAD
CUMBERLAND, MD  21502

Inspection
Type: ROUTINE INSPECTION
Date: JUN-02-2008

### 2.40   ( a )
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

Each dealer and exhibitor shall employ an attending veterinarian under formal arrangements. In the case of a part-time attending veterinarian or consultant arrangements, the formal arrangements shall include a written program of veterinary care and regularly scheduled visits to the premises of the dealer or exhibitor.

***An updated written Program of Veterinary Care (PVC) is not available for review.  The PVC ensures that a standard system of veterinary care is in place and acts as the facility guide for the husbandry and care of the animals. The program should be developed and/or reviewed, signed, and dated at least once a year by the veterinarian and facility representative. A written PVC must be developed by a veterinarian and reflect the current care the animals receive to ensure the overall health and well-being of the animals. Correct by June 15, 2008

### 2.131   ( c )( 1 )                              DIRECT
### HANDLING OF ANIMALS.

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***The public was allowed to enter into the off-exhibit area for the one lion and the three young tigers (14 months). There is no barrier fence for these enclosures in this area. The public, including small children, were allowed to touch the tigers and take photos while being supervised by a volunteer.The public could get close to, within less than one (1) inch, of the primary enclosure fence for the lion to take photos.  There was one attendant with limited handling experience present to control a crowd of 20 people.  Animals must be exhibited in a manner that minimizes injurious risk to the public and the animals. This is usually accomplished with barriers or sufficient distance between the public and the animal(s). The public should not be allowed to come in close contact with large exotic cats. A barrier fence must be constructed during public exhibition with the tigers and the lions. Corrected during the inspection.
NOTE: When told, the owner asked the public members in the off-exhibit area to immediately leave the area.

***Part of the barrier fence in the front of the young lion (1) enclosure had been removed allowing the public to come in direct contact with the animals. The barrier fence is only three (3) feet in height. A barrier fence must be present to keep the public from coming into direct contact with an animal on exhibit. A barrier fence must be constructed of sufficient height and distance

Prepared By: _Gloria S. McFadden_   _Robert Markmann_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title:   VETERINARY MEDICAL OFFICER , Inspector ID: 1048

Date:
JUN-02-2008

Received By: (b)(6), (b)(7)c

Title:

Date:
JUN-02-2008

Page 1 of 3

PETA006611



United States Department of Agriculture
Animal and Plant Health Inspection Servic

**INSPECTION REPORT**   JUN 2   206

GMCFADDEN

15730 cust_id
204893 insp_id
16421 site_id

to prevent or deter the public from coming into direct contact with the animals. Correct by June 15, 2008. NOTE: A temporary barrier was put up at the time of the inspection.

***There is no barrier fence around the young porcupine enclosure. A barrier fence must be present to keep the public from coming into direct contact with an animal on exhibit. A barrier fence must be constructed of sufficient height and distance to prevent or deter the public from coming into direct contact with the animals. Correct by June 6, 2008.

**3.125 ( d )**
**FACILITIES, GENERAL.**

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris.

***The small pool in the older tiger (2 tigers) enclosure has an excessive amount of feces and urine, creating a pool of brown murky water. There are flies present. Provisions for the removal of animal waste is necessary to prevent illness and the attraction of insects and rodents. An effective method for the removal feces and urine from the small pool in the tiger enclosure must be established and maintained to prevent excessive build-up. The small pool must be drained, fecal material removed and appropriately cleaned. Correct by June 3, 2008.

**3.127 ( a )**
**FACILITIES, OUTDOOR.**

Shelter from sunlight. When sunlight is likely to cause overheating or discomfort of the animals, sufficient shade by natural or artificial means shall be provided to allow all animals kept outdoors to protect themselves from direct sunlight.

*** Five ferrets are in a temporary exhibit enclosure in direct sunlight. When sunlight is likely to cause overheating or discomfort of the animals, sufficient shade by natural or artificial means shall be provided to allow all animals kept outdoors to protect themselves from direct sunlight. The ferrets must be removed from the direct sunlight or provide sufficient shade to prevent discomfort of the animals and overheating. Correction: The ferrets were removed from the sunlight at the time of the inspection.

**3.129 ( a )**
**FEEDING.**

The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health.

***There is a partial carcass (skin, one leg, and a few bones) in the lion enclosure that was from 2 days prior feeding. There are bones in the adult tiger enclosure from 3 days prior feeding. To ensure the food is wholesome and free from contamination, uneaten carcass remains should be removed within 12 hours. The uneaten carcass remains should be removed from the enlcosure. Standard operating procredure needs to be implemented to include removing uneaten food or

**Prepared By:** *Gloria A. M Fadd*   *Robert Machman*

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER  Inspector ID: 1048

**Date:**
JUN-02-2008

**Received By:** (b)(6), (b)(7)c   (b)(7)(C)

**Title:**

**Date:**
JUN-02-2008

Page 2 of 3



United States Department of Agriculture
Animal and Plant Health Inspection Servic



GMCFADDEN

15730  cust_id
204893  insp_id
16421  site_id

carasses from enclosures within 12 hours. Correct by June 7, 2008.

