

## Inspection Report

should be kept clean and uncluttered to prevent the harborage of pests. The trash and food wastes must be removed and the unused equipment stored and a more appropriate designated area to facilitate the pest control program. Correct by August 7, 2009.

**Prepared By:**
_____
GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER Inspector  1048

**Date:** Aug-03-2009

**Received By:** (b)(6),(b)(7)(c)

**Title:**

**Date:** Aug-04-2009

PETA005126

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
324090919230950   insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

BOB CANDY

Type: ROUTINE INSPECTION

Date: Nov-20-2009

---

**2.40**  (c)

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include the use of appropriate methods to treat diseases and injuries.

\*\*\* Goats with hoof problems: Although a veterinarian has seen and diagnosed their condition, the frequency of hoof trims was not noted. Additionally, there is no documentation of the hoof trims. NOTE: At the time of inspection the hooves were well trimmed. Documentation of vet care ensures a standard of care is received. Hoof trims should be document to ensure the animals received the established care by the veterinarian and to facilitate the enforcement of the standards set forth in the Animal Welfare Act. Correct by December 3, 2009.

**3.125**  (a)  **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

\*\*\*The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows: The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings are attached at the top half of the fence and 10 gauge chainlink is attached at the bottom half. The enclosure fence is buried into the Around at least 2 feet into the ground. The chaninlink fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. (concrete wire, metal clamps, and other guage wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

---

**Prepared By:**
GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care

Title:   VETERINARY MEDICAL OFFICER Inspector  1048

Date:
Nov-20-2009

**Received By:**

(b)(6),(b)(7)(c)

Title:

Date:
Nov-20-2009

PETA006328


# Inspection Report

**3.125**  (d)  **REPEAT**
**FACILITIES, GENERAL.**

Waste disposal. Provision shall be made for the removal and disposal of animal wastes.

***The pool in the young tiger enclosure has murky greenish brown color due to excreta and mulch that has been kick into the pool. The pool is not designed to filter and recirculate the water. The pool is drained & refilled weekly. Provisions for the removal of animal waste is necessary to prevent illness and the attraction of pests. A more effective method of waste and debris removal from the pool must be established and maintained to prevent excessive buildup and contamination.

## 3.130
**WATERING.**

All water receptacles shall be kept clean and sanitary.

***The drinking water for the lion is greenish in color. However, the water heater is visible in the water. Water receptacles shall be kept clean to prevent the buildup of algae and reduce contamination. The water receptacle should be cleaned and sanitized to prevent buildup of algae and ensure the animal receives clean potable water free of contamination. Correct by November 21, 2009.

**Prepared By:**

GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care     **Date:**

**Title:**  VETERINARY MEDICAL OFFICER Inspector  1048          Nov-20-2009

**Received By:**

(b)(6),(b)(7)(c)          **Date:**

**Title:**                    Nov-20-2009

PETA006329

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

CUMBERLAND, MD 21502

Date: May-19-2010

**3.125**    (a)                              **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows: The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings are attached at the top half of the fence and 10 gauge chainlink is attached at the bottom half. The enclosure fence is buried into the ground at least 2 feet into the ground. The chaninlink fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. Work has begun on the front of the enclosure to add a kick-in at the top of the enclosure front. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

NEW NCI SINCE LAST INSPECTION

***There is a tree in the young tiger enclosure that reaches past the top of the enclosure, through the netting. The tree at this height could be used by a tiger to escape through the top of the enclosure. Any structures within an enclosure that could be used for climbing or jumping must be a sufficient distance away from the sides of the enclosure to prevent escape. The tree must be removed to prevent escape and to protect the public. An enclosure should be constructed so as to contain the animals. Correct by May 22, 2010.

**Prepared By:** _____                                    **Date:**

GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care

**Title:**    VETERINARY MEDICAL OFFICER Inspector  1048                      May-19-2010

**Received By:**

(b)(6),(b)(7)(c)

**Date:**

**Title:**                                                                          Jun-11-2010

Page 1 of 1

PETA007027

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
278101220550091   insp_id

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Type: ROUTINE INSPECTION

Date: Sep-29-2010

**2.131**       (d)     (1)

**HANDLING OF ANIMALS.**

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***Squirrel Monkey: The entry door to the indoor enclosure is covered with a corded wire mesh with 1/2 inch openings. The openings are wide enough to allow the squirrel monkey to put its hands through and a person to put a finger through. An animals should be exhibited in a manner that reduces the risk of harm to both the pubic and the animals. A sufficient physical barrier must be installed to minimize the risk of harm to the animals and the public. Correct by October 13, 2010.

**3.125**       (a)                    **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows: The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings are attached at the top half of the fence and 10 gauge chain link is attached at the bottom half. The enclosure fence is buried into the ground at least 2 feet into the ground. The chain link fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. Work has begun on the front of the enclosure to add a kick-in at the top of the enclosure front. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

Prepared By:

GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care

Date:

Title:    VETERINARY MEDICAL OFFICER Inspector  1048

Oct-05-2010

Received By:                    (b)(6),(b)(7)(c)

Date:

Title:

Oct-06-2010

PETA007024



# Inspection Report

***White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing.The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides.

The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the the next enclosure.

Also, the right enclosure wall/fence is 13' at the shortest point with a 3' 4-stranded barbed-wire kick-in. Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers. four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does not have a kick-in or does not have a kick-in deep or wide enough to restrict the animal's ability to leap out.  We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment  measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.

***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the bottom, is a 7" deep ledge. The height of the enclosure fence from the top of the ledge to the top of the enclosure is 9'.  The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure needs to have additional containment  measures applied that are substantial enough to contain the animal, such as an increased wall height or reconstruction of the wall to eliminate the ledge.


**3.131**    (b)
**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hard-surfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger:The lower end of the enclosure surface is damaged in which concrete is cracked and crumbling.
***Siberian Tigers: On left wall of the enclosure, along the bottom of the ledge, there is crumbling. The surfaces must

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Oct-05-2010 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Oct-06-2010 | |

PETA007025



## Inspection Report

be rendered smooth to facilitate sanitation and to prevent disease hazards. Correct by November 6, 2010.

**3.131**    (c)
**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart.

***Arctic Fox: The resting spool is in need of repair. The sides that support the top of the spool have several detached planks leaving the resting spool unstable. Structures must be kept in good repair to protect the animals from injury. The resting spool must be repaired or replace to provide a stable resting area and prevent injury to the animals. Corrected at the time of the inspection.

**3.131**    (d)
**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

***Lemur: One live mouse was seen running into one of two rodent holes within the enclosure. A safe and effective program for the control mammalian pests shall be established and maintained. An effective program to control pests must be established to reduce harborage and eliminate the presence of rodents. Measures were taken during the inspection to eliminate the rodents and a regular preventive program established.

An exit briefing was conducted with the facility representative.

