**EXHIBIT P**

## Western Maryland Animal Hospital, Inc.
11024 Old Mt Savage Rd NW
LaVale, MD  21502
(301) 722-5881

| | | | |
|---|---|---|---|
| Client ID: | 8455 | Patient ID: | 21312 |
| Client Name: | Tri-State Zoological Park | Name: | Charlie |
| Address: | 10105 Cottage Inn Lane NE | Species: | OTHER LARGE |
| | | Breed: | OTHER BREED |
| | Cumberland, MD  21502 | Sex: | Male |
| Telephone: | (301) 724-2400 | Color: | Fawn |
| | | Markings: | |
| Date | January 4, 2011 | Birth Date: | 1/4/2007 |

**Reason for Visit:** Test for Salmonella

Fecal: _____    HWT: _____

| (1) General Cond. __Norm __Abn | (2) Eyes __Norm __Abn | (3) Ears __Norm __Abn | (4) Respiratory __Norm __Abn | (5) Cardiovascular __Norm __Abn |
|---|---|---|---|---|
| (6) Digestive Syst. __Norm __Abn | (7) Genital-Urinary __Norm __Abn | (8) Musculoskeletal __Norm __Abn | (9) Nervous Syst. __Norm __Abn | (10) Lymphatics __Norm __Abn |
| (11) Skin/Haircoat __Norm __Abn | (12) Mucosa __Norm __Abn | T____ P____ | R____ CRT____ | MM____ WT____ |

Vaccination:_____  Date Given:_____  Date Due:_____

Comments:

*Neg Salmonella*

# Patient History Report

**Client:** Candy, Bob, Tri-State Zoo (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottabe Inn Ln NE  
Cumberland, MD 21502  

**Patient:** Charlie (37610)  
**Species:** Feline  
**Age:** 13 Yrs. 6 Mos.  
**Color:** Tan  
**Breed:** Puma  
**Sex:** Male  

| Date | Type | Staff | History |
|---|---|---|---|
| 1/19/2019 | B | GD | -60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by BJH |
| 1/19/2019 | B | GD | -2.00 tablet of Mirtazapine (MIRTAZ) by BJH |
| 1/19/2019 | B | GD | 1.00 Charges Final (CHFINAL) by BJH |
| 1/18/2019 | B | HOS | -60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by AB |
| 1/18/2019 | B | HOS | -2.00 tablet of Mirtazapine (MIRTAZ) by AB |
| 12/14/2018 | B | HOS | -3.00 cc of Cerenia 10 mg injectable (CERINJ) by BW |
| 12/11/2018 | B | HOS | -1.00 CBC,Chem 17, Electrolytes- In House (CBC12EH) by BW |
| 11/20/2018 | B | IJS | 1.00 Charges Final (CHFINAL) by DCN |
| 11/10/2018 | C | GD | Default Comments<br>Mr. candy called to say Charlie passed during night- found him stretched out (likely d/t agonal breaths at passing). Had not eaten, did not get oral doxycycline into Charlie. Recommended necropys- owner declined. Owner wanted to know cause of death- advised necropsy required to determine cause of death. |
| 11/9/2018 | C | IJS | Default Comments<br>Administered 3.2ml excede, 3ml cerenia, 3ml dexamthasone IM. |
| 11/9/2018 | P | GD | 60.00 each of Doxycycline 100mg Tablet (DOXTAB1)<br>Rx #: 106471   0 Of 0 Refills  Filled by: TC<br>Give 6 tablets by mouth ONCE a day with food until gone |
| 11/9/2018 | P | GD | 3.00 cc of Cerenia 10 mg injectable (CERINJ)<br>Rx #: 106469   0 Of 0 Refills  Filled by: TC<br>Give 3 mls injection SQ |
| 11/9/2018 | P | GD | 2.00 tablet of Mirtazapine (MIRTAZ)<br>Rx #: 106468   0 Of 0 Refills  Filled by: TC<br>Give 2 tablets by mouth ONE time |
| 11/9/2018 | B | GD | 2.00 tablet of Mirtazapine (MIRTAZ) by DCN |
| 11/9/2018 | B | GD | 3.00 cc of Cerenia 10 mg injectable (CERINJ) by DCN |
| 11/9/2018 | B | GD | 60.00 each of Doxycycline 100mg Tablet (DOXTAB1) by DCN |
| 11/9/2018 | B | GD | 1.00 Charges Final (CHFINAL) by DCN |
| 11/9/2018 | B | IJS | 1.00 LA S Farm Call (LAFARMC) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of LA M Excede (5697872) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of Cerenia 10 mg injectable (CERINJ) by DCN |
| 11/9/2018 | B | IJS | 3.00 cc of LA M Dexamethasone (LAMDEX) by DCN |
| 11/8/2018 | L | GD | Chemistry results from IDEXX VetLab In-clinic<br>Laboratory Requisition ID:  9037      Posted      Final<br>Test            Result           Reference Range<br>ALB =           3.4 g/dL         2.3 - 3.9<br>ALKP <          < 10 U/L L        14 - 111 |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

