

EXHIBIT Q


PETA011855





