## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### –Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs*,

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants*.

Case No. 1:20-cv-01225

### EXPERT REPORT OF KIM K. HADDAD, DVM

My testimony is focused on the veterinary care, health, and wellbeing of the primates, bears, exotic and domestic felids, and exotic and domestic canids at Tri-State Zoological Park of Western Maryland (Tri-State) in Cumberland, Maryland.

#### BACKGROUND AND QUALIFICATIONS
My past and present education, training, and work includes practicing veterinary medicine for more than 20 years and working with exotic felids and other carnivores, farm animals, equine, avian, non-human primates and many other exotic species as well as domestic canids and felids.

I am the Medical Director for two animal hospitals in the San Francisco Bay Area and actively practice veterinary medicine and perform dentistry and surgery. I am also Chair of the Global Federation of Animal Sanctuaries (GFAS) Accreditation Committee. GFAS, a non-profit organization formed in 2007 by nationally and globally recognized leaders in animal welfare, certifies animal sanctuaries, rescue centers, and rehabilitation centers through its program of verification and accreditation. GFAS verifies and accredits organizations based on their substantial compliance with GFAS Standards of Excellence. As Chair of the GFAS Accreditation Committee, I manage the Committee's process of assessing new and renewing facilities, as well as manage ongoing review and revision of GFAS's standards for sanctuaries and rescue groups that provide treatment and care for farm animals, equine, non-human primates and several wild animal species. GFAS continually works to update our Standards of Excellence to reflect current best practices.

I have worked at three Association of Zoos & Aquariums (AZA) accredited zoos and with several animal facilities for more than 20 years. This work has entailed providing veterinary care to a variety of carnivores, farm animals, equine, non-human primates,

1

reptiles, and avian species. I served as Medical Director of CuriOdyssey, an AZA-accredited Zoo and Educational Facility, from 2006 to 2016. I served as a consulting veterinarian for the San Francisco Zoo between 2000 and 2005. I also served as an advisor to the American Zoological Association Animal Welfare Committee, and as a member of the Animal Welfare Committee of the American Association of Zoological Veterinarians, from 2003 to 2007. I founded and, between 2003 and 2007, served as executive director of the Kimya Institute, a non-profit organization committed to promoting proper treatment and care for wild animals in captivity. I also served as executive director of the Captive Wild Animal Protection Coalition between 2004 and 2007. The Captive Wild Animal Protection Coalition was a program committed to educating the public, policy makers and media about the possession, use and trade of captive wildlife.  Both the Kimya Institute and the Captive Wild Animal Protection Coalition now exist under the umbrella of GFAS as the Captive Wild Animal Protection Campaign.

A copy of my curriculum vitae, which includes all my publications within the previous ten years, is attached hereto as **Appendix I**. I have testified as an expert at trial in *People for the Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of Western Maryland, Inc.*, 424 F. Supp. 3d 404 (D. Md. 2019). I have not testified at trial or by deposition in any other case within the past four years.

I am being compensated at a rate of $150.00 per hour, up to a maximum of $1,800.00 per day, for my time spent in connection with this matter.

RESOURCES
In preparing this testimony, I considered the following:

- Plaintiffs' Complaint, ECF No. 001;
- Direct observations made during three site inspections of Tri-State, conducted on March 3, 2018, September 22, 2019, and July 19, 2021;
- U.S. Department of Agriculture (USDA) inspection reports of Tri-State;
- Defendants' responses to PETA's requests for documents, including veterinary records, food and supply records, invoices for food and services, animal acquisition documents, enrichment plans, and diet plans;
- Defendants' responses to PETA's interrogatories;
- Deposition transcripts of the defendants, defendants' veterinarians, and defendants' volunteers;
- Dr. John Timothy Fox's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (Fox 000001–Fox 000082);
- Dr. Gale Duncan's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (MVS00001–MVS00520);
- Dr. Keith Gold's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (CAH00001–CAH00192);
- North Branch Animal Hospitals' response to PETA's subpoena to produce documents regarding the animals at Tri-State (NBA00001–MBA00030);

- Photographs and videos of the animals at Tri-State, including those taken at the site inspections noted above;
- Relevant background materials including GFAS standards, American Veterinary Medical Association (AVMA) Regulations, the American Animal Hospital Association (AAHA) Guidelines, and the American Association of Feline Practitioners (AAFP) Guidelines, the Animal Welfare Act (AWA), and the Maryland Veterinary Practice Act.

I also relied upon several veterinary references, online information, journal articles, and standards of care published by various organizations including the AZA, American Association of Zoo Veterinarians (AAZV), European Association of Zoos and Aquaria (EAZA), and World Association of Zoos and Aquariums (WAZA). Resources not cited in footnotes are included in the document attached hereto as **Appendix II.**

SCOPE OF OPINIONS

I have been retained by counsel for Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc., to opine, from a veterinary perspective, on whether the primates, bears, exotic and domestic felids, and exotic and domestic canids at Tri-State are provided with adequate enrichment, appropriate social grouping, appropriate caging and housing, a safe and sanitary environment, appropriate nutrition, and appropriate veterinary care and whether the Defendants maintain the animals at issue in accordance with generally accepted animal husbandry practices.

METHODOLOGY

My assessments are based on the information obtained during my site inspections as well as the photographs, videos, and documents listed above.

The subjective, objective, assessment, and plan (SOAP) exam format, upon which I have relied here to the extent appropriate, is commonly used by veterinarians and represents the generally accepted standard. It has widespread acceptance in the veterinary medical field and is a reliable method for evaluating animal health. The SOAP method includes the following:

1. **Subjective** assessment of the animal—its general appearance, attitude, mentation, activity, responsiveness, and hydration status.
2. **Objective** measures to evaluate all body systems, including the eyes; ears; mouth and teeth; integument; musculoskeletal system; lymphatic system; heart and lungs; abdomen; assessment of fecal and urine quality and quantity; neurologic assessment; and genitourinary organs. This includes weight, body condition score (BCS), muscle condition score (MCS); pain score; temperature, mucus membrane color, capillary refill time, heart rate and respiratory rate.
3. **Assessment**, based on the subjective and objective information obtained, is an overall impression of the animals' health, and includes a list of differential diagnoses to be ruled out by further observations and or diagnostic testing.

4. **Plan** is how you intend to confirm or rule out your differential diagnoses and/or what treatments you will be administering. This includes monitoring for response to treatment, patient follow-up for continued care and determining next steps until the problem is managed or resolved.

When inspecting a facility to evaluate animal health, I follow the GFAS Site Inspection protocol. This includes evaluating the following:

1. **Housing**, which includes the condition of the enclosures, animal groupings, safe containment, ventilation, light and heat, sleeping areas, cleanliness and sanitation, enrichment items, and furnishings.
2. **Physical Facilities**, which includes tools and equipment, drainage, electricity, lighting, heating, emergency measures, security measures, insect and rodent control, transportation, and protective barriers such as perimeter fencing.
3. **Nutrition**, including water sources, diets and record keeping, feeding protocols, monitoring individual animal consumption, food storage, and sanitation.
4. **Veterinary Care**, including the Program of Veterinary Care, staff number and expertise, veterinary facilities, quarantine and isolation areas, biosafety measures, medical supplies and storage, controlled substance security and logs, medical records, anesthetic records, laboratory reports, animal identification, weight records, and necropsy reports.
5. **Well-Being and Animal Handling**, including overall animal appearance, activity, responsiveness, animal groupings, enrichment provided and enrichment plan/calendar, and human-animal interactions.
6. **General Staffing**, including sufficient quantity to provide adequate care, appropriate training, evaluation of staff and volunteer policies, access to emergency information, staff supervision, contact with animals, training programs or employee manuals, and Standard Operating Procedures employees/volunteers follow.
7. **Safety Policies, Protocols and Training**, including how they work with dangerous animals (alone or as a team), security of enclosures, locking mechanisms, double gates, safety zones around animal enclosures, Personal Protective Equipment in use, communication systems, animal escape plans, evacuation routes, emergency training records, security of firearms if kept on site, first aid kits, eye wash stations.

GENERAL IMPRESSIONS

After visiting Tri-State three times, reviewing hundreds of pages of documents and photos, and viewing hours of video footage, my overall impression is Tri-State is a dilapidated roadside zoo that provides inadequate care to its animals and poses a threat to animal and human safety. The conditions in which the animals are maintained and the information displayed about them misrepresents the appropriate animal housing and care these animals require. The public is misled to believe Mr. Candy and the staff at Tri-State are rescuing animals when in fact they have

purchased or bred many of their animals over the years. They do not educate the public about the natural history of the animals, or provide any example of what these animals lives are like in the wild. Visitors leave thinking it is acceptable for social animals to live alone in small sterile cages and to otherwise be held and treated in the conditions at Tri-State. Additionally, the public is put at tremendous risk just by entering the zoo grounds. It is filled with hazards. There is rotting, splintered wood everywhere, and rusted nails and wires on most of the animal enclosures. There is debris and garbage everywhere, including an open exacto knife on the grounds near a walking path.  The animal enclosures are unsafe and the risk of zoonotic disease transmission is very high. Given the harm to animals and the risk to the general public, I see no reason for this facility to exist.

### OVERVIEW OF VETERINARY CARE IN A ZOO OR SANCTUARY

One of the most important components of veterinary care at any zoo or sanctuary is the development of a comprehensive preventative medicine program as part of the program of veterinary care (PVC). The goal of a comprehensive preventative medicine program is to avert and avoid disease through regular examinations, immunizations, and other measures to prevent disease whenever possible and to catch disease before it becomes a chronic illness.

The PVC is an important component of providing appropriate veterinary care and services at any zoo or sanctuary. The PVC should conform to the requirements of the Animal Welfare Act, which mandates that programs of disease prevention and parasite control, euthanasia, and adequate veterinary care be established and maintained under the supervision of a veterinarian. [1]

Specific components of a PVC include:

1. Anesthesia and Anesthetic Monitoring
2. Analgesia
3. Surgery
4. Diagnostic Testing
5. Euthanasia
6. Medical Record Keeping
7. Necropsy
8. Nutrition
9. Pest Control
10. Preventative Medicine
11. Quarantine
12. Record Keeping
13. Sanitation and Disinfection

---

[1] *See* 9 C.F.R. § 2.40.

14. Transportation
15. Zoonotic Disease Prevention

There is no comprehensive PVC at Tri-State and they have failed to provide regular preventive veterinary care to their animals over the years. There are several examples (*see* **Lack of Preventative Care**, *infra* at 23) of animals living at Tri-State that have never had a complete examination or received regular vaccinations, diagnostic testing, weight monitoring, or a nutritional and diet assessment.

The animal examination is key to the PVC. Performing a visual examination for zoo or sanctuary animals is usually done non-invasively and relies heavily on observation. When performing a veterinary examination of an animal, assessments are based on careful observation of the animal and its environment. Visual examinations are important but must not be the sole method to assess the health and well-being of captive animals. An actual physical exam should be performed at least annually on all animals, more frequently for geriatric animals or those with medical conditions. All physical exams should include the signalment (species, age, weight, sex, identification), history including known disease conditions, medications, vaccinations, diet, weight history, food and water intake, fecal and urine output, behavioral history and any other information regarding presenting concerns.[2]

A thorough annual examination should include the following components:
- Comprehensive physical examination, including dental exam as described above;
- Complete Blood Count (CBC), Chemistry Panel, Urinalysis, Radiographs, and ideally Ultrasound;
- Vaccination(s) as appropriate for the species and perceived risk;
- Serology for diseases of concern based on species, risks and geographic area;
- Fecal O&P, bacteriology;
- Identification (microchip, tattoo, etc.);
- Body weight, BCS, MCS, Pain Score;
- Other appropriate testing based on species-specific or individual animal needs (e.g. FeLV/FIV, T.B. Chlamydia, Salmonella, skin scraping, cytology, biopsy, culture and sensitivity, etc.).

Many zoo and sanctuary animals require anesthesia or sedation for a comprehensive physical examination, but most animals can be trained to allow many components of the exam to be performed without anesthesia including oral exams, vaccinations, weight monitoring, auscultation of the heart and lungs and even blood collection. Squeeze cages and operant conditioning/training for safe limited contact are commonly used techniques. General anesthesia always carries risk, but when done by

---

[2] *See* AAHA-AVMA Preventive Healthcare Guidelines (2011).

experienced veterinarians and support staff, and by choosing the right drugs and dosages, placing an intravenous catheter, providing fluids, monitoring blood pressure, cardiac function, tissue perfusion and oxygenation, etc., these risks are minimized, even in geriatric patients.

In addition to assessing the veterinary care provided at a facility, equally important is an assessment of the overall physical facility, its operations, and financial stability.

**OVERALL OPINION OF VETERINARY CARE**

The animals at Tri-State are not provided with regular veterinary care and there is no preventative veterinary care plan. The records of care provided by Tri-State cover the past five to six years and show a pattern of denying animals even the most basic preventive care, the inability of the staff to monitor animals and recognize signs of disease, and Mr. Candy neglecting to bring serious medical conditions to the attention of the veterinarian until the animal is critically ill and the prognosis grave.

**LACK OF PROGRAM OF VETERINARY CARE**

Tri-State currently does not have a signed PVC or an AWA-mandated attending veterinarian.[3] The last PVC provided by Tri-State's former veterinarian, Dr. John Timothy Fox, and then slightly revised and signed by Dr. Gale Duncan, was woefully lacking.[4] Mr. Candy testified on August 11, 2021 that he thinks he drafted Tri-State's current PVC, but he did not know if the facility's consulting veterinarian, Dr. Keith Gold, had signed off on it.[5] Tri-State has not provided a copy of a true PVC.

The record of veterinary visits from 2013 to 2020, as documented on "Attending Veterinarian Documentation Sheet for APHIS Form 7002," does not equate to a current PVC.[6] The USDA requires a new PVC be submitted whenever the attending veterinarian changes, as was the case at Tri-State in 2013, 2018, and 2020. A true PVC is an important document providing very detailed information regarding the care of all species at a facility. The PVC addresses veterinary medical care and surgery, and preventative medical plan and nutritional programs. The American Association of

---

[3] Gold Dep. 51:4–7, Jul. 15, 2021 ("[Q.] Did you ever create a written program of veterinary care for the animals at Tri-State? A. No. Like I said, we're just in the beginning process."); *id*. 177:12–15 ("Q. And why do you laugh? A. Because you said Tri-State veterinarian. I'm . . . not a Tri-State veterinarian. I'm a veterinarian that helps Tri-State. That's why."); 9 C.F.R. §§ 1.1, 2.40.

[4] Duncan Dep., June 30, 2021, Exh. 42.

[5] Candy 30(b)(6) Dep. 192:9–194:20, Aug. 11, 2021.

[6] Attending Veterinarian Documentation Sheet for Aphis Form 7002, 000267–270.

Zoological Veterinarians' Guidelines for a Zoo Veterinary Medical Program is a detailed 18-page document.[7]

The American Association of Zoo Veterinarians (AAZV) provides that zoos have humane and legal obligations to provide proper husbandry, veterinary medical treatment, and preventative medical and nutritional programs for their animals. Zoos in the United States are required to employ an attending veterinarian who will provide adequate veterinary care for the animals and to assure that certain minimal standards of veterinary care are in place according to the Animal Welfare Act.[8] Maintaining standards of veterinary care requires professional oversight of laboratory, clinical, and nutritional services, including the supervision of the veterinary medical programs by a licensed veterinarian who has special training or experience in non-domestic animal medicine.[9]

Publicly available AZA Animal Care Manuals exist for a large number of species, and each contain numerous pages of information detailing Veterinary Care and Nutrition Guidelines.[10] The AZA requires accredited institutions to adopt the guidelines for medical programs developed by the AAZV.

The Global Federation of Animal Sanctuaries (GFAS) also requires a detailed PVC. GFAS Standards require that sanctuaries have a written veterinary medical program, including long term preventative medical protocols, and disease surveillance and containment procedures, that is developed and carried out under the supervision of a licensed veterinarian—the attending veterinarian—who has training or experience in providing medical care for the species housed at the sanctuary.[11]

---

[7] Nancy Carpenter et al., *Guidelines for Zoo and Aquarium Veterinary Medical Programs and Veterinary Hospitals* (6th ed. 2016).

[8] 9 C.F.R. §§ 1.1, 2.40.

[9] Nancy Carpenter et al., *Guidelines for Zoo and Aquarium Veterinary Medical Programs and Veterinary Hospitals* (6th ed. 2016).

[10] *See* Ass'n of Zoos & Aquariums, Animal Care Manuals, https://www.aza.org/animal-care-manuals?locale=en (last visited Sept. 8, 2021); *see also* Ass'n of Zoos & Aquariums, Species Survival Plan Programs, https://www.aza.org/species-survival-plan-programs?locale=en (last visited Sept. 8, 2021).

[11] *See* Global Federation of Animal Sanctuaries, Standards of Excellence, https://www.sanctuaryfederation.org/accreditation/standards/ (last visited Sept. 8, 2021).

