**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**–Southern Division–**

CONSTANCE COLLINS, *et al.*,

*Plaintiffs,*

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

## EXPERT REPORT OF JASON PRATTE

**Background**

I submit the following statement and supporting information in regard to the physiological and psychological welfare of the animals that are or have been exhibited at Tri-State Zoological Park of Western Maryland ("Tri-State").

A copy of my curriculum vitae is attached as **Appendix I**. My report is based on nearly 30 years of experience with animal behavior and welfare, and on my education in animal care and behavior. I am an animal training, behavior, and welfare consultant for the Association of Zoos and Aquariums (AZA), Bear Care Group (BCG), the U.S. Department of Agriculture (USDA), the Global Federation of Animal Sanctuaries (GFAS), and various other animal protection non-profit organizations. I received a Bachelor of Science degree in zoology and behavioral psychology from the University of Alberta and a Masters of Interdisciplinary Studies in zoo and aquarium leadership from George Mason University.

I have 30 years of experience training both domestic and exotic species. My personal experience has included every member of the big cat and bear families, canids, small mammals, non-human primates, hoofstock, birds and reptiles/amphibians. This includes, but is not limited to, daily husbandry and management, public demonstrations, and advanced medical training.

More specifically, my work has included direct husbandry not limited to cleaning, feeding, training, enriching, maintaining enclosures/housing, managing breeding programs, and providing appropriate medical care. I teach industry standard care procedures to new staff and when consulting with other facilities.

1

I am also responsible for implementing the program of veterinary care at an AZA-accredited facility and for merging behavioral husbandry with veterinary assessments, treatment plans, and programs. I have been trained by AZA and American Association of Zoo Veterinarians (AAZV) specialists in several veterinary techniques, including but not limited to: assessing animals' medical conditions; medical treatment; intramuscular and subcutaneous injections; claw maintenance; dental maintenance; palpation; phlebotomy; body condition scoring; injury maintenance/recovery; anesthesia; and euthanasia. I am responsible for the management of veterinary staff and regularly evaluate and assess animals to detect any health changes and to determine when to alert veterinarians and veterinary specialists.

In addition, for more than two decades I have worked with organizations across North America on improving animal welfare, including private sanctuaries, rehabilitation agencies, traveling circuses, government institutions, and both accredited and non-accredited zoos. I teach comprehensive behavior and welfare assessment techniques both at facilities that have requested assistance and in online course practicums, and strive to develop a better understanding of behavior-based care for animals with their keepers and caregivers. This entails analyzing the environment that the animals live in, assessing their current (and past) physical, psychological, and medical condition(s) and then observing behavioral patterns. This information is then combined into a comprehensive plan to improve the responsiveness to the animals' needs and provide improved care for each individual. I have spent time in China, Kenya, Romania, and Vietnam working directly with animal caregivers from these and surrounding regions to assess very specific needs for animals in captive situations. I work regularly with international rescue and welfare agencies Animals Asia and Wildlife SOS on consulting with regard to improving behavior-based husbandry practices, particularly in reference to animals they have rescued from illegal trafficking or other human activities.

Training, behavior, and animal welfare are all inextricably linked to an animal's overall well-being. Much of my experience with behavioral management is rooted in understanding natural behaviors for animals and how captive facilities can better manage the housing and exhibition of animals to meet their genetic behavioral predispositions. Failing to meet animals' needs in captive environments results in physiological, medical, and behavioral issues. Assessing behavior and welfare and subsequently advising on best approaches to animal care are an intrinsic part of this skill set.

I have published numerous papers on animal care, welfare, behavior, and training; a reference list is included in **Appendix I**. I am an adjunct professor at the University of Nebraska at Omaha, where for the past decade I have taught courses and labs in Animal Behavior, as well as the Special Topics course of my own design, "Animal Welfare and Human Influence." I have also recently been accepted as an adjunct professor with Utica College in Utica, New York, where I am working with the Department of Arts & Sciences to develop an Animal Behavior course and lab. I regularly attend and host workshops, symposia, and conferences dedicated to improving animal care and welfare. The papers, presentations, and workshops I have presented are also included in **Appendix I.**

2

**Information Relied Upon**

The opinions presented here are based, in part, upon direct observations made during site inspections of Tri-State, conducted on March 3, 2018 and on July 19, 2021. The 2018 site inspection team was comprised of myself, Dr. Kim Haddad, Brittany Peet, Conor O'Croinin, and the videographer Nic Lockerman. The site inspection lasted approximately 3.5 hours, during which time I observed the environment at Tri-State and the animals' behaviors, physical appearance, and movement. The 2021 site inspection team was comprised of myself, Dr. Haddad, Dr. Laura Boehler, Brittany Peet, two photographers/videographers, and counsel for Plaintiffs, Adam Abelson and Zeynep Graves. The 2021 site inspection lasted approximately four hours, during which time I observed the environment at Tri-State and the animals' behaviors, physical appearance, and movement.

In addition, my opinions are based upon:
1. USDA inspection reports for Tri-State;
2. Defendants' responses to PETA's requests for documents;
3. Defendants' responses to PETA's interrogatories;
4. Deposition transcripts of the Defendants, Defendants' veterinarians, and Defendants' volunteers;
5. Dr. Gale Duncan's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (MVS00001–MVS00520);
6. Dr. Keith Gold's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (CAH00001–CAH00192);
7. North Branch Animal Hospital's response to PETA's subpoena to produce documents regarding the animals at Tri-State (NBA00001–NBA00030);
8. Space Farms' response to PETA's subpoena to produce documents regarding animals transferred from Tri-State (SPACE00001–SPACE00016);
9. Dr. John Timothy Fox's responses to PETA's subpoena to produce documents regarding the animals at Tri-State (Fox 000001–Fox 000082);
10. Declarations of Chris Fontes (ESA-PETA0001152) and Colin Henstock (ESA-PETA0001159); and
11. Photographs and videos of the animals at Tri-State, which were taken on December 11, 2014; December 12, 2014; January 28, 2015; March 4, 2015; September 11, 2016; July 22, 2017; March 3, 2018 (ESA-PETA 0001265-PETA0001993); and July 19, 2021 (PETA011537– PETA012105).


In addition, my statements are based, in part, upon the relevant, peer-reviewed materials that are deemed reliable and authoritative sources by experts in the fields of captive wildlife care and animal behavior, and are listed in **Appendix II**.

Throughout this report, I have included references to AZA standards, which set a baseline for zoological animal care, as well as Animal Welfare Act (AWA) standards, which are the minimum standards that animal exhibitors must meet. Similarly, Global Federation of Animal Sanctuaries (GFAS) standards are applicable and well-recognized industry standards amongst reputable sanctuaries. The Dangerous Wild Animals Act is a law in the United Kingdom that is referenced

3

to illustrate the international scope in recognition of acceptable minimum standards. The references are included to illustrate that the Defendants are not meeting federal and industry benchmarks for acceptable animal care. This report will detail how this failure to provide adequate care results in poor welfare of the animals, and prevents them from engaging in natural behaviors; substandard living environments, poor quality of surroundings (temperatures, water quality, ventilation), and lack of knowledge of species' natural histories contribute to diminished health and psychological distress.

Citations to published materials and other sources throughout this report are not intended as the sole support for the conclusions and opinions stated below, but are intended to supplement and provide additional support for such conclusions and opinions.

**Scope of Opinions**

I have been retained by counsel for Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc. (collectively, "Plaintiffs"), to opine on the following issues:

1. Whether, in my opinion as an expert in captive animal behavior and husbandry, the animals at Tri-State are, and have been, provided with adequate enrichment, appropriate social grouping, appropriate caging and housing, a safe and sanitary environment, and appropriate nutrition.

2. The likelihood of unnecessary pain, suffering, injury or death to the animals at Tri-State as a result of husbandry practices that do not meet industry standards.

3. Whether the Defendants maintain the animals at issue in accordance with generally accepted animal husbandry practices.

I have testified as an expert in a hearing on a motion for preliminary injunction in *People for the Ethical Treatment of Animals, Inc. v. Wildlife in Need and Wildlife in Deed, Inc.,* Case No. 4:17-cv-186 (S.D. Ind. Jan. 24, 2018). I have also testified at a bench trial in *People for the Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of Western Maryland, Inc.*, 424 F. Supp. 3d 404 (D. Md. 2019). I am being compensated at a rate of $150.00 per hour, up to a maximum of $1800.00 per day.

**Methodology**

To assess the welfare of captive animals, experts in the field of animal welfare observe various elements of the housing environment, management policies and practices, relevant records of management and care, and the appearance and behavior of the animals. During any assessment, including my assessment of the animals at Tri-State, I observe the environment, observe the animal(s)' behavior, monitor records, and ask questions of owners/managers/caregivers. I compare animal behavior and husbandry parameters to daily logs and veterinary records. I carefully scrutinize the environment for behavioral or environmental clues that are not immediately obvious upon cursory inspection. I compare the information gathered to industry protocols, such as AZA Husbandry Manuals, the AWA, and welfare assessment tools utilized by accredited institutions. I also rely on models and assessment factors from recognized international welfare philosophies

including: Five Provisions and aligned Five Animal Welfare Aims, Five Domains Model, and Five Freedoms.

- The Five Provisions include the following items, with their associated Animal Welfare Aims referenced parenthetically: (1) good nutrition (i.e., to provide ready access to fresh water and a diet to maintain full health and vigor) (Aim: Minimize thirst and hunger and enable eating to be a pleasurable experience); (2) good environment (i.e., to provide shade/shelter or suitable housing, good air quality, and comfortable resting areas) (Aim: Minimize discomfort and exposure and promote thermal, physical, and other comforts); (3) good health (i.e., to prevent or rapidly diagnose and treat disease and injury, and foster good muscle tone, posture, and cardiorespiratory function) (Aim: Minimize breathlessness, nausea, pain and other aversive experiences and promote the pleasures of robustness, vigor, strength, and well-coordinated physical activity); (4) appropriate behavior (i.e., to provide sufficient space, proper facilities, congenial company, and appropriately varied conditions) (Aim: Minimize threats and unpleasant restrictions on behavior and promote engagement in rewarding activities); and (5) positive mental experiences (i.e., to provide safe, congenial and species-appropriate opportunities to have pleasurable experiences) (Aim: Promote various forms of comfort, pleasure, interest, confidence, and a sense of control). (Mellor 2016)
- The Five Domains model of animal welfare, which is used by the global zoo community, looks to four functional domain categories, including nutrition, environment, health, and behavior, and examines that they may either positively or negatively affect the animals' mental state (the fifth domain), which in turn impacts on its welfare. (Mellor, Hunt et al. 2015)
- The Five Freedoms model of animal welfare similarly looks at (1) the freedom from hunger, thirst, and malnutrition (i.e., by providing ready access to fresh water and a diet to maintain full health and vigor); (2) the freedom from discomfort (i.e., by providing an appropriate environment including shelter and a comfortable resting area); (3) freedom from pain, injury, and disease (i.e., by prevention or rapid diagnosis and treatment); (4) the freedom to express natural behavior (i.e., by providing sufficient space, proper facilities, and company of the animal's own kind); and (5) the freedom from fear and distress (i.e., by ensuring conditions and treatment which avoid mental suffering).

These methods of assessing welfare of captive animals are generally accepted by experts in the field of captive animal care. They are understood in this field to be a reliable method for assessing the adequacy of a facility and the welfare of the animals maintained there.

Under any of these methods, the welfare of the animals at Tri-State is and has been deficient and, indeed, is lacking with respect to every single criterion. There is evidence of neglect, suboptimal husbandry and care, and severe psychological distress. Enclosures and buildings lack complexity, are not designed to accommodate species-typical behaviors, while the animals are receiving poor quality and insufficient nutrition to maintain proper health. The impact of suboptimal environments and care manifests in observable abnormal repetitive behaviors in the animals, the results of which are visibly present throughout the facility.

**Summary of Opinions**

1.       Animals languish in barren environments that lack complexity and specificity towards exhibiting Species-Typical Behaviors (STBs). Housing for the animals is universally inadequate, does not meet recognized industry standards, and prevents appropriate expression of species-typical behaviors. Numerous safety hazards exist, creating constant risks of injury or death for the animals. These conditions result in physiological and psychological injury and distress, and can be fatal.

2.       The animals that the inspection team observed directly, as well as those observed in recorded photographs and videos, are not experiencing appropriate, specialized husbandry and veterinary care. There are no current Programs of Veterinary Care (PVCs) for the facility. This does not meet federal or industry standards. Previous PVCs lacked appropriate knowledge foundation and were inappropriate for each species. Medical issues are not addressed in a timely manner, veterinary advice is disregarded, and animals have suffered needlessly as a result. No appropriate precautions were taken to protect the animals in the facility from the COVID-19 virus or its variants, not even for species recognized as particularly susceptible. A startlingly high mortality rate exists for the facility.

3.       The animals at Tri-State subsist in conditions that do not meet their cognitive or species-typical behavioral needs. Several examples exist of animals living in inappropriate social situations, some for years, conditions which are intentionally maintained. Purported "enrichment" programs are severely sup-optimal, exist only where dictated as necessary by the AWA, are not properly monitored/improved, and lack species-specificity. These factors lead to psychological distress and can result in permanent, irreparable physiological injury and death.

4.       Tri-State's record-keeping methodologies, including the existing records themselves, do not meet industry standards. Records regarding critical aspects of health and husbandry are not kept, others are incomplete or conflicting, and overall do not allow an observer insight into management practices. There are no current PVCs and examples of the previous PVCs submitted are sub-optimal, do not meet industry standards, and adversely impact the health and welfare of every animal on site.

5.       Visitors to the zoo, including volunteers, are exposed to numerous safety risks, including (but not limited to) on-site physical hazards, risk of injury from animals, and risk of disease or parasite transmission from (and to) animals. Visitors experience significant misinformation from Defendants and volunteers, and leave Tri-State with a disproportionately skewed perception of what appropriate standards of housing, husbandry and care of animals should be, resulting from the substandard conditions and management.

6.       Overall conditions at Tri-State do not meet recognized industry standards and have resulted in injury and death to the animals. Examples of both unintentional and deliberate neglect and cruelty are present, according to numerous examples of globally recognized industry standards. These include, but are not limited to: barren exhibits and enclosures that lack complexity and parameters specific to meeting species-typical needs; numerous hazards in environment, including

damaged structures, exposed hardware, and the constant presence of pests, cats and wildlife that increase disks of injury and transmission of pathogens. Lack of timely and appropriate veterinary care and Defendants' noncompliance with expert recommendations exacerbate the already subpar conditions. Defendants refuse to acknowledge that methods/practices are suboptimal and negatively affecting the animals' welfare, so the harmful environment persists.

## 1.  ENVIRONMENT

I have now participated in two scheduled site inspections at Tri-State, spaced over three years apart. It is incredibly disconcerting, as an animal husbandry and welfare professional, to observe an utter lack of improvement to the facility grounds, animal housing and care parameters, and chronic safety issues for animals and humans alike.

This section will address the observable concerns in the following sub-sections:



A.  Appropriateness
B.  Complexity/Quality
C.  Sanitation
D.  Safety

Each sub-section will address particular observations and issues, with current examples provided for varying species. A sub-section summary will discuss previously documented concerns, correlating observations and illustrating particular chronic, facility-wide issues.

Fig. 1: Entry building and fence in disrepair, tarp replacing gate/wall. PETA010941 (Jul. 19, 2021).

### 1.1. Appropriateness

Upon entering Tri-State, the general appearance of the parking lot and entrance is one of dilapidated buildings, lack of general maintenance and upkeep, and overall poor quality and disrepair. Signage, buildings, fencing and other structures are faded, leaning, covered with tarps, and often outright broken or damaged. Unused materials and construction refuse lie in piles everywhere, in and around public areas and adjacent to animal exhibits. Basic grounds care and



Fig. 2: Trash receptacles overflowing and unusable by visitors. PETA011104 (Jul. 19, 2021).



Fig. 3: Sign structure deteriorating, graphics/photos faded and peeling. PETA010606 (Jul. 19, 2021).

maintenance have clearly been ignored for extensive periods of time, evidenced by overflowing trash receptacles and general appearances. This is the first impression for visitors to the facility and these conditions are pervasive throughout the grounds. Figures 1 through 4 are just a few examples of pervasive clutter, neglect, and lack of attention to the consequences of allowing such an environment to exist.[1] These initial, observable substandard visitor conditions are entirely symptomatic of the state all of the animal exhibits exist in, indicative of the poor environments that the animals experience.



Fig. 4: Damaged visitor access areas, safety risks. PETA010338 (Jul. 19, 2021).

Animals are consistently housed in enclosures that do not meet their species-specific needs. Some enclosures are too small for the species or number of animals housed, virtually all are barren of any complexity in substrates or environmental "furniture" for the animals to interact with, and suitable bedding/nesting materials are virtually nonexistent. A few examples are presented below; these are symptomatic of prevalent issues, and not the only incidents of occurrence:

- Indoor enclosures for the two (solitary) nonhuman primates are small, provide minimal space for engaging in Species-Typical Behaviors (STBs) if appropriate environmental complexity or enrichment were provided (*see infra* at Section 1.2), and when temperatures fall below 30 degrees Fahrenheit per year that the animals are locked in due to temperatures, lacking in appropriate environmental variables (lighting, heat, ventilation).

  

  - The capuchin, "Dodger," has a narrow wooden space to live in during the several months of the year when temperatures do not permit outdoor access.[2] (Fig. 5.) Natural lighting is not available, and environmental regulation of the building is minimal at best. While adjacent spaces exist in the building for holding animals, it was

Fig. 5: Capuchin indoor holding. PETA010695 (Jul. 19, 2021).

---

[1] Discussed further in Sections 1.3 & 1.4, *infra*.

[2] According to Ms. Moon, Dodger has access to the outdoor portion of his enclosure year round. Deposition of Ms. Rella Moon ("Moon Dep.") 67:4-10, Aug. 10, 2021. However, Mr. Candy says he locks Dodger indoors when temperatures fall below 30 degrees. 30(b)(6) Deposition of Robert Candy ("Candy 30(b)(6) Dep.") 188:19–189:9, Aug. 11, 2021. Industry standards are generally to secure primates indoors when temperature fall below 45-50 degrees Fahrenheit; these parameters need to be adjusted based on weather conditions, such as humidity, wind, or precipitation. Lack of appropriate temperature accommodations led directly to Dodger suffering severe frostbite and having all digits surgically amputated. *See* Gold Dep., Jul. 22, 2021, Exh. 108 (medical records regarding Dodger's frostbite and surgical amputation).

indicated in both testimony by Rella Moon[3] and by Mr. Candy during the inspection that other animals are brought inside for the winter, including coatimundis and a skunk. It was not clear how much space is provided each animal, but the indoor holding spaces are essentially dark closets with mesh doors.

Other issues, which are examples of problems discussed in further sections, include dirty structures, mesh, shelves and enrichment that have not been properly cleaned or sanitized, inadequate lighting for a diurnal primate, leaking and dirty water bottle, inadequate/inappropriate enrichment for a primate, and clear presence of a free-roaming cat (including a litter box within the holding building) which can lead to parasite and disease transmission. Little to no appropriate ventilation exists in the building, and especially not the individual enclosure(s). The staff/volunteer service area is too small to maintain safe distance from animal(s) to minimize risk of potential COVID-19 transmission. The building is poorly insulated (if at all) and the ambient heating source, a wood burning stove described as a "fireplace," tended every 3-4 hours, prevents consistent temperature/humidity maintenance.[4]





Fig. 6 (above) & 7 (below): Squirrel monkey indoor holding. PETA010367, PETA011569 (Jul. 19, 2021).



o   The squirrel monkey "Spaz" has an indoor holding area comprised of two small, narrow spaces inside the Reptile building (Figs. 6 & 7). Spaz has natural lighting coming through the front window, but has no means of evading observation by people, whether visitors or volunteers, when in this space. His holding is fully fronted by plexiglass, preventing any sense of concealment for this animal. Spaz is also surrounded by natural predators. Squirrel monkeys are natural prey of several species of snakes, and primates have been documented to both learn and exhibit fear of snakes in infancy.[5] Spaz' winter holding, where he would be

---

[3] Moon Dep. 90:15-25, Aug. 10, 2021.

[4] Moon Dep. 61:21–62:14, Aug. 10, 2021.

[5] Lee R. Wolin et al., *Monkeys' Fear of Snakes: A Study of its Basis and Generality*, 103 J. GENETIC PSYCH. 207 (1963).

required to spend several months of the year, forces him to live amongst several different snakes, experiencing sight and sound of natural predators daily. This would be a chronic source of psychological distress.

Other issues in these photos, which are examples of problems discussed in further sections, include dirty structures, mesh, flooring, shelves and enrichment that have not been properly cleaned or sanitized, inadequate lighting for a diurnal primate during winter months with a reduced photoperiod (less available natural lighting due to later sunrise and earlier sunset), presence of ants on food shelves and walls of indoor enclosure, and inadequate/inappropriate enrichment for a primate. The viewing area is small and places visitors and staff/volunteers well within 6' of the not only the squirrel monkey, but the kinkajou(s) that are housed in the building, increasing risk of potential COVID-19 transmission. Visitors also have immediate access to all of the reptiles and invertebrates, as no retention barriers exist. The building is poorly insulated (if at all) and the ambient heating source is a wood stove in the basement, tended every 3-4 hours,[6] preventing consistent temperature/humidity maintenance. Little to no appropriate ventilation exists in the building, and especially not in the individual enclosure(s). There is also a space where Spaz could come into contact with visitors or staff, increasing the risk of zoonotic disease or parasite transmission significantly. It also provides opportunities for Spaz to be directly offered inappropriate items by visitors. It is not an industry standard to allow public contact with nonhuman primates.

- As illustrated in the descriptions above, the two indoor primate exhibits, upon visual inspection during both of my site visits, do not meet the minimum standards of care set forth by the United States Department of Agriculture (USDA) Animal Welfare Act (AWA).[7] The substandard conditions contribute to very poor animal welfare (*see* Welfare and Management section, *infra* at Section 4) by increasing risk of pathogen transmission, inhibiting expression of species-typical behaviors (leading to psychological distress; see Psychological Well-being section, *infra* at Section 3), and have led directly to significant illness and injury (i.e., Dodger's severe frostbite).

---

[6] Moon Dep. 63:8-25, Aug. 10, 2021.

[7] *See, e.g.*, 9 C.F.R. § 3.75(c), (d) (regulatory requirements for nonhuman primate housing facilities regarding water, power, and enclosure surfaces); *id.* § 3.76 (regulatory requirements for nonhuman primate indoor housing facilities).



- Both outdoor primate exhibits were readily accessible by other animals, including pest species, native wildlife, and the innumerable free-ranging domestic cat population. Worn and splintered wood was visible, protruding and loose wires were in immediate proximity. I observed Dodger on a platform outside, reaching through and actually twisting and handling a broken wire that was part of his enclosure barrier (Fig. 8). Perching and other structures, including ropes, were filthy and in such a state that they could not be properly sanitized; surfaces and structures had clearly not been replaced. Sections of the enclosure roof were patched with either tarps or worn, clear plastic sheeting that was weathered, torn, and clearly ineffective (Fig. 9). Animals could access the plastic, risking entanglement or ingestion. These are direct safety issues that can adversely impact animal welfare; ingestion of foreign materials can prove toxic to some species and result in illness or death, while entanglement can cause injury, significant psychological duress, or even prove fatal.[8]

Fig. 8: Dodger twisting a loose broken enclosure wire. PETA010174 (Jul. 19, 2021).

- The outdoor "enclosure" for the various species of turtles and tortoises uses stacked cinder blocks as a barrier.[9] There is no evidence of any type of mortar or other means of maintaining integrity of the barrier to prevent it from being moved.[10] Visitors or larger animals sharing the area (like the goats or pigs) could dislodge one of the blocks. This could allow animals to escape; worse, this also constitutes a hazard, as a dislodged block could potentially injure or kill one of the small reptiles. It is the responsibility of caregivers to maintain an environment that is safe and free of hazards for the animals.



- The snakes were housed in enclosures too small for their size. Accepted practice for reptile husbandry and welfare is that enclosures must permit animals

Fig. 9: Torn plastic from roof structure. PETA010771 (Jul. 19, 2021).

---

[8] *See id.* § 3.80(a) (regulatory requirements for nonhuman primate primary enclosure).

[9] *See, e.g.*, PETA010145 (Jul. 19, 2021).

[10] Candy 30(b)(6) Dep. 209:5–11, Aug. 11, 2021 (testifying that the cinder blocks are not joined by cement or mortar and that they are just "stacked.").

the ability to stretch to a full rectilinear posture, meaning stretch out straight if it so chooses.[11] None of the current exhibits permit the species within to do so. The animals are also prevented from engaging properly in STBs due to the inappropriate environments and furniture provided. A few examples include:



Fig. 10: Insufficient space/resources for two animals. PETA011564 (Jul. 19, 2021).

- Many snake species are regularly observed and recorded fully submerged in water sources, providing opportunities for thermoregulation and aiding in shedding.[12] Many of the water receptacles provided would not allow the animal(s) to immerse or submerge themselves appropriately. (Fig. 10.)

- Most snake species will seek concealment. Two ball pythons share a small tank, and only one of the hides provided is of adequate size for one animal to hide under. There is also only one source of water and/or light/basking location in the small enclosure for two animals. (Fig. 10.) The Woma python has one small structure that it is unable to tuck its body under (Fig. 11); this would be particularly distressing for this nocturnal species, which is documented as preferring concealment throughout the day, while hunting its prey in burrows.[13]



Fig. 11: Woma unable to conceal itself. PETA011563 (Jul. 19, 2021).

---

[11] Clifford Warwick et al., *Spatial considerations for captive snakes*, 30 J. VETERINARY BEHAV. 37 (2019).

[12] *See, e.g*., Standards for Non-testudine Reptile Sanctuaries, Global Federation of Animal Sanctuaries 5 (June 2013), https://www.sanctuaryfederation.org/wp-content/uploads/2017/09/Non-testudine-Reptile-StandardsJune2013HA.pdf ("Water features, where species appropriate, are a minimum of 2 x the length of the largest animal housed. . . . All animals must be able to submerge at the same time without touching each other."); Lauri Hess, *How to Bathe Your Reptile*, PET MD (Dec. 20, 2017), https://www.petmd.com/reptile/care/how-bathe-your-reptile.

[13] Reptiles Magazine, https://www.reptilesmagazine.com/ (last accessed Sept. 7, 2021).

o One alligator was separated out from the others, which Mr. Candy reported as due to its size. It was housed in a small box-like structure on asphalt, with no ready access to species-appropriate enclosure parameters such as a pool to submerge in or varying substrates. The "enclosure" was a cobbled-together construction of multiple materials, including wood, plastic, plexiglass, metal, old fencing materials, and torn fabric. (Fig. 12.) Little means were visible for this animal to seek opportunities to properly thermoregulate. Old chicken bones were visible inside the box. The inspection team was unable to observe the structure or animal more closely, as it was located in what was previously a basketball court, occupied by several larger alligators.



Fig. 12: Small, poorly built alligator "enclosure". PETA011302 (Jul. 19, 2021).

o During my previous inspection in March of 2018, I was provided the opportunity to view how the varying reptiles are housed during the winter months. Multiple animals were placed in tubs or wooden boxes, too small for any single animal like an alligator, let alone the multiple individuals contained within. Insufficient resources existed for each animal to engage in STBs, including hiding, basking, digging, or even evading other animals.



Fig. 13 (above) & 14 (below): Severely substandard reptile housing conditions. ESA-PETA0001993 at 14:00-16:00 (Mar. 3, 2018).

The snapping turtle was housed in the dark basement room of the reptile building in a stock tank with no access to natural or UV light, forced to live in stagnant water that would be nearly impossible to change. (Fig. 13.) The small, dank room houses the wood stove that heats the reptile building, and was filled with spoiled, improperly



thawed meat and other food products, some of which was stacked on the turtle's "home." The room also contained free-range domestic cats, several of which had visible medical issues, that spent significant time in the space near the heat source or

feeding on the meat products left out. According to Ms. Moon, an alligator is now housed in the stock tank in the colder months.[14]

The larger tortoises were blocked in together on the floor of the reptile house in the public viewing area. (Fig. 14.) No substrates, basking areas, opportunities for immersion, individual feeding, or any type of appropriate reptile husbandry parameters were available to these animals. The animals were forced to squeeze past cinder blocks and stools that were supporting electrical devices. The conditions throughout the entire building represent the worst example of reptile husbandry I have witnessed during my career. Dr. Keith Gold, as consulting



Fig. 15: Splintered, deteriorating building, tarp covering roof. PETA011302 (Jul. 19, 2021).

veterinarian, characterized the building and housing conditions as "primitive."[15]

- o   Several of the shelters and barriers housing the various hoofed animals, the emus, and the large tortoises (while outside during the warmer months) were in disrepair; splintered and deteriorated wood was exposed, and tarps have been used to cover roofs that appear in significant disrepair. (Fig. 15.) Broken and leaning, structurally unsound fencing was visible, with numerous locations where wood was deteriorating, splintered or with wires broken and bent, exposing sharp and often rusted points or jagged edges. (Figs. 16 & 17.) "Play" structures (that members of the public, including children, also had access to) were cracked or broken, leaving sharp exposed edges. (Fig. 18.) Animals have chewed the beams along fences and supporting shelters ("cribbing," discussed in Section 2.1, *infra*), affecting the overall integrity of structures. (Figs. 19 & 20.) Exposed drains or service pipes created hazards inside of animal areas.[16]



Fig. 16 (above) & Fig. 17 (below): Rotting, splintered, or broken jagged fencing. PETA011499 & PETA011331, (Jul. 19, 2021).



Fig. 18: Cracked play structure. PETA010006

---

[14] Moon Dep. 146:21–147:9, Aug. 10, 2021; *see also* PETA010540 (Jul. 19, 2021).

[15] Deposition of Dr. Keith Gold ("Gold Dep.") 123:8-15, Jul. 15, 2021.

[16] *See, e.g.*, PETA010526 (Jul. 19, 2021) (open drain or service pipe in equine, goat, and llama enclosure).



Figs. 19 & 20: Significant "cribbing" in barns; no bedding. PETA010507 & PETA011223 (Jul. 19,



Figs. 21 & 22: Zero bedding PETA011662 & PETA010417



Figs. 23 (above) & 24 (right): Zero feed and/or bedding. PETA010786 & PETA011092 (Jul. 19, 2021).

o   Multiple animals and species have access to areas at all times, and visitors are able to freely access the animals and spaces with minimal monitoring by staff/volunteers. Insufficient resources exist for the number of animals with access to the area; for example, only one tiny, dirty pool/wallow exists in the yard housing numerous pigs, goats, sheep, tortoises, and a turkey. It was barely large enough for the one pig trying to cool down in the heat.[17] Little to no bedding was visible in any of the outdoor spaces or the shelters. (Figs. 19-22, 24.) Nearly every feeding area, trough, bowl or receptacle in the "petting" area was empty. (Figs. 22, 23, 24.) While the heat during our inspection kept the yard(s) relatively dry, during my previous visit there were several areas where standing water was present, indicating poor drainage throughout the facility. In winter conditions, the few visible (exposed) heat lamps would provide minimal protection from discomfort in inclement weather, and walls have large gaps between boards. Trash and broken pieces of plastic pipe were scattered throughout the animals' areas. (Fig. 25.) The animals, regardless of species, are enduring substandard environments and husbandry. The conditions at Tri-State do not meet industry practices, let alone the minimum standards outlined in the AWA.[18]



Fig. 25: Broken plastic and trash in yard. [PETA010107]



Fig. 26: Plastic cover for Macaws on narrow wooden shelf. PETA011643 (Jul. 19, 2021).

o   Two macaws were housed in a corn-crib style cage. This exhibit was very clearly not set up for a pair of tropical birds. The top half of either a crate, or a cover for a small plastic house or cat litter box cover was haphazardly placed on a narrow wooden shelf (Fig. 26), which was splintering and deteriorating (Fig. 28). The "shelter" was wider than the ledge, allowing the birds even less space to remain concealed or

---

[17] *See, e.g.*, PETA011200, PETA010923 (Jul. 19, 2021) (Isabell in and adjacent to mud wallow).

[18] *See* 9 C.F.R. § 3.125(a) ("The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals."), *id.* § 3.127(b) ("Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals."); *id.* § 3.129(a) ("The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health.").



Fig. 27 Deteriorating and splintering shelf in Macaw enclosure. PETA010986 Jul. 19, 2021).

feel "nested" than it appears. What may have been one of their eggs was on the ground outside of the caging, where it appears to have rolled off the ledge and smashed on the ground outside of the cage. The narrow shelf does not allow the birds to build a nest or insulate their surroundings, even were appropriate materials provided. The plastic cover is filthy, and has had the back end chewed almost entirely apart, further exposing the animals. (Fig. 27.) Fire hoses, a muddy tire, and dirty plastic barrels (which have holes chewed in the bases, likely by rodents) usually associated with primate housing, were the only furnishings provided the birds. (Fig. 29.) No appropriate branches or perching were visible in the outdoor portion of their enclosure. For any species of bird, multiple perches should be provided, of differing texture and diameter. Perching variability, along with appropriate nutrition and improved sanitation, has been recognized as a standard practice to aid in the prevention or mitigation of a condition known as "bumblefoot."[19]

Both birds were clearly distressed by the presence of humans, and their ledge/shelter were on the side closest to public viewing. It is virtually impossible for the birds to feel safe and concealed in the environment they are housed in. While they did not appear to have access to the holding



Fig. 28 PETA011077 Jul. 19, 2021).



