Case 1:20-cv-01225-PX   Document 71-28   Filed 12/20/21   Page 1 of 1

EXHIBIT A



# ANIMALS ARE NOT OURS to experiment on, eat, wear, use for entertainment, or abuse in any other way. ▸▸

## Our Mission Statement

People for the Ethical Treatment of Animals (PETA) is the largest animal rights organization in the world, and PETA entities have more than 9 million members and supporters globally.

PETA opposes speciesism, a human-supremacist worldview, and focuses its attention on the four areas in which the largest numbers of animals suffer the most intensely for the longest periods of time: in laboratories, in the food industry, in the clothing trade, and in the entertainment business. We also work on a variety of other issues, including the cruel killing of rodents, birds, and other animals who are often considered "pests" as well as cruelty to domesticated animals.

PETA works through public education, investigative newsgathering and reporting, research, animal rescue, legislation, special events, celebrity involvement, and protest campaigns.