

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** shared a post.
August 2, 2017 ·





    +19

**Cornerstone Baptist Church** is with **Kati Blankenship** and **6 others**.
August 2, 2017 ·

Another incredible day at Bible School! Just two more days to go!

Like Page

---

Like    Comment    Share

12    Oldest



**Ginger Squires** Have you ever been to the Tri-State Zoo? And, are you referring or commenting because of the current situation with PETA ?

Like · Reply · 37w



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** This is the owners daughter. We ARE a sanctuary. We SAVED most of these animals, or they were born here. The animals are not mistreated & are fed better than most people are! And yes, it may be a little dirty, but animals are dirty. Obviously you complainers have never owned a pet. When you only have a few people -volunteers and the owner- the animals make a mess as you clean. And if you have an issue, why don't you come out and volunteer. PETA is a joke & actually hurts more animals than they help.

Like · Reply · 37w    1


**Lisa Marie Bush** Ugh the comment is gone

Like · Reply · 37w


**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** I've been deleting PETA related comments.  1

Like · Reply · 37w


**Crystal Mongold Eisenhofer** Absolutely love this place, the animals and the people involved! Please note before judging you should take the time to get to know the family and everyone there. This is a non profit organization that provides care to all animals that have been rescued. I was just there Thursday and personally enjoyed my time as I always do with every visit! I even took some great pictures that I will be sharing thanks to Bob for the taking the time to make it so amazing  1

Like · Reply · 37w


**Sarah Llewellyn** Everyone wants to gripe but not one of the people complaining or signing the petition offer to help. I hope you pull through this, tsz  1

Like · Reply · 36w


**Bettie Acks** I went there today and just loved the laid back way the zoo is run. I love how the animals all interact, kind of like my place, where all the animals get along and there is no fighting, I don't know why anyone should complain (PETA) because all of th... See More

Like · Reply · 32w