Case 1:20-cv-01225-PX   Document 71-31   Filed 12/20/21   Page 1 of 1

**EXHIBIT 14**

Tri-State Zoological Park & Animal Park, Care & Rescue 50…   Teresa   Home

Like   Follow   Share   Send Message

**EXHIBIT D**



### Tri-State Zoological Park & Animal Park, Care & Rescue 501c3

@TriStateZoologicalPark

- Home
- **About**
- Photos
- Events
- Videos
- Posts
- Shop
- Community
- Info and Ads

Create a Page

## About

Suggest Edits

**FIND US**

10105 Cottage Inn Ln NE
Cumberland, Maryland

Get Directions

m.me/TriStateZoologicalPark

Call (301) 724-2400

**HOURS**

Open Now   10:00 AM - 5:00 PM

**BUSINESS INFO**

Business Details

| | |
|---|---|
| Parking | Parking Lot parking |
| Price Range | $$ |

**ADDITIONAL CONTACT INFO**

✉ tristatezoo@aol.com

Paypal

**MORE INFO**

About
Local Zoo and Exotic Animal Rescue

Ages 11 and up - $8... See More

Zoo

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2018
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

Chat (24)

PETA008373