# PETA Statement: Endangered Species Safe From Tri-State Zoo

**EXHIBIT G**

**For Immediate Release:**
June 28, 2021

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – The Supreme Court has denied Tri-State Zoological Park's petition to review PETA's victory in its federal Endangered Species Act lawsuit against the notorious roadside zoo. Below, please find a statement from PETA Foundation Deputy General Counsel for Litigation Caitlin Hawks:

> **The champagne corks are popping at PETA at the long-awaited news that no more threatened and endangered species will endure, in the words of a federal court, "early and tragic" deaths at this "fetid and dystopic" roadside zoo. And the ball is already rolling on another lawsuit—one that aims to get the dozens of animals not protected under the Endangered Species Act out of this hellhole.**

More information about PETA's legal battles against Tri-State is available here.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** or follow the group on **Twitter**, **Facebook**, or **Instagram**.



# PETA Victory: Tri-State Zoological Park Loses Appeal

**With Federally Protected Species Now Safe From 'Dystopic' Roadside Zoo, Group Turns Its Attention to Remaining Animals Held There**

**For Immediate Release:**
January 29, 2021

**Contact:**
David Perle 202-483-7382

**Cumberland, M.d.** – This morning, the Fourth Circuit Court of Appeals upheld PETA's victory (https://www.peta.org/wp-content/uploads/2021/01/OPINION.pdf) in its federal Endangered Species Act (ESA) lawsuit (https://www.peta.org/media/news-releases/big-cats-from-tri-state-zoological-park-head-to-new-sanctuary-home/) against Tri-State Zoological Park (http://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf); its owner and operator, Robert Candy; and an associated entity, Animal Park, Care & Rescue, Inc.—ruling that PETA had standing to bring the suit, in part because the roadside zoo "created the misimpression that the conditions in which the animals were kept were lawful and consistent with animal welfare" and because PETA's mission demanded that it take action to correct that misimpression.

Tri-State had filed the appeal after the United States District Court for the District of Maryland ruled in PETA's favor in the lawsuit in 2019, resulting in the transfer of three big cats to The Wild Animal Sanctuary in Colorado and a ruling prohibiting the roadside zoo from ever again owning or possessing endangered or threatened species. The judge found that five animals protected by the ESA who had died there between the time PETA

PETA003959

gave notice of the suit and the trial—one of whom was so ravaged by sepsis that pus-filled pockets had formed in her heart, tongue, and diaphragm—endured "early and tragic" deaths and described conditions at Tri-State as "fetid and dystopic."

"This abject failure of a facility has just been knocked down yet again in its shameless mission to exploit vulnerable animals," says PETA Foundation Deputy General Counsel for Captive Animal Law Enforcement Brittany Peet. "With this victory secured, PETA will now go full steam ahead with its efforts to get the rest of the animals out of there."

Just last week, the United States District Court for the District of Maryland denied (https://www.peta.org/wp-content/uploads/2021/01/court-denied-tri-state-motion-to-dismiss-peta-nuisance-suit.pdf) Tri-State's motion to dismiss a new civil complaint filed against it by PETA and a concerned citizen alleging that the roadside zoo's neglect and abuse of more than 100 animals (https://www.peta.org/media/news-releases/new-lawsuit-filed-against-tri-state-zoological-park/)—who are not protected under the ESA—creates a public nuisance. This suit asks the court to order that these remaining animals be transferred to reputable facilities.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/) or follow the group on **Twitter** (https://twitter.com/peta), **Facebook** (https://www.facebook.com/official.peta), or **Instagram** (https://www.instagram.com/peta/?hl=en).

(https://www.peta.org/media/contact-media-department/)

## For Media: Contact PETA's Media Response Team.



**CONTACT (HTTPS://WWW.PETA.ORG/N MEDIA-DEPARTMENT/)**

PETA003960



# PETA Slams Tri-State Zoo's Groundhog Day Stunt

**Group's Warning Comes as Lawsuit Proceeds Against Roadside Zoo's Alleged Neglect of Animals**

**For Immediate Release:**
January 26, 2021

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – With the notorious Tri-State Zoological Park slated to provide a groundhog for the Groundhog Day event downtown, PETA sent a letter (https://www.peta.org/wp-content/uploads/2021/01/cumberland-please-reconsider-using-live-groundhog-for-event.pdf) today to Melinda Kelleher, the executive director of the Cumberland Downtown Development Commission, urging her to skip the live groundhog altogether.

PETA notes that groundhogs are prey animals who actively avoid human contact and transporting them to unfamiliar locations while they should be hibernating and subjecting them to being around unfamiliar humans is extremely stressful for them. The novel coronavirus is also transmissible between humans and other species, so the event would put Murray the groundhog at risk of COVID-19 infection.

