Case 1:20-cv-01225-PX   Document 71-37   Filed 12/20/21   Page 1 of 26
EXHIBIT I

 ANIMALS ARE NOT OURS | to experiment on, eat, wear, use for entertainment, or abuse in any other way.

# PETA Rescues 3 Big Cats From 'Filth and Feces' of Tri-State Zoological Park

Published February 5, 2020 by Zachary Toliver (https://www.peta.org/blog/author/ztoliver/). Last Updated February 9, 2020.

Three big cats who were living in decrepit, unsanitary enclosures with rotten food are about to find proper care and enrichment at a new, lush sanctuary (https://www.peta.org/features/real-animal-sanctuary-zoo/) home—PETA's lawsuit win against Tri-State Zoological Park of Western Maryland, Inc., means a new chance at life for them.

PETA000567

Case 1:20-cv-01225-PX   Document 71-37   Filed 12/20/21   Page 2 of 26



(https://www.peta.org/wp-content/uploads/2020/02/tigers_0683.jpg)

PETA went to Tri-State to facilitate the court-ordered transfer of tigers Cheyenne and Mowgli and lion Peka. With our help, they're on their way to The Wild Animal Sanctuary in Colorado (the same sanctuary that aided us in Dillan the bear's rescue (https://www.peta.org/blog/dillan-bear-rescued/)).

We won our Endangered Species Act lawsuit against Tri-State (https://www.peta.org/media/news-releases/breaking-tri-state-zoological-park-must-relinquish-big-cats-says-court/) after gathering overwhelming evidence of animal suffering over the span of several years. The presiding judge stated, "[T]he animals have been housed in fetid and dystopic conditions. Filth and feces dominate Tri-State."

PETA000568

The United States District Court for the District of Maryland ruled in PETA's favor on all claims presented at trial and has **prohibited Tri-State from owning or possessing endangered or threatened species in the future**. Although Tri-State has appealed, the appellate court recently rejected the facility's request to prevent Cheyenne's, Mowgli's, and Peka's transfer to The Wild Animal Sanctuary pending conclusion of the appeal.

## Animals still at Tri-State live in a bacteria-ridden wasteland that's in stark contrast to their natural habitats.

Since PETA notified Tri-State of our intent to file suit in December 2016, five of the nine animals originally at issue in our lawsuit have died, including a lemur who had torn off the tip of his penis and a tiger named India who was so ravaged by sepsis that pus-filled pockets had formed in her heart, tongue, and diaphragm.



(https://www.peta.org/wp-content/uploads/2020/02/Orange-tiger-enclosure-1_IMG_0590-1.jpg)

PETA000569

As stated (https://www.peta.org/wp-content/uploads/2019/12/Dkt.182-MemorandumOpinion_PETAv.Tri-StateZoo.pdf) in the court's order, PETA's evidence documented that there were animal feces throughout the zoo grounds: "in the kitchen where animal food is prepared, the room that houses the reptile exhibits, the grounds generally, and in each of the protected animals' enclosures." The memorandum further states, "Rotting vegetables spilled over large receptacles, decaying meat sat in piles outside the kitchen and in the furnace room under the nearby reptile house, and decomposing carcasses were left for days in the enclosures for the tigers and lions."

## These three big cats are lucky to have survived.

Peka was taken from her mother and confined at Tri-State when she was just 2 days old. She lived in isolation since the death of a lion named Mbube in December 2016. She'd worn paths in the floor of her barren enclosure, which was devoid of meaningful enrichment, from repetitively pacing.

Mowgli is severely overweight and has suffered from an apparent skin condition for years. Video evidence presented at trial revealed his obvious discomfort as he continuously rubbed his coat across deteriorating wood in his damp enclosure.



(https://www.peta.org/wp-content/uploads/2020/02/2015-01-28_02_Mowgli_IMG_20150128_134943221_HDR-1.jpg)

There's no evidence that Cheyenne, like Peka and Mowgli, ever received routine veterinary examinations or even recommended vaccinations. All three of her offspring died in the same deplorable conditions she was forced to endure.

## We Need Your Help to Shut Down Tri-State

Approximately 117 animals are still languishing at this deplorable roadside zoo. Using our form below, urge Tri-State to close its doors and surrender the animals to reputable facilities, where they can get the care that they desperately need and live out their days in sanitary spaces with plenty of room to roam.

