**Tel. (home)**

Confidential

**Tel. (cell)**

**E-Mail**

**Address Where Animal Is Located** Tristate zoological patk

**City Where Animal Is Located** Cumberland

**County Where Animal Is Located**

**State Where Animal Is Located** MD

**Country/Region Where Animal Is Located** United States

**Subject Line of E-Mail** Repeat offender

**Please describe your concern, including the names and contact information of the individuals and agencies involved, dates and times, the exact location of the incident, and what has been done thus far:** You stated this place has received citations for years and that a lion even died there from lack of veterinary care so why are they still open and still neglecting animals ? Look at those poor animals ! Can someone not shut them down ! How are they allowed to be cited but still run a business and let animals die there ? Canâ?Tt someone shut them down ? Someone needs to cite them again and force them to close ! How is this animal abuse legal ? And they profit from it!

**Photos help us help animals. If you have any photos of the animals in question, please attach them**

PETA002016

**Uploaded Files:**
1191_19306599_20180704203328_1.png
1191_19306599_20180704203328_2.png
1191_19306599_20180704203328_3.png
1191_19306599_20180704203328_4.png
1191_19306599_20180704203328_5.png

PETA002017

**From:** info@peta.org
**Sent:** Fri, 08 Jun 2018 22:01:51 -0400
**To:** lisaw@peta.org

YES
ENT_GENERAL

**PETA's Online Community Required Information**

|  |  |
|---|---|
| **Zoo name** | TRISTATE ZOO |
| **Zoo city** | CUMBERLAND |
| **Zoo state** | VA |

| | |
|---|---|
| **Date of incident (mm/dd/yyyy)** | 06/07/2018 |
| **Death** | |
| **Escape** | |
| **Time frame of incident (if the incident occurred over a period of time)** | 01/2014- 06/2018 |
| **Type of incident (check as many as apply)** | |
| **Injury to animal(s)** | |
| **Injury to zoo personnel** | |
| **Neglect** | YES |
| **Abuse** | |
| **Improper diet** | |
| **Importation of wild-caught animals** | |
| **Incompatible social grouping resulting in injury or death** | |
| **Insufficient veterinary care** | |

PETA001858

| | |
|---|---|
| **Selling, buying, or transferring animals to or from exhibitors, private collections, circuses, exotic animal auctions, canned hunting facilities, or zoos not accredited by the American Zoo and Aquarium Association** | |
| **Unsuitable habitat (i.e., enclosures too small, poorly designed, unsafe, not maintained)** | YES |
| **Frivolous spending (funding spent on landscaping, sculptures, amusement rides, etc., instead of providing better care or facilities for animals)** | |
| **Stereotypic/repetitive behavior (behavioral disturbances, including pacing, head-bobbing, rocking, swaying, bar-biting, pulling out hair or feathers, and self-inflicted wounds)** | |
| **Inadequate environmental enrichment** | |
| **Dangerous handling practices that endanger keepers, animals, or the public** | |
| **Insufficient or untrained staff** | |
| **Species** | BEAR AND TIGER |
| **Animal name(s)** | UNKNOWN |
| **Animal age(s)** | UNKNOWN |

PETA001859

**Description of the incident/situation (please include as many additional details as possible for each incident)** THIS ZOO NEEDS TO BE SHUT DOWN. IT IS SAD TO SEE HOW THE ANIMALS LIVE AND HOW THEY ARE TREATED.

**Was this animal born at the zoo? If not, where did he/she come from?** UNKNOWN

**Person(s) involved** THE ANIMALS AND ZOO STAFF

**Optional Information**

**E-Mail (highly recommended in case we have follow-up questions, but you can provide an anonymous e-mail address if you prefer; if you don't have one, you can get one for free at Yahoo or Hotmail )**

