**EXHIBIT K**



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like This Page · April 13 ·

7

Like          Comment          Share

Write a comment...

PETA008484

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
1 hr ·

The zoo has a new addition to the family. His name is "Candy."



| Like | Comment | Share | |
|---|---|---|---|

58                                                                                    Oldest

**5 Shares**                                                                    6 Comments

 **Marcy Brack** How adorable
Like · Reply · 1h

 **Dana Calvert Sneathen** OMG so tiny, has he been weened? His hooves need a trim, they are too long.
Like · Reply · 1h

     **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** he's only a little over a week old.
    Like · Reply · 1h

     **Dana Calvert Sneathen** Tri-State Zoological Park & Animal Park, Care & Rescue 501c3 horse
    Mom so let me know if you need any advice or help. We will find the resources! Adorable little colt

PETA008242

Like · Reply · 53m



  **Casey Plum** Jen Howl

Like · Reply · 53m

  **Lee Borror** Morgan Shreve

Like · Reply · 40m

  **Sara Evans** David Evans

Like · Reply · 36m

  **Rebecca Funk** Jami Eader yesssss!!

Like · Reply · 31m

  **Jami Eader**



Like · Reply · 29m

  Write a reply...

PETA008243



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
· May 24 · Edited ·

Lazy porcupine

2

Like          Comment          Share

Write a comment...

PETA009782

Photos from Tri-State Zoological Park & Animal
Park, Care & Rescue 501c3's post
in Mobile Uploads

**Tri-State Zoological Park & Animal
Park, Care & Rescue 501c3**
Like This Page · May 24 ·



1

Like　　　Comment　　　Share

Write a comment...

Like　　　Comment　　　Share　　　　　　　　Options　　Send in Messenger

PETA009781

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

May 31 at 12:02 AM ·

Niles the porcupine & Demo the mini-donkey wanted some close-ups 😆



155            3 Comments   20 Shares

| Like | Comment | Share |
|------|---------|-------|

Most Relevant

 Write a comment...

Press Enter to post.

 **Wini Minerd** Great shots - great animals!!!

Like · Reply · 2w

 **Amber Lantz** Niles!!!

Like · Reply · 2w

PETA009814

 🖊 **Author**

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** Tri-State Zoological Park & Animal Park, Care & Rescue 501c3 community volunteer day

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** added an event.
Yesterday at 7:00 AM ·



SAT, APR 4 AT 12 PM EDT

**Easter At The Zoo!**

Tri-State Zoological Park · Cumberland, MD
122 people interested

★ Interested

55                                                    3 Comments

Like                    Comment                   Share

 **Andrea Davis** This sheep made such an impact on my little girl when we came to the zoo. She followed us around everywhere. I wish we lived in the area so we could come see all the sweet animals! I hope you have a great turnout! Praying for all of you.
Like · Reply · 1d             1

 **Amy Smith** Keira Smith
Like · Reply · 19h

 **Jackie Breon Pumphrey** Is there a need for candy donations?
Like · Reply · 16h

 Write a comment...

PETA009111

Photos from Tri-State Zoological Park & Animal
Park, Care & Rescue 501c3's post

in Mobile Uploads



**Tri-State Zoological Park & Animal
Park, Care & Rescue 501c3**

Like This Page · May 24 · Edited ·

Bob & his grandson Hunter talking with Rusty

10

Like     Comment     Share

Write a comment...

Like     Comment     Share       Options    Send in Messenger

PETA009780

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

May 24 at 7:13 PM ·

Meet Spazz! He is one of the animals PETA is now complaining about...He is a Squirrel Monkey. They come from South America & are not endangered.

We rescued him-along with 34 other Squirrel Monkeys back in February of 2004, from a lab in Connecticut. We know that while in the lab, they were confined to 2'x2' cages & we were not told what testing had been done on any except that it was not disease-related. (Most likely behavioral) ~And also, that after their testing, they would be put down   - but we were able to rescue them instead of that!     Of the 35, we gave a home to 5 and rehomed the rest to other zoos & sanctuaries.

Their life span is 20-25 years- we have had him for 16 already, & we do not know how old he was when we rescued him.

Tho his monkey buddies have now passed on, over the years, his "best friends" were another Squirrel Monkey named Herc (little monkey that looked like he was all big & buff lol   ) & then an Agouti ( a giant rodent type animal....).

Spazz goes for frequent vet checks & is considered healthy, except for his age & that he has arthritis-which he does take meds for.

He is a little shy, but very sweet     Come out & visit him!



227                          23 Comments   33 Shares

| Like | Comment | Share | |
|------|---------|-------|--|

All Comments

PETA009783

 Write a comment...



 **Cathy DeCost Knotts** Tell PETA to go talk to Carol Baskins and leave good people alone.

Like · Reply · 1d     10

     **Jeff Burgess** She is involved with them already.

    Like · Reply · 2h

     Write a reply...

 **Lennie Raynor-Fresh** Is there any way you can help me a pa cop waylan shot and killed my brothers dog in front of his 11 year old son and long story but it was not called for please any information and advice would be greatly appreciated

Like · Reply · 1d

 **Joanie Magruder** I think next time Peta comes around there should be a break in & mysteriously all the animals disappear.     And no one saw a thing...

