**Misty Brode Dye** Happy Birthday beautiful boy! 😻

Like · Reply · 7h

**Brittani Snoberger** Happy Birthday Pretty Kitty! 🐾

Like · Reply · 2h

**Deb Presnell** Happy Birthday Beautiful

Like · Reply · 5h

**Stephen Goldsmith** My boy. 19 already! Happy Birthday, buddy!

Like · Reply · 6h

**Cindi Schnibbe Linn** Happy Birthday what a beautiful cat

Like · Reply · 7h

💎 Top Fan

**Karen Middleton** Happy Birthday Diablo!!!!🐾

Like · Reply · 7h

**Dawn Flanagan Benson** Happy Birthday beautiful.

Like · Reply · 3h

**Michele Grubbs** Happy Birthday. I love bobcats

Like · Reply · 7h

**Missy A Garner Crabtree** Happy Birthday beautiful!

Like · Reply · 2h

**Gloria Boatman** Happy 19th Birthday Diablo 💙

Like · Reply · 7h

**Brandy Kelly** Happy birthday Diablo!

Like · Reply · 5h

**Tammy Pheasant** Happy Birthday!

Like · Reply · 6h

**Loriann Brotemarkle** Happy birthday

Like · Reply · 6h

💎 Top Fan

**Gladys Merritt** HAPPY BIRTHDAY 😍🥰😘❤️🐱🎂🤚🏻

Like · Reply · 1h

**Wendy Stanton** Happy Birthday Diablo! May you have many more!
**Edward Kabina** look!😍😻

Like · Reply · 3h

**Tammie Blair** Happy birthday!

PETA009825

Suzie Breighner Mulligan Happy birthday Diablo

Like · Reply · 3h

Rebecca Northcraft Happy Birthday!!🐒🎂🎉

Like · Reply · 7h

Sandy Trenton Happy Birthday!!!

1

Like · Reply · 7h

Christina Hill Happy birthday diablo 🧡💚

Like · Reply · 3h

⬥ Top Fan

Beth Owens Happy birthday

Like · Reply · 7h

Lisa Bentleyclark Happy birthday

Like · Reply · 7h

Tonia Metz Myers Happy birthday Diablo

Like · Reply · 7h

Ashlee Robertson Happy Birthday Diablo!

Like · Reply · 7h

Dianna Lechliter Childers Happy Birthday! 🐱❤️

Like · Reply · 7h

Tracey Collins Happy Birthday ☆☆

Like · Reply · 6h

Deb Deremer Happy Birthday

Like · Reply · 5h

JoAnn Everett Happy birthday Diablo

Like · Reply · 3h

Eric Lowdermilk Happy Birthday Diablo!!!

Like · Reply · 5h

Lori Haines Happy Birthday.

Like · Reply · 6h

Nicole McCrory Happy Birthday

Like · Reply · 6h

Sage Eisentrout Happy birthday!! ❤️❤️❤️

Like · Reply · 7h

Sherry Cramer Happy Birthday

PETA009826

Like · Reply · 6h

 **Mindy Glenn** HAPPY BIRTHDAY DIABLO!!
Like · Reply · 3h

 **Gail Mckenzie** Beautiful
Like · Reply · 4h

 **Keisha McDonald** Happy Birthday!!
Like · Reply · 5h

 **Will Godwin** Happy Birthday Diablo 💜💜 
💜
Like · Reply · 4h

 **Bonnie Jean Clutts Kellerhouse** Happy birthday Diablo 
Like · Reply · 7h

 **Kathleen Spiker** Happy birthday
Like · Reply · 1h

 **Misty Hamilton**



Like · Reply · 31m

 **Mark Piotrowski**

PETA009827

Like · Reply · 5h

 **Anna Radcliffe**

TENOR

Like · Reply · 4h

 **J.b. Bailey**



Like · Reply · 3h

 **Chris Burkholder**

PETA009828

Like · Reply · 5h

 **Amy House-Lindeman**



Like · Reply · 46m

 **Tammy Pullen** Happy Birthday Diablo your a beauty 

Like · Reply · 3h

Most Relevant is selected, so some comments may have been filtered out.

Write a comment…

PETA009829



Jenny Lynn ► Tri-State Zoological
June 3, 2011

Zoo Owner Bob Candy With Mbube (BU) our african lion

👍 Like      ➤ Share

Friend Requests                                    See All

PETA0001168





**Ginger Squires** ▸ **Tri-State** ⌄
Zoological Park
May 8, 2012 · 🌐

Bob Candy, our zoo owner/director saying good morning to Peka.

👍 Like   ➤ Share

😊 14

**Joan Candy** Bob- When you were a little boy didn't I tell you not to play with lions? --- your mother
May 9, 2012 at 7:20am · Like

**Brittany Riley** Will you guys be open this sunday, mothers day? if so what time?
May 9, 2012 at 12:31pm · Like

**Ginger Squires** The zoo will be open Sunday, at least in the afternoon.
May 9, 2012 at 12:40pm · Like

PETA0001170



Ginger Squires ...

Share

7

Patti Raymo Reid What an adorable kitty! 🙂
4y

Cat Grudzinski Garcia Oh boy my mom, the tiger tamer
4y

Joan Candy How cute.
4y

Barbara Beabout Collins Parker That is so cute.
4y

PETA0001171





"Cub"
Traveler photo submitted by JasperVirginia_USA (Feb 2014)

Book at **ChoiceHotels.com** to get the **lowest price** on our rooms, guaranteed. **Always.**\*

\*Terms and conditions apply

ChoiceHotels.com

PETA0001172

https://www.tripadvisor.com/Attraction_Review-g41098-d4045013-Reviews-Tri_State_Zoological_Park-Cumberland_Maryland.html#photos:aggregati...





