


"20170625_160830_large.jpg"
Traveler photo submitted by Lovely W (Jun 2017)


TRAVEL GEAR
**Carry-on Bags That Take the Stress Out of Travel**
SMARTER**TRAVEL**




"20170625_160836_large.jpg"
Traveler photo submitted by Lovely W (Jun 2017)


TRAVEL GEAR
Embarrassing Travel Gadgets
That Actually Work
SMARTERTRAVEL

PETA0001190




"20170625_161218_large.jpg"
Traveler photo submitted by Lovely W (Jun 2017)


TRAVEL GEAR

**Embarrassing Travel Gadgets That Actually Work**

SMARTERTRAVEL




**ray_duffy**
Tri-State Zoological Park

Follow

**ray_duffy** My munchkin said she's going to be a vet when she grows up.
#zoo #maryland #pretty #sunny #love

**boo_bekah** 



125 likes

3 DAYS AGO

Aug 3, 2017

Add a comment... ...

PETA0001192



PETA0001193



PETA0001194





PETA0001196



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · November 1, 2011 ·

A man and his cub! — with Donna Cheslik Candy, Joan Candy and Jessica Candy Simmons.

Like          Comment          Share

11

2 Shares                                    7 Comments

View 1 more comment

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** She was extremely well behaved at the parade, we could not believe it!
6y · Like

**Dawn Mckee** Awww, tell Bob I showed this to the staff at Bethesda..cool.
6y · Like

Write a comment...

PETA0001197



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page  April 22, 2012

In a few weeks there will be gators residing here. — at   Tri-State Zoological Park & Animal Park, Care & Rescue 501c3.

Like          Comment          Share

Write a comment...

PETA0001198



Tri-State Zoological Park & Animal Park, Care & Rescue 501c3
Like This Page   March 14, 2013

Peka meeting Bu for the first time. — at   Tri-State Zoological Park & Animal Park, Care & Rescue 501c3.

Like          Comment          Share

9

Write a comment...

PETA0001199



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · October 9, 2014

Some grouchy back and forth between the cubs. they made up.

Like          Comment          Share

47

1 Share                                    4 Comm

**Mindy Glenn** Aww. I'm dying to see Charlie. He is never out when I am there.
3y · Like

**Kimberly Booth** Those are cubs?!
3y · Like

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** we've always called them the cubs since their parents live at the zoo too. So people would know who someone was referring to. Yes, they are all grown up now.
3y · Like

**Kathy Moran** Great pic
3y · Like

Write a comment...



**Tri-State Zoological Park**
likes this page · April 21, 2015 · ⚙

👍 Like    💬 Comment    ➚ Share

👍 6

**Ruth Martin** Just a little bit more please!!! Kitty loves to be rubbed 💗
Like · Reply · April 21, 2015 at 4:13pm

Write a comment...
Press Enter to post.

Mobile Uploads   43 of 66        Options   Share   Send   👍 Like

PETA0001201



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · March 19, 2015 ·

Like          Comment          Share

21
1 Share                                    2 Comments

**Michael O'Haver** Bob. Thank you so much for taking the time to give me a private tour of your animal sanctuary on my Birthday yesterday. You are a true steward of one of our greatest treasures; our beautiful Wild Things. Your concerted efforts and sacrifices and those of your community volunteers and Zoological supporters will insure that the animals you have adopted, raised in your own home and care for will have the quality of life they so richly deserve!

2y · Edited · Like

**Michael O'Haver** If anyone would be interested in volunteering their time or providing materials or support for the Tri-State Zoological Park website at tristatezoologicalpark.com and click on the "How to Help link for a list of items they regularly use!

2y · Like

Write a comment...

PETA0001202



Tri-State Zoological Park & Animal
Park, Care & Rescue 501c3
Like This Page   April 21, 2015

Like          Comment          Share

3

Write a comment...

PETA0001203



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · April 21, 2015 ·

Like        Comment        Share

6

**Ruth Martin** Just a little bit more please!!! Kitty loves to be rubbed ❤️
Like · Reply · 3y

Write a comment...

Suggested Groups                    See All

*Bitter Is the New Book Club*

**Bitter Is the New Book Club**
7,572 members                        Join

PETA0001204

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

October 15, 2015 ·

Hey Zoo friends, the weather is cooling off and it's time to move some of the animals inside for the season. Bob could really use some extra hands tomorrow. The zoo opens at 10:00. Thanks in advance!

| Like | Comment | Share | 🌐 |
|------|---------|-------|-----|

9          Oldest

4 Shares        1 Comment

 **Mindy Glenn** Pondering. Back is killing me, but I'm pretty sure I could do something to help.

Like · Reply · 2y

PETA0001205



PETA0001206



PETA0001207



PETA0001208



Tri-State Zoological Park
Like This Page · May 7

Our "little" to do list

👍 Like    💬 Comment    ➤ Share

👍 1

Write a comment...

Press Enter to post.



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · May 8, 2016 · Edited ·

Cheyenne, mom of Kumar, Cayenne, and India, wishes you all a Happy Mother's Day. She says you deserve a nice long nap today too!

Like          Comment          Share

49                                         Oldest

3 Shares                                2 Comments

**Roy Hillegass** beautiful animal
Like · Reply · 1y                    2

**Tommy Thomas** They sure are. There are no tigers at the Baltimore's Zoo anymore.
Like · Reply · 1y

Write a comment...

PETA0001210



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page · May 13, 2016 · Edited ·

A very special thank you to Tom Dufek for capturing this great shot of our beautiful boy Mowgli...we love it!

Like          Comment          Share

148                              Oldest

7 Shares                         10 Comments

Nina Sayevskaya Beauty!                    1
Like · Reply · 1y

Barb Bernard So beautiful!                  1
Like · Reply · 1y

Kim Naylor Morris Gorgeous! !               1
Like · Reply · 1y

Brittany Reed Miss him 😭 I'm coming out
next semester classes or not                 1
Like · Reply · 1y

Marcy Anne

Write a comment...

PETA0001211

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

July 18 at 6:34pm · ⊙

Meet Bob and Dodger. Dodger came to us from a private home as a pet. He needed a new home and now resides with us at the Tri-State Zoo. He is happy and healthy, he loves to play with his blue barrel and love on Bob. He's not too fond of woman and children, but he'll give the guys a smile. Stop out to the zoo any day and visit with this cutie!



👍 Like        💬 Comment        ↷ Share

👍❤ 72                                                    Chronological ⌄

4 shares

**Linsee N Jeffrey Sheaffer** Hes such a little rotten butt! Every time we come out to the zoo hes always pitching a fit for someone to stop to talk and say hi

Like · Reply · 👍 1 · July 18 at 6:40pm

> **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** That he is!
>
> Like · Reply · July 18 at 7:31pm

**Brittany Heed** Can't wait to get back to school and get back to the zoo. Dodger and I had many a talk while I was cleaning out Caley's enclosure. Complete with Dodger throwing buckets of water At me lol

Like · Reply · July 19 at 6:50am

**Karen Middleton** My grandkids want to come back and see the animals again

Like · Reply · July 20 at 4:16am

Write a comment...                                            📷 😊

Press Enter to post.

