## DECLARATION OF WILLIAM MCGUIRE

I, William McGuire, hereby declare as follows:

1. I am of sufficient age and competent to testify from my personal knowledge concerning the facts set out in this declaration.

2. I volunteered at Tri-State Zoological Park of Western Maryland ("Tri-State") for approximately thirteen years from 2006 to 2019.

3. Until approximately 2017, I typically volunteered at Tri-State seven days a week, up to eight hours a day. On average, I spent six hours a day at Tri-State.

4. My duties at Tri-State involved feeding the birds and cleaning the aviaries. On occasion, I also cleaned up after and fed other animals including wildlife and farm animals.

5. Every night when the temperature dropped below thirty degrees Fahrenheit, I would travel to Tri-State to tend to the wood stoves used to heat certain animal enclosures.

6. During my time volunteering at Tri-State, Robert Candy often ignored all animals except for the tigers and lions. Mr. Candy often refused to provide necessary care for animals if it required spending money.

7. For example, if Mr. Candy purchased food for the birds, he would often buy generic birdseed from the Dollar General. I bought Zupreem bird food to ensure that the birds at Tri-State were provided with a more appropriate diet.

8. I also purchased ultraviolet lights for the bird enclosures because Mr. Candy refused to do so. On at least one occasion, I noticed that working ultra

1

violet lights had been removed from the bird enclosures. I did not replace the ultra violet lights that were removed or the lights that had burned out because of the expense.

9. To ensure the birds had appropriate heat, I often bought propane that was used to heat one of the three aviaries. I would also turn up the electric heaters in the other two aviaries despite Mr. Candy's complaints regarding the costs of electricity. I was not reimbursed for the propane that I purchased.

10. During my time as a volunteer, the humidity of the bird enclosures was not monitored. The macaws had access to a tub of water; I did not see the macaws using the water. The other birds at Tri-State did not have access to baths. On occasion, Lynn McGuire and I would spray the birds with water.

11. Throughout the winter months, I frequently observed frozen water in the bird enclosures.

12. The bird aviaries at Tri-State were in chronic disrepair. For example, there was a hole in the top of the plywood aviary that contained the macaws. The hole was large enough for birds to escape.

13. A Conure parrot escaped from his or her enclosure on two occasions. The bird was not recovered after the second escape.

14. On a separate occasion, I observed three empty cages with open cage doors. The empty cages used to contain one African Gray Parrot, one Conure parrot, and one unidentified bird. Tri-State volunteer, Ms. Rella Moon, informed me that someone had opened the cage doors. The three birds were not recovered.

PETA012461

15. I frequently noticed rodents at Tri-State, including in one of the bird aviaries.

16. On one occasion, I saw a deceased exotic bird with wounds on his or her body. The wounds appeared to be caused by rats.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Cumberland, Maryland, on August 26, 2021.

William McGuire

3

PETA012462