IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

**CONSTANCE COLLINS, et al.**;

Plaintiffs,

v.

**TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., et al.**;

Defendants.

Case No. 1:20-cv-01225

## ORDER

The Joint Motion for Extension of Time to File Opposition and Reply Regarding Plaintiffs' Motion for Summary Judgment, And Defendants' Motion for Summary Judgment Related Briefing, having been considered, it is this \_\_\_\_\_10th\_\_\_\_\_ day of January, 2022, hereby GRANTED. It is ORDERED that:

The Defendants shall file their Opposition to the Plaintiffs' Motion for Summary Judgment by January 26, 2022, and any Cross-Motion for Summary Judgment by January 26, 2022. The Plaintiffs shall file any Reply to the Defendants' Opposition to the Plaintiffs' Motion for Summary Judgment by March 14, 2022, and any Opposition to the Defendants' Motion for Summary Judgment by March 14, 2022. The Defendants shall file any Reply to the Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment by March 28, 2022.

/S/
_____
Judge PAULA XINIS
United States District Court for the
District of Maryland