IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*,<br><br>Plaintiffs,<br><br>–v–<br><br>TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01225 |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

In accordance with Rule 56 of the Federal Rules of Civil Procedure and this Court's Amended Scheduling Order, ECF No 43, Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert Candy (collectively "Defendants") move for summary judgment against Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc. ("PETA"), (together, "Plaintiffs").

PLEASE TAKE NOTICE that, upon the affidavits of Keith Gold, DVM and Robert Candy, sworn to January 26, 2022, and Carole Baskin sworn to October 23, 2018, Defendant's Rule 56 Statement of Material Facts as to Which There is No Genuine Issue to be Tried, dated January 27, 2022, and all the exhibits thereto, Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert Candy (collectively "Defendants") will move this Court, before the Honorable Paula Xinis, at the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland, for an Order pursuant to Federal Rule of Civil Procedure 56 granting defendants' summary judgment.

PLEASE TAKE FURTHER NOTICE that, pursuant to an Order of the Court, opposing

papers, if any, must be filed and served by February 10, 2022.

      PLEASE TAKE FURTHER NOTICE that plaintiff intends to file and serve reply papers.

Date    January 27, 2022        Respectfully submitted,

                                          **JOHN PIERCE LAW**

                                          */s/ John M. Pierce*
                                          John M. Pierce
                                          21550 Oxnard Street
                                          3rd Floor PMB #172
                                          Woodland Hills, CA 91367
                                          P: (213) 279-7648
                                          jpierce@johnpiercelaw.com

                                          *Counsel for Defendants*