IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

CONSTANCE COLLINS, *et al.*,

Plaintiffs,

–v–

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,

Defendants.

Case No. 1:20-cv-01225

**DEFENDANTS' RULE 56 STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED, IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant Tri-State Zoological Park of Western Maryland, Inc. ("TSZ") submits this statement of material facts as to which there is no genuine issue to be tried.

1. Defendant Robert Candy maintains a small, privately owned, exotic animal zoo called Tri-State Zoological Park of Western Maryland, Inc., in Cumberland, Maryland.

2. TSZ is a small facility that takes in homeless and unwanted exotic and farm animals and either finds them new homes, or cares for them at the facility until their death. Declaration of John Candy ("Candy Decl.) ¶ 10.

3. TSZ has never been issued a citation for neglect or abuse of any animals nor has any USDA inspector has found any of Plaintiff's claims to be valid. Candy Decl. ¶¶ 3, 5, 6-7 & Candy Ex. A.

4. On February 4, 2020, the TSZ was inspected by the USDA Animal and Plant Health Inspection Service (APHIS) where the USDA did *not* uncover or report anything concerning regarding the welfare of the animals. *See* February 4, 2020 Jamilon Nieman Email re. Tri-State Zoo #15730, attached as Candy Decl. Ex. 1.

5. In this inspection, the USDA inspector, Jaime Nieman clearly reported that Defendants had voluminous documentation from the facility and veterinarian to show all the actions that had been taken with respect to the well-being and care of the animals. Declaration of Keith Gold, DVM (Gold Decl.") ¶ 8.

6. To date, there has been no prosecution of any violation of law on the part of the Defendants. Candy Decl. ¶ 3.

7. All animals have been and/or have been treated by a licensed vets when needed. TSZ has always maintained a qualified Attending Veterinarian in accordance and compliance with the Animal Welfare Act and verified by the USDA. Gold. Decl. ¶¶ 8, 19-21; Candy Decl. ¶ 5,7, 11.

8. Dr. Keith Gold has a doctorate in veterinary medicine and currently licensed in the state of Maryland. Gold Decl. ¶ 3.

9. He is the co-owner and one of the veterinarians for Chadwell Animal Hospital, at Abingdon, Maryland. Gold Decl. ¶ 4.

10. As a licensed veterinarian, Dr. Gold has 33 years of experience with Primate and Exotic Animal care and 33 years of extensive experience in treating reptiles. Gold Decl. ¶¶ 5-6.

11. Dr. Gold has been TSZ attending veterinarian for the past 2 years. Gold Decl. ¶ 7.

12. On July 27, 2018, approximately 2:30 p.m., Plaintiff visited TSZ with her husband, Gary Collins, Michele Raio and her child, and Mark Rund.  Declaration of Constance Collins ("Collins Decl.") ¶ 3.

13. On March 27, 2021, Dr. Fred Adams, DVM visited TSZ where he visually inspected a potbelly pig.  Declaration of Fred Adams, D.V.M. ("Adams Decl.") ¶ 2.

14. On that visit, Dr. Adams did not provide any veterinary care to the animals at TSZ nor has he treated any animals at TSZ, in almost 20 years. Adams Decl. ¶ 3.

15. Several animals' resident at TSZ have received veterinary care and treatment:

   a. Sally and Susie: In December of 2020, Dr. Gold and Dr. Michael Cranfield, Chief Veterinarian of Maryland Zoo performed teeth extraction from both bears, as well as full examinations and bloodwork. Gold Decl. ¶ 13.  The USDA has found no violations with their care in 13 years. Candy Decl. ¶12.

   b. Charlie:

   c. Diablo: Dr. Duncan first prescribed Meloxicam for Diablo in June 2019. Graves Decl. ¶ 11 & Ex. J (Duncan Dep. Ex. 69) at 51. Defendant filled the prescription for Meloxicam Oral 10mL Bottle for a total of $34.20 in June 2019. Candy Decl. Ex. E

   d. Snorkle

      e.  the Iguanas:

      f.  Dream

16.    Animals at TSZ may live in both indoor enclosures as well as outdoor habitats.

17.    Dodger For the past nine years, Tri-State has housed a capuchin monkey, Dodger, in an outdoor wood-framed structure with wire fencing, with an adjacent narrow indoor holding area. See Graves Decl. ¶ 4 & Ex. C (Candy Dep., Aug. 11, 2021) 205:16–19; id. ¶ 14 & Ex. M (Defs.' Suppl. Answers to PETA's Interrogatories) at 11–12, 14; id. ¶ 18 & Ex. Q (Jul. 19, 2021 site inspection photos).

18.    Prior to 2018, Defendants used propane tanks as a heat source in animal buildings, including a glass bird building. Graves Decl. ¶ 16 & Ex. O (Candy Dep., Mar. 16, 2018) 251:16–21, 252:15– 253:11.

19.    Defendant pressed criminal charges for theft against zoo volunteer William McGuire for removing a bird in violation of zoo protocols from the zoo premises in December 2019. The charges were dropped as part of a plea deal in 2021 in exchange for him returning the bird. Candy Decl. ¶ 24.

20.    Approximately 12 parrots, including a macaw, cockatoos, parakeets, and possibly a love bird and an Amazon parrot, died from a propane heater malfunction. Graves Decl. ¶ 2 & Ex. A (Candy Dep., Jun. 24, 2021) 225:16– 227:10. Graves Decl. ¶ 13 & Ex. L at 2 ("birds [were] lost after a heater failure in the bird house").

Dated January 27, 2022				Respectfully submitted,

							**JOHN PIERCE LAW**

							<u>*/s/ John M. Pierce*</u>
							John M. Pierce
							21550 Oxnard Street
							3rd Floor PMB #172
							Woodland Hills, CA 91367
							P: (213) 349-0054
							jpierce@johnpiercelaw.com