IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*,<br><br>Plaintiffs,<br><br>–v–<br><br>TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01225 |

**ERRATA TO DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Date:   January 27, 2022               Respectfully submitted,

**JOHN PIERCE LAW**

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
P: (213) 279-7648
jpierce@johnpiercelaw.com

*Counsel for Defendants*

1

**NOTICE OF ERRATA**

The Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert Candy (collectively "Defendants") respectfully submit this errata to its Memorandum in Support of Defendants' Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, which was filed on January 27, 2022, at Docket No. 21, in order to correct an inadvertent clerical error and typos. In its haste to e-file this memorandum, Defendants failed to include a signature block at the end of the memorandum which is required by Fed. R. Civ. P. 11.  Attached to this notice is a corrected memorandum that corrects this mistake and makes no other changes to memorandum.

Date:   January 27, 2022

Respectfully submitted,
**JOHN PIERCE LAW**

<u>/s/ John M. Pierce</u>
John M. Pierce
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
P: (213) 279-7648
jpierce@johnpiercelaw.com

*Counsel for Defendants*