**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Northern Division–**

CONSTANCE COLLINS, ET AL.,

*Plaintiff*

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 8:20-cv-01225

## MOTION BY NEVIN L. YOUNG TO WITHDRAW APPEARANCE

Now Comes the undersigned counsel and moves to withdraw his appearance from this matter, and in support thereof, states:

1.      On February 9, 2022, 7 days ago, the undersigned counsel gave notice, via email, in compliance with the Local Rules of this Court, to all defendants and to co-counsel John Pierce, of his intention to withdraw his appearance from this matter. The matter has also been discussed extensively via telephone with Robert Candy, who is authorized to act for all Defendants, and he has expressed his understanding of the reason for the filing of this motion for withdrawal, the meaning of it, and also the risk of default of corporate defendants if new counsel is not obtained.

2.      The undersigned is aware of the pending show cause order issued by this Court on this date, February 16, 2022, and while that information, which is new to the undersigned, may in and of itself have constituted good cause for the undersigned to

— 1 —

withdraw from this matter, this motion is not premised upon those matters but upon prior significant disagreements and discord between counsel Nevin L. Young and counsel John M. Pierce as to the proper course of action and pursuit of the defense of this case, about which more cannot be disclosed due to concerns as to attorney-client privilege.

3.      At any rate, the undersigned was unaware of any of the alleged misrepresentations in the *Pro Hac Vice* motion filed in reliance upon what John Pierce and his staff represented to the undersigned. The Defendants chose Mr. Pierce to step in as lead counsel in this case, and the undersigned, glad to be relieved of the significant time commitments required by this case, agreed to stay on as local counsel, but the poor working relationship between the undersigned and Mr. Pierce's office does not allow the undersigned to remain in this case.

4.      A clear explanation of the reasons for the proposed withdrawal was provided to Mr. Pierce and to Mr. Candy via an email of February 9, 2022, and it is clear that they received that email.

WHEREFORE, the undersigned hereby moves:

A.      That the Court grant this motion for withdrawal of undersigned counsel Nevin L. Young.

Respectfully Submitted,

_____s/Nevin L. Young_____
Nevin L. Young
Fed Bar. ID No. 28604
170 West Street
Annapolis Maryland 21401
410-353-9210

nevinyounglaw@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2022, I served the foregoing upon the counsel and/or parties set forth below, with all counsel having agreed to service by electronic means, upon:

Adam Abelson, Esquire
Zuckerman Spaeder, LLP
100 East Pratt Street, 24th Floor
Baltimore MD 21202

Marcos Hasbun, Esquire
101 East Kennedy Blvd.
Tampa Florida 33602

Zeynep Graves, Esquire
Caitlin Hawks, Esquire
PETA Legal Foundation
2154 West Sunset Blvd.
Los Angeles, California 90026

_____s/Nevin L. Young_____
Nevin L. Young