IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

CONSTANCE COLLINS, ET AL.,

*Plaintiff*

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 8:20-cv-01225

## RESPONSE TO SHOW CAUSE ORDER
## BY NEVIN L. YOUNG

Now Comes the undersigned counsel and responds to the Show Cause Order issued by this Court on February 16, 2022, and states:

1. The undersigned has now filed, on this same day, a motion to withdraw from this matter for reasons unrelated to the pending show cause order, for which notice was given to Mr. Candy and Mr. Pierce on February 9, 2022. Relations between Mr. Pierce and the undersigned are such that it seems advisable that counsel file separate responses rather than collaborate on a joint response to the show cause order.

2. The *Pro Hac Vice* Motion in this case was signed and submitted by the undersigned counsel after receiving a copy of the motion, signed by John Pierce, via email from his employee Emily Lambert, on November 29, 2021.

3. In an email exchange with Ms. Lambert, in response to the email attaching the signed *Pro Hac Vice* Motion, the undersigned wrote "[a]s long as you can tell me definitively that Mr. Pierce affirms his statements as true here, and that he is going to pay the fee for PHV admission, I can sign and file. I also need to know that your office will be taking primary responsibility for the case from now on." Ms. Lambert then responded with a signed email that stated only "Yes I absolutely can."

4. Based upon the fact that Mr. Pierce had signed the motion, and the additional affirmation by Ms. Lambert, purporting to verify that Mr. Pierce had affirmed the truth of his statements, the undersigned then signed and submitted the motion, and believes it was reasonable to do so at the time.

5. The Court's show cause order issued today contains alleged matters that are not and were not within the knowledge of undersigned counsel at the time of the submission of the *Pro Hac Vice* motion or at any time up until the last two days, and therefore the undersigned does not know what Mr. Pierce's response will be, but Mr. Pierce has assured the undersigned that he will be filing a response separately.

Respectfully Submitted,

\_\_\_\_s/Nevin L. Young_____
Nevin L. Young
Fed Bar. ID No. 28604
170 West Street
Annapolis Maryland 21401
410-353-9210
nevinyounglaw@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2022, I served the foregoing upon the counsel and/or parties set forth below, with all counsel having agreed to service by electronic means, upon:

Adam Abelson, Esquire
Zuckerman Spaeder, LLP
100 East Pratt Street, 24th Floor
Baltimore MD 21202

Marcos Hasbun, Esquire
101 East Kennedy Blvd.
Tampa Florida 33602

Zeynep Graves, Esquire
Caitlin Hawks, Esquire
PETA Legal Foundation
2154 West Sunset Blvd.
Los Angeles, California 90026

                                                            ____s/Nevin L. Young_____
                                                            Nevin L. Young