IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*, <br><br> Plaintiffs, <br><br> –v– <br><br> TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*, <br><br> Defendants. | Case No. 1:20-cv-01225 |

**PLAINTIFFS' MOTION TO STRIKE INADMISSIBLE EVIDENCE AND IMPROPER TESTIMONY OF DEFENDANT ROBERT CANDY**

In accordance with Federal Rules of Civil Procedure 37(c) and 56(c), Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc. move:

(1) To strike the never-disclosed February 4, 2020 email from the U.S. Department of Agriculture, ECF No. 75-4, under Rule 37(c) because the document was responsive to one or more Requests for Production of Documents and yet Defendants failed to disclose it, and such nondisclosure was neither substantially justified nor harmless;

(2) To strike the never-disclosed May 4, 2018 letter from former Allegany County Animal Control Officer, John Carden, ECF No. 75-10, under Rule 37(c) because the document was responsive to one or more Requests for Production of Documents and yet Defendants failed to disclose it, and such nondisclosure was neither substantially justified nor harmless, and under Federal Rule of Evidence 802 because the letter is inadmissible hearsay;

(3) To strike the portions of paragraphs 5, 8, 9, 11–20, 22, 23, and 25 of Defendant Robert Candy's Affidavit, ECF No. 75-3, identified in the memorandum in support attached to this

motion. Those portions exceed Defendant Candy's personal knowledge, include improper lay witness opinion testimony, and/or are otherwise improper. Therefore, Defendants cannot rely on them to support or oppose the pending motions for summary judgment (ECF Nos. 71 and 74).

A proposed order is also attached.

| | |
|---|---|
| Date   March 14, 2022<br>        Baltimore, Maryland | Respectfully submitted,<br><br>/s/ Adam B. Abelson<br>Adam B. Abelson (#29532)<br>Zuckerman Spaeder LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>(410) 332–0444; (410) 659–0436 (fax)<br>aabelson@zuckerman.com<br><br>Marcos E. Hasbun (Pro Hac Vice)<br>Zuckerman Spaeder LLP<br>101 East Kennedy Boulevard, Suite 1200<br>Tampa, Florida 33602–5838<br>(813) 221–1010; (813) 223–7961 (fax)<br>mhasbun@zuckerman.com<br><br>Caitlin Hawks (Pro Hac Vice)<br>Zeynep Graves (Pro Hac Vice)<br>PETA Foundation<br>2154 West Sunset Boulevard<br>Los Angeles, CA 90026<br>(323) 210-2263; (213) 484-1648 (fax)<br>caitlinh@petaf.org<br>zeynepg@petaf.org<br><br>Counsel for Plaintiffs. |