# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# –Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs,*

–v–

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

## DECLARATION OF ZEYNEP J. GRAVES

I, Zeynep J. Graves, hereby declare as follows:

1. I am Associate Director of Litigation for the Foundation to Support Animal Protection (aka PETA Foundation) and represent Plaintiffs in the above-captioned proceeding.

2. Attached as **Exhibit A** is a true and correct copy of Defendants' Joint and Several Rule 26(a)(1) Disclosure Statement, which Defendants served on Plaintiffs on March 24, 2021.

3. Attached as **Exhibit B** is a true and correct copy of Defendants' Expert Witness Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(2), which Defendants served on Plaintiffs on October 15, 2021.

4. Attached as **Exhibit C** is a true and correct copy of an email Defendants' former counsel, Nevin Young, sent to me on May 21, 2021.

5. Attached as **Exhibit D** is a true and correct copy of an email Defendants' former counsel, Nevin Young, sent to Plaintiffs' counsel on June 8, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Yucca Valley, California this 14th day of March, 2022.

_____
Zeynep J. Graves