IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs,*

–v–

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

**DEFENDANTS' JOINT AND SEVERAL
RULE 26(a)(1) DISCLOSURE STATEMENT**

Defendants jointly and severally, by and through undersigned counsel, herebyprovide the following Initial Disclosure Statement pursuant to Federal Rule of CivilProcedure 26(a)(1). Defendants make these initial disclosures based upon information reasonably known to them as of the date hereof, and based on informationobtained to date and available to them. If additional information should be obtained in the future, Defendants reserve the right to modify, amend, or otherwise supplement these disclosures.

**(A)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Defendants reserve the right to rely upon their own testimony and upon the testimony of any and all witnesses who were identified or testified in Case No. 17-2148, and also intend to rely upon any and all documents produced by any party or witness in that case, per the prior stipulation of the parties.

The Defendants shall further rely upon the testimony of:

1. Gloria McFadden of the USDA, 4700 River Road, Riverdale, Maryland 20737.

2. Dr. Keith Gold, 3004 Emmorton Road, Abingdon, Maryland 21009.

3. John Carden, Allegany County Animal Control, 716 Furnace Street, Cumberland, Maryland, 21502.

Defendants may further rely upon the testimony of any witness identified by PETA or whose identity may be learned during discovery, and shall supplement this disclosure in such event.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Communications with Allegany County Animal Shelter, the U.S. Department of Agriculture, and with the Zoo's veterinarian Dr. Gold.

Any and all documents identified or produced in Case No. 17-2148.

Any APHIS inspection reports, veterinary records, or animal control records generated since the time of the close of discovery in Case No. 17-2148. All such documents are believed to be in the possession or control of the USDA, Dr. Gold, or Mr. Carden, respectively.

**(C)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries**

**suffered.**

The Defendants are not seeking damages.

**(D)** **For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

To the best of Defendants' knowledge, there is no insurance coverage in this matter.

March 24, 2021                                Respectfully Submitted,


                                              ___s/Nevin L. Young_____
                                              Nevin L. Young
                                              Fed. Bar ID. No. 28604
                                              170 West Street
                                              Annapolis, Maryland 21401
                                              410-353-9210
                                              nevinyounglaw@gmail.com