# Zeynep Graves

| | |
|---|---|
| **From:** | Nevin Young <nevinyounglaw@gmail.com> |
| **Sent:** | Friday, May 21, 2021 5:04 PM |
| **To:** | Zeynep Graves |
| **Subject:** | Re: Document production deficiencies & site inspection |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I will try to find new contact information for Mr. Carden. Also, Mr. Candy said that he could not do a weekend site visit but we could do the Wednesday or Thursday before the proposed date, or the Wednesday or Thursday after. Please let me know. Also, please let me know who will be attending.

Very Truly Yours,

Nevin L. Young
410-353-9210

On Fri, May 21, 2021 at 1:50 PM Zeynep Graves <ZeynepG@petaf.org> wrote:

> Nevin,
>
> Tina Rosa at the Allegany County Animal Shelter informed us that Mr. John Carden has not worked for the shelter for several years. Please provide us with updated contact information for Mr. Carden, who Defendants identified as an individual likely to have discoverable information.
>
> Also, please let us know if the proposed site inspection date, Sunday, June 13, works for Mr. Candy.
>
> Thank you,
>
> **Zeynep Graves**
>
> Litigation Manager
>
> PETA Foundation
>
> 2154 W. Sunset Blvd.
>
> Los Angeles, CA 90026

T:  (323) 210-2263

F:  (213) 484-1648

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete all copies of the message and its attachments. Thank you.

**From:** Abelson, Adam <AAbelson@zuckerman.com>
**Sent:** Thursday, May 13, 2021 6:04 PM
**To:** Nevin Young <nevinyounglaw@gmail.com>
**Cc:** Hasbun, Marcos E. <mhasbun@zuckerman.com>; Zeynep Graves <ZeynepG@petaf.org>; Caitlin Hawks <CaitlinH@petaf.org>; James Erselius <jamese@petaf.org>
**Subject:** Document production deficiencies & site inspection

**EXTERNAL**

Nevin,

Attached please find (1) a letter regarding deficiencies in Defendants' document production and (2) a request for a site inspection. We would like to schedule the site inspection for Sunday, June 13. Would that date work for Mr. Candy?

Adam



Adam Abelson
Zuckerman Spaeder LLP
AAbelson@zuckerman.com

100 EAST PRATT STREET, SUITE 2440 •  BALTIMORE,  MD 21202-1031
410.949.1148 direct • 216.990.2635 mobile • 410.659.0436 fax

► **Download vCard | zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.