IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

–Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs*,

–v–

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

### DECLARATION OF TINA ROSA

I, Tina Rosa, hereby declare as follows:

1. I am of sufficient age and competent to testify from my personal knowledge concerning the facts set out in this declaration.

2. I am the Executive Director of the Allegany County Animal Shelter Management Foundation (the "Shelter"), a 501(c)(3) organization that operates the Allegany County Animal Shelter and Allegany County Animal Control. I have served as the Shelter's Executive Director since 2013. In that role, I oversee Shelter staff, including its animal control officers.

3. The Shelter has received numerous calls over the years from the public regarding Tri-State Zoological Park of Western Maryland, Inc. ("Tri-State"). Some of those calls have expressed concerns about the facility's animal enclosures; others have expressed concerns about the conditions in which the animals are held. The Shelter does not have expertise regarding captive exotic animals and our personnel are unqualified to assess the condition of the animals at Tri-State, and it is the Shelter's policy to state that it lacks jurisdiction over zoos. Accordingly, in response to calls regarding Tri-State, it is the Shelter's policy to refer all public complainants to the U.S. Department of Agriculture.

4. As far as I am aware, the Shelter has never inspected or investigated Tri-State.

5. John Carden was a full-time animal control officer at the Shelter until he resigned in October of 2017. I am not aware of Mr. Carden ever going to Tri-State in an official capacity.

6. The Shelter possesses no documents that relate to Tri-State, Animal Park, Care & Rescue Inc., or Robert Candy. Because the Shelter directs all complaints regarding Tri-State to the USDA, there are no records regarding Tri-State in the Shelter's software system.

1

7810847.1
PETA009830

Pursuant to 28 U.S.C. § 1746, I, Tina Rosa, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Cumberland, Maryland on this 29 day of June, 2021.

*Tina Rosa* (signature)

**Tina Rosa, Executive Director**
Allegany County Animal Shelter Management Foundation

7810847.1
PETA009831