IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Southern Division–

| | |
|---|---|
| CONSTANCE COLLINS, *et al.*, <br><br> Plaintiffs, <br><br> –v– <br><br> TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*, <br><br> Defendants. | Case No. 1:20-cv-01225 |

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**

UPON CONSIDERATION OF Plaintiffs' Motion to Strike, any response thereto, and the record in this case, the United States District Court for the District of Maryland:

(1) GRANTS Plaintiffs' Motion to Strike, ECF No. 82.

(2) The February 4, 2020 email from the U.S. Department of Agriculture, ECF No. 75-4, is hereby excluded under Rule 37(c).

(3) The May 4, 2018 letter from former Allegany County Animal Control Officer, John Carden, ECF No. 75-10, is hereby excluded under Rule 37(c) and under Federal Rule of Evidence 802.

(4) The allegations in paragraphs 5, 8, 9, 11–20, 22, 23, and 25 of Defendant Robert Candy's Affidavit, ECF No. 75-3, cited in Plaintiffs' memorandum in support of their Motion to Strike, are hereby stricken.

Defendants may not use any of the aforementioned evidence to oppose Plaintiffs' Motion for Summary Judgment, ECF No. 71, or to support Defendants' Motion for Summary Judgment, ECF No. 74.

1

SO ORDERED, on _____.

_____

Honorable Paula Xinis

United States District Judge

cc: ALL COUNSEL OF RECORD