IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

CONSTANCE COLLINS

AND

PEOPLE FOR
   ETHICAL TREATMENT OF ANIMALS, INC.

(Plaintiffs)

V.                                              Case No.: 20-cv-01225

TRI-STATE ZOOLOGICAL PARK OF WESTERN
   MARYLAND, INC.

ANIMAL PARK, CARE & RESCUE, INC.

AND

ROBERT L. CANDY

(Defendants)

_____

CONFIDENTIAL

EXPERT REPORT OF
LAWRENCE M. PULLEN, CPA/ABV/CFF, CVA, ASA

SEPTEMBER 7, 2021

**EXPERT REPORT OF**
**LAWRENCE M. PULLEN, CPA/ABV/CFF, CVA, ASA**

**SEPTEMBER 7, 2021**

**Table of Contents**

|   |   | Page |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | QUALIFICATIONS | 2 |
| III. | DOCUMENTS REVIEWED | 2 |
| IV. | ANALYSIS | 3 |
| V. | CONCLUSION | 5 |
|   | APPENDIX A<br>PROFESSIONAL EXPERIENCE | 6 |
|   | APPENDIX B<br>TESTIMONY AT TRIAL AND/OR DEPOSITION | 8 |
|   | APPENDIX C<br>ANALYSIS | 9 |

EXPERT REPORT OF
LAWRENCE M. PULLEN, CPA/ABV/CFF, CVA, ASA
ELLIN & TUCKER
SEPTEMBER 7, 2021


CONSTANCE COLLINS
AND
PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.
(Plaintiffs)

v.

TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC.,
ANIMAL PARK, CARE & RESCUE, INC.
AND
ROBERT L. CANDY
(Defendants)


I. **INTRODUCTION**

1. I have been engaged by Zuckerman Spaeder as legal counsel for Constance Collins and People for the Ethical Treatment of Animals, Inc. in the above-referenced matter.

2. Specifically, I have been engaged to provide analyses and opinions, and expert testimony, if necessary, on the value of the injunctive relief to the Defendants (collectively, Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc. and Robert L. Candy), specifically Mr. Candy. In addition, I may be asked to analyze the Defendants' analysis and provide expert testimony where requested.

3. I, with the assistance of my staff, have analyzed and evaluated the documents received and other information available to us as of September 7, 2021, which, in my judgment is sufficient, in both form and content, to reach the conclusions, opinions and estimates stated herein. Those documents are listed below in section III.

4. I reserve the right to amend, alter and/or supplement my analyses and opinions in this report based on any new or additional information received, discovered or

1

derived during the course of this matter, including additional evidence submitted by any party either prior to or during the trial.

5. In the course of my work, I was assisted by staff members of Ellin & Tucker who worked under my close supervision and, therefore, I may use the plural "we", rather than "I", when describing the work performed.

6. Appendix A is a summary of my professional qualifications. Appendix B is a summary of my prior trial and deposition testimony. My fees, and the fees for my staff, have been billed and will continue to be billed at our standard hourly rates plus out-of-pocket costs. Our billing rates range from $165 per hour for staff consultants to $425 per hour for directors. My billing rate is $425 per hour for this matter. Our compensation is not dependent on the results of this report, my testimony, or the outcome of this matter.

7. If trial testimony is provided in this matter, I may use exhibits based on documents produced and/or testimony given in this litigation which refer or relate to the matters set forth in this report. Specific exhibits that may be used have not been determined. In addition, certain demonstrative exhibits may be created to assist me in providing testimony in this matter.

II. **QUALIFICATIONS**

8. I am a Principal of Ellin & Tucker, where I have worked for over 15 years. Ellin & Tucker provides auditing, accounting, tax, business consulting, business valuation and forensic accounting services. I am responsible for Ellin & Tucker's Forensic and Valuation Services practice group and have provided professional services in commercial damage, bankruptcy and valuation matters in the United States. In addition, I work with law firms as a consultant and as an expert witness on different types of cases, including cases involving commercial business damages, business valuations and civil fraud.

