IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CONSTANCE COLLINS,** *et al.* | * | |
| *Plaintiffs* | * | |
| v. | * | Case No.: 1:20-cv-01225-PX |
| **TRISTATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC.,** *et al.* | * | |
| | * | |
| *Defendants* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*. \*

**MOTION FOR EXTENSION OF TIME TO FILE
NOTICE OF APPEARANCE AND RESPOND TO MOTION TO STRIKE**

Per Rule 11 of the Federal Rules of Civil Procedure ("FRCP"), I, Jan I. Berlage, as prospective counsel to Defendants Tristate Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert L. Candy, respectfully request a 20-day extension to file a Notice of Appearance and Response to Plaintiffs' Motion to Strike [ECF 82] Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of their Motion for Summary Judgment [ECF 75]:

**ARGUMENT**

1. On May 14, 2020, Plaintiffs commenced this case against Defendants. *See* Compl. [ECF 1].

2. On May 18, 2020, Attorney Nevin Young and his law firm filed a Motion to Dismiss on behalf of Defendants [ECF 14].

3. On January 21, 2021, this Court denied Defendants' Motion to Dismiss [ECF 30].

4. On February 2, 2021, Defendants filed their Answer [ECF 31].

5. On December 2, 2021, Attorney Nevin Young filed on behalf of Defendants a Motion for John M. Pierce to Appear *Pro Hac Vice* [ECF 69], which this Court granted that same day [ECF 70].

6. On December 20, 2021, Plaintiffs filed a Motion for Summary Judgment [ECF 71].

7. On January 9, 2022, Defendants filed a Motion for Extension of Time to File a Response/Reply to Plaintiffs' Motion for Summary Judgment [ECF 72].

8. On January 10, this Court granted that motion [ECF 73].

9. On January 27, Defendants filed a Cross-Motion for Summary Judgment [ECF 74].

10. That same day (January 27), Defendants filed a Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of their Motion for Summary Judgment [ECF 75].

11. On February 16, Mr. Young and his law firm filed a Motion to Withdraw as Defendants' counsel [ECF 78].

12. That same day (February 16), this Court issued an Order to Show Cause for Defendants to show cause as to why the *pro hac* admission of John M. Pierce should not be stricken [ECF 77].

13. That same day (February 16), Mr. Young filed a Response to this Court's Show Cause Order [ECF 79].

14. On February 23, Mr. Pierce filed a Response to this Court's Show Cause Order [ECF 80].

15. On February 25, this Court granted Mr. Young's Motion to Withdraw and terminated Mr. Pierce's *pro hac* admission [ECF 81].

16.     On March 10, Mr. Pierce's law firm contacted me about representing Defendants in this action and I requested further information.

17.     On March 14, Plaintiffs filed a Motion to Strike [ECF 82] Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of their Motion for Summary Judgment [ECF 75].

18.     On March 21, Mr. Pierce's law firm provided me with further information about this case.

19.     Today, Mr. Pierce informed me of Plaintiffs' Motion to Strike and was asked that I seek a continuance for Defendants to respond to that Motion to provide Defendants additional time to see if they could come to an agreement with me by which they would engage me and my law firm as well as time to respond to Plaintiffs' Motion.

20.     Thus, I am requesting by way of this Motion a 20-day extension for Defendants to engage me and my law firm and, if that occurs, for Defendants to respond to Plaintiffs' Motion to Strike.

21.     Such an extension should not unduly burden Plaintiffs, and justice and fairness advocate for the granting of this Motion.

22.     Prior to filing this Motion, my understanding is that Mr. Pierce's law firm contacted counsel for Plaintiffs and ascertained that Plaintiffs do not oppose this Motion.

23.     This is Defendants' first request for an extension of time to respond to Plaintiffs' Motion to Strike.

## CONCLUSION

WHEREFORE, I, Jan I. Berlage, respectfully request that this Motion be granted and that the time for me to file an appearance and for Defendants to file a Notice of Appearance and Response to Plaintiffs' Motion to Strike be extended by 20 days, so that Plaintiff's Response will be due on or before April 17.

        Respectfully submitted,

        /s/ Jan I. Berlage
        Jan I. Berlage    23937
        Gohn Hankey & Berlage LLP
        201 N. Charles Street, Suite 2101
        Baltimore, Maryland 21201
        Tel.: (410) 752-1261
        Fax.: (410) 752-2519
        jberlage@ghsllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2022 a copy of Defendants' Motion for Extension of Time to File Notice of Appearance and Respond to Motion to Strike was served via CM/ECF to:

Adam Abelson, Esquire
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
aabelson@zuckerman.com

Marcos E. Hasbun, Esquire
Zuckerman Spaeder, LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
mhasbun@zickerman.com

Caitlin K. Hawks, Esquire
James Andrew Erselius, Esquire
Zeynep J. Graves, Esquire
PETA Foundation
2154 West Sunset Blvd.
Los Angeles, California 90026
caitlinH@petaf.org
jamese@petaf.org
zcynepg@petaf.org

and via electronically to:  John Mark Pierce, Esquire (jpiercebainbridge.com).

/s/ Jan I. Berlage
Jan I. Berlage    23937
