IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CONSTANCE COLLINS, *et al.* | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:20-cv-01225-PX |
| Tri-State Zoological Park of Western Maryland, Inc., *et al.* | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING EXTENSION OF TIME

UPON CONSIDERATION of the Motion for Extension of Time (the "Motion") filed by Plaintiff, Arthur Love, and any opposition thereto, if any, it is by the United States District Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants' potential new counsel has until April 17, 2022, to decide whether to enter his appearance and to file a Response to Plaintiffs' Motion to Strike [ECF 82] Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of their Motion for Summary Judgment [ECF 75].

_____
Hon. Paula Xinis
United States District Court Judge

cc: Jan I. Berlage, Esq.
Adam Abelson, Esq.
Caitlin Hawks, Esq.
Marcos E. Hasburn, Esq.
Zeynep J. Graves, Esq.