IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CONSTANCE COLLINS**, *et al.* | * | |
| *Plaintiffs* | * | |
| v. | * | Case No.: 1:20-cv-01225-PX |
| **TRISTATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC.**, *et al.* | * | |
| | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*. \*

**LINE**

    My Motion for Extension of Time to File Notice of Appearance and Respond to Motion to Strike ("Motion") inadvertently include a statement in ¶ 22 that Plaintiffs did not oppose my Motion. I thought I had cut that paragraph upon review of Plaintiffs' email that was forwarded to me. Plaintiffs' counsel brought to my intention that paragraph had not been deleted and asked that I provide this Court with a copy of that email, which is attached as Ex. A. With this correction, Plaintiffs' counsel has no objection to this Court's Order granting my Motion.

                                          Respectfully submitted,

                                          /s/ Jan I. Berlage_____
                                          Jan I. Berlage (MD # 23937)
                                          Gohn Hankey & Berlage LLP
                                          201 N. Charles Street, Suite 2101
                                          Baltimore, Maryland 21201
                                          Tel.: (410) 752-1261
                                          Fax.: (410) 752-2519
                                          jberlage@ghsllp.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 30, 2022 a copy of Jan Berlage's Line was served via CM/ECF to:

| | |
|---|---|
| Adam Abelson, Esquire<br>Zuckerman Spaeder, LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>aabelson@zuckerman.com | Caitlin K. Hawks, Esquire<br>James Andrew Erselius, Esquire<br>Zeynep J. Graves, Esquire<br>PETA Foundation<br>2154 West Sunset Blvd.<br>Los Angeles, California 90026<br>caitlinH@petaf.org<br>jamese@petaf.org<br>zcynepg@petaf.org |
| Marcos E. Hasbun, Esquire<br>Zuckerman Spaeder, LLP<br>101 E. Kennedy Blvd., Suite 1200<br>Tampa, Florida 33602<br>mhasbun@zickerman.com | |

and via electronically to:  John Mark Pierce, Esquire (jpiercebainbridge.com).

                                                /s/ Jan I. Berlage
                                                Jan I. Berlage    23937