**Jan I. Berlage**

**Subject:** FW: Request to extend deadline to answer to motions

**Importance:** High

---

**From:** Zeynep Graves <ZeynepG@petaf.org>
**Sent:** Monday, March 28, 2022 1:55 PM
**To:** Chiara Giannobile <cgiannobile@johnpiercelaw.com>
**Cc:** Caitlin Hawks <CaitlinH@petaf.org>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Abelson, Adam (AAbelson@zuckerman.com) <AAbelson@zuckerman.com>
**Subject:** RE: Request to extend deadline to answer to motions

Dear Ms. Giannobile,

On February 25, the Court granted Mr. Young's withdrawal as counsel in this case. ECF No. 81. As the Court noted, before he withdrew, Mr. Young apprised the Defendants about "the risk of default of corporate defendants if new counsel is not obtained." *Id.* In that same order, the Court struck Mr. Pierce's pro hac vice admission. *Id.* Last, the Court "place[d] the corporate defendants on notice that because corporations 'must be represented by counsel,' they may not proceed in this matter unrepresented" and ordered that the "corporate defendants shall have thirty days from the date of this Order to obtain replacement counsel or risk entry of default judgment against them." *Id.* As for Mr. Candy individually, the Court ordered that "he may proceed pro se or secure counsel."

The deadline for the corporate defendants to obtain new counsel is today. If the corporate defendants have obtained new counsel, then we expect new counsel to make a request for an extension on behalf of the corporate defendants. Similarly, if Mr. Candy has secured new counsel, we expect any such request to come from new counsel.

To date, we have seen no notices of appearances filed by new counsel in this case. We have received no requests for extensions by new counsel. So we will not consider any requests on behalf of the corporate defendants or on behalf of Mr. Candy unless we receive them from new counsel who has properly noticed an appearance in the case, or, in the event that Mr. Candy is proceeding pro se, an email from him confirming (a) he is not represented in this matter; (b) is proceeding pro se; and (c) provides a mailing address to which the services of filings in this case can be made on him.

Thank you.

**Zeynep Graves**
Associate Director of Litigation
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
T: (323) 210-2263
F: (213) 484-1648


EXHIBIT A

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

**From:** Chiara Giannobile <cgiannobile@johnpiercelaw.com>
**Sent:** Monday, March 28, 2022 9:07 AM
**To:** Mhasbun@zuckerman.com
**Cc:** Caitlin Hawks <CaitlinH@petaf.org>; Zeynep Graves <ZeynepG@petaf.org>
**Subject:** Request to extend deadline to answer to motions

Dear Mr. Asbon and Mr. Abelson,

I am reaching out regarding Mr. Candy's case. Our firm had some issues with local counsel since he just dropped the case and we wanted to kindly ask if it is possible to obtain an extension of the deadline for responding to the motions due today.

Thank you very much.

Best Regards,

Chiara Giannobile