IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CONSTANCE COLLINS,** *et al.* | * | |
| *Plaintiffs* | * | |
| *v.* | * | Case No.: 1:20-cv-01225-PX |
| **TRISTATE ZOOLOGICAL PARK** | * | |
| **OF WESTERN MARYLAND, INC.,** *et al.* | | |
| | * | |
| *Defendants* | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*.   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Jan I. Berlage and Gohn Hankey & Berlage LLP as counsel

for Defendants, Tristate Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue,

Inc., and Robert L. Candy in the above-captioned matter.

Respectfully submitted,

/s/ Jan I. Berlage_____
Jan I. Berlage (MD # 23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
Tel.: (410) 752-1261
Fax.: (410) 752-2519
jberlage@ghsllp.com

Attorney for Defendants

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on April 18, 2022 a copy of Jan Berlage's Entry of Appearance was served via CM/ECF to:

Adam Abelson, Esquire
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
aabelson@zuckerman.com

Caitlin K. Hawks, Esquire
James Andrew Erselius, Esquire
Zeynep J. Graves, Esquire
PETA Foundation
2154 West Sunset Blvd.
Los Angeles, California 90026
caitlinH@petaf.org
jamese@petaf.org
zcynepg@petaf.org

Marcos E. Hasbun, Esquire
Zuckerman Spaeder, LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
mhasbun@zickerman.com

and via electronically to:  John Mark Pierce, Esquire (jpiercebainbridge.com).

           /s/ Jan I. Berlage
           Jan I. Berlage    23937