## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### –Southern Division–

CONSTANCE COLLINS, *et al.*,

*Plaintiffs,*

—v—

TRI-STATE ZOOLOGICAL PARK OF
WESTERN MARYLAND, INC., *et al.*,

*Defendants.*

Case No. 1:20-cv-01225

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Constance Collins and People for the Ethical Treatment of Animals, Inc., jointly with Defendants Tri-State Zoological Park of Western Maryland, Inc., Animal Park, Care & Rescue, Inc., and Robert Candy (collectively, the "Parties"), have settled this case, and accordingly respectfully request that this Court stay all proceedings in this case for 120 days while the Parties work in good faith to perform their respective obligations under the Settlement Agreement and Release, which the Parties executed on July 22, 2022 (the "Agreement"). In support of this Motion, the Parties state as follows:

1.      On July 22, 2022, the Parties entered into the Agreement to resolve the above-captioned proceeding. The Agreement requires that the Parties jointly stipulate to dismiss this case, but only upon the Parties' performance of certain obligations, including the transfer of most of the animals at Tri-State to other facilities, which the parties anticipate will take up to 120 days given the complex

logistics that will need to be undertaken to remove the large number of animals subject to the Agreement.

2.      The Parties wish to perform their respective obligations under the Agreement without incurring additional litigation-related costs, and therefore request that this Court stay all proceedings, including, but not limited to, the motions hearing currently scheduled for July 26, 2022, for 120 days.

3.      This Court has the authority to stay this case under its inherent authority to manage its docket "and control the orderly progression of litigation." *Boger v. Citrix Sys., Inc.*, No. 8:19-CV-01234-PX, 2020 WL 1939702, at *1 (D. Md. Apr. 22, 2020).

4.      Here, the requested stay will promote judicial efficiency and avoid unnecessary litigation, while the Parties work in good faith to consummate the Agreement.

5.      After 120 days, and upon satisfaction of the Parties' obligations under the Agreement, the Parties will file a stipulation of dismissal in accordance with Rule 41(a).

**\* \* \***

For the foregoing reasons, the Parties respectfully move this Court to stay all proceedings in this case for 120 days. A Proposed Order is submitted along with this Motion.

Date    July 22, 2022                         Respectfully submitted,
        Baltimore, Maryland

/s/ Adam B. Abelson
Adam B. Abelson (#29532)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
aabelson@zuckerman.com

Marcos E. Hasbun (Pro Hac Vice)
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, Florida 33602–5838
(813) 221–1010; (813) 223–7961 (fax)
mhasbun@zuckerman.com

Caitlin Hawks (Pro Hac Vice)
Zeynep Graves (Pro Hac Vice)
PETA Foundation
2154 West Sunset Boulevard
Los Angeles, CA 90026
(323) 210-2263; (213) 484-1648 (fax)
caitlinh@petaf.org
zeynepg@petaf.org


Counsel for Plaintiffs.

/s/ Jan I. Berlage
Jan I. Berlage (MD #23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
Tel.: (410) 752-1261
Fax.: (410) 752-2519
jberlage@ghsllp.com

Counsel for Defendants.