JUN 2 0 2008

**3.131 ( c )**
**3.131 ( d )**
**SANITATION.**

Housekeeping. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

\*\*\*Binturong building:There is unused equipment (empty kerosene can, propane gas cyinders, extra plastic fencing, miscellaneous tools) haphazardly stored in the building. Unused equipment should be stored in designated areas to protect the health of the animal and to prevent injury. The usued equipment should be stored in an area away from animals to prevent injury and to facilitate the pest control program. Correct by June 15, 2008.

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

\*\*\*Young tiger (3) enclosure: A mouse trap, located outside of the enclosure and barrier fence, with a dried up animal still in the trap is present. Two (2) rodent sized holes  are present along the wall between the barrier fence and the enclosure fence. One live rat was seen running across the enclosure into one of te holes. A safe and effective program for the control of mammalian pests shall be established and maintained. A effective program to control mammalian pests must be established to reduce harborage and eliminate the the presence of rodents. Correct by June 30, 2008.

---

**Prepared By:** *Gloria A. McFadden   Robert Markmann*

GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048

**Date:** JUN-02-2008

**Received By:** (b)(6), (b)(7)(c)

**Title:**

**Date:** JUN-02-2008

Page 3 of 3

PETA006613



# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

BOB CANDY

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

CUMBERLAND, MD 21502

Date: Sep-03-2008

---

**2.40**     (a)                                       **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each dealer and exhibitor shall employ an attending veterinarian under formal arrangements. In the case of a part-time attending veterinarian or consultant arrangements, the formal arrangements shall include a written program of veterinary care and regularly scheduled visits to the premises of the dealer or exhibitor.

***An updated written Program of Veterinary Care (PVC) is not available for review. The PVC ensures that a standard system of veterinary care is in place and acts as the facility guide for the husbandry and care of the animals. The program should be developed and/or reviewed, signed, and dated at least once a year by the veterinarian and facility representative. A written PVC must be developed by a veterinarian and reflect the current care the animals receive to ensure the overall health and well-being of the animals.

**3.129**     (a)                                       **REPEAT**

**FEEDING.**

The food shall be wholesome, palatable, and free from contamination

***Miscellaneous chemicals are being stored on a table in the hay storage building. Foodstuffs should be stored in a manner that will prevent contamination to ensure that animals receive wholesome and palatable food. The chemicals must be removed from the hay building to prevent contamination of the hay and ensure animals receive a wholesome diet.

**3.129**     (b)

**FEEDING.**

Food receptacles shall be kept clean and sanitary at all times.

***The kitchen refrigerators are disorganized and have some build-up of material. Food receptacle should be keep clean to prevent contamination of food. The refrigerators must be cleaned and sanitized and a mechanism for ensuring a routine schedule of cleaning must be implemented. Correct by September 6, 2008.

---

| | |
|---|---|
| **Prepared By:** | _____ |
| | GLORIA S MCFADDEN, D V M       USDA, APHIS, Animal Care |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 |
| **Received By:** | ████████████████████ |
| **Title:** | (b)(6),(b)(7)(c) |

Date:

Sep-03-2008

Date:

Sep-04-2008

PETA005101



# Inspection Report

| | |
|---|---|
| **Prepared By:** | _____ |
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 |
| **Date:** | Sep-03-2008 |

| | |
|---|---|
| **Received By:** | (b)(6),(b)(7)(c) |
| **Title:** | |
| **Date:** | Sep-04-2008 |

PETA005102

Case 1:20-cv-01225-RDB Document 71-15 Filed 12/20/21 Page 41 of 44

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

BOB CANDY

Type: ROUTINE INSPECTION

Date: Mar-11-2009

**3.125**        (a)

**FACILITIES, GENERAL.**

Structural strength. Outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The enclosure fencing for the farm animals has warped boards. Some of the fencing along the front of the llama/goat pen is leaning forward. Some of the fencing for the goat pen is also leaning forward. All fencing should be maintained in good repair to protect the animals from injury and contain them. The fencing must be repaired or replaced to ensure animals are contained and to protect them from injury. Correct by April 11, 2009.

***The barrier fence for the female cougar enclosure is loose. Barrier fencing should be in good repair to prevent the public from coming in close contact with the animal. The barrier fence must be repaired to prevent direct public contact with the animal. Correct by April 1, 2009.

**Prepared By:** _____

GLORIA S MCFADDEN, D V M        USDA, APHIS, Animal Care

**Title:**        VETERINARY MEDICAL OFFICER Inspector  1048

**Date:**

Mar-12-2009

**Received By:**

(b)(6),(b)(7)(c)

**Title:**

**Date:**

Mar-12-2009

PETA006607

Case 1:20-cv-01225-RDB Document 71-15 Filed 12/20/21 Page 42 of 44
United States Department of Agriculture
Animal and Plant Health Inspection Service

215092110000416   insp_id
MMCFADDEN

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

BOB CANDY

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: Aug-03-2009

CUMBERLAND, MD 21502

## 2.40
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include: Daily observation of all animals to assess their health and well-being; Provided, however, That daily observation of animals may be accomplished by someone other than the attending veterinarian; and Provided, further, That a mechanism of direct and frequent communication is required so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the attending veterinarian.