**Prepared By:**

|  |  |  |  |
|---|---|---|---|
|  | GLORIA S MCFADDEN, D V M | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 |  | Oct-05-2010 |
| **Received By:** | (b)(6),(b)(7)(c) |  | **Date:** |
| **Title:** |  |  | Oct-06-2010 |

PETA007026

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
45111706520343   insp_id

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: Feb-10-2011

CUMBERLAND, MD 21502

---

**2.131**   (c)   (1)                    **REPEAT**

**HANDLING OF ANIMALS.**

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***White Tiger: The public is allowed into the off-exhibit area with an attendant to view the tiger.. The primary enclosure is constructed of panel wire of  gauge with wood 4' up from the floor. There is no barrier to prevent the public from coming into direct contact with the animal. A window viewing area is available from outside the off-exhibit area. Animals must be exhibited in a manner that minimizes injurious risk to the public and the animal. The public should not be allowed to come in direct contact with a large exotic cat and exhibit enclosures must be constructed to prevent such contact. A barrier of sufficient distance or that would prevent the public from coming into direct contact with the tiger, must be present during public exhibition of the tiger.

**3.125**   (a)                         **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows: The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings are attached at the top half of the fence and 10 gauge chain link is attached at the bottom half. The enclosure fence is buried into the ground at least 2 feet into the ground. The chain link fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. Work has

---

**Prepared By:**

GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care                **Date:**

Title:   VETERINARY MEDICAL OFFICER Inspector  1048              Feb-14-2011

**Received By:**

(b)(6),(b)(7)(c)

**Date:**

Title:                                                           Feb-18-2011

PETA005024

United States Department of Agriculture
Animal and Plant Health Inspection Service

BMCFADDEN
45111706520343    insp_id

## Inspection Report

begun on the front of the enclosure to add a kick-in at the top of the enclosure front. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

***White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing. The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides.

The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the the next enclosure.

Also, the right enclosure wall/fence is 13' at the shortest point with a 3' 4-stranded barbed-wire kick-in. Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers. four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does no have a kick-in or does not have a kick-in deep or wide enough to restrict the animal's ability to leap out. We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.

***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the bottom, is a 7" deep ledge. The height of the enclosure fence from the top of the ledge to the top of the enclosure is 9'. The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure needs to have additional containment measures applied that are substantial enough to contain the animal, such as an increased wall height or reconstruction of the wall to eliminate the ledge.

**3.131**    (b)                           **REPEAT**
**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hard-surfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

| Prepared By: | | |
|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | Feb-14-2011 |
| Received By: | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| Title: | | Feb-18-2011 |

PETA005025

![USDA logo]

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
45111706520343   insp_id

## Inspection Report

\*\*\*White Tiger:The lower end of the enclosure surface is damaged in which concrete is cracked and crumbling.
\*\*\*Siberian Tigers: On left wall of the enclosure, along the bottom of the ledge, there is crumbling. The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

**Prepared By:** _____

GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care       **Date:**

**Title:**      VETERINARY MEDICAL OFFICER Inspector  1048                Feb-14-2011

**Received By:**

(b)(6),(b)(7)(c)

**Date:**

**Title:**                                                                                   Feb-18-2011

PETA005026

United States Department of Agriculture
Animal and Plant Health Inspection Service

SMCFADDEN

160110044300042   insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: Jun-09-2011

CUMBERLAND, MD 21502

---

**3.125**     (a)                                    **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

\*\*\*Lion enclosure: The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows:

The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings are attached at the top half of the fence and 10 gauge chain link is attached at the bottom half. The enclosure fence is buried into the ground at least 2 feet into the ground. The chain link fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. The front of the enclosure has a 3 foot kick-in of high tensile (field fence) wire and barbed wire. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

\*\*\*White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing.The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides.

The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the next enclosure.

Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers.

---

**Prepared By:**

GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care

**Date:**

Jun-09-2011

**Title:** VETERINARY MEDICAL OFFICER Inspector  1048

**Received By:**                    (b)(6),(b)(7)(c)

**Date:**

Jun-09-2011

**Title:**

Page 1 of 2

PETA005022



## Inspection Report

four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does no have a kick-in or does not have a kick-in deep or wide enough to restrict the animal's ability to leap out. We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.

***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the floor of the enclosure at the highest point and ~10'   from the overhang, there is a 7" deep ledge. The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure must have additional containment measures applied that are substantial enough to contain the animals. Modifications to the enclosure that increased the height of the left enclosure fence are under review.

**3.131**      (b)                             **REPEAT**

**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hard-surfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger:The lower end of the enclosure concrete surface has cracks in the concrete.
***Siberian Tigers (young): The concrete surfaces of the floor of the enclosure has cracks in the concrete.
***Siberian Tigers (older): On the left wall of the enclosure, along the bottom of the ledge, the concrete surface is damaged in some areas exposing the pebbled layer.
The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

| | | | |
|---|---|---|---|
| **Prepared By:** | | | |
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Jun-09-2011 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Jun-09-2011 | |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA005023

United States Department of Agriculture
Animal and Plant Health Inspection Service

280110901580140    insp_id    SMCFADDEN

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Type: ROUTINE INSPECTION

Date: Oct-06-2011

**3.125**    (a)                **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***Lion enclosure: The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows:
The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings  overlaps the top half of the panel fence and 10 gauge chain link fence overlaps at the bottom half of the panel fence. The enclosure fence is buried into the ground at least 2 feet into the ground. The chain link fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1.5" - 2.0" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. The front of the enclosure has a 3 foot kick-in of high tensile (field fence) wire and barbed wire. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

***White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing.The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides.

The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the next enclosure.

Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers.

**Prepared By:**    GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care    **Date:** Oct-07-2011
**Title:**    VETERINARY MEDICAL OFFICER Inspector  1048

**Received By:**    (b)(6),(b)(7)(c)    **Date:** Oct-07-2011
**Title:**

Page 1 of 3

PETA005019


Case 1:20-cv-01225-RMC Document 74-16 Filed 12/20/21 Page 14 of 44
United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN
280110901580140    insp_id

## Inspection Report

four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does no have a kick-in deep or wide enough to restrict the animal's ability to leap out. We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.

***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the floor of the enclosure at the highest point and ~10' from the overhang, there is a 7" deep ledge. The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure must have additional containment measures applied that are substantial enough to contain the animals. Modifications to the enclosure that increased the height of the left enclosure fence are under review.

NOTE: Since the last inspection, a portion of the enclosure was divided off to include a dirt box. The boxes are ~36'x~19 x7".

### 3.131    (a)
### SANITATION.

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

***Kinkajou: There is a buildup of a brown material on the upper wall near the perch (back of enclosure). Waste material should be removed as often as necessary to minimize disease and to reduce odors. Measures must be taken to more readily remove such buildup to minimize odors and disease. NCI corrected by the time of report signing.

### 3.131    (b)                                    REPEAT
### SANITATION.

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hard-surfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger: The concrete surface of the floor of the outside enclosure has cracks in the concrete.