# Patient History Report

**Client:** Candy, Bob, Tri-State Zoo (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottabe Inn Ln NE  
Cumberland, MD 21502  

**Patient:** Charlie (37610)  
**Species:** Feline  
**Age:** 13 Yrs. 6 Mos.  
**Color:** Tan  

**Breed:** Puma  
**Sex:** Male  

| Date | Type | Staff | History |
|------|------|-------|---------|

|  |  |  |  |
|---|---|---|---|
| ALT = | 470 U/L H | 12 - 130 | |
| AMYL = | 516 U/L | 500 - 1500 | |
| BUN/UREA = | 92 mg/dL H | 16 - 36 | |
| Ca = | 9.7 mg/dL | 7.8 - 11.3 | |
| Chloride = | 131 mmol/L H | 112 - 129 | |
| CHOL = | 138 mg/dL | 65 - 225 | |
| CREA - | --.-- mg/dL | 0.8 - 2.4 | |
| GGT = | 0 U/L | 0 - 4 | |
| GLU = | 153 mg/dL | 71 - 159 | |
| LIPA = | 215 U/L | 100 - 1400 | |
| PHOS = | 8.4 mg/dL H | 3.1 - 7.5 | |
| Potassium = | 4.1 mmol/L | 3.5 - 5.8 | |
| TBIL > | > 27.9 mg/dL H* | 0.0 - 0.9 | |
| TP = | 7.7 g/dL | 5.7 - 8.9 | |
| Sodium = | 158 mmol/L | 150 - 165 | |
| GLOB = | 4.3 g/dL | 2.8 - 5.1 | |
| OSM calc = | 343 mmol/kg | | |
| ALB/GLOB = | 0.8 | | |
| Na/K = | 39 | | |

11/8/2018  L  GD  Hematology results from IDEXX VetLab In-clinic  
Laboratory Requisition ID: 9037    Posted    Final

| Test | Result | Reference Range |
|------|--------|-----------------|
| BASO * | * 0.23 K/uL | 0.01 - 0.26 |
| EOS * | * 0.05 K/uL L | 0.17 - 1.57 |
| HCT = | 29.6 % L | 30.3 - 52.3 |
| HGB = | 8.9 g/dL L | 9.8 - 16.2 |
| LYMPHS * | * 6.62 K/uL | 0.92 - 6.88 |
| MCH = | 14.9 pg | 11.8 - 17.3 |
| MCHC = | 30.1 g/dL | 28.1 - 35.8 |
| MCV = | 49.5 fL | 35.9 - 53.1 |
| MONOS * | * 2.17 K/uL H | 0.05 - 0.67 |
| MPV - | --.-- fL | 11.4 - 21.6 |
| RBC = | 5.98 M/uL L | 6.54 - 12.20 |
| WBC * | * 30.76 K/uL H | 2.87 - 17.02 |
| %LYMPHS * | * 21.5 % | |
| %MONOS * | * 7.1 % | |
| NEUT * | * 21.69 K/uL H | 1.48 - 10.29 |
| %NEUT * | * 70.5 % | |
| %EOS * | * 0.2 % | |
| %BASO * | * 0.7 % | |
| PLT = | 94 K/uL L | 151 - 600 |
| Retics = | 235.0 K/uL H | 3.0 - 50.0 |
| %Retics = | 3.9 % | |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates,  
I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended,  
R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

## Patient History Report

**Client:** Candy, Bob, Tri-State Zoo (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottabe Inn Ln NE  
Cumberland, MD 21502

**Patient:** Charlie (37610)  
**Species:** Feline  
**Age:** 13 Yrs. 6 Mos.  
**Color:** Tan  
**Breed:** Puma  
**Sex:** Male

| Date | Type | Staff | History |
|---|---|---|---|

```
              RDW =          28.2 % H              15.0 - 27.0
              PCT -          --.-- %               0.00 - 0.79
              Band *         * Suspected
              Band neutrophils suspected
                                              WBC Abnormal Distribution
```

11/8/2018  C  GD  

Routine exam  
HISTORY: Presented for evaluation of ADR, not eating right 2.5 days, now lying in pen not moving much. Appears to be in pain, has not seen defecate, is drinking water.:

103.2

Physical Exam:  
GENERAL: BCS 5/9, on presentation patient in sternal recumbency, does not interact normally with observers. Growling consistently, splinting in abdomen. Will not rise. Sedated with 12mg ketamine, 3mg dexmedetomidine, 5mg midazolam IM, topped up with 5mg ketamine, 1mg dexmedetomidine, 2.5mg midazolam IM- heavy sedation but still mildly responsive to palpation, stimuli.