To show how Defendants continue to fail to provide adequate veterinary care to the animals at Tri-State, I will address a few of the specific components of a PVC listed above, *see supra* at 5–6, which are deficient at Tri-State.[12]

***Anesthesia and Surgery***

A PVC should include detailed information regarding protocols to be followed during anesthesia and surgery. The protocol should specify how the animal will be captured or contained, who will administer the anesthetic agents, what agents will be used for each individual and for each species, how the drugs will be used, logged and disposed. Emergency drug calculations and equipment should be readily available should the animal require an intravenous catheter, fluid support, intubation, supplemental oxygen, or inhalant anesthesia. There must be a plan for anesthetic monitoring and measurements of vital signs (ideally Temperature, Pulse, Respiration, cardiac auscultation, SPO2, Blood Pressure, ECG, ETCO2,) should be recorded every 10 minutes throughout the procedure. There should also be a well-thought-out plan for the animal: what are the goals of the immobilization, what testing is to be performed, what treatments are to be administered? The goal is to make each immobilization as safe and thorough as possible for the animal and people involved. Without a carefully crafted plan, there is increased risk, which can result in failure to obtain valuable information, provide appropriate treatment, and in the worst scenario, can result in death or injury to the animal and/or people. Placing any animal under anesthesia carries risk. Doing so without a plan, and without any record of what was given or done to the animal puts the animal and care staff at tremendous risk. All anesthetic plans must take into account human and animal safety. The AAZV reports human injuries during zoo immobilizations have occurred from animal attacks, drug exposure and environmental hazards.

There are several examples of failure to follow generally accepted anesthetic protocols and to properly document anesthetic procedures at Tri-State. Below are three examples one from each Tri-State veterinarian.

Mbube the African Lion, who was anesthetized by Dr. Fox on 10/14/2016, is one example. There is no record of anesthetic monitoring occurring during immobilization performed by Dr. Fox. In fact, in most of the documents provided, there is no record of the date, the animals name or identification, anesthetic drug doses administered, Anesthetic Risk Classification (ARC), animal weight (actual or estimated), Body Condition Score, (BCS) exam findings, diagnostic testing performed, treatments given, or recovery observations. This is evident in Dr. Fox's record of the anesthetic plan for Mbube:

---

[12] *See* Duncan Dep., June 30, 2021, Exh. 42 (Program of Veterinary Care signed by Dr. Duncan on April 17, 2018); Fox Dep., Apr. 22, 2018, Fox Exh. 3 (Program of Veterinary Care signed by Dr. Fox on April 4, 2017).

Fig. 2[13]

Cayenne the now deceased tiger, who died on 6/4/2018 during recovery from an anesthetic procedure, is another example. She was a high risk anesthetic candidate, but still did not receive proper veterinary care or anesthetic monitoring during or after the procedure. Cayenne's experienced cardiovascular collapse due to prolonged hypoxia and hypotension. This points to why it is critical to provide oxygen and intravenous fluids to an anesthetized animal, especially one exhibiting signs of illness and dehydration. Dr. Duncan clearly stated she had no exotic cat experience. It is quite possible Cayenne's death may have been prevented if proper anesthetic protocols were followed and if she received appropriate care before, during and after her anesthetic procedure.

One more example is Dr. Gold's 10/11/2020 neuter procedure of Garcia the raccoon.[14] His record does not indicate that a physical exam was performed, as required prior to anesthesia. The record simply notes: "P[atient] E[valuation]: overweight" and the only vital sign recorded is a weight. There is no documentation of the actual drug doses administered to induce and maintain anesthesia. There is no record of anesthetic monitoring, no surgical report other than "pre-scrotal incision, ligated with 4-0 vicryl." There is no record of his recovery. This repeated failure to provide complete medical records is explained in more detail below as an example of Dr. Gold's failure to follow generally accepted medical record keeping requirements according to MD Veterinary Regulations.

---

[13] Patient Record, FOX000027.

[14] Duncan Dep., Jul. 15, 2021, Exh. 96 at CAH00027.

10

Three veterinarians spanning several years all demonstrate an inability to follow generally accepted standards of anesthesia and surgery. This is a chronic and persistent problem at Tri-State and presents a real threat to the health and safety of every animal remaining at the zoo.

### *Analgesia*

Tri-State has a history of failing to provide animals exhibiting signs of pain with proper analgesia. Captive animals, especially senior or geriatric animals often suffer from osteoarthritis. Tri-State has failed to provide analgesic medications to a number of animals despite conditions considered painful. Some of these animals are now deceased or have since been relocated.

For example, the geriatric Asiatic Bears Sally and Susie were known to have severe, painful dental disease for years before any dental care was provided. During this time, no analgesia was ever provided despite their obvious painful condition. Dr. Duncan, the Tri-State Veterinarian of Record from 2018 to 2020, performed a visual exam only. In her testimony, Dr. Duncan stated that Mr. Candy was well aware of the bears' chronic dental disease prior to our visit.[15] Dr. Duncan recommended dental care, but Mr. Candy did nothing to address their disease until December 13, 2020.[16] Both Sally and Susie had fractured mandibular (lower) canine teeth, and Sally had a fistulous draining tract, only seen in severe infections.[17] Both bears most certainly endured years of chronic, constant pain. Their fractured canine teeth resulted in obvious pulp chamber exposure. This creates a direct route for bacteria to enter and ascend to the tooth apex. This results in a painful infection of the alveolar bone, osteomyelitis, where the bone is gradually and painfully destroyed by bacteria.

Both bears eventually underwent surgery to extract severely diseased teeth on December 13, 2020.[18] The degree of disease and the invasive surgery required to extract a canine tooth in a bear is extremely painful. These bears suffered chronic pain

---

[15] Duncan Dep.  69:19–70:23, June 30, 2021.

[16] *See id.* 69:2–7 ("Q. T[he bears] weren't provided with any dental care during your tenure; correct? A. Correct, it was recommended once or twice and was declined because, again, he said that the technical owners of the bears had declined it."); *id.* 69:19–70:7 ("Q. When did you discover that the bears at Tri-State were suffering from severe dental disease? A. Oh, probably the first time that I visually examined them. We had discussed that they were chewing on bars and it was damaging their teeth and there was some kind of dismissive comment made. We had discussed what was involved with potentially having to transport slash anesthetize slash treat them and he declined any kind of dental intervention at that point."); Gold Dep., Jul. 22, 2021, Exh. 113 at CAH0070, 93.

[17] Gold Dep., Jul. 22, 2021, Exh. 113.

[18] Gold Dep., Jul. 22, 2021, Exh. 113 at CAH0070, 93.

prior to the surgery, pain prior to anesthetic recovery, and continued pain after their recovery. They were sedated with Ketamine, then anesthetized with Butorphanol, - Azaperone and Medetomidine (BAM) a drug combination commonly used in large zoo animals.[19] Butorphanol is an opioid agonist/antagonist with some analgesic properties that last up to 4 hours. The Butorphanol was reversed with Naltrexone, an opioid receptor antagonist, prior to recovery, which also reversed the analgesic effects of this drug. Azaperone is a tranquilizer with no analgesic effect. Medetomidine is an Alpha-2-adrenergic sedative with analgesic effects, but this drug was also reversed using Atipamezole, an Alpha-2 adrenergic antagonist, which reversed any analgesic benefit they may have received from this drug.

They did receive a local nerve block with Bupivicaine, which, unless they used the liposomal product, which was not documented, lasts only 3-4 hours. The bears did not receive any other post-operative analgesic medication.[20] Because tooth extraction involves tissue damage/trauma and inflammation, unless contraindicated, NSAID therapy is commonly administered for approximately 3-7 days after the procedure.[21] Based on the blood test results for Sally and Susie, which show normal kidney and liver function, there is no apparent contraindication to provide them with an NSAID and/or other pain medication.[22]

Extracting the canine tooth is a very painful procedure in any animal. The canine tooth is one of the largest teeth with the longest root. While we can clearly appreciate the size of the canine tooth when looking at any animal, what is not apparent is that two-thirds of the tooth is under the gumline. So, what already looks like a giant tooth is really three times that size and is anchored in place by the periodontal ligament and mandibular bone. To extract a mandibular canine tooth, the gums need to be cut with a scalpel blade and using a periosteal elevator, the gum tissue is scraped off the underlying mandibular bone to create a gingival flap. Then a drill is used to remove a large amount of the bone so the tooth can then be elevated out. The bone is then ground down to remove any sharp edges before the gums are sutured back into place. Failure to provide analgesia after their painful dental procedure caused Sally and Susie unnecessary pain and suffering and falls below the generally accepted standards of dentistry and pain management.

---

[19] Gold Dep., Jul. 22, 2021, Exh. 113 at CAH0070, 76–77, 93.

[20] *Id*.

[21] Veterinary Information Network, Dentistry: Pain Management, https://www.vin.com/members/cms/project/defaultadv1.aspx?id=10094911&said=1; International Ass'n for the Study of Pain, IASP Curriculum Outline on Pain for Dentistry and Oral Health, http://www.iasp-pain.org/Education/CurriculumDetail.aspx?ItemNumber=763.

[22] *See* Gold Dep., Jul. 22, 2021, Exh. 113.

In addition to their obvious dental disease, Sally and Susie, both 31 years of age, demonstrate evidence of osteoarthritis, a common problem in captive bears. Bears in captivity live into their 30's and 40's, making Susie and Sally geriatric. Obesity, mobility issues and arthritis are common in geriatric captive bears.[23] Ideally, radiographs are taken to rule out other causes of lameness and to confirm osteoarthritis. Without radiographs, the Board of Veterinary Anesthesia and Pain Management standard of care is to give animals the benefit of the doubt when it comes to pain management.[24] Osteoarthritis is a common problem in geriatric animals and causes reduced mobility, muscle loss, pain and discomfort. Not all animals will show obvious signs of lameness or pain which is why regular veterinary examinations, observation of behavior and radiographs are critical to diagnose this disease and provide appropriate veterinary care. Analgesia is always indicated when pain is a concern and can be diagnosed based on response to therapy. Sally and Susie have received no diagnostic testing or treatment for osteoarthritis.  Other means to mitigate the discomfort of osteoarthritis include weight management—however, both Sally and Susie are overweight. Geriatric bears should be provided with appropriate bedding or nesting materials especially on the concrete floors of their indoor enclosures. On our inspections of the bear enclosure, their indoor and outdoor enclosures did not provide adequate bedding. There are numerous supplements available to help ease the discomfort of osteoarthritis. This is a chronic painful condition. Pain is defined as "an unpleasant sensory and emotional experience associated with actual or potential tissue damage."[25] Chronic pain is prolonged activation of pain receptors (nociceptors) which enhances the responsiveness of nerves and over time results in an exaggerated response to painful and non-painful stimuli.[26] Therefore, chronic pain is debilitating and appropriate analgesia is critical. Sally and Susie do not receive any analgesic medication despite recent lab test results showing no contraindications. They receive no other supplements or treatments, nor is any effort made to ameliorate their painful condition through things like weight management, providing increased bedding, or providing adequate supplemental heat during cold temperatures when they are in the indoor enclosure and spend months

---

[23] *See, e.g.*, Ass'n of Zoos & Aquariums, Sun Bear & Sloth Bear Care Manual at 33, 45 (2019); Darin M. Collins, *Ursidae*, *in* 8 FOWLER'S ZOO AND WILD ANIMAL MEDICINE 498 (2015).

[24] American College of Veterinary Anesthesia and Analgesia, ACVAA's Position Paper on the Treatment of Pain in Animals (2019), https://acvaa.org/wp-content/uploads/2019/05/Treatment-of-Pain-in-Animals.pdf.

[25] E. Carstens & Gary P. Moberg, *Recognizing Pain and Distress in Laboratory Animal*, 41 ILAR J. 62, 62 (2000).

[26] Joachim Scholz, *Mechanisms of Chronic Pain*, MOLECULAR PAIN (Sept. 2014).

on cold concrete flooring. Sally and Susie have suffered chronic pain from dental disease for years and continue to have unmanaged pain caused by osteoarthritis which continues to cause them unnecessary pain and suffering.

Another example of Tri-State's failure to provide appropriate analgesia is the Vietnamese potbellied-pig Isabel, who has been suffering with chronic, severe bilateral mucopurulent conjunctivitis for several years. Isabel, who was born at Tri-State in November 2014, has been clearly suffering from this ocular disorder since at least 2016.[27]



ESA-PETA0001676 (Sept. 11, 2016)

The photo below was taken on 7/19/2021. As the photo shows, her condition has significantly worsened. Additionally, since PETA's 2018 site inspection, she has progressed from overweight (BCS 7/9) to morbidly obese (BCS 9+/9) which not only contributes to her worsening ocular pain, but also her osteoarthritis as is evident when observing her painful gait.

---

[27] Duncan Dep., June 30, 2021, Exh. 61 at MVS00232.



PETA010274 (Jul. 19, 2021)

On 5/17/2018, when Isabel was reported to be 7 years and 10 months of age, Dr. Duncan reported that the pig suffered from bilateral ventral entropion.[28] Surgery was mentioned but declined by Mr. Candy.[29]

Entropion is common in potbellied pigs, and it is known that weight gain as pigs age makes this condition worse.[30] The recommended treatment is a relatively simple surgical procedure, which when done successfully, permanently corrects the problem and alleviates pain. Entropion is a condition where the eyelids become inverted so that the eyelashes and hair on the skin of the eyelids curl inward and rub against the eye causing chronic irritation and inflammation. The upper and or lower eyelids may be affected. Often the cornea becomes ulcerated, which is painful, as the epithelial layers of the cornea are densely enervated and is a very sensitive structure. Superficial corneal injury and ulceration is considered extremely painful. The clinical signs of entropion include chronic mucopurulent ocular discharge, rubbing of the affected eye, excoriation of the periocular skin, vascularization of the cornea, and corneal scarring. Affected pigs typically show signs between one and three years of age. Isabel spent almost her entire life at Tri-State so there is absolutely no excuse to ignore this painful condition year after year.[31] While we do not have historical medical records for Isabel, it would appear she may have been enduring this painful condition for more than half her life.

---

[28] Duncan Dep., June 30, 2021, Exh. 61 at MVS00229–230.

[29] *Id*. at MVS00229.

[30] Lisle George, Pot-Bellied Pig Manual (May 14, 2013), https://www.vin.com/members/cms/project/defaultadv1.aspx?id=5260872&pid=5260&.

[31] Duncan Dep., June 30, 2021, Exh. 61 at MVS00232 (indicating that she was sent to Kathy Moran's home on December 9, 2014 and returned to the zoo on March 9, 2015).

There is no record that prior to or since Dr. Duncan's exam in 2018, any surgical repair or medications have been recommended or administered to alleviate her discomfort. Nor is there a record of any testing done to either definitively diagnose the condition, to rule out other causes, or even attempt to see if there is a response to empirical treatment with topical or systemic anti-inflammatories or topical antibiotic medication. Instead, Isabel endures daily pain and suffering and there is no plan to address her persistently painful condition.

As another example, Snorkle pictured below, was visually inspected by Dr. Fred Adams in March 2021.[32] Dr. Adams determined, without performing any diagnostic tests such as a fine needle aspirate or biopsy, that the pig's enormous testicular tumor was benign and not painful.[33] Snorkle is also morbidly obese (BCS 9+/9) and as is clear by watching him walk and assessing his increased respiratory rate and respiratory effort, suffers from pain due to osteoarthritis. This is another example of Tri-State's failure to not only alleviate pain, but contributing to animal suffering by allowing him to become morbidly obese.



[34]

---

[32] Declaration of Fred Adams, DVM at ¶¶ 2–3 (Jul. 21, 2021) ("I visited [Tri-State] . . . on or about March 27, 2021. At that time, I visually inspected a potbelly pig. I did not provide any veterinary care to the animals at Tri-State during my visit in March 2021.").

[33] Letter from Fred Adams, DVM, to Robert Candy (Apr. 16, 2021), 000271.

[34] PETA011274 (Jul. 19, 2021).

Except for the squirrel monkey, who is reportedly receiving Cosequin, none of the animals are on any kind of medication.[35] Despite the large number of animals experiencing ongoing pain, not one animal receives any kind of analgesic medication.

Spaz, the 20 year old squirrel monkey was examined by Dr. Gold on October 11, 2020.[36] His evaluation of the primate's musculoskeletal system indicated: abnormal gait, weaker right leg, and a diagnosis of moderate osteoarthritis to right hip.[37] Another record containing Mr. Candy's recounting of Spaz's history at Tri-State reads "[v]et exam showed signs of old break in his hip" and was "exhibiting signs of weakness possibly due to arthritis over healed fracture."[38] It appears Dr. Gold recommended Cosequin, a nutritional supplement containing Glucosamine/Chondroitin, that may be useful as an adjunctive treatment for osteoarthritis, but its efficacy especially when used as alone is uncertain.[39] Although Spaz reportedly receives Cosequin daily,[40] there is no record indicating that he was observed to see if it was helping. Spaz has never received a true analgesic medication such as an NSAID or other more potent medication. Based on his recent lab testing results, there is no contraindication to prescribing an analgesic medication to this geriatric animal with clinical signs and radiographic evidence of a painful arthritic condition.[41]

Tri-State has repeatedly failed to provide any form of appropriate analgesia despite assuming responsibility for the care of several animals with obvious signs on chronic, severe pain. Failure to alleviate pain does not meet the generally accepted standards of veterinary care and causes these animals unnecessary pain and suffering.