Fig. 29 PETA011646 Jul. 19, 2021).

building, in the high heat and humidity during the inspection period, it is understandable why the birds would remain outside in such terrible conditions. An old wire cage sits inside the holding area that is barren, devoid of any appropriate perching or species-typical environmental variables. (Fig. 30.) There is a complete lack of ventilation or air circulation and the air was stuffy and oppressive. The entire space (indoors and outdoors) is filthy, with old food, molted feathers, and accumulated waste material visible on surfaces, caging, (Fig. 31) the ground, food bowls, and even the archaic heating unit

---

[19] *4 Ways to Prevent Bumblefoot in Birds* Bell Animal & Bird Hospital (Sept. 15, 2018), https://www.bellanimalhospital.com/2018/09/15/north-phoenix-az-vet-prevent-bumblefoot-birds/.

(which was rusted and placed on old straw). No appropriate nest boxes or houses were apparent either inside or outside of the building/caging. The birds would be locked inside of this building throughout the colder months. No animal should be housed in such squalor, (Fig. 32) particularly not tropical birds that are genetically predisposed to living in forest canopies. The housing conditions for the macaws are inappropriate for the species, and are negatively affecting the animals' welfare.



Fig. 30 PETA011646 Jul. 19, 2021).

o  As a final example, Tri-State has repurposed a disintegrating asphalt basketball court into what Mr. Candy considers the (larger) alligators' outside "exhibit." During the 2018 site inspection, this area had a small wooden shed as shelter for the emus that lived on the hot, inappropriate surface. (Fig. 33.) Now, a sprinkler is set to constantly soak the end of the court (or at least was doing so during our 2021 site visit) and provide the alligators, forced to live on the asphalt with no appropriate substrates, with some semblance of an "aquatic" environment. The



Fig. 31 PETA010372 Jul. 19, 2021).

asphalt is cracked and visibly deteriorating, with weeds springing up in many places. (Fig. 34.) The "pool" created where the court has sunk lower on one end also creates a pool of standing water outside of the macaw building, which the team had to navigate and dodge to inspect the birds' holding. The asphalt would become incredibly hot during the summer months, forcing the animals to remain in the shallow, fetid water accumulated in the low area. Short of constantly added more water to counteract evaporation and seepage into the cracks, there is no means of cleaning the area, monitoring or addressing water quality issues, or providing standard reptile husbandry. The "exhibit" is devoid of substrates, varying water depths, movement, aeration or temperature, and prevents the animals from engaging in appropriate STBs. (Fig. 34.)[20] This area was clearly not built with the intention of housing animals. It should not be utilized as an exhibit for any species.



Fig. 32 PETA011656 Jul. 19, 2021).

---

[20] *See also, e.g.*, PETA011508 (Jul. 19, 2021) (alligators living on asphalt; stagnant pool).

18



Fig. 33: Emus living on asphalt court. ESA-PETA0002352 (Mar. 3, 3018).

The examples provided above are not an exhaustive list or description of the housing and environmental concerns at Tri-State. They are symptomatic of the conditions prevalent throughout the entire facility. Every single animal holding area is deficient in varying factors. In my professional opinion, not one animal exhibit or holding area at Tri-State is appropriate, nor meets industry standards. As just one representative example, Spaz the squirrel monkey has inadequate space, minimal complexity, no appropriate social structure, is housed near natural predators, is exposed to various pests, endures unsanitary surroundings, lacks appropriate ventilation, and is regularly exposed to zoonotic diseases (including COVID-19) due to immediate proximity to humans. These



Fig. 34: Alligators living on asphalt. PETA0002352 Jul. 19, 2021).

conditions do not meet minimum AWA standards, nor industry standards or best care practices. The suboptimal environments provided the animals are atypical of their genetic predispositions, prevent proper expression of species-typical behaviors, and negatively impact the health and welfare of the animals. No animals should languish under these conditions.

Further, the observations below were included in my previous expert report from June 2018. I am providing this historic perspective to illustrate that these conditions have existed previously, and that the environments, husbandry and standards of care have not improved.

**Historic observations:**

- o *Facilities and exhibits are in disrepair, from entrance and throughout grounds. Several structures are splintered, collapsed, rusted, and overgrown.*
- o *Clutter, refuse, and abandoned tools/devices were observed throughout facility, providing optimal housing for rodent and other pest species, as well as creating fire and injury risks.*
- o *Animals are housed in inappropriate locations, structures, or pens. For example, emus were confined on an old asphalt basketball court, complete with standing water and jagged plastic pipes sticking up from the ground.*
- o *Exhibit barriers and perimeter fencing was broken, chewed by pests, or in complete disrepair.*
- o *There was standing water in many animal exhibits, indicative of a clear lack of drainage and persisting muddy conditions. This creates pest breeding locations (i.e., mosquitoes) and impairs species-typical behaviors, while compromising thermoregulatory abilities.*

- o *Broken, toppled and filthy crates, doghouses, and other structures were throughout the zoo, both in and out of animal areas. These structures provide little protection from the elements, are not clean or sanitary, as evidenced by the mud and animal waste.*
- o *Power and extension cords are haphazardly strung around the zoo, across pathways, through standing water, and along barriers. This is unreliable, unsafe, and creates a risk of fire similar to the 2006 fire at Tri-State that killed 70-100 animals, including lemurs.*
- o *Lack of appropriate bedding materials or protection from the elements.*
- o *Inappropriate, species-atypical housing and conditions: i.e., porcupine with no trees/canopy to rest/hide in; fox enclosure with no outside dens; lack of perching or resting options for multiple species; kinkajous living in dark, unventilated area in old bird cages.*
- o *Reptile house symptomatic of ALL issues: animals in fetid, stagnant water; improper food choices left spoiling and contaminated on floor; no temperature or humidity monitoring or management; atypical grouping with no means of evading other animals; lack of proper lighting for ultraviolet and physiological needs; accumulating of weeks (or more) of animal waste; evidence of rodent activity; lack of clean, sanitary surfaces or environments; no ventilation or insulation; underweight, inactive animals; no enrichment or appropriate environmental structures. I also observed a small snake in a clear, empty holding container that appeared to be dead. The snake feebly moved in response to Mr. Candy banging on a case on the adjacent counter. A squirrel monkey was also inappropriately housed with natural predators in the reptile house.*
- o *Free-roaming animals, including rabbits, ducks, chickens, peacocks, and cats, with no known medical history or records, that have access to all enclosures, potentially causing injury, distress, illness, or being killed themselves.[21]*

## 1.2. Complexity/Quality

Most of the exhibits are lacking in any type of environmental complexity that would enable animals to engage in appropriate STBs. In cases where some attempt at furnishings have been provided, they are of consistently poor quality, and reflective of what Defendants believe is appropriate, rather than what the animals are genetically predisposed to expect from their environment. One direct example of this is Dodger the capuchin. While his outdoor enclosure has one bench, one branch, one dirty crushed barrel, an old Christmas tree lying on the ground, and a faded children's play structure, these are what an untrained caregiver has decided are appropriate. All species of capuchin are recognized as highly arboreal, even resting tucked into branches, generally descending to the ground only for water or to occasionally forage.[22] Dodger's environment should reflect this natural history; both indoor and outdoor enclosures should be filled with branches, high perching and ledges, and areas where he could feel concealed and safe. The

---

[21] *See* Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 79-80, *People for the Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of Western Maryland, Inc.*, 424 F. Supp. 3d 404 (D. Md. 2019) ("*PETA v. Tri-State*").

[22] Rainforest Alliance, https://www.rainforest-alliance.org/species/capuchin-monkey/ (last accessed Sept. 2, 2021).

following three figures illustrate the inadequacies in Dodger's enclosure: Figure 35 is Dodger's current outdoor enclosure (Fig. 5 is his indoor space); Figure 36 is a photograph of the habitat he is genetically predisposed to engage with; Figure 37 is a photo of an appropriate exhibit, simply designed and furnished to meet the environmental and behavioral needs of (an appropriately housed group of) capuchins. Dodger possesses the innate genetic expectations from his environment that all capuchins are born with; to live in a complex environment that allows for expression of the widest range of expression of species-typical behaviors possible, including socialization with conspecifics and other species. The barren, unenriched environment and lack of appropriate social structure adversely impact Dodger's welfare, and result in acute and chronic psychological distress. (*See* Psychological Well-being section, *infra* at Section 3.)



Fig. 35: Dodger's outdoor cage. PETA011065 (Jul. 19, 2021).



Fig. 36: Capuchin natural habitat and expectations.



Fig. 37: Simple, effective capuchin habitat at Lille Zoo, Parc Zoologique de Lille.

It would be redundant to provide a similar example for every animal at Tri-State, but the underlying problem is the same. It is current industry practice to provide environments that allow expression of the widest range of natural behaviors, for every species under human care. In my professional opinion, Defendants lack the experience, knowledge and skill to appropriately plan and maintain

suitable environments for the animals under their care. It does not appear that any improvements to the facility or to management plans have been made.

Environmental quality, i.e., ventilation, temperature, humidity, and water quality, is not assessed, recorded, or adjusted in any means that would be considered meaningful to the different species housed at Tri-State. With regard to ventilation, I did not observe any system of monitoring or adjusting air quality in any building or holding area. There were no suitable fans, air exchangers, or HVAC units to move air in and out of enclosed spaces, nor to provide any type of regular changeover; It was over ninety degrees on the day of the inspection, and the air and space inside of the holding building were stuffy and not conditioned or ventilated appropriately. Animals are locked into spaces that house other species, with accumulated waste, would be exposed to residue from bleach or other chemicals,[23] or with regular access by humans, and have no regular access to fresh or exchanged air. When questioned specifically regarding air quality and ventilation for the macaws during colder months in the area represented in Figure 32, Candy's response was: "So we go in there every day. We open up the doors and the fresh air, and it's constantly monitored."[24] This is clearly not a sustainable means of improving the air quality for animals, particularly over extended periods of time (overnight, etc). Further, macaws and other birds can be susceptible to respiratory issues, such as pneumonia or Aspergillosis.[25] Air quality is a significant issue for birds and all other species, and is not monitored at Tri-State, and in most situations cannot be controlled or adjusted for improvements. The poor air quality and lack of monitoring do not meet AWA minimum standards for mammals housed indoors, such as the primates, or for any other mammals brought inside during colder weather (e.g., skunks and coatimundis).[26]

Measuring temperature and humidity is a critical aspect of animal husbandry and accepted as an industry standard for most species, particularly for species whose natural habitats would be in warmer regions.[27] The primates, macaws and ectotherms (reptiles) at Tri-State should be housed in environments where their temperature and humidity could be measured and controlled accordingly. Other mammals brought inside during colder weather (e.g., skunks and coatimundis) would require similar consideration.

It has been my experience with the Defendants, from both site inspections and deposition testimony, that temperature and humidity are not understood to be, nor managed as, critical factors

---

[23] *See, e.g.*, Candy 30(b)(6) Dep. 159:17-19, Aug. 11, 2021; Moon Dep. at 89:14-90:2, Aug. 10, 2021.

[24] Candy 30(b)(6) Dep. 170:14-18, Aug. 11, 2021.

[25] VCA, https://vcahospitals.com/know-your-pet/aspergillosis-in-birds (last accessed Sept. 2, 2021).

[26] *See, e.g.,* 9 C.F.R. § 3.76(b) ("Ventilation. Indoor housing facilities must be sufficiently ventilated at all times when nonhuman primates are present to provide for their health and well-being and to minimize odors, drafts, ammonia levels, and moisture condensation. Ventilation must be provided by windows, doors, vents, fans, or air conditioning. Auxiliary ventilation, such as fans, blowers, or air conditioning, must be provided when the ambient temperature is 85 °F (29.5 °C) or higher. The relative humidity maintained must be at a level that ensures the health and well-being of the animals housed, as directed by the attending veterinarian, in accordance with generally accepted professional and husbandry practices.").

[27] Monitoring temperature and humidity is also required by the AWA. *See e.g.*, *id.*

of animal care.[28] While a few thermometers are present on walls inside of the reptile building, no reliable means of monitoring or adjusting the temperatures exists to provide tangible data on what the animals are experiencing.[29]

Reptiles require specialized temperature and humidity adjustments based on their species, home range, and environmental expectations. For example, the Woma python pictured in Figure 11 should be provided with a range of temperature spots within its enclosure, from 87-90 degrees on the "hot side" and 75-80 degrees on the "cool side," with night ambient temperatures dropping down to 72 degrees.[30] Tri-State does not provide for the specialized temperature and humidity needs of each reptile in its care. Indeed, according to deposition testimony, the ambient temperature in the reptile house is 90 degrees and the temperature inside specific reptile enclosures is not monitored.[31]

If temperatures are maintained at 90 degrees, then reptiles have no cooler thermoclines to access, and the squirrel monkey, who is also housed in the reptile house, is not being cared for according to minimum standards.[32] The poor assessment and management of temperature and humidity parameters will result in both acute and chronic physical discomfort for the animals. Resulting

---

[28] *See, e.g.,* Deposition of Robert Candy 151:3-10, Mar. 16, 2018, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019) (the temperature inside the lemur enclosure is monitored "by feel and checking the water to make sure it's not frozen.").

[29] Deposition of Dr. Gale Duncan ("Duncan Dep.") 187:8-19, Jun. 30, 2021 ("Q. Did you ever assess the humidity in any of the reptile enclosures? A. Once or twice but only as far as skin feel, not with any kind of measuring instrument. Q. How did you assess the humidity based on the skin feel? A. Just basically I mean obviously it did feel humid or dry to us but we didn't have any measuring equipment with us."); Gold Dep. 125:19–126:9 (consulting veterinarian testimony regarding his lack of knowledge of the actual temperature in the animals' enclosures and whether the humidity in the reptile enclosures is monitored or regulated in any way, and that he did not assess the humidity in the reptile enclosures); Moon Dep. 139:2–21, Aug. 10, 2021 (testimony regarding the temperature in the reptile house and staff's admission that the temperature inside specific reptile enclosures is not monitored); *id.* 140:4–141:3 (testifying that all reptile enclosures in the reptile house are kept at the same temperature, that there is no monitoring system for the humidity in the reptile house, and that the only instruction that Mr. Candy has provided regarding the temperature in the reptile house is to "make sure that it stays hot in there.").

[30] *See, e.g., Woma Python Caresheet*, Reptile Rapture, https://reptilerapture.net/woma-python-caresheet.html (last accessed Sept. 3, 2021).

[31] Moon Dep. 22:17–23, 139:2–141:3, Aug. 10, 2021.

[32] *See* 9 C.F.R. § 3.76(a) ("Indoor housing facilities must be sufficiently heated and cooled when necessary to protect nonhuman primates from temperature extremes and to provide for their health and well-being. The ambient temperature in the facility must not fall below 45 °F (7.2 °C) for more than 4 consecutive hours when nonhuman primates are present, and must not rise above 85 °F (29.5 °C) for more than 4 consecutive hours when nonhuman primates are present. The ambient temperature must be maintained at a level that ensures the health and well-being of the species housed, as directed by the attending veterinarian, in accordance with generally accepted professional and husbandry practices.").

conditions can result in severe injury or death, evidenced by the capuchin Dodger's severe injuries resulting in sixteen digits that were "necrotic from frostbite" being partially amputated.[33]

It is my professional opinion that the animals at Tri-State are experiencing further diminished welfare as a result of inappropriate temperature and humidity assessment, adjustment, and the overall lack of knowledge regarding their importance as aspects of generally accepted husbandry practices.

Finally, water quality management is in the same substandard state as air, temperature and humidity. Aquatic or semi-aquatic species endure fetid water conditions for extended periods of time. (Figs. 13 and 34.) Snapping turtles and alligators in particular reside in tubs, tanks or areas where water cannot be easily drained (if at all) for days, possibly weeks at a time.[34]



According to Mr. Candy, the water quality is not tested in any way because it is "drinkable. We drink it. It's potable water."[35] Mr. Candy is clearly describing the potable water as what is *added in*, not what the animals are living in, nor the water present when the pools are cleaned. Even in summer, when animals can have access outdoors, animals live with suboptimal and unhealthy water quality, as shown in Figure 34, and again in Figure 38. I observed a volunteer draining and "cleaning" the tank in Figure 38, housing a snapping turtle, while the animal was left in the enclosure. This photo, clearly showing new water being added, shows the conditions this animal is required to spend 100% of its time in.

Fig. 38: Snapping turtle enclosure with poor water quality. PETA010146 (Jul. 19, 2021).

Candy described this "greener" water as "brackish," testifying that the snapping turtles like the "greener" water and suggesting that the water quality as shown in the photo is appropriate.[36]

Contrary to Mr. Candy's understanding, *"brackish"* water refers not to green or algae-heavy water, but to a water source that is somewhat salty (more so than freshwater) yet not as salty as seawater.[37] He is also incorrect in his understanding of commonly accepted care practices. Sadly, Figure 38 is symptomatic of pervasive historic water quality conditions, as previously I observed similar water conditions in tiger and bear pools and for other animals during the 2018 site inspection. The animals' water contains their own waste materials, old food, and any pathogens/parasites that have

---

[33] Gold Dep. 35:16-20, Jul. 22, 2021.

[34] Candy 30(b)(6) Dep. 131:15–132:10, Aug. 11, 2021 (testimony regarding the frequency at which water in the snapping turtle and alligator enclosures is changes).

[35] *Id*. 132:11–132:13 ("Q. The water quality tested in any way? A. No is drinkable. We drink it. It's potable water.").

[36] *Id*. 159:14-23, Aug. 11, 2021.

[37] WET Water Equipment Technologies, https://wetpurewater.com/ (last accessed Sept. 3, 2021).

developed. I have neither observed in person nor read any testimony that describes water testing, treatment, filtration, or assessment of any type, for any species or water source. Industry standards and accepted husbandry practices entail regular, appropriate monitoring of water quality parameters such as coliform counts, nitrates, dissolved oxygen (DO), pH, and numerous other parameters that can affect the health and welfare of animals under human care. Defendants do not meet industry standards, nor do they demonstrate appropriate knowledge of current best care practices for the species under their care. These conditions adversely impact the animals' physical welfare in numerous ways, including (but not limited to): increasing the risk of illness due to contamination; attracting and/or breeding pest species which act as vectors of disease or parasites; irritation and risk of infection to skin, eyes, and any exposed tissue/membranes. The squalid conditions inhibit normal respiration and thermoregulation, impairing expression of species-typical behaviors, which exacerbate the substandard living conditions and result in acute and chronic psychological distress (*see* Health and Psychological Well-being sections, *infra* at Sections 2 and 3).

### 1.3. Sanitation

In 2018, I observed and reported substandard levels of cleanliness and sanitation for the animals. Several enclosures and cages had visible accumulation of feces, old food, and other waste materials. While Defendants had approximately two months' notice of the July 2021 site inspection, and several volunteers were present on site during the visit, conditions had not noticeably improved. (See Figures 31 and 38 above.) Fecal matter and old food particles were packed into corners and along mesh barriers in several exhibits, including both primate species.[38] Shelves, feeding areas, branches and other structures were dirty and unsanitized. (Fig. 5, Fig. 39.) The substandard level of cleanliness and sanitation causes contamination of food and water sources, increasing the risk of illness and infection; conditions also attract and maintain pest species that act as irritants, may cause injury to the animals, and act as vectors for transmission of disease and parasites. Described conditions negatively impact animal welfare, as they do not meet industry standards.



Fig. 39: Visibly poor sanitation of primate area(s). PETA010725 (Jul. 19, 2021).

---

[38] This does not meet minimum standards of care. *See*, *e.g.*, 9 C.F.R. § 3.75(c)(3) ("Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with § 3.84 of this subpart to prevent accumulation of excreta or disease hazard.").

The reticulated python exhibit is the first exhibit visitors see when they arrive at the reptile building. The floor of the enclosure has visible aggregation of urates/waste, as well as pieces of shed skin and other detritus. The viewing panes are dirty and have not been cleaned. The overall level of sanitation is similar to the primate enclosures and many other enclosures on site. These conditions are not reflective of husbandry best practices or industry standards.[39] Conditions increase risk of pathogen/parasite transmission, attract pests that may cause injury directly or through pathogen transmission, and can cause irritation or infection of skin and membranes. Poor sanitation also negatively impacts other critical aspects of husbandry such as water quality and ventilation.



Fig. 40: Visibly poor sanitation of reptile area(s). PETA011399 (Jul. 19, 2021).

"Mud" the kinkajou was transferred out of the reptile building before the site inspection. According to Tri-State's records, Mud was transferred from Tri-State to a third-party on July 17, 2021.[40] Despite having been transferred two days before Plaintiffs' site inspection, the enclosure was left filthy, with fecal material present and decomposing food.[41] The cage was unsanitary, similarly to my previous visit in 2018. Overall conditions were unclean, and contributed to the overall state of substandard sanitation.

Methods of cleaning are regularly reported as some variation of "removing" food and feces, and "wiping" surfaces by both Rella Moon and Mr. Candy.[42] This is insufficient for proper sanitation for any species. The AWA (for mammals, particularly primates) describes appropriate parameters for sanitizing enclosures and structures, which are not being met.[43] The filthy, substandard environment is most definitely not meeting industry standards.

---

[39] Sian Gildon, *Husbandry Guide for Woma (*Aspidites ramsayi*)* (Feb. 2008), https://aszk.org.au/wp-content/uploads/2020/04/Reptiles.-Woma-2009SG.pdf.

[40] *See, e.g.*, Candy 30(b)(6) Dep. 24:21-24, Aug. 11, 2021.

[41] *See, e.g.*, PETA011539, PETA011544, PETA010828 (Jul. 19, 2021).

[42] *See, e.g.*, Moon Dep. 53:4-16, Aug. 10, 2021 (describing how the squirrel monkey's enclosure is cleaned); *id.* 136:15-25 (describing how a turtle enclosure is cleaned); Candy 30(b)(6) Dep. 128:8–129:1, Aug. 11, 2021 (describing how the macaw water receptacles are filled and serviced); *id.* 156:16–159:5 (describing how the capuchin, bobcat, and mountain lion enclosures are/were cleaned).

[43] 9 C.F.R. § 3.131(a) ("Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily."); *id.* § 3.131(b) ("Subsequent to the presence of an animal with an infectious or transmissible disease, cages, rooms, and hard-surfaced pens or runs shall be sanitized either by washing them with hot water (180 F. at source) and soap or detergent, as in a mechanical washer, or by washing all soiled surfaces with a detergent solution followed by a safe and effective disinfectant, or by cleaning all soiled surfaces with saturated live

With regard to disinfection of animal enclosures, Tri-State has no consistent plan or protocol. For example, Mr. Candy testified that he "tr[ies] to stay away from the bleaches" but uses bleach in a "3% mixture."[44] Ms. Moon, on the other hand, describes using a dilution of 1 to 3 for bleach and water.[45] At a 1:3 dilution level, the bleach will cause injury to the animals when improperly rinsed or monitored.[46] Lack of appropriate rinsing (i.e., wiping with a rag) would also leave chemical residue.

Mr. Candy also describes using vinegar as a cleaner.[47] In addition to the alkaline or acidic residues causing harm to the animals, use of vinegar may result in toxic interactions with other chemicals.[48] In no circumstance did I observe appropriate equipment, methodologies, or written protocols for rinsing of chemicals, during either inspection.

The observations below were included in my previous expert report from June 2018. I am providing this historic perspective to illustrate that these conditions have existed previously, and that the environments, husbandry and standards of care have not improved.

***Historic observations:***

> *Lack of regular sanitation creates further contamination issues. Hosing or wiping, methods described by Mr. Candy and the attending veterinarians, are insufficient to eliminate potential pathogens left by spoiled food, pests, and feces/urine. The deteriorating wooden surfaces would also absorb food waste, urine, contaminants, and other potential pathogenic vectors, and be incredibly difficult to properly sanitize, even if an appropriate cleaning program existed. It is standard industry practice for feeding receptacles or surfaces to be regularly cleaned and sanitized, using products deemed safe by trained veterinary or management staff, with accompanying MSDS [Material Safety Data Sheets] information.*

> *The inspection team visited the kitchen/food prep area, located in the back of the decrepit Reptile building. The entire space was filthy and unsanitary. Spoiled and moldy food, both packaged and not, was sitting out and kept in the dirty refrigerator. Even the food in the fridge was moldy and contaminated. The fridge, sink, counter surfaces, and visible*

---

steam under pressure. Pens or runs using gravel, sand, or dirt, shall be sanitized when necessary as directed by the attending veterinarian.").

[44] Candy 30(b)(6) Dep. 159:17-19, Aug. 11, 2021.

[45] Moon Dep. 89:14-23, Aug. 10, 2021.

[46] *See, e.g.*, *Is Bleach Toxic? Effects of Chlorine Bleach*, Sani Professional, https://saniprofessional.com/is-bleach-toxic/ (last accessed Sept. 5, 2021) ("When your skin comes into direct contact with bleach you may experience burning, itchiness, and general discomfort. Long exposure can lead to hyperpigmentation.").

[47] Candy 30(b)(6) Dep. 159:14–17, Aug. 11, 2021.

[48] *Is Bleach Toxic? Effects of Chlorine Bleach*, *supra* note 47 ("When bleach is mixed with other chemicals, harmful reactions can occur. Specific combinations can create completely toxic, hazardous chemicals. The following are product combinations that you should never make: . . . Bleach + vinegar = toxic chlorine gas.").

*receptacles were neither clean nor sanitized. The cupboards were dirty and disorganized, with expired products kept inside. The small trash can was uncovered and reeked of discarded food and other trash. The entire kitchen and food preparation areas were unsanitary to the point of encouraging the development and spread of disease, and clearly not maintained to any acceptable standards. Any food coming out of this room would be exposed to contamination and disease, and of poor and variable quality. . . . Poor quality and sanitation standards risk constant harm to the animals, and can result in infection, disease and death.[49]*

The entire facility, from the entrance to the very back fields behind exhibits, are full of clutter, trash, and discarded materials. *See, e.g.* Figures 41–46 (selection of photos that represent the pervasive problem).[50] Not only do these materials cause a direct safety hazard to animals, visitors, and staff/volunteers, but they also provide innumerable sites for pest species and native wildlife to live and feel comfortable moving throughout the facility and between enclosures. Pests and wildlife are potential vectors of disease and transmission of ectoparasites. They also pose a separate risk of injury for the collection animals should they come into conflict for space, resources, etc. The unsanitary conditions and remnants of food will attract and maintain the pest and wildlife populations within the facility.

The rampant and ubiquitous clutter are a violation of AWA standards, and do not meet industry standards for husbandry or exhibit/grounds maintenance.[51]

---

[49] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 70–71, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

[50] These photos are also indicative of the historical span of the issue, as conditions are similar to the conditions during the 2018 inspection.

[51] *See* 9 C.F.R. § 3.131(c) ("Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals."); *id.* § 3.131(d) ("A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.").



Fig. 44: PETA010866 (Jul. 19, 2021)

Fig. 42: PETA010468 (Jul. 19, 2021).

Fig. 43: PETA010539 (Jul. 19, 2021).

Fig. 41: PETA010205 (Jul. 19, 2021).

Fig. 45: PETA011191 (Jul. 19, 2021).

Fig. 46: PETA011907 (Jul. 19, 2021).

Contrary to Mr. Candy's testimony that there is not a rodent problem at Tri-State, I have observed direct evidence of rodent presence in animal enclosures, storage areas, and the kitchen/food preparation building.[52] (Figs. 47 and 48.) The cluttered and unsanitized environments provide optimal living conditions for pest and wildlife species.

Fig. 47 & 48: Rodent feces/activity in food prep/storage areas. PETA011353 & 012091 (Jul. 19, 2021).

---

[52] Candy 30(b)(6) Dep. 229:17–230:6 ("Q. Are rodents able to enter the bird enclosure? A. Depends on what rodents you're talking about. But any rodent can enter anywhere, they just usually don't. Q. Have you ever – A. We don't have a rodent infestation at the zoo. Q. Have you ever noticed rodents in the bird enclosure? A. Yes, I have.").

During Plaintiffs' July 19, 2021, site inspection, I personally observed ants in several mammal, reptile and bird enclosures, evidence of recent rodent activity (Figs. 47 & 48), and several wasp nests attached to holding buildings or even inside enclosures (yellow circle in Figure 49 indicates wasps that were actively entering and exiting reptile building).[53]  I also observed situations where animal enclosures and/or barriers have been impacted by pests or wildlife. For example, the yellow circle in Figure 50 indicates bent wire and chewed barrier where pest/wildlife has created access to the Singing dog enclosure. These



Fig. 49:  Heavy wasp activity entering/exiting reptile building. PETA010934 (Jul. 19, 2021).

condition poses unnecessary risks to the animals by way of injury, disease/parasite transmission, and competition for resources. Tri-State does not currently have an approved PVC for pest management. This lack of an approved written protocol and the existing conditions do not meet minimum AWA standards, nor industry best practices.[54]

The cat population seems to have waned in density since 2018, but it is still a widespread issue. Numerous domestic and/or feral cats, some with visible medical issues, roam the entire facility at will. Litter boxes are also placed in inappropriate areas, including inside of buildings that house collection animals.[55] The cats have access to animal diets, animal enclosures, and the animals themselves. Like with the pest and wildlife problem, this runs the risk of injury to the collection animals through direct injury, disease/parasite transmission, and competition for resources. The cats themselves are also at similar risk.



Fig. 50:  Hole in wire/fence and soil disturbed by pest/wildlife. PETA011930 (Jul. 19, 2021).

This is, again, a historic issue that has not been rectified.[56] Allowing free-roaming domestic and/or feral cats access to

---

[53] I overheard volunteers discussing having removed a few wasp nests in the morning "right before the PETA f**kers arrived."

[54] *See, e.g.*, 9 C.F.R. § 3.131(d) ("A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.").

[55] *See, e.g.*, PETA010691, PETA010658 (Jul. 19, 2021) (photograph of cat litter box inside capuchin monkey and bear holding areas). Historically, domestic cat litter boxes could even be found inside of kitchen and food preparation areas.

[56] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 69, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019). Although the statements in my June 2018 report were in regard to ring-tailed lemurs specifically, they apply equally to not only the existing nonhuman primates, but potentially all animals in the collection.

animals, enclosures, and resources poses numerous risks, and does not reflect industry standards or best husbandry practices.[57] (*See, e.g.*, Fig. 51.)

## 1.4. Safety

The animals at Tri-State live in substandard environments, surrounded by clutter and disease/parasite risks. Grounds, enclosures and barriers contain numerous risks of physical injury, including (but not limited to):



<div style="float:right">

**Fig. 51:** Visibly injured free-roaming cat, limping with bent digit/claw. PETA010286 (Jul. 19, 2021).

</div>

- o Contact or competition with free-roaming cats, native wildlife, pests (including rodents and insects);
- o Disease or ectoparasite transmission;
- o Inadequate shelter from inclement weather/conditions;
- o Unsanitary environments and improperly applied disinfectants;
- o Inappropriately maintained buildings and fencing;
- o Injury or fed inappropriately by visitors;
- o Poor quality and maintenance of environmental parameters.

There are many clearly evident risks in the environment at Tri-State. Below are some representative photos of physical hazards present in the environment—easily observable to the inspection team members—that animals (and people) should never have to be exposed to. (Figs. 52-64.) In short, it is my professional opinion that the conditions prevalent throughout Tri-State do not meet minimum or industry standards of animal husbandry and care, and do not meet generally accepted practices.



Fig. 52: PETA011164 (Jul. 19, 2021).



Fig. 53: Rotted wood, exposed nails. PETA010557, (Jul. 19, 2021).



Fig. 54: Gate not attached, splintered. PETA010800 (Jul. 19, 2021).

---

[57] *See, e.g.*, 9 C.F.R. § 3.75(a), (b).



Fig. 55: PETA011121
(Jul. 19, 2021).



Fig. 56: Broken wire and
fence. PETA010426 (Jul.
19, 2021).



Fig. 57: PETA010855
(Jul. 19, 2021).



Fig. 58: PETA010974
(Jul. 19, 2021).



Fig. 59: PETA011144
(Jul. 19, 2021).



Fig. 60: PETA010227
(Jul. 19, 2021).



Figs. 61 & 62:  Uncapped pipe
in yard. PETA010061 & PETA
010526 (Jul. 19, 2021).



Fig. 63: Broken wire, wide zip-tie loop. PETA011924
(Jul. 19, 201).



Fig 64: Unsecured bricks in yard, standing water. PETA011963 (Jul. 19, 2021).

## 2. HEALTH

It is the responsibility of a knowledgeable caregiver to recognize physiological and behavioral signs of distress and know when to involve a veterinarian. This includes notification of concerns, aiding in examinations and collection of information, researching health concerns, and respecting the expertise of trained veterinary staff by following recommendations, developing medical programs, maintaining records and communication, and creating/implementing preventative health care plans. This section includes my professional observations on health and veterinary-related issues from a husbandry and management perspective.

Many of the observations and opinions in my 2018 expert report are directly applicable to the current circumstances of the remaining, non-endangered collection. Outside of a few specific examples, my intent in this section is to provide an overview of the current pervasive conditions impacting the health and well-being of the animals at Tri-State.