"PETA is asking the kind people of Cumberland to pass on hiring a chronic animal neglecter to harass a vulnerable groundhog for a spectacle no one needs," says PETA Foundation Deputy General Counsel for Captive Animal Law Enforcement Brittany Peet. "Traditions evolve as times change, and it's time for Cumberland to move its Groundhog Day celebration in a compassionate new direction, sans terrified animal."

PETA000712

PETA's request follows a recent ruling (https://www.peta.org/wp-content/uploads/2021/01/court-denied-tri-state-motion-to-dismiss-peta-nuisance-suit.pdf) by the United States District Court for the District of Maryland, which denied Tri-State's motion to dismiss the civil complaint filed against it by PETA and a concerned citizen alleging that the roadside zoo's neglect and abuse of more than 100 animals (https://www.peta.org/media/news-releases/new-lawsuit-filed-against-tri-state-zoological-park/) creates a public nuisance.

PETA prevailed in its previous federal lawsuit against Tri-State (https://www.peta.org/media/news-releases/big-cats-from-tri-state-zoological-park-head-to-new-sanctuary-home/), resulting in the transfer of three big cats to an accredited sanctuary in Colorado and a ruling prohibiting the roadside zoo from owning or possessing endangered or threatened species. The judge found that five animals protected by the Endangered Species Act who had died there between the time PETA gave notice of the suit and the trial—one of whom was so ravaged by sepsis that pus-filled pockets had formed in her heart, tongue, and diaphragm—endured "early and tragic" deaths at Tri-State and described conditions at the facility as "fetid and dystopic."

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/) or follow the group on **Twitter** (https://twitter.com/peta), **Facebook** (https://www.facebook.com/official.peta), or **Instagram** (https://www.instagram.com/peta/?hl=en).

(https://www.peta.org/media/contact-media-department/)

## For Media: Contact PETA's Media Response Team.



**CONTACT (HTTPS://WWW.PETA.ORG/MEDIA-DEPARTMENT/)**

PETA000713



ANIMALS ARE NOT OURS | to experiment on, eat, wear, use for entertainment, or abuse in any other way.

# Court Orders Roadside Zoo to Pay Thousands to PETA

**Tri-State Zoo Owner Robert Candy and Counsel Nevin Young Sanctioned in Endangered Species Lawsuit PETA Won That Had Resulted in Transfer of Big Cats**

**For Immediate Release:**
October 30, 2020

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – On October 29, the U.S. District Court for the District of Maryland ordered Tri-State Zoological Park of Western Maryland, Inc. (http://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf); Animal Park, Care & Rescue, Inc.; their owner, Robert Candy; and their counsel, Nevin Young, to pay **$56,655.77 in fees and costs to PETA** within 180 days.

The award is connected to a motion for sanctions that PETA filed after defendant Candy, with assistance from his lawyer, tried unsuccessfully to silence PETA's critical fact witnesses days before the group's Endangered Species Act lawsuit (https://www.peta.org/blog/peta-rescues-big-cats-tri-state-zoological-park/) against Tri-State went to trial. PETA won that lawsuit, resulting in the transfer of three big cats to an accredited sanctuary in Colorado and a ruling prohibiting the roadside zoo from owning or possessing endangered or threatened species. Tri-State's appeal remains pending.

"This award is another example of the court's clamping down on Robert Candy's brazen disregard for the law and for animals' welfare," says PETA Foundation Deputy General Counsel for Captive Animal Law Enforcement Brittany Peet. "PETA looks forward to securing the release of all the animals still held at this shoddy roadside zoo."

PETA and concerned citizen Constance Collins are now involved in a new lawsuit against Tri-State alleging that the roadside zoo frequently denies the more than 100 animals currently in its custody timely veterinary treatment, daily care from qualified staff, sufficient enrichment, proper food and clean water, and even adequate shelter. The facility also fails to house animals—including Dodger, a monkey confined alone who was observed picking skin off his tail until it started to bleed—in social groups that meet their species-specific needs.

The suit contends that such neglect and mistreatment of animals violates state law and constitutes a public nuisance, and it asks the court to order that the remaining animals be transferred to reputable facilities immediately.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/) or follow the group on **Twitter** (https://twitter.com/peta), **Facebook** (https://www.facebook.com/official.peta), or **Instagram** (https://www.instagram.com/peta/?hl=en).

(https://www.peta.org/media/contact-media-department/)

### For Media: Contact PETA's Media Response Team.



**CONTACT (HTTPS://WWW.PETA.ORG/M MEDIA- DEPARTMENT/)**

**Also of Interest**



ANIMALS ARE NOT OURS | to experiment on, eat, wear, use for entertainment, or abuse in any other way.