**URGE TRI-STATE ZOO TO RETIRE ANIMALS TO REPUTABLE FACILITIES (HTTPS://SUPPORT.PETA.ORG/PAGE/1371/ACTION/1? LOCALE=EN-US)**

**GET PETA UPDATES**

E-Mail Address                                                 **SUBMIT**

FOLLOW US

**f**                          (twitter icon)                  (instagram icon)

(https://www.facebook.com/official.peta/)(https://twitter.com/peta/)(https://www.instagram.com/p
hl=en)

**Also of Interest**



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home      Features      Videos      Action      Blog      Issues      Living      Shop      Investigations      Media Center      About PETA      Donate Now

All      Opinion      Rescued      Adoptable

# USDA May Stop Rubber-Stamping AWA License Renewals—but We Must Follow Through

Written by Katherine Sullivan | August 23, 2017

This morning, the U.S. Department of Agriculture (USDA) announced that it's considering revamping its federal Animal Welfare Act licensing requirements. The proposed changes could affect requirements for dealers, operators of auction sales, and exhibitors.



After years of lawsuits from PETA, the USDA has taken an important first step toward requiring all license-renewal applicants to demonstrate compliance with the federal Animal Welfare Act, which is essential, a matter of common sense, and the only right thing to do. For years, the USDA's rubber-stamping policy has made the agency complicit in the abuse and neglect of countless animals by roadside zoos, dealers, and other facilities across America, from the tiger in Michigan who was so weak that he couldn't stand to the chimpanzee in Alabama who suffered for years in solitary confinement. PETA will provide the USDA with voluminous evidence in support of this long-overdue change in policy.



PETA
@peta

PETA0000149

PETA is suing the @USDA again. You won't believe what they're allowing to happen. peta.vg/1nxm

7:07 AM - Aug 28, 2015

78   118 people are talking about this

Time and time again, it's taken a lawsuit to get the feds to do their job. Over the years, PETA has fought to overturn this ridiculous policy, filing three different lawsuits challenging it.

In April 2012, residents of Cumberland County, North Carolina, who were sickened by Jambbas Ranch Tours' pervasive neglect and abuse of animals joined PETA and the Animal Legal Defense Fund (ALDF) in suing the USDA over its renewal of Jambbas' license despite chronic violations of the AWA.



In October 2012, PETA, the ALDF, the Orca Network, and private citizens concerned about the living conditions for Lolita—the lone captive orca at the Miami Seaquarium—filed a lawsuit against the USDA, challenging its outrageous decision to renew the Seaquarium's AWA license.



In 2015, PETA sued the USDA to challenge the agency's policy a third time, this time after animal exhibitors' licenses were automatically renewed for Summer Wind Farms Sanctuary in Michigan, The Mobile Zoo in Alabama, Henry Hampton (owner of Lazy 5 Ranch in North Carolina and The Farm at Walnut Creek in Ohio), Tri-State Zoological Park in Maryland, and Michael Todd (owner of All Things Wild in Illinois and Texas).

PETA0000150



In its announcement, the USDA asks for public comments regarding the potential revisions. It states, "We are soliciting public comment on these topics to help us consider ways to reduce regulatory burden and more efficiently ensure the sustained compliance of licensees with the Act."

## This Is Your Chance: Speak Up for Animals

Click the button below to urge the USDA to revise regulations to end the automatic renewal of licenses issued to chronic violators. You can also click here to submit short, polite comments to the USDA directly. Just be sure to act quickly—comments will be accepted only through October 23, 2017—and forward this important information to your compassionate family members and friends.

> TELL THE USDA TO STOP PROTECTING ANIMAL ABUSERS AND ENFORCE THE LAW!


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000151



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

All    Opinion    Rescued    Adoptable

# PETA Sues Over Treatment of Animals Suffering at Tri-State Zoo

Written by Danny Prater | July 31, 2017

PETA is suing Tri-State Zoological Park in Cumberland, Maryland, and its owner, Bob Candy, in U.S. federal court under the Endangered Species Act (ESA) over the mistreatment and abuse of lemurs, tigers, and a lion currently held there. Below is a description of PETA's allegations.

This dismal roadside zoo has a long history of animal welfare violations. It was cited last year for failing to provide an ailing, dramatically underweight lion named Mbube with adequate veterinary care, and in February 2017, the zoo announced that he had died.