Confidential

**First Name**

**Last Name**

**Address 1**

**Address 2**

**City**

**State/Province** NONE

**Country/Region**

**Zip/Postal Code**

**Tel.**

**Tel. (cell or other)**

PETA001860

**From:**    cryan313@yahoo.com
**Sent:**    Wednesday, June 1, 2011 8:31 AM
**To:**    Teresa Marshall; ReportCruelty
**Subject:**    Report Animal Cruelty Form

peta_general

**PETA's Online Community**

**The issue I'm reporting involves:** Exotic animals in captivity

**Please enter your contact information below.**

**First Name** Christie

**Last Name** Ryan

**Address 1** 245 Maple Ave.

**Address 2** Lot 2

**City** Keyser

**County** Mineral

**State/Province** WV

**Country** United States

**Zip/Postal Code** 26726

**Tel. (home)**

**Tel. (cell)**

**E-Mail** cryan313@yahoo.com

**Address Where Animal Is Located** 10105 Cottage Inn Ln.

**City Where Animal Is Located** Cumberland

**County Where Animal Is Located** Allegany

**State Where Animal Is Located** MD

**Country Where Animal Is Located** United States

**Subject Line of E-Mail** deplorable zoo conditions

**Please describe your concern, including the names and contact information of the individuals and** Below is an email I have sent to the eastern office of APHIS/USDA, who handle inspection of zoos. I have heard nothing back as of yet. Upon doing some research on their

1

**agencies involved, dates and times, the exact location of the incident, and what has been done thus far:** website, I was able to view past inspection reports on this zoo and noticed that they have had repeat violations for years regarding many of the issues I noted below. I don't know if they've been fined, or how many violations a zoo can have before it is shut down, but something needs to be done about this place. The conditions were unsanitary, depressing, and dangerous for both the animals and patrons of this horrible place. They house both domestic and exotic animals, and I didn't note a single enclosure or exhibit which looked to be an acceptable place for these poor animals to live out their days. I have some pictures I was unable to submit using your form. I'd be happy to try to resend them. Please look into this! I am writing to implore you to do some investigating into the conditions that animals are suffering in at Tri-State Zoological Park in Cumberland, MD. I hope that I am contacting the proper person to deal with this issue. If not, any help you could offer in leading me in the right direction would be greatly appreciated. I visited this "zoo" today with my family and was absolutely flabbergasted at the conditions that the animals are suffering in. To start, the park is filthy. Several animals - domestic cats, several different species of birds, ducks, geese, and some farm animals are roaming freely in the park. There is feces everywhere. The walking path along with every animal enclosure we saw had feces everywhere. There were several large animals, a lion, 2 himalayan bears, and tigers which are housed in enclosures that were unfit for any animal. They were bare without any stimulation of any kind for the animals. Trees, grass, and vegitation of any kind were sparse and

2

PETA0002013

provided little to no shelter or grazing for these animals. Most of the enclosures are concrete slabs, with pools filled with filthy, dark, stagnant water. The "cages" around these enclosures are all homemade, put together of scrap pieces of chicken wire and electrical fencing. The electrical cords were hanging in the open elements, unplugged, open to all weather elements. Walkways are, again, shoddily put together of scrap pieces of wood, with building materials and sheets of glass leaning up against enclosures and exhibits. Alligators are housed in an unfiltered above ground pool with fencing placed over the top to keep the gators in. There is no way for the animals to get out to bask in sun or feel land at all. There is a water turtle enclosure that held approximately 10 turtles around 6-9 inches each. The enclosure itself was only about 2 ft by 3 ft and had cinder blocks in the middle for the turtles to bask on. Again, the water was unfiltered and filthy. Having some experience with water turtles, I would estimate the water hasn't been changed in a month at least, and it is highly discouraged to use things like cinder block for a basking area for these animals because they are treated with chemicals that leach into the water. I did not see much in way of shelter for any of the animals on display today, and this is an area in which we are prone to all kinds of severe weather. In the past week alone we've had soaring high temperatures and several severe thunderstorms with large hail and very high winds. Winters here are very cold and very snowy, and I know that some of the animals housed at this park are not bred for such weather. I am not usually a person who complains or speaks up about much, but the conditions I witnessed today were

3

PETA0002014

pitiful, and I can image, very stressful on the animals at this park. I am asking you to please do all that you can in inspecting this situation and holding the owners of this place responsible. Please feel free to contact me with any questions that you may have regarding this matter. Thank you for your attention.