Like · Reply · 19h

 **Sarah Lynette Dersin** Those Peta people are freaking crazy! You're providing a safe place for animals to live,     and they should have interaction, those crazies probably secretly test on animals or some messed up stuff

Like · Reply · 1d      1

 **Tammy Johnson** My favorite monkey out of all of the other species because of his hands looks like he has yellow gloves on

Like · Reply · 1d      1

 **Alcy Hedrick** PETA will never quit now. Just go away and leave Cumberland alone.

Like · Reply · 1d      2

 **Carol Winebrenner** He is beautiful. All the animals are.

Like · Reply · 1d      1

 **Gale Davis** So sad PETA won't stop. People like them hate to see animals happy.

Like · Reply · 1d      3

 **Tammy Pheasant** He looks pretty happy!

Like · Reply · 1d      1

**Deb Presnell** PETA LEAVE BOB N HIS ANIMALS ALONE

Like · Reply · 18h

PETA009784

 **Teri McKenzie** I love Spazz he is the greatest

Like · Reply · 1d    1

**Tina Spangler Athey** He's adorable!

Like · Reply · 1d    2

**Janie Simmons** Are you open tomorrow

Like · Reply · 1d    1

     **Derek Simmons** Janie Simmons yes they are from 10-3.

     Like · Reply · 1d

     **Janie Simmons** Derek Simmons ok thank you so much

     Like · Reply · 1d

     Write a reply...

 **Jimmy Timbrook-Sponaugle** Next time I guess we'll have to be locked and loaded

Like · Reply · 1d

 **Tammy Pullen** PETA needs to fuck off (sorry) not sorry

Like · Reply · 1d

 **Andrea Davis** #petakills

Like · Reply · 1d

 **Gladys Merritt** PETA .. a big joke they need to just disappear & leave everyone alone they arent in it for the animals their in it for the money . They arent nothing but a bunch of idiots & that's sad .

Like · Reply · 1d · Edited    10

     **Vickie Phillips** Gladys Merritt I agree with you why aren't they in Amish country going after the breeders that multiply by the hundreds in a dark barn

     Like · Reply · 1d    3

     Write a reply...

 **Jon Vanetta Jr** Fuck P.E.T.A FOR REAL im not that violent of a man but just what those bastards do to pit bulls they all nees their throats slit

Like · Reply · 1d

Write a comment…

PETA009785





**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like This Page · April 6, 2019 ·

Like      Comment      Share

Write a comment...

PETA008951



PETA008952

## Photos from Tri-State Zoological Park & Animal Park, Care & Rescue 501c3's post

in Mobile Uploads



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 · Edited ·

Mudd, a kinkajou

4

Like      Comment      Share

Write a comment...

Like      Comment      Share      Options      Send in Messenger

PETA009786



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 · Edited ·

Sally & susie like to pose

6

Like          Comment          Share

Write a comment...

PETA009791



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 ·

2

Like        Comment        Share

Write a comment...

PETA009790

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

May 30 at 8:41 PM ·

Come see our new baby Arctic Fox, Rocket!



+11

408                                            52 Comments  94 Shares

Like                 Comment                Share

All Comments

 Write a comment

PETA009807



Write a comment...



**Katrina Michael** Why would we bring a Artic Fox to a different climate than its use to? Other than for visitation purposes only? Wolnt this mess with its sense of natural habitat? Just Inquiring!

Like · Reply · 1d                                             1



**Dakota Ellifritz** Katrina Michael hes being held... he was raised in captivity. He is fine.

Like · Reply · 1d                                             5



**Jessica Moore** Katrina Michael it just a name it would be different if the animal was a adult not a baby

Like · Reply · 1d                                             1



**Nicole Pinto** I feel like animals adapt very well. It's like people having Huskies as pets in Florida. They adapt to their environment.

Like · Reply · 21h

 Write a reply...