"Dodger"
Traveler photo submitted by Hillary M (Sep 2014)



TRAVEL GEAR

**Things to Pack That Will Save You Money**

SMARTERTRAVEL




"Turtles"
Traveler photo submitted by Hillary M (Sep 2014)



SeaWorld
SAN DIEGO

TICKETS FROM
$59.99

BUY NOW

RESTRICTIONS APPLY ©2018 SEAWORLD

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
June 19 at 11:40 AM ·

Good afternoon all,

This past Saturday Jill and I had to give up our adorable and loving Kinkajou, Keiko. He just can't get over his jealousy of our 8 month old baby girl Harper. He just became too much of a liability around the baby and we had to make the heartbreaking decision to rehome him. We chose a rescue in Cumberland MD because we heard fantastic things about the owner Bob and how well he treats his animals. We drove out there and built his cage in the current Kinkajou location. Keiko is the 4th in this area and it is tight, not climate controlled and generally just not ideal. That being said he is with a great person who takes excellent care of his animals, just does not have the recourses to upgrade the space. That's why I am writing this letter to all of you asking for help. I am linking the GoFundMe here...
https://www.gofundme.com/teamkeiko
Any help is enormously appreciated. Please share this with any animal lovers in your lives and help us create a nice environment for these Kinkajous.

Sincerely,

Tony, Jill & Harper



GOFUNDME.COM
**Click here to support Help Keiko Start a new life organized by Chad Andrew Snyder-DeAngelis**

---

Like           Comment           Share        

PETA008252



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like This Page · August 7 ·

Like          Comment          Share

Write a comment...

People You May Know                    See All

Christina Bicknell
35 mutual friends
Add Friend

PETA008294

      



👍❤️🥰 142                                    15 Comments  11 Shares

👍 Like          💬 Comment          ↪ Share

All Comments ▾

Write a comment...

Press Enter to post.

✏️ **Author**

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like · **Reply** · 1d                                         👍❤️ 3

**Tammy Johnson**
Wow what a beautiful 🐻 bear

Like · **Reply** · 15h

**Linda Gilbert**
Gorgeous! ❤️   👍 1

Like · **Reply** · 1d

**Alana Broadwater**
Beautiful 😍 peepers!!   👍 1

Like · **Reply** · 22h

**Kim A Brown**
Adorable   👍 1

Like · **Reply** · 23h

PETA009661











Like · Reply · 1d

**Gladys Merritt**
Adorable

Like · Reply · 1d

**Sherry Claycomb**
Hi ladies I miss you!!

Like · Reply · 20h

**Janet Dishong Steve Householder**
Are they at the zoo now?

Like · Reply · 43m

**Diane Hendrickson**
Never heard of such a thing, where did you get that from?

Like · Reply · 20h

Author
**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
**Diane Hendrickson** from the Natural Bridge zoo in VA

Like · Reply · 18h

Author
**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** these bears were not born in the wild. They are from another zoo that had surplus & they needed homes. They are healthy & happy.

Like · Reply · 4h

Write a reply...

Press Enter to post.

**Brenda Patton**
They have a head of hair like a Lion. WOW

Like · Reply · 17h

Write a comment...



PETA009662



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

Like This Page · August 7 ·

Like        Comment        Share

Write a comment...

People You May Know                                    See All

Christina Cho
48 mutual friends

Add Friend

PETA008291

yelp

**Find** tacos, cheap dinner, Max's    **Near** 15203

Sign Up

Restaurants    Nightlife    Home Services    Write a Review    Events    Talk    Log In

Tri-State Zoological Park  ›  Photos & Videos

**23 photos for Tri-State Zoological Park**

Add photos



Browse all                    1 of 23        Share    Compliment

Kaitlyn W.
17    1

Two of three of Cheyanne's babies.

July 18, 2015

Was this photo …?

Helpful 1    Not Helpful

PETA0001175





Tri-State Zoological Park › Photos & Videos

**23 photos for Tri-State Zoological Park**

Add photos



Browse all          5 of 23          Share   Compliment

Monica H.
0    1

This little guy had quite the personality!

August 19, 2015

Was this photo …?

Helpful     Not Helpful

PETA0001176



**Follow**

**msfitz312** ♥🐅It's official; my 2016 has been made. My sister in-laws Dad owns the Tri-state Zoological park. We got a private tour today and I was able to touch a Lions paw. The man who owns the zoo has a true love for these animals. He rescues these gentle giants from places like Circuses. Once they've been in a circus, they can no longer be released to the wild. They depend on caring people such as him to take care of them. Today's tour taught me not to judge until you see for yourself; there's ALOT of love here... #maryland #tristatezoo #tristatezoologicalpark #loveanimals #protectendangeredspecies #boycottcircuses

**bold_lu** This is so cool!!!!!!!!

**msfitz312** Thx @lu_cy_b it was awesome 

**lissydoll22** Awww that's nice, the circuses

♡  ◯

**22 likes**

JANUARY 2, 2016

Add a comment...                              • • •

PETA0001177



Close ✕

**Brndan C.**

♦ 0   🔲 1

Such friendly beasts

May 26, 2016

Was this photo …?

⬆ Helpful    ⬇ Not Helpful



2 of 2        ↪ Share    ♀ Compliment   ⚑

PETA0001179







Photos
in **Liam's 9th Birthday**

Options | Share | Send

PETA0001181









PETA0001185



PETA0001186




"Fun times!!"
Traveler photo submitted by Lovely W (Jun 2017)


At last:

Try the browser button

By installing, you agree to the conditions of use.





"Fun times!!"
Traveler photo submitted by Lovely W (Jun 2017)



PETA0001188