PETA0001212

**Tri-State Zoological Park & Animal Park, Care & Rescue**
**501c3** updated their cover photo.
September 16, 2016 ·



Like                    Comment                    Share

140                                                                         Oldest

11 Shares

**Kim Naylor Morris** So handsome!  1
Like · Reply · 2y

　　　**Kimberly Booth** You took the words right out of my mouth!
　　　Like · Reply · 2y

　　　Write a reply...

**Wendy Combs Booth** Boo looks awesome.
Like · Reply · 2y

**Darcey Bowen** Can't believe that big guy used to suck on my thumb!  3
Like · Reply · 2y

**Deanna S Bowen** He chewed on my chin!  1
Like · Reply · 2y

**Douglas Quade** Great Photo !
Like · Reply · 2y

PETA0001213

 **Bonnie Ann** When was that Darcey Bowen? He's not one in the pics with Ashley Cheak is he? Might be a stupid question..if so sorry

Like · Reply · 2y

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**Bu is 11 years old now! This photo was shortly after we moved him into his new enclosure. He is anxiously awaiting his new "girlfriend" Peka when she is old enough to share the enclosure with him. She is housed beside him now. 

Like · Reply · 2y

 **Darcey Bowen** Yep Bonnie! It's him! 

Like · Reply · 2y

 **Bonnie Ann** Have to show ashley and chuck

Like · Reply · 2y

 **Brandon Mckenzie** Ryan Morgan 

Like · Reply · 1y

 **Marcy Brack** Beautiful Boo

Like · Reply · 1y

 **Gina Wiley** Boo Boy.

Like · Reply · 1y

 **Debbie Bright** Wonderful place.......

Like · Reply · 1y

 **Terri Richardson** oh is that Bu? how majestic and proud he looks

Like · Reply · 1y

 **Dee Schildt** I love you Bu !!!!

Like · Reply · 1y

 **Kim Kleo** According to PETA, this lion just died of starvation!!! http://www.peta.org/.../urge-tri-state-zoo-retire.../

Like · Reply · 52w

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**This is Jessica, the owners daughter, anyone reading the above comment from Kim Kleo, please do not listen to her. I usually try to be civil on this public page, but this really upsets me. 1st off, PETA kills more animals than it helps. It is a HORRIBLE organization that "pretends" to be for the good of an animal when in fact alls it does it cause harm to animals THAT ARE FINE! Bu DID NOT die of starvation! Yes, he lost a little weight, but HE WAS OLD!!! He ate full deers up until the day he passed. If people like you would come support the zoo, maybe you would see that every animal is fed and cared for. PETA is out to close all zoos, sanctuaries, etc. DO NOT LISTEN TO THEM!!!! & just so PETA is aware, any harassment is documented, and legal action will be taken if you continue. If anyone has any questions, please let me know 

Like · Reply · 52w

 **Kim Naylor Morris** We know Bu was well cared for and loved by so many!! People need to research PETA before they listen to such a horrible organization !

PETA0001214

Like · Reply · 52w

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** And also, she lives in california, i highly doubt she had even heard of our little rescue (yes RESCUE! WE ARE NOT ACTUALLY A ZOO!!!)

Like · Reply · 52w

 **Kim Kleo** I'm repeating what I read on their page. According to PETA, the USDA suspended your licence for 45 days in 2013. If that isn't true, how come you did not sue them for printing that?

Like · Reply · 52w

 **Kim Kleo** I live in California. I cannot go to your zoo to confirm that every animal is cared for. The USDA does that, and according to PETA they have filed reports for years that you are not doing so. Posting something that has been published is not harassment!... See More

Like · Reply · 52w

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** This is another volunteer who helps run this page. PETA publishes whatever makes our establishment sound all doom and gloom. Its called sensationalism for their agenda. The 45 day closure you are referencing happened while the zoo was already closed for the season, therefore we were not under the guidelines of the USDA for being an exhibitor at that time and they actually are not allowed on the property while the zoo is closed for the season.

Furthermore, the USDA does not publish any follow up information to any complaints. When we are found in violation we have so many days to become compliant. They do not list that we made those changes. They also do NOT list when we are inspected, which is quite often, and we are in compliance with everything. No one wants to read good reports. They also do not list that we did in fact go to court and many of us testified and the majority of the issues were removed. USDA'S goal is to find something on every visit. It doesn't matter how miniscule.

"Oh look, a mouse in the feed shed. We'll write that one down." Now wait a minute you said we couldn't have pesticides in the feed shed, so now we have free roaming, vaccinated spayed/neutered cats (which by the way were abandoned) on premises to control natural occurring rodents. "Nope that's not good enough." So what do you suggest we do? "We cant tell you how to correct it."

"This enclosure isn't up to standard." Okay, how so? Tell us what else to add besides the two layers of 12 ft fencing within a second "catch cage" area. Along with an insulated, professionally manufactured building with electric as cover. Where are the guidelines and specifications? "We don't provide that information."

This is constant. I will be the first to admit that the aesthetics of the zoo could be better, but those are for the guests comfort. Our owner's most important rule...The animals always, always come first.

People across the country who think they are helping animals, blindly follow these extreme animal rights groups and have no idea what they are supporting. These people believe that no one should ever have ANY animal in captivity, including cats and dogs.

You yourself said you've never been to our establishment. Which means you have never met us, nor any of the animals we love so faithfully. Take a minute to read some other stories on our site. I will suggest the first one you start with is Lucky's story. Then move on to the story about Bu and find the point where the USDA told us how we should deal with his illness that we spent thousands of dollars testing on when really the problem was his advanced age and that he had lived well past the normal age of a male lion in captivity. Our hearts were broken when we lost him.

Yes, you have hit a nerve. These activists continually harass us and post links on their pages encouraging others to contact us. Every time you copy one of their links and forward it to anyone of

PETA0001215

the zoos or rescues that they have listed, you are participating in harassment. Just because PETA posts a link does not necessarily, nor legally, mean it is true.

This annoying behavior goes through spurts and every time we do something positive or post an event, these kind of negative remarks start from all over the country from people sitting behind phone or computer screens. It wastes our valuable time banning and deleting these individuals when we could be being more productive helping the animals.

Our supporters know exactly who we are and the love and passion we have for those entrusted to our care. When Bu passed in December an entire community mourned this animals loss. Your callous remarks and accusations from the opposite end of the country only make you look the fool.

Your profile is public, so in true PETA fashion our supporters have the right to contact you about the opinions you have posted to our page.

Like · Reply · 52w · Edited

2

 **Kim Kleo** Thank you for your post. God bless you and your service to the animals

PETA0001216

Tri-State Zoological Park (/web/20161026185833/http://www.tristatezoologicalpark.com:80/)

- Home (/web/20161026185833/http://www.tristatezoologicalpark.com:80/)
- Hours, Rates & Directions (/web/20161026185833/http://www.tristatezoologicalpark.com:80/hours-rates--directions.html)
- Education, Programs & Birthdays (/web/20161026185833/http://www.tristatezoologicalpark.com:80/education-programs--birthdays.html)
- Scrapbook (/web/20161026185833/http://www.tristatezoologicalpark.com:80/scrapbook.html)
- Our Incredible Loss (/web/20161026185833/http://www.tristatezoologicalpark.com:80/our-incredible-loss.html)
- How to Help (/web/20161026185833/http://www.tristatezoologicalpark.com:80/how-to-help.html)

# Our Incredible Loss



In the early morning hours of Wednesday, March 29, 2006 the main building of our zoo caught fire and was completely destroyed. The building housed all of our exotic birds, reptiles, monkeys and other small animals. All of the animals inside the building with the exception of 2 alligators, perished in the fire. Due to the confusion we neglected to say that our Guard Dog, Cumber, made it out unscathed and one of the babies Ring-tailed Lemurs Bandit; was off site at the time of the fire and was not in any danger. We were told that most of the animals probably died of smoke inhalation and hopefully they did not suffer.