9. As noted above, Appendix A is a summary of my professional qualifications. Appendix B is a summary of my recent trial and deposition testimony, including the last four years.

III. **DOCUMENTS REVIEWED**

10. During the course of this engagement, we have reviewed the following documents:

    - Complaint for Declaratory and Injunctive Relief filed May 14, 2020.

- Schedule C (Form 1040) Profit or Loss From Business for 2015, 2016, 2017, 2018 and 2019 for Robert L. Candy, BDJDTCandy, LLC (Bates 0251 – 0260).
- Plaintiffs' Opposition to Defendants' Motion for Recusal and for Bifurcated Summary Judgment Briefing filed June 4, 2021.
- Exhibit 0034 – 30(b)(6) – pdf file of BDJDT LLC & Tri-State Zoo, Inc. 2019 expenses.
- Exhibit 0035 – 30(b)(6) – pdf file of Revenue and Expense Summary for Year 2018.
- Exhibit 0036 – 30(b)(6) - excel file of Tri-State Zoological Park, Inc. & BDJDT Candy, LLC Expenses for 2019.
- Exhibit 0037 – 30(b)(6) – pdf file of Revenue and Expense Summary for Year 2019.
- Exhibit0038 – 30(b)(6) – excel file of Revenue and Expense Summary for Year 2019.
- Exhibit 0039 – 30(b)(6) – Schedule C (Form 1040) Profit or Loss From Business for 2019 for Robert L. Candy, BDJDTCandy, LLC.
- Exhibit 0040 – 30(b)(6) – Account statement from BB&T for Animal Park Care & Rescue Inc. for February 28, 2018.
- Transcript of Virtual Zoom Deposition of Robert Candy dated Thursday, June 24, 2021.
- Transcript of the Deposition of Robert L. Candy dated Wednesday, May 2, 2018.
- Letter dated May 20, 2021 from Adam B Abelson of Zuckerman Spaeder LLP to Nevin L. Young re: Collins v. Tri-State Zoological Park of Western Maryland, Inc., Case No. 20-cv-1225 setting forth Defendants' historical settlement demands.

## IV. ANALYSIS

11. I have been requested by counsel (Zuckerman Spaeder) for Constance Collins and People for the Ethical Treatment of Animals, Inc. (the Plaintiffs) to determine the value of the injunctive relief to the Defendants (collectively, Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc. and Robert L. Candy).

12. Tri-State Zoological Park of Western Maryland, Inc. (Tri-State or Zoo) is a roadside zoo that is located in Cumberland, Maryland and is owned by Mr. Candy. Animal Park, Care & Rescue, Inc. (APCR) is a not-for-profit, a 501(c)(3) organization, that raises funds and makes contributions. APCR raises funds to offset the cost of expenses at the zoo and separately reports its financial information annually as required by the Internal Revenue Service. Another entity, BDJDTCandy, LLC is a business owned by Mr. Candy and lists its services as recreation, zoo, rescue and

management. It is my understanding that this entity reports, for tax purposes, the combined income and expenses of BDJDTCandy, LLC as well as the Zoo.

13. The term "value" according to Merriam-Webster is as follows:

    - The monetary worth of something: market price
    - A fair return or equivalent in goods, services or money for something exchanged
    - Relative worth, utility, or importance

14. The value of the APCR would be difficult to assess as APCR is a not-for-profit organization reliant on contributions to operate and the related contributions it distributes as part of its mission and cause. Further, according to Mr. Candy, APCR has a zero cash balance at the end of each year and doesn't lose money or make money.[1]

15. As mentioned above, the income and expenses of the Zoo and BDJDTCandy, LLC are reported collectively, on an annual basis, for income tax purposes.[2] As a result, and for purposes of this report, we will combine these entities in determining value. The value of the Zoo and BDJDTCandy, LLC would be difficult to determine using traditional valuation methods and approaches as the Zoo and BDJDTCandy, LLC operate at a loss each year and the value of the zoo animals is indeterminate.

16. Though the Zoo and BDJDTCandy, LLC operate at a loss each year, Mr. Candy nonetheless continues to operate both of them, funding their operations from his own pocket.[3] In this regard, Mr. Candy testified at his deposition that although the Zoo and BDJDTCandy, LLC have not been profitable[4], he derives value for his work with the animals at Tri-State[5].