***One young silver/black goat and the adult black goat is limping on the right front leg. Daily observation of animals to assess their well-being is necessary for the health of the animal. Timely communication with the attending veterinarian regarding animal health issues must occur for the overall well-being of the animals. A discussion with or an examination by the attending veterinarian must occur regarding the two (2) goats to asses the health of the animals. Correct by August 5, 2009.

NOTE: The veterinarian had been contacted and treatment has been started on the hooves.

## 2.131    (c)    (1)
### HANDLING OF ANIMALS.

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***The lower rung of the barrier fence in front of the binturong enclosure is detached from the pole on the right side. A child was observed stepping over the broken rung to pet one of the resident domestic cats. Barrier fences are needed to minimize the risk of of harm to the public and the animal. The barrier fence must be repaired to provide adequate distance from the public and to prevent unwanted public contact with the animals. Corrected at the time of the inspection.

**Prepared By:**

GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care

Title:    VETERINARY MEDICAL OFFICER Inspector  1048

Date:

Aug-03-2009

**Received By:**

(b)(6),(b)(7)(c)

Title:

Date:

Aug-04-2009

Page 1 of 4

PETA005123



## Inspection Report

**3.81**   (c)   (4)

**ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.**

Exhibitors facilities must develop, document, and follow an appropriate plan for environment enhancement adequate to promote the psychological well-being of nonhuman primates. The plan must be in accordance with the currently accepted professional standards as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian.
Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention are individually housed nonhuman primates that are unable to see and hear nonhuman primates of their own or compatible species.

***The current primate enrichment plan does not address the needs of two singly housed non-human primates. Special consideration should be given to non-human primates that are unable to see or hear any species of non-human primates to ensure their psychological health. The environmental enrichment plan needs to be updated, as directed by the attending veterinarian, to reflect the needs of the singly housed squirrel money and lemur. Correct by August 8, 2009.

***A squirrel monkey and a lemur are singly housed and are unable to see or hear any species of non-human primates. Special consideration should be given to non-human primates that are unable to see or hear other non-human primates to ensure their psychological health. Measures must be taken based upon the need of the species, and in accordance with the attending veterinarian, to ensure the psychological health of these animals through environmental enhancement. Correct by August 8, 2009.

**3.125**   (a)

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The lion enclosure has areas that are not adequately secure. The bottom of the enclosure is secured with railroad ties and the hog panel fences are attached to them.The enclosure fence is a collection of a small gauge wire fence, hog panels and some chain link (along the front) tied together. The primary enclosure fence must be constructed in a manner that will contain the animal. Correct by August 30, 2009.

**3.125**   (d)

**FACILITIES, GENERAL.**

Waste disposal. Provision shall be made for the removal and disposal of animal wastes.

***The small pool in the older tiger enclosure has excessive amounts of feces and urine resulting a brown murky fluid. Provisions for the removal of animal waste is necessary to prevent illness and the attraction of pests. An effective

**Prepared By:**

| | | |
|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Aug-03-2009 |

**Received By:**

(b)(6),(b)(7)(c)

**Date:**

**Title:**

Aug-04-2009

PETA005124



USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN

215092110000416   insp_id

## Inspection Report

method of waste disposal from the small pool must be established and maintained to prevent excessive buildup and contamination. Correct by August 5, 2009.

**3.127** (d)

**FACILITIES, OUTDOOR.**

Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility.

***The perimeter fence along the right side of the lion enclosure is leaning outward. The perimeter fence must be constructed so that it provides secondary containment for any animal that may escape from its primary enclosure. The perimeter fence must be repaired so that it serves as an adequate to ensure secondary containment system for the animals in the facility. Correct by August 8, 2009.

**3.131** (a)

**SANITATION.**

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

***Excessive amounts of feces (some dried) are see in the goat/pig, cougar, serval, and bobcat enclosures. Excreta should be removed from enclosures as often as necessary to prevent contamination and minimize disease and odors. Excreta must be removed from the animal enclosures before there is a build up of dried fecal material to prevent contamination of the animals contained therein, to minimize disease hazards, and to reduce odors. Corrected at the time of the inspection.

NOTE: Discussed with owner that daily removal is standard practice and such practice is expected from the public. Also discussed is the removal of excreta prior to opening to the public.

**3.131** (c)

**SANITATION.**

Housekeeping. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

***There is an accumulation of trash, unused equipment and food waste stored out side the bird building. Premises

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | | Aug-03-2009 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| **Title:** | | | Aug-04-2009 |

Page 3 of  4

PETA005125