---

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Oct-07-2011 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Oct-07-2011 | |

Page 2 of  3

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA005020


USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

280110901580140   insp_id

SMCFADDEN

## Inspection Report

***Siberian Tigers (young): The concrete surface of the floor of the enclosure has cracks in the concrete.
***Siberian Tigers (older): On the left wall of the enclosure, along the bottom of the ledge, the concrete surface is damaged in some areas exposing the pebbled layer.
The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

**3.131**     (b)                                    **REPEAT**

**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hard-surfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger: The concrete surface of the floor of the outside enclosure has cracks in the concrete.
***Siberian Tigers (young): The concrete surface of the floor of the enclosure has cracks in the concrete.
***Siberian Tigers (older): On the left wall of the enclosure, along the bottom of the ledge, the concrete surface is damaged in some areas exposing the pebbled layer.
The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care | Date: | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | Oct-07-2011 | |
| Received By: | (b)(6),(b)(7)(c) | Date: | |
| Title: | | Oct-07-2011 | |

PETA005021

United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN
306111239510127   insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: Nov-02-2011

CUMBERLAND, MD 21502

**3.131**  (c)
**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

***Mountain Lion/Tiger off-exhibit area: There is an accumulation of building material. Material not used for animals should not be stored in an animal area. Accumulation of unused equipments should be removed to facilitate cleaning and the pest control. Corrected during the inspection.

**3.131**  (d)
**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

***Small Mammal: Many roaches were seen on the viewing window of the off-exhibit entry door for the kinkajou, No roaches were seen crawling on the floor or in cages or food bowls. Pests should be eliminated to prevent contamination of enclosures and to minimize disease. The building was treated with a pesticide ~ 2months ago but the treatment has not eliminated the pests/ An effective program to minimize pests must be established and maintained to prevent contamination and disease of the animals. Correct November 17, 2011.

An exit briefing was conducted with the owner.

This is a focused inspection to address concerns in a complaint.

| Prepared By: | | | Date: |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | | Nov-02-2011 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | | |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Nov-02-2011 |

Page 1 of 1

PETA005018

United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN
67120812500143    insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: Mar-02-2012

CUMBERLAND, MD 21502

**3.125**     (a)                                    **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***Lion enclosure: The enclosure fence is a collection of a wire panels and some chain link tied together and constructed as follows:
The main enclosure fence is constructed of 6 gauge 20'x8' panels with 2x2 openings; 10 gauge high tensile wire with 4x4 openings overlaps the top half of the panel fence and 10 gauge chain link fence overlaps at the bottom half of the panel fence. The enclosure fence is buried into the ground at least 2 feet into the ground. The chain link fence is attached to horizontal poles at the top and bottom and held together with wire ties. There are vertical metal poles (1.5" - 2.0" diameter) about 10 feet, to which the fencing is attached. The enclosure fence is attached to railroad ties placed along the bottom of the fence on all sides. Concrete wire, metal clamps, and other gauge wire is used to attached fencing together or to railroad ties.The fence that makes up the left side of the enclosure pen can be moved back and forth. The front of the enclosure has a 3 foot kick-in of high tensile (field fence) wire and barbed wire. The lion enclosure may not be constructed in a manner that will adequately contain the animal. The primary enclosures must be constructed of such material and of such strength as is appropriate for the animal.

***White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing.The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides.The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. A portion of the enclosure was divided off to include a dirt/mulch box. The boxes are ~36'x~19 x7".

Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the the next enclosure. Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers. four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Mar-07-2012 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Mar-07-2012 | |

Page 1 of 2

PETA005016



Case 1:20-cv-01225-RC Document 74-16 Filed 12/20/21 Page 18 of 44
USDA
United States Department of Agriculture
Animal and Plant Health Inspection Service
MCFADDEN
67120812500143   insp_id

## Inspection Report

facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does no have a kick-in or does not have a kickin deep or wide enough to restrict the animal's ability to leap out. We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.


***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the floor of the enclosure at the highest point and ~10' from the overhang, there is a 7" deep ledge. The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure must have additional containment measures applied that are substantial enough to contain the animals. A portion of the enclosure was divided off to include a dirt/mulch box. The boxes are ~36'x~19 x7". Modifications to the enclosure that increased the height of the left enclosure fence are under review.

**3.131**   (b)                          **REPEAT**
**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hardsurfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger: The concrete surface of the floor of the outside enclosure has cracks in the concrete.
***Siberian Tigers (young): The concrete surface of the floor of the enclosure has cracks in the concrete.
***Siberian Tigers (older): On the left wall of the enclosure, along the bottom of the ledge, the concrete surface is damaged in some areas exposing the pebbled layer. The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

| Prepared By: | | |
|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | Mar-07-2012 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Mar-07-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA005017

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Type: ROUTINE INSPECTION

Date: Jul-03-2012

**3.125**    (a)                    **REPEAT**

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***White Tiger enclosure: The dividing fence between the two tiger enclosures is constructed of high tensile wire and panel fencing. The high tensile wire is doubled around a pole 6' and covered by board fencing. The 5' panels are attached vertically with the lower portion of the fence covered with boards. Two stands of hot wire are at the top of the dividing wall. There is a 3' high platform against the dividing fence on both sides. The divider fence has no kick-in or overhang. The height from the platform to the top of the dividing fence is 12' tall. A portion of the enclosure was divided off to include a dirt/mulch box. The boxes are ~36'x~19 x7".

Recent experience has shown that an adult tiger can leap over a fence that is 12' in height. This portion of the divider fence is not sufficiently tall or constructed in a manner to prevent the animal on either side from jumping into the next enclosure. Recently experience has shown that a substantial overhang or kick-in is necessary to contain adult tigers. four strands of barb wire is not substantial enough to contain an animal as quick and strong as a tiger. Housing facilities must be constructed of such material and of such strength appropriate for the animal contained within, to protect and contain the animal. Based on what we know from the tiger escape in San Francisco and Miami, adult tigers are strong and quick enough to be able to jump over a fence that is 12' high that does no have a kick-in or does not have a kickin deep or wide enough to restrict the animal's ability to leap out. We can reasonably conclude that an enclosure that is only 12 feet tall without a significant kick-in (at least 3 feet), and without additional containment measures, is not structurally sound enough to contain juvenile or adult tigers.

The divider fence and the outside walls of the enclosure on the right need to have additional containment measures applied such as increased wall height or the addition of an overhang or kick-in that are substantial enough to contain the animal.

| Prepared By: | | | |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | | Jul-05-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jul-09-2012 |

PETA005014



## Inspection Report

***Siberian Tiger enclosure: Along the left wall of the enclosure, approximately 5' from the floor of the enclosure at the highest point and ~10' from the overhang, there is a 7" deep ledge. The ledge is wide enough to allow a tiger to gain footing and therefore does not restrict its ability to leap out of the enclosure. The left wall of the enclosure must have additional containment measures applied that are substantial enough to contain the animals. A portion of the enclosure was divided off to include a dirt/mulch box. The boxes are ~36'x~19 x7". Modifications to the enclosure that increased the height of the left enclosure fence are under review.