ABDOMEN: The abdomen palpates with gas-distended intestines throughout majority of abdomen. No palpable abnormalities of either kidney, spleen, or liver. No feces palpable in colon, bladder small, no obvious abnormalities on palpation.

CARDIOVASCULAR: No murmurs or arrythmias are heard.

EARS: The ears are clear with no evidence of redness or discharge

EYES: The eyes are bright and clear. The cornea, sclera, conjunctiva, and eyelids are intact and healthy. The lens is transparent and the iris has a normal color and texture. The pupils are normally responsive to light. Vision appears normal.

GASTROINTESTINAL: Gas-distended intestines palpable.

MOUTH/TEETH: The gums appear healthy. The tongue, tonsils, palate, and pharynx have a healthy color and appearance. The teeth appear clean, white, and properly aligned. There is no significant accumulation of tartar. Gums are pale pink, slightly tacky, CRT <2 seconds.

MUCOUS MEMBRANES: Mucous membranes are slightly pale, slightly tacky,

---

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

## Patient History Report

**Client:** Candy, Bob, Tri-State Zoo (15924)
**Phone:** (240) 727-8051
**Address:** 10105 Cottabe Inn Ln NE
Cumberland, MD 21502

**Patient:** Charlie (37610)
**Species:** Feline
**Age:** 13 Yrs. 6 Mos.
**Color:** Tan
**Breed:** Puma
**Sex:** Male

| Date | Type | Staff | History |
|------|------|-------|---------|
| | | | CRT <2sec |
| | | | LYMPH NODES: Lymph nodes are of normal size and character |
| | | | MUSCULOSKELETAL: The muscles have normal tone and strength for the pet's age and breed. The pet's gait is normal with no signs of lameness or joint pain. |
| | | | NERVOUS SYSTEM: The pet presented bright, alert, and responsive with no obvious abnormalities. A full neurologic exam was not performed. |
| | | | RESPIRATORY: Respiration is normal with no crackles or wheezes. |
| | | | SKIN/HAIR COAT: Your pet's skin is healthy with no redness or evidence of infection or parasites. |
| | | | UROGENITAL: Normal urinary tract. The bladder and kidneys are of normal shape, size, and consistency. Normal genitalia and reproductive organs for the age, sex, and reproductive status of the animal are present. No discharge was noted. |
| | | | ASSESSMENT: Drew blood, administered 850ml NaCl SQ. Reversed with 4mg antisedan IM- recovered well, head held up and moving all 4 limbs. Discussed concerns of GI obstruction, need for surgical referral. CBC/Chem/Lytes revealed significant anemia, leukocytosis with neutrophilia, monocytosis, thrombocytopenia. Severe azotemia, mild hyperphosphatemia, severe hyperbilirubinemia. Rule outs include GI FB obstruction, hemobartonellosis, acute renal failure. |
| | | | PLAN: IJS to administer cerenia, excede, dexamethasone tomorrow. Discussed very poor prognosis with owner- declined euthanasia. Discussed necropsy highly recommended if patient passes. |
| | | | PROCEDURES PERFORMED ON YOUR PET TODAY: |
| 11/8/2018 | B | GD | 1.00 CBC,Chem 17, Electrolytes- In House (CBC12EH) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Farm Call (LAFARMC) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Professional Service Fee (16115) by DCN |
| 11/8/2018 | B | GD | 1.00 LA S Sedation (LASED) by DCN |
| 11/8/2018 | B | GD | 1.00 CBC,Chem 17, Electrolytes- In House (CBC12EH) by DCN |
| 11/8/2018 | B | GD | 1.00 bag of 0.9 % Sodium Chloride 1000ml (0.9%SOD) by DCN |
| 11/8/2018 | B | GD | 1.00 Charges Final (CHFINAL) by DCN |
| 7/3/2018 | T | BW | Image: Previous records |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

# Patient History Report

**Client:** Candy, Bob, Tri-State Zoo (15924)  
**Phone:** (240) 727-8051  
**Address:** 10105 Cottabe Inn Ln NE  
Cumberland, MD 21502