### Medical Record Keeping:

As seen in Figure 2 (*see supra* at 10) and in the documents provided by Drs. Fox, Duncan, and Gold and Mr. Candy, the medical records submitted for review are

---

[35] Candy 30(b)(6) Dep. 195:24–196:4, Aug. 11, 2021; Moon Dep. 50:11–18, Aug. 10, 2021.

[36] Gold Dep., Jul. 22, 2021, Exh. 110 at CAH00086–87.

[37] *Id.* at CAH00087.

[38] Handwritten Notes, Squirrel Monkey, 000577.

[39] Plumb's Veterinary Medication Guide, *Glucosamine with Chondroitin*, https://cdn. brief.vet/web-files/PVD/drupal-uploads/files/VMG-Glucosamine-with-Chondroitin-2019-01-28-1051.pdf.

[40] Moon Dep. 50:16–25, Aug. 10, 2021.

[41] Gold Dep., Jul. 22, 2021, Exh. 110 at CAH00089; Chadwell Animal Hospital, Radiographs CAH00184–186.

incomplete.[42] In fact, except for a few recent records, and some of Dr. Duncan's farm animal exams in 2018, there was not a single proper medical record provided.[43] In many cases, there are invoices for treatments and services, but no accompanying written medical records. Complete medical records are critically important and, according to the Maryland Department of Agriculture, failure to provide complete medical records fails to meet the standards of professional conduct and ethics for veterinarians who practice veterinary medicine in the State. The Maryland Veterinary Regulations state:

**10. Record Keeping**
A. For animals that a veterinarian treats, the veterinarian shall prepare a legibly written record that accurately and thoroughly reflects the treatment provided. At a minimum, the veterinarian's record shall include the following information, as applicable:

(1) If available, the name, address, and phone number of the animal's owner;
(2) If available, the name and identity of the animal;
(3) If available, the age, sex, and breed of the animal;
(4) The dates (beginning and ending) of custody of the animal;
(5) A short history of the animal's condition as it pertains to the animal's medical status;
(6) The animal's physical condition at the beginning of custody and the initial diagnosis, if any;
(7) The animal's condition, as evidenced through a physical examination, not more than 12 hours before administration of one of the following:
(a) Anesthetic;
(b) Injectable sedative; or
(c) Injectable tranquilizing agent.
(8) The treatment provided the animal and if medication is given, the following shall be provided:
(a) Amount in milligrams or the volume and concentration of substance used;
(b) Frequency; and
(c) Route of administration;
(9) The progress and disposition of the case;
(10) The surgery log and anesthetic log, if any.[44]

---

[42] *See, e.g.* Dr. John Timothy Fox's responses to PETA's subpoena to produce documents (FOX000001–82); Gold Dep., Jul. 15, 2021, Exh. 92 (records for iguanas).

[43] *See, e.g.*, Mountainview Veterinary Services' responses to PETA's subpoena to produce documents (MVS00125–322).

[44] Md. Code Regs. 15.14.01.10.

There are numerous examples of poor record keeping by Drs. Fox, Duncan and Gold. For example, Dr. Duncan produced several patient history reports for animals that simply list vaccinations given and no actual physical exam notes. There are several reports like this:

**Patient History Report**

| | | | |
|---|---|---|---|
| **Client:** Candy, Bob (Tri-State Zoo) (15924) | | **Patient:** Female Tuxedo Kitten (feral) (39026) | |
| **Phone:** (240) 727-8051 | | **Species:** Feline | **Breed:** Shorthair, Domestic |
| **Address:** 10105 Cottage Inn Ln NE | | **Age:** 2 Yrs. 11 Mos. | **Sex:** Female |
| Cumberland, MD 21502 | | **Color:** Black/White | |

| Date | Type | Staff | History |
|---|---|---|---|
| 7/13/2018 | I | GD | A few pets may experience some lethargy and soreness from the vaccinations. If this persists longer than 24 hours, please call our office. |
| 7/12/2018 | B | GD | 1.00 RABIES FELINE 1 YEAR BOOSTER (1341) by CO |
| 7/12/2018 | B | GD | 1.00 FVRCP FIRST VAC (1331) by CO |
| 7/12/2018 | B | GD | 1.00 Charges Final (CHFINAL) by CO |

[45]

There are many more examples of the history of poor record keeping.[46] What is disturbing is the lack of improvement over the years as seen in the medical records of the current consulting veterinarian, Dr. Gold. Below are examples of recent medical records from Dr. Gold showing a repeated failure to provide complete medical records as outlined by the Maryland Veterinary Regulations.

---

[45] Duncan Dep., June 30, 2021, Exh. 68 at MVS00053.

[46] *See, e.g.*, Mountainview Veterinary Services' responses to PETA's subpoena to produce documents (MVS0001–68).

ANIMAL RECORD

Owner's Name Candy    22543
Address    (Tristate Zoo)
Animal's Name Sebastian   Species Feline   Breed Bengal
Sex M   Age ___ Birthdate ___

| DATE | TEMP. | TREATMENT AND PROGRESS | CODE | CHARGE |
|---|---|---|---|---|
| 10-11-20 | | P.E.: overgrooming on hindend | | |

47

There are numerous medical records like this from Dr. Gold, in which there is no evidence any of the body systems were evaluated. Clearly no exam using the generally accepted standard SOAP method previously described was performed on most of the animals at Tri-State. In the example duplicated above, there is no weight on the patient Sebastian, no record of any differential diagnosis for the "overgrooming on hindend," or any written plan to address this condition.[48]

The next record is an example of a condition being reported, in this case the animal was diagnosed as "overweight," but there is no actual weight or body condition score recorded, no indication of how overweight the animal is, or a documented plan to remedy the problem.[49] This problem is made worse because, like almost all the animals at Tri-State, there is no diet plan and no records to indicate anyone monitors individual animal food intake or whether the diets have been assessed to determine their appropriateness for the animal.[50]

---

[47] Gold Dep., Jul. 15, 2021, Exh. 101.

[48] *Id.*

[49] Gold Dep., Jul. 15, 2021, Exh. 99 at CAH00029.

[50] *See, e.g.*, Moon Dep. 40:9–15, Aug. 10, 2021 ("Q. In 2018, you testified that you didn't weigh the amount of food that was provided to the bears. Is that still the case? A. That's still the case. Q. Do you weigh the food that is provided to any of the other animals at Tri-State? A. No."); *id.* 45:4–9 ("Q. Is [the primates'] food intake monitored in any way? A. I know how much they eat per day, yes. Q. How do you monitor their food intake? A. How much is left in the bowl. Q. do you document what remains in the bowl? A. No.").

ANIMAL RECORD

Owner's Name Candy                          22543        Home Phone_____

Address _____(TriStateZoo)_____ Work phone_____

Animal's Name Gizmo           Species Coatimundi     Referred by_____

Sex M  Age_____ Birthdate _____ Color and Markings Red      Breed_____

| /acc. | RAB. | | | | DRCP | | | | FELV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DHLP | | | | PARV | | | | HW | | |

| DATE | TEMP. | TREATMENT AND PROGRESS | CODE | CHARGE |
|---|---|---|---|---|
| 10·11·20 | | P.E.: overweight, no other concerns | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

51

This next medical record is one example of a failure to properly document an anesthetic procedure and does not meet the Maryland Veterinary Regulations for record keeping. [52] It also shows a failure to provide appropriate analgesia after an invasive surgical procedure.

---

[51] Gold Dep., Jul. 15, 2021, Exh. 99 at CAH00029.

[52] Md. Code Regs. 15.14.01.10.

Garcia was anesthetized for neuter surgery. His pre-anesthetic exam findings documented above state: "PE: overweight." There is no evidence his heart or lungs were evaluated, no record of any actual physical exam findings. Maryland Regulations require a physical examination within 12 hours of administering anesthesia.[54] There is no record of anesthetic monitoring of any kind, and no comments regarding his recovery. From the record above, he did not receive any analgesic medication after his surgery. In fact his "Dismissal Information" clearly states he went home with no medication.[55] He was anesthetized with Ketamine and Acepromazine, "KETACE IM 1 cc." There is no indication how much of each drug was actually administered. Standard practice is to list the mg/kg dose used as well as the amount in milligrams and milliliters of each drug administered, route of administration, who administered it, and time of administration. Additionally, Maryland Regulations require "Amount in milligrams or the volume and concentration of substance used."[56] None of this information was documented. Ketamine is an anesthetic agent and should only be used in situations in which sufficient monitoring and patient-support capabilities

---

[53] Gold Dep., Jul. 15, 2021, Exh. 96 at CAH00027.

[54] Md. Code Regs. 15.14.01.10(A)(7)(a).

[55] Gold Dep., Jul. 15, 2021, Exh. 96 at CAH00028.

[56] Md. Code Regs. 15.14.01.10(A)(8)(a).

(intubation, ventilation) are available. [57] There is no medical record to indicate any of these basic anesthetic protocols were followed. Ketamine does have analgesic properties, but it lasts a short period of time; the half-life of Ketamine is one hour in cats and is assumed to be the same in this species. Acepromazine is a sedative/tranquilizer with no analgesic effect.[58] Animals undergoing neutering surgery should receive some post-operative analgesic medication, such as a 24-hour injectable dose of an NSAID prior to recovery and additional analgesic medication to provide pain relief during the first few days of the recovery period. Garcia received no analgesic medication.

There have been invoices and some handwritten notes to suggest animals were anesthetized, but there is no corresponding medical records detailing the history, exam findings, problem list, differential diagnoses, treatment plans, anesthetic monitoring, or recovery information.[59] Because there is no written documentation suggesting otherwise, the minimum standard of care was not provided to these animals. The basic understanding in the veterinary profession regarding medical records is: *if it is not written down, it did not happen.* The veterinary care provided to the animals at Tri-State continues to fail to meet the standards of veterinary professional conduct and ethics.

### Lack of Preventative Care:
Tri-State has no preventative veterinary medical plan.

A preventative veterinary medical plan is critically important to ensure the health and well-being of animals and should be a part of the PVC. Because it is often difficult to recognize and treat illness in non-domestic animals,[60] preventive measures are required to identify and diagnose disease before it has progressed.[61]

---

[57] Plumb's Veterinary Formulary, app.plumbs.com/drug-monograph, Ketamine.

[58] Plumb's Veterinary Formulary, app.plumbs.com/drug-monograph, Acepromazine.

[59] *See, e.g.* Patient Record, FOX000027.

[60] Dr. Fox agrees. Fox Dep. 48:7-15, Apr. 22, 2018 ("Q. Is it true that wild animals instinctively conceal signs of illness until the illness is fairly well-progressed? A. Yes. Q. And would you also agree that, therefore, it is important that zoo keepers be trained to look out for those signs of illness to catch more subtle signs? A. Sure, Yes.").

[61] *See* 9 C.F.R. § 2.40(b)(2) (requiring AWA-licensed exhibitors to "establish and maintain programs of adequate veterinary care that include . . . [t]he use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries").

These programs should include quarantine as required for new arrivals and temporary separation of sick animals, zoonotic disease prevention, regularly scheduled examinations (visual and/or under sedation or anesthesia), parasite surveillance procedures and control, immunization, infectious diseases screening (e.g., serology, tuberculosis testing), dental prophylaxis, and periodic reviews of diets, husbandry techniques, and vermin control.

Because none of the necessary components of a preventative veterinary medical plan exist or are implemented at Tri-State, it is clear the animals are not receiving basic veterinary care. The AZA Standards for veterinary care recommend a full-time veterinarian but recognize that in some cases this is not practical. They go on to state that a consulting/part-time veterinarian must, however, be under contract to make at least twice monthly inspections of the animal collection and respond as soon as possible to any emergencies. [62] From the USDA APHIS Form 7002, Dr. Fox visited the zoo an average of 2.77 times per year from 2009 to 2017.[63] The document states that his last visit was December 20, 2016.[64] Dr. Duncan first visited Tri-State on April 2, 2018, almost a year and a half since a veterinarian was last there to provide care for the animals.[65] Dr. Duncan proposed to visit Tri-State four times per year in her PVC, however, quarterly visits were not routinely scheduled.[66] According to Dr. Gold's records and a list of veterinary visits maintained by Tri-State, Dr. Gold has visited Tri-State on 10/11/2020 and again on 12/13/20, when the Asiatic Bears Susie and Sally had their dental procedure with Drs. Gold and Cranfield.[67] According to Dr. Gold's records and testimony, he examined approximately 40 exotic animals on

---

[62] Ass'n of Zoos & Aquariums, The Accreditation Standards & Related Policies at § 2.1 (2021).

[63] *See* Fox Dep., Apr. 22, 2018, Fox Exh. 3 (Program of Veterinary Care signed by Dr. Fox on April 4, 2017). Dr. Fox admits to failing to make the four visits per year he agreed to in his PVC. *See* Fox Dep. 175:2–4 ("Q. But you didn't do anything to actually ensure that you made four quarterly visits? A. Truthfully, no.").

[64] *See* Fox Dep., Apr. 22, 2018, Fox Exh. 3 at 12 (Program of Veterinary Care signed by Dr. Fox on April 4, 2017).

[65] Duncan Dep. 8:19–20, May 16, 2018 ("April 2nd, I believe, so, first time.").

[66] *See* Duncan Dep., June 30, 2021, Exhs. 42 & 43; Duncan Dep. 17:19–4 ("[Q.] Did Mr. Candy ever follow your recommendation of quarterly visits to the zoo? A. . . . I think there may be been when we initially started that we were out quarterly but it may have been more like five or six months. I'm not 100 percent sure but all the dates would be marked in the medical records.").

[67] Program of Veterinary Care, Vet Visits, 000267 (noting exam date as December 16, 2021). *But see* Gold Dep., Jul. 22, 2021, Exh. 113 at CHA00071 (noting exam date as December 13, 2021).

10/11/2020.[68] Many of the exams were "cursory" since, according to Dr. Gold, the purpose of the visit was "to check the place out and check the animals out."[69] It is not feasible that these 40 animals received any kind of actual examination as evidenced by the medical records which almost all state: PE: WNL's (Physical Exam: Within Normal Limits).[70] For a zoo with more than 70 animals, many of whom are senior, one visit to the zoo would not allow sufficient time to adequately evaluate each animal and would not allow enough time to provide even the most basic veterinary care. There is no record Dr. Gold has visited Tri-State since 12/13/2020. Clearly, many animals have not received appropriate veterinary care in the past,[71] and the fact that there is currently no PVC does not provide any assurance this will change.

Regular examinations must be performed on all residents at least annually. Older animals or those with known medical conditions should be examined more frequently. Many animals can be examined without the need for sedation or anesthesia if properly conditioned to use manual restraint devices or to present certain parts of the body and mouth for examination. For example, squeeze cages can be used for vaccination, minor wound care, and blood collection. Tri-State does not have the appropriate manual restraint devices on site, nor have they conditioned the animals to allow for these types of procedures.[72] For many animals, sedation or

---

[68] *See, e.g.*, Chadwell Animal Hospital, Invoice (Oct. 22, 2020), 000272–273; Chadwell Animal Hospital Animal's responses to PETA's subpoena to produce documents, CAH00001–105; Gold Dep. 43:15–20, Jul. 15, 2021 ("Q. And how many animals did you examine on October 11, 2021? A. We did a walk-through through the whole zoo. We examined the ones that we could handle . . . I'd say probably two or three dozen.").

[69] Gold Dep. 97:1–2, Jul. 15, 2021.

[70] *See generally*, Chadwell Animal Hospital Animal's responses to PETA's subpoena to produce documents, CAH00001–105.

[71] *See, e.g.*, Fox Dep., Apr. 22, 2018, 175:2-4 ("Q. But you didn't do anything to actually ensure that you made four quarterly visits? A. Truthfully, no.").

[72] Duncan Dep. 174:4–17, June 30, 2021 ("Q. And no other physical exam of Charlie; correct? A. Correct. Q. And why not? A. Because it was not feasible given the available facilities to do an exam on a large and exotic cat. Q. So, there was no squeeze cage or any other equipment at the facility to be able to isolate Charlie and get a close-up exam of him? A. Correct, and he was not trained for examination blood draw, that kind of thing."); Candy Dep. 175:14-16, Mar. 16, 2018 ("Are you familiar with the term operant conditioning? A. No."); *Id.* at 205:4-12 ("[T]here's one way you can train an animal and to prime them for vet care. You know, you can teach an animal using . . . food . . . to present a paw. . . . A. We don't train . . . any animals. No animals are trained.").

anesthesia is required for more in-depth examination and or diagnostic testing or preventative care such as a comprehensive oral health assessment and treatment.[73]

Below are several examples of how animals at Tri-State have suffered unnecessarily due to the lack of regular veterinary care and a failure to provide basic preventive care.

1.   The farm animals including equine species, a donkey, llamas, goats, pigs and sheep have not received any examinations or vaccinations since Dr. Duncan's exams in 2018.[74] These animals should be examined and vaccinated annually.