In the Environment Section, *supra* Section 1, I documented facility-wide issues illustrating poor housing and husbandry conditions. There are direct correlates in animal welfare science that illustrate how depressed living conditions or experiencing environmental and health constraints can lead to animals suffering compromised health and very poor welfare.[58]

Fig. 65: One example of overall poor conditions animals have lived in: a kinkajou used to reside in the middle enclosure. PETA010287 (Jul. 19, 2021).

Dilapidated buildings and barriers, constant presence of pest and vectors such as the numerous cats, inadequate nutrition, and lack of trained care, are just a few of the factors in the overall poor surroundings that would adversely impact the health of the animals at Tri-State. Chronic deprivation of appropriate environmental conditions, including (but not limited to) lack of

---

[58] Heather Bacon, *Behaviour-Based Husbandry—A Holistic Approach to the Management of Abnormal Repetitive Behaviors*, 8 ANIMALS 103 (2018); Georgia J. Mason, *Stereotypies: a critical review*, 41 ANIMAL BEHAVIOR 1015; Molly Staley et al., *Linking stress and immunity: immunoglobulin A as a non-invasive physiological biomarker in animal welfare studies*, 102 HORMONES AND BEHAVIOR 55.

complexity, inappropriate social structure, and inability to express species-typical behaviors will result in psychological distress (*see* Psychological Well-being section, *infra* at Section 3).

## 2.1. Nutrition and Health Management

There is a complete lack of assessment, monitoring and recording of the physical condition of the animals at Tri-State. Animals are not weighed, unless they are taken to a veterinary clinic for treatment, and Body Condition Scores (BCS) are not conducted and assessed.[59] Awareness of food intake of animals appears arbitrary and based on subjective, inconsistent variables, and behavioral observations that could be indicative of health concerns appear to be noted rarely, and only when an animal is already experiencing emergent veterinary needs.[60]

Regular weight monitoring, usually paired with BCS assessments, provide understanding of an animal's overall health. Reputable facilities record weights/BCS in order to monitor numerous factors affecting health, including: growth, physical decline, potential pregnancy, and tracking quality of life for geriatric individuals. Knowledge of regular weights is critical to properly assess and adjust nutrition, both for quality and quantity of food items provided. Individual weights are also invaluable for medical treatment; when immobilizing/anesthetizing an animal, dosage is based on the animal's age, weight, metabolism, etc. Similarly, dosages and amounts of medication provided by veterinarians and caregivers should be based on the actual weight and condition of the animal. According to the record in this case, animals, including those under veterinary treatment, were not weighed unless the animal was examined at a clinic.[61]

For example, the Himalayan black bears, who are obese and were immobilized by Dr. Keith Gold for dental surgery, were not weighed before anesthesia or treatment.[62] This is exceedingly dangerous; exceeding the necessary amount per weight category can result in anesthesia complications and risk death, insufficient amounts for immobilization puts handlers and vets at risk during movement or a procedure, and treatments may be less efficacious. This is merely one example of where Tri-State is lacking in its care parameters. It is considered an industry standard to have a functional scale on grounds to weigh animals regularly, and record and monitor physiological data to optimize health care and management.

BCS are also never assessed or reported by staff/volunteers. When reported by attending or consulting veterinarians, scores do not have any details on the reasoning for the value, and the values reported are overall inconsistent with standard veterinary and zoological scoring

---

[59] *See, e.g.*, Candy 30(b)(6) Dep. 196:17–21, Aug. 11, 2021 ("Q. Do you evaluate and document the body weight, body condition scores, or muscle condition scores for any of the animals? A. I do not document, but I keep an eye on them just to understand how they're looking.").

[60] *See, e.g.*, Moon Dep. 40:9–15, Aug. 10, 2021 ("Q. In 2018, you testified that you didn't weigh the amount of food that was provided to the bears. Is that still the case? A. That's still the case. Q. Do you weigh the food that is provided to any of the other animals at Tri-State? A. No."); Tri-State Production 476, 689 (handwritten observations regarding various animals at Tri-State).

[61] *See, e.g.,* Duncan Dep. 67:14–20, June 30, 2021.

[62] Gold Dep. 70:15–17, 71:12–16, July 22, 2021.

34

methodologies. Specifically, scores on a 5-point scale are reported by the vets.[63] Current industry standards and zoological record-keeping systems use a standardized 9-point scale for BCS. Inconsistency in use of management resources complicates provision of appropriate husbandry and care.

Tri-State's failure to assess and record BCS's for the animals in its collection is atypical of animal care institutions, and inhibits assessment of health, welfare, and communication with stakeholders and authorities. Numerous tools exist to aid in assessing weight and body condition for a variety of species, many of which are readily accessible online or from any large animal veterinarian. Two examples (one for polar bears and the other for equines) are attached as **Appendix III**. I provided these two examples as they are directly applicable to species and physiological issues at Tri-State.

Many animals at Tri-State have been documented to be overweight.[64] The black bears, for example, are immensely overweight; the first animal I saw on exhibit would score an 8-9 on the 9-point scale. Obesity in mammals results in short- and long-term medical complications, including, but not limited to:

- Liver, kidney, and other internal organ failures

- Arthritis and other painful joint and spine conditions

- Respiratory distress

- Heart disease and reduced circulatory efficiency

- Hygromas at joints, the result of repeated joint trauma on hard surfaces that regularly swell with fluid

- Possible hyperkeratosis—thickening of the skin at joints increasing the risk of infection

- Reduced ability to thermoregulate effectively

The obesity and inappropriate body mass and conditions of the animals did not occur overnight. As none of the animals at Tri-State can be weighed regularly, and no one on staff have been trained to assess body condition scores (and no records of such exist), it is difficult, if not impossible, for Mr. Candy or an attending or consulting veterinarian to accurately assess the health of any of the bears and other species. Regular, recorded weights allow detection of complications or declining health sooner, and allow for timely medical intervention to be applied. The inability to accurately monitor the animals' weights and assess their individual well-being is detrimental to the animals, and can result in death.

Professional networks also exist within organizations like the Association of Zoos & Aquariums (AZA), and even via social media groups, to collaborate with colleagues on acquiring resources

---

[63] *See, e.g.*, Gold Dep., Jul. 22, 2021, Exh. 106 (recording BCS 3/5 for Rocket, arctic fox).

[64] *See, e.g.*, Gold Dep. 152:9-15, 174:15-19, Jul. 15, 2021 (testimony regarding overweight skunk and coatimundis); Duncan Dep. 135:23–136:4 (testimony regarding overweight pot belly pig, Isabel).

and learning current trends in best practices. It is an industry standard to not only monitor physiological health, but to record these observations in a manner easily shared with veterinarians or colleagues.

The physical condition of many of the animals at Tri-State, both observable in-person and through review of documents, indicate a myriad of acute and/or chronic health issues that are direct result of poor husbandry and management, lack of knowledge/training, or lack of timely veterinary consultation and/or compliance with recommendations. Examples of health issues that are preventable with proper husbandry and management programs are listed below.

Mr. Candy recognizes that the hoofstock at the facility chew on the wooden structures and that it is known as "cribbing."[65] Cribbing may be indicative of issues with teeth, but it is also an example of an Abnormal Repetitive Behavior (ARB). ARBs develop in response to chronic external stressors, in barren environments that impede expression of STBs, and under conditions of diminished care/welfare. ARBs that exist without some type of behavioral management program can evolve into stereotypic behaviors, which become much more "entrenched" in the nervous system and comprise a disproportionate percentage of an animal's activity budget. ARBs and stereotypies are generally indicative of psychological distress. (*See* Psychological Well-being section, *infra* at Section 3.)

In at least one case, this led to a direct, preventable injury. The miniature horse "Cappuccino" was examined by Dr. Duncan on May 24, 2018 and found underweight with a "wood foreign body lodged between" her teeth.[66] Provision of appropriate nutrition, a behavioral enrichment plan, and an overall more complex environment would aid in mitigating this type of behavior. Animals can be conditioned to voluntarily participate in regular physical or veterinary exams to allow examination of the mouth and body parts. A skilled caregiver should have noticed behavioral indicators of a foreign body lodged in an animal's mouth. This type of injury is likely a direct consequence of cribbing; the overwhelming evidence illustrating the prevalence of this problem amongst the animals is clear in Figures 19 & 20.

The miniature horse "Dream" was diagnosed underweight and malnourished by Dr. Duncan. Dr. Duncan's records and deposition testimony describe both physiological and social conditions that were negatively impacting Dream's ability to properly feed and maintain an appropriate body condition:

> Q. Under musculoskeletal it says patient is underweight and weak, borderline cachectic. Owner reports she loses weight under winter possibly being shoved out of the way by larger goats and other horses. Can you describe Dream's condition when you examined her in May 2018?

---

[65] Candy 30(b)(6) Dep. 146:18-22, Aug. 11, 2021 ("Q. Do any of the animals chew on the fencing? A. Some crib. It's called cribbing with the donkey or the horses make crib, horses don't do it much the donkey, well, every once in a while, but this just seems to be what he always did.").

[66] Duncan Dep., June 30, 2021, Exh. 56 at MVS00146.

A. So, she was lethargic, depressed, severely underweight and she was packing feed I believe over her 200 arcade which is her left upper jaw. [67]

Allowing the horse unimpeded access to appropriate food sources would aid in improving her condition and welfare, which is a simple management provision. Proper husbandry methodologies and skilled/experienced caregivers would make these adjustments as they are generally accepted practices. Lack of understanding of proper care parameters, or direct disregard of professional advice, do not meet industry standards of care for any species.

Other preventable health issues arising from substandard care at Tri-State include, but are not limited to:

- Presence of fleas on numerous species upon examination;[68]

- Injuries that have been unnoticed or left long enough to become infested with maggots;[69]

- Hair loss (numerous potential causes);[70]

- Overgrown hooves;

- Lesions or injuries on animals likely resulting from suboptimal environment or poor management (i.e., inappropriate introductions);[71]

Nutrition management at Tri-State does not meet any appropriate industry standards. There are numerous examples and quotes that can be pulled from Defendants' testimony and from inspection notes, but ensuring each animal is fed an appropriate amount based on their age, weight, time of

---

[67] *Id*. 98:19–99:6.

[68] *See, e.g., id*. 82:17-24, June 30, 2021 (testimony regarding fleas on the capuchin monkey, Dodger); *id*. 201:2-6 (testimony regarding flea allergy dermatitis on domestic cat Slinkey); Gold Dep. 159:20–160:6, Jul. 15, 2021 (testimony regarding fleas on opossum, Sir Vivor).

[69] Candy 30(b)(6) Dep. 276:6-20, June 24, 2021 (testimony regarding maggots on vaginal area of Japanese macaque, Ms. Mac); Duncan Dep. 209:24–210:7, June 30, 2021 (testimony regarding maggots present on domestic cat, Momma White).

[70] *See, e.g.*, Gold Dep. 187:5-20, Jul. 15, 2021 (testimony regarding hair loss on the Bengal cat, Sebastian); Gold Dep. 38:20–39:6, Jul. 22, 2021 (testimony regarding hair loss on capuchin monkey, Dodger).

[71] *See, e.g.*, Gold Dep. 55:13-17, Jul. 15, 2021 (describing ulcers on the bottom of alligator, Abigail's feet); Gold Dep. 21:14–23:5, Jul. 22, 2021 (testimony regarding medical records for the arctic fox, Rocket, who suffered from a degloving injury); *id*., Exh. 88 at CAH00127-28 (text messages regarding arctic fox, Rocket, who "decided to stick his leg through to play with the porcupine" and "[g]ot about 10 quills in his leg"); Duncan Dep. 46:5-16, June 30, 2021 (describing "large wounds" in dog's paw pads caused by "severely overgrown toenails"); Candy 30(b)(6) 134:5–9, June 24, 2021 (discussing coatimundi "altercation").

year, hormonal or reproductive status is an essential component of proper husbandry and nutrition management.[72]

An example of the improper nutrition management at Tri-State is underscored by the miniature horse "Cappuccino." Cappuccino had been recorded as having given birth to a colt three weeks prior to the examination where the foreign body was found in her mouth;[73] her diet should have been increased significantly to compensate for pregnancy and subsequent nursing, and instead she was significantly underweight.

There are further examples of deficient nutritional management at Tri-State. Quality of the food is low; this is likelydue to lack of knowledge, lack of funds to purchase appropriate items leading to a reliance on whatever is donated, or poor choice of products. For example, Mr. Candy testified that some animals are fed "dark greens," i.e, "romaine lettuce, . . . a little bit of kale, but not much spinach."[74]

"Dark greens," defined as: "Swiss chard, kale, bok choy, collards and mustard, beet and turnip greens are common dark leafy cooking greens, vegetables that are distinguished by their high concentration of nutrients and pungent flavor,"[75] are recommended for numerous species.  Dark greens are included in animal diets to increase nutrient and mineral intake; romaine lettuce does not fall into this category. Vegetables fed to the animals are regularly referred to as just "vegetables" by Mr. Candy, Dr. Gold, and Ms. Moon with no discernment between the widely varying nutritional components of the different types of vegetables available.

During the 2018 inspection, donated produce and meat were prevalent. It is my understanding that donated items still comprise a large proportion of the food offered to animals at Tri-State. The food is of questionable quality; upon entering the food preparation and housing area, an overpowering odor of decomposing food was immediately noticeable. The building has numerous gaps allowing rodents to access the area (Figures 47 & 48), but that permit regular air flow through the building. That the odor of spoilage is so permeated in an area with regular air movement indicates the regular presence and storage of spoiled foods. Food products are also not tested for quality, nutrient content, or presence of pathogens. It is an industry standard and generally accepted practice to regularly submit samples from food sources, including meat (i.e., salmonella) and hay, to assess quality and content.

---

[72] Inez Sukuna Januszczak et al., *Is Behavioural Enrichment Always a Success? Comparing Food Presentation Strategies in an Insectivorous Lizard (*Plica plica*)*, 183 APP. ANIM. BEHAV. SCI. 95 (2016).

[73] Duncan Dep., June 30, 2021, Exh. 56 at MVS00146.

[74] Candy 30(b)(6) Dep. 123:4-9, Aug. 11, 2021.

[75] Meg Campbell, *List of Dark Green Vegetables* (Dec. 12, 2018), https://healthyeating.sfgate.com/list-dark-green-vegetables-3872.html.

Little to no hay was visible during the 2021 inspection, and animals were clearly hungry and seeking nourishment (*see* Environment Section, *supra* at Section 1). In 2018, I distinctly recall seeing the hay feeder across from the reptile building containing "hay" that was of such low quality that it looked to be straw.

Repeatedly throughout her deposition Ms. Moon describes providing cookies, cake and sweets to several species at Tri-State.[76] This is not an industry standard, and leads to numerous health issues in animals, including dental problems, obesity, and diabetes.



Fig. 66: Animals required to share feeding spaces; small horse standing in empty tub waiting for food. PETA010409 (Jul. 19, 2021).

Contrary to industry standards and best care practices, Tri-State does not weigh or regularly assess or monitor food intake for the individual animals at Tri-State, including for individuals that are housed in groups, or in enclosures with other species.[77] Animals' social housing is not adjusted to accommodate behavioral impacts on an individual's access to proper nutrition. This leads to more dominant animals/species acquiring more of the resources than others, resulting in both malnourishment and obesity within the same populations. This type of situation was described by both Dr. Duncan and Mr. Candy as negatively impactful on the condition of miniature horse "Dream," described above. Lack of proper feeding methods for group-housed animals would impact the emus, macaws, bears, alligators, turtles, tortoises, hoofstock, ducks, chickens, and even the domestic cats. This is, again, manageable through proper, generally accepted husbandry practices recognizing the individual needs of each animal.

Seasonal/annual metabolic variation in nutritional requirements is neither understood nor addressed at Tri-State.[78] There are multiple examples of this problem, but two particularly egregious ones:

- The Himalayan black bears will experience seasonal metabolic depression during colder months. While bears do not enter a true "hibernation," the torpor that bears experience requires proper management to properly maintain. This requires increasing diets in spring

---

[76] *See, e.g.*, Moon Dep. 36:16-19, 48:5-10, 85:17-18, Aug. 10, 2021 (testimony regarding cookies, cake, pie, and other sugary foods that are given to the bears, primates, coatimundis, kinkajous).

[77] *See, e.g.*, *id.* 40:9-15, Aug. 10, 2021 ("Q. In 2018, you testified that you didn't weigh the amount of food that was provided to the bears. Is that still the case? A. That's still the case. Q. Do you weigh the food that is provided to any of the other animals at Tri-State? A. No."); Candy 30(b)(6) Dep. 115:2-5, Aug. 11, 2021 ("Q. Are increases in food quantity implemented to accommodate growth? A. To accommodate growth? I don't understand the question.").

[78] *See, e.g.,* Moon Dep. 40:16–41:2, Aug. 10, 2021 ("Q. Are any changes made to the bear's diet throughout the year? A. No. Q. Are any changes made for other species at the zoo? A. No. Q. Different metabolic requirements throughout the year? A. Not specified by Mr. Candy. Q. Has Mr. Candy ever specified that certain animals' diets should change? A. No.").

and summer, providing for a phase of "hyperphagia" (drastic intake of food), followed by a dietary decrease, mirroring behavioral signs of a decrease in appetite, as temperatures shift lower and until a suitable den can be found. It is critical to maintain this cycle through proper husbandry and nutrition management to allow for proper expression of genetically predisposed behaviors. Failing to accommodate for annual/seasonal metabolic fluctuations creates chronic physiological and psychological distress. Keeping the bears in an obese state, while disregarding their natural history and genetically-expected behavioral responses to seasonal variation, does not meet these genetic expectations.

- Alligators/reptiles will also experience a torpor in colder temperatures. According to Mr. Candy, he decreases food when he brings the alligators and reptiles inside for the winter.[79] This is tremendously problematic, as Mr. Candy and Ms. Moon discuss keeping the reptile building temperature "hot" and near 90 degrees (*see* Environment Section, *supra* at Section 1)—conditions that would not trigger behavioral torpor responses. In a nutshell, during colder months animals are housed in groups, in smaller, squalid indoor enclosures, forced to compete for diminished food resources and unable to actually experience torpor because the ambient temperature does not decrease.

Most animals experience some type of seasonal fluctuation in metabolism annually. Industry standards and best practices address these needs by adjusting diets and nutrition to match expressed changes in behavior. The conditions at Tri-State do not meet industry standards. They represent a distressing lack of knowledge and skill on behalf of the caregivers, and adversely impact the welfare of the animals. When an animal's physiology has evolved to fluctuate in response to environmental changes (temperature, photoperiod, etc), their metabolism alters their physiological and behavioral responses accordingly. This often results in underfeeding animals who are hyperphagic, or overfeeding animals experiencing metabolic decline. This impacts how fat and energy are stored at appropriate times of the year, availability of this energy at others, and adversely affects expression of species-typical behaviors that correspond to these changes. This behavioral frustration regularly results in the development of Abnormal Repetitive Behaviors, and potentially stereotypic behaviors. These are indicators of significant psychological distress (*see* Psychological Well-being section, at Section 3). A simplified example is to compare annual cyclical expectations to our own 24-hour circadian rhythms; when we do not eat at regular or expected times, or our sleep cycles are disrupted, we feel out of sorts, often ill, and unable to function or behave normally. The inability to experience appropriate metabolic management while under human care creates a similar, though vastly more expansive, negative welfare state for these animals.[80] It is my suspicion, based upon my professional experience, that this inadequate

---

[79] Candy 30(b)(6) Dep. 117:3-11, Aug. 11, 2021 ("Q. How are the alligators' diets adjusted in the winter? A. They're kept indoors. Most alligators they go into – They don't they can hibernate because we do keep them indoors. That sort of limits the hibernation process that we still feed them. But we'll limit – we'll give them less during the winter because we still want them to go into a semi-hibernation.").

[80] Mason, *supra* note 60; Clifford Warwick et al., *Assessing reptile welfare using behavioural criteria*, 35 IN PRACTICE 123-131.

management of the reptiles, coupled with substandard environments and lack of timely vet care have contributed to the startlingly high reptile mortality rate at Tri-State. (*See infra* at Section 2.2.)

## 2.2. Veterinary Care, Compliance, and Mortality

There is a disturbing lack of timeliness in calling for veterinary consultation or advice. Health issues appear to be either emergent or mandated for Defendants to seek assistance. There are innumerable examples that span several years and both of the 2018 and 2021 site inspections. Some of these have proven fatal and have resulted in animals experiencing undue suffering before death.

A red-footed tortoise died under veterinary care of what was reported as "egg-binding"; the animal had been experiencing physical distress for an extended period of time and Mr. Candy incorrectly "diagnosed" the issue as respiratory in nature and chose to apply soaking treatments, as opposed to seeking professional veterinary examination. It is likely that more timely veterinary intervention would have decreased the mortality risk, as I have personal experience with many species of reptiles receiving treatment for this issue.[81]

The cougar, or mountain lion, "Charlie" suffered over a period of several days before dying, as Mr. Candy denied recommended treatment, did not secure specialized assistance, and disregarded the attending veterinarian's poor prognosis and recommendation of euthanasia to prevent further pain and suffering.[82] That Charlie died in pain was repeatedly supported by Dr. Duncan's description of his final breaths as "agonal."[83] This undue pain, suffering and extremely negative welfare state should have been properly mitigated by the Defendants.

Mr. Candy also waited for a year and three months to schedule treatment for the bears after one of PETA's experts brought the bears' severe dental disease to his attention.[84] Dental disease does not develop overnight, is chronic and painful, impairing normal foraging and feeding behaviors. As a recognized expert in bear husbandry, I can aver that there are significant, permanent health consequences to dental issues, resulting in undue suffering and decreased welfare for the animals. These few examples are entirely symptomatic of the animals' experience at Tri-State.

Compounding the issue of timely reporting and veterinary consultation, Mr. Candy has demonstrated an alarming refusal to follow prescribed medical treatments or recommendations. Minimal follow up, if any, is scheduled with veterinary staff to assess success of treatment or the

---

[81] *See* Gold Dep. 83:14–86:2, July 15, 2021.

[82] *See* Duncan Dep. 39:10-41:4, June 30, 2021.

[83] *See id*. 45:16–46:9.

[84] *See, e.g.*, Gold Dep. 69:17–70:11, Jul. 22, 2021 ("Q. Are you aware that veterinarian Dr. Kim Haddad brought the bears severe dental disease to Mr. Candy's attention in September 2019? A No. Q. Were you aware that Tri-State's previous veterinarian Dr. Duncan had brought the bears dental disease to Mr. Candy's attention sometime before September 2019? A. No. Q. Does it concern you that Mr. Candy waited over a year and three months to address the bears dental disease? A. Yeah, I think he had trouble getting someone to help him with it. I don't think Dr. Duncan was willing to do anything with the teeth.").

animal's health. For example, the bears never received any follow-up examination after their dental surgery.[85]

During Plaintiffs' recent site inspection, one of the bears approached the window in the holding area. I was immediately assaulted by an overpowering foul, abnormal odor when she started breathing heavily. While there may be a number of causes, there is a high probability it is related to dental disease and infection, and that the identified health issue is not yet resolved. This should have been noted by caregivers, recorded, and passed along to a veterinarian. It is an industry standard to follow up with veterinary staff after administering treatment, and to document recovery from surgery, injury, etc.

Candy has also chosen to disregard expert medical recommendations for humane euthanasia in circumstances where an animal was suffering from advanced medical issues. This was a significant issue that affected the tiger Kumar, and more recently the cougar Charlie, leading to undue suffering before death.[86]

The facility's last attending veterinarian, Dr. Duncan, summarizes the overarching problem with the Defendants in precisely two words: "chronic noncompliance":

> Q. Why did you part ways with Tri-State?
>
> A. Because of the extent of the time commitment required outside of actual physical time at the zoo due to chronic noncompliance.
>
> Q. That was chronic noncompliance with what?
>
> A. With medical recommendations, veterinarian medical recommendations.[87]

"Chronic noncompliance" most definitely does not meet minimum or industry standards regarding provision of appropriate medical care to the animals.

Tri-State has an incredibly high mortality rate. Defendants characterize this as a result of being a "rescue" that takes in older or compromised animals from other people.[88] Upon reviewing records for this litigation, it is professionally shocking at how many animals have died, including, but not limited to a cougar, bobcats, birds, goats, and a ridiculously high proportion of the reptile collection. With appropriate husbandry and veterinary care, animals should experience extended lifespans. It is generally accepted that under reputable human care, without competition for resources and with provision of appropriate nutrition, freedom from disease, etc, that animals live significantly longer than in the wild. There are innumerable examples of sudden or untimely deaths

---

[85] *Id*. 78:6–9, Jul. 22, 2021 ("Q. Did you ever conduct a follow-up exam on the bears? A Not yet. To anesthetize these guys, it took weeks to plan.").

[86] Duncan Dep. 39:13–41:4, June 30, 2021 (testimony regarding Mr. Candy's decision to decline euthanasia of Charlie the cougar).

[87] *Id*. 11:8-15, June 30, 2021.

[88] *See, e.g.* Candy 30(b)(6) Dep. 186:8-10, June 24, 2021 ("Many of the animals we get at the zoo come to us in really bad shape and conditions, that's why we rescue with them more.").

at Tri-State, countless of which Candy dismisses with uninformative responses, including death by "old age."[89]

Necropsies are not performed unless mandated by an authoritative body or litigation.[90] Not only are these practices contrary to industry standards, but they are negatively impactful to the well-being of the animals at Tri-State. A necropsy allows caregivers and veterinary staff to determine an actual cause of death. This is critical as it shapes our health and management programs, and ensures that with an understanding of the underlying cause, we are better able to protect the remaining animals in the collection. Testimony and records identify pathogens such as Coccidia and Nyctotherus in Tri-State animals, which not only cause significant illness (even death if not properly treated or an animal's immune system is depressed), but are highly transmissible to other individuals and species, and can be zoonotic and infect humans.[91] As visitors to Tri-State are able to get very close to most animals, and in fact interact with many of them, the risk of zoonotic disease or pathogen transmission cannot be ignored. The same goes for varying other conditions, ectoparasites and infections. Discovering the cause of illness and death in the animals under human care by conducting physical necropsy procedures, including collection of samples for pathology, is standard industry practice.

As previously described, there are minimal preventative care programs in place, if any at all. This includes increased attention to geriatric animals. For example, aging cats are going to experience some level of renal disease. It is incumbent upon caregivers to monitor weight, behavior, health, urination, appetite, etc. to better provide supportive care. Renal disease can be mitigated by provision of fluids (voluntarily with a training program), adjusting diets to well-researched renal nutrition plans, and adjusting the environment to accommodate geriatric physiological concerns to reduce risk of injury or distress. No examples of these type of geriatric husbandry adjustments exist for any species at Tri-State. As such, as animals get older it is unsurprising that the mortality rate at Tri-State increases significantly. Best husbandry practices include regular welfare and quality of life assessments, accurate observations and measurements, timely veterinary involvement, and understanding of geriatric care.

---

[89] *See, e.g., id.* 166:9-17 ("Q. How did Chippy die? A. Old age. Q. What do you mean by old age? A. Stopped breathing, got old. Q. Do you know anything beyond just he stopped breathing as to with respect to what caused his actual death? A. All we know is he passed away, laid down, fell asleep, died."; *id.* 180:15–19 ("Q. On Exhibit 9 the date of death column for Fred says that he is deceased; is that correct? A. That's correct. Q. And how did he die? A. He just died.").

[90] *Id.* 185:20–17, June 24, 2021 ("Q. . . . [W]hy was a necropsy not done? A. Because usually when animals die, if they're upper ages and we have a reasonable expectation that something is wrong, there's no reason to do a necropsy. Q. What do you mean by 'reasonable expectation that something is wrong'? A. When animal gets up there in age, many animals are pushed very quickly through the age process. Many of the animals we get at the zoo come to us in really bad shape and conditions, that's why we rescue with them more. And we -- you know, the vets tell us that, you know, this is the problems with them. If we have a reasonable idea of what's wrong with them and they die, there's no sense in doing a necropsy just to say, oh yeah, they died of old age. "Q. Okay. So same – A. So it's not required").

[91] Gold Dep. Exhibit 106 at CAH00057 (arctic fox fecal on June 14, 2020 tested positive for Coccidia); Duncan Dep. 180:4–8 (describing tortoise fecal that tested positive for nyctotherus).

There is no evidence that the Defendants make any effort to develop progressive programs of husbandry and care. No PVCs are current for the facility, and previous PVCs were substandard and unreflective of best practices.[92] Defendants are not part of any professional networks, have not described interest in professional development, and justify existing conditions versus seeking improvement. True professionals strive to stay abreast of new research, trends and practices.

One example of progressive care that costs nothing, yet improves the ability to monitor and manage the animals under human care, is development of a positive reinforcement training program. At its core, using a reward-based approach allows caregivers to teach animals to voluntarily participate in their own husbandry and care. In my 2018 expert report, I described specific examples related to the husbandry of lions, tigers and lemurs.[93] It is currently considered an industry standard in zoos and sanctuaries to introduce training programs for as many species as possible. Mammals, birds and reptiles can all benefit from these programs, which allow for improved management and veterinary access and care.[94] A few examples of the benefits of a positive reinforcement training program are:

- Regular observation of physical health and well-being;
- Mobility, stiffness, pain assessments;
- Examination of various body parts, including feet, wings, eyes, ears, and mouths;
- Trimming of hooves, nails, feathers, etc.;
- Obtaining regular weights or documenting BCS;
- Voluntary injections for anesthesia or vaccinations; and
- Voluntary blood collection.

The lack of appropriate records, historically and currently, for regular husbandry practices and medical histories, does not meet minimum standards of care as outlined in the AWA, and does not meet industry standards. This includes, but is not limited to:

- Acquisition and disposition records;
- Medical histories;
- Medical treatment records;
- Behavioral records;

---

[92] *See* Duncan Dep., June 30, 2021, Exh. 42 (program of veterinary care).

[93] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 29, 58, and 78, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

[94] Bacon, *supra* note 60; Margaret Whittaker et al., *Training techniques to enhance the care and welfare of nonhuman primates*, 15 VETERINARY CLINICS: EXOTIC ANIMAL PRACTICE, 445 (2012).

- Enrichment logs;

- Training logs;

- Nutritional logs (including seasonal plans, intake, and food left);

- Welfare assessments;

- Quality of life (including specific records for solitary nonhuman primates).

## 2.3. COVID-19 Case Study

It has been widely researched and understood that the SARS-CoV-2 infection can affect animals as well as humans. Cases of cats testing positive have been reported in the United States, India and other countries.[95] Nonhuman primates and mustelids (weasel family) are known to also be very susceptible.[96] Current data shows that other species, including pigs, horses and camelids, can be affected.[97] Concurrent research illustrates that domestic pets, such as dogs and cats, are also at risk though symptoms may not be respiratory in presentation.[98]

As a result, it became standard industry practice to mitigate the risk to susceptible species. Most reputable zoos and sanctuaries quickly developed policies to temporarily suspend attendance and/or implement protective measures not only for visitors, but for the animals. This included, but was not limited to, erecting protective barriers, requiring masks for all people (staff, volunteer or visitor), maintaining social distancing protocols from exhibits, and displaying educational materials to inform the general public of the risks. While Mr. Candy describes a few of these precautions, most were for guests, and by his own admission he did not follow them himself.[99] This placed the animals under his care at unnecessary risk, despite widely available information

---

[95] Dana Hedgpeth, *Two tigers at Virginia Zoo test positive for coronavirus, Washington Post* (Apr. 14, 2021), https://www.washingtonpost.com/dc-md-va/2021/04/14/two-tigers-virginia-zoo-test-positive-covid-19/; Rohini Mohan, *Zoo in Chennai loses two lions to Covid-19 but nurses 13 others back to health*, The Straits Times (Sep. 2, 2021), https://www.straitstimes.com/asia/south-asia/zoo-in-chennai-loses-two-lions-to-covid-19-but-nurses-13-others-back-to-health.

[96] Natasha Daly, *Several gorillas test positive for COVID-19 at California zoo—first in the world*, National Geographic (Jan. 11, 2021), https://www.nationalgeographic.com/animals/article/gorillas-san-diego-zoo-positive-coronavirus; Wilson Wong, *Nearly 10,000 minks die after Covid-19 outbreak at Utah fur farms*, NBC News (Oct. 9, 2020), https://www.nbcnews.com/news/us-news/thousands-minks-die-covid-19-utah-farms-n1242754.

[97] Aparna Nathan, *Philadelphia Zoo plans to vaccinate at-risk animals against COVID-19*, The Philidelphia Inquirer, Jul. 16, 2021, https://www.inquirer.com/science/philadelphia-zoo-covid-vaccine-animals-zoetis-20210716.html.

[98] Grace Goryoka et al., *One Health Investigation of SARS-CoV-2 Infection and Seropositivity among Pets in Households with Confirmed Human COVID-19 Cases — Utah and Wisconsin, 2020* (2021), https://www.biorxiv.org/content/10.1101/2021.04.11.439379v1.

[99] Candy 30(b)(6) Dep. 209:18–211:13.

available to the contrary including USDA protocols, AZA initiatives and guidelines for professionals, and institutional protocols.[100]

According to Mr. Candy's deposition testimony, he did not appear to stay abreast of the research and best practices affecting the animals under his care. He (and I assume the volunteers) continued to work around and interact with animals, and allowed visitors full access to the facility and the animals, with minimal monitoring or protections in place.[101] This does not represent the minimum standards outlined in the USDA's Animal Care Tech Note, Guidance for Zoos and Captive Wildlife Facilities: Protecting Susceptible Animals from SARS-CoV-2 Infection, nor meet current industry best practices.[102]

The following observations were included in my previous expert report from June 2018. I am providing this historic perspective to illustrate that the conditions described above existed previously, and that the standards of husbandry and medical care have not improved.