# New Lawsuit Filed Against Tri-State Zoological Park

### PETA, Co-Plaintiff Sue Over Animal Mistreatment, Neglect

### For Immediate Release:

May 14, 2020

### Contact:

David Perle 202-483-7382

**Cumberland, Md.** – Today, PETA and Constance Collins filed a lawsuit (https://www.peta.org/wp-content/uploads/2020/05/2020-05-14-001-Complaint-for-Declaratory-and-Injuncitve-Relief-Public-nuisance.pdf) against Tri-State Zoological Park (http://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf); Animal Park, Care & Rescue, Inc.; and their owner, Robert Candy, alleging that Tri-State's neglect and mistreatment of the animals held at the facility violates federal and state law and constitutes a public nuisance. The suit asks the court to order that the animals be transferred to reputable facilities.

PETA and Collins allege that the notorious and decrepit roadside zoo interferes with the rights of the public and frequently denies the more than 100 animals in its custody timely veterinary treatment, daily care from qualified staff, sufficient enrichment, proper food and clean water, and even adequate shelter. Tri-State also fails to house animals in social groups that meet their species-specific needs, including Dodger, a monkey who is confined alone and was observed picking skin off his tail until it started to bleed, and Spazz, a monkey who is confined alone and has bald patches on his body.

"With every filthy enclosure and sick or stressed animal, this abject failure of a facility shows that it either can't or won't meet the needs of the animals it holds captive," says PETA Foundation Deputy General Counsel for Captive Animal Law Enforcement Brittany Peet. "The plaintiffs look forward to taking Tri-State Zoological Park before a judge and securing the animals' release to suitable habitats, where they can live out their lives in comfort and peace."

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—previously won an Endangered Species Act lawsuit (https://www.peta.org/blog/peta-rescues-big-cats-tri-state-zoological-park/) against Tri-State, which resulted in the transfer of three big cats from the roadside zoo to an accredited sanctuary in Colorado and prohibited the facility from owning or possessing endangered or threatened species. Tri-State has appealed, and that appeal remains pending.

PETA opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/).

(https://www.peta.org/media/contact-media-department/)



## For Media: Contact PETA's Media Response Team.

**CONTACT (HTTPS://WWW.PETA.ORG/MEDIA-DEPARTMENT/)**

**Also of Interest**



# Big Cats From Tri-State Zoological Park Head to New Sanctuary Home

### A Lion, Tigers Rescued After PETA Wins Endangered Species Act Lawsuit Against Roadside Zoo

**For Immediate Release:**
February 5, 2020

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – Following PETA's successful Endangered Species Act (ESA) lawsuit (https://www.peta.org/wp-content/uploads/2019/12/Dkt.182-MemorandumOpinion_PETAv.Tri-StateZoo.pdf) against Tri-State Zoological Park of Western Maryland, Inc. (https://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf) ("Tri-State"), a lion named Peka and two tigers named Cheyenne and Mowgli are now on their way to The Wild Animal Sanctuary in Colorado, which is accredited by the Global Federation of Animal Sanctuaries.

PETA's lawsuit contended that Tri-State harmed and harassed two lemurs, five tigers, and two lions in violation of federal law by displaying them in decrepit enclosures without appropriate companionship, potable water, or proper enrichment, food, or shelter and by denying them adequate veterinary care. The court ruled in PETA's favor, describing conditions for ESA-protected animals at the facility as "fetid and dystopic."

PETA000188

"The evidence showed that every endangered animal at Tri-State was left to languish in squalid conditions, often seeing a veterinarian only when on the brink of death," says PETA Foundation Director of Captive Animal Law Enforcement Brittany Peet. "These three big cats were lucky to survive, and PETA looks forward to seeing them explore their lush new sanctuary home."

Since PETA notified Tri-State of its intent to file suit in December 2016, five of the nine animals originally at issue died, including a lemur who had torn off the tip of his penis and a tiger named India who was so ravaged by sepsis that pus-filled pockets had formed in her heart, tongue, and diaphragm. The surviving lemur was transferred to an accredited zoo, and on December 26, 2019, the United States District Court for the District of Maryland ruled in PETA's favor on all claims presented at trial; ordered that Peka, Cheyenne, and Mowgli be moved to an accredited sanctuary; and prohibited Tri-State from owning or possessing endangered or threatened species in the future. Tri-State has appealed, and that appeal remains pending.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview.

**Photos of the big cats' arrival at The Wild Animal Sanctuary will be available soon.**
For more information, please visit **PETA.org** (https://www.peta.org/).

(https://www.peta.org/media/contact-media-department/)



**For Media: Contact PETA's Media Response Team.**

**CONTACT (HTTPS://WWW.PETA.ORG/M MEDIA-DEPARTMENT/)**

PETA000189



# Breaking: Tri-State Zoological Park Must Relinquish Big Cats, Says Court

### PETA Wins Endangered Species Act Lawsuit Against Roadside Zoo

**For Immediate Release:**
December 30, 2019

**Contact:**
Megan Wiltsie 202-483-7382

**Cumberland, Md.** – On December 26, following a six-day bench trial that took place in November, the U.S. District Court for the District of Maryland issued a ruling in PETA's Endangered Species Act (ESA) lawsuit (https://www.mediapeta.com/peta/PDF/2017-07-31_Doc_1_Complaint_by_PETA_against_Tri-State_Redacted.pdf) against Tri-State Zoological Park of Western Maryland, Inc. (https://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf) ("Tri-State")—and the **three federally protected big cats who are currently being held there will now be headed to an accredited sanctuary**. The court also prohibited Tri-State from owning or possessing endangered or threatened species in the future. The judge described conditions for ESA-protected animals at the facility as "fetid and dystopic."