At Tri-State, two ring-tailed lemurs are kept in a woefully inadequate enclosure devoid of any environmental enrichment. Social animals by nature, they are deprived of appropriate companionship, and their living conditions are unsafe and unsanitary.



Five tigers are kept at this roadside zoo in decrepit enclosures without proper enrichment, food, potable water, shelter, or sanitation. Free-roaming animals expose them to the risk of diseases, and staff force them to engage in inappropriate and dangerous interactions with the public. In addition, three of the tigers—Kumar, Cayenne, and India—are housed together despite evidence of incompatibility, which causes them significant stress and puts them at risk of injury.

PETA0000145



Since the death of Mbube, another lion named Peka has been held at the zoo in complete isolation, which is particularly harmful since lions are social animals. Like the other animals imprisoned at this zoo, Peka doesn't receive proper enrichment, food, shelter, housing, or sanitation, and she, too, is forced into unnatural interactions with visiting tourists.



In addition to addressing the concerns above, PETA's lawsuit asks the court to prohibit Candy and the zoo from owning or displaying endangered or threatened species in the future and to require that the current animals be relocated to reputable sanctuaries.

## Help us get these long-suffering animals to a reputable sanctuary.

PETA has been tracking the chronic neglect of the animals at this roadside zoo for years. In 2013, the USDA suspended its license for 45 days and ordered it to cease and desist from violating the federal Animal Welfare Act. But even though the agency subsequently rubber-stamped its license renewal, the citations have continued to pile up, and in 2015, the U.S. Department of Agriculture issued an official warning.

Since then, the zoo has continued to prove that it is either unwilling or incapable of addressing the animals' most basic welfare needs. Join us in our efforts to stop this cruelty.

> TAKE ACTION: URGE TRI-STATE ZOOLOGICAL PARK TO RETIRE ANIMALS TO REPUTABLE
> SANCTUARIES


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000146

SHARE        NEXT ARTICLE »



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.



Top Posts    Living 101    Personal Care & Fashion    Food    Humane Home    Entertainment    Animal Companions    Parenting

## Living

Search the Living Section

### Living | Entertainment



# Highway Hellholes: 15 Roadside Zoos on the Blacklist

© Jo-Anne McArthur/We Animals

Share          Tweet          Pin

If your family is planning a road trip, one way to avoid bringing home awful memories is simply not stopping at decrepit roadside zoos and other cruel tourist traps that exploit animals. Vacationers who spend money on these archaic exhibits keep them in business, and animals will continue to suffer as long as people keep heeding the call of highway billboards and pulling over. And don't be swayed by places that tack on the word "sanctuary" or "rescue" to their name—it's a deceptive ploy that many roadside zoos use to dupe unwitting visitors.

## Get Weekly Lifestyle Tips, News, and Recipes

Sign up now to get the latest cruelty-free lifestyle tips, news, and recipes e-mailed weekly.

E-Mail Address          SUBMIT

FOLLOW US  

## Helpful Resources



**Pledge Never to Go to a Circus That Uses Animals**

**Step Right Up to One**

Don't spend any of your vacation time at places where animals will still languish in misery long after you're back home. Here are a few of the grimmest spots for animals:


of These Compassionate, Animal-Free Circuses

Instagram.com/CircusVargasOfficial

**Animal-Friendly Outdoor Fun**

©iStock.com/ongap

NEXT ARTICLE ›

## Alligator Adventure and Barefoot Landing's T.I.G.E.R.S. Preservation Station

**North Myrtle Beach, South Carolina**

Barefoot Landing allows notorious exhibitor Kevin Antle—who forces tiger cubs and chimpanzees to interact with tourists for cruel moneymaking photo ops—to set up shop. Antle's operation, T.I.G.E.R.S., has been *repeatedly* cited and has even been fined by federal authorities for serious violations of the federal Animal Welfare Act (AWA), including failure to provide animals with adequate veterinary care, sufficient cage space, protection from the elements, and clean water.

Reptiles aren't regulated under the AWA, so the hundreds of alligators, crocodiles, snakes, and other reptiles at Alligator Adventure are afforded no protection.