**Photos help us help animals. If you have any photos of the animals in question, please attach them**

4

**From:** info@peta.org
**Sent:** Thu, 07 Jun 2018 09:58:56 -0400
**To:** lisaw@peta.org

YES
ENT_GENERAL

**PETA's Online
Community
Required
Information**

| | |
|---|---|
| **Zoo name** | TRI STATE ZOOLOGICAL PARK |
| **Zoo city** | FLINTSTONE |
| **Zoo state** | MD |
| **Date of incident (mm/dd/yyyy)** | 06/03/2018 |
| **Death** | |
| **Escape** | |
| **Time frame of incident (if the incident occurred over a period of time)** | 1200PM |
| **Type of incident (check as many as apply)** | |
| **Injury to animal(s)** | |
| **Injury to zoo personnel** | |
| **Neglect** | YES |
| **Abuse** | |
| **Improper diet** | |
| **Importation of wild-caught animals** | |
| **Incompatible social grouping resulting in injury or death** | |
| **Insufficient veterinary care** | |

PETA001709

| | |
|---|---|
| **Selling, buying, or transferring animals to or from exhibitors, private collections, circuses, exotic animal auctions, canned hunting facilities, or zoos not accredited by the American Zoo and Aquarium Association** | |
| **Unsuitable habitat (i.e., enclosures too small, poorly designed, unsafe, not maintained)** | YES |
| **Frivolous spending (funding spent on landscaping, sculptures, amusement rides, etc., instead of providing better care or facilities for animals)** | |
| **Stereotypic/repetitive behavior (behavioral disturbances, including pacing, head-bobbing, rocking, swaying, bar-biting, pulling out hair or feathers, and self-inflicted wounds)** | |
| **Inadequate environmental enrichment** | |
| **Dangerous handling practices that endanger keepers, animals, or the public** | |
| **Insufficient or untrained staff** | |
| **Species** | TIGERS AND ALLIGATORS |
| **Animal name(s)** | UNKNOWN |
| **Animal age(s)** | UNKNOWN |

PETA001710

**Description of the incident/situation (please include as many additional details as possible for each incident)** THE TIGER ENCLOSURE IS UNSAFE. THERE IS A WALKWAY OVER IT AND THE WOOD IS ROTTING AND FEELS LIKE IT WILL GIVE WAY WHEN WALKING ON IT. 2 ALLIGATORS ARE IN A TINY POOL WITH AN OLD METAL FENCE ON TOP OF IT. MANY SICK STRAY CATS WONDERING ABOUT THE PROPERTY. ITS GREAT THAT MANY OF THESE ANIMALS HAVE A HOME BUT THEY ZOO IS VERY RUN DOWN AND NOT SAFE. THE REPITLE AREA IS ALSO EXTREMELY UNKEPT AND UNSANITARY. IF THIS PLACE IS RECEIVING FUNDING ITS NOT BEING SPENT PROPERLY. I REALLY HOPE SOMEONE WILL INVESTIGATE THIS PLACE. I HAVE PICTURES IF NEEDED.

**Was this animal born at the zoo? If not, where did he/she come from?** UNSURE

**Person(s) involved** VISIT WITH ME AND FAMILY

**Optional Information**

**E-Mail (highly recommended in case we have follow-up questions, but you can provide an anonymous e-mail address if you prefer; if you don't have one, you can get one for free at Yahoo or Hotmail )** Confidential

**First Name** SARAH

**Last Name** LEE

**Address 1**

**Address 2**
**City**
**State/Province** NONE
**Country/Region**
**Zip/Postal Code**
**Tel.**
**Tel. (cell or other)**

PETA001712



ELECTRIC FENCE
CLÔTURE ELECTRIQUE
CERCA ELECTRICA

PETA0002391



PETA0002392



PETA0002393



PETA0002394



PETA0002395



PETA0002396



PETA0002397