**Patty Thornton** How beautiful it is

Like · Reply · 1d



**Jess Moore** My daughter and I love it so much. Oh my gosh! Is he able to be pet?

Like · Reply · 1d



**Beth Abrams Kuchar** So beautiful! We hope to be up later in the summer! I wish we lived closer!

Like · Reply · 1d



**Sara Michaelle Martin** So...much...fluffy cuteness   !!    AHHHH! I love him!

PETA009808

Like · Reply · 1d



**Carol Winebrenner** Love him.So beautiful

Like · Reply · 1d



**Leahnralph Crawford** Adorable... would love to see him soon.

Like · Reply · 1d



**Leah S. Freed-Livezey** Hi Rocket!
You are beautiful    !

Like · Reply · 1d



**Shanna Rae Cole** Is he caged or can you touch him? He is beautiful!

Like · Reply · 1d



**Nita Ostroff** What a BEAUTIFUL baby!

Like · Reply · 1d



◈ Top Fan

**Beth Owens** Off he's so adorable

Like · Reply · 1d



**Nicole Pinto** This is so very cute.

Like · Reply · 21h



**Wini Minerd** OMG - she's gorgeous!!!!!!!

Like · Reply · 1d



**McKayleigh Nichelle Wagoner** I love him.

Like · Reply · 10h



**Tamara L. Smith** He's beautiful

Like · Reply · 1d



**Karen P. Fike** Adorable!

Like · Reply · 1d

PETA009809

Case 1:20-cv-01225-PX    Document 71-41    Filed 12/20/21    Page 20 of 29


**Marianne Decker** Adorable!!!

Like · Reply · 1d


**Dakota Ellifritz** Hes so beautiful can't wait to see him

Like · Reply · 1d


**Tammy Johnson** So adorable

Like · Reply · 1d


**Vicky Boehmes** Beautiful

Like · Reply · 1d


**Vickie Phillips** Gorgeous Rocket!!

Like · Reply · 1d


**Brooke Borror** We can't wait to meet him!! Do we have the ability to interact with touch?

Like · Reply · 1d  1


**Kimber Michael Cober** Hes beautiful

Like · Reply · 1d


**Nina Marie Ryan** Awwwww he's adorable

Like · Reply · 1d


💎 Top Fan

**Gladys Merritt** beautiful

Like · Reply · 1d


**Michelle E Paugh** So cute!!

Like · Reply · 1d


**Loriann Brotemarkle** Omg too cute

Like · Reply · 1d


**Cindy Elliott** How cute

PETA009810

Case 1:20-cv-01225-PX    Document 71-41    Filed 12/20/21    Page 21 of 29



**Cindy Elliott** How cute

Like · Reply · 1d



**Tammie Blair** So pretty

Like · Reply · 1d



**April N Steven** So cute

Like · Reply · 1d



**Katrina Mullenax** Awe

Like · Reply · 1d



◈ Top Fan

**Shauna Lynn** Oh my goodness

Like · Reply · 1d



**Sharon Hendrickson** Let's go see it

Like · Reply · 22h



**Jerilyn Durst** Annika Murphy

Like · Reply · 23h    1



**Nita Ostroff** Steven Hill

Like · Reply · 1d



**Tracy Johnson** LaKeisha Cherrelle

Like · Reply · 1d    1



**Cheyenne Jenkins** Billy Crawford

Like · Reply · 1d



**Tyrus Northcraft** Tracey Kennell

Like · Reply · 1d    1



**Kara Richelle Moffett** Amanda Spielman show Alex

Like · Reply · 1d    1

PETA009811

1 Reply

 **Christopher Lafferty** Brittany Crossland ⟨1⟩

Like · Reply · 1d

 **Brittany Nicole Garner**

Like · Reply · 1d

 **Desiray Staggs** ShastaJulius Shaffer

Like · Reply · 1d

 **Victoria Bard** Collin Bard

Like · Reply · 21h

 **Erin Ash** Jeremy Ash
Joshua Ash

Like · Reply · 1d

 **Brittany Wilt** Amber Grady ⟨1⟩

Like · Reply · 1d

      **Amber Grady** Brittany Wilt let's go pet it! ⟨1⟩

     Like · Reply · 1d

      Write a reply...

 **Sarah Stewart** Oh my goodness hes soo cute!!!!

Like · Reply · 1d

PETA009812

Photos from Tri-State Zoological Park & Animal Park, Care & Rescue 501c3's post

in Mobile Uploads

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 · Edited ·

....let me squeak in your ear....

16

Like     Comment     Share

Write a comment...



Like     Comment     Share     Options     Send in Messenger

PETA009789

Photos from Tri-State Zoological Park & Animal Park, Care & Rescue 501c3's post

in Mobile Uploads



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 · Edited ·

Casper

13

Like          Comment          Share

Write a comment...

Like          Comment          Share                    Options     Send in Messenger

PETA009788



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

· May 24 · Edited ·

Sebastian. Such a pretty Bengal

9

Like      Comment      Share

Write a comment...

PETA009787



**Christian Furstenberg**
February 11

I volunteered there while going to AC. I think you all do a great job and I hope you get your animals back. Couldn't donate a lot but I'm sure anything helps.

1

Like Comment

Write a reply...

## Photos from Tri-State Zoological Park & Animal Park, Care & Rescue 501c3's post
in Mobile Uploads

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
· May 24 ·



4

Like     Comment     Share

Write a comment...

Like     Comment     Share     Options     Send in Messenger

PETA009792



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like This Page · May 24 · Edited ·

My cake!

3

Like          Comment          Share

Write a comment...

PETA009793

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

7 hrs · 

Help me wish Diablo, our Bobcat (& oldest animal!) A Happy 19th Birthday!!!!



309                                    49 Comments  20 Shares

---

Like                    Comment                    Share

---

Most Relevant

 Write a comment...

Press Enter to post.

 **Zach Goldsmith** Happy Birthday, bud! Can't believe it's been 19 years already. Seems like yesterday he was running around my brothers house.

Like · Reply · 7h                                          1

 **Janet Gates** One of my favorites!! Happy Birthday Diablo!!!



Like · Reply · 7h

PETA009824