There are no words to describe the feelings we are experiencing right now. Every one of those animals was special to us and in our hearts can never be replaced.

The structure is a complete loss, but we will rebuild! Our beloved animals are irreplaceable to us. We are hoping with the community's support we will be able to reconstruct our main hall and be able to provide a comfortable home for many donated, unwanted, rescued or abused animals once again. The outpouring support from the community has been overwhelming. The fire was deemed electrical and we will continue to recover from our loss with your help.

For those of you who would like to support us you can go to our contact page for more information. We are now open 7 days a week. So please stop out and visit us! We are so blessed to be surrounded by such a caring community and hope we can bring our zoo back to life and once again be a benefit to the community.

Below is a list of our beloved animals that perished in the fire. We know that many of you had special attachments to some of our animals and we find comfort that you are grieving along with us. We hope to soon include photos of those we lost.

Peaches - Cockatoo

Kiwi - Cockatoo

Powder - Cockatoo

Daisy - Cockatoo

Dr. Ryan - Pigtail Macaque

Pirate - Blue and Gold Macaw

Tiki - Scarlet Macaw

Elmo - Green Wing Macaw

PETA0001217

Zazuu - Hornbill

Boomer - Lemur (baby)

Wally, Whiley, Bruce,Rufus - Alligators

Stinkey-Armadillo

Scarlet; (along w/her 17 babies just born), Slick,Harley; - Red Tail Boas
Elvis - King Snake

Doby - Capuchin Monkey

Coati,Wild Bill - Coatimundi

Spike- Serval

Rebel- Caracal

Bond - Rhesus Macaque

2 Hamsters-2 Guinea Pigs

Caiman

Tree Frog

6 Water Turtles- (1 named Terpie)

4 Snapping Turtles

7 Iguana

2 Albino Burmese Pythons

Several Small Species of birds including: Cockatiels, Parakeets, Bourkes, Lovebirds, Conure, Finches, Parrotlettes

3 Prairie Dogs

Buddy - Black-Throat Monitor

Ball Python

2 Bearded Dragons

3 Baby Sulcatta's (2 were Louis &Louise)

Egyptian Fruit Bat

4 Ring-tailed Lemurs

Tank and Goliath (and an unnamed)- 3 large Sulcatta Tortoises

Leonardo -Sulcatta Tortoise

PETA0001218

Red-foot Tortoise

South American Wood Turtle

Several Box Turtles

Web Hosting (https://web.archive.org/web/20161026185833/http://www.ipower.com/) by IPOWER

PETA0001219



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
November 10, 2016 ·

Bob Candy, Director of the Tri-State Zoo Animal Park, Care & Rescue's official statement:

In response to the recent, exaggerated news reports, after careful consideration, we here at the Tri-State Zoo felt it necessary to inform our loyal patrons, as well as the general public of the aging condition of our male, African Lion, Mbube, affectionately known as, Bu to the local community for the last 13 years. It is to be noted, that none of the news outlets reporting this story have contacted us for an official comment or any further information.

In August, we began to notice subtle changes in Bu's appearance. We documented slight weight loss, darkening of his coat, and loss of his beautiful mane. We immediately consulted our local veterinarian and began evaluation, research, and treatment to diagnosis the problem. During that time, we initiated conversations with other wildlife and exotic specialists, as well.

As we tested Bu for possible viral and parasitic infections, to which the results came back negative, it became clear to us that his age was a defining factor in his condition. A male, African Lion's typical lifespan is between 12-13 years, females can live up to 18. Bu is now 13 years old – at 9 to 10 years a male lion begins to lose his testosterone, resulting in loss of mane and darkening of coat.

In October, we received an inspection from the U.S.D.A., whom by which we are licensed and governed, as a direct result of a complaint by an extreme, animal rights activist group, not even located on the east coast. A photo showed a picture of Bu relaxing in the sun, as usual, only it was noted that he appeared thin.

Upon official inspection; the U.S.D.A. gave us only two options, even though we were already consulting with our veterinarians and other specialists. We were told to sedate him for further, invasive testing or simply euthanize him. Neither of these options were our or our team of specialist's first choice. Although we and our team expressed concern about the results of anesthesia on an elderly lion, the U.S.D.A. inspector's response was, that his not awakening from the anesthesia could solve the problem. Sedating a lion in his advanced years and weakened state is dangerous. U.S.D.A was asked, "Can't an animal just grow old?" Their response was; no, because of the inconvenience of having to respond to all public comments and complaints regarding the animal. We feel, here at the rescue, that euthanizing an animal when it is not in pain and only because of his advanced age and appearance, is not ethical and should not be an option. After all, not many would want to make this choice for their own loved ones who are simply aging. The decisions being made about Bu's care and remaining years are now being dictated, not by those of us who have hand fed and cared for this magnificent beast, since he arrived here as a 10 day old cub, but by people who have never even visited our establishment, have never had experience with exotic animals, nor even met Bu.

We are angry.

We made the decision to remove Bu from the public exhibit, so we could care for him in private and away from judgmental eyes, as well as to give him solitude in his own area. Bu remains under the care of the Animal Park Care & Rescue and his capable and dedicated handlers.

We made the difficult decision to submit Bu to the risky process of further testing, even though it was not recommended by specialists in the field, in order to comply with the U.S.D.A. report. These tests were very expensive, difficult to perform, not to mention, dangerous. But we complied, rather than euthanize an animal that we dearly love.

Those tests provided the following results:

\* \* Normal expectations for a 13 year old lion
\*\* Preliminary results after consultation with other exotic veterinarians show the probability of a benign tumor in his pituitary gland, which is affecting his thyroid.
\* \*Although on medication, the condition is considered permanent.
\*\* His lifespan is undetermined, but he remains comfortable and not in any pain.
\*\* His will never regain the appearance of the young lion he once was due to the natural aging process.

Bu is responding well to the treatment. He is eating well, every day and interacting with his handlers, as usual. Because of the tumor, he has regained some of his weight, but not all of it. At well over 400lbs, he is considered a healthy weight for a

PETA0001220

male lion of his age.

We ask that during this difficult time, you show compassion and sympathy, as we deal with the reality that our beloved Bu will not be with us forever. Most of our patrons and guests are animal lovers and understand the feeling of losing a loved one, be it human, pet, or wildlife. We have an intense, emotional bond with all of our animals here at the Zoo and Rescue. We do not do this job to get rich or for entertainment, as some continue to suggest. I, along with my dedicated staff of volunteers, do it out of love and devotion to these great animals. We serve them and do our very best to enrich their lives and give them a loving home, so that the public can appreciate their magnificence.