17. To determine the value of the Zoo and BDJDTCandy, LLC to Mr. Candy, I analyzed the Schedule C Profit and Loss from Business forms for 2015 through 2019 (Schedule 1). This schedule reports the combined income and expenses of the Zoo and BDJDTCandy, LLC. The total combined loss from 2015 through 2019 was in excess of $178,000. This loss constitutes the funds paid for by Mr. Candy personally in order to fund the operations of the Zoo. This does not include the results for 2020 or year to date 2021 as this information has not been provided.

---

[1] Transcript of Virtual Zoom Deposition of Robert Candy on June 24, 2021, Pages 300:11 – 301:12 and 312:8 – 314:21.
[2] Transcript of Virtual Zoom Deposition of Robert Candy on June 24, 2021, Pages 312:13 – 313:20.
[3] Transcript of Virtual Zoom Deposition of Robert Candy on June 24, 2021, Pages 97:5 – 98:7.
[4] Transcript of Virtual Zoom Deposition of Robert Candy on June 24, 2021, Pages 96:13 – 98:7 and 312:18 – 314:12.
[5] Transcript of Virtual Zoom Deposition of Robert Candy on June 24, 2021, Pages 314:12 – 317:19 and Transcript of the Deposition of Robert L. Candy on May 2, 2018, Pages 284:7 – 285:7.

18. Despite the Zoo and BDJDTCandy, LLC operating at a loss year over year, the amount that Mr. Candy willingly pays to maintain the roadside zoo as a going concern, despite these losses, represents the value or worth of the zoo to him. In my opinion, the value of the Zoo and BDJDTCandy, LLC to Mr. Candy is in excess of $75,000.

## V. **CONCLUSION**

19. Based on my analysis and based on a reasonable degree of accounting certainty for an expert in my field, it is my opinion, that the total value of the Zoo to Mr. Candy is well in excess of $75,000 as of September 7, 2021. This is based on the fact the Mr. Candy was willing to spend in excess of $178,000 of his own money to fund the total combined operating losses of the Zoo and BDJDTCandy, LLC from 2015 through 2019.

20. As further support that the combined value of the Zoo and BDJDTCandy, LLC to Mr. Candy exceeds $75,000, I have considered negotiation correspondence in a previous case involving the Zoo and Mr. Candy.[6] This letter includes several demands by Mr. Candy in which he requested amounts far more than $75,000. In fact, Mr. Candy's demands included amounts ranging from ▓▓▓▓▓▓▓▓▓▓ in return for relinquishing ownership rights to the animals. These amounts are further indications of the value, or worth, of the Zoo and BDJDTCandy, LLC to Mr. Candy.

21. We reserve the right to amend, alter and/or supplement my analyses, opinions and estimates in this report based on any new or additional information received, discovered or derived during the course of this matter, including additional evidence submitted by either party prior to or during a hearing or trial.

*[signature]*

Lawrence M. Pullen, CPA/ABV/CFF, CVA, ASA
Report Preparer

---

[6] Letter dated May 20, 2021 from Adam B Abelson of Zuckerman Spaeder LLP to Nevin L. Young re: Collins v. Tri-State Zoological Park of Western Maryland, Inc., Case No. 20-cv-1225.

# APPENDIX A



# LAWRENCE M. PULLEN
## CPA/ABV/CFF, CVA, ASA

### INDUSTRY EXPERTISE
As a Principal in Ellin & Tucker's Forensic and Valuation Services Group with more than 25 years of experience in public accounting, Larry is well versed and dedicated to providing services in all types of business valuation, commercial damages, financial reporting and forensic accounting matters. Prior to joining Ellin & Tucker, he worked as an auditor for a regional public accounting firm prior to being a senior analyst for a business valuation firm.