**3.131**   (b)                          **REPEAT**

**SANITATION.**

Sanitation of enclosures. Subsequent to the presence of an animal with an infectious or transmissible disease hardsurfaced pens or runs or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live steam under pressure.

***White Tiger: The concrete surface of the floor of the outside enclosure has cracks in the concrete.
***Siberian Tigers (young): The concrete surface of the floor of the enclosure has cracks in the concrete.
***Siberian Tigers (older): On the left wall of the enclosure, along the bottom of the ledge, the concrete surface is damaged in some areas exposing the pebbled layer. The surfaces must be rendered smooth to facilitate sanitation and to prevent disease hazards.

An exit briefing was conducted with the licensee.

**Prepared By:** |  |  |
|---|---|---|
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Jul-05-2012 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Jul-09-2012 |

Page 2 of 2

PETA005015

United States Department of Agriculture
Animal and Plant Health Inspection Service

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

CUMBERLAND, MD 21502

Type: ROUTINE INSPECTION

Date: Sep-14-2012

**3.131**   (b)                        **REPEAT**
**SANITATION.**

Sanitation of enclosures. Pens or runs using gravel, sand, or dirt, shall be sanitized when necessary as directed by the attending veterinarian.

\*\*\*The skunk enclosure housing structures are moderately soiled and the ground has an excessive amount of food waste present. Many flies were present in the enclosure. Enclosures must be cleaned and sanitized. The skunk enclosure must be cleaned and sanitized more frequently to prevent the buildup of food waste as a measure to facilitate the pest control program (prevent the attraction of pests) and to prevent disease.
Corrected by the end of the inspection.

**3.131**   (c)
**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart.

\*\*\* Fencing: In general, the board fencing in the petting area is showing wear. Some of the top support boards are warped, a few other boards are detached at one end, and some of the boards are worn from excessive chewing by the animals. The divider fence for the llama/sheep enclosure is leaning outward.

\*\*\*White Tiger: On the left side of the off-exhibit, there are two ~3" holes in the concrete floor.

Animal enclosures should be kept in good repair to contain the animals and facilitate prescribed husbandry practices. The fencing must be repaired to keep the animals contained and prevent injury. September 18, 2012
The floor in the concrete must be repaired to facilitate the pest control program, standard cleaning and sanitation program, and to prevent injury. Correct by October 14, 2012.

An exit briefing was conducted with the owner.

| | | Date: |
|---|---|---|
| Prepared By: | GLORIA MCFADDEN, D V M | |
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | Sep-14-2012 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Sep-14-2012 |

Page 1 of 1

PETA005013

USDA
United States Department of Agriculture
Animal and Plant Health Inspection Service

SMCFADDEN
135131025340684  insp_id

# Inspection Report

Tri State Zoological Park Of Western Maryland
12605 Moores Hollow Road
Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: Apr-25-2013

**3.75**          (e)
**HOUSING FACILITIES, GENERAL.**

Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. Open food supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination. All food must be stored in a manner that prevents contamination and deterioration of its nutritive value.

***A bag of leaf eater diet was loosely closed and placed on top of an airtight food receptacle. The manner in which the open bag of food is stored does not minimize the potential for contamination. The open bag of food must be stored in a manner, such as an airtight container, to prevent contamination. Correct by April 27, 2013.

**3.125**          (a)
**FACILITIES, GENERAL.**

The outdoor housing facilities shall be maintained in good repair to protect the animals from injury.

***Bobcat enclosure: The overhang to protect the animals and shelter structure from water damage is partially detached. The housing facilities must be kept in good repair to protect the animals and maintain structural strength. The overhang must be repaired to prevent further damage and to protect the animals from injury. Correct by May 5, 2013.

The exit briefing was conducted with the licensee.

| Prepared By: | GLORIA MCFADDEN, D V M | Date: |
|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | Jun-18-2013 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Jun-18-2013 |

Page 1 of 1

PETA005012

USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

232132344534985    insp_id

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

CUMBERLAND, MD 21502

Date: 21 August 2013

3.127    (d)

FACILITIES, OUTDOOR.

Perimeter fence. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility.

***perimeter fence along the front of the property: Chicken wire at the top of the fence in one section is rusty and detached. A tree close to one section of the fence has grown to a point that some branches are hanging and pushing down on the barb and chicken wire at the top of the fence.

NOTE: This was corrected at the time of inspection.

***perimter fence along parking lot: The board fencing is leaning outward.

Fencing should be constructed in a manner that protect the animals and serves as secondary containment. The fencing needs to be kept in good repair to facilitate containment of animals and the entry of unauthorized people and animals. Correct by September 20, 2013.

This is a focused inspection of faciltiies and animal care.
An exit briefing was conducted with the owner.

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | |
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | 23 August 2013 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | 23 August 2013 |

Page 1 of 1

PETA007008

USDA

United States Department of Agriculture

Animal and Plant Health Inspection Service

27141441356505    insp_id

# Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: 27 January 2014

CUMBERLAND, MD 21502

### 3.77       (a)

SHELTERED HOUSING FACILITIES.

***The temperature in the snow macaque building fell below 45 degrees as indicated by frozen water in the drinking water receptacle. An operating heater was present. The ambient temperature in sheltered buildings must not fall below 45 degrees for more than 4 consecutive hours when non-human primates are present. Sheltered housing must be sufficiently heated to protect the non-human primate from temperature extremes. Measures must be taken to ensure the ambient temperature in the shelter housing for the macaques is sufficiently heated for the health and well-being of the animals.

The inspection had been ongoing for 3 hours at the point in time the shelter facility was inspected. Correct by January 31, 2014.

### 3.77       (f)

SHELTERED HOUSING FACILITIES.

***The facility is closed at the time of the inspection. The entrance gates, which are part of the perimeter fence, were open. The inside entry gate to the petting zoo area was shut but not secured in a manner that would prevent the entry of unauthorized persons. No attendant came to greet us for at least 3 minutes as we stood just inside the entryway. As we were heading back to the parking lot, I heard a noise and turned to find two authorized persons coming from the food preparation area. The owner was contacted at that time. The perimeter fence must prevent the entry of unwanted humans and animals for the protection of the non-human primates at all times. Measures must be taken to ensure the perimeter fence is secure when an attendant is not present. Correct by January 31, 2014.

### 3.131       (c)

SANITATION.

***In the food storage room, there were open bags of feed and an excessive amount of feed spilled on the floor and shelves. Buildings shall be kept clean to prevent the harborage and attraction of pests and to facilitate

| | | Date: |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | |
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | 30 January 2014 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | Date: |
| **Title:** | | 30 January 2014 |

Page 1 of 2

PETA006270


## Inspection Report

prescribed husbandry practices; i.e. cleaning, sanitation, and pest control. Feed for all species of animals must be stored in a manner that prevents the attraction of pests and the food storage room mainatained in a manner that facilitates prescribed husbandry practices. Correct by January 31, 2014.