**Patient:** Charlie (37610)  
**Species:** Feline  
**Age:** 13 Yrs. 6 Mos.  
**Color:** Tan  
**Breed:** Puma  
**Sex:** Male

| Date | Type | Staff | History |
|---|---|---|---|
| 7/3/2018<br>5/26/2018 | T<br>L | BW | Image: Previous vet records<br>Microbiology results from IDEXX Reference Laboratory Requisition ID: 4601370582     Posted     Final<br>Test          Result          Reference Range<br>GIARDIA     NEGATIVE<br>OVA&PARA<br>Ascn: 4601370582<br><br>OVA & PARASITES<br>Sample submitted in an improper container. Please submit in a solid plastic<br>container or refer to the IDEXX reference laboratories directory of tests and<br>services for approved submittal information. TOXOCARA SP OVA PRESENT MODERATE<br>(11-30)<br>In cases of acute or chronic diarrhea in addition to a fecal flotation and<br>antigen testing for ova and parasites consider testing for viral, bacterial and<br>protozoal infectious agents using RealPCR (canine diarrhea panel: test code<br>2625; feline diarrhea panel: test code 2627). |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

## ANTECH DIAGNOSTICS
2433 Globe Cove Rd Southaven MS 38671USA   Phone: 888-397-8378

Western Maryland Animal Hosp
11024 Old Mt Savage Rd
Lavale, MD 21502 USA
Tel: 301-722-5881
Fax: 301-722-1858

Client # 250773
Chart # 8455-21312

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| **MEEA19499832** | FOX | **ZOO** | CHARLIE | 01/05/2011 |
| Species | Breed | Sex | Pet Age | Reported |
| Feline | | M | 4Y | 01/07/2011 07:48 AM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

**CULTURE (CAMPYLOBACTER)**
   Preliminary #3
      Campylobacter not isolated
   Final Report       01/07/2011

**CULTURE (YERSINIA)**
   Yersenia
      Yersinia not isolated

**FECAL CULTURE**
   Source:       Fecal
   Preliminary #1    01/06/2011
   Organism #1     Coliforms
      Coliforms isolated (Normal enteric flora).  No sensitivities indicated.
   Final Report       01/07/2011
   Organism #2
      No Salmonella or Shigella Isolated

| | | | |
|---|---|---|---|
| Client: | CANDY, BOB ( zoo animals) (13059) | Patient: | CHARLIE (CHARLIE) |
| Phone: | (240) 727-8051 | Species: | FELINE |
| Address: | 12605 MOORES HOLLOW ROAD | Age: | ~~12 Yrs.~~ ~~11 Mos.~~ |
| | CUMBERLAND, MD 21502 | Color: | BROWN/WHITE |

Breed: OTHER BREED
Sex: MALE

| Date | Type | Staff | History |
|---|---|---|---|
| 11/1/2005 | I | 18 | TRESADERM WAS PRESCRIBED FOR YOUR PET'S EAR INFECTION.  IT SHOULD BE APPLIED AS DIRECTED.  PLACE A SMALL AMOUNT INTO THE EAR CANAL AND RUB GENTLY AT THE BASE OF THE EAR. |
| 9/30/2005 | P | 18 | 1.00 BOTTLE of Tresaderm 15ml bottle (3606)<br>Rx #: 36701  Exp. 05/01/07  0 Of 0 Refills<br>PLACE 4 TO 5 DROPS TO AFFECTED AREA TWICE DAILY FOR 14 DAYS.  BLM |
| 9/30/2005 | B | 18 | 1.00 BOTTLE of Tresaderm 15ml bottle (3606) by KMJ |
| 9/2/2005 | P | 18 | 1.00 ML of Marquis Generic Liquid Ponazuril per ml (1263)<br>Rx #: 35569  Exp. 10/02/05  0 Of 0 Refills<br>GIVE CONTENTS OF SYRINGE BY MOUTH ON 9/3/05.   (JG) |
| 9/2/2005 | CK | S | S/R AND POSSIBLE RABIES.  STATES THAT HE WILL CALL DR. RYAN FOR DOSAGE AMOUNT.  RJS<br>Reason for Visit: SURGERY<br>Date Patient Checked Out: 09/02/05 Practice 1 |
| 9/2/2005 | B | 18 | 1.00 ML of Marquis (15% Ponazuril Oral Paste) (1263) by S |
| 9/2/2005 | B | 18 | 1.00 DTM  culture (10100) by S |
| 9/2/2005 | B | 18 | 1.00 SKIN SCRAPING (54300) by S |

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs

LaVale Veterinary Hospital Page 1 of 1 Date: 2/13/2018 2:25 PM