2.   Tri-State acquired Charlie the Western Cougar on 6/18/2005 when he was 10 days of age. Charlie died on 11/9/2018 as reported by Mr. Candy: "Died. Under vet care at Zoo. Age/kidney failure. No necropsy done."[75] According to a review of his 13 years of veterinary care at Tri-State, Charlie was first treated as a young cub on 9/2/2005.[76] Although no medical records are available, it appears he was evaluated for skin disease, intestinal parasites, and shortly thereafter, on 9/30/2005, for an ear infection.[77] No vaccines were given, no feline viral testing was performed. The next record is dated 1/5/2011, at which time a fecal culture was performed by Dr. Fox.[78] Again, there is no record of a physical exam or any record of vaccination. The next record dated 5/26/2018 (seven years later): a report from a fecal test that was positive for Toxocara (TOXOCARA SP OVA PRESENT MODERATE),  yet there is no record the intestinal parasite diagnosed was ever treated.[79] Toxocara, also known as roundworms, affect dogs, cats and other animals and can be transmitted to humans through handling fecal material or soil contaminated with infected feces. Humans can develop Toxocariasis through migration of the larvae via two routes: visceral larva migrans or ocular larve migrans. People can develop liver disease, heart disease,

---

[73] Duncan Dep., June 30, 2021, Exh. 42 at § III. C (listing chemical restraint methods as the only capture and restraint methods for wild and exotic animals).

[74] *See, e.g.*, Gold Dep. 108:19–109:1, Jul. 22, 2021 ("Q. Did you ever examine or treat the sheep, goats, mini horses, donkey, geese, turkeys, peacocks, ducks, or chickens at Tri-State? A. I have not.").

[75] New Animal Information Record, Charlie, 000490.

[76] Tri-State Records, Charlie, 000491-000498.

[77] *Id*. at 000498.

[78] *Id*.

[79] Duncan Dep., June 30, 2021, Exh. 45 at MVS00164–65.

respiratory failure and can also develop blindness.[80] Cats with toxocara can develop a variety of signs including vomiting, diarrhea, decreased appetite, and poor body condition. Treatment is usually very effective and there are several anthelmintics available, (Fenbendazole, Ivermectin, Milbemycin). Any preventative veterinary care program should include at least annual fecal examinations and regular deworming. The animals at Tri-State do not receive this basic care putting the animals, and as a zoonotic disease, the staff, volunteers and the general public at risk.

The next entry for Charlie is 11/8/2018, one day before his death, when he was very sick.[81] Given Mr. Candy's history of failing to provide routine preventative veterinary care, I think it is reasonable to believe he submitted the fecal test on 5/26/2018 because Charlie was having diarrhea or showing some other symptom that would indicate the need for an examination. According to Dr. Duncan, on presentation Charlie was recumbent and exhibiting signs of pain. He had a fever and was dehydrated with pale mucus membranes suggesting anemia. According to Mr. Candy, Charlie had not eaten right for 2.5 days.[82] The rest of the exam notes are filled with inconsistencies—yet another example of poor record-keeping. For example, Dr. Duncan reported he was "in sternal recumbency," yet her notes go on to say "[t]he pet's gait is normal" and "[t]he pet presented bright, alert, and responsive with no obvious abnormalities."[83] Charlie was sedated for an examination and blood testing revealed several abnormalities. Charlie had an increased white blood cell count (30.76 K/uL (2.87-17.02)) with band neutrophils suspected indicating an infection. Additionally, he was anemic (HCT: 29.6 % (30.0-52.3)), which was likely worse than the HCT number suggests given he was dehydrated. His BUN/UREA was elevated (92 mg/dL (16-36)) and his Creatinine was too high to be readable by the IDEXX VetLab In-clinic chemistry analyzer.[84] These results are consistent with kidney disease. On 11/8/2018, Charlie was administered 1L of SQ fluids and no other treatments. He did not receive any medications to alleviate pain, even though Dr. Duncan noted he seemed to be in pain. He received no gastric protectants, nothing to stimulate his appetite, and no antibiotics. It was not until the following day that Dr. Duncan administered additional treatments to address nausea, stimulate his appetite, and

---

[80] *See, e.g.*, Wikipedia, Toxocara cati, https://en.wikipedia.org/wiki/Toxocara_cati (last accessed 9/7/2021); Wikipedia, Toxocara canis, https://en.wikipedia.org/wiki/Toxocara_canis (last accessed 9/7/2021).

[81] Duncan Dep., June 30, 2021, Exh. 45 at MVS00161–64.

[82] *Id*. at MVS00163.

[83] *Id*. at MVS00163–64.

[84] *Id*. at MVS00161–62.

treat his infection.[85] She also administered an injection of the steroid Dexamethasone, but still Charlie received nothing for pain. Charlie died that night. Mr. Candy reported that he "found [Charlie] stretched out," which Dr. Duncan interpreted to indicate that it was due to "agonal breaths at passing."[86] Dr. Duncan recommended a necropsy, but Mr. Candy declined.

Charlie was clearly extremely ill by the time Mr. Candy notified Dr. Duncan. It is very likely he endured days of extreme pain and suffering that could have been prevented. Charlie's blood test results revealed kidney disease. Early detection of disease through regular examinations and laboratory testing is a critical component of a PVC. Based on the records provided, Charlie was examined only twice during his thirteen years at Tri-State. While kidney disease is often a chronic progressive disease in geriatric cats, there are several treatments and nutritional changes that can easily be made to keep animals comfortable, eating, and free of pain. Charlie received no supportive care because no one knew he was sick until the day before he died a painful death. This does not meet any standard of care and is another example of why Mr. Candy is not qualified to have the responsibility of caring for and making care decisions for any of the animals at Tri-State.

3.   The bobcats Diablo (arrived 2003; died 1/31/2021) and Sierra (arrived 11/14/2003; died 6/7/2016), are yet another example of animals who received a complete lack of veterinary care. Records provided by Tri-State and its attending and consulting veterinarians contain no evidence of any kind of physical exam, routine fecal testing, vaccination, or other veterinary care.[87] Dr. Duncan's records show that Diablo received two prescriptions of Meloxicam on 6/14/2019 and 10/3/2019, but testified Mr. Candy did not pick up the medication after the initial prescription.[88] According to Dr. Duncan, Diablo appeared to be in pain, and had "difficulty raising from when he was laying down," "decreased mobility," and "a hunched appearance" when he ambulated.[89] Dr. Duncan testified that she "[p]resumptively" diagnosed Diablo with arthritis, and that Diablo was observed to be losing weight; his body condition over the years went from a 5/9 BCS (ideal) to a 3/9 BCS (underweight), with each number of the BCS representing 10% of the animals' body weight.[90] Despite that, he was never examined, no diagnostic tests performed, no assessment

---

[85] *Id.* at MVS00161.

[86] *Id.*

[87] *See, e.g.*, Tri-State Records, bobcats, 000499-00050.

[88] Duncan Dep., June 30, 2021, Exh. 69 at MVS00191.

[89] Duncan Dep., 218:18–219:8, June 30, 2021.

[90] Duncan Dep., 216:16–25, 218:9–17, June 30, 2021.

of his diet was conducted to determine whether he was receiving appropriate nutrition, and no monitoring of his food consumption or urine and fecal output was conducted.[91] The only diagnostic test was a fecal (5/26/2018) that showed hookworms, but there is no record of treatment for this intestinal parasite and no follow-up fecal testing.[92] There is no physical exam record of either bobcat, and both Dr. Duncan and Dr. Gold testified that they did not physically examine Diablo.[93] Dr. Gold also did not assess Diablo's BCS or pain score. Dr. Gold's only record of Diablo memorializes the lack of physical exam and notes: "has arthritis-on cosequin & fish oil."[94] Despite noting that Diablo had arthritis, there is no record of ongoing analgesic medication. Of the eight pages of records produced by Tri-State for two animals that spent 19 and 13 years respectively at its facility, there is no record of any sort other than the facility's new animal information records memorializing when they arrived and when they died.

4. Two Arctic foxes, Sheba and Brownie, were born at Tri-State on 4/12/2004.[95] Brownie is reported to have "passed in her sleep" on 11/22/2017.[96] Sheba also "died in her sleep" on 7/26/2017.[97] These two animals spent their entire lives (13 years) at Tri-State and there is not one record to indicate they received any veterinary care. Foxes are very similar to dogs and require annual examinations, vaccinations, laboratory testing, dental care, internal and external parasite prevention. This does not meet the generally accepted standard of veterinary care for this species.

5. Rocket, an Arctic fox, arrived at Tri-State on 5/29/2020 at 8-10 weeks of age.[98] He was not examined by a veterinarian after his arrival, which is considered standard protocol. Specifically, he was not examined until he suffered a serious leg wound and presented to Dr. Gold as an emergency on 6/12/2020, at which time he required

---

[91] *See id.* 215:16–217:10.

[92] Duncan Dep., June 30, 2021, Exh. 69 at MVS00191.

[93] Duncan Dep. 215:16–23, June 30, 2021 ("Q. Did Diablo ever receive a physical exam while you were Tri-State's attending vet? A. No, a visual exam only. Q. Why didn't you physically examine Diablo? A. Because there was no safe way to accomplish that."); Gold Dep. 177:9–11, Jul. 15, 2021 ("Q. Did Diablo ever receive a physical exam while you were the Tri-State veterinarian? A. No.").

[94] Gold Dep., Jul. 15, 2021, Exh. 100.

[95] New Animal Information Record, Brownie, 000520; New Animal Information Record, Sheba, 000521.

[96] New Animal Information Record, Brownie, 000520.

[97] New Animal Information Record, Sheba, 000521.

[98] New Animal Information Record, Rocket, 000409.

surgery.[99] At that time, Rocket received his first veterinary examination and first vaccines. It is my opinion, based on the lack of care Sheba and Brownie received, that if Rocket did not need emergency treatment, he would not have been examined or received the appropriate vaccinations. Young animals should be examined within 2-3 days of arrival and receive their first vaccines at 8 weeks of age. On 6/14/20, Rocket tested positive for Coccidia. Coccidial infections can be reduced by daily removal of feces and debris as the organism can sporulate within 8-36 hours.[100]

Rocket was housed in an insecure enclosure during Plaintiffs' 7/19/2021 site inspection; the latch to his side yard was open when we arrived, and Mr. Candy quickly secured it.[101] One other gate was secured with only a carabiner.[102] There was evidence rodents have easy access into the back of his enclosure. The ground of his outdoor enclosure was dirty and there were old toys and two shoes which may have been put there as an enrichment item a long time ago.[103] There were ants crawling around and inside his dirty food bowl. Given the unsanitary conditions and exposure to rodents and parasites, Rocket is at risk of exposure to diseases. Like all the animal at Tri-State, Rocket and should receive regular preventive care including annual examinations and vaccination.

6.   The canine Cumber (DOB 10/20/2005) is yet another example of Tri-State's failure to provide adequate veterinary care. Cumber, who Tri-State used as a "watchdog, arrived on 10/30/2003 and died on 6/11/16.[104] Mr. Candy noted "age" as the cause of death.[105] There are no records indicating that Cumber received any preventive veterinary care other than an invoice showing vaccinations given in 2011 (FOX 000061) and a prescription to treat coccidiosis dated 9/12/2012 (FOX 000066).[106]

---

[99] Gold Dep., Jul. 22, 2021, Exh. 106.

[100] Vincyclopedia of Diseases, Coccidiosis, https://www.vin.com/Members/Associate/Associate.plx?from=GetDzInfo&DiseaseId=237&pid=607.

[101] See PETA011620 (Jul. 19, 2021).

[102] See PETA010425 (Jul. 19, 2021).

[103] See PETA0100110, PETA010112, PETA010917 (Jul. 19, 2021).

[104] Candy 30(b)(6) 148:15–17, June 24, 2021; New Animal Information Record, Cumber, 000522.

[105] New Animal Information Record, Cumber, 000522.

[106] Western Maryland Animal Hospital, Inc., Invoice, Cumber, FOX000061, 66,

7.   Dodger the capuchin has been at Tri-State since 8/30/2012 and was denied any preventive veterinary care until he required emergency surgery 2/12/2019.[107] On 2/8/2019, Dr. Duncan documented Mr. Candy's report that Dodger was not eating well, not drinking, and not acting like himself.[108] Dr. Duncan advised Mr. Candy that Dodger needed to be seen by a primate veterinarian, and that he would likely need to be hospitalized. Prior to that, a fecal test was performed on 5/26/2018.[109]  All other entries for Dodger in Dr. Duncan's records are "default comments," which are notes of events and or conversations and do not represent an actual medical record. Before and during Dr. Duncan's tenure, Dodger never received a documented physical exam, he never had any diagnostic testing performed, and was never vaccinated.

Dr. Duncan's first "default comment" on 2/8/2019 was in reference to Dodger's "apparently chapped hands."[110] According to this note, Dr. Duncan had previously advised Mr. Candy to have Dodger seen by a primate specialist. At this time, Dodger was "not eating well," "not drinking," and "not acting [him]self." Dr. Duncan stressed this constituted an emergency: Dodger needed to be seen "ASAP," "TODAY, potentially on emergency basis" and he would likely need "bloodwork and likely IV fluids."[111] According to Dr. Duncan, Mr. Candy had been using coconut oil on Dodger's hands and reported Dodger had been holding his hands abnormally for at least two weeks.[112]

The next note regarding Dodger is on 5/30/2019, again in the form of a comment.[113] Mr. Candy informed Dr. Duncan that Dodger did see a primate specialist due to severe frostbite. Dr. Duncan reported that Dodger "had first digits of all fingers on both hands and a few on the hind feet . . . removed [due to] damage (presumably)."[114] Dr. Duncan testified that prior to this, she had recommended Mr. Candy seek veterinary care from a primate specialist several times, but, because Mr. Candy represented that "it was taken care of," she "did not investigate further."[115]

---

[107] *See* Duncan Dep., June 30, 2021, Exh. 52 at MVS00198 (recording acquisition date as August 30, 2012).

[108] *Id.* at MVS00196.

[109] *Id.*

[110] *Id.*

[111] *Id.*

[112] Duncan Dep. 78:20–79:9, June 30, 2021.

[113] Duncan Dep., June 30, 2021, Exh. 43 at MVS00110.

[114] *Id.*

[115] Duncan Dep. 80:7–81:16, June 30, 2021.

It was not until on or about 2/12/2019 that Dodger was examined for the first time and treated for his frostbite injuries.[116] It took an emergency to get Dodger examined by a veterinarian, but not until after he endured intense chronic pain. Dr. Gold diagnosed Dodger with "severe frostbite on all four feet," requiring tissue debridement of necrotic tissue and amputation of 16 toes. Frostbite is a painful process. There are three stages of frostbite: frostnip, superficial frostbite and severe frostbite,[117] and it is likely Dodger was exhibiting signs of pain for two weeks or more before Mr. Candy noticed. When Dodger first started to rub his hands together, Mr. Candy should have checked the temperature in his enclosure and made sure Dodger, and all the other animals at the zoo received sufficient supplemental heat given the freezing winter temperatures in Cumberland, Maryland. Dodger's horribly painful condition, painful surgery, and lengthy recovery would have been avoided if he was provided with an appropriate enclosure that offered protection from temperature extremes as required by the AWA.

Dr. Duncan indicated on 10/3/2019 that like many of the other animals at Tri-State, Dodger had skin issues and evidence of ectoparasites.[118] Although Dr. Duncan "recommend[ed] treatment," no preventive was prescribed.[119] Dr. Duncan reported seeing hair loss along his back, that he was itching and live fleas were present.[120] There is no record Dodger has ever received any flea prevention, despite Dr. Gold reporting on 8/17/2020 he had a thin coat and alopecia on the base of his tail.[121]

8.  Diva, a wolf hybrid arrived at Tri-State on 2/10/20.[122] Other than having a fecal test and receiving a deworming pill (Drontal) from Dr. Duncan on 4/10/2018, she did not receive any regular veterinary care until Ms. Moon took her to North Branch Animal Hospital on 6/2/2020 and 6/3/2021 where she received a rabies vaccine.[123] On evaluation on 7/19/2021, she was alone in her enclosure and appeared to have a BCS of 4/9. She seemed to be favoring her right pelvic limb and to have bilateral pelvic limb muscle atrophy. Her night quarters had no bedding and there

---

[116] Gold Dep., Jul. 22, 2021, Exh. 108.

[117] Cleveland Clinic, Frostbite, https://my.clevelandclinic.org/health/diseases/15439-frostbite (last accessed Sept. 8, 2021).

[118] Duncan Dep., June 30, 2021, Exh. 43 at MVS00109.

[119] *Id.*

[120] Duncan Dep. 82: 17–24, June 30, 2021.

[121] Gold Dep. 38:20–39:6, Jul. 22, 2021; Exh. 108 at CAH00012.

[122] Duncan Dep., June 30, 2021, Exh. 49 at MVS00194.