**Historic observations**:

- *Domestic cats freely roaming the facility exhibited clear signs of physical illness. For example, I observed cats suffering from respiratory distress, physical injuries, swollen eyes, nasal and ocular discharge.*

- *Clutter, refuse, and abandoned tools/devices were observed throughout facility, providing optimal housing for rodent and other pest species, as well as creating fire and injury risks.*

- *There was standing water in many animal exhibits, indicative of a clear lack of drainage and persisting muddy conditions. This creates pest breeding locations (i.e., mosquitoes) and impairs species-typical behaviors, while compromising thermoregulatory abilities.*

- *Power and extension cords are haphazardly strung around the zoo, across pathways, through standing water, and along barriers. This is unreliable, unsafe, and creates a risk of fire similar to the 2006 fire at Tri-State that killed 70-100 animals, including lemurs.*

- *Lack of appropriate bedding materials or protection from the elements.*

---

[100] *Animal Care Tech Note: Guidance for Zoos and Captive Wildlife Facilities: Protecting Susceptible Animals From SARS-CoV-2 Infection*, USDA, https://www.aphis.usda.gov/animal_welfare/downloads/ac-tech-note-covid-animals.pdf (last accessed Sept. 7, 2021).

Many reputable facilities publicly shared protocols developed to protect both animals and people. I personally developed and shared phased training protocols, written as guidelines to allow continued provision of expert husbandry, while maintaining protective protocols. *See* **Appendix VII.**

[101] Candy 30(b)(6) Dep. 209:18–211:13.

[102] *See Animal Care Tech Note: Guidance for Zoos and Captive Wildlife Facilities: Protecting Susceptible Animals From SARS-CoV-2 Infection*, *supra* note 102.

- *Inappropriate foods offered to animals, including hoofstock with straw in feeders; including bedding that they have eaten; exotic canid provided unmonitored, processed kibble.*

- *Animals were in poor health and physiological state. Specifically, I observed significantly underweight hoofstock, limping animals, overgrown hooves on several animals, and lethargic or unresponsive individuals.*

- *Reptile house symptomatic of ALL issues: animals in fetid, stagnant water; improper food choices left spoiling and contaminated on floor; no temperature or humidity monitoring or management; atypical grouping with no means of evading other animals; lack of proper lighting for ultraviolet and physiological needs; accumulating of weeks (or more) of animal waste; evidence of rodent activity; lack of clean, sanitary surfaces or environments; no ventilation or insulation; underweight, inactive animals; no enrichment or appropriate environmental structures. I also observed a small snake in a clear, empty holding container that appeared to be dead. The snake feebly moved in response to Mr. Candy banging on a case on the adjacent counter. A squirrel monkey was also inappropriately housed with natural predators in the reptile house.*

- *Free-roaming animals, including rabbits, ducks, chickens, peacocks, and cats, with no known medical history or records, that have access to all enclosures, potentially causing injury, distress, illness, or being killed themselves.*

- *Clear presence of rodent activity and damage throughout facility: access holes chewed through wood, feces left on surfaces, paths and holes in ground in and around animal exhibits.*

- *Animals exhibiting signs of psychological distress: signs of horses and hoofstock "cribbing," or chewing on edges of structure (a recognized coping behavior; small horse banging its head against structure repeatedly for > 15 minutes; animals pacing or inactive at atypical times; and a Singing dog continuously whining and vocalizing.[103]*


## 3. PSYCHOLOGICAL WELL-BEING

In 2018, I described in detail the issues that negatively impacted the psychological well-being of the lions, tigers, and ring-tailed lemurs at Tri-State. I detailed the short- and long-term consequences of lack of caregiver knowledge, substandard environments and care, and overall poor conditions and neglect. Sadly, though not unexpectedly, these pervasive problems adversely affect all of the animals in the Defendants' care. I will narrow my observations to three discussion points, with the understanding that there are significantly more issues affecting the animals.

---

[103] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 79–80, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

### 3.1. Social:

Tri-State has a documented history of failing to provide appropriate social conditions for its animals, including by housing animals in atypical social groups that do not meet their genetic expectations, and in environments that do not support appropriate expression of expected Species-Typical Behaviors (STB), social or otherwise.[104] Species still housed at Tri-State experiencing the most severely atypical social environments include, but are not limited to:

- o Solitary squirrel monkey, Spaz;
- o Solitary capuchin, Dodger;
- o New Guinea Singing dog, Cantata;
- o Arctic fox, Rocket;
- o Macaws, Scarlet and Jeckyl;
- o Solitary "boxed" alligator;
- o Coatimundis, Rusty and Gizmo; and
- o Asiatic (Himalayan) black bears, Sally and Suzy.

"Spaz" and "Dodger": The two non-human primates remaining at Tri-State are singly housed. Both of these species are gregarious, living in not only large social groups of conspecifics (same species), but recognized to regularly mingle with other primate species while foraging and resting. Ironically, squirrel monkeys and capuchins are regularly observed socializing in groups together:

> Capuchin and squirrel monkeys spend much time together in the South American forests where they coexist. On average they spend about half their time together but this can vary from associating for just a few hours to spending several days together. Both species take an active role in maintaining their association suggesting that both species must benefit. There is extensive intermingling of the groups especially during foraging, and both species may improve their insect foraging efficiency as more insects are disturbed when in association making them easier to find and capture. The squirrel monkeys may also benefit by gaining otherwise inaccessible plant food exposed by the capuchin monkeys' destructive foraging habits.[105]

Dr. Duncan, the previous attending veterinarian, recognized that Dodger was experiencing significant social deprivation, though her recommendation would have introduced another primate into the suboptimal environment to experience very poor welfare. One extra animal would not meet the genetic expectations of extensive social interaction within a large troop.

---

[104] *See, e.g.*, *id.*

[105] Leonardi, R., Buchanan-Smith et al., *Living Together: Behavior and welfare in single and mixed species groups of capuchin (*Cebus apella*) and squirrel monkeys (*Saimiri sciureus*)*, 72 AM. J. PRIMATOLOGY 33.

Defendants regularly describe Mr. Candy's interactions with the primates, most specifically Dodger, as a fulfilling their social needs.[106] While there is likely some benefit to the monkeys to have a measure of social interaction with a human being, it cannot replace the appropriate, species-typical interactions that the animals are evolved to expect. A few examples include:

o Grooming: social primates spend time each day grooming one another. They will search through other animals' fur and meticulously remove ectoparasites and other foreign items found. (Fig. 67.) Not only do Spaz and Dodger not have the ability to express this behavior, they also do not *receive* it in turn. Both animals have bare spots and patchiness of fur. Although there are many potential causes of hair loss, appropriate diagnostics and observations have not been done to try and determine the cause. For example, hair loss may be the result of medical issues, self-inflicted as a result on an Abnormal Repetitive Behavior or stereotypy (*see supra* at Section 2.1), or it could also be related to the constant presence of insects, pests or other ectoparasites (i.e., fleas, mites) documented in the environment that are not appropriately groomed away.



Fig. 67: Social grooming in capuchins. [Smithsonianmag.com]

o Foraging: Social nonhuman primates generally forage in groups, both on the ground and in the trees/canopy. Not only does this increase group vigilance and awareness of predators, but as the group forages together, plants and the environment are disturbed, uncovering or disturbing other resources to feed upon. Buchanan-Smith describes symbiotic foraging between the two species housed at Tri-State as an example.[107]

o Resting/Safety: An increase in troop size increases a sense of security, as more animals are vigilant of predators or other threats, and will call out alarms. This is the basic "safety in numbers approach" or the "many eyes" theory. Without an appropriate social group, this lack would be a constant source of distress for an arboreal social primate. Chronic psychological distress will have significant long-term impacts on an animal's welfare. Dodger and Spaz are left alone for most of their day, and regularly approached

---

[106] *See, e.g.*, Defendants Tri-State Zoological Park of Western Maryland, Inc. & Animal Park, Care & Rescue, Inc.'s Supplemental Answers to PETA's First Set of Interrogatories at 11 (Jun. 27, 2021) ("Enrichment plans have been provided as to the primates and are followed. If an animal does not have a written enrichment plan, then there is no formal enrichment for the animal, through feeding, various types of play devised by the animals themselves, and interaction with zoo volunteers and the public serve as enrichment."); *see also* Dr. Gold Dep, Jul. 22, 2021, Exhs. 108 at CAH00013 (capuchin monkey enrichment plan includes reference to "continuous people exposure"), 110 at CAH00088 (squirrel monkey enrichment plan includes reference to "continuous people exposure").

[107] Buchanan-Smith, *supra* note 107.

by strangers. During Plaintiffs' July 2021 site inspection, as we approached Dodger's exhibit along the road, he became very agitated and began exhibiting signs of distress. Mr. Candy told the team that "he doesn't like this many people," yet Dodger is housed immediately adjacent to the visitor path, where people can actually harass or bother him easily. With no social support structure, this would be a source of chronic distress. As described in the Environment Section (*supra* at Section 1), Spaz is housed in the reptile house. He is regularly exposed to several species of natural predator (including snakes and alligators), but has no group support, nor can he escape the surroundings to feel safe. This is another source of chronic distress.

o   Breeding: Clearly the Defendants are not expected to replace a conspecific to allow the animals to express natural reproductive behaviors, but the animals are *incapable* of expressing them. Regular hormonal cycles and a genetic expectation to be able to reproduce and engage in these social behaviors are part of these animals' expectations of their environment. Frustration of inhibition of expressing species-typical behaviors creates acute and chronic distress, frustration, and can lead to other more injurious or aggressive "displacement" behaviors; behaviors expressed redirected due to lack of ability to express the appropriate one in a given situation. Proper management of contraceptive options, both physical and chemical, permits animals to engage in normal reproductive behaviors without conceiving young. Frustration, boredom, and lack of complexity or proper husbandry can lead to development of ARBs and stereotypies.

o   Appropriate communication for a monkey: Above I described just a few behaviors that the animals are unable to engage in with only periodic human company. In general, human companionship cannot effectively replace interaction with conspecifics since the animals are incapable of appropriately expressing their behaviors. If one capuchin is irritated with another within the troop, it has numerous other options: leave and socialize with someone else; leave the area and find another behavior to engage in; provide warning signals of distress and follow up with physical responses if signals are ignored, etc. At Tri-State, the animals cannot leave their substandard enclosures to evade predators, visitors, or staff/volunteers should they choose. They have minimal locations to hide, and the lack of complexity in the enclosures does not provide appropriate locations, such as branches hidden in a canopy. Regardless, Mr. Candy, the volunteers, and the visitors are unlikely to respond to primate signs of distress, and the animals cannot engage in either "fight or flight" responses.

Denying primates (and other species) the opportunity to interact socially with conspecifics, and instead assuming intermittent human contact is an appropriate alternative, interferes with normal behavioral and neural development. This results in animals developing behavioral repertoires that are in constant conflict with their natural instincts, creating psychological distress and resulting in permanent neural problems. Most animals would not normally choose to interact with humans, and have not socially evolved to have a human caregiver replace its innate genetic expectations.

These housing conditions are atypical for the species, and do not permit the animals to engage in the full range of complex social behaviors that they have evolved to express. The inability to exhibit prosocial behaviors would frustrate an individual, and in cases where the animals were not

socially compatible (with none of the caregivers or attending veterinarians trained to recognize species-specific behaviors), the inability to escape from an incompatible cage mate would be just as frustrating. Inappropriate social management and species-atypical housing regularly result in development of asocial and undesirable behaviors. These often include aggression, displacement, and injurious ARBs or stereotypical behaviors, which impede appropriate behavioral expression by rerouting neural pathways and preventing proper environmental interactions.[108] Acute and chronic distress have deleterious consequences on the animals, and demonstrate ongoing interference with normal behavioral patterns (including, but not limited to: marking, grooming, resting, foraging, vigilance) in a manner likely to result in continued chronic distress.

The Defendants repeatedly attempt to justify the solitary living conditions of the two primates as a result of age, being raised as pets, and because they would purportedly suffer trauma from transferring to a reputable zoo or sanctuary.[109] These arguments are red herrings. I have assisted colleagues in the planned transfer and re-homing of numerous primates (and other species) to accredited facilities during the past year alone. More specifically, my colleague and I assisted with intake of several solitary, hand-reared "pet" primates that were seized by local animal control officers. These included a ring-tailed lemur, capuchins, a squirrel money, and two or three other species less commonly found in the pet trade. Each animal was quarantined, provided a full medical examination, and then transferred and successfully introduced into an appropriate social group at a reputable facility, regardless of age. We were also successful in introducing aging individuals whose social companions had either passed away or transferred for breeding recommendations. Three geriatric male monkeys were successfully housed together in one department, while four aging male lemurs were introduced appropriately in another (both teams affectionately referred to the groups as "the grumpy old men"). Appropriate knowledge, skill and networking are the keystones to success with novel approaches like this; these aspects of management are sorely lacking at Tri-State, and the animals endure poor welfare as a result. Specifically, in regard to nonhuman primates, Defendants do not meet minimum AWA standards, nor generally accepted best practices or industry standards.[110]

---

[108] Michael R. Foy et al., *Behavioral stress impairs long-term potentiation in rodent hippocampus*, 48 BEHAV. & NEURAL BIOLOGY 138 (1987); William S. Gilmer et al., *Early experience and depressive disorders: human and non-human primate studies*, 75 J. AFFECTIVE DISORDERS 97 (2003); Laurence Miller, *Compounding of discriminative stimuli from the same and different sensory modalities*, 16 J. EXPERIMENTAL ANALYSIS OF BEHAV. 337 (1971).

[109] *See, e.g.*, Gold Dep. 45:19–46:6 ("Q. Did you recommend that Mr. Candy keep Dodger in isolation? A. No. That was never a recommendation. He's a pet though, so he couldn't be with other capuchins, you know, he would not know what to do with another capuchin. And they would definitely fight. So he could not have been housed with another capuchin, but having primates, human, nonhuman, that's not always a good idea.").

[110] 9 C.F.R. § 3.81 ("Dealers, exhibitors, and research facilities must develop, document, and follow an appropriate plan for environment enhancement adequate to promote the psychological well-being of nonhuman primates. The plan must be in accordance with the currently accepted professional standards as cited in appropriate professional and journals or reference guides, and as directed by the attending veterinarian. This plan must be made available to APHIS upon request, and, in the case of research facilities, to officials of any pertinent funding agency. The plan, at a minimum, must address each of the following: (a) Social

The substandard social conditions at Tri-State also impact a number of other animals. Below are a few short examples intended to illustrate the scope of the problem:

- o New Guinea Singing dog: While individual New Guinea Singing Dogs may hunt alone, they will defend territory as mated pairs. Both parents are involved in rearing of young, and regularly interact with offspring to teach proper socialization and hunting techniques.[111] The Singing Dog at Tri-State is housed in isolation, denied any ability to express genetically-expected species-typical social interactions with conspecifics. This results in both acute and chronic psychological distress.

- o Arctic fox: Arctic fox live in families composed of a breeding pair, often with additional adults, and resultant offspring. Breeding individuals remained together within their territories even during periods of diminished food resources.[112] The Arctic fox at Tri-State is housed in isolation, denied any ability to express genetically-expected species-typical social interactions with conspecifics. This results in both acute and chronic psychological distress.

- o Macaws: Macaws are incredibly gregarious animals, which form pairs as adults and then join large flocks ranging from 30-100 members. This natural history is why parrots make poor pets, as the environment does not meet expected complexity or social needs.[113] The two macaws currently housed at TriState, along with others previously documented as part of the collection, are not housed in appropriate social groups and consequently denied any ability to express a wide range of genetically-expected species-typical social interactions with conspecifics. This results in both acute and chronic psychological distress.

- o American alligators: American alligators are social animals, particularly younger ones that remain close as a beneficial defense against potential predators (similar to primates and macaws).[114] The American alligator housed in isolation at Tri-State is unable to retreat to a group of similarly aged or sized conspecifics. The animal is also encompassed by the enclosure housing several other larger alligators, which would constitute a threat of injury or loss of resources to a smaller animal. The smaller

---

grouping. The environment enhancement plan must include specific provisions to address the social needs of nonhuman primates of species known to exist in social groups in nature. Such specific provisions must be in accordance with currently accepted professional standards, as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian."); *see also*, Ass'n of Zoos & Aquariums, *Colobus Monkey* (Colobus) *Care Manual* at 17 (2012) ( "Careful consideration should be given to ensure that animal group structures and sizes meet the social, physical, and psychological well-being of the animals and facilitate species-appropriate behaviors.").

[111] *Singing Dog, Canis hallstromi*, San Diego Zoo, https://animals.sandiegozoo.org/animals/singing-dog (last accessed Sept. 6, 2021).

[112] Olav Strand, *Social Organization and Parental Behavior in the Arctic Fox*, 81 J. MAMMALOGY 223 (2000).

[113] *Macaw*, Animals Network, https://animals.net/macaw/ (last accessed Sept. 6, 2021).

[114] *Alligator mississippiensis*, University of Michigan, Museum of Zoology, https://animaldiversity.org/accounts/Alligator_mississippiensis/ (last accessed Sept. 6, 2021).

alligator's inability to merge with a larger social group and feel protected would result in both acute and chronic psychological distress.

o Coatimundis: Female coatimundis live in social groups consisting of 4 to 20 individuals. Males are solitary except during breeding season; currently, Tri-State houses two males together.[115] I have read descriptions of and observed a few different permutations of housing at Tri-State for coatimundis, and none of them matched the description above. In fact, one animal was introduced to the group and subsequently injured.[116] The description of the introduction did not match generally accepted best practices for any species, which would include a quarantine period for medical assessment and then a gradual introduction process, using barriers and "howdies" to mitigate interactions as social behaviors are observed/recorded. Inappropriate social management leads to psychological distress, but can also result in direct physical injury or death.

o Sulcata tortoises: Sulcata tortoises are generally solitary animals, with males fighting one another for access to females and resources.[117] Animals will physically ram one another, risking injury to other animals/species, or to themselves in a substandard environment containing physical hazards. Sulcatas are documented as burrowers, digging and retreating into deep burrows when in distress. The animals at Tri-State cannot evade one another, regularly compete with one another for space and resources, as well as the other species housed within the same area. Constant interactions and an inability to remove themselves from sources of conflict or distress would cause both acute and chronic psychological distress.

o Kinkajous: Kinkajous may spend large proportion of time alone, but regularly join social groups to engage in natural foraging, grooming, and resting behaviors.[118] Kinkajous at Tri-State are and were housed in small, isolated cages in a dark area of the poorly maintained reptile building. This cannot meet any of the species social (or overall behavioral) needs. The kinkajous housed at Tri-State, along with others previously documented as part of the collection, have not been housed in appropriate social groups and consequently denied any ability to express a wide range of genetically-expected species-typical social interactions with conspecifics. This inappropriate social management would result in both acute and chronic psychological distress.

o Asiatic (Himalayan) black bears: Himalayan black bears are generally solitary, except during breeding seasons and when rearing young, when cubs will remain with her for

---

[115]  *White-Nosed Coati*, Smithsonian's National Zoo & Conservation Biology Institute, https://nationalzoo.si.edu/animals/white-nosed-coati (last accessed Sept. 6, 2021).

[116]  Candy 30(b)(6) Dep. 134:5–9 (coatimundi, Monty, had an "aterlcation with one of the other coatimundis").

[117]  *Centrochelys sulcata,* Maryland Zoo, https://www.marylandzoo.org/animal/sulcata-tortoise/ (last accessed Sept. 6, 2021).

[118]  *Kinkajou, Potos flavus*, San Diego Zoo, https://animals.sandiegozoo.org/animals/kinkajou (last accessed Sept. 6, 2021).

2-3 years.[119] Although there are reputable sanctuaries where multiple animals *are* housed together, the bears are housed in spacious habits that are rich in resources, with skilled, knowledgeable caregivers monitoring social interactions. Animals have the ability to evade one another in various locations, using plentiful structures as barriers or to climb, and can choose to enter individual night houses. The key is a complex environment with bountiful resource managements (Fig. 68), which



Fig. 68: Spacious environment rich in resources for appropriate social management.  [animalsasia.org]

does not exist at Tri-State. The bears at Tri-State are housed in a barren environment, lacking complexity or environmental or enriching options that would encouraging a wide range of species-typical behaviors. Both the shallow pool outside and the dirty bathtub in holding contain filthy water, minimal bedding was visible and the holding area reeked of feces. What items were present in the exhibit were dirty or decomposing (i.e., the discarded Christmas tree pushed into the corner), and nothing in the environment was appropriate to encourage STBs. The animals are also obese, have not received timely medical care, which likely affects their energy and activity levels, and are, in my professional opinion, experiencing very poor welfare.

None of the animals at Tri-State are housed in enclosures or environments that support expression of normal and appropriate social STBs, nor any significant behaviors from expected genetic repertoires (*see* Environment Section, *infra* at Section 1). This environmental and social deprivation has and will continue to result in continued acute and chronic psychological distress.

**3.2. Enrichment:**

Provision of complex environments and environmental enrichment are mandated by the AWA and industry standards for nonhuman primates.[120] Similarly,  it is a current industry standard to manage

---

[119] *Ursus thibetanus*, University of Michigan, Museum of Zoology, https://animaldiversity.org/accounts/Ursus_thibetanus/ (last accessed Sept. 6, 2021).

[120] 9 C.F.R. § 3.81:

> (b)  Environmental enrichment. The physical environment in the primary enclosures must be enriched by providing means of expressing noninjurious species-typical activities. Species differences should be considered when determining the type or methods of enrichment. Examples of environmental enrichments include providing perches, swings, mirrors, and other increased cage complexities; providing objects to manipulate; varied food items; using foraging or task-oriented feeding methods; and providing interaction with the care giver or other familiar and knowledgeable person consistent with personnel safety precautions.

> (c)  Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in

comprehensive enrichment programs for all species under human care.[121] These programs are based on each species' natural history and behavioral expectations, as well as individual animal needs and specific situations recognized as potentially causing distress. Programs are to be managed by qualified, knowledgeable individuals, including goal planning, assessment of enrichment goals, and recording enrichment items/activities.

The animals at Tri-State are not provided with comprehensive enrichment programs.[122] Provision of environmental enrichment is an industry standard, allowing the animals to express a wide range of species-typical behaviors. These programs involve planning and setting behavioral goals, implementing appropriate enrichment options, assessing the success of the enrichment in reaching



Fig. 70: 2018 substandard, non-comprehensive enrichment plan. Duncan Exh. 4, Program of Veterinary Care signed by Dr. Duncan on April 16, 2018.



Fig. 69: Substandard, non-comprehensive enrichment plan. [CAH00088].

accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention are the following:

(1) Infants and young juveniles;

(2) *Those that show signs of being in psychological distress through behavior or appearance;*

(3) Those used in research for which the Committee-approved protocol requires restricted activity;

(4) *Individually housed nonhuman primates that are unable to see and hear nonhuman primates of their own or compatible species.*

(emphases added); *see also* Ass'n of Zoos & Aquariums, *Colobus Monkey* (Colobus) *Care Manual* at § 8.2 (2012). Although the Environmental Enrichment section was written for Colobus monkeys, it represents the basis of the industry standards and expectations for enrichment programs regardless of species.

[121] Januszczak, *supra* note 74; Staley, *supra* note 60.

[122] Defendants Tri-State Zoological Park of Western Maryland, Inc. & Animal Park, Care & Rescue, Inc.'s Supplemental Answers to PETA's First Set of Interrogatories at 11 (Jun. 27, 2021) ("Enrichment plans have been provided as to the primates and are followed. If an animal does not have a written enrichment plan, then there is no formal enrichment for the animal, through feeding, various types of play devised by the animals themselves, and interaction with zoo volunteers and the public serve as enrichment.").

behavioral goals, and then restructuring the program based on regular assessments. The entire process is well-documented and evolves with the animals' needs, and is based on advancements in animal husbandry and welfare science. There is not currently a PVC for environmental enrichment at Tri-State, and no written programs or enrichment goals for any of the other species. The primate enrichment documents provided during discovery (*see, e.g.,* Fig. 69), ostensibly approved by Dr. Keith Gold, are utterly inadequate for the capuchin and squirrel monkey (or any species), and do not meet any of the provisions of a successful program.[123] The plans do not substantively change or evolve over time, do not demonstrate an understanding of the natural behaviors of the species or set measurable goals, are not assessed or recorded, and are insufficient in allowing the animals to do anything other than eat, sleep, or occasionally "play."[124] It is particularly suboptimal for any species of primate, which are recognized as possessing complex cognitive and learning abilities. These documents are also remarkably similar to the primate enrichment plan produced for inspection in 2018 (Fig. 70). It is evident that the program is not comprehensive, but it is also not improving or evolving based on current research and best practices. Despite available resources and industry standards, enrichment programs do not exist for any species at Tri-State besides the nonhuman primates, which are inadequate at best.

Examples of appropriate approved enrichment lists and records for primates, cats and bears are attached in **Appendix IV**. Inadequate environmental enrichment leads to acute and chronic frustration and distress, as it fails to meet their complex cognitive/intellectual needs and animals cannot express an appropriate range of species-typical behaviors. My observations, from two site inspections and from reviewing photos and records, are that enrichment at Tri-State is comprised of one of two options: either old plastic or stuffed toys and barrels that have not been cleaned and are clearly weathered, having lost even the element of novelty long ago; or human interaction. This paucity of enriching items, which should be novel and designed to elicit species-typical behaviors, applies to all of the animals at Tri-State, including the primates, carnivores, "farm animals", reptiles and birds. As discussed above, human interactions cannot appropriately replace conspecific social interactions, and should not be assumed to be "enriching" without an appropriate, objective evaluation of what an animal is communicating (by comparison to an ethogram), and when an animal is unable to engage in species-typical "fight-or flight" responses if they become distressed. At no point should "public interaction" be considered appropriate enrichment, due to the safety risks (i.e., injury, zoonotic disease) of unmonitored interactions, and potential psychological distress when animals are unable to evade contact with people unversed in animal behavior. Animals of all species become frustrated, bored, and even depressed when unable to engage in challenging cognitive and species-typical behaviors, and consequently can develop symptoms of psychological distress (*see infra* at Section 3.3). Undesirable consequences can include apathy, lethargy, displaced aggression, ARBs/stereotypic behaviors, and impaired learning and coping with environmental stimuli. The inability to express an expanse of complex behaviors leads to both psychological distress and physiological injury, and significantly disrupts normal

---

[123] Gold Dep., Jul. 22, 2021, Exhs. 108 at CAH00013 (capuchin monkey enrichment plan), 110 at CAH00088 (squirrel monkey enrichment plan).

[124] *See, e.g.,* Gold Dep. 41:12–42:17, 44:2-10, 63:1-17, Jul. 22, 2021; *see also* Candy 30(b)(6), 134:20–135:17, Aug. 11, 2021 (testimony regarding assessment, testing, and implementation of primate enrichment plan).

species-typical behavioral patterns. It is considered an industry standard to provide species-appropriate enrichment and to monitor the success of programs by analyzing animals' behavior, and subsequently adjust goals and programs as necessary. This is a continuous, fluid process,[125] and one that does not exist for any species at Tri-State.

The lack of environmental complexity and provision of appropriate enrichment programs are indicative of poor animal welfare and neglect on the part of Mr. Candy, the responsible attending veterinarians, and the volunteers at Tri-State. These psychological issues are compounded by the inadequate behavioral environment and lack of caregiver knowledge and skill. Mr. Candy has historically adhered to the stance that the management program at the zoo is appropriate, when in fact his inexperience and lack of knowledge and training are routinely used as a shield and excuse for provision of suboptimal care:

> [Q.] How do you assess the enrichment plan is working? . . .
>
> A. Enrichment is just basically -- there is no set standard on whether something is good or not. . . . For example, there is nothing that even talks about the psychological wellbeing of everything. Things are just assumed. The only way you can judge something is if the animal is healthy or if the animal is happy as much as you can tell. They're active. They're eating. They're not losing weight. They're moving around. They're not lethargic. That's about the only way you can tell if they're good. [126]

None of the information stated above is accurate, and demonstrates further evidence of Defendants' ignorance of basic aspects of industry standards. There are innumerable tools available for assessing enrichment programs, animal welfare and psychological well-being (*see* Section 3.3., *supra*). Whether this statement was made from true belief or solely in defense of the recurring complaints against the Defendants, it is symptomatic of the conditions the animals are suffering daily. The animals should be removed and sent to an accredited, reputable facility where they could receive trained, species-specific care, pursuant with industry standards.[127] Even Tri-State's former attending veterinarian, Dr. Duncan, agrees that the animals in Mr. Candy's care would be better off at reputable facilities.[128]

---

[125] Bacon, *supra* note 60; Debra L. Forthman et al., *The Role of Applied Behavior Analysis in Zoo Management: Today and Tomorrow*, 25 J. APPLIED BEHAV. 647 (1992).

[126] Candy Dep. 285:20–286:15, Mar. 16, 2018, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

[127] Foy, *supra* note 110; Christopher R. Pryce et al., *Long-term effects of early-life environmental manipulations in rodents and primates: Potential animal models in depression research*, NEUROSCI. BIOBEHAV. REV. (Apr. 25, 2005); L. Michael Romero, *Physiological stress in ecology: lessons from biomedical research*, 19 TRENDS IN ECOLOGY & EVOLUTION 249 (2004); Harvey Wolinsky, *Effects of Androgen Treatment on the Male Rat Aorta*, 51 J. CLINICAL INVESTIGATION 2552 (1972).

[128] Duncan Dep. 224:4-14 ("Q. Do you think the animals in Mr. Candy's care would be better off at a reputable facility that has the resources and staff to properly care for the animals? A. Yes. Q. And why is

Allowing the animals to languish in small, barren spaces without appropriate enrichment programs is harmful to their psychological well-being. It significantly interferes with engaging in species-typical behaviors and results in psychological distress and permanent physiological harm. These conditions fail to meet minimum AWA standardsand industry standards.

### 3.3. Psychological welfare:

I have described the substandard, barren environments that the animals at Tri-State live in. (*See* Environment Section, *supra* at Section 1). In my opinion, these conditions create an environment that causes chronic distress that, when paired with lack of caregiver knowledge and "chronic noncompliance" regarding health and medical issues, result in neglect, psychological distress, and suppressed physiological/immune responses. The presence of pests, cats, wildlife, pathogens, and ectoparasites constantly harasses the animals, who are unable to evade any noxious or disturbing external stimuli. The animals are in close proximity to, and often forced to interact with, staff/volunteers and visitors. In the Environment and Health Sections, *supra* at Sections 1 and 2, I described these substandard conditions and observable physiological consequences, while alluding to psychological distress.



Fig. 71: One of many, many examples of "cribbing." PETA011330 (Jul. 19, 2021.

I have seen ample evidence, historically and recently, of the physiological distress that animals at Tri-State are experiencing. In 2018, this included observable behaviors in the lion, tigers, and ring-tailed lemurs.[129]

It is evident to me, through review of documents and from the 2021 site inspection, that evidence persists of chronic psychological distress amongst the Tri-State animal collection. Recent examples include, but are not limited to:

- o Both of the nonhuman primates exhibit signs of chronic hair loss on their bodies.[130] Defendants have attributed this to advanced age, and possible medical issues that have not been tested for. It is my professional belief, based on extensive experience caring for primates and in assessing individual animal welfare, that while environmental variables and medical concerns described previously may contribute to hair loss, there is a significant

---

that? A. Because of the lack of preventative veterinary care, the lack of compliance, mostly the chronic noncompliance that I experienced while I was the attending veterinarian.").

[129] *See* Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 25–26, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019) (opining on psychological injury of the lion); *id.* at 55 (opinion on psychological injury of tigers); *id.* at 74–75 (opinion on psychological injury of lemurs). *See* **Appendix IV** for an example of an appropriate, industry standard example of a felid enrichment program.

[130] *See, e.g.*, Gold Dep. 39:1-6, Jul. 22, 2021 (describing Dodger's hair loss); Gold Dep., Jul. 22, 2021, Exh. 110 at CAH00086 (medical record documenting squirrel monkey, Spaz's hair loss).

chance that the Spaz (squirrel monkey) and Dodger (capuchin) are exhibiting signs of psychological distress.[131] Self-mutilation, more specifically "hair-plucking," and over-grooming (even via rubbing) are recognized as ARBs/stereotypical behaviors in many species, primates included.[132] The monkeys both suffer social deprivation, lack appropriately complex environments and comprehensive enrichment programs, and are frustrated in expression of species-typical behaviors.