PETA's lawsuit (https://www.peta.org/wp-content/uploads/2019/12/Dkt.182-MemorandumOpinion_PETAv.Tri-StateZoo.pdf), which also included Tri-State's owner and operator Robert Candy and Animal Park, Care & Rescue, Inc., alleged that Tri-State harmed and harassed two lemurs, five tigers, and two lions in violation of federal law by displaying them in decrepit enclosures without appropriate companionship, potable water, or proper enrichment, food, or shelter and by denying them adequate veterinary care. Since PETA notified Tri-State of its intent to file suit in December 2016, five of the nine

PETA000965

animals originally at issue have died, including a lemur who had ripped off the tip of his penis and a tiger named India who was so ravaged by sepsis that pus-filled pockets had formed in her heart, tongue, and diaphragm. **The court found that all these animals died prematurely and endured tragic deaths and that Tri-State's failure to provide them with adequate veterinary care violated the ESA.**

"This landmark ruling sends Tri-State and every other roadside zoo a clear message that keeping social species in isolation and sentencing sick animals to slow, painful deaths will not be tolerated," says PETA Foundation Director of Captive Animal Law Enforcement Brittany Peet. "For more than a decade, PETA has fought tooth and nail for the animals at Tri-State, and we're pleased that the court has given these survivors a new lease on life."

PETA previously filed a motion for summary judgment against Tri-State, prompting a federal judge to issue a first-of-its-kind ruling that the facility's failure to provide a now-deceased tiger named Cayenne with adequate veterinary care "harmed" her, in violation of the ESA.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—opposes speciesism, a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/).

(https://www.peta.org/media/contact-media-department/)

**For Media: Contact PETA's Media Response Team.**



**CONTACT (HTTPS://WWW.PETA.ORG/N MEDIA-DEPARTMENT/)**

 ANIMALS ARE NOT OURS | to experiment on, eat, wear, use for entertainment, or abuse in any other way.

# Tri-State Zoological Park Violated Law, Says Judge

### Summary Judgment Supports PETA's Assertion That Failing to Provide Tiger With Adequate Veterinary Care Violated Endangered Species Act

**For Immediate Release:**
July 9, 2019

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – A federal judge for the U.S. District Court for the District of Maryland has just issued a first-of-its-kind ruling on PETA's motion for summary judgment, finding that Tri-State Zoological Park (http://www.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf)'s failure to provide a now-deceased tiger named Cayenne with adequate veterinary care "harmed" her, **in violation of the federal Endangered Species Act** (ESA). In light of this development, PETA will be requesting that the U.S. Department of Agriculture terminate the roadside zoo's federal Animal Welfare Act exhibitor's license.

The ruling stems from the ESA lawsuit (https://www.mediapeta.com/peta/PDF/2017-07-31_Doc_1_Complaint_by_PETA_against_Tri-State_Redacted.pdf) filed in 2017 by PETA alleging that Tri-State harmed and harassed two lemurs, five tigers, and a lion in violation of federal law by displaying them in decrepit enclosures without appropriate companionship, potable water, or proper enrichment, food, or shelter and by denying them adequate veterinary care and that it continues to harm and harass the protected animals who remain at the facility. Since PETA notified Tri-State of its intent to file suit, four of the nine animals originally at issue in the lawsuit have died, including a lion and a lemur who had reportedly mutilated his penis and was hypothermic when he died. According to Tri-

State's counsel, Cayenne's brother Kumar died just yesterday, on the same day the court issued its order finding that the facility violated the ESA in Cayenne's death. PETA doesn't yet know Kumar's cause of death.

"This landmark ruling sends Tri-State and every other roadside zoo a clear message that failing to provide a protected species with adequate veterinary care violates federal law," says PETA Foundation Director Brittany Peet. "PETA is going full steam ahead with its efforts to move the endangered and threatened animals still suffering at Tri-State to reputable facilities where they can enjoy life and engage in natural forms of behavior at long last."

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—will now prepare to head to trial on the remaining issues raised in its lawsuit. The group is requesting an injunction terminating all of Tri-State's ownership and possessory rights relating to the three tigers and one lion currently held at the facility, prohibiting the facility from owning or possessing federally protected animals and from otherwise violating the ESA, and securing the transfer of every surviving federally protected animal still held there to reputable facilities. A trial for this case has been scheduled for November 2019.