## Waccatee Zoo

**Myrtle Beach, South Carolina**

Even though keeping a chimpanzee alone is akin to keeping a human in solitary confinement, this roadside zoo kept a chimpanzee named Chico is isolation for more than 25 years. It has also kept many other primates alone. We begged the zoo to relinquish Chico, the lone chimpanzee there, to a sanctuary so that he could live in comfort with other chimpanzees. But the owners refused to do the right thing for this intelligent, social animal, and in November 2015, Chico, who was only 31 years old, died suddenly from congenital heart disease. *The facility reportedly had no idea that he had a heart condition.* The facility has been repeatedly cited for failing to provide animals with veterinary care and having filthy water receptacles and enclosures.

An inspector recently noted that bears, baboons, and a cougar at the roadside zoo are displaying abnormal behavior; one of the sheep's claws was so badly overgrown that it appeared to be "growing sideways"; two thin squirrel monkeys had severe hair loss and redness over their rear legs and most of their tails but had not received veterinary treatment; and a lion appeared to have difficulty moving (swaying and swinging) his rear legs, which "can be a sign of nutritional deficiencies, parasitic diseases, or other illnesses."



Share     Tweet     Pin

PETA0000154

Case 1:20-cv-01225-PX   Document 71-37   Filed 12/20/21   Page 13 of 26



**Pigeon Forge, Tennessee**

Three Bears General Store is notorious for violating federal animal-protection laws. Visitors to this Tennessee tourist trap have been seen pelting bears with broken dog biscuits and chunks of fruit. The U.S. Department of Agriculture (USDA) has repeatedly cited Three Bears for failing to allow the animals to enter their dens during the day in order to escape public view or take shelter from inclement weather. The bears apparently have only one water source. Employees have reported that if the bears are slow to come out of their night pens, they're locked inside for the rest of the day.

In nearby Gatlinburg, there are yet more bear pits. Gatlinburg Wildlife Encounters keeps bears—often referred to as the "Ober bears"—in similarly appalling conditions.

## Suncoast Primate Sanctuary

**Palm Harbor, Florida**

PETA has campaigned against this decrepit hellhole for many years—dating back to when it was called Noell's Ark Chimp Farm. This facility is by no means a "sanctuary" — rather, it's a roadside menagerie with a long history of AWA violations. Even though license revocations are *extremely* rare, the USDA yanked Noell's Ark Chimp Farm's exhibitor's license in 1999—yet the same roadside zoo, operated by the granddaughter of the original owners, opened a few years later under a misleadingly grandiose name. The facility has been repeatedly cited for keeping primates in rusty, dilapidated cages with jagged edges.

Share                    Tweet                    Pin

PETA0000155




## Cherokee Bear Zoo and Santa's Land

**Cherokee, North Carolina**

Cherokee Bear Zoo and Santa's Land—two roadside zoos located on tribal land in western North Carolina—keep bears and other animals in grossly inhumane conditions. As if they were stuck in the 1950s, these facilities display often neurotic bears in desolate concrete pits or cramped cages.

## Tregembo Animal Park

**Wilmington, North Carolina**

In 1998, PETA named this roadside zoo (then known as the Tote-'Em-In-Zoo) as one of the worst in the country. Other than the name, not much has changed since then. Visitors have documented that there are horrible living conditions for animals— including algae-filled water receptacles and tiny, filthy cages—and have even found bodies of dead and decaying animals on the property.

An eyewitness documented that animals are kept inside cramped cages and are in apparent need of veterinary attention. Video footage shows a limping guenon monkey, a fox and a donkey with hair loss, and a bobcat who appears to have difficulty navigating up a structure. Many animals at this facility exhibit neurotic repetitive behavior patterns.

Share      Tweet      Pin

PETA0000156

2017, after two North Carolina residents filed a lawsuit against Tregembo alleging that the roadside zoo's treatment of the bears Ben and Booger violates the state's anti-cruelty statute, both bears were moved to a reputable animal sanctuary.



## The Greater Wynnewood Exotic Animal Park

**Wynnewood, Oklahoma**

The Greater Wynnewood Exotic Animal Park (aka "G.W. Exotics" and "G.W. Zoo") is a sleazy menagerie that buys, sells, trades, and breeds animals. This roadside zoo churns out tiger cubs for use in photo sessions, even though it was investigated for the deaths of 23 tiger cubs who died within a seven-month period. In 2006, then-owner Joe Maldonado (aka "Joe Schreibvogel" and "Joe Exotic") was put on probation for 18 months and ordered to pay a $25,000 fine for nearly 200 AWA violations.