In closing, we ask that you take into consideration, the nature of who initiated this unwarranted inspection. Do your own research, visit us, and please ask US your questions. We will happily answer them all. Thank you to those of you who have supported and continue to support us. We deeply appreciate your devotion to the animals we love and care for.

Even old lions like to roar, be it human or animal; we want to allow Bu to have that opportunity to be himself as long as he is able. He will always be beautiful, magnificent, and young in our eyes.

| Like | Comment | Share | |

225                                      Chronological

102 Shares                                   53 Comments

**Deborah Andrews** Well said. Your passion for Bu is c¹    4

Like · Reply · 1y

**Karen Middleton** Very well stated. We will miss seeing h¹    2

Like · Reply · 1y

**Jackie Breon Pumphrey** Much love to you guys and Bu. We love the zoo. Maybe it isn't a fancy zoo with all the bells and whistles like the big zoos but that's what we love about it and clearly any money coming in goes to the care of the animals. Bu is obviously well cared for or he wouldn't have made it to his advanced age. We stand behind you all, the humans and animals alike.    5

Like · Reply · 1y · Edited

**Katherine Brooke** The community needs to stop complaining and start helping. Get you all more funding going, if they all cared so much about the animals they would help boost you guys the way you need to go. The lack of funding and volunteers is the issue for how the zoo is. No it's not like other bigger zoos. But, then again ask yourself "Are you helping make this zoo better?" Until you can answer yes. Don't complain.    9

Like · Reply · 1y

**Bonnie Jean Clutts Kellerhouse** Jennifer Gustaitis-Garland,David Dranbauer hopefully this will help answer questions brought to your attention.

Like · Reply · 1y · Edited

**Jeremy Pomeroy** We have seen bu for years and years. He is my favorite to see every time were out there. You guys do a great job and I know how much bu means to you Bob. We will keep him in our prayers as he enjoys the time he has remaining.    1

Like · Reply · 1y

**Mindy Glenn** Aww. I'm sorry I know how much Bob and everyone love Bu as well as all the other animals there. I hope he gets to spend his remaining time on earth being loved by the people that he trusts. 💙    2

Like · Reply · 1y

PETA0001221

 **Mellony Lee Newcomer** LOVE BU!!!!!!! ❤️ I'm so sorry people are so well we'll just say peo 1

Like · Reply · 1y

 **Brittany Reed** Awwwwww I know Bu is like a son to Bob! Working at the Zoo I saw and participated in Bu's care and it was NEVER skimped on. All out the animals are so well cared for and loved. Everyone will miss Bu and I just can't believe the USDA even suggested doing risky procedure to "fix the problem so they don't have to respond" that's disgusting and they should be ashamed. Bu deserves to live his life happy and relaxed

Like · Reply · 1y    3

 **Kayla Kelly** I've been there several times as well as volunteering thee. I currently work at Nemacolin's Zoo in PA and it's always difficult to see an animal you care for suffer. Bu is a gorgeous animal and I wish him good health and a little longer life ❤️

Like · Reply · 1y    2

 **Robin Vereen** My heart is breaking that you have had to endure such judgement. Thank you for all the care you give to Bu and the other animals in your charge. I know you love them and care for them all well.

Like · Reply · 1y    2

 **Steve Malcolm** Typical government decision. Screw the people AND the Li 1

Like · Reply · 1y

 **Kellyn Bumbaugh** Bob you are an amazing compassionate person for animals! I thoroughly enjoy my visits to the zoo. You have even taken the time to give me advice about my own problems with nosy people and my older and special needs rescues. You truly are awesome and always put the animals first. Thank you for all you do for them. I hope Bu lives to be the oldest lion! 🙂    1

Like · Reply · 1y

 **Jeff Kinzer** My thoughts and prayers are with you guys. People always want to stick their noses where they don't belong. 😢    2

Like · Reply · 1y

 **Kim Vereen Cole** I live in Indiana and love your zoo. It is evident by all that work and volunteer there how much you love and care for these animals. When I come back to your town I look forward to again visiting your fine establishment.    2

Like · Reply · 1y

 **Darcey Bowen** Very very well said 1

Like · Reply · 1y

**Terri Richardson** Ive never seen him. Wish I did. This made me cry. The love you have for him is so evident and makes me happy. God bless Bu and all your animals and staff    1

Like · Reply · 1y

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** You will not find a zoo that gives more love and attention than Tristate Zoo. All of us who have volunteered over the years can attest to the care level Bu and the other animals receive. We may not have the prettiest enclosures and walks but visitors are amazed at how they are able to clearly view and enjoy watching the animals. Long live Bu!

PETA0001222



21

Like · Reply · 1y

3 Replies

 **Deanna S Bowen** Love him! Well said! 1

Like · Reply · 1y

 **Karen Middleton**

Like · Reply · 1y

 **Kathy Dicker** You are an amazing man, your zoo is so full of love, sending prayers to you and your staff from Flo... 2

Like · Reply · 1y

 **Bailey Saville** Susan Bean Fisher

Like · Reply · 1y

 **Carol Elizabeth Martin** Leave Bu to die of old ... 1

Like · Reply · 1y

 **Sydney McFarland** Nick Rosati

Like · Reply · 1y

 **Maria Townsend** We love what you do for the anim... 1

Like · Reply · 1y

 **Teresa Hershberger** Such a beautiful guy 1

Like · Reply · 1y

 **Traci Bender** Beautifully said. Praying for Bu and the Z... 2

Like · Reply · 1y

 **Jennifer Gustaitis-Garland** It's just like the media to do something like this. Makes me sad that Bu is getting older and has things wrong with him but unfortunately just like humans it's a part of life. 2

Like · Reply · 1y

PETA0001223

**Beth Owens** I love your zoo,your animals and the obvious love you and your volunteers have for your animals. Feel better bu.

Like · Reply · 1y

4

**Tammy Guthrie** Thank you for your amazing work and care of the animals

1

Like · Reply · 1y

**Deborah Mawmaw Smith** Very good write up Bob. Thank y

2

Like · Reply · 1y

**Alysa Love** Prayers to all of you at the zoo and for Bu to be left to grow old with those that I am certain are dear to him as well. ❤️🐻

2

Like · Reply · 1y

**Patti Meadows** Very well written. Thoughts and prayers to Bu and staff. We had a wonderful time there this past year both at Halloween and Easter.

2

Like · Reply · 1y

**Samantha Wolfe** Take care of Bu! Don't worry about what the morons have to say!! Keep him healthy and safe from the prying eye.

4

Like · Reply · 1y

**Donna Smith** Praying for Bu! You all have a wonderful heart. 🙏🐻🐾

1

Like · Reply · 1y

**Sandra Small** Oh Dear Lord. I am crying. May you be happy, Bu. Bless your human famil

1

Like · Reply · 1y

**Sharon Wojtas VanDam** I will always remember the week we spent helping at your zoo Bob, it was amazing to witness you and your volunteers love and respect that you have for all animals. I'm so sorry that anyone would ever question that you didn't have the animals best inter... See More

2

Like · Reply · 1y

**Theresa Anderson Cowger** What a beautiful and magnificent creature. Bob I have only met u on a couple occasions but I know ur love and commitment to ur animals. For someone to start slinging un truths about ur devotion knows nothing about u or your zoo. I wonder how they would... See More

1

Like · Reply · 1y

**Carrie Knepp** We were lucky enough to meet Bu when we visited a few years back. Thanks so much for giving us a great experience.