### VALUATION EXPERTISE
Larry has valued numerous ownership interests in family limited partnerships and limited liability companies owning real estate or various other investments. He has also valued a variety of voting and non-voting stock ownership interests in privately owned corporations operating in a multitude of industries. These valuations were completed for many different purposes, including the purchase or sale of a business interest, bankruptcy buy-sell agreements, estate and gift tax planning/reporting, corporate restructuring, divorce litigation, shareholder disputes, and other matters.

### FINANCIAL REPORTING
Larry has provided fair value advisory services for financial reporting purposes. These engagements included purchase price allocation and goodwill impairment engagements. Through these engagements, Larry works closely with the client's auditors to make sure his fair value analysis meets the rigorous auditing and valuation standards.

### LITIGATION EXPERTISE
Larry has provided litigation services related to commercial damages, valuation issues as well as the tracing of marital assets for purposes of equitable distribution of mixed or transmuted property in domestic matters. He has qualified as an expert witness in litigation cases involving valuation, bankruptcy, and damages matters. In addition, he routinely provides attorneys with case assistance to facilitate the

### CONTACT INFORMATION
lpullen@ellinandtucker.com

**Baltimore**
400 East Pratt Street
Suite 200
Baltimore, MD 21202
410.727.5735

**Washington, D.C.**
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
202.638.0902

### PROFESSIONAL DESIGNATIONS
Certified Public Accountant (CPA)
Accredited in Business Valuation (ABV)
Certified Valuation Analyst (CVA)
Certified in Financial Forensics (CFF)
Accredited Senior Appraiser (ASA)

### EDUCATION
University of Maryland
*Bachelor of Sciences, Accounting*

discovery process, develop case strategy, review and critique expert's opinions, and analyze an expert's positions.

**PROFESSIONAL AND CIVIC AFFILIATIONS**
- Member, American Institute of Certified Public Accountants (AICPA)
- Member, AICPA's Business Valuation and Forensic and Litigation Services Section
- Member, Maryland Association of Certified Public Accountants (MACPA)
- Member, National Association of Certified Valuators and Analysts (NACVA)
- Member, NACVA's Maryland/DC Chapter
- Member, Baltimore Estate Planning Council
- Member, American Society of Appraisers (ASA)

# APPENDIX B

# LAWRENCE M. PULLEN, CPA/ABV/CFF, CVA

## TESTIMONY AT TRIAL AND/OR DEPOSITION - PRECEDING 4 YEARS
(underline denotes party represented)

1. **EDWARD H. KERMAN V. <u>MIDCITY FINANCIAL CORPORATION, ET AL.</u>**
   Circuit Court for Montgomery County, Maryland
   Case No.: 468573-V
   January 2020 (Testimony)

2. **DONALD B. CAMP, ET AL. V. <u>AEGIS PROJECT CONTROLS CORP. ET AL.</u>**
   Circuit Court for Montgomery County, Maryland
   Case No.: 469384V
   August 2019 (Testimony)

3. **<u>NANCY CARROLL</u> V. WILLIAM CARROLL**
   Circuit Court for Anne Arundel County, Maryland
   Case No.: C-02-FM-17-004296
   March 2019 (Trial)

4. **<u>STEVENS CREEK QUARRY, INC.</u> V. MONTERO, DEBORAH, ET AL.**
   JAMS Mediation Reference No.: 1110022311
   June 2018 (Mediation)

Revised 1/20

# APPENDIX C

# Constance Collins et al v. Tri-State, et al Matter
## Schedule 1

|  | Total Income / (Loss) [a] |
|---|---|
| 2015 | $ (24,708.82) |
| 2016 | (26,091.81) |
| 2017 | (34,587.96) |
| 2018 | (53,453.30) |
| 2019 | (39,554.43) |
| Total Value | $ (178,396.32) |

**Notes:**
[a] Total income / (loss are per Schedule C (Form 1040) Profit or Loss From Business for 2015 - 2019 for Robert L. Candy, BDJDTCandy, LLC (Bates 0251-0260). Losses appear in Line 31 of Schedule C (Form 1040) for each of the years indicated (Bates 251, Bates 253, Bates 254, Bates 256, Bates 259, respectively).



**ELLIN & TUCKER**
August 16, 2021

9