An exit briefing was conducted with the owner.

| Prepared By: | GLORIA MCFADDEN, D V M | | Date: |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care | | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | | 30 January 2014 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | 30 January 2014 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA006271

United States Department of Agriculture
Animal and Plant Health Inspection Service

113140815446736    insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD

Type: ROUTINE INSPECTION

Date: 24 April 2014

CUMBERLAND, MD 21502

3.131      (a)

SANITATION.

***The litter pan for one of the kinkajous had a buildup of food, excreta, urine, and debris.  Excreta and food waste should be removed from the primary enclosure as often as necessary to prevent contamination, minimize disease, and reduce odors. The litter pan must be removed and cleaned. Additonally, a cleaning schedule must be established to ensure that excreta and debris does not build-up for the overall health and well-being of the animals. Correct by April 26, 2014.

An exit briefing was conducted with the owner.

| | |
|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M |
| | GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 |
| **Received By:** | (b)(6),(b)(7)(c) |
| **Title:** | |

**Date:**
24 April 2014

**Date:**
24 April 2014

Page 1 of 1

PETA006269



GMCFADDEN

United States Department of Agriculture
Animal and Plant Health Inspection Service

329141957090458  Insp_id

## Inspection Report

Tri State Zoological Park Of Western Maryland

12605 Moores Hollow Road

Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: 06-NOV-2014

**3.81(c)(4)**

**ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.**

***The marmost is housed in a room with no other animals and is unable to hear or see other non-human primates. There is no environmental enrichment plan for the marmoset. A plan for environmental enrichment must be developed, documented, and followed to promote the psychological well-being of non-human primates. An environmental enrichment plan must be developed with the attending veterinarian to include provisions to address the special needs of a single-housed marmoset that does not haave the ability to hear and see other non-human primates.Correct by Novermber 21, 2014

**3.125(a)**

**FACILITIES, GENERAL.**

***The board fencing for the petting zoo animals is excessively worn and portions of the fence are leaning. One section of the goat/pig/horse pen has a partially broken post. Primary enclosure fencing should be structurally sound to contain the animals. The board fencing must be repaired as needed or replaced to ensure containment of the petting zoo animals. Correct by December 30, 2014. NOTE: A maintenance plan has been developed.

**3.127(d)**          **REPEAT**

**FACILITIES, OUTDOOR.**

***The facility is closed at the time of the inspection. Three persons gained entry into the zoo and was able to walk to

the back of the property before being noticed. The entrance gates, which are part of the perimeter fence, were open. The inside entry gate to the petting zoo area was shut. The perimeter fence must prevent the entry of unwanted humans for the protection of the public and animals at all times. Measures must be taken to ensure the perimeter fence is secure when an attendant is not readily available in any area of the zoo.

**3.131(c)**

**SANITATION.**

| | | |
|---|---|---|
| Prepared By: GLORIA MCFADDEN, D V M     USDA, APHIS, Animal Care | | Date: 02-DEC-2014 |
| Title: VETERINARY MEDICAL OFFICER  1048 | | |

Received by Title: 7012 3050 0001 0368 2950

Date: 02-DEC-2014

**USDA**

United States Department of Agriculture

Animal and Plant Health Inspection Service

329141957090458   Insp_id

## Inspection Report

***The outdoor rug in the kitchen has been recently cleaned. However, the fibers of the carpet are sufficiently worn that it can no longer be cleaned and sanitized effectively. Surfaces should be cleaned as needed to prevent excessive soiling and must be sanitizable. The carpet should be replaced to facilitate the cleaning and sanitization practices in the kitchen area. Corrected: Carpet replaced at the time of inspection.

***A portion of the primary perimeter fence (there is a secondary perimeter fence) for the young tigers is movable. Fencing should be secured in a manner that ensures it function as primary containment should a tiger escape. Measures should be taken to ensure the fence is sufficiently secure to facilitate containment of the animals in the event of an escape. Correct By November 14, 2014

An exit briefing was conducted with the owner.

**Additional Inspectors**

Hackworth Doris, Veterinary Medical Officer

| **Prepared By:** | GLORIA MCFADDEN, D V M | USDA, APHIS, Animal Care | **Date:** 02-DEC-2014 |
|---|---|---|---|
| **Title:** | VETERINARY MEDICAL OFFICER   1048 | | |

| **Received by Title:** | 7012 3050 0001 0368 2950 | **Date:** 02-DEC-2014 |
|---|---|---|

USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

SMCFADDEN
63150606120667   insp_id

## Inspection Report

Tri State Zoological Park Of Western Maryland
12605 Moores Hollow Road
Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: Mar-04-2015

---

**3.125**      (a)                          **REPEAT**
**FACILITIES, GENERAL.**

Structural strength
*** Tiger enclosure (3 tigers): The wood portion at the top of the platform enclosure / barrier fence is crumbling. The fence serves as a public barrier as well as provides the appropriate height for an open top tiger enclosure. The attachment of the wood to the wire panel fencing provides strength to the enclosure fence. The wood must be replaced and maintained to ensure the integrity of the fence is adequate for species contained within the enclosure.

*** The board fencing for the petting zoo animals (4 goats, 8 pigs, 1 sheep, 1 alpaca) are excessively worn and portions of the fence is leaning. The fence post noted on a previous inspection has been repaired but the fencing in general remains in disrepair. The primary enclosure fence must be structurally sound and in good repair to contain the animals. The board fencing must be repaired as needed or replaced to ensure containment of the petting zoo animals.

**3.125**      (d)
**FACILITIES, GENERAL.**

Waste Disposal
***Produce waste was on the ground outside the enclosure housing 8 pigs. The produce waste may attract rodent pests. Provision must be made for the removal and disposal of food waste to minimize vermin infestation, odors and disease hazards. Correct by March 5, 2015.

**3.127**      (c)
**FACILITIES, OUTDOOR.**

Drainage
*** The enclosure housing 2 pigs is excessively muddy with puddles of water by the water receptacle. The enclosure housing 8 pigs has a pool of standing water around the water receptacle. The pigs should not have to walk through mud or wade through muddy water to reach the water receptacle. Standing water and/or mud may cause foot problems in the pigs, as well as excessive chilling in cold water. The water receptacle must not be surrounded by mud or standing water.

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | |
| | GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Mar-05-2015 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Mar-04-2015 |

Page 1 of 2

PETA007002


Case 1:20-cv-01225-RDM Document 72-16 Filed 12/20/21 Page 30 of 44
United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN
63150606120867    insp_id

## Inspection Report

\*\*\* The alpaca was locked in a stall in the shelter with standing water and mud. The licensee stated the alpaca was kept there while the enclosure was cleaned. The APHIS officials observed the alpaca locked in the stall around 10:30 a.m. and it was still in the stall at around 1:30 p.m. The shelter should not have standing water and/or mud. Standing in water and mud may cause foot problems as well as excessive chilling in cold weather. Animals must not be kept confined in areas with standing water and mud. Shelters must be clean and dry for the health of the animals.