[123] *Id.* at MVS00193; North Branch Animal Hospital, Diva, NBAH00012–17.

was no water inside her night house. Diva has not been vaccinated for Distemper, Hepatitis, Leptospirosis, Parvovirus or Parainfluenza viruses (DHLPP), considered a core vaccination. There is no record she has ever had any lab testing performed, including no record of a heartworm test. Dr. Gold created a medical record for Diva on 10/11/20, indicating no physical examination was done.[124] He prescribed a single dose of Revolution for Diva. Revolution (Selamectin) is a topical avermectin antiparasicide that is intended for monthly use as prevention and control of flea infestations and a prevention of heartworm disease. Heartworm disease is a serious and potentially fatal disease in pets. The parasites, transmitted by mosquitoes, are foot-long worms (heartworms) that live in the heart, lungs, and associated blood vessels of affected pets, causing severe lung disease, heart failure, and damage to other organs in the body. Heartworm disease affects dogs, cats and ferrets, but heartworms also live in other mammal species, including wolves, coyotes, foxes, sea lions and—in rare instances—humans. Because wild species such as foxes and coyotes live in proximity to many urban areas, they are considered important carriers of the disease.[125]

Dogs including wolf hybrids should receive year-round prevention from this deadly disease. Heartworm disease is fatal if not treated, and once diagnosed, treatment is difficult and carries risk. Prevention is key to keeping all canids free of this disease. Heartworm preventives are safe, inexpensive, and come in a variety of methods for easy administration. The American Heartworm Society recommends annual screening (blood testing) for all dogs over the age of 7 months with both an antigen and a microfilaria test. Diva has never been tested for heartworm disease and a single dose of Revolution is not enough to prevent the disease. In fact, administering heartworm prevention without first testing is dangerous and does not follow generally accepted standards of care for canids.

9.   Cantata the New Guinea singing dog arrived at Tri-State on 6/21/2012.[126] She has not received *any* regular veterinary care since her arrival.[127] On 7/19/2021, Cantata was observed in her den which was very dirty and smelled. She had a poor-quality coat and a BCS of 6/9. The only documented treatment received by Cantata was a vaccination by Dr. Gold for Rabies on 10/12/2020.[128]  At that time, a partial exam was performed which means there was no assessment of her eyes, ears, teeth

---

[124] Gold Dep., Jul. 22, 2021, Exh. 105.

[125] American Heartworm Society, *Heartworm in Dogs*, https://www.heartwormsociety.org/heartworms-in-dogs (last accessed Sept. 7, 2021).

[126] New Animal Information Record, Cantata, 000439.

[127] *See* Duncan Dep., June 30, 2021, Exh. 48; Gold Dep. Jul. 22, 2021, Exh. 103.

[128] Gold Dep. Jul. 22, 2021, Exh. 103.

and oral cavity, heart and lungs, lymphatic system, skin and coat, or abdominal organs. No other vaccines were administered. No diagnostics were performed to assess her overall health and she has never been tested for heartworm disease. According to the records provided, Cantata has never received a comprehensive physical examination or benefited from regular annual preventive veterinary care since her arrival more than 10 years ago. There is no record indicating that she has received regular flea preventive. What is very concerning is she was potentially exposed to a rabid skunk in 2017.[129] Rabies is a deadly disease affecting several animal species including humans. There is no cure. A facility such as Tri-State, where free-ranging wildlife species known to be carriers of the rabies virus have easy access to animals, should be very diligent about annual rabies vaccinations for all susceptible species. Failure to do so does not meet generally accepted standards of veterinary care and violates most state regulations.

10. Even Bridgette, Mr. Candy's basset hound, did not receive regular preventive care. She was examined by Dr. Duncan on 6/1/2018 to assess a mass on her left thoracic limb.[130] The mass had been present for more than one year and had "burst open at times."[131] According to Dr. Duncan, the ruptured mass would "most likely" have caused Bridgette pain.[132] Dr. Duncan's records indicate that the toenails of her pelvic limbs were "ingrown severely" to the point that she could not remove the embedded nails from the pads without sedation.[133] In addition to the embedded nails, Bridget also suffered from open wounds from prior ingrown nails.[134] Ignoring a large mass that has repeatedly ruptured is neglect. Allowing toenails to grow to the point they have punctured the foot pads is also neglect and is yet another example of the lack of observation the animals receive under the care of Mr. Candy. While there are no surgical notes or follow-up exam notes, it appears Bridgette continued to suffer from easily avoidable painful pad injuries and a ruptured mass(es) for almost three weeks before treatment. Bridgette returned to Dr. Duncan on 7/26/2018 six days after her surgery because her sutures came out.[135] There are no further veterinary records for Bridgette.

---

[129] *See* Duncan Dep., June 30, 2021, Exh. 48 at MSV00143.

[130] Duncan Dep., June 30, 2021, Exh. 46 at MSV00135.

[131] *Id.*

[132] Duncan Dep. 45:16–18, June 30, 2021.

[133] Duncan Dep., June 30, 2021, Exh. 46 at MVS00136.

[134] Duncan Dep. 46:5–47:6, June 30, 2021.

[135] Duncan Dep., June 30, 2021, Exh. 46 at MVS00138.

11. There are several domestic cats that roam Tri-State freely. They have access to every part of the zoo and have been seen in the kitchen, the reptile house, sleeping and eating in areas where food is stored and thawed, around the Capuchin and Squirrel Monkey exhibit, cohabitating with Sebastian the Bengal cat, around Rocket the Arctic fox, near the Macaws, and near the farm animals. Many of the domestic cats have signs of obvious disease and have historically received no preventive veterinary care.

a) Recent visits to North Branch Animal Hospital reveal a complete lack of basic veterinary care for the domestic cats. Miss Kitty was examined on 8/2/2021 for losing weight and having bumps on her back.[136] She was found to be thin, weighing just 7.3 pounds, and to have live fleas present during the exam despite Ms. Moon reporting not seeing any. The medical record indicates no preventives have been given. Miss Kitty had hair loss and scabs all along her back and axillary area, and obvious signs of flea allergic dermatitis. This was confirmed by cytology which showed red blood cells, white blood cells, and cocci bacteria. She also had moderate to severe dental calculus—a sign of failure to address chronic dental disease. Ms. Moon declined recommended diagnostic testing including testing for feline leukemia virus and feline immunodeficiency virus (FeLV/FIV). She also declined vaccinations for feline viral rhinotracheitis and calicivirus (FVRCP) and feline leukemia, despite these being considered core vaccines for outdoor domestic felines. She did approve rabies vaccination.

b) Midnight, a kitten, was examined on 5/28/2020 for sneezing, nasal discharge and congestion. She was diagnosed with an upper respiratory infection and also had diarrhea.[137] She was not vaccinated because she was too young, but there is no record of her returning to receive the recommended vaccinations once she reached the appropriate age. Again, Ms. Moon declined recommended FeLV/FIV testing.[138]

c) Runt, a 4-year-old, unspayed female cat was examined 8/19/2021 because she was pregnant. The medical record indicates she was overdue for all vaccinations, including rabies.[139] She was confirmed to be pregnant with four kittens. There is no record of Runt returning for any follow-up examination or vaccination. There is no medical record for any of the kittens. Mr. Candy has

---

[136] North Branch Animal Hospital, Miss Kitty, NBAH00022.

[137] North Branch Animal Hospital, Midnight, NBAH00021.

[138] *Id*. at NBAH00020.

[139] North Branch Animal Hospital, Runt, NBAH00026-28.

testified that the cats at Tri-State are just dropped off.[140] Clearly kittens are being born at Tri-State, which is another example of failing to provide appropriate preventive care. Every cat at Tri-State should be spayed or neutered to prevent an increase in the population and the potential spread of diseases, especially since they do not receive regular vaccinations or other basic preventive care.

d) Chase, a 3-year-old female spayed cat weighing only 5.8 pounds, was examined on 6/22/2020 for an active seizure due to permethrin toxicosis after administering Hartz Flea medication.[141] According to the ASPCA Animal Poison Control Center, Cats are highly sensitive to permethrin and inappropriate or accidental application of these products can be fatal; even small amounts of permethrin spot-on products can cause severe clinical signs in cats.[142] Chase had not received any preventive care prior to her poisoning. If she was examined, the veterinarian would have been able to prescribe a safe and effective form of flea prevention. Instead, Chase spent three days in the hospital and required more than 20 injections of medication to control her seizures and tremors. There is no record she has received any veterinary care since.

e) Shrimp, another domestic cat weighing only 5.1 pounds, and given a BCS of 3/9 (underweight), was examined on 7/28/2021 because all four of her paw pads appeared burnt.[143] Like many of the cats at Tri-State, she had signs consistent with an upper respiratory infection (swollen eyes with discharge), an ear infection (large amount of black discharge from both ears), and fleas. She received an antibiotic injection for the URI and foot pad injuries, but no diagnostics or treatments were done to address the obvious ear infection. She was given a single dose of Revolution for the fleas which would also help if she was suffering from ear mites. There is no record of a recheck examination, and no indication she received Revolution monthly to prevent future flea infestations. It is unclear how this injury occurred, but given the unsafe conditions at Tri-State and the fact cats have access to all areas of the zoo it is possible this was the result of a thermal or chemical burn. One possibility is contact with cleaning agents. Ms. Moon indicated that a 1:3 bleach to water

---

[140] *See, e.g.*, Candy 30(b)(6) Dep. 191:20, Aug. 11, 2021 ("people dropped cats off").

[141] North Branch Animal Hospital, Chase, NBAH00001–11.

[142] Jill A. Richardson, DVM, *Permethrin Spot-On Toxicoses in Cats*, J. Vet. Emergency & Critical Care (2000), https://www.aspcapro.org/sites/default/files/d-veccs_april00_0.pdf.

[143] Chadwell Animal Hospital, Feline Medical Record, Shrimp, CAH00192.

solution and Lysol Wipes are used for cleaning some areas,[144] both of which can be extremely dangerous for cats.[145]

12. Susie and Sally the Asiatic Bears were born in 1990 and arrived at Tri-State from Natural Bridge Zoo on November 12, 2009, as indicated by Karl Mogensen.[146] According to an agreement between Mr. Mogensen and Mr. Candy, the bears were to live out the rest of their lives at Tri-State and Mr. Candy agreed to provide housing, nutrition and veterinary care for the bears.[147] There are no medical records for Sally and Susie, who arrived at Tri-State in 2009, until the records provided by Dr. Gold dated December 2020.[148] Since their arrival in 2009, Mr. Candy failed to provide even the most basic veterinary care. During his years as the Tri-State Veterinarian of Record from 2013 to 2017, Dr. Fox did not provide any veterinary preventative care: no vaccinations were given, no diagnostics performed, no treatments given, no dental care provided, nor is there any record of a nutritional plan or assessment of the bear diet. There is no enrichment plan, record of assessment of their enclosure, or any record of a welfare and behavioral assessment.[149] There was no assessment of their irritated foot pads or overgrown claws, or discussion about the substrate of their enclosure.[150] These are all basic standards of care for bears in captivity.[151] During this 11-year period of time, Sally and Susie received no veterinary care. Mr. Candy does have a handwritten note from 10/11/2016, where he provides a list of animals with some information from a visit by Dr. Fox that states "Bears- Sally and Susie (F/~12

---

[144] Moon Dep. 89:14–90:2, Aug. 10, 2021.

[145] Guidelines for using bleach to clean list dilutions of 1 tablespoon bleach per 1 gallon of water or 1 cup bleach per 5 gallons of water. The concentrations used at Tri-State are unsafe and are hazardous for animals and people. *See* Centers for Disease Control and Prevention, https://www.cdc.gov/disasters/bleach.html.

[146] Letter from Karl Mogensen (Oct. 2, 2020), 000261–62.

[147] *Id.*; Duncan Dep., June 30, 2021, Exh. 51 (Breeding Loan Agreement).

[148] *See* Gold Dep., Jul. 22, 2021, Exh. 113.

[149] *See, e.g.*, Defendant Tri-State Zoological Park of Western Maryland, Inc. & Animal Park, Care & Rescue, Inc.'s Suppl. Answers to PETA's First Set of Interrogatories at 11 (Jun. 27, 2021) ("Enrichment plans have been provided as to the primates and are followed. If an animal does not have a written enrichment plan, then there is no formal enrichment for the animal, through feeding, various types of play devised by the animals themselves, and interaction with zoo volunteers and the public serve as enrichment.").

[150] *See* PETA009832 (Facebook photo of bear).

[151] *See, e.g.*, Ass'n of Zoos & Aquariums, Sun Bear & Sloth Bear Care Manual (2019); GFAS, Standards for Bear Sanctuaries (June 2013).

yrs), weight good (down from previous). Preparing for hibernation. Good."[152] That is the extent of Tri-State's records of care for Sally and Susie since their arrival in 2009.

Dr. Duncan, the Tri-State Veterinarian of Record from 2018 to 2020, performed a visual exam only. In her testimony, Dr. Duncan stated that Mr. Candy was well aware of the bears' chronic dental disease and recommended dental care.[153] But Mr. Candy did nothing to address their chronic, severe dental disease until December 16, 2020.[154]

The next veterinary record for Sally and Susie is from Dr. Gold, Tri-State's consulting veterinarian, and is dated December 13, 2020.[155] This means that for more than 11 years, Susie and Sally were not examined, did not receive any vaccines, had no blood testing performed, no radiographs taken, no treatments for internal or external parasites, no nutritional assessment, no enrichment plan, and no behavioral or welfare assessment. GFAS and AZA, as well as most other animal care standards, recommend annual examinations for bears as part of a comprehensive preventative veterinary care program.[156] Since their arrival more than 12 years ago, they have been denied the most basic preventative veterinary care, including, more recently, timely veterinary care in response to obvious dental disease.

---

[152] Handwritten Note (Oct. 11, 2016), 000285.

[153] Duncan Dep. 69:2–73:13, Jun. 30, 2021.

[154] *See, e.g.*, Gold. Dep., Jul. 22, 2021, Exh. 113.

[155] *Id*. at CAH00070.

[156] *See, e.g.*, GFAS, Standards for Bear Sanctuaries at 24 (June 2013).



157

158

157 ESA-PETA0004284 (Sept. 22, 2019).

158 ESA-PETA0004297 (Sept. 22, 2019).

Failure to provide Sally and Susie with adequate and timely veterinary care resulted in pain and suffering for approximately one year and three months before their chronic, severe dental disease was finally addressed. Dental disease is one of the most important diseases in geriatric animals, and can be in the form of loose, broken, and infected teeth, dental calculus, and gingivitis. As in all species, infected teeth and gingivitis constantly shed bacteria into the bloodstream, and can affect the kidneys, heart, and other organs. Additionally dental disease can be very painful and failure to appropriately diagnose and treat dental disease causes unnecessary pain and suffering.

Both bears had obvious signs of dental disease that most certainly caused significant pain and discomfort well before I pointed out the obvious disease on September 22, 2019, yet they were denied appropriate veterinary care or even the benefit of pain medication. Mr. Candy failed to follow veterinary recommended diagnostics and treatments time and again resulting in unnecessary pain and suffering. Dental disease is a common problem in captive bears and if untreated, as was the case for Sally and Susie, can lead to systemic infection affecting the heart, kidneys, and other organs. Their fractured canine teeth resulted in obvious pulp chamber exposure. This creates a direct route for bacteria to enter and ascend to the tooth apex. This results in a painful infection of the alveolar bone, osteomyelitis, where the bone is gradually and painfully destroyed by bacteria. The records provided by Dr. Gold provide limited information about the actual procedure and the extent of their dental disease, but clearly, both bears had chronic, severe dental disease.[159] No dental charting was documented, no dental radiographs noted, and no documentation of the overall dental examination was provided.

Both Sally and Susie had fractured mandibular (lower) canine teeth and Sally had a fistulous draining tract, only seen in severe infections, and most certainly endured years of chronic, constant pain.[160] Their surgical procedure to extract the diseased teeth was the first time they were examined and had any diagnostic lab testing performed. There was no follow-up care provided to Sally and Susie after their oral surgery.[161] The standard of care is to recheck the extraction sites to ensure proper healing. On July 19, 2021, Sally was observed to be excessively licking her lips and

---

[159] Gold. Dep., Jul. 22, 2021, Exh. 113. *See also* Duncan Dep. 701:10–13, June 30, 2021 ("Q. Would you agree that their dental disease was obvious and plainly visible in September 2019? A. Yes.").

[160] Gold Dep., Jul. 22, 2021, Exh. 113.

[161] Gold Dep., 78:6–7 ("Q. Did you ever conduct a follow-up exam on the bears? A. Not yet. To anesthetize these guys, it took weeks to plan.").

engaging in abnormal tongue movements, which may suggest post-extraction complications such as dehiscence or infection. Without any aftercare documented it is unknown whether her extraction sites have healed properly.

The bears received their first rabies vaccine in the more than 12 years since their arrival.[162] Bears should receive annual rabies vaccines if there is a risk of exposure.[163] We do know that another animal at Tri-State, the New Guinea singing dog, was exposed to a suspected rabid skunk in 2017.[164] This would strongly indicate a high risk, and as part of the Plan of Veterinary Care, all animals susceptible to the deadly rabies virus should be vaccinated on a regular basis.[165] This also poses a significant public safety risk as rabies is a reportable deadly zoonotic disease and there is no justification for failing to vaccinate all susceptible animals.