"Cribbing:" Figures 19, 20 and 71, provide a few examples of evidence of this ubiquitous behavior, and the extent to which it has occurred. The hoofstock, in particular the donkey and horses, engage in chewing of wooden structures. This may have a physiological component, such as dental issues or hunger, but as with self-mutilation can become a repetitive behavior, indicative of psychological distress. I noted extensive cribbing during my first visit to Tri-State (see "Historic observations," *infra*), and the severity of occurrences has only increased. Like with the lemur Bandit, an ARB has resulted in health complications; one of the miniature horses was discovered with wood lodged between her teeth, and was malnourished and underweight, unable to feed properly (*see* Health Section, *supra* at Section 2).

o   Also noted below, I also observed another miniature horse banging its head against the side of a barn repeatedly, for an extended period of time. This is clearly an atypical behavior, and a visible sign of distress.

o   The Asiatic [Himalayan] black bears are obese, live in deplorable conditions, and have suffered significant painful medical issues. Bear species that are exhibiting signs of emotional distress are documented to exhibit ARBs and stereotypies, which become visible and noticeable even to visitors.   "Pacing" is the most easily recognized sign of psychological distress in bears; I have reviewed footage of the bears repeatedly walking back and forth at the front of the enclosure.[133] As seen in video PETA0003461 from July 22, 2017, between the 15-17 second marks, the bear can be observed turning around to pace back in the opposite direction, and the animal rears up briefly and tosses her head in

---

[131] *See, e.g.*, Duncan Dep. 83:9-16 ("Q. So, you said you observed Dodger scratching at himself and you actually observed fleas. Did you observe [Dodger] pulling his hair? A. Yes. Q. Picking at his skin? A. I would say picking at ectoparasites, yes."); Colin Henstock Decl., ECF No. 99-38 ¶ 7, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019) ("When the [squirrel] monkey started rapidly scratching the end of the log, I noticed that it appeared that he had hair loss along his thighs, back, and tail. The monkey repeatedly bit at his arms and thighs, and appeared to pull hair out with his teeth. The monkey also pulled at the hair along his lower back"); Connie Collins Decl., ECF No. 99-5 at ¶ 9, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019) ("I observed a singly-housed monkey scratching, pulling, and picking at his or her stomach.").

[132] *BMC - Self-injurious Behavior Scoring System*, National Primate Research Centers, https://nprcresearch.org/primate/behavioral-management/self-injury-scoring.php (last accessed Sept, 6, 2021).

[133] *See* ESA - PETA0003461 (Jul. 22, 2017); ESA - PETA0003463 (Jul. 22, 2017); ESA - PETA0004346 at 7:51:00 (Sept. 22, 2019).

the air.[134] This "head tossing" behavior is well-documented, and I have personally observed many times with different bear species, to signify that the pacing is not only an ARB, but a fully developed stereotypic behavior; it is indicative of significant psychological distress. There is also a distinct worn path inside the barriers of the bear exhibit.[135] In my experience, this is further evidence of a repetitive locomotor walking or pacing path. Bears will also exhibit "oral stereotypies," that may include, but are not limited to, sucking on body parts, tongue-flicking, water or air-biting, and chewing on inappropriate structures.

The bears at Tri-State have been observed chewing on the bars of their enclosure on multiple occasions.[136] It is probable that the bar chewing stereotypy began as a means of soothing the oral pain that the animals were experiencing, though it was evident even to Tri-State's former veterinarian (possessing minimal bear knowledge or experience) that the behavior was atypical and concerning.[137] Weight and age likely precluded more active expressions of distress, such as extended or recurring bouts of pacing, but the evidence existed nonetheless. Bears are also recognized as highly intelligent and complex animals, requiring engaging environments and comprehensive enrichment programs. An excellent example of a program designed specifically for rescued Asiatic black bears is attached in **Appendix IV**. The poor environmental conditions, lack of appropriate enrichment program, and chronic medical issues have resulted in psychological distress. The bears are not provided care that meets AWA minimum  nor industry standards.

o   "Diva" the wolf exhibits a stereotypic "pacing" behavior in the large exhibit that previously housed the lioness Peka. As we approached the exhibit during the inspection, Diva paced within her enclosure, which Mr. Candy attributed to the presence of the inspection team. A volunteer familiar with Diva entered the enclosure in an attempt to calm the animal down. Wolves are widely recognized and accepted as a social species, one that benefits from regular expression of species-typical social behaviors and conspecific interactions.[138] Diva is housed alone, with minimal appropriate enrichment visible that would encourage STBs. Her holding spaces are barren and do not provide the feel of a "den" or natural cover, and the only visible water source was dirty. Diva's environment and management are not reflective of industry standards of care for the species, and consequently it is unsurprising that she exhibits a stereotypic behavior. This behavior has been reported on several occasions, by visitors to the facility and (as with the bears) the previous attending veterinarian.

---

[134] ESA - PETA0003461 (Jul. 22, 2017).

[135] *See, e.g.*, ESA - PETA0003461 (Jul. 22, 2017); ESA - PETA0003463 (Jul. 22, 2017).

[136] Duncan Dep. 70:24–71:9, June 30, 2021 ("Q. You said you discussed chewing on bars and you observed the bears chewing the bars of the fence of their enclosure? A. Correct. Q. And did you observe that multiple times? A. Yes, at every instance that I performed a visual examination on the bears.").

[137] *Id*. 230:19–231:3 (testimony regarding veterinary experience with species of animals at Tri-State); *Id*., Exh. 43 at MVS00109 (veterinary records noting abnormalities in bears).

[138] Randall Lockwood, An Ethological Analysis of Social Structure and Affiliation in Captive Wolves (1976) (Ph.D. dissertation, Washington University of St. Louis), https://www.proquest.com/openview/d5b2fd541164ecc6f38bb003454be9d9/1?pq-origsite=gscholar&cbl=18750&diss=y.

o   *"Q. Her psychological well-being was evaluated? A. Yes, because she was exhibiting significant stereotypic behaviors, ie, she was constantly pacing."[139]*

Diva is not experiencing species-appropriate housing, husbandry, social conditions, or enrichment designed to elicit STBs. Diva exhibits stereotypic behaviors indicative of psychological distress, and in my professional opinion is experiencing very poor welfare.

It is generally accepted knowledge in animal welfare science that Abnormal Repetitive Behaviors and stereotypies are rooted in a normal, species-typical behavior that would be expected from an animal.[140] For example, pacing behaviors generally develop in species that would spend significant time walking to forage or mark territory, or over-grooming behaviors in those that engage in grooming themselves or conspecifics. It is also critical to recognize that the *ABSENCE* of species-typical behaviors, particularly under circumstances where an observer would expect to notice them, is a recognized sign of psychological distress.[141] This can develop to the level of "learned helplessness," where an animal is essentially experiencing a state where they are unable to change their environment or the consequences of their actions, and so essentially "give up." This is often associated with prey species that would normally "freeze" or hide when distressed, such as deer or small reptiles. It is a well-documented phenomenon in dogs rescued from terrible conditions.[142] It can be fatal, as an animal eventually stops exhibiting even basic behaviors such as eating and drinking.

Understanding the natural history of the animals under our care is an essential component of proper husbandry. The Defendants are clearly lacking in the appropriate knowledge and skills to provide care meeting minimum and industry standards. This is evident in the lack of environmental complexity, proper nutrition and feeding methods, and permitting expression of species-typical behaviors. **Appendix V** contains an example of a big cat ethogram. An ethogram is an objective catalogue of behaviors recognized in a specific species. Industry standards for behavioral management entail researching the natural history and expected behavioral repertoire of species under human care, and then designing habitats, nutrition, training and enrichment programs accordingly. There is no evidence that Mr. Candy, the veterinarians, nor the volunteers have researched nor applied these care parameters with the collection. Using the provided ethogram as an example, it would have aided in creating cougar, serval, Bengal cat, and bobcat management programs. Frustrating the expression of a wide range of species-typical behaviors results in psychological distress, evident in many Tri-State animals. Not only is it an industry standard to apply this approach to the care of each species, but it is also a minimum AWA standard.[143]

---

[139]   Duncan Dep. 61:14-18, June 30, 2021.

[140]   Mason, *supra* note 60.

[141]   Januszczak, *supra* note 74; Warwick, *supra* note 82.

[142]   Franklin D. McMillan, *Psychological Characteristics of Rescued Puppy Mill and Hoarded Dogs*, NAVC Conference 2013, https://www.vetfolio.com/learn/article/psychological-characteristics-of-rescued-puppy-mill-and-hoarded-dogs.

[143]   *See* 9 C.F.R. § 3.128 ("Enclosures shall be constructed and maintained so as to provide sufficient space to allow each animal to make *normal postural and social adjustments* with adequate freedom of movement.

The observations above are not an exhaustive list of the psychological neglect and trauma that these animals endure daily. However, they do indicate very poor animal welfare and neglect on the part of Tri-State. These psychological issues are compounded by the suboptimal behavioral environment. The animals cannot remove themselves from these situations, nor can they remove the distressing stimuli, leading to behavioral expressions of distress described above. Animals that experience substandard living conditions and neglect regularly develop behavioral concerns such as extreme aggression to cage-mates and human caretakers, diminished expression of STBs (including reproductive), and demonstrate a significant increase in solitary or socially inappropriate behaviors.[144] This may include the male llama demonstrating what Dr. Duncan describes as "berserker male llama syndrome";[145] during our recent site inspection I observed the llama rearing up in response to one of the team's videographers, reacting both suddenly aggressively. This is a danger to staff and volunteers, but more so to visitors unaware of the possible behavioral response to their presence, and who may be too close to avoid injury. I also distinctly remember examining the top beam of the fence after the incident, and noting that it is comprised of two separate boards, which could easily allow the llama's leg to become trapped and injured, even broken. It is the responsibility of an expert caregiver to recognize these types of behavioral concerns, and to mitigate or address them with appropriate management programs.

Enduring chronic neglect (e.g., through nutritional, social or environmental deprivation) leads to long-term depressive traits and impaired coping skills. Acute and chronic psychological distress result in permanent changes to the brain, nervous and endocrine systems (i.e., the amygdala). Chronically elevated levels of stress hormones, such as glucocorticosteroids, can lead to hypertension, respiratory and cardiac distress, and cause suppression of the immune system. The mammalian brain will also experience atrophy of the hippocampus, which affects learning and retention of information (LTP). Animals are incapable of learning in circumstances in which they are stressed or traumatized, as the more primitive amygdala in the brain (responsible for fight, flight, etc.), which changes permanently as a result of stress, will override learning or conditioning.[146] This means that animals that endure chronic psychological distress experience physical changes, and permanently endure impaired learning and memory retention, as well as adaptive and coping abilities.[147] The cumulative effects of distress will likely shorten these animals' lives and, in severe cases, lead to myopathy, injury, or even death.

---

Inadequate space may be indicated by evidence of malnutrition, poor condition, debility, *stress, or abnormal behavior patterns*.") (emphasis added).

[144] Angela Meder, *Effects of hand-rearing on the behavioral development of infant and juvenile gorillas (*Gorilla g. gorilla), DEV. PSYCHOBIOLOGY (May 1989); Jill D. Mellen, *Effects of early rearing experience on subsequent adult sexual behavior using domestic cats (*Felis catus*) as a model for exotic small felids* (2005), ZOO BIOLOGY (1992).

[145] Duncan Dep. 164:20–165:9, June 30, 2021.

[146] Heather Bacon, *Veterinary care, behaviour and rehabilitation of traumatised bears*, Advancing Bear Care (2015).

[147] Pryce, *supra* note 129.

The following observations, which were included in my June 2018 report, are included here to illustrate that the conditions described above were previously documented, and that standards of husbandry and medical care have not improved.

**Historic observations:**

o *Lack of any species-appropriate enrichment in exhibits that was not a filthy children's toy or recycled human food container.*

o *Inappropriate, species-atypical housing and conditions: i.e., porcupine with no trees/canopy to rest/hide in; fox enclosure with no outside dens; lack of perching or resting options for multiple species; kinkajous living in dark, unventilated area in old bird cages.*

o *Reptile house symptomatic of ALL issues: animals in fetid, stagnant water; improper food choices left spoiling and contaminated on floor; no temperature or humidity monitoring or management; atypical grouping with no means of evading other animals; lack of proper lighting for ultraviolet and physiological needs; accumulating of weeks (or more) of animal waste; evidence of rodent activity; lack of clean, sanitary surfaces or environments; no ventilation or insulation; underweight, inactive animals; no enrichment or appropriate environmental structures. I also observed a small snake in a clear, empty holding container that appeared to be dead. The snake feebly moved in response to Mr. Candy banging on a case on the adjacent counter. A squirrel monkey was also inappropriately housed with natural predators in the reptile house.*

o *Inappropriate social housing resulting in chronic psychological distress and impairment of specie typical behaviors: solitary Squirrel monkey (large troop), solitary Capuchin (large troop), solitary Singing dog (pair with mate, family structure).*

o *Animals exhibiting signs of psychological distress: signs of horses and hoofstock "cribbing," or chewing on edges of structure (a recognized coping behavior; small horse banging its head against structure repeatedly for > 15 minutes; animals pacing or inactive at atypical times; and a Singing dog continuously whining and vocalizing.*

o *I also observed inappropriate and unnecessary human contact, including Mr. Candy reaching both arms into the cougar cage and an apparent volunteer disturbing and then poking/petting clearly distressed/agitated kinkajous.*[148]

## 4. WELFARE & MANAGEMENT

Appropriate management of species and individuals is based on a progressive understanding of said species; their natural history, ecology, behavior, social structure, etc.[149] With this development of personal knowledge and skill should come a willingness to network with the larger community of caregivers, keeping abreast of modern trends, practices and resources, while  maintainong

---

[148] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 70-80, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

[149] *Id.*; Warwick, *supra* note 82.

contact with individuals whose expertise in specific aspects of husbandry or clinical care will be of benefit.

It is my professional opinion that the animals at the Tri-State facility are enduring reduced, negative welfare states. I have observed no evidence that Defendants possess the necessary understanding of the basic genetic expectations and husbandry needs of each species/animal, nor that staff/volunteers attempt to learn about modern best practices or apply current research to their methodologies. In the previous three Sections, examples of poor environment, lack of appropriate nutrition and medical care, and evidence of psychological distress were presented. Many of the enclosures at Tri-State are small, barren environments that do not meet species physiological needs or industry standards, such as snakes that do not have the ability to hide, choose appropriate thermal zones, or engage in normal postural adjustments such as stretching out.[150] Food is of poor quality and/or quantity, and diets are not measured and adjusted to meet species' and individual's needs. Little to no attention is paid to species-typical foraging and feeding mechanisms, understanding of which (and subsequently adjusting management to meet) would increase both physiological and psychological health. It is the industry standard in modern zoos to incorporate natural history into improving management programs.[151] Clear evidence of Abnormal Repetitive Behaviors and stereotypic responses exist; while these types of issues are not exclusive to Tri-State, Defendants show no recognition of these signs of psychological distress, present no dialogue on potential causes and mitigation goals, nor do they adjust existing management and care practices when presented with recurring problems. Essential components of generally accepted animal care practices include assessing and recording behaviors (both typical and atypical) to aid in assessing health and well-being,[152] researching the potential causes of identified signs of physical or mental distress,[153] and then networking and applying potential solutions or mitigating factors to improve the animal(s)' experience (which is further measured to gauge success).[154]

Animals under appropriate stewardship should not endure severe physical distress (Kumar the tiger, Charlie the cougar) and/or psychological distress (bar-chewing in the black bears) that result in very poor individual welfare or death. Nor should it require the intervention of external agencies or organizations attempting to improve the conditions and welfare of animals housed under human care. If animal suffering is evident to a consultant with (self-professed) minimal experience with

---

[150] Warwick, *supra* note 11; Warwick, *supra* note 82.

[151] Bacon, *supra* note 60; Cecilie R. Skovlund et al., *A Critical Review of Animal-Based Welfare Indicators for Polar Bears (*Ursus maritimus*) in Zoos: Identification and Evidence of Validity,* 30 ANIM. WELFARE 1 (2021).

[152] Forthman, *supra* note 127; Paul E. Rose et al*., Measuring Welfare in Captive Flamingos: Activity Patterns and Exhibit Usage in Zoo-Housed Birds,* 205 APPLIED ANIMAL BEHAV. SCI. 115 (2018).

[153] Mason, *supra* note 60.

[154] Parvene Farhoody, *Behavior Analysis, The Science of Training*, 15 VET. CLIN. EXOTIC ANIM. 361 (2012); Bacon, *supra* note 60; Zoos Victoria, *Zoos Victoria Animal Welfare Code* (2018).

a species, a professional caregiver familiar with industry standards should have noticed and sought relief long before.[155]

Industry standards include maintenance of appropriate records addressing the various aspects of animal husbandry::[156]

- accurate reporting and recording of data and animal records so that it can be readily accessed and analyzed; and
- regular monitoring of management practices and animal welfare through the use of a range of assessment tools.[157]

The records described above provide the ability to track changes over time (such as a decline in appetite, health, etc.), rather than rely on subjective, anecdotal recollections. Review of annual and historic variations aids in improved management of nutrition, seasonality changes, and behavioral management.[158] Transparency and communication for reporting bodies and stakeholders is more easily facilitated and managed. Reputable zoological facilities maintain records on applicable aspects of animal care, including, but not limited to:

- Acquisition/disposition;
- Reproduction;
- Veterinary history (including treatment logs);
- Nutrition (often including consumption logs);
- Behavioral observations (examples below not exhaustive);
    - Exhibit use
    - Expression of (of lack of) STBs
    - Social interactions
    - Changes or anomalies (physical or psychological)
    - Seasonal adjustments
    - Response to medical care
- Enrichment provision and assessment;
- Operant conditioning (training);
- Exhibit and grounds maintenance;
- Pest control;
- Safety;
- Educational impact (number of guests, programs conducted);

---

[155] *See* Duncan Dep. 71:10-12, June 30, 2021 ("Would you agree that their dental disease was obvious and plainly visible in September 2019? A. Yes. Q. And if Tri-State was visually inspecting the bears or monitoring them in any meaningful way they would have noticed on their own the bear's condition prior to PETA's site inspection in September of 2019? A. Correct. *id.* at 77:5–8 ("Q. Would you agree that the bears would have been suffering unnecessarily during that period? A. Yes.").

[156] Skovlund, *supra* note 154.

[157] Zoos Victoria, *supra* note 157.

[158] Farhoody, *supra* note 157.

- Conservation projects and impact; and
- Animal welfare.

I have not reviewed records or logs that demonstrate Defendants maintain any type of timely, current observations or notes. The only consistent records provided were from veterinary providers, with no correlating facility documents; even these veterinary records were often incorrect or incomplete.[159] Other records provided for review are inconsistent, missing specific information, outdated, or even retroactively altered.[160] The lack of appropriate record-keeping and systems of managing both the facility and the animal collection does not meet minimum AWA standards in many cases, and does not meet industry standards..

Despite the challenges in reviewing historical records, management protocols and practices, there exists a framework of understanding that permits an observer to make informed observations on the conditions of the facility and well-being of the animals. Current science and stewardship methodologies employ a variety of tools to assess individual animal welfare. Molly Staley et al. (2018) define animal welfare as a *"multifaceted concept that refers to an animal's collective physical, mental, and emotional states and is measured on a continuum from very poor to very good."*[161] The role of a caregiver and manager in a facility that remains current with best practices is to always strive to maintain "very good" or positive welfare states/scores for animals under human care. This not only creates conditions for animals to thrive, but also to meet modern zoo aims of conservation, research and education.[162]

The Association of Zoos & Aquariums (AZA), following the progressive philosophies and efforts of organizations such as Zoos Victoria, have defined industry standards, while providing templates for objective assessment.

- *AZA Accreditation Standard 1.5.0. The institution must have a process for assessing animal welfare and wellness.*

  *Explanation: This process should be both proactive and reactive, transparent to stakeholders, and include staff or consultants knowledgeable in assessing quality of life for animals showing signs of physical or mental distress or decline. The process should also include a mechanism to identify and evaluate*

---

[159] *See, e.g.*, Gold Dep. 94:5-10, Jul. 22, 2021 ("Q. Did you assess [Rico's] body condition score? A. I did a physical on him, his body condition score was good. Q. Why wasn't it recorded? A. Because these are basic notes, just so I know what I was looking at when I went there.") & Exh. 116 (Animal Record for the parrot, Rico); *Id*. 78:19–79:15 (testimony regarding error on bear vaccination record).

[160] *Compare, e.g.*, Duncan Dep., Exh. 52, June 30, 2021 *with* Candy 30(b)(6) Dep., Exh. 137, Aug. 11, 2021 (acquisition info retroactively altered); *compare, e.g.*, Program of Veterinary Care, Vet Visits (Tri-State Production 000267) (noting exam date as December 16, 2021) *with* Gold Dep., Jul. 22, 2021, Exh. 113 at CAH00071 (noting exam date as December 13,2021); *see also, e.g.*, Duncan Dep., Exh. 55, June 30, 2021 (disposition information missing).

[161] Staley, *supra* note 60.

[162] Rose, *supra* note 155.

> *the welfare/wellness impacts of significant life events or changes in the animal's environment as identified by the individual institution. Examples of life events/changes could include construction events, unusual weather events, noise intrusion, change in housing, or changes in animals exhibited with or nearby, etc. Animal welfare/wellness refers to an animal's collective physical and mental states over a period of time, and is measured on a continuum from good to poor.*[163]

Recognizing that not all facilities will achieve accreditation with organizations such as AZA or the Global Federation of Animal Sanctuaries (GFAS), it is currently an accepted industry standard to research, develop and apply a system of measuring and recording animal welfare. Should a facility not have the background or resources to develop a program specific to their facility and needs, many examples currently exist online and amidst professional networks and organizations that can easily be modified or applied to current management practices. I developed one such assessment tool (*see* **Appendix VI**) and have readily shared it with other professionals and facilities (both accredited and non-) to aid in improving animal welfare in their respective institutions.

Welfare assessment involves examining the enclosures and environments for species-typical suitability,[164] examining management practices in regard to what caregivers provide ("inputs"), and then measuring behavioral responses to environmental and managerial adjustments to assess improvement ("outputs").[165] Other aspects of animal care that are considered in welfare assessments include, but are not limited to:

- Nutritional needs and natural foraging/feeding strategies;[166]
- Environmental appropriateness, including space, complexity, and structures allowing species-typical behaviors (STBs);[167]
- Individual health and quality of experience;[168]
- Provision of and response to enrichment programs;[169]
- Provision of and response to operant conditioning programs;[170]
- Psychological well-being, including documentation of atypical STBs and ARBs, and management programs to address distress.[171]

---

[163] *The Accreditation Standards & Related Policies*, Ass'n of Zoos & Aquariums, (2021), https://assets.speakcdn.com/assets/2332/aza-accreditation-standards.pdf.

[164] Forthman, *supra* note 127.

[165] Rose*, supra* note 155; Skovlund, *supra* note 154.

[166] Januszczak, *supra* note 74.

[167] Bacon, *supra* note 60; Staley, *supra* note 60.

[168] Staley, *supra* note 60.

[169] Bacon, *supra* note 60; Staley, *supra* note 60.

[170] Whittaker, *supra* note 96.

[171] Bacon, *supra* note 60; Mason, *supra* note 60.

The observations and expert opinions rendered in this report follow the principles and applications of current animal welfare science. Understanding and use of these tools, and the philosophies and ethics behind them, are hallmarks of industry best practices.

> *For animals under professionally managed care, it is not only our ethical responsibility, but also our scientific imperative, to continue to advance animal welfare science and improve best management practices.[172]*

Throughout my in-person site inspections of Tri-State and review of extensive documents across several years, I have not observed any understanding of the concept of individual animal welfare. Nor have I examined any evidence of management or husbandry practices that indicate awareness of even the guiding principles. While Mr. Candy appears to care *about* the animals at the facility, he has not demonstrated any knowledge or skill in appropriately caring *for* the animals. Consequently, it is my professional opinion that the animals at Tri-State, individually and as a collection, are experiencing "very poor" welfare. This does not meet minimum AWA or industry standards..

The following observations were included in my previous expert report from June 2018. I am providing historic perspective to illustrate that the animals previously experienced, and continue to endure, "very poor" welfare.

**Historic observations:**

- *Animals were in poor health and physiological state. Specifically, I observed significantly underweight hoofstock, limping animals, overgrown hooves on several animals, and lethargic or unresponsive individuals.*
- *Inappropriate, species-atypical housing and conditions: i.e., porcupine with no trees/canopy to rest/hide in; fox enclosure with no outside dens; lack of perching or resting options for multiple species; kinkajous living in dark, unventilated area in old bird cages.213*
- *Reptile house symptomatic of ALL issues (Figures 18 and 19): animals in fetid, stagnant water; improper food choices left spoiling and contaminated on floor; no temperature or humidity monitoring or management; atypical grouping with no means of evading other animals; lack of proper lighting for ultraviolet and physiological needs; accumulating of weeks (or more) of animal waste; evidence of rodent activity; lack of clean, sanitary surfaces or environments; no ventilation or insulation; underweight, inactive animals; no enrichment or appropriate environmental structures.214 I also observed a small snake in a clear, empty holding container that appeared to be dead. The snake feebly moved in response to Mr. Candy banging on a case on the adjacent counter. A squirrel monkey was also inappropriately housed with natural predators in the reptile house.*
- *Inappropriate social housing resulting in chronic psychological distress and impairment of species typical behaviors: solitary Squirrel monkey (large troop), solitary Capuchin (large troop), solitary Singing dog (pair with mate, family structure).*

---

[172] Staley, *supra* note 60.

- *Animals exhibiting signs of psychological distress: signs of horses and hoofstock "cribbing," or chewing on edges of structure (a recognized coping behavior; Figures 16 and 20); small horse banging its head against structure repeatedly for > 15 minutes; animals pacing or inactive at atypical times; and a Singing dog continuously whining and vocalizing.*
- *I also observed inappropriate and unnecessary human contact, including Mr. Candy reaching both arms into the cougar cage (Figure 21) and an apparent volunteer disturbing and then poking/petting clearly distressed/agitated kinkajous.*[173]

## 5.  SUMMARY

In my professional opinion, Defendants do not possess the background, experience, or resources to properly care for the animals at Tri-State.[174]

With regard to Tri-State's lack of resources, its current consulting veterinarian testified that his office "probably gave [Mr. Candy]" a discount on veterinary bills because Mr. Candy "doesn't have a lot of resources," and "he can use all the help he can get."[175]  Despite Dr. Gold's admirable attempts to reduce the financial impact on Mr. Candy, this does not improve the experience or welfare of the animals, particularly in light of Mr. Candy's history of "chronically declin[ing] intervention and . . . delayed treatment" for animals, including preventative care measures such as vaccination and parasite screening, medications and medical procedures, diagnostics, and euthanasia.[176]

Mr. Candy defends his personal methodologies and "expertise," though he chooses to remain separate from professional networks that exist to provide support to animal caregivers and managers. Husbandry and welfare should not be compromised due to lack of understanding.[177]

I feel a professional imperative to briefly discuss one final topic. From arrival at the Tri-State roadside facility (Fig. 1), the visitor experience is one of disrepair, clutter, and barren conditions. Buildings are dilapidated, and signs and graphics faded and worn. Animals that do not represent healthy versions of their species/breed are visible everywhere, and exhibits are run-down, lacking

---

[173] Expert Report of J. Pratte (Jun. 8, 2018), ECF No. 99-47 at 80, *PETA v. Tri-State*, 424 F. Supp. 3d 404 (D. Md. 2019).

[174] *See, e.g.*, Duncan Dep. 224:4-8, June 30, 2021 ("Q. Do you think the animals in Mr. Candy's care would be better off at a reputable facility that has the resources and staff to properly care for the animals? A. Yes.").

[175] Gold Dep. 104:16–105:6, Jul. 22, 2021 ("Q. And what do you mean by trying to help the guy out? A. He doesn't have a lot of resources, so, you know, we try to give as many breaks as possible, but, you know, drugs and stuff are expensive. So people that need extra help, we try to help as much as possible. Q. Did Mr. Candy – A. . . . . [W]e probably gave him a discount because he can use all the help he can get.").

[176] *See, e.g.*, Duncan Dep. 11:6–15, 13:5–20, 43:11–25, 51:9–14, 55:17–20, 56:11–22,  June 30, 2021.

[177] Januszczak, *supra* note 74.

complexity, and housing animals that suffer chronic negative welfare. The exhibits and grounds abound with stacks of used materials and refuse, with innumerable physical hazards to personal safety. Examples include the splintered boards and exposed nails/wires/etc. in various figures presented throughout the report, and others like the rusted box-cutting blade I discovered alongside a visitor path during the recent inspection.

The conditions at Tri-State are not only suboptimal for the animals, but equally so for visitors. Between the appearance of the grounds, the unsafe state of the facility, the very poor welfare of the animals, and the lack of skills/knowledge possessed by staff and volunteers, the Tri-State facility does not represent a modern zoo. (Figs. 72 and 73.) It is incredibly concerning to me that members of the general public would visit this facility, leaving with the impression that Tri-State is a legitimate "zoo", "sanctuary" or "rescue." The Defendants are not only harming the animals under their care, but they are damaging the credibility, professionalism and dedication of truly knowledgeable and skilled industry experts and institutions that strive for improvement and progress.





Fig. 72 (above) [PETA0002351] & Fig. 73 (below) [PETA011580]: Standard Tri-State visitor experiences that do not represent reputable animal care facilities.

> *"Maintenance of positive welfare in captive populations is essential if animals are to thrive, and meet modern zoo aims of conservation, research and education"[178]*

The substandard conditions at Tri-State are pervasive. All of the animals are adversely affected by lack of knowledge, training, finances, and appropriate veterinary/husbandry care and management. There are currently no approved PVCs, and the consulting veterinarian, Dr. Gold, has repeatedly indicated that he does not care for farm animals, which comprise a significant portion of the remaining animals.[179] The figures in this report reflect the suboptimal conditions, very poor welfare of the animals, and the overall condition of the facility. In my expert opinion, the animals at Tri-State endure preventable distress, injury, suffering and untimely death. All of the animals at Tri-State endure daily distress and neglect. The animals need to be provided with appropriate, specialized care from caregivers knowledgeable of best practices, who choose to meet and exceed minimum and industry standards.

---

[178] Rose, *supra* note 155.

[179] *See, e.g.*, Gold Dep. 108:19–109:10 ("Q. Did you ever examine or treat the sheep, goats, mini horses, donkey, geese, turkeys, peacocks, ducks, or chickens at Tri-State? A. I have not. . . . Q. And why haven't you examined all of the species that we just mentioned? A. That's not what I was there for and I'm not there for the farm animals.").

Pursuant to 28 U.S.C. § 1746, I, Jason Pratte declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10th day of September 2021.

_____

Jason Pratte

APPENDIX I

# Jason Pratte, M.A.

27 Proctor Blvd
Utica, NY   13501
(404)788-4788
*jaypratte@gmail.com*

## Education

2008- 2011          **George Mason University**                                    Washington, D.C.

**M.A.**, Interdisciplinary Studies Department, ***Association of Zoos and Aquariums*** Zoo and Aquarium Leadership program, *Collection Management focus*.

1989- 1994          **University of Alberta**                                        Edmonton, Alberta

**B.S.**, Major in Zoology, Minor in Behavioral Psychology

## Professional Positions

2021 – Present          **Utica Zoo**                                                Utica, NY
*Director of Animal Care, Conservation & Education*
- Senior executive manager, providing full institutional coverage when Executive Director is absent.
- Develop and implement progressive behavioral management and care programs for zoo.
- Master and Strategic planning. Exhibit design and restructuring.
- Institutional budget planning and management.
- Emergency Response Team leader; evolve program to exceed AZA guidelines, plan/implement drills.
- Development and implementation of wellness assessment standards and measurement tools.
- Develop advanced and progressive medical training programs with veterinary staff for both institutions.
- Develop public training demonstrations and interactive animal programs.
- Develop/manage institutional training program: skill development, assessment, record-keeping.
- Foundation donor and VIP tours and demonstrations.
- Collaborate with Utica College, guiding senior Animal Behavior students through research methods to solve behavioral concerns within collection.
- Develop/implement AZA training, enrichment and welfare philosophies and assessment protocols.
- AZA Animal Welfare Committee IR.


2010 – 2021          **Omaha's Henry Doorly Zoo and Aquarium**                    Omaha, NE
*Behavioral Husbandry & Welfare Manager*
- Acting Director as requested or required when senior management absent.
- Develop and implement progressive behavioral management and care programs for zoo and satellite safari park facility.
- Master and Strategic planning. Exhibit design and restructuring.
- Budget planning and management.
- Emergency Response Team leader; evolve program to exceed AZA guidelines, plan/implement drills.
- Development and implementation of wellness assessment standards and measurement tools.
- Develop advanced and progressive medical training programs with veterinary staff for both institutions.
- Develop public training demonstrations and interactive animal programs.
- Develop/manage institutional training program: skill development, assessment, record-keeping.
- Foundation donor and VIP tours and demonstrations.
- Collaborate with University of Nebraska, Omaha service learning program, guiding senior Animal Behavior students through research methods to solve behavioral concerns within collection.
- Develop/implement AZA training, enrichment and welfare philosophies and assessment protocols for zoo, aquarium and wildlife safari park.
- AZA Animal Welfare Committee IR.

2014 - present   **University of Nebraska Omaha**                                Omaha, NE
*Adjunct Professor*
- *Animal Behavior.* Primary instructor; Spring session, 2016. Co-instructor for Fall Animal Behavior lab, responsible for choosing, assigning and monitoring appropriate Service Learning projects that will benefit both Zoo and students.
- *Animal Welfare & Human Influence.* Primary instructor; Spring session, 2013 - 2019. Developed and taught course in conjunction with Dr. Rosemary Strasser.

2003 - 2010   **Zoo Atlanta**                                Atlanta, Georgia
*Program Animals Manager* (07-10)
- Daily husbandry of diverse animal collection, including collection planning and acquisitions.
- Training and enrichment program management.
- Developed animal handling protocols and manual for staff and volunteers.
- Public shows, education programs, keeper talks/encounters.
- Staff and volunteer management, scheduling.
- Media and public relations representative for zoo.
- Emergency Response planning and evaluation.