PETA opposes speciesism, which is a human-supremacist worldview. For more information, please visit **PETA.org** (https://www.peta.org/).

(https://www.peta.org/media/contact-media-department/)

**For Media: Contact PETA's Media Response Team.**



**CONTACT (HTTPS://WWW.PETA.ORG/N MEDIA-DEPARTMENT/)**



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

News Releases    PSAs    Public: Sponsor PSAs    Media: Order PSAs    Contact PETA's Media Department

# Tri-State Zoological Park Sued Over Inadequate Care

**PETA Seeks to Transfer Lemurs, Tigers, and Lion Displayed From Decrepit Enclosures at Roadside Zoo**

**For Immediate Release:**
July 31, 2017

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – Today, PETA filed a federal Endangered Species Act citizens lawsuit against Tri-State Zoological Park alleging that the Cumberland roadside zoo harms and harasses two lemurs, five tigers, and a lion in violation of federal law by displaying them in decrepit enclosures without appropriate companionship or proper enrichment, food, potable water, and shelter, among other failures to meet minimal animal-care standards. PETA is asking the court to declare that Tri-State is in violation of federal law and to appoint a special guardian to identify reputable wildlife sanctuaries where the animals could be placed, consistent with their best interests.

"Tri-State Zoological Park has a rap sheet of animal-welfare violations a mile long," says PETA Foundation Director of Captive Animal Law Enforcement Brittany Peet. "PETA is pushing for these lemurs and big cats to be freed from this roadside zoo, which has repeatedly demonstrated that it can't even provide animals with basics like clean drinking water."

In nature, ring-tailed lemurs live in large social groups ranging from eight to 20 individuals, but at Tri-State, there are only two lemurs, and they're displayed in an unsanitary, barren cage. Tigers in nature roam vast territories, but PETA alleges that at Tri-State, the five tigers are confined to an unsanitary pit—and while swimming is essential for these animals' well-being, three of them have only a small pool that's constantly contaminated with urine and feces. In the wild, lions live in large social groups called prides, but PETA alleges that at Tri-State, the lion Peka is displayed in isolation in an unsanitary enclosure with no shade from the hot sun. The only other lion at the facility, Mbube, died earlier this year after becoming emaciated. He apparently did not receive adequate veterinary care for his condition.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—also alleges that Tri-State exposes the tigers and lions to disease by allowing domestic cats, at least one of whom may carry feline immunodeficiency virus, to roam freely throughout the facility. It also allows members of the public to have direct contact with big cats, which distresses the animals.

For more information, please visit **PETA.org**.

**PeTA**
(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

News Releases    PSAs    Public: Sponsor PSAs    Media: Order PSAs    Contact PETA's Media Department

## Appeal Underway in Lawsuit Over Roadside Zoos' Licenses

**For Immediate Release:**
May 9, 2017

**Contact:**
David Perle 202-483-7382

**Richmond, Va.** – Tomorrow, after hearing oral arguments from lawyers for PETA, the Fourth Circuit Court of Appeals will have the opportunity to correct a lower-court ruling that found that the U.S. Department of Agriculture (USDA) has the discretion to renew (or "rubber stamp") licenses issued to exhibitors, such as SWFS, that the agency knows are in chronic violation of the federal Animal Welfare Act (AWA).

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—will argue that the AWA was intended to ensure that covered animals "are provided humane care and treatment" and that the act allows an animal exhibitor to be issued a license **only if the applicant can demonstrate that it's operating in accordance with AWA regulations**.

But the USDA continues to renew the licenses of businesses like **Summer Wind Farms Sanctuary** in Brown City, Michigan—which was named in the lawsuit—where conditions were so bad that a USDA inspector recently described the roadside zoo as having a "culture of indifference" that "is animal cruelty" and "puts all animals at the facility in danger." Among other recent incidents, a 14-month-old tiger was extremely unsteady on her feet and was not receiving adequate veterinary care for an infection. The inspector noted that her "worsening condition" could "lead to additional animal suffering and possibly death." The **Tri-State Zoological Park** (aka "Tri-State Zoo"), another facility (in Cumberland, Maryland) named in the suit, displays highly social primates in isolation, including a capuchin monkey who is apparently so stressed from the conditions of his confinement that he has been seen picking at his skin until he bleeds. The roadside zoo was also recently cited after the condition of a 13-year-old, apparently emaciated, ailing lion hadn't been diagnosed by a veterinarian with exotic-cat experience.

"Ramshackle roadside zoos across the country keep racking up violations of the Animal Welfare Act, and the USDA keeps renewing their licenses every year like clockwork," says PETA Foundation Director of Captive Animal Law Enforcement Brittany Peet. "PETA is calling on the USDA to stop signing off on suffering and urging Summer Wind Farms, the Tri-State Zoo, and other facilities to move these animals to reputable sanctuaries now."

More information about the lawsuit is available here, and the plaintiffs are represented by Washington, D.C., public-interest law firm Meyer Glitzenstein & Eubanks.