## Clark's Trading Post

**Lincoln, New Hampshire**

Clark's Trading Post confines North American black bears to grossly undersized and barren concrete pits and forces them to ride scooters, be pushed on a swing, and eat ice cream from a spoon.

## Pymatuning Deer Park

**Jamestown, Pennsylvania**

This notorious roadside zoo was hit with an official warning for more than a dozen AWA violations—including confining visibly ailing bears to concrete pits, with no opportunities to swim, climb, dig, den, or engage in other natural types of behavior. Other violations included Pymatuning's repeated failure to clean up animals' waste, failure to maintain a current veterinary program, and failure to have a sufficient number of adequately trained employees—among many other issues.

Share                    Tweet                    Pin

PETA0000157



## Hovatter's Wildlife Zoo

**Kingwood, West Virginia**

Hovatter's allowed an alpaca's teeth to become so overgrown that the animal's ability to eat was impaired, and it failed to provide young lion cubs with adequate nutrition. The feds cited the roadside zoo for failing to provide chimpanzees with adequate enrichment after PETA filed a complaint, including evidence that the chimpanzees had hair loss—possibly as a result of over-grooming caused by a lack of stimulation—and that one chimpanzee repeatedly sucked on his hand for over 30 minutes.

## Tri-State Zoological Park

**Cumberland, Maryland**

The Tri-State Zoological Park keeps animals in deplorable conditions—tigers are confined to cages containing disgusting, murky pools, and a solitary capuchin has pulled his own hair out, apparently from sheer frustration, among other issues. Tri-State has also repeatedly failed to provide animals with adequate veterinary care, maintain clean and safe enclosures, provide primates who are held alone with sufficient environmental enrichment, and provide animals with adequate shelter from the wind and cold temperatures.

PETA filed a federal Endangered Species Act citizen lawsuit against Tri-State Zoological Park alleging that the roadside zoo harms and harasses two lemurs, five tigers, and a lion in violation of federal law by displaying them in decrepit enclosures without appropriate companionship or proper enrichment, food, potable water, and shelter, among other failures to meet minimal animal-care standards.

Share                    Tweet                    Pin

PETA0000158





## Natural Bridge Zoo

**Natural Bridge, Virginia**

The Natural Bridge Zoo keeps a lone elephant named Asha, who has spent *years* without the company of another elephant. During the winter, she's locked in a cold, damp barn, and in the summer heat, she's forced to walk in endless circles giving rides.

The roadside zoo has been cited for failing to provide animals with veterinary care, failing to store food adequately to keep it free from contamination, failing to provide clean drinking water, failing to maintain enclosures, failing to provide animals with dry enclosures or bedding, failing to clean enclosures, and failing to provide animals with food and water. The facility's owner, Karl Mogensen, has been fined more than $20,000 in civil penalties by the USDA and had his exhibitor license suspended on two separate occasions. The zoo regularly advertises animals in the *Animal Finders' Guide*, a swap sheet for exotic-animal auctioneers, trophy-hunting facilities, breeders, and dealers.

## Marineland

**Niagara Falls, Ontario, Canada**

Marineland displays one lone orca, beluga whales, dolphins, sea lions, and walruses in cramped tanks. It's estimated that more than 40 whales and dolphins have died at the theme park. Marineland has imported beluga whales and dolphins who were stolen from their ocean homes. Visitors are allowed to feed and touch the belugas throughout the day. The park also keeps bears, deer, bison, and elk confined to cages that are surrounded by noisy roller coasters and other rides.

An investigation conducted by the *Toronto Star* detailed widespread reports of negligence, cruelty, and mass animal graves.

## Edmonton Valley Zoo

**Edmonton, Alberta, Canada**

Share       Tweet       Pin

PETA0000159

PETA SHARE NEXT ARTICLE ›

Even though elephants are extremely social animals and need the company of other elephants for their emotional well-being, Lucy has been kept alone for years at the Edmonton Valley Zoo. Because of Alberta's frigid winters—which are unsuitable for an Asian elephant—Lucy spends nearly half of the year in a small barn and exhibits behavior patterns that indicate severe psychological distress.