1

Like · Reply · 1y

**Brittney Dyer** Misty Sarver Dyer this is so sad

Like · Reply · 1y

**Ashley Bean** Awe!! I was wondering how you guys were doing. I know this company that you speak of because I got a text from them about signing a petition against you guys! I declined. I have been to your zoo! Its a family favorite! When we visit my grandparents the... See More

1

Like · Reply · 1y

PETA0001224

**Lorraine Ricewick Bryant** Years ago we gave our son a birthday party at your park. While we were there I was so pleased to see the love you all showed toward these animals. Later me and the same son came out to volunteer with you. It was even better to see how you interacted wi... See More

Like · Reply · 1y · Edited                                                                                          2

**Jennifer Baker** Very well written. 😊 Bu should live out his life and enjoy it. Creepers suck and certain ones like to cause issues . Keep up the good work 😊 thoughts and prayers to all. ❤️

Like · Reply · 1y                                                                                                  2

**Ellen Parker** Sending prayer let Bu live on the rest of his life with his loved ones. Haters will be hateing but you all have a amazing loving staff. Thanks for all you all do

Like · Reply · 1y                                                                                                  3

**Barbara Sharp** Thank you for caring so much! When the time comes Bu will cross the Rainbow bridge naturally. You are doing the right thing!

Like · Reply · 1y                                                                                                  1

**Rachel Harper** Kristen Lamp

Like · Reply · 1y

**Rena Buser** Thank you to all the volunteers. I miss y...                    1

Like · Reply · 1y

**Dana Calvert Sneathen** Praying for Bu! We missed seeing him at Bu at the Zoo, thank you for telling us why. May he live his last days in peace, quiet and tranquility! Keep fighting those jerks for his rights, Bob!! Love, hugs and prayers to you all, especially Bu 😢

Like · Reply · 1y                                                                                                  2

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** Thank you all for your outpouring of support and very kind words. Please continue to share and comment, it lifts our spirits to know how loved Bu is and that we have so many people rooting for out little zoo. 🙂

Like · Reply · 1y                                                                                                  10

**Theresa Anderson Cowger** Will do. Great little ~              1

Like · Reply · 1y

**Jen Howl** Prayers for Bu and his family.🐱🐾🐶🦄🐢🐷🐘🐒             2

Like · Reply · 1y

**Carolyn Nave** Thank you Bob and all who care for Bu. Brianna and I can't wait to begin to visit zoo again come spring

Like · Reply · 1y

Write a comment...

PETA0001225

**Tri-State Zoological Park & Animal Park, Care & Rescue**
**501c3**

February 18, 2017 ·

We'd like to take a moment to thank all of our dedicated volunteers who have given so much of themselves over the past 15 years to care for the animals here at the Tri-State Zoo, Animal Park Care and Rescue. Being a volunteer at the zoo is hard work, but it is so rewarding to be a part of these amazing animals' lives. We are thankful for all the hours our volunteers have unselfishly given over the years. To all the volunteers, both past and present, a sincere thank you for all you do and have done to care for the animals residing here.

Sadly, at this time, we must announce the passing of one of our most beloved animals here at the zoo. Mbube, lovingly known as Bu, our beautiful male lion, has passed away. We are heartbroken over this loss, as we know the local community, volunteers, and friends of the zoo, will be also.

Aging is inevitable, but that doesn't begin to prepare you for the emotional ending of such a majestic creature's life. We have been incredibly honored to spend the past 13 years caring for Bu and even though we knew his time with us was quickly approaching, we are still struggling to come to terms with the deafening silence of his absence.

Bu spent his last days, quietly resting in his enclosure, under the careful watch of our licensed veterinarian, along with zoo owner, Bob Candy. Bob spent each day by Bu's side, hand-feeding him, talking with him, and patiently caring for him until he took his last breath. Bu passed peacefully and without pain.

As a playful cub, who barely fit in the palm of Bob's hand when he first came to the zoo, Bu quickly stole the hearts of everyone who met him. Bu and Bob shared a very special bond throughout the years that many people were quite surprised by. Bu could tell the minute that Bob stepped onto the property and would loudly call to him until Bob stopped whatever he was doing and made sure to rub a certain spoiled lion's belly. As he grew larger and stronger, he still demanded Bob's attention and could sometimes been seen running like a kitten at the sound of Bob's voice. As Bob watched his dear friend age, one of his favorite sayings was, "Even old lions like to roar and we want to let Bu be himself as long as he can." His dedication and love for Bu has never wavered. He and the entire volunteer staff at the zoo are mourning the loss of this amazing animal as best as we know how.

Yet, we simply cannot discount the public's grief for our loss, as well. We sincerely appreciate all the kind words, expressions of sympathy, and support that we have received since our announcement in November, of Bu's aging circumstances. It has been a great honor and a privilege for many of us to have had a hand in raising Bu from a ten-day-old cub, into the magnificent lion he was. Many of you were blessed to have shared in this incredible journey with us.

We are planning for some sort of memorial, but at this time, we just cannot wrap our hearts and minds around that task, so we ask for your patience while we find something appropriate to honor him. If you would like to send a card to the zoo, please do – Bob isn't on any sort of social media, so I know he would greatly appreciate it. And please feel free to post your favorite memory or photo of our dear Bu here on Facebook to share. The zoo continues to remain closed for the rest of the season, despite the warm weather. We will reopen in April as usual. Your sympathy and kindness are greatly appreciated during this difficult time.

One does not simply look into the eyes of a lion and remain unaffected. Sharing his space, feeling his breath, his glare, his fierceness, his power, experiencing the ground tremor under your feet when he roars, yet knowing he recognizes you and sees you as one of his, alters your perspective. Some will insist that a wild animal cannot truly love humans. I disagree. I have witnessed it. Rest easy sweet Bu, you will forever remain in the hearts and memories of many.
~ Nicky, TSZ Volunteer Staff

~ Bu ~ 2004 ~ Photo Credit ~ Crisstudio ~

PETA0001226



**Like**                    **Comment**                    **Share**

206                                                         Oldest

77 Shares                                                   66 Comments

View previous comments

 **Janet Conn Mckenzie** sad!

Like · Reply · 1y

 **Misty LaRue** Prayers🙏🙏🙏he was very loved

Like · Reply · 1y

 **Tari Long**



Like · Reply · 1y

 **Dana Calvert Sneathen** Rest easy sweet Bu. Love, hugs and prayers to Bob, Jessica, Hunter and all the Zoo staff and volunteers ❤️🙏🤗

Like · Reply · 1y

PETA0001227

 **Teresa Soley** So very sorry to be reading this. My kids and I loved Bu and we didn't get to come this past year. He will be forever remembered. My thoughts and prayers are with Bob and all the other workers. RIP Bu

Like · Reply · 1y

 **Lorie Rowe Stake** 😭😭😭😭

Like · Reply · 1y

 **Misty Smith** Rest easy Bu

Like · Reply · 1y

 **Fallon Smith**



3

Like · Reply · 1y

 **Brian Booth**

Like · Reply · 1y

 **Racheal Myers** So sorry , Bob! RIP Bu😫

Like · Reply · 1y

 **Brittany Reed** RIP Bu!!!! Everyone will miss you dearly

Like · Reply · 1y

 **Chris Spiker** RIP Bu.

Like · Reply · 1y

 **Debbie Alvord** Bob Candy and Bonnie Jean Clutts Kellerhouse, I'm so sorry for the loss of Bu. I remember when I first met Bu, it was like wow that's a Lion. I looked at Betty Lou and asked where's Tarzan? We both had a good laugh. When ever Betty Lou went to the zoo I would ask how's Bu.