A suitable method must be provided to rapidly eliminate excess water for the health and comfort of the animals. Correct by March 6, 2015.

**3.131**    (a)
**SANITATION.**

Cleaning of enclosures
\*\*\* The enclosure housing the coati has an excessive amount of dried feces on the top front platform. The lower front platform had a buildup of food wastes and the treat cup was soiled. Feces and food waste present a disease hazard to the animal. Feces must be removed from enclosures to prevent buildup and to ensure an animal has a clean area to rest. Surfaces must be kept free of a buildup of food wastes. Correct by March 6, 2015.

**3.131**    (d)
**SANITATION.**

Pest Control
\*\*\* Rodent feces were present on the floor in the feed room. An unset rodent trap was located in one corner of the room. Pest control measures, such as regular removal of spilled feed and the setting of traps, must be maintained to prevent the attraction and harborage of rodents. Effective pest control measures must be taken to prevent the attraction and entry of rodents in to the food storage area. Correct by March 11, 2015.

An exit briefing was conducted with the owner; Gloria McFadden, VMO; and Mary Geib, VMO.

| Prepared By: | GLORIA MCFADDEN, D V M | |
|---|---|---|
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Mar-05-2015 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Mar-04-2015 |

Page 2 of 2

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN   insp_id
147150223370642

## Inspection Report

Tri State Zoological Park Of Western Maryland
12605 Moores Hollow Road
Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: May-27-2015

---

**3.78**   (d)

**OUTDOOR HOUSING FACILITIES.**

Perimeter fence: The gate of the perimeter fence into the outdoor access area for the squirrel monkey does not close completely, leaving the gate ajar and creating a gap. The gate must be rehung or replaced so it can close securely to maintain the structural integrity of the perimeter fence to protect the monkey by restricting unauthorized humans and animals from going through it and having contact with the monkey. Correct by June 3, 2015.

**3.84**   (c)

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Housekeeeping for premises: Lemur and Macaques
***A food storage container, transport carrier, unplugged heater, and fire extinguishers in the off-exhibit storage area of the indoor housing facilities are excessively dirty. There is a buildup of debris in the corners of the floor. Dried bird feces are present on the heater. The fire extinguishers are not secured to a surface.

Premises associated with the animal areas should be kept free of an accumulation of debris and dirt to facilitate general husbandry practices. The fire extinguishers should be stored in a manner that prevents potential injury to the animal. All surfaces within the off-exhibit support areas must be kept clean on a regular basis and items should be stored properly to ensure they are in working order when needed.  Correct by May 30, 2015

***Also, a large hole is present in the wood threshold for entry into the lemur off-exhibit area.

Facilities should be kept in good repair to facilitate cleaning and eliminate areas for the pests to live and hide and to eliminate the pooling of water which will attract pests and vermin. The threshold must be replaced to assist in proper cleaning and to facilitate the pest control program. Correct by May 31, 2015

---

| Prepared By: | GLORIA MCFADDEN, D V M | | Date: |
|---|---|---|---|
| | GLORIA S MCFADDEN, D V M   USDA, APHIS, Animal Care | | May-28-2015 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  1048 | | |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | May-28-2015 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA006804



USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

MCFADDEN

147150223370642    insp_id

## Inspection Report

**3.125**    (a)    **REPEAT**

**FACILITIES, GENERAL.**

Structural Strength
\*\*\* The board fencing for the petting zoo animals (5 goats, 6 pigs, 1 sheep, 1 alpaca) are excessively worn and portions of the fence are leaning. The wire fencing that is attached to the board fencing, is damaged in many areas for the pigs and goat pens. The damage has resulted in the exposure of sharp wires that could potentially injure an animal. Some sections of the fence are also leaning and wire panels detached from the wood fence in certain areas.The primary enclosure fence for the petting zoo animals must be structurally sound and maintained in good repair to contain the animals and prevent injury. The board fencing and wire fencing must be repaired as needed or replaced to protect the animals from injury, to ensure the containment of the petting zoo animals, and to prevent the entry of unwanted animals.

**3.127**    (d)

**FACILITIES, OUTDOOR.**

Perimeter fence:  The following areas of perimeter fence must be repaired or maintained.

1) A section of the wood perimeter fence along the front of the zoo is missing wood vertical boards and is not secured to posts. This section of the fence must be repaired or replaced.

2) The wire perimeter fence around the puma enclosure has a broken fence post on the right side that has fallen inward toward the enclosure dragging the wire fencing down.  The wire fence is no longer at least 8 feet in height. The fence post must be repaired or replaced to maintain the perimeter fence at least 8 feet in height.

3) The wood perimeter fence by the gate between the puma and tiger area has loose boards that must be reattached to maintain the structural strength of the perimeter fence.

4) The wire perimeter fence by the serval enclosure has a gap between the wire mesh and the wire panel fencing. The gap must be closed to prevent animals or people from going through the perimeter fence.

5) There is a large gap under the pedestrian gate of the perimeter fence into the back field area.  The gap must be closed to prevent animals from going under the fence.

6) A post for the perimeter fence is leaning away from the back of a building (near the capuchin enclosure) creating a gap. The fence post must be secured and the gap eliminated to prevent animals or people from going through the gap.

7) The back wire perimeter fence (opposite the creek) has areas that are overgrown with vines and vegetation.  The weight of the vegetation is bending the wire fencing down and making it difficult to see and evaluate the integrity of the fence.  The fence must be maintained at least 8 feet in height and be visible to evaluate its structural integrity.

8) The facility removed part of the back area of the wire perimeter fence to work on a vehicle path.  The

| | |
|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M |
| | GLORIA S MCFADDEN, D V M      USDA, APHIS, Animal Care |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 |
| **Received By:** | (b)(6),(b)(7)(c) |
| **Title:** | |

Date:
May-28-2015

Date:
May-28-2015

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

PETA006805

 

United States Department of Agriculture
Animal and Plant Health Inspection Service

147150223370642   insp_id

## Inspection Report

back wire perimeter fence (opposite the creek) ends by the bobcat enclosure. There is no perimeter fence behind the artic fox enclosure. The perimeter fence must be rebuilt in this area to fully enclose all the animal enclosures.

The facility must establish and maintain a program to keep the perimeter fence in good repair to restrict animals and unauthorized persons from going through it or under it and having contact with the animals and so that the perimeter fence can function as a secondary containment system for the animals housed within the facility. Correct items 1-6 by June 3, 2015. Correct items 7 - 8 by June 10, 2015.

**3.131**   (a)                                    **REPEAT**
**SANITATION.**

Cleaning of enclosures
*** The floors in many of the off exhibit areas have surfaces that are in need of a general cleaning and removal of debris and excreta. Specifically, the enclosure housing the coati has an excessive amount of dried feces on the top of the carpeted platform. The older tiger enclosure has feces and debris that have built up in between the two board fences at the front of the off-exhibit enclosure inside the shelter.