13. Many of the other animals at Tri-State suffer from lack of preventive care to prevent fleas and other internal and external parasites. In 2018, Little Grey was diagnosed with fleas and tapeworms, which develop when a cat eats and digests a flea.[166] Though incomplete, several of the medical records provided by Dr. Gold indicate this is a persistent and pervasive problem at Tri-State. Sebastian the Bengal cat was noted to be "overgrooming on hindend"; "scabs on hind end area" on Bedbug the opossum; "Thin hair coat, irritated genital area" on Hillary another opossum; "fleas present" on Sir Viver another opossum; "thin coat and alopecic at base of tail" on Dodger the capuchin; "thin, hair loss on back end" on Spaz the squirrel monkey; Momma White the domestic cat had a "raw backend, had maggots and live fleas;" and Slinky the domestic cat was diagnosed with flea allergic dermatitis and also had live fleas.[167] This is a chronic problem. These examples point to a lack of even the most basic preventive care and falls far below what is considered the standard of veterinary care. In all but one of these examples, (Sir Viver diagnosed with fleas), there was no assessment of the cause of these dermatologic problems nor was there a plan to determine the cause, effectively treat or prevent this pervasive problem. This causes the animals undue discomfort and distress.

---

[162] Gold Dep., Jul. 22, 2021, Exh. 113 at CAH00070, 93.

[163] *See, e.g.*, Ass'n of Zoos & Aquariums, Sun Bear & Sloth Bear Care Manual 46 (2019).

[164] Duncan Dep., June 30, 2021, Exh. 48.

[165] *See, e.g.*, Centers for Disease Control & Prevention, *Rabies Vaccination*, https://www.cdc.gov/rabies/specific_groups/veterinarians/vaccination.html (last accessed Sept. 7, 2021).

[166] Duncan Dep., June 30, 2021, Exh. 68 at MVS00247.

[167] Gold Dep., Jul. 15, 2021, Exh. 95 at CAH0003, 32, 80; *id.* Exh. 101; *id.* Exh. 108 at CAH00012; *id.* Exh. 110 at CAH00086; Duncan Dep., June 30, 2021, Exh. 68 at MVS0097, 267.

14. One further example that the animals at Tri-State suffer from lack of preventive care is the failure to provide basic vaccinations to the numerous domestic cats roaming freely on the zoo grounds. There are several incomplete records from Dr. Duncan that show some, but not all, the cats received vaccinations for rabies, FVRCP and FeLV. There are many documents that show cats received their "first" FVRCP or FeLV vaccines and no record they ever received the second shot necessary to impart adequate immunity from disease.[168] Additionally, there is no consistency in vaccination protocol.  All outdoor cats should receive the FeLV vaccine. This is a series of two vaccines 3-4 weeks apart that requires an annual booster. Standard practice is to perform a blood test to rule out disease prior to vaccinating against FeLV (ideally an FeLV/FIV test), but this has not been done and only a few of the cats received an FeLV vaccine.

There appears to be a pattern of neglect as evidenced by the lack of routine examinations. There are no medical records to indicate the animals receive any kind of regular veterinary care. Time and again, the records show an exam is performed only once an animal has displayed signs of illness for an extended period. This does not satisfy generally accepted standards of managing zoo or domestic animal health. Disease prevention is the goal and regularly scheduled exams are a critical part of a preventative veterinary care plan.

Because the animals at Tri-State are not weighed regularly and the staff have not been trained to assess body condition scores, it is unclear what any of the animals at Tri-State actually weigh.[169] Measuring weight in animals is an important part of monitoring their health, especially if they are ill. It is difficult to accurately prescribe medication when you do not have an accurate weight. Estimates of weight are often made for initial drug dosing, but if an animal is sedated for an exam, there is no excuse for not obtaining an accurate weight. Most animals can be conditioned to stand on a scale to obtain regular weights. Monitoring weight is also important for young and growing animals to make sure they receive appropriate nutrition to support growth. Mr. Candy testified that he only weighs the alligators, turtles and snakes "when we pick them up. They're not weighed or measured."[170] It is standard care to obtain regular weights and assess the BCS of all animals, at least twice a year in healthy animals.

---

[168] *See* Duncan Dep., Exh. 68 at MVS00001, 4, 53, 68, 93, 106, 215.

[169] *See*, *e.g.*, Candy Dep. 196:17–21, Aug. 11, 2021 ("Q. Do you evaluate and document the body weight, body condition scores, or muscle condition scores for any of the animals? A. I do not document, but I keep an eye on them just to understand how they're looking.").

[170] *Id*. 115:16–20.

The animals at Tri-State suffer from a lack of appropriate veterinary care including basic preventative care as well as timely and proper intervention when they become ill. The animals are not regularly observed or there are no qualified staff to assess the health and well-being of the animals at Tri-State. It seems Mr. Candy and the rest of the staff at the Zoo lack the experience and knowledge to differentiate normal from abnormal behaviors. Some important and obvious measures that should be monitored daily include food intake, water intake, urine and fecal output, as well as attitude, activity level, etc. There are no records to suggest anyone regularly monitors these animals. This represents the standard of care and the basis for a preventative veterinary care plan. Unfortunately, none of the animals at Tri-State have had the benefit of appropriate veterinary care.

This deficiency has resulted in many animals enduring chronic pain and suffering, like Charlie who suffered for days before his death, Sally and Susie who suffered months before having their broken, painful, and infected teeth treated, and poor Dodger whose fingertips literally froze and became necrotic due to a complete lack of appropriate care. Then there are the numerous animals with chronic irritated and itchy skin because they do not receive regular flea prevention. Lack of preventive veterinary care provided by Tri-State veterinarians has contributed to the unnecessary pain and death of several animals in the past and will likely continue to do so unless the remaining animals are moved to a facility with the experience, knowledge, training and resources to provide them with the level of care they require.

**Parasite control**
Preventing internal and external parasites is an important part of the preventative medical care program with fecal screening performed semi-annually and preventive medications provided on a regular ongoing basis. Treatment for intestinal parasites should be based on fecal test results. It does not meet the recommended standard of veterinary care to only treat animals when they have obvious signs of disease. The goal is to prevent illness through regular surveillance. Animals should also be regularly examined for signs of ectoparasites such as fleas, ticks, flies, fungal infections, and other parasites. Animals should receive regular (monthly) preventatives such as Heartgard Plus (Ivermectin + Pyrantel Pamoate), Revolution, (Selamectin), or Bravecto (Fluralaner) which is used every 3 months. As explained above, many of the animals at Tri-State do not receive regular parasite screening (fecal or blood parasites) or regular preventatives, as there are no medical records indicating this has been done historically.[171] There are records which show there have been a few instances when the domestic cats received a vaccine and/or deworming, but this does not appear to be part of a preventative veterinary medical

---

[171] *See* **Lack of Preventative Care**, *supra* at 23.

plan, but rather has been done opportunistically and only to a handful of animals.[172] As noted above, some animals received vaccinations from Dr. Duncan and Dr. Gold, but there is no record physical examinations were actually performed.[173] Many of the domestic cats appeared to have a poor coat condition and were very pruritic on both visits. This suggests they do not regularly receive preventatives as recommended by the American Animal Hospital Association (AAHA) and the American Association of Feline Practitioners (AAFP).

**Immunizations**

Regular vaccinations are an important part of the preventative medical care program. Vaccinations are defined as core and non-core vaccines depending upon the species and the risk of disease for the particular animal and its location. The generally accepted protocol is to administer the core vaccines every 1 to 3 years. Recommended vaccination protocols are readily available for all the species living at Tri-State, yet this has never been a part of the PVC.[174]

Given the high risk of disease transmission from the feral cats, as well as other wild animals and rodents, it would be important for the felids, e.g., the Bengal cat, at Tri-State to receive the non-core vaccines as well. Failure to administer appropriate vaccinations to the animal living at Tri-State on a regular schedule fails to meet the appropriate standard of veterinary care and puts the animals and the public at high risk of disease.

**Disease Screening**

Diagnostic laboratory testing is also an important part of the preventative medical care program and should be performed when animals arrive at the zoo. Once tested animals should be regularly vaccinated to prevent these diseases. These tests depend on the species and may include Feline leukemia virus (FeLV) and feline immunodeficiency virus (FIV) which are among the most common infectious diseases

---

[172] *See, e.g.*, Duncan Dep., June 30, 2021, Exh. 68; Duncan Dep. 194:6–9 ("Q. And why didn't [Binty] receive any updated vaccinations in 2019? A. Because we could never catch her again.").

[173] *See, e.g.* Duncan Dep. 192:17–193:2, June 30, 2021 ("Q. Did you ever physically examine these cats? A. No, cursorily. Q. Why didn't you do a physical exam of the cats? A. Because they were feral and we didn't have an appropriate environment for restraints. We were just catching cats as able in the middle of the yard outside the reptile house.").

[174] AAHA, AAFP, AAZV, AZA all list recommended vaccination for the species living at Tri-State. These recommendations are readily available to the public.

of cats and feline infectious Peritonitis (FIP).[175] Additional blood tests should be performed to rule out blood parasites such as heartworms for canids and felids. Non-human primates and other susceptible species should be tested for Tuberculosis (TB). Specific tests recommended and testing protocols are readily available for all the species living at Tri-State, yet this has never been a part of the PVC.[176]

Fecal screening for all animals should be performed one or twice a year and when an animal exhibits signs of illness. As part of the annual examination, blood and urine samples should be collected and tested on every animal. This allows early detection of disease so necessary treatments can be provided and husbandry or diet changes can be made to improve the health and welfare of the animal. The goal is to prevent disease whenever possible and to detect illness early so proper care can be administered. Instead, testing of the animals at Tri-State occurs only when they are very sick rather than part of a preventative medical care program. This does not meet the generally accepted standards of veterinary care.

**Quarantine**

Quarantine is a critically important component of a preventative veterinary medical plan. There is no specific quarantine area at Tri-State.[177] The wolf hybrid was said to be in quarantine, but there are no records indicating she had received any of the normal quarantine screening and treatments such as an examination, vaccination as appropriate, clinical and laboratory tests, treatment for external and internal parasites as needed, evaluation of psychological well-being, and verification of permanent identification.[178] Failure to have a designated quarantine area and a quarantine plan does not meet the minimum standard of care for a zoo. This is especially dangerous at Tri-State because it seems many of the animals are owned by other people and frequently enter and exit the zoo with no regard for the potential risk of disease transmission.[179]

---

[175] American Association of Feline Practitioners, Feline Retrovirus Management Guidelines (2009), https://catvets.com/public/PDFs/PracticeGuidelines/RetrovirusGLS-Summary.pdf.

[176] AAHA, AAFP, AAZV, AZA all list recommended vaccination for the species living at Tri-State. These recommendations are readily available to the public.

[177] *See* Candy Dep. 27:8–11, Mar. 16, 2018 ("Q. Okay. Can you describe that quarantined area? A. It would either be in the kitchen area or in the basement."); Duncan Dep. 59:25–62:6, June 30, 2021 (testimony regarding "quarantine" of Diva, wolf hybrid, in on-exhibit enclosure).

[178] *See* Duncan Dep. 60:11–62:12, June 30, 2021 (testimony regarding diagnostics performed on Diva, wolf hybrid, during quarantine).

[179] *See, e.g.,* Candy 30(b)(6) Dep. 86:10–22 (testimony regarding Casper, skunk, who was removed from and then returned to Tri-State).

**Zoonotic disease prevention**

Preventing zoonotic diseases is important to prevent the spread of disease among all animals and humans. There should be specific protocols in place to reduce the potential for disease transmission. Staff must be properly trained and understand the risk of zoonotic diseases and how they are transmitted. Most diseases are transmitted by the fecal–oral route, but aerosolization and fomites (people, tools, food bowls, etc.) are other common means of transmission. Diseases of concern when working with animals at Tri-State are numerous and include rabies virus, salmonellosis, demodicosis, leptospirosis, glanders (a bacterial infection caused by *Burkholderia mallei*), toxoplasmosis, West Nile virus, plague, brucellosis, Lyme disease, and a variety of other internal and external parasites.[180] These diseases can be transmitted to humans as well as spread to other zoo animals. Animal caregivers should be tested for tuberculosis, as they can spread this disease to felids, non-human primates and other animals. Specific protocols detailing measures to reduce the risk of zoonotic disease transmission should include: use of personal protective equipment (PPE: such as gloves, boots, facemasks, coveralls), washing hands, washing tools and other cleaning implements after each use and ideally not using the same tools in different enclosures, use of foot baths, protective covering of any open wounds, not eating or drinking when in animal areas. There was no written zoonotic disease prevention program provided by Tri-State. There was no evidence of implementation of such a plan—there were no footbaths or other evidence of PPE seen and no one at Tri-State was wearing a facemask or other protective gear. This is particularly concerning given the current COVID-19 pandemic. While scientists are still researching the mechanisms of transmission of SARS-CoV-2 between humans and animals, there is data to suggest the virus can spread from humans to animals, especially during close contact, and a chance that animals may then become carriers.[181] The CDC recommends people with suspected or confirmed COVID-19 avoid contact with animals, including dogs, cats, ferrets, livestock, and wildlife.[182] At the very least, face masks should be worn when working around the animals at Tri-State.

---

[180] *See, e.g.*, Centers for Disease Control and Prevention, 8 Zoonotic Diseases Shared Between Animals and People of Most Concern in the U.S. (May 6, 2019), https://www.cdc.gov/media/releases/2019/s0506-zoonotic-diseases-shared.html; Minn. Dep't of Health, Zoonotic Diseases: Disease Transmitted from Animals to Humans, https://www.health.state.mn.us/diseases/animal/zoo/index.html (last accessed Sept. 8, 2021).

[181] *See, e.g.*, Centers for Disease Control and Prevention, Animals and COVID-19 (Aug. 5, 2021), https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/animals.html.

[182] *Id.*

<u>Exposure to Feral Cats and Other Wild Animals:</u>

There is a serious concern at Tri-State regarding the risk of disease transmission from the domestic cats.[183] There are several feral/domestic cats allowed to roam freely around the zoo and can there come into contact with exhibit animals.  During my first visit in 2018, I estimated there to be 20+ feral/ domestic cats; on my most recent visit in July 2021, there were approximately 10 feral/domestic cats. The health of these cats was of great concern. Most cats had obvious clinical signs of upper respiratory infections (nasal discharge, cough, sneeze, increased respiratory effort) and many had clinical signs of ocular infections (conjunctivitis, ocular discharge, chemosis, epiphora, blepharospasm, corneal scarring).

Diseases of concern include feline rhinotracheitis virus, feline calicivirus, panleukopenia, herpes virus, feline leukemia, feline infectious peritonitis, feline immunodeficiency virus, canine distemper virus and rabies. Most of the feral/domestic cats had an unkempt appearance and were pruritic, suggesting flea infestations. Domestic cats can transmit intestinal parasites and ectoparasites to the other animals at the zoo. With no documented plan for routine vaccination or regular use of preventatives for fleas, ticks, mites, heartworm disease, there is a great risk disease will spread throughout the zoo.

During the March 2018 site inspection, these feral cats were also found to be sleeping, and likely urinating and defecating, in the space below the reptile house. In this area, there was a heater and several boxes of meat in various stages of decomposition. There was a heavy odor of rotting meat and animal waste. The cats were seen to be eating some of the items, as well as laying on and around the food packages.[184] Clearly the feral/domestic cats are not receiving even the most basic veterinary care and given their free-range of the zoo, pose a great risk to the health of the other animals. (*See supra* at 35.)  It is clear from the medical records provided, most of the cats have not been examined, tested, neutered, or regularly vaccinated.[185] Failure to provide the most basic veterinary care to the domestic feral cats presents a tremendous risk to their health and well-being as well as the other animals at Tri-State and does not meet the generally accepted standards of veterinary care.

---

[183] *See*, *e.g.*, Gold Dep. 187:1–4, Jul. 15, 2021 ("Q. Do you know that feral and domestic cats at Tri-State serve as a potential source of pathogens to the Bengal cat? A. Of course, I know that.").

[184] *See, e.g.* ESA-PETA0001993 at 21:20 (Mar. 3, 2018).

[185] *See, e.g.*, Duncan Dep. 192:13–194:9, June 30, 2021; Gold 102:16–20, Jul. 22, 2021 ("Q. Did you physically examine any of the other free-roaming cats at Tri-State? A. No. Q. Why not? A. I wasn't there to look at cats."); North Branch Animal Hospital, Patient Record NBAH00026–28 (Aug. 19, 2021) (exam notes for Runt, domestic shorthaired cat, regarding possible overdue pregnancy).