*Giant Panda Keeper II* (03-04) *Keeper III* (05-07)
- Program management of adult giant pandas and cub(s).
- Research and data collection.
- Managed operant conditioning program (husbandry and medical).
- Exhibit enhancement and design.
- Conducting educational programs.
- Developed training program at Panda Research Base in Chengdu, China.
- Coordination of A.I., pregnancy, and successful panda birth and rearing.

1999 – 2003   **Dallas Zoo**                                Dallas, Texas
*Senior Mammal Keeper*
- Daily care and maintenance wide range of taxa.
- Management of Tiger & Mandrill training programs.
- AAZK chapter vice-president.; co-chair for 2004 AAZK Conference.
- Co-chair Enrichment Approval Committee.
- Emergency Weapons Team member/Safety Officer.
- Supervising volunteers; mentoring entry-level staff.

1998 - 1999   **Little Rock Zoo**                                L. Rock, Arkansas
*Carnivore Keeper*
- Daily care and maintenance of several species in various taxa.
- Operant conditioning for numerous species.
- Enclosure design; environmental enrichment.
- Supervised volunteers and swing keepers.
- Explorer post advisor; active AAZK member.
- Emergency Response Team leader.
- Hand rearing.

1996 – 1997   **Calgary Zoo**                                Calgary, Alberta
*Seasonal Zookeeper*
- Daily husbandry (carnivores, primates, hoofstock, invertebrates).
- Supervision of zoo labourers, volunteers, docents.
- Education programs for visitors and VIPs.
- Developed operant conditioning and enrichment programs for numerous species.

1994 – 1996        **Contract Animal Trainer**                              Vancouver, B.C.
***Contract Work; Canadian Film Industry***
- Operant conditioning (specializing in carnivores) for film and television.
- Daily husbandry of captive exotics.
- Handling and restraint of dangerous species.
- Supervision and safety of personnel on film sites.

1992 – 1994        **Al Oeming's Polar Park**                              Edmonton, Alberta
***Head Keeper – Park Manager***
- Daily husbandry (extensive carnivore, hoofstock and bird experience).
- Hand-rearing (wolverines, bobcats, porcupine, various ungulates).
- Operant conditioning for behavioural husbandry.
- Managed wolverine and cheetah breeding programs.
- Supervised, hired, trained, & scheduled personnel
- Initiated and coordinated volunteer program.
- Conducted park tours and conservation lectures.
- Responsible for all media and public relations.
- Liaised with gov't agencies on CITES & SSP projects.

**Awards and Honors**
- 2011 American Association of Zookeepers Excellence in Journalism Award for publication "Training Bears for Voluntary Blood Collection"
- 2016 Director's Award from the Omaha Henry Doorly Zoo & Aquarium for successfully hosting the international Advancing Bear Care conference in Omaha, NE.

**Professional Certification and Training**
- Critical Incident Stress Management Certification (Initial and Advanced)
- FEMA Certification: Incident Command [ICS-100, 200, 700]
- Aquatic Animal Welfare Certificate: *The Aquarium Vet, 2020*
- Optimal Welfare of Aging Animals: *Animal Behavior Concepts, San Francisco, 2016*

**Papers at Professional Conferences**
- ***Creating Habitats from a Whole Lotta Nothin'.*** Proceedings, AAZK National Conference, 1999.
- ***Training Three Juvenile Indochinese Tigers from Scratch.*** Proceedings, AAZK National Conference, 2001.
- ***Free Trip to Africa.*** Proceedings, AAZK National Conference 2002.
- ***Expanding our Career Horizons: A Panda Department's Journey***. Proceedings, AAZK National Conference, 2004.
- ***Teaching Operant Conditioning Methods and Training Program Management in China.*** Proceedings, AAZK National Conference, 2006.
- ***Formation of a Critical Incident Stress Management Team at the Dallas Zoo***. Proceedings, AAZK National Conference, 2006.
- ***Giant Pandas and Research: Spatial Memory Recall and Training Methods***. Proceedings, AAZK National Conference, 2007.
- ***Training Bears for Voluntary Blood Collection***. Advancing Bear Care, San Francisco, CA, 2009.
- ***Basic Bear Training Techniques.*** Advancing Bear Care, Banff, Alberta, Canada, 2011.
- ***Xenoglossy: What are they really hearing?*** Advancing Bear Care, New Jersey, 2013.
- ***Bärle's Story: A Model of Behavior-based Husbandry.*** *Capstone address,* Advancing Bear Care, Omaha, 2016.
- **Finding Common Ground in Animal Law.** Capstone address with Brittany Peet, Director of CALE, Advancing Bear Care, Scotland, 2019.

**Conferences and Symposia**

- National Behavioral Husbandry Committee member since 2001. Worked with committee to present training and husbandry workshops at the national conferences in 2001, 2002, 2004, 2006, 2007.
- Bear "Training 101" workshops at international Advancing Bear Care conferences in 2007, 2009, 2011.
- Advancing Bear Care conference, Pomona, CA, 2007: Goal and training program planning workshop for bear managers in China.
- Advancing Bear Care conference, San Francisco, CA, 2009: Voluntary bear blood collection training workshop.
- Advancing Bear Care conference, Banff, Alberta, 2011: Management of giant pandas; focus group.
- Advancing Bear Care conference, New Jersey, 2013. Advanced operant conditioning techniques and program management.
- USDA "Lions, Tigers and Bears" Symposium, Kansas City, MO, July, 2014. *Using Operant Conditioning Techniques for Long-Term Behavioral Management.*
- Advancing Bear Care workshop, Brasov, Romania, October, 2014. *Training 101; Comprehending Learning*; Practicum at Brasov Zoo.
- Advancing Bear Care workshop, Hanoi, Vietnam, October/November, 2015. *Training 101; Comprehending Learning*; Practicums at Hanoi Zoo & Animals Asia Sanctuary at Tam Dao.
- Advancing Bear Care conference, Omaha, Nebraska, 2016. Presented lectures on Behavior-based Husbandry, Operant Learning, and Advanced Welfare Practices.
- Zoos and Aquariums as Welfare Centres: Ethical Dimensions and Global Commitment, Detroit, MI, May 2017. WAZA and CZAW invitation-only International Welfare Symposium.
- ISZAW 3rd International Symposium on Zoo Animal Welfare, Chicago, IL, October 8-10, 2017.
- Advancing Bear Care workshop, Agra, India. December 2018. *Behavior-based Husbandry Techniques; Operant Conditioning and Program Management;* Practicum-Wildlife SOS Agra Bear Rescue Facility.
- Advancing Bear Care conference, Scotland, 2019. Presented lectures on Behavior-based Husbandry, Operant Learning, and Advanced Welfare Practices, Animal Law collaborations.

**Courses Taught**

- ***Animal Welfare & Human Influence***. Spring session, 2013-2019. University of Nebraska, Omaha. Developed and taught course in conjunction with Dr. Rosemary Strasser.
- ***Animal Behavior.*** Spring session, 2016. Co-instructor for Fall session ***Animal Behavior*** lab, Fall 2016.
- ***Captive Wildlife Management.*** Spring session, 2014-2018. Guest lectures on *Operant Conditioning Techniques* and *Zoological Case Studies* for Dr. Heather Bacon at the University of Edinburgh.

**Student Presentations at Local Conferences**

- Peterson, M. & Kube, E. (April 2011). Predictors of Ear Clasping Behavior in Western Lowland Gorilla. [poster] UNO Research & Creative Activity Fair
- Bruns, K. (April 2012). Zebra Shark Training. [poster] Omaha Metropolitan Science Fair

**Peer-Reviewed Publications**

*It's What They Do.* The Shape of Enrichment, Vol.12, No.4, November 2003

*Options for Training Side Presentation in Large Canids and Felids.* Animal Keeper's Forum, Vol. 30, No. 9, September 2003. P 390-391.

*The Four Faces of Operant Conditioning.* AAZK Animal Keeper's Forum, Vol. 34, No. 11, November 2004.

*Don't Shoot the Keeper: A Practical Guide to Training Your Co-workers.* Pratte and Binney, AAZK Animal Keeper's Forum, January 2005.

*Tools of the Trade: Variety is the Spice of Life.* AAZK Animal Keeper's Forum, Vol. 32, No. 6, July 2005.

*Teaching Operant Conditioning Methods and Training Program Management in China.* AAZK Animal Keeper's Forum, October 2006. P 420-426.

***Formation of a Critical Incident Stress Management Team at the Dallas Zoo.*** Fitzgerald et al. Special edition on Crisis Management in Zoos. Animal Keepers' Forum, Vol. 34, No. 11/12, Nov/Dec. 2007. P 502-505.

***Making a Connection with Keeper Talks.*** Pratte and Cavarra, AAZK Animal Keeper's Forum, February 2007. P 80-84.

***Proper Use of Cues***. AAZK Animal Keeper's Forum, Vol. 36, No. 9. September 2009. P 376-379.

***Spatial Memory Recall in the Giant Panda*** *(Ailuropoda melanoleuca).* Perdue, et al. <u>Journal of Comparative Psychology</u>, Vol 123, No.3, 2009. P 275-279.

***Training Bears for Voluntary Blood Collection.*** AAZK Animal Keeper's Forum, Vol. 37, No. 6. June 2010. P 281-288.

***When Maintenance Doesn't Require a Work Order.*** Pratte and Kezer, AAZK Animal Keeper's Forum, Vol 38, No 1, January 2011. P 18-20.

***Ideas to Help New Training Programs.*** AAZK Animal Keeper's Forum, Vol 39, No 3, March 2012. P 139-141.

***Ideas to Help New Training Programs (Part 2).*** AAZK Animal Keeper's Forum, Vol 39, No 6, June 2012. P 282-286.

## Invited Lectures and Presentations
- 2005: Invited to Chengdu Base of Giant Panda Breeding and Research in China. Taught advanced operant conditioning methods and development of a behavioral husbandry program.
- 2008: Georgia Tech. Career opportunities for students with zoological degrees.
- 2009: Georgia State University. Collaboration between educational, medical and zoological institutions.
- Spring 2012: Omaha Rotary. *Training, Enrichment and Research at Omaha's Henry Doorly Zoo.*
- Spring 2012: University of Nebraska Omaha. Animal Behavior course; *Communication & Behavior.*
- Fall 2012: Omaha Women's Network. Behavior, training methods and applications for managers.
- USDA "Lions, Tigers and Bears" Symposium, July, 2014. *Using Operant Conditioning Techniques for Long-Term Behavioral Management.* Invited as keynote speaker by APHIS, USDA and HSUS.
- Summer 2015: Mutual of Omaha. *Communication and Management; Reinforcement Methods Applied to a Business Model.*
- Spring 2016: Turpentine Creek Wildlife Refuge. Invited as a team leader to develop facility-wide training programs. Two-day workshop/presentation for staff.
- Spring 2016: Nebraska Humane Society. *Advanced Operant Conditioning Techniques and Program Management.* Case studies from a comparative zoological perspective. Invited by the Director of Behavior and Training.
- December 2018: Wildlife SOS. Training and enrichment workshop at Manikdoh Leopard Center in India. Aided in staff skill development and development of long-term program goals.

## Professional Affiliations
- Member American Association of Zookeepers, National and Chapter. Past VP and Secretary.
- Professional member Association of Zoos and Aquariums.
- President and founding director of the Bear Care Group.
- Big Cat Sanctuary Alliance: Advisory Committee- Animal Husbandry

## Professional Service
- Column editor and contributor for Animal Keeper's Forum *"Training Tales".*
- Professional animal welfare and behavior consultant for USDA and numerous NGOs.Recognized expert witness in Animal Husbandry, Animal Behavior, and Animal Welfare in multiple US Federal court circuits. Collaboration as same with State Attorney General offices.

**Community Service**

- Active volunteer and board member with ***Mid-America Rottweiler Rescue*** (currently vice-president) and ***Midwest Dog Rescue Network*** in Nebraska and Iowa. Foster provider, intake/home assessor, and behavior consultant.
- FETCH volunteer and training advisor for ***Nebraska Humane Society*** and ***Midlands Humane Society***. Behavior consultant for both organizations; French bulldog and Rottweiler foster.
- 2015: Published a comprehensive adoption manual in three sections for the European NGO ***Love Underdogs***; Adoption Handbook, Training Handbook, and Nutritional Guidelines.
- 2009: Drafted an animal behavior and aggression-management manual for ***Atlanta Fulton County Humane Society***. Conducted personality and behavioral assessments on new intake animals.
- 2002: Worked with municipal juvenile detention facility on reward and recognition incentives for participation in the institution's dog training rehabilitation program.

# Jay Pratte: Leadership Profile

jaypratte@gmail.com

## Omaha's Henry Doorly Zoo & Aquarium

**w/ Lee G. Simmons Conservation Park & Wildlife Safari**                      2010 – Present

- Leading 16 Animal Care areas & Animal Health department in progressive husbandry, management and welfare assessment/development for the zoo, aquarium, and satellite safari park facilities.
- Acting Director as requested or required; lead all zoo departments (including PR, Guest Services, Grounds) and manage daily operations.
- Budget planning and management for Animal Care department; capital budgets for exhibit design.
- Work with executive leadership and board of directors to plan and meet annual goals.
- Master (10 and 20 yr) and Strategic (5 yr) planning and goal setting; exhibit design and development.
- Collection and C2S2 planning and management.
- Personnel leadership: Coordinator, 16 supervisors >100 FT/PT animal care staff; >30 Docent volunteers.
- Emergency Response Team leader, including AZA compliance and drill planning.
- FEMA Certification: Incident Command: ICS-100 (Incident Command System); ICS-200 (ICS for Initial Action Incident); ICS-700 (National Incident Management System).

## Association of Zoos & Aquariums, George Mason University          2008 – 2011

- Completed MAIS degree in AZA Zoo & Aquarium Leadership Science: Focus on Collection Planning.
  - SSP Management, Leadership Skills, Non-Profit Management.
  - Professional media training.
  - Fundraising and capital planning.

## Bear Care Group                                                                 2007 – Present

- Founding board member of international non-profit; held Treasurer, Secretary and Vice-President roles.
- Current President, since 2014. Lead seven directors, >20 volunteers.
- Plan and lead international workshops and conferences in progressive bear management practices.
- Liaise with global NGO's and legislative bodies (including OSHA, USDA, CITES).
- Engage  donors and sponsors; develop fundraising and grant programs.

## University of Nebraska at Omaha                                          2010 – Present

- Develop curriculum/materials; instruction of classes and labs at senior level.
- Coordination of Service Learning Program.
- Designing and managing animal care departments' behavioral research projects.

## American Association of Zookeepers                                       1999 – Present

- Behavioral Husbandry Committee leader 2002 – 2016; currently editor of professional journal.
- Grants Committee 2006 – 2016; developed qualitative applicant assessment tool.

## Mid-America Rottweiler Rescue                                            2011 – Present

- Invited to Board of Directors, current Vice-President.
- Lead a diverse team of ten directors and >50 volunteers in improving fundraising and education efforts.
- Plan and host annual fundraising and outreach event.

## Jay Pratte: Leadership Profile

jaypratte@gmail.com

### Zoo Atlanta

2003 – 2010

- Personnel management; nine FT staff, three PT, >75 interns/volunteers.
- Coordinated Docent and Volunteer programs; developed institutional Program Animal Manual.
- Emergency Response Team leader.
- Liaised with Ministry of Recreation in China.
- Institutional media representative.

### Dallas Zoo

1999 – 2003

- Department leadership: ExxonMobil Tiger Habitat, Primate Place, Lemur Plaza.
- Critical Incident Stress Management Certification (Initial and Advanced).
- ERT and Emergency Weapons Team leader.

### Related Training

- Managing Millennials.
- Addressing Harassment in the Workplace.
- Personality Profiles and Compatibility.
- Zoo ERT and Municipal Response Training.
- Active Shooter Response.
- Gallup© Strengths Insight assessment [below].

## Gallup© StrengthsFinder 2.0 Report

**Input:** People who are especially talented in the Input theme have a craving to know more. Often they like to collect and archive all kinds of information. *"It's very likely that you might yearn to acquire certain types of knowledge and/or master specific skills; your hard work prepares you to move forward with particular projects, assignments, or action plans."*

**Individualization:** People who are especially talented in the Individualization theme are intrigued with the unique qualities of each person. They have a gift for figuring out how people who are different can work together productively. *"Driven by your talents, you may be able to mix and match certain people's talents, skills, knowledge, experiences, educational levels, and/or ages. Maybe you gain some insights about the ways particular individuals respond to one another when they are facing challenges or solving problems."*

**Strategic:** People who are especially talented in the Strategic theme create alternative ways to proceed. Faced with any given scenario, they can quickly spot the relevant patterns and issues. *"It's very likely that you might easily detect unusual configurations or spot new trends in data or factual information. Because of your strengths, you can reconfigure factual information or data in ways that reveal trends, raise issues, identify opportunities, or offer solutions."*

**Achiever:** People who are especially talented in the Achiever theme have a great deal of stamina and work hard. They take great satisfaction from being busy and productive. *"Because of your strengths, you are quite determined to enhance your talents rather than waste time worrying about your limitations. You often experience bursts of rapid growth each time you can use your talents, knowledge, and/or skills."*

**Responsibility:** People who are especially talented in the Responsibility theme take psychological ownership of what they say they will do. They are committed to stable values such as honesty and loyalty. *"By nature, you conduct yourself in an exceptionally mature and orderly fashion. Many individuals regard you as an expert in your field. They probably notice you are organized, reliable, dependable, and efficient. When people acknowledge these traits, you are motivated to use them on a daily basis."*

# Jay Pratte: Conservation Profile
jaypratte@gmail.com

## Lewa Wildlife Conservancy
2001 – Present

- Annual fundraising through the American Association of Zookeeper's "Bowling for Rhinos"
- Participation in community-based conservation
- Care and support of injured or orphaned wildlife
- Training in Conservancy security and tracking measures
- Conservation assessment and goal discussions with Lewa and Il Ngwesi leaders
- Training in community development: water access/retention, schools, medical centers, fiscal and grant allocation programs, sourcing local cultural industry
- Eco-tour planning, support and leadership
- Advocacy and education in North America

## Wildlife SOS
2007 – Present

- Annual fundraising through OHDZA grant programs, product sales and the Bear Care Group
- Participation in community-based conservation
- Care and support of injured or orphaned wildlife; participate in wildlife rescue
- Conservation assessment and goal discussions for:
    - Bears
    - Elephants
    - Leopards
    - Tigers
- Conference and workshop presentations in North America and India to aid in regional and staff professional development
- Site visitation and grant proposals for Ramdurg – Daroji Sloth Bear Habitat Restoration Project
- Site visitation and staff training at Agra and Bennerghatta bear rescue sanctuaries and Manikdoh leopard rescue center
- Advocacy and education in North America

## Animals Asia
2007 – Present

- Annual fundraising through OHDZA grant programs and the Bear Care Group
- Participation in community-based conservation addressing bear bile farms and dog meat issues
- Conference and workshop presentations in North America and Vietnam to aid in regional and staff professional development
- Site visitation and staff training at Chengdu and Vietnam sanctuaries
- Advocacy and education in North America

## Chengdu Research Base of Giant Panda Breeding
2003 – 2010

- Site visitation and staff training
- Professional development courses for base staff, taught in Chengdu and North America
- Breeding and AI procedures with giant pandas
- Research on maternal care, operant learning, and spatial memory

## Jay Pratte: Conservation Profile

jaypratte@gmail.com

### Hauser Bears / Love Underdogs

2007-Present

- Development of annual grant to support professional development in field of bear care
- Published columns and documents for newsletters and stakeholders addressing feral dog issues throughout Romania
- Site visitation and staff training in Romania
- Management of sponsorships for Advancing Bear Care conferences

### Bear Care Group

2007 – Present

- Build and maintain collaborative efforts; create and present professional development programs; support welfare and conservation initiatives of:
  - Libearty Bear Sanctuary Zarnesti, Romania
  - Polar Bears International
  - The Winton Foundation
  - IFAW
  - Four Paws International
  - Bornean Sun Bear Conservation Centre in Sandakan, Sabah
  - Spectacled Bears Conservation Society, Peru
  - Northern Lights Wildlife Society, British Columbia
  - Woodlands Wildlife Refuge, New Jersey

### American Association of Zookeepers

1999 – Present

- Build and maintain collaborative efforts; create and present professional development programs; support conservation initiatives of:
  - Lewa Wildlife Conservancy in Kenya, Africa
  - International Rhino Foundation
  - Action for Cheetahs in Kenya, Africa
  - Ujung Kulon National Park in Java, Indonesia
  - Bukit Barisan Selatan National Park in Sumatra, Indonesia

# APPENDIX II

### Authorities Relied Upon

**Association of Zoos and Aquariums**

- *The Accreditation Standards & Related Policies*, Ass'n of Zoos & Aquariums, (2021), https://assets.speakcdn.com/assets/2332/aza-accreditation-standards.pdf.
- *Colobus Monkey* (Colobus) *Care Manual* (2012).

**Global Federation of Animal Sanctuaries**

- Standards for Non-testudine Reptile Sanctuaries (June 2013), https://www.sanctuaryfederation.org/wp-content/uploads/2017/09/Non-testudine-Reptile-StandardsJune2013HA.pdf.

**United States Department of Agriculture**

- Animal Welfare Act and Animal Regulations. November, 2013.
- *Animal Care Tech Note: Guidance for Zoos and Captive Wildlife Facilities: Protecting Susceptible Animals From SARS-CoV-2 Infection*, USDA, https://www.aphis.usda.gov/animal_welfare/downloads/ac-tech-note-covid-animals.pdf (last accessed Sept. 7, 2021).

**Zoos Victoria**

- *Zoos Victoria Animal Welfare Code* (2018).

**Papers**

- Bacon, *Veterinary care, behaviour and rehabilitation of traumatised bears*, Advancing Bear Care (2015).
- Bacon, *Behaviour-Based Husbandry—A Holistic Approach to the Management of Abnormal Repetitive Behaviors*, 8 ANIMALS 103 (2018).
- Buchanan-Smith et al., *Living Together: Behavior and welfare in single and mixed species groups of capuchin (*Cebus apella*) and squirrel monkeys (*Saimiri sciureus*)*, 72 AM. J. PRIMATOLOGY 33.
- Farhoody, *Behavior Analysis, The Science of Training*, 15 VET. CLIN. EXOTIC ANIM. 361 (2012).
- Forthman et al., *The Role of Applied Behavior Analysis in Zoo Management: Today and Tomorrow*, 25 J. APPLIED BEHAV. 647 (1992).
- Foy et al., *Behavioral stress impairs long-term potentiation in rodent hippocampus*, 48 BEHAV. & NEURAL BIOLOGY 138 (1987).
- Gilmer et al., *Early experience and depressive disorders: human and non-human primate studies*, 75 J. AFFECTIVE DISORDERS 97 (2003).
- Goryoka et al., *One Health Investigation of SARS-CoV-2 Infection and Seropositivity among Pets in Households with Confirmed Human COVID-19 Cases — Utah and Wisconsin, 2020* (2021), https://www.biorxiv.org/content/10.1101/2021.04.11.439379v1.
- Januszczak et al., *Is Behavioural Enrichment Always a Success? Comparing Food Presentation Strategies in an Insectivorous Lizard (*Plica plica*)*, 183 APP. ANIM. BEHAV. SCI. 95 (2016).

- Lockwood, An Ethological Analysis of Social Structure and Affiliation in Captive Wolves (1976) (Ph.D. dissertation, Washington University of St. Louis), https://www.proquest.com/openview/d5b2fd541164ecc6f38bb003454be9d9/1?pq-origsite=gscholar&cbl=18750&diss=y.
- Mason, *Stereotypies: a critical review*, 41 ANIMAL BEHAVIOR 1015.
- McMillan, *Psychological Characteristics of Rescued Puppy Mill and Hoarded Dogs*, NAVC Conference 2013, https://www.vetfolio.com/learn/article/psychological-characteristics-of-rescued-puppy-mill-and-hoarded-dogs.
- Meder, *Effects of hand-rearing on the behavioral development of infant and juvenile gorillas (*Gorilla g. gorilla*)*, DEV. PSYCHOBIOLOGY (May 1989).
- Mellen, *Effects of early rearing experience on subsequent adult sexual behavior using domestic cats (*Felis catus*) as a model for exotic small felids* (2005), ZOO BIOLOGY (1992).
- Miller, *Compounding of discriminative stimuli from the same and different sensory modalities*, 16 J. EXPERIMENTAL ANALYSIS OF BEHAV. 337 (1971).
- Pryce et al., *Long-term effects of early-life environmental manipulations in rodents and primates: Potential animal models in depression research*, NEUROSCI. BIOBEHAV. REV. (Apr. 25, 2005).
- Romero, *Physiological stress in ecology: lessons from biomedical research*, 19 TRENDS IN ECOLOGY & EVOLUTION 249 (2004).
- Rose et al*., Measuring Welfare in Captive Flamingos: Activity Patterns and Exhibit Usage in Zoo-Housed Birds,* 205 APPLIED ANIMAL BEHAV. SCI. 115 (2018).
- Skovlund et al., *A Critical Review of Animal-Based Welfare Indicators for Polar Bears (*Ursus maritimus*) in Zoos: Identification and Evidence of Validity*, 30 ANIM. WELFARE 1 (2021).
- Staley et al., *Linking stress and immunity: immunoglobulin A as a non-invasive physiological biomarker in animal welfare studies*, 102 HORMONES AND BEHAVIOR 55.
- Strand, *Social Organization and Parental Behavior in the Arctic Fox*, 81 J. MAMMALOGY 223 (2000).
- Warwick et al., *Assessing reptile welfare using behavioural criteria*, 35 IN PRACTICE 123-131.
- Whittaker et al., *Training techniques to enhance the care and welfare of nonhuman primates*, 15 VETERINARY CLINICS: EXOTIC ANIMAL PRACTICE, 445 (2012).
- Wolin et al., *Monkeys' Fear of Snakes: A Study of its Basis and Generality*, 103 J. GENETIC PSYCH. 207 (1963).
- Wolinsky, Effects of Androgen Treatment on the Male Rat Aorta, 51 J. CLINICAL INVESTIGATION 2552 (1972).



Equine Body Condition Score



# Polar Bear Scorecard: A Standardized Fatness Index

Illustrations by Emily S. Damstra



| SKINNY | THIN | AVERAGE | FAT | VERY FAT |
|---|---|---|---|---|
| Skinny; emaciated appearance; vertebrae, ribs, and hip bones externally visible without palpation; no fat palpable between skin and muscle over the dorsal body, hips, or lower rump. | Thin; vertebrae and hip bones (but not ribs) partially visible, easily palpable under the skin; little/no fat between skin and muscle over the back; small amounts of fat detectable on lower rump. | Average; healthy appearance; vertebrae and hip bones not visible; upper 1/3 to 1/2 of the spinal column can be felt under the skin; detectable layer of fat between skin and muscle over rear half of body, thickening slightly but detectably over lower rump. | Fat; vertebrae and hip bones not visible; palpation reveals fat deposited over upper vertebrae; hip bones difficult to feel through fat; fat thick over rump; a hand rubbed above the rump will initiate ripples in the skin over the fat layer. | Obese; vertebrae and hip bones undetectable by palpation; thick layer of fat is apparent between skin and muscle 2/3 of the way up the back & over rump; a hand rubbed on lower back above rump sets off waves of rolling fat, possibly jiggling. |

This is a subjective determination of a bear's body condition based on assessment of body fat. Source: I. Stirling, G.W. Thiemann, E. Richardson. 2008 Quantitative Support for a Subjective Fatness Index of Immobilized Polar Bears. Journal of Wildlife Management 72(2): 568-574.

# ANIMALS ASIA FOUNDATION – ENRICHMENT PROGRAM

# CBRC PHOTO LIBRARY

# NON-FOOD ENRICHMENT ITEMS & ENCLOSURE FIXTURES

# 亚洲动物基金会 — 趣味物品项目

# 中国黑熊救护中心图片库

# 非食物类趣味物品&草场固定设施



**Created:**  February 2010 by Sharon Holden
**Version:**  4
**Updated:**  October 2012 by Mei Lun Mui

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 87 of 180

**Table of contents:**　目录：　　　　　　　　　　　　　　　　　　　　　　　**Page # 页码**

**Behavioural enrichment items**　　行为趣味物品
- **Novel objects (Non-natural)**　新奇物品（非天然）
  - Balls　　　　　　　　球　　　　　　　　　　　　　　　　　5 - 8
  - Kongs　　　　　　　　橡胶球　　　　　　　　　　　　　　　9
  - Feeder tubes　　　　　趣味细竹筒　　　　　　　　　　　　　10, 11
  - Tyres　　　　　　　　轮胎　　　　　　　　　　　　　　　　12 - 15
  - Drums　　　　　　　　蓝色桶　　　　　　　　　　　　　　　16, 17
  - Fire hose toys　　　　消防带玩具　　　　　　　　　　　　　18
  - Floating pillows　　　浮枕　　　　　　　　　　　　　　　　19
  - Noise toy　　　　　　噪音玩具　　　　　　　　　　　　　　19
  - PVC ladder　　　　　PPR 梯形玩具　　　　　　　　　　　　19
  - Traffic cones　　　　交通三角锥　　　　　　　　　　　　　20
  - Bungee　　　　　　　蹦极带　　　　　　　　　　　　　　　20
  - Nylon net　　　　　　趣味网兜　　　　　　　　　　　　　　21
  - Metal pool (moveable)金属盆（可移动）　　　　　　　　　　22

- **Novel objects (Natural)**　新奇物品（天然）
  - Bamboo feeders　　　趣味粗竹筒　　　　　　　　　　　　　23
  - Bamboo toys　　　　　竹筒玩具　　　　　　　　　　　　　　23
  - Swings　　　　　　　秋千　　　　　　　　　　　　　　　　24
  - Log treats and hanging log toys 趣味圆木&悬挂圆木玩具　　　25
  - Large logs (hanging and moveable) 大型圆木（悬挂&可移动）　26
  - Rope toys　　　　　　绳球玩具　　　　　　　　　　　　　　27
  - Hessian sacks　　　　麻袋　　　　　　　　　　　　　　　　27
  - Natural brooms　　　　天然扫把　　　　　　　　　　　　　27

2

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 88 of 180

**Table of contents:      目录：**                                                                                                   **Page # 页码**

**Environmental enrichment items (Enclosure fixtures & furniture) 环境趣味物品（草场固定设施&设备）**

- A-Frame climbing structure          攀爬架                              28, 29
- Play structure                            三脚架                              30
- Teepee                                      A 字架                             31
- Large concrete tunnel                 大型水泥洞                        32
- Small concrete tunnel                 小型水泥洞                        33
- Firehose hammock                     消防带吊床                        34, 47
- Table                                        平台/桌子                         35
- Metal basket                             金属篮子                           36
- A-frame hanging log                   A 字形圆木悬挂架              37
- Forked or standing tree (with holes)    直立树杈/树桩（有孔）      38, 39
- Log wall                                    树排                                 40
- Artifical tree                              人工树                              41
- See-saw structure                       跷跷板                              42
- Log pile                                     圆木堆                              43
- Boulders                                    大石头                              44
- Digging pit                                 旱坑                                 45
- Pool                                          游泳池                              46

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 89 of 180

**Table of contents: 目录**                                                                                   **Page #  页码**

**Macaque enrichment  猕猴趣味物品**

- **Non-natural item  非天然物品**
    - Balls          球                                                    48, 49
    - Kongs        橡胶球                                                50
    - Drums        蓝色桶                                                51

- **Miscellaneous    混杂**                                                52-69

- **All other toys –** refer to bear enrichment photographs     其他玩具— 参照熊用趣味物品图片


**Toy contacts 玩具联系人**
    - Aussie dog           澳斯狗狗用品                                   59
    - Kong                   橡胶球                                         60
    - Boomer ball          光滑球                                         61
    - Otto environmental  欧托环保用品                                   62
    - Nylabone products   洁牙骨产品                                     63

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 90 of 180

## Novel enrichment: non-natural items – Balls

大号球-无孔



中号球-无孔



小号球-无孔



Ball large – no holes          CODE: NNB001

Ball medium – no holes CODE: NNB002

Ball small – no holes          CODE: NNB003

大号球-有孔



小号球-有孔



Ball large  – with holes          CODE: NNB001.1

Ball small – with holes    CODE: NNB003.1

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 91 of 180

## Novel enrichment: non-natural items – Balls

光滑球-无孔



Boomer ball no holes          CODE: NNB004

光滑球-有孔



Boomer ball with holes        CODE: NNB004

带环的食球



Food ball with ring           CODE: NNB005

带环的食球



Food ball with ring           CODE: NNB005

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 92 of 180

## Novel enrichment: non-natural items – Balls

有带子的球



Ball with thong                    CODE: NNB006

串联彩色塑料球



Ping's pearls                    CODE: NNB007

河马球（大）



Hippo ball (large)          CODE: NNB008

## Novel enrichment: non-natural items – Balls

带管子的球

带管子的球





Fum tube ball                          CODE: NNB009

Fum tube ball

## Novel enrichment: non-natural items – Kongs

橡胶球-红



Kong – red                    CODE: NNK001

橡胶球-红



Kong - red

橡胶球-黑



Kong – black                  CODE: NNK002

橡胶球组合（转运笼专用）



Kong combination (TC's only)