*PeTA*
(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

News Releases    PSAs    Public: Sponsor PSAs    Media: Order PSAs    Contact PETA's Media Department

# Caught: Tri-State Zoological Park Cited for Thin, Ailing Lion

**PETA Complaint Prompts Federal Action Against Notorious Roadside Zoo**

**For Immediate Release:**
November 8, 2016

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – As a result of a recent PETA complaint, the U.S. Department of Agriculture (USDA) inspected Tri-State Zoological Park in Cumberland and slapped the facility with a direct citation for violating the Animal Welfare Act (AWA) regarding a thin, ailing lion. While the roadside zoo and its veterinarian were aware of the animal's condition, the USDA cited the facility on October 6 for not seeking a diagnosis from a veterinarian with exotic-cat experience, as leaving the lion undiagnosed can prolong his suffering and doesn't allow for an adequate course of treatment for his condition.

According to the October 6 inspection report, which just became publicly available, the apparently emaciated 13-year-old lion had prominent pelvic bones. His coat was rough, and his mane had thinned—as would be seen on a 1-year-old lion. He also had a watery discharge around his eyes.

"Tri-State Zoological Park has repeatedly failed to meet even minimum standards for the care of animals as established by law," says PETA Foundation Director of Captive Animal Law Enforcement Brittany Peet. "This squalid facility is a hellhole for the animals imprisoned there, and that's why PETA is calling on caring people to steer clear of it."

The USDA has previously cited Tri-State Zoological Park repeatedly for failing to provide animals with adequate veterinary care, clean and secure enclosures, environmental enrichment, and adequate shelter from the wind and cold temperatures as well as for allowing the buildup of excessive amounts of animal waste in multiple enclosures. Just last year, the facility received an official warning for several repeat violations of confining animals to crumbling and filthy enclosures. In March 2013, the USDA suspended the facility's AWA license for 45 days and ordered it to cease and desist from violating the AWA.

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—urges people everywhere to avoid facilities that imprison animals for human pleasure and convenience.

For more information, please visit **PETA.org**.


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000132



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

News Releases    PSAs    Public: Sponsor PSAs    Media: Order PSAs    Contact PETA's Media Department

## Harvard Law Fellow Files Brief Supporting Appeal of Tri-State Zoological Park Licensing Case

**Amicus Brief Supports PETA's Push for Federal Appeals Court to Halt Rubberstamping Policy That Undermines Animal Welfare Act**

**For Immediate Release:**
October 25, 2016

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – Delcianna Winders, the academic fellow of Harvard Law School's Animal Law & Policy Program, whose research specializes in the administration of the federal Animal Welfare Act (AWA), has just lent her expert opinion in support of PETA's appeal of a lawsuit against the U.S. Department of Agriculture (USDA). PETA's lawsuit challenges the automatic renewal or "rubberstamping" of AWA licenses to exhibitors who are in chronic violation of the statute. Tri-State Zoological Park in Cumberland is implicated in the lawsuit because the facility was cited nine times six months prior to its license renewal in April 2015.

In an *amicus curiae* or "friend of the court" brief, filed with the U.S. Court of Appeals for the Fourth Circuit, Winders writes that halting the rubberstamping policy is consistent with the AWA's purpose—to ensure that exhibited animals receive humane care and treatment—and would save the USDA resources, as there would be fewer law-violating exhibitors to regulate. Winders also notes that the USDA has the power to deny renewal licenses to applicants that operate in flagrant violation of the AWA.

"The rubberstamping of exhibitor licenses allows hellholes like Tri-State Zoological Park to remain in business despite well-documented repeat violations of the federal Animal Welfare Act," says general counsel to PETA Jeffrey Kerr. "PETA won't give up until serial violators are held accountable and are no longer allowed to condemn animals to suffer for years on end in filthy cages without wholesome food, clean water, or proper veterinary care."

PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—notes that Tri-State Zoological Park has been cited for failing to remove feces from animal enclosures and for denying enrichment to an isolated, apparently stressed primate. In March 2015, the USDA issued an official warning to the zoo for its repeated violations of the AWA—and then renewed its license the following month.

Other facilities implicated in PETA's lawsuit include exhibitors in Alabama, Illinois, Michigan, North Carolina, Ohio, and Texas.

For more information, please visit **PETA.org**.


(https://www.peta.org)
**People for the Ethical Treatment of Animals**



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

# Feds Sued for Rubber-Stamping License Application of Tri-State Zoo

### PETA Lawsuit Takes On License Renewals of Facilities That Violate Animal-Welfare Laws

**For Immediate Release:**
August 26, 2015

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – PETA filed a lawsuit this morning in the U.S. District Court for the Eastern District of North Carolina against the U.S. Department of Agriculture (USDA) that challenges its policy of automatically renewing federal Animal Welfare Act (AWA) licenses. The USDA does this **even when the agency knows that the applicants are in violation of the AWA**—such as the Tri-State Zoological Park in Cumberland.