## West Edmonton Mall

**Edmonton, Alberta, Canada**

Keeping animals in a mall is indefensible, yet the West Edmonton Mall has an *underground* aquarium housing fish, sharks, sea turtles, penguins, reptiles, amphibians, and invertebrates. The mall also forces sea lions to perform daily shows and allows paying customers to "hug and kiss" them. The mall previously housed four wild-caught dolphins in a tank. Five calves born to them were either stillborn or died shortly after birth, and all four adult dolphins eventually died.

•••••

## Delightful Destinations

You won't be taking home anything but souvenirs and great memories from these stops:

- The Global Federation of Animal Sanctuaries (GFAS) is an organization that has rigorous standards of sanctuary management and animal care. GFAS-accredited sanctuaries never breed animals or use them in commercial activities. These refuges provide animals with excellent lifelong care. Some of the member sanctuaries provide educational tours, but not all do, so if you're interested in visiting one with tours, please check before you go.
- Established in 1963, the John Pennekamp Coral Reef State Park was the first undersea park created in the United States. The park, combined with the adjacent Florida Keys National Marine Sanctuary, encompasses 178 nautical square miles of coral reefs, seagrass beds, and mangrove swamps. These areas were established to protect and preserve the only living coral reef in the continental United States. You can swim with the animals—in their home, on their terms.
- Another stop in the Keys could be The Turtle Hospital, which rescues and rehabilitates turtles in trouble and releases all those it responsibly can back into the wild.
- Nashville Shores' Treetop Adventure Park is a thrilling obstacle course with suspended bridges, scramble nets, swinging logs, Tarzan jumps, and more, all set in the woods. There are also a water park, camping facilities, and a dog park.
- The Adventuredome is America's largest indoor theme park. It features thrill rides, traditional carnival rides, laser tag, miniature golf, bumper cars, midway booths, an arcade, clown shows, and more—all located under a huge glass dome. Only in Las Vegas!
- Magic Springs Theme and Water Park in Hot Springs, Arkansas, has top concert acts and tons of rides in addition to its water park.

Share          Tweet          Pin

PETA0000160



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

All    Opinion    Rescued    Adoptable

# Big-Cat Exploiter Is a Big Loser on the Vegas Strip

Written by Jennifer O'Connor | December 2, 2016

Big-cat exploiter Dirk Arthur has long tried to make a name for himself on the Las Vegas Strip, but he's tapped out. His last gig at the Westgate Las Vegas Resort & Casino is over, and we've learned that the facility has no plans to reschedule his act. This is great news: It means that there are no longer any big cat performances on the Strip. Arthur had already been given the heave-ho by Caesars Entertainment and MGM Grand.



© iStock.com/Dirk Freder

PETA has protested for years against Arthur, who has repeatedly been cited by the United States Department of Agriculture (USDA) for animal-welfare violations—including the painful declawing of two tigers and a lion as well as confining animals to cramped cages in extreme heat.

We'll continue to keep an eye out for any new animal shows in the area.

In other good news, Illinois roadside zoo Woody's Menagerie had its exhibitor license suspended by the USDA for a minimum of 90 days following numerous complaints from PETA and a USDA lawsuit. The facility failed to ensure adequate veterinary care for animals—several of whom later died—and its license will remain suspended until it can prove that it's no longer in violation of the federal Animal Welfare Act. As a bonus, it will even remain under probation for a year after its license is restored. It has also been ordered to pay an $8,000 fine.

The Capital of Texas Zoo was cited by the USDA for failing to protect animals after stray dogs ran along the perimeter fence outside an exhibit housing wallabies and scared three of them to death. Their species is known to panic when frightened by perceived predators, and these three died of heat exhaustion after running excessively, apparently in an attempt to get away from the dogs. PETA is calling on the roadside zoo—which has a notorious history of failing animals—to send the lone surviving wallaby to a reputable sanctuary.

The saga continues at Maryland's Tri-State Zoological Park. After receiving a complaint from PETA, the USDA recently inspected the roadside hellhole and slapped it with a direct citation for not seeking a diagnosis from a veterinarian with exotic-cat experience for an ailing lion who was so thin that his pelvic bones protruded. His coat was rough, his mane had thinned, and there was a watery

PETA0000133

discharge around his eyes. Leaving the lion undiagnosed would have prolonged his suffering and wouldn't have allowed for an adequate course of treatment for his condition.

PETA will continue efforts to close down roadside zoos until every animal is safe.