1

Like · Reply · 1y

 **Debbie Alvord** RIP Bu.

Like · Reply · 1y

 **Mellony Lee Newcomer** So sorry for this great loss. He will be missed terribly!!!!!!

PETA0001228

Like · Reply · 1y

 **Becky Barclay** So sorry for the loss of Bu! RIP sweet boy!🙀💔

Like · Reply · 1y

 **Jackie Breon Pumphrey** Our condolences on the passing of beautiful BU.

Like · Reply · 1y

 **Kimberly Booth** Bu in 2013



4

Like · Reply · 1y

 **Kara Soulsby** Kayla Rose

Like · Reply · 1y

 **Taylor Dudek** Brittney Dyer

Like · Reply · 1y

1 Reply

 **Hailey Orndorff** Ellen Engle did you see this?

Like · Reply · 1y

1 Reply

 **Dawn Frederick** So sad to hear this. RIP Bu. Thank you Bob for giving us the opportunity to have an up close relationship with one of God's most beautiful animals.

Like · Reply · 1y

 **Kim Daum** So sad and sorry for your loss.
Have fond memories of his roar echoing in the valley when we would fish at Three ponds. Would always bring a smile to our face.

1

Like · Reply · 1y

 **Maria Townsend** Lily Woolard

Like · Reply · 1y

 **Maria Zumpano** Rest In Peace 💔. Beautiful animal!

Like · Reply · 1y · Edited

**Jennifer Hare** RIP

PETA0001229



Like · Reply · 1y

 **Robin Mcgee-cutter** So sorry to hear of Bu's passing. Thinking and praying for all of you during this sad time

Like · Reply · 1y

 **Carl Lockman** Linda and I are very sorry for your loss. We thank you Bob Candy for the opportunity to meet Bu up close and personal during our visit several years ago. RIP Bu.



3

Like · Reply · 1y

 **Kathy Moran** Missing him so much. Was a wonderful experience being there with him and the animals each day. As one the volenteers it beyond difficult. But we remember the great joy he gave the community and all the volenteers.

Like · Reply · 1y

 **Donna Lancaster** So sorry...

Like · Reply · 1y

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** Thank you everyone, for the kind words and photos. We will print them out and make sure they are displayed.

5

Like · Reply · 1y

 **Barb Dom** So sorry, r.l.p. bu

Like · Reply · 1y

 **Dagenais Boggs** Loved this guy. Will miss him. So sorry for your loss

Like · Reply · 1y

 **Stacy Garlitz**

 😢

Like · Reply · 1y

 **Teri McKenzie** Tyua Lanay Rice

Like · Reply · 1y

 **Tyua Lanay Rice** Brian K Rice Jr. Ela Rice

Like · Reply · 1y

 **Theresa Anderson Cowger** Iam so sorry for the loss of such a magnificent lion. May he roam the fields in all his glory.

PETA0001230

Like · Reply · 1y

 **Pam Mckinley Ringer** A beautifully written tribute. God bless everyone

Like · Reply · 1y

 **Cindi Lewis Gilman** How Very sad. Sorry for your loss. Hugs!

Like · Reply · 1y

 **Brittany Nicole Garner** Rip Bu♡

Like · Reply · 1y

 **Brittany Nicole Garner**



Like · Reply · 1y

 **Brittany Nicole Garner** ♡



Like · Reply · 1y

 **Donna Smith** He will be missed ! Love lions, so sorry for his loss.😢🦁🙏‼️

Like · Reply · 1y

 **Cami Zembower** So very sorry to read of Bu's passing. What a gorgeous majestic creature he was.♡

Like · Reply · 1y

 **Mindy Nield Mooney** I'm sorry for the loss of Bu. Here is a photo I have of him from a few years back.

PETA0001231



Like · Reply · 1y

 **Meaghen D Newcomb**



Like · Reply · 1y

 **Meaghen D Newcomb**



Like · Reply · 1y

 **Meaghen D Newcomb**



Like · Reply · 1y

 **Shirley Jackson** I am so sorry for your loss

Like · Reply · 1y

 **Shirley Jackson** I have a great memory of him when he was a cub I got to experienced holding him and playing with him this one day in the zoo office it was the best experience I have encountered in my life RIP Bu you will be missed

Like · Reply · 1y

PETA0001232



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
Like This Page  April 13, 2017

Like     Comment     Share

5                                Oldest

1 Share

View 1 comment

Write a comment...

PETA0001236



**Tri-State Zoological Park & Animal**
**Rescue 501c3**
Like This Page · April 13 · ⚙

👍 Like    💬 Comment    ➤ Share

👍❤ 6                                          Chronological ˅

**Elk Wani** Mowgli looks annoyed here 😳 What a sweety he is 💙
Like · Reply · May 18 at 7:02pm

Write a comment...

PETA0001237

**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** shared their post.
August 2 at 3:01pm ·



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
August 2 at 10:00am ·

Owner Bob Candy and some friends at National Night Out in Cumberland.

Like          Comment          Share

20                                              Chronological

**Crystal Mongold Eisenhofer** You people have no idea the love and care that Bob Candy gives to these animals. For 10 years we have been friends and have been to this zoo. Bob, his family and the community have gone above and beyond to provide for these animals. We no longer live in the area but you continue to go and see the animals every time we come back home. We were just there Thursday and these animals were very well fed and taken care of. We were even given a personal tour of all the behind scenes as we do every time we come in. We continue to donate and give back to this rescue zoo.

If you want to do something take the time to donate. This is a non profit zoo and rescue center.
Like · Reply ·   1 · August 5 at 10:39am

   **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**
   Amen!
   Like · Reply ·   1 · August 5 at 3:23pm

Write a comment...

PETA0001240



## Animal Park, Care, & Rescue, Inc

**$110** of $200,000 goal

Raised by 4 people in 7 days

**The Zoo needs your help to keep our tigers, lion and other animals here in our community in their forever homes.**

Starting back in his childhood, founder and owner Bob Candy had a dream to open a zoo. His unofficial zoo began at an early age as he always told his parents how much he loved animals, always bringing something new home. Now a proud resident of Cumberland for over 36 years he has made his childhood dream a reality, while sharing his love for the animals with the community.

Tri-State Zoo began in the spring of 2003 with arrival of the first tiger cubs. (One of these tiger cubs is the mother of the three cubs pictured above who were born at the Zoo in 2007.)

In 2009, the Zoo formed the non-profit Animal Park, Care, & Rescue 501(c)3. to benefit the animals to give them a lifelong home. The Zoo has many interactions with the community.