Feces and food waste present a disease hazard to the animals and attract pests. Surfaces must be free of a buildup of excreta, food waste, and debris to minimize disease hazards, odors, and the attraction of pests. Feces and debris must be removed from enclosures in a manner and at a frequency that prevents buildup to ensure an animal has a clean area to rest and to facilitate effective pest control.

**3.131**   (c)
**SANITATION.**

***The new guinea singing dog outdoor enclosure and the area in front of the enclosure has an overgrowth of a weeds. A weed with very large leaves takes up ¾ of the enclosure space which allows for the potential harborage of rodents and other unwanted pests. The high vegetation covering the ground in the outdoor enclosure prevents seeing feces on the ground and makes cleaning the enclosure very difficult. Also, the singing dog does not appear to want to come into the outdoor enclosure, choosing to stay off-exhibit and stand at the door leading to the outside yard. The weeds must to be removed to allow the animal full access to the outdoor enclosure for its overall well-being, to clean the enclosure, and to facilitate and effectively control potential pests. Additionally, a plan must be developed to minimize or prevent the regrowth of the weeds. Correct by May 30, 2015

This inspection was conducted on May 27, 2015. An exit briefing was conducted on May 28, 2015 with the owner; Gloria McFadden, VMO; and Mary Geib, VMO.

End of Report.

| | | | |
|---|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | | |
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | May-28-2015 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | May-28-2015 | |

Page 3 of 4

PETA006806



United States Department of Agriculture
Animal and Plant Health Inspection Service

147150223370642   insp_id
MCFADDEN

# Inspection Report

| | | | |
|---|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | | |
| | GLORIA S MCFADDEN, D V M     USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | May-28-2015 | |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | **Date:** | |
| **Title:** | | May-28-2015 | |

Page 4 of  4

PETA006807

 GMCFADDEN

United States Department of Agriculture

Animal and Plant Health Inspection Service

274150511090737   Insp_id

## Inspection Report

Tri State Zoological Park Of Western Maryland

12605 Moores Hollow Road

Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: 24-SEP-2015

**3.125(a)**          **REPEAT**

**FACILITIES, GENERAL.**

Strutural Strength

\*\*\* One pig and one sheep have access to a pen in the petting zoo which has broken wires on the fencing near the ground. The animals may be injured by the wire ends protruding into the enclosure. There is also chicken wire detaching from the wire and wood fencing that may cause animals to get caught in the loose wire or to be injured from the wire ends.

\*\*\*The petting zoo enclosure housing 4 goats and one alpaca has broken wires on the fencing near the ground by the circular trash receptacle. The animals may be injured by the wire ends protruding into the enclosure.

\*\*\*The top of the wood ramp to the elevated resting structure for the wild cat is rotting. There are holes in the wood, wood splinters, and nail heads protruding up out of the wood. The animal may be injured by the damaged wood or nail heads.

Once the APHIS officials identified the condition of the fencing in the petting zoo to the licensee, the licensee had facility personnel repair the fencing. The wood ramp must still be repaired to protect the animal from injury.

Facilities must be constructed of such material and of such strength as appropriate for the animals involved. Housing facilities must be structurally sound and maintained in good repair to protect the animals from injury.

**3.130**

**WATERING.**

\*\*\*The water bowls for the skunk, porcupine, and wolf have a buildup of a dark brown / green material on the inside surface of the water receptacles. Water receptacles must be kept clean and sanitary to prevent contamination of the drinking water. Water receptacles must be cleaned at a frequency and in a manner that prevents the build-up of debris on the surface of the water containers to ensure the animals have potable water to drink. Correct by September 26, 2015.

| | | |
|---|---|---|
| **Prepared By:** GLORIA MCFADDEN, D V M       USDA, APHIS, Animal Care | | **Date:** 01-OCT-2015 |
| **Title:** VETERINARY MEDICAL OFFICER   1048 | | |

Received by Title: OWNER

**Date:** 01-OCT-2015



GMCFADDEN

United States Department of Agriculture
Animal and Plant Health Inspection Service

**274150511090737**   Insp_id

## Inspection Report

---

**3.131(c)**            **REPEAT**

**SANITATION.**

Housekeeping

\*\*\*Old feces from turkeys and peacocks are present around the circular trash receptacle near the petting zoo enclosure for the llama and goats. Also in the petting zoo area, an excessive amount of tortoise and bird feces is present in the corner in front of the barrier fence near the opossum and new guinea singing dog enclosures. At the time of inspection, a pig and a sheep had access to the petting zoo area where the excessive amounts of bird/tortoise excreta had accumulated. Grounds should be kept free of an excessive amount of excreta and debris to facilitate cleaning practices, to minimize pests, and for the health of the animals.

This inspection was conducted on September 24, 2015. An exit briefing was conducted on September 25, 2015 with the facility owner; Gloria McFadden,VMO; and Mary Geib, VMO.

**Additional Inspectors**

Geib Mary, Veterinary Medical Officer

| | | | |
|---|---|---|---|
| **Prepared By:**  GLORIA MCFADDEN, D V M          USDA, APHIS, Animal Care | | **Date:** 01-OCT-2015 | |
| **Title:**  VETERINARY MEDICAL OFFICER    1048 | | | |

**Received by Title:**  OWNER

**Date:** 01-OCT-2015

USDA

MCFADDEN
360151332080212    insp_id

## Inspection Report

Tri State Zoological Park Of Western Maryland
12605 Moores Hollow Road
Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: Dec-02-2015

**3.129**      (a)

**FEEDING.**

***There are open cardboard boxes with fruits and vegetables in them both in the kitchen and outside. It was a rainy day and the cats were noted resting in the boxes of food and some of the boxes outside were uncovered. Food should be kept free from contamination. Cats that roam free may carry fomites or disease that could potentially contaminate food. Food exposed to the inclement weather can lose their nutrient value or spoil. A method to prevent contamination of food from the cats and inclement weather must be established. Correct December 5, 2015.

An exit briefing was conducted with the owner.

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN, D V M | |
| | GLORIA S MCFADDEN, D V M    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  1048 | Jan-14-2016 |
| **Received By:** | (b)(6), (b)(7)(c) | **Date:** |
| **Title:** | | Dec-02-2015 |

Page 1 of 1

PETA006997

United States Department of Agriculture
Animal and Plant Health Inspection Service

## Inspection Report

Tri State Zoological Park Of Western Maryland
12605 Moores Hollow Road
Cumberland, MD 21502

Customer ID: **15730**
Certificate: **51-C-0064**
Site: **001**

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: FOCUSED INSPECTION
Date: 06-OCT-2016

**2.40(b)(2)        DIRECT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

***The 13 year old male lion is not in good health or body condition. He appears thin and the pelvic bones are prominent. His coat is rough and has turned a dark brown. And, the mane has thinned as would be seen on a one year old lion. There is also a watery discharge around the lion's eyes.