There is evidence of other wild animals roaming the zoo. Rodents, wild birds, dogs, and other pests can clearly access all areas of the zoo.[186] There is no documented pest management protocol,[187] so it is fair to assume the risk of exposure to illness is great for all the animals as well as zoo staff and visitors. Risks include ectoparasites such as fleas, ticks and mites, and internal parasites. Feral animals also serve as potential sources of pathogens such as feline viral diseases, rabies, yersiniosis, leptospirosis, salmonellosis, toxoplasmosis, feline infectious peritonitis, and others. The enclosures do not prevent feral animals from entering. [188]

**Sanitation:**
The condition of the entire zoo shows a lack of attention to proper sanitation.[189] There was filth and animal waste in and around animal enclosures, and water receptacles were filled with dirty water. We observed the food preparation area which was filthy; there were feral cats, chickens and geese roaming in and around the food preparation area. These free ranging animals have contact with food items to be fed and they urinate and defecate in and around the food preparation area increasing the likelihood of disease transmission to the collection animals. Plaintiffs' site inspection confirmed historic observations that enclosures are not spot cleaned on a daily basis as required by the AZA and the AWA.[190] Food and water receptacles are also not kept "clean and sanitary" as required by the AWA.[191]

The bear enclosure is not regularly cleaned or sanitized. Like the other enclosures at Tri-State, there is no protocol or plan detailing a cleaning and sanitizing procedure or schedule. Bears have well developed sensory systems, particularly the olfactory

---

[186] *See, e.g.* ESA-PETA0001993 (Mar. 3, 2018); ESA-PETA0001389 (Dec. 11, 2014).

[187] Candy Dep. 407:6-11, Mar. 16, 2018 ("Q. Have you ever consulted a vet concerning your pest control precautions or programs or . . . A. The only thing we ever talked to a vet on is if you're using any type of poisons, make sure there's vitamin K available for the animals or he has—or he knows about it.").

[188] *See, e.g.*, Duncan Dep. 177:8–13 ("Q. The feral and domestic cats at Tri-state had access to the Bengal cat enclosure . . . correct? A. I don't know whether they had full access but certainly the potential for nose to nose contact.").

[189] *See, e.g.*, ESA-PETA0001993 (Mar. 3, 2018); PETA011537 (Jul. 19, 2021).

[190] *See, e.g.*, PETA010778 (Jul. 19, 2021) (photo of indoor macaw enclosure); Moon Dep. 120:6–15, Aug. 10, 2021 ("Q. And can you describe how the emus are fed? A. I dump it into their black rubber bowl" . . . Q. Are you responsible for removing uneaten food from the emu enclosure? A. Yea, but there never is any. Q. Have you ever removed uneaten food from their enclosure? A. No.").

[191] *See, e.g.*, PETA010302, PETA011614 (Jul. 19, 2021); 9 C.F.R. §§3.129(b), 3.130.

system and are sensitive to odors.[192] Upon entering the access area to their indoor enclosure, the bear Sally came to the small window and there was an overpowering fetid odor of feces, urine, and other organic waste. The tub containing the indoor source of water was filthy and filled with brown water.[193] The walls inside and outside the indoor enclosure were filthy and clearly had not been cleaned in quite some time, despite Mr. Candy reporting they had recently done their routine cleaning of the zoo and animal enclosures. There was rotten and splintered wood on and around the den door and rusted wires. Poor maintenance of the enclosure poses a safety risk for the bears.



PETA010661 & PETA010662 (Jul. 19, 2021)

In a captive setting, lack of appropriate sanitation can result in health issues associated with the creation of an abundance of pathogens from animal waste and spoiled food. Poor sanitation may result in increased risk of skin infections, external parasites, intestinal parasites, and other gastrointestinal disease. Rats, mice, insects and other pests can also transmit disease and will thrive in areas where cleaning is not performed regularly. Generally accepted practices (AZA, GFAS) recommend all fecal matter and other waste be removed daily from animal enclosures and require a rotational schedule of scrubbing and cleaning items in the enclosure with monthly deep cleaning of the entire enclosure.[194]

---

[192] University of Michigan, Museum of Zoology, *Ursus thibetanus*, https://animaldiversity. org/accounts/Ursus_thibetanus/ (last accessed Sept. 8, 2021).

[193] *See, e.g.*, PETA011614 (Jul. 19, 2021).

[194] *See, e.g.*, GFAS, Standards for Bear Sanctuaries § H-7 (June 2013).

According to Ms. Moon, food and water for some animals is simply added to the current bowl instead of removing each bowl and replacing them with clean ones.[195] She also testified that other than raking and sweeping and replacing hay, no other cleaning is done.[196] Based on her testimony and what was seen during my visits to Tri-State, the enclosures for the canids and felids are not thoroughly cleaned.

The reptile house is also unsanitary. Despite Mr. Candy stating the kinkajou Mud had been moved from his indoor enclosure, there was spoiled food on the ground of the cage, the walls were very dirty, food and water dishes were unclean—clear evidence no cleaning had been done for a very long time.[197] Spider webs cover the plastic tarped ceiling. Exposed light bulbs hung from the ceiling and there was a hodgepodge of electrical plugs and extension cords adding further to the risk of an electrical fire. Cat litter boxes filled with feces and food bowls sit in the corner and the smell, despite the open doors, was almost overwhelming.




PETA010404 (Jul. 19, 2021)          PETA010406 (Jul. 19, 2021)

---

[195] *See, e.g.*, Moon Dep. 80:18–24, Aug. 10, 2021 (describing how Diva, the wolf hybrid is fed).

[196] Moon Dep. 82:3–11, Aug. 10, 2021 (describing how Diva, the wolf hybrid's enclosure is cleaned).

[197] Candy 30(b)(6) Dep. 24:21–25:2, Aug. 11, 2021 ("Q. According to your records, Mud was released to Aaron Mangold on July 17th, 2021. Correct? A. Correct. Q. And when was the last time Mud was fed in his enclosure at Tri-State? A. Probably the 16th or the 17th. Probably 17th.").



PETA010081 (Jul. 19, 2021)          PETA011083 (Jul. 19, 2021)



PETA011234 (Jul. 19, 2021)          PETA011126 (Jul. 19, 2021)

The macaw indoor enclosure was also very dirty and appeared to not have been cleaned in a very long time. Mr. Candy indicated the water bowls for the macaws are dumped, wiped out with a rag or paper towel then refilled, and that the enclosure is cleaned by using a "scraper," "hose[ing things] off" in the summer, and by "pick[ing] up all the seeds."[198]



PETA010448 (Jul.19, 2021)          PETA010302 (Jul. 19, 2021)

The facility grounds were also littered with debris. The picnic tables where people sit and consume food were covered with feces from the chickens, geese and wild birds. Wasp nests were found under almost every public shelter. Hay is stored on the ground allowing access to wild animals and rodents as well and harboring mold and mildew and creating a fire hazard.[199]

Based on my observations, photos, videos, and responses to questions of Mr. Candy, Dr. Fox and Dr. Duncan, and volunteers, no one was able to confirm the cleaning and sanitizing protocol. The lack of sanitation puts the animals at risk of bacterial infection as well as other diseases that could be spread due to the attraction of rodents and insects to the feces and food waste.

---

[198] Candy 30(b)(6) Dep. 128:8–129:1, 169:20–170:15, Aug. 11, 2021.

[199] Moon Dep., Aug. 10, 2021, Exh. 125 (photos of hay and straw storage area).

**Nutrition:**

Nutrition is not only the availability of the correct quantity of feed ("gut filling"). Malnutrition from imbalanced feed can result in a number of conditions including ill health, nausea, depression, and negative affective states, all of which can cause pain and suffering and hence lower welfare.[200] There are no records for any of the animals about their nutritional needs or diet plan, no information on amount fed, quality of the food offered, how and when it is offered, what supplements may be needed, etc. A diet plan should exist for each animal as individuals will have different nutritional needs based on age, weight, activity, sex, and overall health. The AZA requires a formal nutrition program to meet the nutritional and behavioral needs of all animals and states that diets should be developed using the recommendations of nutritionists.[201]

Mr. Candy testified that there is no record of what food items should be fed to the animals or how much each animal is to be fed. He also confirmed the diets are not based on any nutritional plan.[202] When asked about feeding protocols and how much animals were fed it is clear there is no monitoring or measuring of food amounts for any of the animals. Mr. Candy repeatedly indicated animals received seemingly arbitrary "scoops," filled bowls, one or two "leg quarters," "cup or half cup."[203]

There is no diet plan for the bears at Tri-State. A formal nutrition program is recommended to meet the nutritional and behavioral needs of bears. Diets should be developed using the recommendations of nutritionists and veterinarians. Diet formulation criteria should address the animal's nutritional needs, feeding ecology, as well as individual and natural histories to ensure that species-specific feeding patterns and behaviors are stimulated. An example of foods that may be appropriate for bears include assorted fruits, buds, invertebrates, small vertebrates, and high quality dog food.[204] Weight and BCS should be monitored regularly, and diet adjustments made based on veterinary recommendations.

There is no diet plan for any of the canines. Ms. Moon testified she is responsible for feeding the canids at Tri-State. She explained the fox (Rocket), the wolf hybrid (Diva) and the singing dog (Cantata) are all fed dog food and meat. She defined meat as "steaks, hamburger, and red meat."[205] Rocket also gets chicken, which may be frozen and thawed or fresh.[206] She does not measure the amount fed to any of the animals, and from her testimony it appears there is no record of how much food any of these animals are fed or consume.[207]

The domestic cats feed commonly from several bowls of food scattered throughout the zoo. It is very likely they share this food with a wide variety of wild animals and attracts rodents and other pests capable of spreading disease. Ms. Moon indicated Sebastian the Bengal cat always has a full food bowl.[208] While he is not yet overweight, this is a common problem as cats age. Failing to monitor food intake does not meet the generally accepted standards of veterinary care.

**Environmental Enrichment:**

The animals at Tri-State do not receive any enrichment items other than an occasional tire, barrel or other artificial item. Enrichment is a very important aspect of maintaining physical and psychological health for all captive animals. Environmental enrichment may be defined as any action or technique designed to enhance the welfare of captive animals by identifying and providing key environmental stimuli.[209] It is generally agreed that enrichment strategies should encourage species-typical patterns of behavior, increase the ability to cope with challenges, enhance behavioral repertoire, increase positive use of the environment, and/or reduce or eliminate abnormal repetitive behaviors or stereotypies.[210] Enrichment can take many forms and may be divided into five categories: occupational, physical, sensory, nutritional, and social.[211] A well-rounded holistic approach to environmental enrichment will involve many of these types of enrichment. What is important here is that providing appropriate environmental enrichment does not require a significant financial

---

[200] Food and Agriculture Organization of the United Nations, *Impact of Animal Nutrition on Welfare, Experts Consultation* 26-30 (Sept. 2011), http://www.fao.org/3/i3148e/i3148e00.htm.

[201] Ass'n of Zoos & Aquariums, The Accreditation Standards & Related Policies at § 2.6 (2021), https://assets.speakcdn.com/assets/2332/aza-accreditation-standards.pdf. *See also* 9 C.F.R. 3.129 (mandating that diets be "prepared with consideration for the age, species, condition, size, and type of the animal.").

[202] Candy Dep. 107:22–108:17, Aug. 11, 2021.

[203] *See, e.g.*, *id.* 114:2–6, 118:20–119:15, 120:14–19, 122:17–20.

[204] Darin M. Collins, *Ursidae*, *in* 8 FOWLER'S ZOO AND WILD ANIMAL MEDICINE 498 (2015).

[205] Moon Dep. 76:21–77:1, Aug. 10, 2021.

[206] *Id.* 76:21–23.

[207] *Id.* 40:9-15 ("Q. In 2018, you testified that you didn't weigh the amount of food that was provided to the bears. Is that still the case? A. That's still the case. Q. Do you weigh the food that is provided to any of the other animals at Tri-State? A. No."); *id.* 45:4–9 ("Q. Is [the primates'] food intake monitored in any way? A. I know how much they eat per day, yes. Q. How do you monitor their food intake? A. How much is left in the bowl. Q. do you document what remains in the bowl? A. No.").

[208] *Id.* 69:22–25 ("Q. And how much is the Bengal cat fed? A. As needed. He always has food. Q. So, there's always food in the Bengal cat's dish? A. That's correct.").

[209] Ruth C. Newberry, *Environmental Enrichment: Increasing the Biological Relevance of Captive Environments*, 44 APPL. ANIMAL BEHAV. SCI. 229 (1995).

[210] ENVIRONMENTAL ENRICHMENT FOR CAPTIVE ANIMALS (Robert J. Young Ed. 2003).

[211] Marc Bekoff, ENCYCLOPEDIA OF ANIMAL RIGHTS AND ANIMAL WELFARE (2nd ed. 2010).

investment; it requires knowledge, training, experience, and a commitment to promoting the best welfare possible for captive animals. The staff at Tri-State do not possess these qualities and as a result the animals under their care suffer unnecessarily.

Tri-State does not implement an enrichment plan for any of the animals, except a primate enrichment plan provided by Mr. Candy which is woefully inadequate and has not been updated.[212] The plan simply lists some things that can be done, but there is no information regarding a schedule of which items are to be given, how they are to be presented, what behaviors they are intended to promote, how the items are rotated or even cleaned. There is also no monitoring of the enrichment plan and no assessment if the activities were providing any enrichment at all. Mr. Candy testified that he is the one responsible for implementing the enrichment plans at the zoo. He listed some toys that Spaz the squirrel monkey has like "a wiffle ball" and "a pipe" to hide things in,  but goes on to say he has observed him using these items "very little."[213] Spaz is housed alone in a filthy enclosure. His indoor quarters are small and there was spoiled food in both indoor and outdoor portion of his enclosure.  His enrichment items included a rotten hanging rope. There is a toddler slide in his outdoor enclosure that was covered with rotting food and a filthy piece of cloth. He is housed in the same room where alligators and large snakes reside which undoubtedly cause tremendous stress. There is evidence Spaz suffers from abnormal repetitive behaviors and excessively grooms himself. He has areas of hair loss, erythema and skin lesions on his tail-base, along his back and on his forearms.[214] Given the poor sanitation of his enclosure and the stress of isolation, there is both a behavioral and likely allergic and/or infectious component to his persistent dermatological abnormalities. Given the intelligence of these primates and his life of isolation, environmental enrichment is critical, yet there is no real enrichment plan for Spaz. Lack of proper social grouping and lack of enrichment significantly interferes with normal behavioral patterns, and results in psychological injury and stress. Stress is a broadly used term; it refers to anything that disrupts homeostasis of the body which is the ability of the body or a cell to seek and maintain a condition of equilibrium or stability within its internal environment when dealing with external changes. It is

---

[212] *See* Defendant Tri-State Zoological Park of Western Maryland, Inc. & Animal Park, Care & Rescue, Inc.'s Suppl. Answers to PETA's First Set of Interrogatories at 11 (Jun. 27, 2021) ("Enrichment plans have been provided as to the primates and are followed. If an animal does not have a written enrichment plan, then there is no formal enrichment for the animal, through feeding, various types of play devised by the animals themselves, and interaction with zoo volunteers and the public serve as enrichment."); Gold Dep., Jul. 22, 2021, Exh. 108 at CAH00013; *id.* Exh. 110 at CAH00088.

[213] *See* Candy 30(b)(6) Dep. 135:2–136:15, Aug. 11, 2021.

[214] *See, e.g.*, Gold Dep., Jul. 22, 2021, Exh. 110.

involved in the maintenance of the constant internal environment which includes the function of the kidneys, liver, heart, skin, etc. [215] This disruption elicits a physiological response within the body as it attempts to reestablish homeostasis. Stressors can be chemical, physical, behavioral, biological, nutritional, and/or environmental. Different stressors disturb the normal physiological functions of the different organs and negatively impact animal health in different ways. Finally, stress has resulted in an increased incidence of disease and suffering in animals, and if the stress level is chronic, it leads to death.[216]

Dodger the capuchin's enrichment plan, purportedly authored by Dr. Gold, is essentially the same document that has been signed by veterinarians over and over since 2004.[217] Dodger also lives alone and exhibits abnormal repetitive behaviors. He was seen repeatedly and compulsively chewing on sticks. He also has alopecia, erythema and skin lesions on his arms, along his back and the base of his tail.[218] There were a few toys in his enclosure during Plaintiffs' July 19, 2021 visit. Given the intelligence of these primates and his life of isolation, environmental enrichment is critical, yet there is no real enrichment plan for Dodger.

The Asiatic black bears have a ball in their enclosure. According to Mr. Candy, the ball was provided by the people that gave them the bears, suggesting they have had the ball in their enclosure since their arrival 12 years ago.[219] When asked about their interaction with the ball, Mr. Candy indicated "they don't really do anything with [it]" and that "they're not big on playing."[220]

Bears are highly intelligent, manipulative, active, and dynamic animals. Due to their high intelligence, stimulation via enrichment, training, and complexity in their environment, is highly recommended.[221] In the wild, bears typically have very large ranges and spend much of their time traveling and looking for food. It is extremely difficult to replicate these conditions in captivity, which explains why environmental enrichment is critical to enhancing their welfare. Cognitive challenges such as

---

[215] Biology-Online Dictionary, Stress, https://www.biologyonline.com/dictionary/stress (last accessed Sept. 8, 2021).

[216] Aleme Asres et al., *Effects of Stress on Animal Health: A Review*, 4 J. Bio., Agric. & Healthcare 116 (2014).

[217] Gold Dep., Jul. 22, 2021, Exh. 108 at CAH00013.

[218] *Id*.

[219] Candy 30(b)(6) Dep., Aug. 11, 2021, 141:13–142:1.