Case 1:20-cv-01225-PX Document 71-25 Filed 12/20/21 Page 95 of 180

## Novel enrichment: non-natural items - Feeder tubes

黑色喂食筒（垂直）



Black feeder tube (vertical)          CODE: NNF001

黑色喂食筒（垂直）



Black feeder tube (vertical)

黑色喂食筒（水平）



Black feeder tube (horizontal)     CODE: NNF002

黑色喂食筒（水平）



Black feeder tube (H)

Case 1:20-cv-01225-PX    Document 71-25    Filed 12/20/21    Page 96 of 180

## Novel enrichment: non-natural items - Feeder tubes

蓝色喂食筒（小）



Blue feeder tube (S)     CODE: NNF003

黄色喂食筒（大）



Yellow feeder tube (L) CODE: NNF004

PPR 喂食筒（大）



PVC  feeder tube (L)     CODE: NNF005

PPR 喂食筒（大）



PVC feeder tube (L)

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 97 of 180

## Novel enrichment: non-natural items – Tyres

轮胎（中）

轮胎（中）





Tyre (medium)                                    CODE: NNT001

Tyre (medium)

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 98 of 180

## Novel enrichment: non-natural items – Tyres

轮胎（大）                                             轮胎（大）





Tyre (Large)            CODE: NNT002          Tyre (Large)

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 99 of 180

## Novel enrichment: non-natural items – Tyres

卡车轮胎（巨大）

卡车轮胎（巨大）





Truck tyre (giant)                    CODE: NNT003

Truck tyre (giant)

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 100 of 180

## Novel enrichment: non-natural items – Tyres

轮胎组合



Tyre combination            CODE: NNT004

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 101 of 180

## Novel enrichment: non-natural items – Drums

蓝色桶（大号有孔）

蓝色桶（大号无孔）





Drum (Large with holes)                    CODE: NND001

Drum (Large no holes)                    CODE: NND001.1

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 102 of 180

## Novel enrichment: non-natural items – Drums

白色塑料汽油桶（没有使用）



White plastic cannister                    CODE: NND002

白色塑料汽油桶（没有使用）



White plastic cannister                    CODE: NND002

17

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 102 of 180

## Novel enrichment: non-natural items – fire hose toys

消防带条形玩具



Firehose browse hanger                    CODE: NNH001

消防带方形玩具



Firehose cube                    CODE: NNH002

18

## Novel enrichment: non-natural items – Miscellaneous

噪音玩具



Noise toy                                    CODE: NNM001

PPR 梯形玩具（转运笼专用）



PVC ladder (TC only) CODE: NNM002

浮枕（有带子&无带子）



Floating pillow (with & without thong) CODE: NNM003

浮枕（有带子）



Floating pillows (with thong)

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/31   Page 105 of 180

## Novel enrichment: non-natural items – Miscellaneous

交通三角锥

蹦极带





Traffic cone                                    CODE: NNM004

Bungee (fum tube ball attached) CODE: NNM005

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 106 of 180

## Novel enrichment: non-natural items – Miscellaneous

趣味网兜



Nylon net                    CODE: NNM006



Nylon net          CODE: NNM006

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/31   Page 107 of 180

## Novel enrichment: non-natural items – Miscellaneous

金属盆（草场）



Metal pool (enclosure)                    CODE: NNM006

金属盆（舍内）



Metal pool (den)                    CODE: NNM007

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 108 of 180

## Novel enrichment: natural items – Bamboo & wood

趣味粗竹筒



Bamboo feeder  tube            CODE: NBW001

趣味粗竹筒（悬挂）



Bamboo feeder hanging

竹制旋转玩具（固定）



Bamboo spinning toy (fixed) CODE: NBW003

竹制组合玩具（悬挂）



Bamboo toys (hanging)  CODE: NBW004

竹制组合玩具（悬挂）



Bamboo toys (hanging)

竹制梯形玩具



Bamboo Ladder CODE: NBW002

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 109 of 180

## Novel enrichment: natural items – Bamboo & wood

秋千（竹制）



Swing (bamboo)                    CODE: NBW005

秋千（木制）



Swing (wood)                    CODE: NBW005

吊床（竹制）



Hammock (bamboo)            CODE: NBW006

Case 1-20-cv-01225-PX   Document 71-25   Filed 12/20/31   Page 110 of 180

## Novel enrichment: natural items – Bamboo & wood

趣味圆木

趣味圆木





Log Treat                    CODE: NBW007

Log treat

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 111 of 180

## Novel enrichment: natural items – Bamboo & wood

大号悬挂圆木



Large hanging log CODE: NBW008

大号悬挂圆木



Large hanging log

悬挂园木玩具



Hanging log toy      CODE: NBW009

悬挂圆木玩具



Hanging log toy

## Novel enrichment: natural items – Miscellaneous

麻袋（松）



Hessian Sack (loose)                    CODE: NMH001

麻袋（悬挂）



Hessian sack (hanging)

绳球



Rope toy                    CODE: NMR001

天然扫把（高粱）



Natural broom (straw)                    CODE: NMB001

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/31   Page 113 of 180

## Environmental enrichment – enclosure fixtures

攀爬架                                                    攀爬架（带草的斜坡）





A-frame platform                          CODE: EEA001          A-frame platform (with grass ramp)

Case 1:20-cv-01225-PX    Document 71-25    Filed 12/20/21    Page 114 of 180

## Environmental enrichment – enclosure fixtures

攀爬架（带水泥支撑柱）                                       棕熊攀爬架





A-frame platform (with concrete support post)          Brown bear platform                    CODE: EEA002

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 115 of 180

# Environmental enrichment – enclosure fixtures

三脚架（单）



Play structure (single)                    CODE: EEP001

三脚架（双）



Play structure (double)                    CODE: EEP001.1

三脚架（小）



Play structure (small)                    CODE: EEP001.2

## Environmental enrichment – enclosure fixtures

A 字架



Teepee                                          CODE: EET001

A 字架



Teepee

## Environmental enrichment – enclosure fixtures

大型水泥洞（带圆木堆）

大型水泥洞（带草）





Concrete tunnel large (w log pile) CODE: EEC001

Concrete tunnel large (w grass)

超大型水泥洞（带石头堆）



Concrete tunnel super large (w boulders) CODE: EEC002

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 118 of 180

## Environmental enrichment – enclosure fixtures

小型水泥洞，水平

水泥洞，垂直





Concrete tunnel small horizontal                CODE: EEC003

Concrete tunnel vertical                CODE: EEC003.1

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 119 of 180

## Environmental enrichment – enclosure fixtures

消防带吊床

消防带吊床





Fire hose hammock                    CODE:  EEH001

Fire hose hammock

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/31   Page 120 of 180

## Environmental enrichment – enclosure fixtures

木桌



Table                                    CODE:  EEW001

木桌



Table

平台（带迷宫）



Table (in maze)                  CODE: EEW002

迷宫（带平台）



Maze (w table)                   CODE: EEW003

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 121 of 180

# Environmental enrichment – enclosure fixtures

金属篮子



Metal basket                                    CODE: EEB001

金属篮子



Metal basket

## Environmental enrichment – enclosure fixtures

金属 A 字架，用于悬挂大型圆木



Metal A-Frame for large hanging log                                CODE: EEM001

## Environmental enrichment – enclosure fixtures

直立树杈                               直立树桩                                        直立树桩（有孔）





Standing tree (forked)         CODE: EES001   Standing tree                            Standing tree (with holes)

## Environmental enrichment – enclosure fixtures

直立树桩（带趣味品）



Standing tree (with enrichment)

## Environmental enrichment – enclosure fixtures

树排



Tree wall                        CODE: EES002

树排



Tree wall

## Environmental enrichment – enclosure fixtures

人工树

人工树





Artificial tree          CODE: EES003          Artificial tree

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 127 of 180

## Environmental enrichment – enclosure fixtures

跷跷板



See-saw structure                              CODE: EES004

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 128 of 180

## Environmental enrichment – enclosure fixtures

圆木堆（在水泥洞上）



Log pile (on concrete tunnel)          CODE: EEL001

圆木堆



Log pile

圆木堆



Log pile

## Environmental enrichment – enclosure fixtures

大石头                                    假山



Boulders                          CODE: EEB001

## Environmental enrichment – enclosure fixtures

旱坑

旱坑



Digging pit                    CODE: EED001    Digging pit



Digging pit

## Environmental enrichment – enclosure fixtures - Pools

游泳池




Pool                                    CODE: EEP001





## Environmental enrichment – den enrichment

消防带吊床（舍内）



Fire hose hammock                    CODE: EED001

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 133 of 180

## Macaque enrichment - Balls

彩色喂食球



Colourful feeder ball                 CODE: MEB001

彩色喂食球



Colourful feeder ball                 CODE: MEB002

喂食方块



Feeder cube                           CODE: MEB003

中号球



Medium ball                           CODE: MEB004

## Macaque enrichment - Balls

按摩球

带绳的彩色塑料球





Massage ball                                    CODE: MEB005

Colourful rope ball                             CODE: MEB006

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 135 of 180

## Macaque enrichment - Kongs

黑色橡胶球（中）

迷你橡胶球





Black kong (M)          CODE: NNK002

Mini kong                        CODE: NNK003

橄榄球状橡胶球



Footie kong             CODE: NNK004

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 136 of 180

## Macaque enrichment - Drums

大桶

大桶，猴子饲料槽





Drum                              CODE: MED001

Large drum – monkey crib              CODE: MED002

## Macaque enrichment - Miscellaneous

镜子



Mirror            CODE: MEM001

镜子



Mirror

## Macaque enrichment - Miscellaneous

毛绒玩具



Stuffed toy                    CODE: MES001

## Macaque enrichment - Miscellaneous

竹秋千



Bamboo swing                CODE: MEN001

竹篮



Bamboo basket               CODE: MEN002

绳网



Rope net                    CODE: MEN003

## Macaque enrichment - Miscellaneous

拖把头觅食玩具



Mop head forager    CODE: MEM002

障碍插销喂食器-大号



障碍插销喂食器-小号





Wooden peg bamboo feeder  - Large (above left) and Small (above middle and right).

CODE: MEW001 (Large), MEW002 (Small)

旋转漏食喂食器 1





Twisting bamboo feeder  1                              CODE: MET001

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 141 of 180

## Macaque enrichment – Miscellaneous

托盘旋转喂食器 1

 

Twisting wooden block feeder 1                                    CODE: MEB001

旋转滑动喂食器 1

 

Hanging sliding bamboo feeder 1                                    CODE: MEH001

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 142 of 180

## Macaque enrichment – Miscellaneous

障碍插销滑动喂食器



Pegs & Slide bamboo feeder  1
CODE: MEP001

扫把头觅食板



Broom head foraging board
CODE: MEB002

旋转漏食喂食器 2

 

Twisting bamboo feeder  2                                    CODE: MET002

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 143 of 180

## Macaque enrichment – Miscellaneous



Foraging box with various substates and textures inside.
装有多种填充物和材料的觅食盒子。
CODE: MEF001

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 144 of 180

## Macaque enrichment – Miscellaneous

竹筒

 

Bamboo pots                                                                        CODE：MEM003

纸卷

 

Kitchen rolls                                                                      CODE: MEM004

## Macaque enrichment – Miscellaneous

纸包裹





Paper parcel

CODE: MEM005

芭蕉叶包裹





Banana leaf parcels

CODE: MEM006

AAF – ENRICHMENT PROGRAM PHOTO LIBRARY                    NON-FOOD ENRICHMENT & ENCLOSURE FIXTURES

## Macaque enrichment – Miscellaneous

杂志卷

 

Rolled up magazines                                        CODE: MEM007

报纸卷



Newspaper parcels                    CODE: MEM008

## Macaque enrichment – Miscellaneous

多层盒子

 

Layered boxes                                                    CODE: MEM009

塑料容器

 

Plastic container                               CODE: MEM010

## Macaque enrichment – Miscellaneous

水果包

 

**F**ruit pack                                                        CODE: MEM011

熏香（放草场外）

 

Incense stick (outside of enclosure)                                 CODE: MEM012

Case 1:20-cv-01225-PX    Document 71-25    Filed 12/20/21    Page 149 of 180

## Macaque enrichment – Miscellaneous

熊毛

 

Bear fur                                           CODE: MEM013

旋转圆木

 

Spinning log                                      CODE: MEM014

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 150 of 180

## Macaque enrichment – Miscellaneous

旧布


Rags


CODE: MEM015

衣服


Clothes


CODE: MEM016

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 151 of 180

## Macaque enrichment – Miscellaneous

雨靴





Gum boots

CODE: MEM017

金属碗





Metal bowl

CODE: MEM018

## Macaque enrichment – Miscellaneous

塑料桶

 

Bucket                                      CODE: MEM021

悬挂勺子                    悬挂 CD

 

Hanging spoons CODE: MEM022        Hanging CDs                        CODE: MEM023

## Macaque enrichment – Miscellaneous

泡泡浴




Bubble bath

CODE: MEM024

冲水管喷水到盆中

澡盆漂浮玩具




Hose pipe sprayed into pool          CODE: MEM025

Bath with floating toys          CODE: MEM026

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 154 of 180

## Macaque enrichment – Miscellaneous

碎纸屑

 

Shredded paper                                                        CODE: MEM027

悬挂竹梯

 

Hanging bamboo ladder                                                CODE: MEM028

Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 155 of 180

**Aussie dog**

澳斯狗狗用品

**Contact: Joe Parsons -  aussiedog@aussiedog.com.au**


**http://www.aussiedog.com.au**




**Kong**

橡胶球

**Contact: Gill Maltby (UK office) gmaltby@animalsasia.org**

**http://www.kongcompany.com/**



Case 1:20-cv-01225-PX   Document 71-25   Filed 12/20/21   Page 157 of 180

**Boomer ball**

光滑球

**Contact: Gill Maltby (UK office) gmaltby@animalsasia.org**



Case 1:20-cv-01225-PX    Document 71-25    Filed 12/20/31    Page 158 of 180

**Otto Environmental**

欧托环保用品

**http://www.ottoenvironmental.com/**



**Nylabone products**

洁牙骨用品

**http://www.nylabone.com/**



**Report: Tri-State Zoological Park of Western Maryland**

**Enrichment lists and logs**

<u>Example 1:</u> **Tiger & African Lion Approved Enrichment List from AZA Accredited facility, 2011.**

**Exhibit Enrichment**

- Visual barriers for privacy & for stalking: logs, trees, live vegetation, termite mounds, mounds of dirt, large rocks - areas which are visible to the zoo visitors but allows the animals to feel hidden and secure
- Trees/logs/stumps: natural or artificial - rub or scratch on
- Natural substrates to provide digging opportunities or for scattering or hiding food: mulch, sand, soil, moss, leaves, hay
- Water features: pool, misters, sprinklers
- Plants/herbs for visual barriers
- Heat/cold/mist: heated rocks, cooler or misting systems
- Natural holes or dens
- Rotation of exhibit furniture
- Training devices such as squeeze cages, stations

**Dietary Enrichment**

**\*Food taken from Commissary (outside of normal diet) must have prior approval from Curator.**

- Live prey: feeder fish, mealworms, crickets, wax worms
- Carcass foods, cut to appropriate size to avoid chocking: chicken, rabbit, rats, mice, fish, guinea pigs, quail, chicken necks
- Deer, elk from hunter donations **(must be approved by management & frozen at least 30 days)**
- Bones: shank bones
- Hides from rabbit, deer, elk
- Varied feeding schedules and several feedings per day (regular diet)
- Brush pile feeder: food items hidden in piles of branches, leaves, mulch
- Meat & blood trails
- Blood, fish, meat frozen popsicles (ice cube or cup size)
- Melons, gourds, pumpkins to provide different textures
- Hard Boiled Eggs only (chicken)
- Browse
- Mealworm or cricket dispensers (PVC pipe dispensers)

**Social Enrichment**

- Training for husbandry, medical, & management behaviors
- Keeper interaction (protected contact)

**Report: Tri-State Zoological Park of Western Maryland**

- Keeper talks for zoo patrons
- Recorded vocalizations of same species or prey species

**Novel Enrichment**

- Animal Scents: fur, feathers **(must be frozen for 30 days)** substrates from prey species exhibits, urine, feces (current feces test must be negative)
- **ALL spices, herbs, extracts, perfumes, colognes, body sprays, hunting lures, & aromatic oils purchased or donated must be approved by the Veterinarian, Zoo Keeper III, & General Curator**
- Extracts
  - Vanilla, Peppermint, Mint, Spearmint
  - Almond, Clove, Nutmeg
  - Blueberry, Cherry, Lemon, Lime, Mango, Orange, Pineapple
  - Cinnamon, Coconut, Ginger, Strawberry
  - Lavender, Rose, Violet, Wintergreen
- Spices/Herbs
  - Alfalfa, Dill Seed/Weed, Parsley, Fennel, Peppermint, Basil, Bay Leaves
  - Sage, Rosemary, Sandalwood, Green Tea, Cilantro
  - Cilantro, Lemon Grass, Mints, Tarragon, Thyme
  - Cinnamon, Pumpkin Spice, Nutmeg, Bitter/Sweet Orange
  - Curry, Cumin, Ginger, Clover, Oregano
  - Blackberry, Black Walnut, Caraway, Cayenne, Chili, Chili Flakes, Chili Powder, Chipotle, Cilantro Leaf, Curry Leaf, Green Pepper
  - Hibiscus, Honeysuckle, Dogwood, Turmeric
  - Catnip, Chamomile, Lavender, Allspice, Bitter Melon
- Perfumes, Colognes, & Body Sprays
- Hunting Lure Scents
  - Doe urine (estrus & non-estrus)
  - Buck urine
  - Dominant buck urine
- Aromatic oils
  - Eucalyptus, Peppermint, Sandalwood. Tarragon, Spruce
  - Lavender, Rosemary, Tea Tree, Chamomile, Rosewood
  - Geranium, Sage, Basil, Orange, Rose, Oregano, Thyme, Tuberose
  - Allspice, Bay, Bitter Orange, Cardamom, Catnip, Turmeric
  - Honeysuckle, Celery Seed, Cilantro, Fennel, Jasmine, Geranium, Ginger
  - Vanilla, Hibiscus, Dogwood
  - Grapefruit, Lemon, Lemongrass, Mandarin, Nutmeg, Sweet Orange
- Large Cat proof Boomer Balls®, Jungle Balls®, spools, weebles, sway n play, balls with holes drilled throughout to create food dispensers
- Manufactured zoo toys
- Barrels (white or blue) (remove when they become torn or punctured)

**Report: Tri-State Zoological Park of Western Maryland**

- Barrel lids or piece of wood hanging from tree
- Cardboard: boxes, paper towel tubes, carpet tubes, cereal boxes with treats hidden inside
- Grain bags, paper bags
- Tires (no steel belts)
- Small blue barrels
- Attachments: chain, natural rope, bungee cord to hang objects (cover with firehose)
- Pine cones, palm fronds, bamboo tubes
- Brush piles
- Christmas trees
- Antlers
- Auditory: nature sounds, sounds from same species or prey species, radio

**Safety Considerations**

- Toilet paper and tissue paper is not approved for any animals.
- Animals can become entangled in ropes and hanging apparatus or extremities may be caught.
- Animals may fall while trying to reach enrichment placed high in the enclosure.
- Dietary enrichment can lead to tooth decay, obesity, allergic reactions, impaction, diarrhea, choking or aggression from cage mates.
- Items, or pieces of them, may be toxic or hazardous if ingested.
- Objects, if broken, can produce sharp edges that can cut animals.
- Social or mixed species exhibits can lead to injury or death due to aggression or harassment by cage mates.
- Plants or parts of plants may be toxic to animals – when in doubt consult toxic plant resources.
- Training sessions may put a keeper in a compromised situation if a safe and appropriate set up is not present.
- Dietary enrichment may result in the animal not eating important nutritional components of its regular diet. When offering food items as enrichment, do a weight exchange with the regular diet. Remove items from the diet to compensate for the extra food enrichment.
- Parasites may be transmitted through enrichment items if not properly cleaned and disinfected.
- Be aware of previous day's enrichment, check logs daily. Some enrichment items given too often may cause health problems or injuries.
- Also enrichment items that are left with an animal for more than 5 days are no longer enrichment. Rotate items frequently.

**Report: Tri-State Zoological Park of Western Maryland**

**Example 2:** Ring-tailed lemur Approved Enrichment List from AZA Accredited facility, 2016.

***Sensory: Auditory, Visual, Tactile, Olfactory***
Animal Hair
Antlers
Audio recordings
Bells
Bird caller (electric/manual)
Bubbles/Bubble machine
Bullroar
Calculator tape
Chalk drawings/Rock art
Crickets in escape proof container
Deer/Elk hides (*see* Hide Protocol)
Diluted essential oils
Diluted extracts
Disco ball (outside of exhibit)
Feathers
Feces (*see* approved list)
Finger paints
Game caller
Goldfish
Hand held/box fan (outside of exhibit)
Lava lamp (outside of exhibit)
Looky Lou Mirror (from Otto Environmental)
Mirror (baby, stainless or floor length)
Mirror mobile (outside of exhibit)
Mirror toys
Misters
Orange peels
Owl call
Perfume tester pages
Perfumes/Lotions/Sprays
Pinwheels (outside of exhibit)
Plexiglass shield
Rainmaker stick (outside of exhibit)
Remote control car (outside of exhibit)
Scented cardboard tube
Snake sheds
Snow
Spices/Herbs
Squirrel call
Sun catcher (outside of exhibit)
Tea rub (stimulant free)
T.P.
TV
Urine

**Report: Tri-State Zoological Park of Western Maryland**


Videos
Wiggly Giggly Ball & Sound stick
Window treatments (on outside of glass; paper, paint, stickers, etc.)

***Foods and Feeding***
20 gallon blue barrel
5 gallon bucket puzzle feeder
Acrylic drain pipe puzzle feeder
Almond feeder
Anthropoidea
Apple sauce feeder
Astrotube
Aussie FUM tube (sm)
Aussie hanging food ball
Bamboo jello sticks
Banana feeder
Blue barrel feeder (Coke syrup barrel)
Boomer ball with holes
Browse Feeder
Browse hanger
Burlap bags
Cardboard boxes
Cardboard tubes
Challenger ball
Coco treat bowls
Coconut feeders
Crazy ball
Egg cartons
Feeding tree
Flintstone Feeder
Football Feeder
Foraging Board w/ Astroturf
Foraging tub
Goodie logs (wood)
Greens feeder
Havaball
Healthy edibles
Jell-O (in some type of device)
Keg (by Kracor)
Kong feeder
Kool Aid (in some type of device)
Lixit Step 'N Dine
Lollipop Holder/Goodie log
Magazines
Mealworm barbell
Mesh feeders

**Report: Tri-State Zoological Park of Western Maryland**

Milk crates
Milk Crate Marvel
Nasturtium seeds (planted)
Nectar feeder
OJ containers
Paper bags
Paper Wads
Peanut feeder
Phonebooks
Pillowcases
Piñatas w/ food
Pine cones
Plastic bottles
Plastic cup cage door feeder
Plastic ferret logs
Plexiglass shield
Plex-sol C container puzzle feeders
Polypropylene feeding device
PVC cap puzzle
PVC feeders
Raisin boards
Ring toy feeder
Spool metal puzzle feeder
Stuffed eggs
Sway and Play (from Otto Environmental)
Teeter Totter Feeder
Tennis ball feeders
Tires (10")
T-Feeder
Treat logs
Tricky treat ball puzzle feeder

***Manipulative Items/Toys***
Aussie Swinging Bungee Ball
Beaded chime
Blankets/clothes/towels
Bobbin
Boomer balls
Boxes and other cardboard items
Burlap bags
Busy ball
Busy box
Carpet squares (outside of exhibit)
Chain
Chalk
Challenger ball

**Report: Tri-State Zoological Park of Western Maryland**

Challenger ball on chain
Coke or bread trays
Coconut shells
Colored buckets
Colorful wooden bird toys
Crazy ball
Egg carton
Ferret ball
Fire hose
Football
Grapevine ball (watch holes- monitor closely for entanglement)
Hamster Ball
Healthy Edibles
Heavy Plexi bird toys
Hol-ee Mol-ee
Holee Roller
Hula Hoops (ball and staples removed – *see* originating approval
form)
Jingle ball
Jolly ball
Klinkerball
Kong toys
Laundry baskets
Lid Stacker
Metal puzzle toy
Misc. plastic containers/cups
Misc. toys
Newspaper
Paper bags
Paper towels
Phone books/Magazines
Piñatas
Pine cones without food
Pipe bells
Plexi bird toys
Polyprop. Feeder
PVC rattle with mirrors
Rope tugs
Shallow black tubs
Small boomer balls
Socks
Spools
Sticks
Teaser ball
Tennis Balls
Tires (10")

**Report: Tri-State Zoological Park of Western Maryland**

Traffic cone
Triangle Rattle S/S (watch holes- monitor closely for
entanglement)
T-shirts
Tug-n-Toss Jolly ball
Tupperware
Various sizes of tubs
VHS holders
Water cooler bottle
Wiffle ball
Wiggly giggly toys
Wooden chime
Zoy

***Physical Environment: visual barriers, climbing structures, substrates, rest/sleep areas***
20" boomer
½ barrel swing
Access to new area/enclosure
Ali's Windmill Apparatus (sm)
Artificial vines
Aussie Swinging Bungee Ball (sm)
Auto misting
Bamboo visual barriers
Black plastic corrugated drain pipe
Box to crawl thru (LG)
Branches, stumps, etc.
Bungee (with constant supervision)
Bungee or Swing Perch
Burlap hammocks (trim strings)
Camouflage barrel
Cardboard tube swing
Coke barrel beds
Excelsior
Ferret logs
Fire hose
Firehose triangle swing
Firehose hammocks
Garbage cans
Hanging barrel tunnel
Hanging bridge
Heat Lamp
Kiddie Pool
Leaf litter
Log swing
New area/enclosure
Peat moss

**Report: Tri-State Zoological Park of Western Maryland**

Peek a boo window covering w/ flaps
Platform log swing
Primahedron
PVC log
PVC swing
PVC to crawl thru
Rope ladder
Rotate vine arrangement
Sheets
Shredded paper
Small Cola syrup barrel
Snow
Sod
Sonotube swing
Sphagnum moss
Swings
T perch swing
Tee Pee
Toilet paper exhibit (watch ingestion)
Tub or raft to float in pond
U Bungee swing
Varied cage furniture
Varied substrate: Grass hay, straw, bark chips, wood shavings, dirt, sand, shredded paper, etc.
Visual barriers (camo, sheets, hula skirt, etc.- outside exhibit only)
***Behavioral/Social***
Animal masks
Animal pinwheels (outside of exhibit)
Approved Training Programs
Artificial snake
Goldfish in bowl
Plastic Dendrobatids
Predator decoy
Puppet
Remote control toys
Stuffed animal puppet (outside of exhibit)
Stuffed animals (outside of exhibit)
Tail wagger
Visual access to artificial animals (stuffed animals, flamingos, and
decoys)
Visual access to DAF animals
Weasel ball
Window walker

**Report: Tri-State Zoological Park of Western Maryland**

Big cat ethogram example. (Stanton, L.A., et al. "*A standardized ethogram for the felidae: A tool for behavioral researchers.*" Applied Animal Behavior Science. April 2015.)

**Table 1:**
A standardized ethogram for the Felidae including definitions for all base behaviors. Definitions are provided for all words listed in bold font.

| Title | Definition |
|---|---|
| Allogroom | Cat licks the fur of another cat's head or body. |
| Arch back | Cat curves back upwards and stands rigidly. |
| Approach | Cat moves toward (modifier) while looking at it. |
| Attack | Cat launches itself at (modifier) with extended forelegs and attempts to engage in physical combat. |
| Avoid | Cat moves, or changes direction while moving, in order to keep away from (modifier). |
| Bare teeth | Cat opens its mouth slightly while pulling lips back to expose teeth. |
| Bite | Cat snaps teeth at and is successful in biting (modifier). |
| Body rub[a] | Cat rubs any part or entire length of body against (modifier). |
| Body shake | Cat rotates its abdomen from side to side. |
| Carry | Cat picks (modifier) up off the ground and moves it to another location. |
| Charge | Cat rushes toward (modifier). |
| Chase | Cat **runs** rapidly in pursuit of (modifier). |
| Chew | Cat grinds an object in its mouth using the teeth. |
| Clawing | Cat drags front claws along an object or surface, likely leaving visual marks behind. |
| Climb | Cat ascends and/or descends an object or structure. |
| Copulation | Male **mounts** female and **intromission** is achieved. |
| Crouch | Cat is alert and positions the body close to the ground, whereby all four legs are bent, and the belly is touching (or raised slightly off) of the ground. |
| Cuff | Cat **strikes at** (modifier) with forepaw and contact is made. Claws are usually extended. |
| Defecate | Cat releases feces on the ground while in a squatting position. |
| Dig | Cat breaks up or moves substrate around with its paws. |
| Displace | Cat provokes an **avoidance** behavior from another cat. |
| Drag | Cat moves (modifier) from one location to another without picking it up off the ground. |
| Drink | Cat ingests water (or other liquids) by lapping up with the tongue. |
| Ears back | Ears are held at the rear of head (UKCBWG, 1995). |
| Ears erect | Cat points its ears upward (UKCBWG, 1995). |
| Ears flat | Cat flattens its ears to its head, so that they tend to lie flush with the top of the head (UKCBWG, 1995). |
| Ears forward | Ears are held at the front of head (UKCBWG, 1995). |
| Eat | Cat ingests food (or other edible substances) by means of **chewing** with the teeth and swallowing. |
| Excess salivation | Cat salivates heavily. |
| Explore | Cat moves around attentively while **sniffing** the ground and/or objects. |
| Fight | Cat engages in physical combat with another cat. |
| Flehmen | Cat makes a grimaced facial expression, where the mouth is open, upper lip is elevated, and tongue may protrude out of the mouth. |
| Flee | Cat **runs** away from (modifier). |
| Flinch | Cat approaches and/or sniffs (modifier), but abruptly stops and **retreats** or **flees** from (modifier). |
| Flirting run | Female cat feigns running away from a breeding partner. |
| Forage | Cat searches for food or other edible substances. |
| Follow | One cat travels closely behind (modifier). |
| Freeze | Cat suddenly becomes immobile with body tensed (UKCBWG, 1995). |
| Fur-plucking | Cat excessively engages a specific area of its body. This can include any tail- and paw-sucking actions. May result in the removal and visible loss of fur, as well as skin irritation. |
| Groom | Cat cleans itself by licking, scratching, biting or chewing the fur on its body. May also include the licking of a front paw and wiping it over one's head. |
| Groom (anogenital) | Cat **grooms** its own genitals. |
| Ground slapping | Cat slaps its front paws or stomps its feet against the ground. |
| Head butt | Cat briefly pushes its head against (modifier). |
| Head-rolling | Cat tosses its head in a circular motion. |
| Head rub[a] | Cat rubs its head against (modifier). |
| Head shake | Cat rotates head from side to side. |
| Hiding | Cat occupies a location away from a specific stimulus (or modifier). |
| Hind feet scraping | Cat scrapes hind feet on the ground in a backwards direction, shuffling one foot after the other. |
| Huddling | Cat is at **rest**, **lying** or **sitting** with body in contact with (modifier). |
| Hunt | Cat actively pursues live prey. Includes movements such as **crouching**, **stalking**, or any other species-specific behavior. |
| Investigate | Cat shows attention toward a specific stimulus by **sniffing** and/or **pawing** at it. |
| Intromission | The male's penis enters the female's vagina. |
| Jumping | Cat leaps from one point to another, either vertically or horizontally. |
| Kneading | Cat pushes forepaws into the ground or (modifier) in a rhythmic, kneading motion. |
| Kill bite | Cat delivers a strong bite to (modifier), that which may be equal to a bite used to take down and kill prey. |
| Lick | Cats tongue protrudes from mouth and strokes (modifier). |
| Lordosis | Female cat raises hindquarters while lowering forequarters to the ground, presenting genitals to male. Tail is often averted to one side. The position is sometimes accompanied by **treading** of the hind legs. |
| Lying | Cat's body is on the ground in a horizontal position, including on its side, back, belly, or curled in a circular formation. |
| Manipulate object | Cat uses any part of body to touch, hold, move, or pick up, an object. |
| Mount | A male cat attempts intromission by straddling over the female with front and hind feet. In "small" cats, this may be accompanied by a **nape bite** and/or **treading** movements of the hind feet. |
| Nape bite (small and domestic cats) | The male grips the back of the neck of a female with his mouth while **mounting**, and may continue holding on during **copulation**. |