The AWA, which the USDA is charged with administering, prohibits licensing a facility that is not operating in accordance with the act. Yet the Tri-State Zoo was cited nine times six months prior to its license renewal in April 2015. These citations include failing to have an enrichment plan for an isolated marmoset, which is necessary for the animal's well-being, and consistent visitor complaints about an isolated spider monkey and an isolated capuchin—who is apparently so stressed from the conditions of his confinement that he picks at his skin until he bleeds. A June 2015 PETA complaint documented rotten food and animal waste in a kinkajou's food bowl and in the enclosure that housed the animal—an issue that the Tri-State Zoo was cited for in April 2014, more than a year earlier.

"The USDA hands out license renewals like Halloween candy to exhibitors who leave caged animals to suffer without veterinary care when they need it," says PETA Foundation Deputy Director of Captive Animal Law Enforcement Brittany Peet. "PETA is calling on the government to stop rubber-stamping the applications of businesses that abuse animals and break the law."

PETA's lawsuit argues that applicants cannot simultaneously violate the AWA and be in compliance with it—so the USDA's rubber-stamping policy is illegal. In March 2015, the USDA issued an official warning to the Tri-State Zoo for its repeated violations of the AWA—and then renewed its license the next month.

Other facilities implicated in PETA's lawsuit include exhibitors in Alabama, Illinois, North Carolina, Ohio, and Texas.

For more information, please visit **PETA.org**.


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000128

Case 1:20-cv-01225-PX   Document 71-35   Filed 12/20/21   Page 21 of 26



ANIMALS ARE
NOT OURS

| to experiment on, eat, wear,
use for entertainment, or abuse
in any other way.

# Caught: Tri-State Zoological Park Nets Official Warning for Poor Animal Care

### New PETA Complaint Finds Isolated Primates, Obese Bear, Filthy Enclosures

### For Immediate Release:
June 23, 2015

### Contact:
David Perle 202-483-7382

**Cumberland, Md.** – The U.S. Department of Agriculture (USDA) has hit notorious roadside zoo Tri-State Zoological Park (https://secure.mediapeta.com/peta/PDF/Tri-StateZooFactsheet.pdf) with an official warning (https://secure.mediapeta.com/peta/PDF/20150529_USDAOfficialWarning_TriState.pdf) for violations of the Animal Welfare Act (AWA) found during two inspections—one of which was prompted by a PETA complaint. And an even more recent newly released USDA inspection report (https://secure.mediapeta.com/peta/PDF/2015-05-27_USDAIR_TriStateZoologicalParkofWestern.pdf) revealed more of the same at Tri-State, including animals housed in a damaged, dilapidated enclosure that left them at risk of injury from sharp wires, while a coatimundi was confined to an enclosure with old, dried feces on a carpeted resting platform. Tri-State's apparent violations don't stop there: Thanks to a damning eyewitness report, PETA is submitting a fresh complaint (https://secure.mediapeta.com/peta/PDF/2015-06-23_RequesttoInvestigateTriStateZoologicalPark.pdf) to the USDA documenting additional apparent violations (https://secure.mediapeta.com/peta/PDF/2015-06-23_Tri-StateUSDAComplaintPhotoSheet.pdf), including highly social primates—a squirrel

monkey and a capuchin monkey—housed in isolation, an obese Asian black bear, and a kinkajou confined to a filthy, feces-strewn enclosure in which even the animal's food bowl was covered with excrement.

"Squalid enclosures, social animals kept in isolation, and chronically poor standards of care have been documented at Tri-State again and again," says PETA Foundation Deputy General Counsel Delcianna Winders. "PETA is calling on the USDA to break the cycle of neglect and abuse by holding this facility responsible for its inability to meet even the minimum needs of the animals in its care."

The USDA has previously cited Tri-State Zoo repeatedly for failing to provide animals with adequate veterinary care, clean and secure enclosures, environmental enrichment, and adequate shelter from the wind and cold temperatures as well as for allowing the buildup of excessive amounts of animal waste in multiple enclosures. In March 2013, the USDA suspended the facility's AWA license (https://secure.mediapeta.com/peta/PDF/2013-03-22_USDADecisionandOrder_TriStateZoo.pdf) for 45 days and ordered it to cease and desist from violating the AWA. PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—urges people everywhere to avoid facilities that imprison animals for human pleasure and convenience.

For more information, please visit **PETA.org** (https://www.peta.org/).