**PeTA**
(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000134



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home    Features    Videos    Action    Blog    Issues    Living    Shop    Investigations    Media Center    About PETA    Donate Now

All    Opinion    Rescued    Adoptable

# Want a Lifetime Pass to Abuse Animals? Get a USDA Exhibitor's License

Written by Jennifer O'Connor | August 26, 2015

It shouldn't take a lawsuit to get the feds to do their job, but that's what it's come to—*again*. PETA is suing the U.S. Department of Agriculture (USDA) for the third time to challenge the agency's policy of automatically renewing animal exhibitors' licenses, even when the agency knows that the exhibitor or facility isn't in compliance with the Animal Welfare Act (AWA). The AWA allows an animal exhibitor or dealer to be issued a license *only* if the applicant operates in accordance with AWA regulations. Yet some people and facilities have been failing and neglecting animals for years, if not decades.



Although the five specific AWA licensees named in the lawsuit are far from the only ones PETA campaigns against, we focused on these chronic violators:

## Summer Wind Farms Sanctuary (Michigan)

This Michigan roadside zoo received **98** citations in the year before its December 2014 license renewal. **Of these, 80 were for repeat violations.** The facility received 17 citations in the first six months after its 2014 renewal—all of which were repeat citations.

Currently under USDA investigation, Summer Wind Farms is far from a "sanctuary," and its operator has even admitted that it has repeatedly violated the AWA. Its license was suspended for three months in 2012. Since then, it has failed to provide several animals with veterinary care, including a tiger who couldn't stand and another tiger with a bloody nose and tail. The roadside zoo has been repeatedly cited for not having enough staff, not supplying clean water, and not cleaning enclosures. Staff have also apparently killed and butchered cows on site and left the bloody, tissue-covered chainsaw inside the produce cooler. The list goes on and on.

## The Mobile Zoo (Alabama)

The Mobile Zoo keeps Joe, a highly social chimpanzee, isolated in a virtually barren cage consisting of a packed dirt floor and a chain-link fence. The facility has been repeatedly cited for failing to address his social and psychological needs, and it has allowed visitors to throw peanuts at him, causing him to lash out in response. Other animals have been found suffering without veterinary care, including a vomiting bear and an underweight tiger who was plagued by biting flies.

PETA0000124



After issuing The Mobile Zoo warnings in 2010 and 2012 for violating the AWA, the USDA is finally seeking to revoke the facility's license permanently. Yet the USDA still renewed the facility's license after it expired in June 2015—even though The Mobile Zoo received 26 citations for violating the AWA in the year prior to this renewal. A third of these were repeat violations. Within weeks of this most recent renewal, the facility received seven more citations, six for repeat violations.









PETA0000125

## Henry Hampton (Lazy 5 Ranch, North Carolina, and The Farm at Walnut Creek, Ohio)

Henry Hampton, the owner of North Carolina's Lazy 5 Ranch and another roadside zoo in Ohio called The Farm at Walnut Creek, has been under federal investigation for *four* years. The USDA has cited him for dozens of violations of the AWA over the years, including for using a paralytic drug to restrain animals. This drug sometimes paralyzes the animals' respiratory systems, causing them to suffocate while they're conscious. Hampton's farm manager said that when they die this way, it's "not pretty."



Between the two facilities, Hampton received 16 citations in the six months prior to his license renewal in August 2014. Of these, 10 were repeat citations. The facilities were inspected seven times in the year before his 2014 renewal, and Hampton received 25 citations—19 of which were for repeat violations. He has received 15 citations since his 2014 renewal, including *nine* repeat citations.





## Tri-State Zoological Park (Maryland)

The Tri-State Zoological Park has repeatedly failed to provide animals with adequate veterinary care, maintain enclosures, provide primates who are held alone with environmental enrichment, keep lions and tigers in secure enclosures, and provide animals with adequate shelter from the wind and cold temperatures. In addition, it has also allowed the buildup of excessive amounts of feces and waste in multiple enclosures. In 2013, the USDA suspended Tri-State's license for 45 days and ordered it to cease and desist from violating the AWA.



PETA0000126



The facility was cited five times in the months prior to its April 2014 renewal. In 2015, its license was renewed again, even though the roadside zoo received an official warning from the USDA for repeat citations. Tri-State was cited nine times in the six months prior to its April 2015 renewal, including one repeat citation.