Community individuals and groups (schools, scouts, nursing homes and others) come to educational programs and to volunteer. Many members of the community have known these animals since they were babies. We bring "Murray, the groundhog" to the City of Cumberland for groundhog day, as well as easter

PETA0001241

**The Zoo needs your help to keep our tigers, lion and other animals here in our community.**

**Lately PETA has filed a lawsuit to have your lions, tigers and lemurs sent away. We are fighting these unfounded accusations however it is creating legal costs which could amount to 10's of thousands of dollars.** As a small organization we do not have the funds for this fight. **We need your help to raise the money to keep your animals here in their intended forever home where they are well cared for and loved.**

We thank you for all the support and love, you (our community), have shown the animals over the years and will appreciate any assistance you can provide for this special need.

 Leave a comment

---

📷 **Add Photos**

**Post**

 **DONNA HOUSEL** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYmz3mlU (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYmz3mlU%3D)

%3D)
4 days ago

Love these animals!

↱ **Share**

**$110** of $200,000 goal

Raised by 4 people in 7 days

**Recent Donations** ▾

**CE** **$30**
Chad English (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=qUPGSscLjy9aAF5uq6AuDORBONEWQ1fAi2a

PETA0001242

---

DH

**$25**

DONNA HOUSEL (https://www.gofundme.com/mvc.php?

(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYm

route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYmz3mlU%3D)

4 days ago

---

BB

**$50**

Barbara Bernard (https://www.gofundme.com/mvc.php?

(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=ltT57Ro0ytfD4O1D8rFNuhXoRfXxyoFVu8PRh7

route=person_profile/byDid&d=ltT57Ro0ytfD4O1D8rFNuhXoRfXxyoFVu8PRh7Khjv8%3D)

4 days ago

---

**$5**

Anonymous

7 days ago

---

Viewing 4 of 4 Donations

---

Leave a comment

---

📷 **Add Photos**

**Post**

---

DH

**DONNA HOUSEL** (https://www.gofundme.com/mvc.php?
route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYmz3mlU

(https://www.gofundme.com/mvc.php?
route=person_profile/byDid&d=BiSjazfVB725FSEFytexkaw5nkQRCdARySEwYmz3mlU%3D)

4 days ago

Love these animals!

↪ **Share**

---

© 2010-2018 GoFundMe

PETA0001243

**Posts**

 **Tri-State Zoological Park & Animal Park, Care & Resc**  ...
**501c3** was live.
March 11 at 1:35pm · ☀

Zoo owner, Bob Candy talks about the need for donations to pay for legal fees. An extreme animal rights activist group is threatening the future of your local zoo!

▶  ⬤━━━━━━━━━━━━━━                    -16:32  ⚙ ☐ ⤢ 🔊

3.9K Views

👍 Like          💬 Comment          ↗ Share          ⬤ ▾

👍❤️😮 167                                    Realtime Comments ▾

PETA0001249



**Tri-State Zoological Park & Animal Park, Care & Rescue 501c3**

February 18, 2017 ·

We'd like to take a moment to thank all of our dedicated volunteers who have given so much of themselves over the past 15 years to care for the animals here at the Tri-State Zoo, Animal Park Care and Rescue. Being a volunteer at the zoo is hard work, but it is so rewarding to be a part of these amazing animals' lives. We are thankful for all the hours our volunteers have unselfishly given over the years. To all the volunteers, both past and present, a sincere thank you for all you do and have done to care for the animals residing here.

Sadly, at this time, we must announce the passing of one of our most beloved animals here at the zoo. Mbube, lovingly known as Bu, our beautiful male lion, has passed away. We are heartbroken over this loss, as we know the local community, volunteers, and friends of the zoo, will be also.

Aging is inevitable, but that doesn't begin to prepare you for the emotional ending of such a majestic creature's life. We have been incredibly honored to spend the past 13 years caring for Bu and even though we knew his time with us was quickly approaching, we are still struggling to come to terms with the deafening silence of his absence.

Bu spent his last days, quietly resting in his enclosure, under the careful watch of our licensed veterinarian, along with zoo owner, Bob Candy. Bob spent each day by Bu's side, hand-feeding him, talking with him, and patiently caring for him until he took his last breath. Bu passed peacefully and without pain.

As a playful cub, who barely fit in the palm of Bob's hand when he first came to the zoo, Bu quickly stole the hearts of everyone who met him. Bu and Bob shared a very special bond throughout the years that many people were quite surprised by. Bu could tell the minute that Bob stepped onto the property and would loudly call to him until Bob stopped whatever he was doing and made sure to rub a certain spoiled lion's belly. As he grew larger and stronger, he still demanded Bob's attention and could sometimes be seen running like a kitten at the sound of Bob's voice. As Bob watched his dear friend age, one of his favorite sayings was, "Even old lions like to roar and we want to let Bu be himself as long as he can." His dedication and love for Bu has never wavered. He and the entire volunteer staff at the zoo are mourning the loss of this amazing animal as best as we know how.

Yet, we simply cannot discount the public's grief for our loss, as well. We sincerely appreciate all the kind words, expressions of sympathy, and support that we have received since our announcement in November, of Bu's aging circumstances. It has been a great honor and a privilege for many of us to have had a hand in raising Bu from a ten-day-old cub, into the magnificent lion he was. Many of you were blessed to have shared in this incredible journey with us.

We are planning for some sort of memorial, but at this time, we just cannot wrap our hearts and minds around that task, so we ask for your patience while we find something appropriate to honor him. If you would like to send a card to the zoo, please do – Bob isn't on any sort of social media, so I know he would greatly appreciate it. And please feel free to post your favorite memory or photo of our dear Bu here on Facebook to share. The zoo continues to remain closed for the rest of the season, despite the warm weather. We will reopen in April as usual. Your sympathy and kindness are greatly appreciated during this difficult time.

One does not simply look into the eyes of a lion and remain unaffected. Sharing his space, feeling his breath, his glare, his fierceness, his power, experiencing the ground tremor under your feet when he roars, yet knowing he recognizes you and sees you as one of his, alters your perspective. Some will insist that a wild animal cannot truly love humans. I disagree. I have witnessed it. Rest easy sweet Bu, you will forever remain in the hearts and memories of many.
~ Nicky, TSZ Volunteer Staff

~ Bu ~ 2004 ~ Photo Credit ~ Crisstudio ~

PETA0003658



205

77 Comments  77 Shares

Like           Comment           Share 

Oldest

 **Lisa Marie Bush** Perfect man of my dreams... Rest easy Bu...



Like · Reply · 1y

**Nicky Cramer-Wiley** Oh the ridiculous love affair the two of you ha~~~ 1

Like · Reply · 1y

 Write a reply...

 **Brittany Wallizer** I read this with tears in my eyes.. Bu was such a beautiful ani~~~ 1

Like · Reply · 1y

 **Mindy Glenn** Aww. I was just wondering how he was doing. 😢 RIP buddy, you are gonna be a beautiful

PETA0003659


angel. 💚 I will definetly miss him. 😢

Like · Reply · 1y


**Mindy Glenn** God Bless you Bob. I can't imagine your pain. 🙁   1

Like · Reply · 1y

**Jen Tarr** I was just telling a friend last night about Bu, and how incredible this zoo is.

   7

Like · Reply · 1y


**Karen Middleton** So sorry for everyone's loss. I'm glad I got to see this magnificent lion at the zoo. He will be missed. 💙

Like · Reply · 1y


**Bonnie Jean Clutts Kellerhouse** Bu you will never be forgotten, sweet buddy. It was a pleasure watching you grow and being a part of your life.