A dose of testosterone and a course of antibiotic has been administered per the veterinarian's instruction. However, the condition of the animal is not much improved.  Although the lion has been under a veterinarians's care, a diagnosis has not been determined. An illness left undiagnosed can lead to suffering of the animal. An examination by a veterinarian with exotic cat experience is needed to determine the cause of the lion's weight loss and generalized unthriftiness to determine the appropriate options for treating the lion's condition.
Correct by October 10, 2016

This is a focused inspection  to check the care and welfare of a white pig and the male lion.
This inspection and exit interview were conducted with owner.

| Prepared By: | **GLORIA MCFADDEN** | Date: 07-OCT-2016 |
|---|---|---|
| | GLORIA MCFADDEN        USDA, APHIS, Animal Care | |
| Title: | VETERINARY MEDICAL OFFICER    1048 | |
| Received By: | (b)(6), (b)(7)(c) | Date: 07-OCT-2016 |
| Title: | | |

PETA006858



United States Department of Agriculture      Customer:      15730
Animal and Plant Health Inspection Service    Inspection Date:    06-OCT-16

## Animal Inspected at Last Inspection

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 15730 | 51-C-0064 | 001 | TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND | 06-OCT-16 |

| Count | Species |
|-------|---------|
| 000001 | Common squirrel monkey |
| 000001 | Brown pale-fronted capuchin |
| 000001 | Lion |
| 000001 | Pig |
| **000004** | **Total** |

PETA006859

GMCFADDEN

United States Department of Agriculture

Animal and Plant Health Inspection Service

2016082568879227 Insp_id

## Inspection Report

Tri State Zoological Park Of Western Maryland

12605 Moores Hollow Road

Cumberland, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: 05-OCT-2017

**3.127(b)**

**FACILITIES, OUTDOOR.**

***Porcupine Enclosure: The nest box flap only provides coverage for half of the opening to the nest box. The flap also has jagged edges. The flap provides additional protection from the elements. Structures must be maintained in good repair to facilitate its purpose for use and to minimize the risk of injury. The flap must be replaced. Corrected at the time of inspection.

This inspection and exit interview were conducted with the owner.

| | | |
|---|---|---|
| **Prepared By:** MCFADDEN GLORIA, D V M     USDA, APHIS, Animal Care | | **Date:** 10-OCT-2017 |
| **Title:** VETERINARY MEDICAL OFFICER   1048 | | |

Received by Title: OWNER

**Date:**
10-OCT-2017



United States Department of Agriculture

Animal and Plant Health Inspection Service

GMCFADDEN

**2016090000509955** Insp_id

## Inspection Report

TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND

12605 MOORES HOLLOW ROAD
CUMBERLAND, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: 08-JAN-2021

**3.127(d)**

**Facilities, outdoor.**

The new back gate, which is a section of the property perimeter fence, is only 5 feet in height. The space between the rungs in the gate range between 7-9 inches and a 9 inch gap exists between the ground and the bottom of the left panel of the gate.  The gap and the spacing between rungs are wide enough for unwanted animals to easily pass through or under the gate. The height of the fence is insufficient to keep the public from entering the property during times when the zoo is closed. The perimeter fences must be at least six feet and designed in a manner that prevents people and animals from going under it or through it and having contact with the animals during non-exhibition times.  Modifications must be made to the gate that would increase the height to six (6) feet and reduce the size of the spacing between rungs and the gap to restrict the entry of unwanted animals and unauthorized persons. Correct by January 22, 2021

**3.81**

**Environment enhancement to promote psychological well-being.**

An appropriate environmental enhancement plan is being followed as directed by a former attending veterinarian. However, the current plan has not been reviewed and directed by the new attending veterinarian. The facility attending veterinarian must be a part of the development of the plan to ensure all social and psychological needs of the squirrel monkey and the capuchin are met. An environment enhancement plan, to include the environmental enrichment and

| Prepared By: | GLORIA MCFADDEN | | Date: |
|---|---|---|---|
| | | USDA, APHIS, Animal Care | 15-JAN-2021 |
| Title: | VETERINARY MEDICAL OFFICER | | |

| Received by Title: | Licensee | | Date: |
|---|---|---|---|
| | | | 15-JAN-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
**2016090000509955** Insp_id

## Inspection Report

special considerations for the single housed non-human primates, must be directed by the current attending veterinarian and documented. Correct by January 29, 2021.

This inspection and exit interview were conducted with the licensee.

| | | |
|---|---|---|
| **Prepared By:**  GLORIA MCFADDEN | | **Date:** |
| USDA, APHIS, Animal Care | | 15-JAN-2021 |
| **Title:**  VETERINARY MEDICAL OFFICER | | |

| | | |
|---|---|---|
| **Received by Title:**  Licensee | | **Date:** |
| | | 15-JAN-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

## Inspection Report

Tri State Zoological Park Of Western Maryland

12605 Moores Hollow Road
CUMBERLAND, MD 21502

Customer ID: **15730**

Certificate: **51-C-0064**

Site: 001

TRI STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND

Type: ROUTINE INSPECTION

Date: 31-AUG-2021

---

**3.84(d)**

**Cleaning, sanitization, housekeeping, and pest control.**

Capuchin enclosure: Ants were seen crawling on the platform and on which the food receptacle with fruit was placed. The food was provided earlier than usual, and the capuchin was not interested in eating at the time it was presented. The food was attracting ants to the fruit and food receptacle. The husbandry practice allowed for the attraction of pests. Alternative method(s) for providing fresh fruit at must be implemented to prevent the attraction of pests, such as ants, and to minimize any risk of contamination.  Correct by September 18, 2021

**3.131(d)**

**Sanitation.**

Coatimundi enclosure: A rat was seen peeking through one of the cider blocks that supports the shelter structure at the entrance. There was also an overgrowth of brush within the outdoor portion of the enclosure that would provide safe harbor for rodents. The current pest control measures are not effective to prevent the attraction and harborage of the rodents. Correct September 30, 2021.


This inspection and exit interview were conducted with the licensee.

---

| | | |
|---|---|---|
| Prepared By:  GLORIA MCFADDEN | | Date: |
| | USDA, APHIS, Animal Care | 14-SEP-2021 |
| Title:  VETERINARY MEDICAL OFFICER | | |

| | | |
|---|---|---|
| Received by Title:  Licensee | | Date: |
| | | 14-SEP-2021 |

PETA012465



United States Department of Agriculture
Animal and Plant Health Inspection Service

GMCFADDEN
**2016090000703016** Insp_id

## Inspection Report

Additional Inspectors:

Jeffrey Shepherd, SUPERVISORY ANIMAL CARE SPECIALIST

| | | |
|---|---|---|
| **Prepared By:** | GLORIA MCFADDEN | **Date:** |
| | USDA, APHIS, Animal Care | 14-SEP-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| | | |
| **Received by Title:** | Licensee | **Date:** |
| | | 14-SEP-2021 |

Page 2 of 2

PETA012466