[220] *Id*. 141:13–17, 142:2–5.

[221] Ass'n of Zoos & Aquariums, Sun Bear & Sloth Bear Care Manual 67 (2019).

problem-solving during foraging and an environment with which the individuals can interact are essential to a bear's physical and psychological well-being.[222]

The video and photographs taken on over a span of several years, including in 2018, 2019, and 2021, show the bear enclosure consistently lacks any form of proper enrichment. At each site inspection, the Asiatic Bears Sally and Susie were housed in a small flat, barren outdoor enclosure void of any form of enrichment. Sally and Susie live in a small, flat uninteresting enclosure, where they have presumably remained since their arrival in 2009.

On 7/19/2021, I identified a red ball, an old tire, and a plastic barrel in their enclosure. The shallow, dilapidated wading pool which makes up almost 50% of their entire outdoor space, was filled with filthy water in 2018. On 7/19/2021, the pool was filled with a few inches of water, an inadequate amount to allow the bears to use the pool for thermoregulation or any other purpose.[223] Temperatures typically range from the high 80s to mid 90s during the summer months, however, it has been as high as 105 degrees in August, making access to shade and water critically important for Sally and Susie.[224]



PETA010375 (Jul. 19, 2021)

---

[222] *Id.* at 7, 67.

[223] *See* PETA011537 at 11:39:30.

[224] Almanac, Cumberland, MD.

The indoor area, which is very small, is where Sally and Susie spend most of their time during the cold winter months when temperatures are near or below freezing.[225] Given Asiatic bears come from tropical climates, access to supplemental heat is critical. Their indoor enclosure floor is concrete, and it is not clear whether they receive adequate bedding or heat source during the winter. There was a heat lamp in the bears' holding area, however, the lamp would not be sufficient to provide heat to two bears during the cold winter months.

 

(PETA010659 & PETA010995 Jul. 19, 2021)

The AZA bear care manual states that careful consideration should be given to exhibit design so that all areas meet the physical, social, behavioral, and psychological needs of the species.[226] Generally accepted standards of care (GFAS, AZA and others) require bear enclosures be of sufficient size and diversity, have varied topography, with places to hide, shelter from elements, and resemble their natural habitat and allow for species-appropriate behaviors. Sally and Susie's enclosure does not meet any of these requirements.

---

[225] Almanac, Cumberland, MD.

[226] Ass'n of Zoos & Aquariums, Sun Bear & Sloth Bear Care Manual 13 (2019).

Appropriate enrichment for bears includes logs, trees, shrubs, other vegetation, deep litter, dirt mounds, rock features, water feature suitable for submerging or swimming, varied substrate where they search/forage for food items, scratching posts, etc.[227] Enrichment involves much more than simply placing a barrel or ball into an enclosure. The goal of environmental enrichment is to allow captive animals the opportunity to engage in behavior as similar as possible to their natural behavior in the wild. Captive animals without proper enrichment will be inactive, which results in a variety of physical and behavioral problems. Inactive animals are more likely to become overweight, lose muscle tone, and develop mobility issues. Additionally, lack of activity and stimulation often results in abnormal repetitive or stereotypic behavior. The barren unenriching environment at Tri-State has resulted in physical and behavioral problems for Sally and Susie. Both bears are obese with a BCS of 7-8/9 and given their age and by observing their movement, I believe both suffer from osteoarthritis. They were also seen chewing on the cage wires and pacing, both of which are behavioral indicators of stress in bears.[228]

Clearly, the animals at Tri-State Zoo do not receive proper enrichment. This has a negative impact on their physical and psychological health.

The stress of isolation and inadequate environment is harmful and according to animal welfare expert Donald Broom and others, "stress is never good, as it overtaxes an animal's control systems and eventually results in reduced fitness."[229] The negative impact of prolonged stress on an animal's body are recognized to be stunningly similar to stress's effects on humans. In both humans and animals, stress causes the body to release adrenaline and cortisol hormones. These chemicals cause heart rate and respiration to speed up, and suppress the immune system.[230]

The veterinarian is responsible for completing, overseeing, and evaluating a PVC, a preventative care plan, a nutritional plan, and a disease prevention plan, which includes a program to prevent zoonotic disease transmission, parasite control, sanitation and disinfection, and ideally an enrichment plan for each species.

---

[227] *See, e.g.*, *id.* at 14–17.

[228] *See, e.g.*, Duncan Dep. 70:24–9, June 30, 2021 (testimony regarding bars' repetitive fence chewing behavior).

[229] Sonya P. Hill & Donald M. Broom, *Measuring Zoo Animal Welfare: Theory and Practice* (2009); Donald M. Broom & Johnson K.G., STRESS AND ANIMAL WELFARE (2000).

[230] Clara Moskowitz, Animal Stressed Out, Too, Live Science (Oct. 17, 2008), https://www.livescience.com/2967-animals-stressed.html.

**SUMMARY OF OPINION OF VETERINARY CARE**

There is no PVC at Tri-State. After evaluating almost every component of what the PVC should cover, it is clear the care provided at Tri-State falls well below the generally accepted standards of veterinary care.

Animals at Tri-State do not receive proper monitoring during anesthesia and surgery and are denied analgesic medications when they are clearly in pain. The animals receive no regular preventive veterinary care. They do not receive timely or appropriate veterinary care when they are sick. The staff is not qualified and fail to observe the animals with any regularity. Only when an animal is close to death does Mr. Candy seek veterinary care. Often Mr. Candy declines necessary and appropriate veterinary care. The veterinary records are incomplete and unorganized making it impossible to monitor the health status of the animals. The animals live in unsanitary conditions and are exposed to pests and other hazards. Their diets, provided in dirty food and water bowls, are not evaluated for nutritional content and the amount fed and consumed is not measured.

Based on the numerous examples cited and information provided above, it is my opinion that the animals at Tri-State do not receive appropriate veterinary care, appropriate nutrition, any environmental enrichment, or safe, sanitary housing. As a result, the animals endure unnecessary pain and suffering. These deficiencies subject the animals that live at Tri-State to a high likelihood of injury or death. It is my opinion that all the animals at Tri-State should be transferred to reputable facilities with experienced caregivers and the requisite resources to provide for the complex needs of captive animals, including safe and enriching environments, and appropriate veterinary care and nutrition.


CONCLUSION:

After my site visits and my review of all the information made available, I can only conclude that the animals at Tri-State Zoo are in grave danger of illness and death due to the lack of appropriate care and failure to provide even the most basic preventive care. Mr. Candy has demonstrated he does not have the experience, training, or resources to provide appropriate care for the animals at Tri-State. They receive low quality food items with no oversight to ensure the diets are nutritionally balanced, let alone safe for consumption. They are not closely monitored by experienced staff, as witnessed by the fact that the animals have to be almost near death before their symptoms are reported to a veterinarian. There is insufficient staff to ensure enclosures are cleaned or otherwise maintained on any sort of regular basis. There is a complete lack of understanding of the medical, psychological, behavioral and social needs of the animals as evidenced by the lack of enrichment, substandard and unsafe enclosures, lack of appropriate veterinary care and inappropriate social groups.

There appears to be a general lack of concern for the quality of life of the animals at Tri-State. Any facility that cares for animals has a moral and legal obligation to

provide necessary care, nutrition, shelter and prevent suffering. Tri-State has failed on every level and has shown no sign that they acknowledge their many shortcomings. Even once clearly the shortcomings are demonstrated, they show no intent to or even desire to learn from their past mistakes. Numerous animals that have suffered and died due to lack of appropriate care provided at Tri-State and there should be grave concern for the fate of the remaining animals. Such a facility should not have the privilege of, nor is fit to, bear the responsibility of caring for animals, let alone represent themselves as a rescue organization.

In 2019, the U.S. District Court for the District of Maryland determined Mr. Candy was unable to provide adequate care for lions, tigers and lemurs and the surviving animals were removed from Tri-State. Tri-State has been cited by the USDA for numerous violations of the AWA. Mr. Candy has proven he has no intention to address his AWA violations in a meaningful way, nor does he have the knowledge or resources to improve the level of care all the animals at Tri-State need and deserve. The only appropriate action is to remove the remaining animals from the zoo as quickly as possible and place them into reputable facilities with the knowledge and resources to provide them with the care they require.

Pursuant to 28 U.S.C. § 1746, I, Kim K. Haddad, DVM declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10th day of September 2021.

Kim K. Haddad, DVM

APPENDIX I

**Kim K. Haddad, DVM**

1961 St. Francis Way, San Carlos, CA 94070

kim@sanctuaryfederation.org                    kim.haddad@vca.com

650-619-0628

**Education**

- o   University of California San Diego, BA Economics, 1985.
- o   American University in Cairo, Coursework in Economics, 1982-1983.
- o   University of Florida, College Veterinary Medicine, Doctor of Veterinary Medicine, 1997.
- o   University of Winchester, Master's Degree in Animal Welfare Science, Ethics and Law. Estimated completion 2022.

**Experience**

- o   Jacksonville Zoological Gardens, Jacksonville, FL; veterinary intern and veterinary assistant, 1993-1997.
- o   All Animal Clinic, Orange County, FL; Associate Veterinarian, 1997-1998.
- o   Holly Street Pet Hospital, San Carlos, CA; Associate Veterinarian, 1998-1999.
- o   San Francisco Zoological Gardens, San Francisco, CA; Consulting Veterinarian, 2000-2005.
- o   San Carlos Pet Hospital, San Carlos, CA; Associate Veterinarian, 1999-2003.
- o   Executive Director and Founder, Kimya Institute, a non-profit organization committed to help end the exploitation and suffering of wild animals in captivity, 2003-2007.
- o   Executive Director Captive Wild Animal Protection Coalition: a non-profit organization committed to educating the public, policy makers and media about the possession, use and trade of captive wildlife, 2004-2007.
- o   Owner and Medical Director San Mateo Animal Hospital; 2004-2015.
- o   Owner and Medical Director Redwood Pet Hospital; 2007-2014.
- o   Owner and Medical Director San Carlos Pet Hospital; 2007-2015.
- o   Owner and Medical Director San Carlos 24 Hour Emergency Hospital; 2011-2015.
- o   Medical Director CuriOdyssey, an AZA Accredited Zoo and Educational Facility focusing on California Native Wildlife, primarily non-releasable injured, abandoned or confiscated animals; Burlingame, CA; 2006 to 2016.
- o   Co-founder and Chair, Global Federation of Animal Sanctuaries, a non-profit organization established in 2007 to accredit and support animal sanctuaries and rescue groups in the US and worldwide. 2017 to present.
- o   Medical Director VCA San Mateo Animal Hospital and VCA San Carlos Animal Hospital 2015 to present. Activities include general medicine, preventative medicine, surgery, dentistry, radiology and ultrasound, emergency medicine, hospice care, and animal welfare.

- o   Associate Veterinarian, The Gorilla Foundation; 2013 to 2018.

**Association Memberships**
- o   American Veterinary Medical Association
- o   California Veterinary Medical Association
- o   American Association of Zoological Veterinarians
- o   Association of Zoos and Aquariums
- o   Humane Society Veterinary Medical Association

**Publications**
- o   Review of Coccidial Infections in Birds, 1995.
- o   Hematological Normal Values in Boat-Billed Herons, 1996.
- o   Euthanasia Guidelines on non-domestic Wildlife, American Zoological Association, 2007 Chapter 5, Regulatory Oversite with Pat Klein.
- o   Risks Associated with Handling Juvenile Non-Domestic Felids, 2011.

**Relevant Experience**
- o   Member AZA Animal Welfare Committee, 2003-2007.
- o   Active in campaign to relocate San Francisco Zoo Elephants to Performing Animal Welfare Society (PAWS).
- o   Assisted with documenting violations at Tiger Rescue, Riverside, CA.
- o   Assisted with relocation of 39 adult tigers from Tiger Rescue to Performing Animal Welfare Society, 2003.
- o   Assisted with anesthesia and neuter procedures of tigers at PAWS.
- o   Assisted with relocation of 70 tigers and other big cats from Oklahoma roadside zoo.
- o   Surgical experience and assistance with procedures on multiple exotic species.
- o   Presenter at Animal Welfare Conferences and Western University College of Veterinary Medicine.
- o   Conducted Animal Welfare Assessments at several animal sanctuaries.

APPENDIX II

1. Amanda Guthrie, *Preventive Care in Zoos: How to develop a comprehensive program*, VIN Rounds (2020).

2. Body Condition Score Charts, Colorado State University, Veterinary Medical Center.

3. *Caring for Wildlife: The World Association of Zoos & Aquariums Welfare Strategy* (David J. Mellor et al. eds., 2015), https://www.waza.org/wp-content/uploads/2019/03/WAZA-Animal-Welfare-Strategy-2015 Landscape.pdf.

4. David J. Mellor, *Updating Animal Welfare Thinking: Moving Beyond the "Five Freedoms" Towards "A Life Worth Living*," 6 ANIMALS 1 (2016).

5. DAVID J. SHEPHERDSON ET AL., SECOND NATURE: ENVIRONMENTAL ENRICHMENT FOR CAPTIVE ANIMALS (1998).

6. ENCYCLOPEDIA OF ANIMAL RIGHTS AND ANIMAL WELFARE (Marc Bekoff ed., 2nd 2010).

7. *Geriatric Zoo Animal Care, QOL Evaluation, and Euthanasia Decision Making*, VIN Rounds (May 7, 2020).

8. Global Federation of Animal Sanctuaries, Standards of Excellence, https://www.sanctuaryfederation.org/for-sanctuaries-2/standards/.

9. Global Federation of Animal Sanctuaries, Site Inspection Handbook.

10. JOHNNY HOSKINS, VETERINARY PEDIATRICS (3rd ed. 2001).

11. L. George, *Pot Bellied Pig Manual* (2012), https://www.vin.com/members/cms/project/defaultadv1.aspx?id=5260872&pid=5260&.

12. Michelle Barrows, *Welfare Assessment in Zoo Animals*, 181 VET. REC. 141 (2017).

13. MURRAY FOWLER & ERIC MILLER, FOWLER'S ZOO AND WILD ANIMAL MEDICINE 8 (2015).

14. MURRAY FOWLER & ERIC MILLER, FOWLER'S ZOO AND WILD ANIMAL MEDICINE 7 (2011).

15. MURRAY FOWLER & ERIC MILLER, ZOO AND WILD ANIMAL MEDICINE CURRENT THERAPY 6 (2008).

16. MURRAY FOWLER & ERIC MILLER, ZOO AND WILD ANIMAL MEDICINE CURRENT THERAPY 3 (2008).

17. Muscle Condition Score, Colorado State University, Veterinary Medical Center.

18. Nancy Carpenter et al., *Guidelines for Zoo and Aquarium Veterinary Medical Programs and Veterinary Hospitals* (6th ed. 2016).

19. Pain Score Charts, Colorado State University, Veterinary Medical Center.

20. PETER CONSTABLE ET AL., VETERINARY MEDICINE Vol. 1(11th ed. 2017).

21. Robert J. Young, ENVIRONMENTAL ENRICHMENT FOR CAPTIVE ANIMALS (2003).

22. Ruth C. Newberry, *Environmental Enrichment: Increasing the Biological Relevance of Captive Environments*, 44 APPL. ANIMAL BEHAV. SCI. 229 (1995).

23. Sara Wolfensohn et al., *Assessment of Welfare in Zoo Animals: Towards Optimum Quality of Life*, 8 *Animals* 1 (2018).

24. Sonya P. Hill & Donald M. Broom*, Measuring Zoo Animal Welfare: Theory and Practice*, 28 ZOO BIO. 531 (2009)

25. Stephen Cital, *Pain Management in Exotic Species*, VetBloom, http://blog.vetbloom.com/exotics/pain-management-in-exotic-species/.

26. Susan D. Crissey et al., Handling Frozen/Thawed Meat & Prey Items Fed to Captive Exotic Animals (U.S. Dep't of Agric., Agric. Res. Serv., National Agric. Library 2001).

27. THE BIOLOGY OF ANIMAL STRESS: BASIC PRINCIPLES AND IMPLICATIONS FOR ANIMAL WELFARE (G.P. Moberg & J.A. Mench eds., 2000).

28. THE MERCK VETERINARY MANUAL (Susan E. Aiello & Michael A. Moses eds., 11th ed. 2016).

29. U.S. Department of Agriculture, Animal & Plant Health Inspection Service, Animal Welfare Inspection Guide (2013).

30. U.K. Dep't for Environment Food & Rural Affairs, *Zoos Expert Committee Handbook* (Nov. 2012), https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/69611/pb13815-zoos-expert-committee-handbook1.pdf.

31. WILD MAMMALS IN CAPTIVITY: PRINCIPLES AND TECHNIQUES (Allen et al. eds., 1997).

32. W. S. M. Justice et al., *Adaptation of the Animal Welfare Assessment Grid (AWAG) for Monitoring Animal Welfare in Zoological Collections*, 181 VET. REC. 143 (2017).

33. Yuko Sato, *Physical Examination of Backyard Poultry*, Merck Veterinary Manual (May 2020), https://www.merckvetmanual.com/exotic-and-laboratory-animals/backyard-poultry/physical-examination-of-backyard-poultry.