**Report: Tri-State Zoological Park of Western Maryland**

| | |
|---|---|
| Nape bite (big cats; including but not limited to *Panthera* spp.) | The male performs an inhibited **nape bite**, where he will place his mouth on or around the back of the female's neck at the moment of, or just after, ejaculation, but is unlikely to actually bite down. |
| Nursing | A mother cat feeds her offspring, whereby the offspring **drink** milk from her nipples by placing their mouths around her nipples and suckling. |
| Nuzzle | Cat moves its entire head and nose side to side against one area of the head or body of another cat (or human). |
| Other | Any behavior that does not fit into one of the descriptions provided. |
| Out of sight | Cat is not visible to the observer. |
| Pacing | Repetitive locomotion in a fixed pattern, such as back and forth along the same route. Can include **walking**, **trotting** and **running**. Movement seems to have no apparent goal or function. Must be performed at least two times in succession before qualifying as **stereotypic**. |
| Patrol | Cat is **alert** and **walks** around in a calm, deliberate manner, periodically stopping to perform **investigative** or **marking** behaviors. |
| Paw[a] | Cat pats (modifier) with its forepaw(s). Claws are usually retracted. |
| Pelvic thrust | While in a **mounted** position, the male makes searching and/or thrusting movements with his pelvic region against the anogenital region of the female. |
| Piloerection | Cat raises the hairs on the nape of its neck, shoulder, back or tail, so that the fur is standing erect. |
| Play[a] | Cat interacts with something in a "non-serious" manner (i.e. where there is no intention to harm). |
| Play roll on back | Cat rolls onto its back, with its belly exposed and all paws in the air, within a playful context. All **agonistic** behaviors are absent (i.e. **hissing**, **ears back**). |
| Pounce | Cat leaps onto (modifier). |
| raise paw | Cat lifts its forepaw as if to **cuff**, **paw** or **strike at** (modifier) but does not follow through with the action. |
| Rake | Cat makes kicking movements with one or both hind legs against (modifier). |
| Rear | Cat stands up on its hind legs with forelegs toward or against (modifier). |
| Retreat | Cat backs away from (modifier) while watching it. |
| Roll[a] | While lying on the ground, cat rotates body from one side to another. During the **roll**, the back is rubbed against ground, the belly is exposed and all paws are in the air. Cat may continue rolling repeatedly from side to side. |
| Roll on back | Cat rolls onto its back and becomes stationary, with its belly exposed and all paws in the air. The body is usually tense, and may be accompanied by **hissing** and **ears back**. |
| Running | Forward locomotion in a rapid gait, which is faster than walking or trotting. |
| Scratching | Cat scratches its body using the claws of its hind feet. |
| Self-biting | Cat **bites** or **chews** on an area of its own body, which may result in damage to the fur or skin. |
| Self-mutilation | Cat performs any self-injurious behavior (including **self-biting** and **fur-plucking**), which may result in a visible loss of hair and skin irritation or abrasion. |
| Sitting | Cat is in an upright position, with the hind legs flexed and resting on the ground, while front legs are extended and straight. |
| Sleeping | Cat is **lying** on the ground with its head down and eyes closed, performing minimal head or leg movement, and is not easily disturbed. |
| Snap Bite | Cat opens its mouth and snaps it shut, as if **biting** the air (Cameron-Beaumont, 1997). |
| Sniff[a] | Cat smells (modifier) by inhaling air through the nose. |
| Sniff air | Cat inhales air through the nose with its head raised and nose not in close proximity of any particular object or surface. |
| Sniff anogenital | Cat smells the anogenital region of another cat. |
| Sniff nose | Two cats smell the nasal regions of each other. |
| Stalk | Slow, forward locomotion in a crouched position directed toward (modifier), with head kept low and eyes focused on (modifier). |
| Standing | Cat is in an upright position and immobile, with all four paws on the ground and legs extended, supporting the body. |
| Stare | Cat gazes fixedly at (modifier) and is not easily distracted. In the case of **social stare**, gaze may be directed at another cat's eyes. |
| Stretching | Cat extends its forelegs while curving its back inwards. |
| Strike At | Cat swipes forepaw at (modifier) but no contact is made. |
| Swimming | Cat propels itself through water using its legs. |
| Tail bent-up | Tail is bent in an upward curve (Cameron-Beaumont, 1997). |
| Tail down | Tail is held down with the end kinked out (Cameron-Beaumont, 1997). |
| Tail half-up | Tail is held at a 45° angle to the **tail up** posture, or thereabouts (Cameron-Beaumont, 1997). |
| Tail over | Tail is bent directly over the body (Cameron-Beaumont, 1997). |
| Tail parallel | Tail is parallel to the ground, sometimes slightly curved (Cameron-Beaumont, 1997). |
| Tail quiver | Part of, or the entire tail, is vibrated while raised in the **up** or **half-up** position (UKCBWG, 1995; Cameron-Beaumont, 1997). |
| Tail slap | Cat quickly strikes its tail on the ground (UKCBWG, 1995). |
| Tail swish | A violent swish of the tail; more rapid than a **tail wave** but smoother than a **tail twitch** (Cameron-Beaumont, 1997). |
| Tail twitch | A rapid flick of the tail in either a side to side or up to down motion (UKCBWG, 1995; Cameron-Beaumont, 1997). |
| Tail under | Tail is tucked right under the body. This position is normally held whilst the cat is crouching in a defensive manner (Cameron-Beaumont, 1997; Bradshaw and Cameron-Beaumont, 2000). |
| Tail up | Tail is held in an upright position (Cameron-Beaumont, 1997). |
| Tail wave | A slow and gentle wave of the tail from side to side (Cameron-Beaumont, 1997). |
| Threaten | Cat directs **aggressive** behaviors toward (modifier) without making any physical contact with it. |
| Touch noses | Two cats sniff at and touch each other with their noses. |
| Treading | Rhythmic, raising and lowering of paws so that cat is stepping in place. |
| Trembling | Fine muscle tremor or spasm of the body or legs (Griffith et al., 2000). |
| Trotting | Forward locomotion at a swift gait performed with alternating steps. Movement is faster than **walking** but slower than **running**. |
| Urinate | Cat releases urine on the ground while in a squatting position. |
| Urine spray | While **standing** with tail raised vertically, cat releases a jet of urine backwards against a vertical surface or object. The tail may **quiver** as urine is discharged. |
| Urine walk | Cat **urinates** in standing position, usually combined with walking (Fazio, 2010). |
| Vocalize | Cat produces sounds or calls, originating from the throat and mouth. |
| Vomiting | Cat ejects stomach contents out of its mouth. |
| Walking | Forward locomotion at a slow gait. |
| Watch | Cat observes a specific stimulus (or modifier). |
| Wrestle | Cat engages in physical contact with (modifier), whereby the cat struggles with (modifier). Can include pulling (modifier) toward itself with its forelegs and perform **raking** movements with the hind legs. |
| Yawn | Cat opens its mouth widely while inhaling, then closes mouth while exhaling deeply. |

[a] Multiple variations of behavior are possible. The use of modifier(s) to clarify context is especially recommended.

**Report: Tri-State Zoological Park of Western Maryland**

**Table 2:**

Base behaviors that fall within each behavioral category. Definitions for each category are listed in the online supplementary material.

| Active | Affiliative | Aggressive | Agonistic | Calm | Exploratory | Fear |
|---|---|---|---|---|---|---|
| Carry | Anogenital sniff | Attack | Approach | Ears erect | Chew | Avoid |
| Clawing | Follow | Bare teeth | Arch back | Groom | Dig | Crouch |
| Crouch | Gurgle[a] | Bite | Avoid[a] | Kneading | Drag | Ears back |
| Defecate | Head butt[a] | Charge | Bare teeth[a] | Lying[a] | Ears erect | Excess salivation |
| Drag | Huddling[a] | Chase | Bite | Purr | Ears forward | Flee |
| Drink | Lick | Crouch | Chase | Scratching | Explore | Flinch[a] |
| Ears erect (alert) | Nuzzle | Cuff | Cuff | Sitting | Flehmen | Freeze[a] |
| Ears forward (alert) | Play | Ears back[a] | Displace | Stretching | Investigate | Groom |
| Eat | Prusten[a] | Ears flat | Ears back | Yawn[a] | Lick | Head shake |
| Explore | Puff[a] | Fight | Fight | | Manipulate object | Hiding |
| Fight | Play roll on back[a] | Ground slap[a] | Flee | | Paw | Hiss |
| Forage | Sniff nose | Growl | Ground slap[a] | | Rear[a] | Retreat |
| Groom | Social groom/allogroom | Kill bite[a] | Growl | | Sniff (any) | Tail under |
| Hunt | Social roll | Piloerection | Hiss | | Watch[a] | Trembling |
| Investigate (all types) | Social rub/allorub | Pounce | Piloerection[a] | | | |
| Locomotion (all types) | Social sniff | Rake[a] | Raise paw[a] | | | |
| Play | Stutter[a] | Rear[a] | Retreat | | | |
| Rear | Tail up[a] | Snarl | Roll on back | | | |
| Roll (solitary) | Touch noses | Spit | Snap bite | | | |
| Rub (object) | | Strike at | Snarl | | | |
| Scratching | | Tail slap[a] | Social stare | | | |
| Sniff (all types) | | Tail swish | Strike at[a] | | | |
| Allogroom | | Tail twitch | Tail over | | | |
| Standing | | Threaten | Tail under | | | |
| Stretching | | Yawn[a] | Yowl | | | |
| Urinate | | | | | | |
| Vocalize | | | | | | |
| Wrestle | | | | | | |

| Feeding | Inactive | Locomotion | Maintenance | Marking | Reproductive | Stereotypic | Vocalizations |
|---|---|---|---|---|---|---|---|
| Bite | Groom | Approach | Defecate | Clawing | Allogroom[a] | Fur-plucking | Caterwaul |
| Carry | Lying | Chase | Drink | Defecate | Anogenital groom[a] | Head-rolling [a] | Chatter |
| Chase | Sitting | Climb | Eat | Hind feet scraping | Caterwaul[a] | Pacing | Chirp |
| Chew | Sleeping | Flee | Groom | Solitary Roll | Cheek rub[a] | Self-biting | Copulatory Cry |
| Drag | Standing | Flirting run[a] | Clawing | Rub (object) | Clawing[a] | Self-mutilation[a] | Growl |
| Drink | Stretching | Follow | Urinate | Urine Spray | Copulation | | Grunt |
| Eat | | Jumping | | Urine walk[a] | Copulatory cry[a] | | Gurgle |
| Forage[a] | | Pacing | | | Flirting run[a] | | Hiss |
| Hunt[a] | | Patrol[a] | | | Flehmen[a] | | Mew |
| Kill Bite | | Retreat[a] | | | Intromission | | Prusten/chuff |
| Lick | | Running | | | Lordosis[a] | | Puff |
| Nursing | | Stalk[a] | | | Mount | | Purr |
| Pounce | | Swimming[a] | | | Nape bite | | Roar |
| Sniff | | Trotting | | | Pelvic thrust | | Snarl |
| Stalk | | Walking | | | Social roll[a] | | Spit |
| Vomiting[a] | | | | | Stutter[a] | | Stutter |
| | | | | | Treading | | Wah-wah |
| | | | | | Urine spray[a] | | Yowl |
| | | | | | Yowl[a] | | |

[a] Behaviors that the authors have placed in categories based on the general felid literature.

**Report: Tri-State Zoological Park of Western Maryland**

**Table 3:** List of vocalizations based on felid literature. Although many cats share a number of vocalizations, many species-specific vocalizations exist. While this list is not exhaustive, it contains some of the most commonly referenced and recognizable felid vocalizations, and is encouraged for use and future expansion. Definitions are provided for all words listed in bold font.

| Vocalization | Definition | Context | Species |
|---|---|---|---|
| Caterwaul | Loud, drawn out whine. May be similar to the **yowl**. | Reproductive (female advertisement call) | Bobcat, domestic cat, puma snow leopard |
| Chatter | Cat rhythmically clashes the jaws, creating a low-amplitude, smacking sound. | When desiring prey which is out of reach; **displacement**. | Domestic cat, Eurasian lynx |
| Chirp | A short, high-pitched call described as similar to a bird chirping. | Contact call; used to locate conspecifics; when something is desired. | Cheetah, domestic cat |
| Copulatory cry | Cry emitted by female cat during successful intromission. In "small cats" it is described as a low, barely audible growl (Mellen, 1993). | Reproductive (female) | Recorded in some small cats (Mellen, 1993), although variations are likely to exist in most (if not all) species. |
| Growl | A low-pitched, throaty, rumbling noise produced while the mouth is closed. | Aggressive; agonistic | Most (if not all) cats |
| Grunt | Short, throaty, atonal call. | Calling to cubs; searching for group members; part of roaring sequence | Jaguar, leopard, lion |
| Gurgle | Short, pulsed sound, described as similar to a person gargling their throat. | Affiliative; friendly; females with kittens | Most (if not all) "small cats" |
| Hiss | A drawn-out, low-intensity hissing sound produced by rapid expulsion of air from the cat's mouth, usually during exhalation. | Agonistic | Most (if not all) cats |
| Mew | The distinctive "meow" call that is typical of cats. Mews can differ considerably between species, and vary in tone, duration, pitch, and structure. | Many (social; reproduction; contact call) | Most (if not all) cats, however sound varies in intensity and differs between species |
| Prusten (chuff) | Cat expels jets of air through the nose creating a low-intensity, soft, pulsed sound, described as being similar to the snorting of a horse. | Affiliative; friendly | Clouded leopard, jaguar, snow leopard, tiger |
| Puff | Cat expels short, explosive jets of air through the nose and lips in rapid, rhythmic sequence of 2–4 sounds. Described as a bout of stifled sneezing. | Affiliative; friendly | Leopard, lion |
| Purr | Low, continuous rhythmical tone produced during respiration while the cat's mouth is closed. Creates a murmuring sound. | Friendly; contentment | Most (if not all) "small cats" |
| Roar | High intensity call that differs between species but consists of a "main call" and **grunting** sounds. In the lion, the call may be described as moaning, full-throated and thundering. | Long distance; contact or spacing call; possibly more | Jaguar, leopard, lion, tiger |
| Snarl | Cat **bares teeth** while emitting a sound similar to a **growl**, however the mouth is open and the sound is usually louder, shorter and higher in pitch than a **growl**. | Aggressive; agonistic | Most (if not all) cats |
| Spit | Cat makes a sudden, short, explosive exhalation resulting in a burst of noise and is often accompanied by a violent movement. | Aggressive | Most (if not all) cats |
| Stutter (stutter-barking) | Soft, throaty repetitive call typically emitted by a male when interested in female in estrus. | Reproductive; affiliative | Cheetah |
| Wah-wah | Cat makes a "wah–wah" sound, where each "wah" is muffled, short, atonal, and of low amplitude. | Approach of two individuals; **displacement**; may be a mild threat | Some "small cats" (e.g. African golden cat, Asian golden cat, bobcat, caracal, Eurasian lynx, jaguarundi, puma) |
| Yowl | A long, drawn-out vocalization of variable pitch, intensity, duration | Reproductive; mild threat | Bobcat, cheetah, domestic cat, Eurasian lynx, Geoffrey's cat |

# Animal Welfare Assessment Tool: Rationale & Instructions



Current animal welfare science adopts a variety of approaches to measure individual welfare. Welfare is an indicator of *current* state; it changes over time on a spectrum of "poor" to "excellent" and requires regular assessment. The most robust approach includes the analysis of animal behaviour, environment, health and physiology. This survey tool was designed using current scientific parameters to allow *quantifiable* assessments of animal welfare across a broad range of species, allowing caregivers, vets and managers to track changes over time. The assessment tool addresses both welfare "inputs" based on environment and management, but also "outputs" based on observable behaviours and other measures of animal wellness. It is not exhaustive, but designed to be comprehensive, highlighting areas requiring attention.

There are a series of 28 questions separated into output or animal-based measures (including behaviour, health and affective states) and input or management-based measures (including environment, nutrition and choice & control). Teams should score all visible components as **objectively** as possible; a knowledgeable caregiver must be consulted to aid in scoring questions regarding husbandry and management. Completed forms are provided to the Behavioral Husbandry & Welfare team for analysis.

A system was developed to provide each species (or enclosure) with an overall score that reflects the number of 'Yes', 'Somewhat', and 'No' responses to the questions, allowing us to quantify patterns. Each question is assigned a corresponding value by marking the appropriate box to the right. An answer of 'No' means there is no evidence of species or individual-specific measures of that welfare variable; an answer of 'Yes' means there are obvious indicators or evidence present; and an answer of 'Somewhat' means there is some evidence of indicators or measures present. The scale of 1 – 5 is presented to allow survey users the opportunity to provide more quantifiable details when answering these questions. There are two additional sections to account if the situation is not applicable for that individual/species or if the situation is unclear; a 'N/A' or 'Not Applicable' box as well as a 'Not Clear' box. Comments should be placed next to each section regarding any concerns, variables, questions or suggested improvements for that section. Identified areas of concern and focus should be highlighted.

First, for each section, the values the assessor has checked should be should be added up and placed in the first half of the corresponding section subtotal box. Second, for each section, the total values possible should be added up and placed in the second half of the corresponding section subtotal box. **For questions answered 'N/A' or 'Not Clear', those values should NOT be included in your total section score.** Once all sections are completed, a Final Survey Percentage is calculated and recorded in the 'TOTAL' box. The final welfare assessment survey percentage will fall into one of the following assessment categories:

**80%-100% (Green):** Animal is likely experiencing a positive welfare state. Management should continue to evolve and improve, but current status reflects appropriate care. Note which categories have lower scores and focus new goals accordingly.

**60%-79% (Yellow):** Animal is likely in a neutral welfare state. This score could signify there are potential issues impacting welfare. BHW Team will meet with the animal area within 30 days of the completed assessment and design a written management plan addressing improvements and corrective action for variables with lower indicated scores. Assessments will be conducted every 180 days until a 'Green' score is acheived.

**59% or below (Red):** Animal is likely experiencing a negative welfare state. Significant issues could be severely impacting welfare. BHW Team will schedule a meeting with the animal area within 14 days of the completed assessment and design a written managment plan that addresses improvements and corrective action for each survey section. Assessments will be conducted every 60 days until a 'Green' score is acheived.

 

# OHDZA/WSP Animal Welfare Assessment Tool

Date of Assessment:                    Assessor/Department:                    Reason for Assessment:

System, group or individual:           Species (and Individual):               ZIMS# / Group#:

| 1 | Environment | Yes | S/W | No | *N/A | Comments [*N/A requires explanation] |
|---|---|---|---|---|---|---|
| 1. | Does the enclosure reflect or resemble elements of the species' natural environment, encouraging **Species-Typical Behaviors** [STB]? | 2 | 1 | 0 | – | |
| 2a. | Are physical environments complex and species appropriate, maximizing use of horizontal AND vertical/fossorial/depth space? | 2 | 1 | 0 | – | |
| b. | Are substrates varied and species-appropriate, encouraging STB? | 2 | 1 | 0 | – | |
| c. | Are furnishings diverse and improved regularly, encouraging STB? | 2 | 1 | 0 | – | |
| 3a. | Do off-exhibit holding or "alternate" spaces exist? | 2 | 1 | 0 | – | |
| b. | Do holding areas / shelters or alternate spaces appear complex, providing adequate space and usage opportunities for all individuals? | 2 | 1 | 0 | – | |
| 4a. | Are excessive noise, vibration and/or other environmental disturbances minimized? (i.e. construction, music, events, etc.) | 2 | 1 | 0 | – | |
| b. | Does the environment provide the animal(s) opportunities to avoid being disturbed by guests and/or other environmental disturbances? | 2 | 1 | 0 | – | |
| 5. | Do the following environmental parameters reflect the species' natural environment and encourage optimal welfare? | | | | | |
| | a.  Temperature / Humidity | 2 | 1 | 0 | – | |
| | b.  Ventilation / Air Quality | 2 | 1 | 0 | – | |
| | c.  Lighting | 2 | 1 | 0 | – | |
| | d.  Water Quality | 2 | 1 | 0 | – | |
| 6. | Does the environment allow for individual animals to choose between micro-climates similar to the natural environment for each species? | 2 | 1 | 0 | – | |
| 7. | Are environmental parameters shifted appropriately based on seasonal, metabolic, hormonal and behavioral fluctuations? | 2 | 1 | 0 | – | |
| 8. | Does the environment (combination of primary enclosure and non-primary holding areas) support introduction and/or separation of new individuals? | 2 | 1 | 0 | – | |

 

## OHDZA/WSP Animal Welfare Assessment Tool

| 9. | Does the environment have appropriate space and behavioral opportunities to accommodate population density? | 2 | 1 | 0 | – | |
|---|---|---|---|---|---|---|
| | **Column Totals:** | | | | **Section total:** | **/ 32** |

| **2** | **Health & Nutrition** | **Yes** | **S/W** | **No** | ***N/A** | **Comments [*N/A explanation]** |
|---|---|---|---|---|---|---|
| 10. | Does the animal(s) appear in good physical health with good coat/feather/scale condition & normal fecal form? | 2 | 1 | 0 | – | |
| 11. | Does the animal(s) exhibit appropriate range of motion, engaging in STBs without stiffness, lameness or impairment? | 2 | 1 | 0 | – | |
| 12. | Are weight and/or Body Condition Score [BCS] assessed and recorded? | 2 | 1 | 0 | – | |
| 13. | Are weight and/or BCS within appropriate species-typical range(s) for the assessed period/season ? | 2 | 1 | 0 | – | |
| 14. | Do the nutrition plan and subsequent weight/BCS fluctuate to properly reflect species-typical changes? | 2 | 1 | 0 | – | |
| 15. | Evidence of <u>each</u> animal consuming a complete, balanced diet and water? | 2 | 1 | 0 | – | |
| 16. | Is food presented through varied Feeding Life Strategies, encouraging STB? (contra-freeloading evident in management.) | 2 | 1 | 0 | – | |
| 17. | Is a preventative health program developed & implemented (e.g., individualized care, facility, records & equipment) for this animal? | 2 | 1 | 0 | – | |
| | **Column Totals:** | | | | **Section total:** | **/ 16** |

| **3** | **Husbandry** | **Yes** | **S/W** | **No** | ***N/A** | **Comments [*N/A explanation]** |
|---|---|---|---|---|---|---|
| 18. | Are "special needs" assessed and appropriately provided for (i.e, injury, pregnancy, geriatric, seasonal metabolic change, hormonal changes) | 2 | 1 | 0 | – | |
| 19. | Is a Life Strategy enrichment program with STB goals implemented, evaluated and readjusted? | 2 | 1 | 0 | – | |
| 20. | Is a positive reinforcement training program with appropriate individual goals implemented, evaluated and readjusted? | 2 | 1 | 0 | – | |
| 21. | Can veterinary care be provided in a way that minimizes distress? | 2 | 1 | 0 | – | |
| 22. | Do animal care staff demonstrate an in-depth knowledge of natural and individual histories for the animal/species? | 2 | 1 | 0 | – | |
| | **Column Totals:** | | | | **Section total:** | **/ 10** |

 

**OHDZA/WSP Animal Welfare Assessment Tool**

| 4 | Behavior, Choice and Control | Yes | S/W | No | *N/A | Comments [*N/A explanation] |
|---|---|---|---|---|---|---|
| 23. | Animal(s) observed engaging in a wide range of **species-typical behaviors (STB)**? | 2 | 1 | 0 | – | |
| | What recognized STB cannot be expressed? | | | | | |
| 24. | Does the animal demonstrate sleep/resting patterns typical of this species? | 2 | 1 | 0 | – | |
| 25a. | Is the animal given access from primary physical environment to holding or alternate areas for more than 75% of the time spent in enclosure? | 2 | 1 | 0 | – | |
| b. | Are social groupings species-typical, with appropriate sex/age ratios? | 2 | 1 | 0 | – | |
| 26. | Is there evidence of appropriate intra/interspecific social relationships & interactions within their living environment(s)? | 2 | 1 | 0 | – | |
| 27. | Does each animal have the ability to avoid habitat mates and choose where and with whom they spend their time in the environment? | 2 | 1 | 0 | – | |
| 28. | Are the animal's responses to external noise or other environmental activity typical for species? Can they exhibit STB to positively cope with stressors? | 2 | 1 | 0 | – | |
| 29. | Are atypical behaviors absent? May include visible stereotypies or evidence of (i.e., plucking, pacing paths), lack of species-typical behaviors, lethargy, etc. | 2 | 1 | 0 | – | |
| | If evidence, is there an understanding of potential cause? | | | | | |
| | If evidence, what measures are in place to try and address them? | | | | | |
| 30. | Is enrichment provided to account for a 24-hour activity budget, with evidence of goal STB elicited successfully? | 2 | 1 | 0 | – | |
| 31. | Is there evidence of reinforcing **Human-Animal Interactions (HAI**s)? (i.e., behavioral response to presence, voluntary interactions, lack of adverse reaction) | 2 | 1 | 0 | – | |
| 32. | Do animal care staff routinely log or record behavioral changes or expression of (or lack of ) STB? | 2 | 1 | 0 | – | |
| | **Column Totals:** | | | | Section total: | / 22 |

| | 1 | 2 | 3 | 4 | TOTAL: |
|---|---|---|---|---|---|
| **Section subtotals:** | / 32 | / 16 | / 10 | / 22 | / 80 |
| | | | | | % |

## Animal Care Department Essential Training

**Everything on the list below was approved by the veterinary staff. Any caveats or recommendations have been added in blue. Please respect these guidelines, recognizing that the goal is minimizing the risk to our animals and each other.**

❖ **Reduce training session duration and frequency to the minimum that is necessary to teach/maintain these behaviors;** remember that the point of reducing interactions is to minimize the time that the animal and keeper have the potential of sharing respiratory particles within 6 feet of each other.

❖ **Weights no more than once per week unless requested by vets.**

❖ **Sessions greater than 6' away from an animal are fine.**

❖ **Ensure hands are thoroughly washed both before and after handling the food and the training session and all proper PPE is worn.**

**Hoofstock:**

- **Giraffe (Female, 0.1):** Blood draw training with the yearling giraffe Zoe. She has just recently allowed us to "touch" and ""stick" which will be important for pre ship blood draws when she moves to Tulsa. That move might actually happen this fall.
- **Giraffe hoof care is also considered an essential behavior by vets.**
- **Indian rhino (1.1 and 1.0 calf):** Continue training work that supports their ability to provide all the Indian rhinos their West Nile and rabies vaccinations.

**Elephants:**

- Essential for elephants:
- Foot care
- Routine blood screening
- Rectal access
- Tethers?
- Oral meds?
- trunk wash?

The question marks are things that the team considers necessary for EEHV monitoring and treatment and in progress right now. **Note - These are considered essential behaviors for our elephants for EEHV monitoring and treatment by the veterinary staff.**

- We will keep a maximum distance for stationing and can limit who works with each elephant if that would be helpful to be able to continue shaping behaviors? **>6' distance (using targets, etc) with PPE and sessions can proceed.**

**Cats/Bears:**

- **Lion (0.1):** Continue injection training for weekly allergy medication.
- **Recommendation for periodic weights to be obtained on all animals; ensure sloth bears are weighed (no more than 1x/week) to assess health and welfare.**

**Apes:**

- **Sulawesi Macaque:** needs daily training for insulin injection.
- **Gorilla:** will continue to need daily training for daily eye drop administration.
- **Gorilla:** we will continue work for loop recorder, though it is a mastered behavior and we only do the readings on a monthly basis. **(Practice sessions permissible no more than 1x/week.)**

- All gorillas should have periodic training for wound examination. **(Maximum 1x/day per animal.)**
- Supervisor requests that Orangutan training with appropriate PPE continue (all animals). Training is deemed essential as keeper interaction is a primary social reinforcer and believed to be an integral part of the animals' daily routine. **(Maximum 1x/day per animal. Please focus on only medically related behaviors during sessions.)**
- Additional PM shift for a second training session for orangutan juveniles specifically; they are managed individually and require/thrive on daily interaction with keepers.

**Adventure Trails:**

- **Prairie dogs (0.2):** Regular weights needed while monitoring quality of life to assess welfare.
- **Goats:** Voluntary hooftrims on all goats reduce the time and stress involved in the regular/necessary procedure. Sessions are brief and occur during normal husbandry routine.
- **Cheetah (2.0):** Continue protected-contact training with appropriate PPE to monitor abnormal foot pads and maintain injection training for voluntary immobilization. Holding building does not permit interactions greater than 6' distant (outdoor space is lined with hotwire to discourage them from climbing the barrier).
    - **Note: Please minimize time spent in holding building to the minimum that is necessary to complete daily husbandry care +/- training session to decrease exposure time between keepers and cats.**
- Supervisor deems protected-contact training is critical for maintaining relationships with animals; if routine reinforcing opportunities are removed, they may regress significantly and not be able to perform their <u>specific ambassador roles</u> in the future. **(Maximum 1x/day per animal. Please focus on only medically related behaviors during sessions.)**


**WKP:**

- **Sugar Gliders:** Wake up Cue, Station, Box – 2x Daily - Medication receiving
- **Chinchilla:** Wake up Cue, Home Station, Crate – 1x/Week – Obtain weight and access to home during deep cleaning
- **Chinchilla:** Wake up Cue, Crate, Scale – 1x/Week – Obtain weight and access to home during deep cleaning
- **Chinchilla:** Wake up Cue, Home Station, Crate, Scale – 1x/Week – Obtain weight and access to home during deep cleaning
- **North American Porcupine:** Wake up Cue, Target, Scale, Crate, present body vertically on enclosure door – 1x/Week – Obtain weight, assess body condition (currently on desired weight loss trend), access to home during deep cleaning
- **Degu:** Wake up, Tube - 1x/Week - Obtain weight and access to home during deep cleaning
- **Degu:** Crate - 1x/Week - Obtain weights and access to home during deep cleaning
- **Spiny Mice:** Wake up, Tube – 1x/week - Obtain weight and access to home during deep cleaning
- **Hedgehog:** Picking up with gloved hand for transfer into transport/weighing container – 1x/week – Obtain weight and access to home during deep cleaning


**Sea Lions:**

- **Eye care**
- **Ultrasound training**


**Madagascar:**

- **1.2 fossa:** injection training
- **Black lemur** (protective contact) 19542: crate training for upcoming immobilization
- **RT lemur** 15557: target, touch, saline injection; depo injection every 45 days
- **RR lemur** 25126, 24240: target, touch, saline injection; depo injection every 45 days
- **Aye aye** 20263: target, touch, manipulate/disinfect chronic facial abscess
- **Aye aye** 25714: target, touch, ultrasound training
- Monthly weights on all lemurs - target, station on scale; diagnosis illness, social dynamic changes, and/or potential diet alteration.

- **Mouse lemurs**: monthly ivermectin dose; hand caught 1st of each month.

## Jungle:
Area managers confirm that staff wear proper PPE at all times in the entire department. All of this training is critical to their daily husbandry, welfare and health assessment and psychological enhancement. If eliminated, the staff would not be able to properly care for them.

- **ASC Otter (2.1)**: ultrasound, X-ray, desensitize for injection, front paw presentation, scale, and abdominal palpation.
- **WH Gibbon family (2.2)**:  training squeeze crate for upcoming physical, side for injection, hand and feet presentation, weights and body presentations.
- **WH Gibbon**: daily Boost drink from syringe, temp with temp gun, body presentations and weights.
- **Pot-bellied pig:** weights, desensitize for injection, scratch down for footwork, and harness.
- **Indian crested porcupine:** target, desensitize for injection, and weights.
- **Spotted-neck Otter (2.1)**:  body presentations, desensitize for injection, station, target, and weights.
- **De Brazza (1.0), Diana (1.0) Wolf's (1.0) Wolf's (0.1):** body presentations, desensitize for injection, hand and feet presentation, target and training squeeze crate.
- **Tapirs (2.2)**: body presentations, mouth, sit and lay down, weights, desensitize for injection, and protected contact scratch down sessions including foot work. **(Use washed/disinfected fabric or rubber gloves [work/kitchen-type, etc] when actually touching the animals. Make sure these gloves are disinfected after each training session.)**
- **Francois Langur (1.2.2):** ultrasound, body presentations, hands and feet, weights, training squeeze crate, and desensitize for injection.
- **Grey Gibbon**: body presentations, hands and feet, weights, training squeeze crate, and desensitize for injection.
- **Pygmy hippos (1.2)**: weights, mouth and desensitize for injection.
- **Brown headed spider monkey (1.1)**: body presentations, hands and feet, weights, and training squeeze crate.
- **Saki monkey (0.2)**: training crate and weights.
- **Squirrel monkeys (1.1)**: training crate and weights.
- **Giant elephant shrews (1.1):** weights

## Dome Mammals:
- Scale training to obtain weekly/monthly weights for all mammal species; these animals are generally housed in mixed species exhibits and groups. Regular weights are essential to assessing appropriate nutritional intake, health and welfare.
- **0.1 ocelot, 0.1 fossa, 1.1 klipspringer, 1.1 coati, 1.0 bat-eared fox, 1.0 bobcat, 1.0 two-toed sloth, 1.0 black-footed cat, 0.5 beavers**: injection training.
- **0.1 springhaas, 0.1 two-toed sloth, 0.1 pygmy slow loris, 0.5 beavers:** ultrasound training
- **1.1 owl monkeys, 2.0 bushbabies, 2.1 black-footed cats, 1.1 pottos, 1.1 pygmy slow lorises, 1.3 prehensile-tailed porcupines, 1.0 brush-tailed porcupine, 0.0.10 dwarf mongoose, 1.0 yellow-footed rock wallaby, 3.0 tammar wallabies, 4.3 meerkats**: crate training
- **4.0 collared peccaries:** hooftrim training

## AZA Accredited Institutions:

Below is a list of AZA accredited institutions that, at the time this document was drafted, are still managing mammal training programs, with appropriate PPE precautions (similar to primates; a few including eye masks). Curators and staff are making area decisions together; some are prioritizing behavioral goals as essential, but still training mammals.

Cincinnati

Great Plains Zoo

Lincoln Zoo

Disney

Columbus

Minnesota

Atlanta

Miami

Blank Park

Oakland