(https://www.peta.org/media/contact-media-department/)



**For Media: Contact PETA's Media Response Team.**

**CONTACT (HTTPS://WWW.PETA.ORG/N MEDIA-DEPARTMENT/)**



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home   Features   Videos   Action   Blog   Issues   Living   Shop   Investigations   Media Center   About PETA   Donate Now

News Releases   PSAs   Public: Sponsor PSAs   Media: Order PSAs   Contact PETA's Media Department

# Caught: Tri-State Zoological Park Cited for Filthy Enclosures

**PETA Complaint Prompts Federal Action for Tigers, Pigs, and Alpaca**

**For Immediate Release:**
April 2, 2015

**Contact:**
David Perle 202-483-7382

**Cumberland, Md.** – As a result of a recent PETA complaint, the U.S. Department of Agriculture (USDA) inspected Tri-State Zoological Park and slapped the facility with five new citations for violations of the federal Animal Welfare Act (AWA). According to the March 4 inspection report, which just became publicly available, animals were forced to wade through mud in order to reach drinking water and enclosures that held tigers were crumbling and insufficient, putting the animals at risk. Rodent droppings and other waste littered the facility, and an enclosure that housed a coatimundi had an excessive buildup of feces and food waste.

"Tri-State Zoological Park has repeatedly failed to meet even minimum standards for the care of animals established by law," says PETA Foundation Deputy General Counsel Delcianna Winders. "This squalid facility is a hellhole for the animals imprisoned there, and that's why PETA is calling on caring people to steer clear."

The USDA has previously cited Tri-State Zoo repeatedly for failing to provide animals with adequate veterinary care, clean and secure enclosures, environmental enrichment, and adequate shelter from the wind and cold temperatures as well as for allowing the buildup of excessive amounts of animal waste in multiple enclosures. In March 2013, the USDA suspended the facility's AWA license for 45 days and ordered it to cease and desist from violating the AWA. PETA—whose motto reads, in part, that "animals are not ours to use for entertainment"—urges people everywhere to avoid facilities that imprison animals for human pleasure and convenience.

For more information, please visit **PETA.org**.


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000121

Case 1:20-cv-01225-PX   Document 71-35   Filed 12/20/21   Page 24 of 26



## ANIMALS ARE NOT OURS

to experiment on, eat, wear, use for entertainment, or abuse in any other way.

# Tigers Rescued From Tri-State Zoo

Following PETA's successful Endangered Species Act (ESA) lawsuit against Tri-State Zoological Park (https://www.peta.org/media/news-releases/big-cats-from-tri-state-zoological-park-head-to-new-sanctuary-home/) in Maryland, a lion named Peka and two tigers named Cheyenne and Mowgli were transferred to The Wild Animal Sanctuary in Colorado and are recovering following years of neglect. PETA's lawsuit alleged that Tri-State harmed and harassed two lemurs, five tigers, and two lions in violation of federal law by displaying them in decrepit enclosures without appropriate companionship, potable water, or proper enrichment, food, or shelter and by denying them adequate veterinary care. The court ruled in our favor on every issue presented at trial, describing conditions for ESA-protected animals at the facility as "fetid and dystopic." Tri-State has appealed, and that appeal remains pending.

## GET PETA UPDATES

E-Mail Address

**SUBMIT**

FOLLOW US

f
(https://www.facebook.com/official.peta/)

(twitter)
(https://twitter.com/peta/)

(instagram)
(https://www.instagram
hl=en)

PETA003951



# Tri-State Zoo Found in Violation of the Endangered Species Act

Following a six-day bench trial in PETA's Endangered Species Act (ESA) lawsuit against the Tri-State Zoological Park (https://www.peta.org/media/news-releases/breaking-tri-state-zoological-park-must-relinquish-big-cats-says-court/) in Maryland, a federal court ruled that Tri-State violated the ESA by failing to provide tigers, lions, and lemurs with adequate veterinary care, including five animals who died during the course of the lawsuit. The ruling also found ESA violations based upon the facility's failure to provide the protected animals there with adequate sanitation, companionship, and enrichment. The facility is prohibited from owning or possessing endangered or threatened species in the future, and the two surviving tigers, Cheyenne and Mowgli, and lion, Peka, were ordered to be transferred to The Wild Animal Sanctuary in Colorado. Although Tri-State has appealed, the appellate court rejected its request to prevent their transfer pending conclusion of the appeal.

**GET PETA UPDATES**

E-Mail Address

**SUBMIT**

FOLLOW US

(https://www.facebook.com/official.peta/)(https://twitter.com/peta/)(https://www.instagram
hl=en)

PETA003949



# Judge Grants Motion for Summary Judgment in Tri-State Zoo Case

A federal judge for the U.S. District Court for the District of Maryland issued a first-of-its-kind ruling on PETA's motion for summary judgment, finding that Tri-State Zoological Park's failure to provide a now-deceased tiger named Cayenne with adequate veterinary care "harmed" her, in violation of the federal Endangered Species Act.

**GET PETA UPDATES**

E-Mail Address

**SUBMIT**

FOLLOW US

(https://www.facebook.com/official.peta/)(https://twitter.com/peta/) (https://www.instagram.c hl=en)

PETA000968