### Michael Todd (All Things Wild, Illinois and Texas)

Michael Todd purchased white tigers from exhibitor Marcus Cook and started using Cook's Texas compound just three months after Cook's USDA license was permanently revoked. The USDA revoked Cook's license after he was charged with nearly 100 violations of the AWA, including endangering the lives of animals and the public and denying animals adequate nutrition and veterinary care—even when they were injured and extremely underweight. Since his license has been revoked, he can't legally exhibit animals, but he has tagged along with Todd's outfit as an employee. By working with Cook, Todd has been complicit in evading the USDA's enforcement action.

Todd received five citations in the six months before the USDA renewed his license in June 2014 and has received seven citations since his renewal.

## What You Can Do

Visitors who buy a ticket to these awful outfits play a huge part in keeping them in business. Please don't patronize roadside zoos or animal displays. Demand that the USDA stop rubber-stamping license renewals of chronic AWA violators.


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000127



# ANIMALS ARE NOT OURS
to eat, wear, experiment on, use for entertainment, or abuse in any other way.

Home     Features     Videos     Action     Blog     Issues     Living     Shop     Investigations     Media Center     About PETA     Donate Now

All     Opinion     Rescued     Adoptable

# These Roadside Zoos Are Guaranteed to Ruin Your Family Vacation

Written by Jennifer O'Connor | May 1, 2015

The PETA Foundation's Captive Animal Law Enforcement (CALE) division has been relentless in trying to get relief for animals at North Carolina's disreputable Lazy 5 Ranch. In response to CALE's latest complaint, the roadside zoo has been slapped with a new round of citations from the U.S. Department of Agriculture (USDA). Inspectors found sick and injured animals apparently left to languish without proper veterinary care—including a sheep with an obvious limp and a pregnant camel who appeared to be having difficulty breathing. Other animals were caged in squalid and unsafe enclosures.

A barn holding giraffes reeked of urine, a lemur was found housed alone in a barren cage, and a camel hadn't received any veterinary care for a likely painfully swollen udder.



© iStock.com/VMJones

In a similar case, CALE asked the USDA to inspect a Maryland roadside zoo called Tri-State Zoological Park. Inspectors found that animals were forced to wade through mud in order to reach drinking water and enclosures that held tigers were crumbling and inadequate, putting the animals at risk. Rodent droppings and other waste littered the facility, and an enclosure that held a coatimundi had an excessive build-up of feces and food waste.

The USDA has repeatedly cited Tri-State Zoo for failing to provide animals with adequate veterinary care, clean and secure enclosures, environmental enrichment, and adequate shelter. In March 2013, the USDA suspended the facility's license for 45 days and ordered it to cease and desist from violating the federal Animal Welfare Act (AWA).

CALE also has loads of other cases in the works:

- Michael Todd—the operator of a Chicago-based traveling animal exhibit called All Things Wild, which has a history of public endangerment—has claimed to be insured by "The Seacoast Agency," but when CALE made an inquiry to the New York State Department of Financial Services, it was determined that the supposedly New York–based insurance company doesn't exist, prompting the agency to refer the matter for criminal investigation. Todd has already been written up by the USDA for having his employees trained by disgraced animal exhibitor Marcus Cook, whose exhibitor's license was permanently revoked after he was charged with nearly 100 violations of the AWA, including for using a cattle prod on a tiger, keeping animals in tiny and

PETA0000122

unventilated enclosures, and denying tigers, cougars, and a bear cub adequate water.

- A federal judge in Tampa has dismissed notorious circus exhibitor Hawthorn Corporation's lawsuit against the USDA, which came about after CALE prompted the USDA to ban Florida-based Lancelot Ramos (aka "Lancelot Kollman") from exhibiting animals under anyone's license, including Hawthorn's. CALE had alerted the USDA that Ramos was exhibiting big cats with Hawthorn, despite having lost his exhibitor's license in 2009 after the death of two lions. The USDA's ban subsequently led UniverSoul Circus to cancel its contract with Hawthorn to have Ramos supply big cats for a series of performances. Ramos had shamelessly filed a lawsuit against the USDA, claiming that the agency could not bar him forever from getting a license. Recently, a U.S. district judge ruled that the USDA may refuse to issue a license to a person whose license it previously revoked.

Stay tuned! CALE always has more in the works.


(https://www.peta.org)

**People for the Ethical Treatment of Animals**
501 Front St., Norfolk, VA 23510 | 757-622-PETA (7382) | 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336).

PETA0000123