   12

Like · Reply · 1y

     6 Replies


**Rick Bibbee** Hope Peka handles this well, and doesnt miss him too badly. Our thoughts are with you.   1

Like · Reply · 1y


**Traci Bender**



Like · Reply · 1y


**Brittney Humbertson** Caleb Meyers 😭😭😭   1

Like · Reply · 1y

PETA0003660

 **Jeremy Pomeroy** Rip big guy. A great lion. Glad I have seen him grow up. Probably the closest I will ever get to another lion. Sad that him and the female didn't get to reproduce first to.continue his memory. Bob I'm sorry for your loss. I know how close he was to you.

Like · Reply · 1y

 **Zach Goldsmith**



2

Like · Reply · 1y

 **Ashley Carter** Beth Owens 😉  1

Like · Reply · 1y

 **Kelly Brewington** April Painter

Like · Reply · 1y

     2 Replies

 **Marilyn O'Brien Perdew** Hannah Dawson FYI!!!

Like · Reply · 1y

 **Brandon Mckenzie** Janet Conn Mckenzie

Like · Reply · 1y

 **Janet Conn Mckenzie** sad!

Like · Reply · 1y

 **Misty LaRue** Prayers 🙏🙏🙏 he was very loved

Like · Reply · 1y

 **Tari Long**

PETA0003661



3

Like · Reply · 1y

 **Dana Calvert Sneathen** Rest easy sweet Bu. Love, hugs and prayers to Bob, Jessica, Hunter and all the Zoo staff and volunteers ❤️🙏😭

Like · Reply · 1y

 **Teresa Soley** So very sorry to be reading this. My kids and I loved Bu and we didn't get to come this past year. He will be forever remembered. My thoughts and prayers are with Bob and all the other workers. RIP Bu

Like · Reply · 1y

 **Lorie Rowe Stake** 😭😭😭😭

Like · Reply · 1y

 **Misty Smith** Rest easy Bu

Like · Reply · 1y

 **Fallon Smith**



3

Like · Reply · 1y

 **Brian Booth**

Like · Reply · 1y

 **Racheal Myers** So sorry , Bob! RIP Bu😢

Like · Reply · 1y

PETA0003662



**Brittany Reed** RIP Bu!!!! Everyone will miss you dearly

Like · Reply · 1y



**Chris Spiker** RIP Bu.

Like · Reply · 1y



**Debbie Alvord** Bob Candy and Bonnie Jean Clutts Kellerhouse, I'm so sorry for the loss of Bu. I remember when I first met Bu, it was like wow that's a Lion. I looked at Betty Lou and asked where's Tarzan? We both had a good laugh. When ever Betty Lou went to the zoo I would ask how's Bu.

Like · Reply · 1y





**Debbie Alvord** RIP Bu.

Like · Reply · 1y



**Mellony Lee Newcomer** So sorry for this great loss. He will be missed terribly!!!!!!

Like · Reply · 1y



**Becky Barclay** So sorry for the loss of Bu! RIP sweet boy!🦁💔

Like · Reply · 1y



**Jackie Breon Pumphrey** Our condolences on the passing of beautiful BU.

Like · Reply · 1y



**Kimberly Booth** Bu in 2013



4

Like · Reply · 1y



**Kara Soulsby** Kayla Rose

Like · Reply · 1y



**Taylor Dudek** Brittney Dyer

Like · Reply · 1y

　　1 Reply

**Hailey Orndorff** Ellen Engle did you see this?

Like · Reply · 1y

　　1 Reply

PETA0003663

 **Dawn Frederick** So sad to hear this. RIP Bu. Thank you Bob for giving us the opportunity to have an up close relationship with one of God's most beautiful animals.

Like · Reply · 1y

 **Kim Daum** So sad and sorry for your loss.
Have fond memories of his roar echoing in the valley when we would fish at Three ponds. Would always bring a smile to our face.

Like · Reply · 1y

1

 **Maria Townsend** Lily Woolard

Like · Reply · 1y

 **Maria Zumpano** Rest In Peace 💔. Beautiful animal!

Like · Reply · 1y · Edited

 **Jennifer Hare** RIP

Like · Reply · 1y

 **Robin Mcgee-cutter** So sorry to hear of Bu's passing. Thinking and praying for all of you during this sad time

Like · Reply · 1y

 **Carl Lockman** Linda and I are very sorry for your loss. We thank you Bob Candy for the opportunity to meet Bu up close and personal during our visit several years ago. RIP Bu.



3

Like · Reply · 1y

 **Kathy Moran** Missing him so much. Was a wonderful experience being there with him and the animals each day. As one the volenteers it beyond difficult. But we remember the great joy he gave the community and all the volenteers.

Like · Reply · 1y

 **Donna Lancaster** So sorry...

Like · Reply · 1y

 **Tri-State Zoological Park & Animal Park, Care & Rescue 501c3** Thank you everyone, for the kind words and photos. We will print them out and make sure they are displayed.

Like · Reply · 1y

5

 **Barb Dom** So sorry, r.l.p. bu

Like · Reply · 1y

PETA0003664



**Dagenais Boggs** Loved this guy. Will miss him. So sorry for your loss

Like · Reply · 1y



**Stacy Garlitz**

😢

Like · Reply · 1y



**Teri McKenzie** Tyua Lanay Rice

Like · Reply · 1y



**Tyua Lanay Rice** Brian K Rice Jr. Ela Rice

Like · Reply · 1y



**Theresa Anderson Cowger** Iam so sorry for the loss of such a magnificent lion. May he roam the fields in all his glory.

Like · Reply · 1y



**Pam Mckinley Ringer** A beautifully written tribute. God bless everyone

Like · Reply · 1y



**Cindi Lewis Gilman** How Very sad. Sorry for your loss. Hugs!

Like · Reply · 1y



**Brittany Nicole Garner** Rip Bu♡

Like · Reply · 1y



**Brittany Nicole Garner**



2

Like · Reply · 1y



**Brittany Nicole Garner** ♡

PETA0003665

Case 1:20-cv-01225-PX   Document 71-43   Filed 12/20/21   Page 60 of 61



2

Like · Reply · 1y

 **Donna Smith** He will be missed ! Love lions, so sorry for his loss.😪🦁🙏‼️

Like · Reply · 1y

 **Cami Zembower** So very sorry to read of Bu's passing. What a gorgeous majestic creature he was.♡

Like · Reply · 1y

 **Mindy Nield Mooney** I'm sorry for the loss of Bu. Here is a photo I have of him from a few years back.



1

Like · Reply · 1y

 **Meaghen D Newcomb**



1

Like · Reply · 1y

 **Meaghen D Newcomb**

PETA0003666



Like · Reply · 1y


**Meaghen D Newcomb**



Like · Reply · 1y


**Shirley Jackson** I am so sorry for your loss

Like · Reply · 1y


**Shirley Jackson** I have a great memory of him when he was a cub I got to experienced holding him and playing with him this one day in the zoo office it was the best experience I have encountered in my life RIP Bu you will be missed

Like · Reply · 1y

PETA0003667